UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE and ALLISON GARRY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMELAND CENTRAL INSURANCE COMPANY, formerly known as HAWKEYE SECURITY INSURANCE COMPANY,<br><br>Defendant. | CIV. 03-4019<br><br>**AFFIDAVIT OF CHERYLE WIEDMEIER GERING** |

STATE OF SOUTH DAKOTA )
: ss.
COUNTY OF MINNEHAHA )

Cheryle Wiedmeier Gering, being first duly sworn upon oath, states and alleges as follows:

1. I am one of the attorneys for Defendants in the above captioned case.

2. Attached as Exhibit A is a true and correct copy of the deposition transcript of Tim Wilkinson, pages 20-29, and Exhibits 1, 2, 3 and 11 from Wilkinson's deposition.

3. Attached as Exhibit B is a true and correct copy of the deposition transcript of Tim Wieker, pages 36-37, 44-46, 118.

4. Attached as Exhibit C is a true and correct copy of a portion of the Hawkeye insurance policy, page 10. The policy was originally filed with the Court as part of the Loos Deposition, Deposition Ex. 13. See Docket #60.

5. Attached as Exhibit D is a true and correct copy of a portion of the Hawkeye Claims File documents related to the Garrys' sewer backup claim, documents HCIC 20002-20003, 20014.

6. Attached as Exhibit E is a true and correct copy of a portion of Tim Wieker's Claims File regarding the sewer backup, documents HCIC 20310-20325, 20333, 20335, and 20601.

7. Attached as Exhibit F is a true and correct copy of the July 26, 2002 Loos letter to St. Paul (without attachment). See also Deposition of Gene Loos, Docket #60, Deposition Ex. 11.

8. Attached as Exhibit G is a true and correct copy of the August 6, 2002 Loos Property Loss Notice Form addressed to St. Paul / Met Life. See also Deposition of Gene Loos, Docket #60, Deposition Ex. 11.

9. Attached as Exhibit H is a true and correct copy of the August 6, 2002 Loos Property Loss Notice Form addressed to Hawkeye. See also Deposition of Gene Loos, Docket #60, Deposition Ex. 11.

10. Attached as Exhibit I is a true and correct copy of the August 6, 2002 Loos letter to Steve Garry. See also Deposition of Gene Loos, Docket #60, Deposition Ex. 11.

11. Attached as Exhibit J is a true and correct copy of a portion of the Hawkeye Claims File documents regarding the mold claim, documents 20213, 20034-20036.

12. Attached as Exhibit K is a true and correct copy of the September 18, 2002 letter from Hawkeye to the Garrys, HCIC 20148-20154. See also Deposition of Gene Loos, Docket #60, Deposition Ex. 11.

13. Attached as Exhibit L is a true and correct copy of the September 20, 2002 Loos letter addressed to Hawkeye. See also Deposition of Gene Loos, Docket #60, Deposition Ex. 11.

Further affiant sayeth not.

Dated at Sioux Falls, South Dakota, this 5th day of October, 2004.

Cheryle Wiedmeier Gering

Subscribed and sworn to before me this 5th day of October, 2004.

JANICE DICKEY
NOTARY PUBLIC
SOUTH DAKOTA
SEAL

Notary Public, South Dakota
My commission expires: 05-22-2006