UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE and ALLISON GARRY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMELAND CENTRAL INSURANCE COMPANY, formerly known as HAWKEYE SECURITY INSURANCE COMPANY,<br><br>Defendant. | CIV. 03-4019<br><br>**DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF DR. MICHAEL GRAY** |

Defendant Homeland Central Insurance Company, f/k/a Hawkeye Security Insurance Company ("Hawkeye"), hereby moves the Court to exclude the testimony of Dr. Michael Gray under Federal Rules of Evidence 702 and the principles embodied in *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). Hawkeye has submitted an affidavit of one of its attorneys, Mitchell Peterson, which contains deposition transcripts and documents relevant to this motion. Hawkeye has also submitted a brief in support of its motion.

Dated at Sioux Falls, South Dakota, this 15th day of November, 2004.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

/s/ Mitchell Peterson
Cheryle Wiedmeier Gering
Mitchell Peterson
206 West 14th Street
P. O. Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639

*Attorneys for Defendants Homeland Central Insurance Company, formerly known as Hawkeye Security Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Defendant Homeland Central Insurance Company formerly known as Hawkeye Security Insurance Company, hereby certifies that a true and correct copy of the foregoing "Defendant's Motion to Exclude Testimony of Dr. Michael Gray" was served by electronic filing upon:

Steven M. Johnson
Ronald A. Parsons
Johnson, Heidepriem, Miner,
Marlow & Janklow, L.L.P.
P. O. Box 1107
Sioux Falls, SD 57101-1107

Richard Langerman
3216 N. 3rd St., #200
Phoenix, AZ 85012

*Attorneys for Plaintiffs*

on this 15th day of November, 2004.

/s/ Mitchell Peterson______________________