UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE and ALLISON GARRY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMELAND CENTRAL INSURANCE COMPANY, formerly known as HAWKEYE SECURITY INSURANCE COMPANY,<br><br>Defendant. | CIV. 03-4019<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON ISSUES OF CAUSATION OF PROPERTY DAMAGE, ABANDONMENT AND BAD FAITH** |

Defendant Homeland Central Insurance Company, f/k/a Hawkeye Security Insurance Company ("Hawkeye"), hereby moves the Court to grant summary judgment in its favor on Plaintiffs' Complaint under Federal Rules of Civil Procedure 56. In connection with this motion for summary judgment, Hawkeye has submitted Defendant's Undisputed Statement of Material Facts, Affidavit of Mitchell Peterson attaching relevant deposition transcripts and documents, and a brief in support of its motion. Hawkeye's two motions to exclude expert testimony under Federal Rules of Evidence 702 (Dr. Michael Gray and Neil Carlson) also relate to this motion for summary judgment. Summary judgment is appropriate, because there are no genuine disputes of material fact and Hawkeye is entitled to judgment as matter of law.

Dated at Sioux Falls, South Dakota, this 15th day of November, 2004.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

____/s/ Mitchell Peterson___________
Electronically Filed

Cheryle Wiedmeier Gering

Mitchell Peterson
206 West 14th Street
P. O. Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639

and

John Stadler
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110-1832
Admitted Pro Hac Vice

*Attorneys for Defendants Homeland Central Insurance Company, formerly known as Hawkeye Security Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Defendant Homeland Central Insurance Company formerly known as Hawkeye Security Insurance Company, hereby certifies that a true and correct copy of the foregoing "DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON ISSUES OF CAUSATION OF PROPERTY DAMAGE, ABANDONMENT AND BAD FAITH" was served by electronic filing upon:

Steven M. Johnson
Ronald A. Parsons
Johnson, Heidepriem, Miner,
Marlow & Janklow, L.L.P.
P. O. Box 1107
Sioux Falls, SD 57101-1107

and by mail upon:

Richard Langerman
3216 N. 3rd St., #200
Phoenix, AZ 85012

*Attorneys for Plaintiffs*

on this 15th day of November, 2004.

____/s/ Mitchell Peterson___________
Electronically Filed