UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE and ALLISON GARRY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMELAND CENTRAL INSURANCE COMPANY, formerly known as HAWKEYE SECURITY INSURANCE COMPANY,<br><br>Defendant. | CIV. 03-4019<br><br>**AFFIDAVIT OF MITCHELL PETERSON** |

STATE OF SOUTH DAKOTA )
: SS
COUNTY OF MINNEHAHA )

MITCHELL PETERSON, being duly sworn on his oath, deposes and states as follows:

1. I am one of the attorneys for Defendant in the above-captioned matter and make this affidavit for the purpose of placing into the record deposition testimony and other evidence related to Defendant's Motion to Exclude Testimony of Dr. Michael Gray, Defendant's Motion to Exclude Testimony of Neil Carlson, and Defendant's Motion for Summary Judgment on Issues of Causation of Property Damage, Abandonment, and Bad Faith.

2. Attached as Exhibit M is a true and correct copy of the transcript of the deposition of Plaintiff Steve Garry dated June 23, 2003. This exhibit is referenced in Defendant's briefs as "S. Garry Dep. (6/23/2003.)"

3. Attached as Exhibit N is a true and correct copy of the transcript of the deposition of Thomas Hines, including Deposition Exhibit 32. This exhibit is referenced in Defendant's briefs as "Hines Dep."

4. Attached as Exhibit O is a true and correct copy of the transcript of the deposition of Gene Loos. This exhibit is referenced in Defendant's briefs as "Loos Dep."

5. Attached as Exhibit P is a true and correct copy of the transcript of the deposition of Jerald Berg. This exhibit is referenced in Defendant's briefs as "Berg Dep."

6. Attached as Exhibit Q is a true and correct copy of the transcript of the deposition of Neil Carlson including Deposition Exhibit 2, which contains Plaintiffs' expert disclosure of Neil Carlson along with his curriculum vitae and report. This exhibit is referenced in Defendant's briefs as "Carlson Dep."

7. Attached as Exhibit R is a true and correct copy of the expert report of Neil Carlson. This exhibit is referenced in Defendant's briefs as "Carlson Report."

8. Attached as Exhibit S is a true and correct copy of the transcript of the deposition of Dr. Michael Gray. This exhibit is referenced in Defendant's briefs as "Gray Dep."

9. Attached as Exhibit T is a true and correct copy of the expert report of Dr. Michael Gray. This exhibit is referenced in Defendant's briefs as "Gray Report."

10. Attached as Exhibit U is a true and correct copy of the Affidavit of Andrew Saxon, M.D. This exhibit is referenced in Defendant's briefs as "Saxon Aff."

11. Attached as Exhibit Vis a true and correct copy of documents produced in discovery marked HCIC 20477-20483. These documents are referenced in Defendant's briefs by the Bates stamp numbering.

[signature]
Mitchell Peterson

Subscribed and sworn before me this 15th day of November, 2004.

[signature]
Notary Public, South Dakota
My Commission expires: 2/4/2010

(SEAL) DORI L. QUAM NOTARY PUBLIC SOUTH DAKOTA

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Defendant Homeland Central Insurance Company formerly known as Hawkeye Security Insurance Company, hereby certifies that a true and correct copy of the foregoing "Affidavit of Mitchell Peterson" was served by electronic filing upon:

Steven M. Johnson
Ronald A. Parsons
Johnson, Heidepriem, Miner,
Marlow & Janklow, L.L.P.
P. O. Box 1107
Sioux Falls, SD 57101-1107

Richard Langerman
3216 N. 3rd St., #200
Phoenix, AZ 85012

*Attorneys for Plaintiffs*

on this 15th day of November, 2004.

[signature]