UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE AND ALLISON GARRY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMELAND CENTRAL INSURANCE COMPANY, formerly known as HAWKEYE SECURITY INSURANCE COMPANY,<br><br>Defendants. | Civ. 03-4019<br><br>**AFFIDAVIT OF STEVEN M. JOHNSON IN OPPOSITION TO DEFENDANT'S MOTIONS TO EXCLUDE THE TESTIMONY OF DR. MICHAEL GRAY AND MR. NEIL CARLSON AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON ISSUES OF CAUSATION OF PROPERTY DAMAGE, ABANDONMENT, AND BAD FAITH** |

STATE OF SOUTH DAKOTA )
: SS
COUNTY OF MINNEHAHA )

STEVEN M. JOHNSON, being duly sworn, deposes and states:

1) I am a member of the Bar of South Dakota and a partner at Johnson, Heidepriem, Miner, Marlow & Janklow, counsel to Plaintiffs in the above-captioned action. I am fully familiar with the facts set forth herein.

2) Attached hereto as **Exhibit 1** is a true and correct copy of: Archives of Environmental Health, Vol. 58, No. 7 (July 2003).

3) Attached hereto as **Exhibit 2** is a true and correct copy of: Archives of Environmental Health, Vol. 58, No. 8 (August 2003).

4) Attached hereto as **Exhibit 3** is a true and correct copy of: Advances in Applied Microbiology, Vol. 55 (2004).

5) Attached hereto as **Exhibit 4** is a true and correct copy of: Excerpt of the deposition transcript of Dr. Andrew Saxon taken on November 9, 2004 in *Garry v. Homeland Central Insurance Company*.

6) Attached hereto as **Exhibit 5** is a true and correct copy of: Excerpt of the deposition transcript of Dr. Andrew Saxon taken on March 6, 2003 in *Kilian v. GlenEagles*.

7) Attached hereto as **Exhibit 6** is a true and correct copy of: Excerpt of trial testimony given on April 14, 2004 by Dr. Andrew Saxon in *Kilian v. GlenEagles*.

8) Attached hereto as **Exhibit 7** is a true and correct copy of: Excerpt of trial testimony given on April 20, 2004 by Dr. Andrew Saxon in *Kilian v. GlenEagles*.

9) Attached hereto as **Exhibit 8** is a true and correct copy of: Excerpt of trial testimony given on August 13, 2003 by Dr. Andrew Saxon in *Kilian v. GlenEagles*

10) Attached hereto as **Exhibit 9** is a true and correct copy of: September 17, 2003 Minute Entry in *Kilian v. GlenEagles*.

11) Attached hereto as **Exhibit 10** is a true and correct copy of: Excerpt of the deposition transcript of Dr. Andrew Saxon taken on January 15, 2004 in *Kilian v. Equity Residential Trust*.

12) Attached hereto as **Exhibit 11** is a true and correct copy of: J. Forgacs, *Stachybotryotoxicosis* in Microbial Toxins at pp. 95-97 (S. Kadis and A. Ciegler eds. 1972).

13) Attached hereto as **Exhibit 12** is a true and correct copy of: *Mycotoxins* (I. Purchase ed. 1974). **Exhibit 12** is mistakenly not cited in *Plaintiffs' Brief in Opposition to Defendant's Motion to Exclude the Testimony of Dr. Michael Gray*, although it is discussed in the brief.

14) Attached hereto as **Exhibit 13** is a true and correct copy of: P.G. Mantle, et al., *Tremorgenic Mycotoxins and Incoordination Syndromes*, Vet. Rec., 103:403-04 (1978).

15) Attached hereto as **Exhibit 14** is a true and correct copy of: T.S. Kellerman, et al., *A Tremorgenic Mycotoxicosis of Cattle Caused by Maize Sprouts Infested with Aspergillus Clavatus*, Onderstepoort J. Vet. Res., 51:271-4 (1984).

16) Attached hereto as **Exhibit 15** is a true and correct copy of: H.B. Suliman, et al., *Acute Mycotoxicosis in Sheep: Field Cases*, Vet. Hum. Toxicol., 29:241-3 (1987).

17) Attached hereto as **Exhibit 16** is a true and correct copy of: J.S. Gilmour, et al., *A Fodder Mycotoxicosis of Ruminants Caused by Contamination of a Distillery By-Product with Aspergillus Clavatus*, Vet. Rec., 124:133-5 (1989).

18) Attached hereto as **Exhibit 17** is a true and correct copy of: A. Van Halderen, et al., *An Outbreak of Suspected Phalaris Staggers in Sheep in the Western Cape Province*, J. S. Afr. Vet. Assoc., 61:39-40 (1990).

19) Attached hereto as **Exhibit 18** is a true and correct copy of: A. Schlosberg, et al., *Aspergillus Clavatus as the Probable Cause of a Lethal Mass Neurotoxicosis in Sheep*, Mycopathologia, 114:35-9 (1991).

20) Attached hereto as **Exhibit 19** is a true and correct copy of: E. Odriozola, et al., *Ryegrass Staggers in Heifers: A New Mycotoxicosis in Argentina*, Vet. Hum. Toxicol., 35:144-46 (1993).

21) Attached hereto as **Exhibit 20** is a true and correct copy of: C.J. Botha, et al., *A Tremorgenic Mycotoxicosis in Cattle Caused by Paspalum Distichum (L.) Infected by Claviceps Paspali*, J. S. Afr. Vet. Assoc., 67:36-37 (1996).

22) Attached hereto as **Exhibit 21** is a true and correct copy of: L.A. Holmes, et al., *Suspected Tremorgenic Mycotoxicosis (Ryegrass Staggers) in Alpacas (Llama Pacos) in the UK*, Vet. Rec., 145:462-63 (1999).

23) Attached hereto as **Exhibit 22** is a true and correct copy of: S.R. Boysen, et al., *Tremorgenic Mycotoxicosis in Four Dogs from a Single Household*, JAVMA, 221:1441-44, 1420 (2002).

24) Attached hereto as **Exhibit 23** is a true and correct copy of: T.J. Sobotka, et al., *Neurobehavioral Studies of Tremorgenic Mycotoxins Verruculogen and Penitrem A*, Pharm., 16:287-94 (1978).

25) Attached hereto as **Exhibit 24** is a true and correct copy of: R.H.C. Penny, et al., *Clinical Studies on Tremorgenic Mycotoxicoses in Sheep*, Vet. Rec., 105:392-93 (1979).

26) Attached hereto as **Exhibit 25** is a true and correct copy of: P.J. Norris, et al., *Actions of Tremorgenic Fungal Toxins on Neurotransmitter Release*, J. Neurochem., 34:33-42 (1980).

27) Attached hereto as **Exhibit 26** is a true and correct copy of: D.W. Peterson, et al., *Actions of a Tremorgenic Mycotoxin on Amino Acid Transmitter Release in Vivo*, Biochem. Pharm., 31:2807-10 (1982).

28) Attached hereto as **Exhibit 27** is a true and correct copy of: D.W. Peterson, et al., *A Comparative Study of Sheep and Pigs Given the Tremorgenic Mycotoxins Verruculogen and Penitrem A,* Res. Vet. Sci., 33:183-87 (1982).

29) Attached hereto as **Exhibit 28** is a true and correct copy of: P.G. Mantle, *Amino Acid Neurotransmitter Release From Cerebrocortical Synaptosomes Of Sheep With Severe Ryegrass Staggers in New Zealand*, Res. Vet. Sci., 34:373-75 (1983).

30) Attached hereto as **Exhibit 29** is a true and correct copy of: T.S. Kellerman, et al., *A Tremorgenic Mycotoxicosis of Cattle Caused by Maize Sprouts Infested with Aspergillus Clavatus*, Onderstepoort J. Vet. Res., 51:271-74 (1984).

31) Attached hereto as **Exhibit 30** is a true and correct copy of: R.T. Gallagher, and A.D. Hawkes, *The Potent Tremorgenic Neurotoxins Lolitrem B and Aflatrem: A Comparison of the Tremor Response in Mice*, Experientia 42:823-25 (1986).

32) Attached hereto as **Exhibit 31** is a true and correct copy of: B.S. Jortner, et al., *Effects of Prolonged Tremor Due to Penitrem A In Mice*, Drug and Chem. Tox., 9:101-16 (1986).

33) Attached hereto as **Exhibit 32** is a true and correct copy of: M. Nishiyama, and T. Kuga, *Pharmacological Effects of the Tremorgenic Mycotoxin Fumitremorgin A*, Japan. J. Pharm., 40:481-89 (1986).

34) Attached hereto as **Exhibit 33** is a true and correct copy of: C.J. Land, et al., *Tremorgenic Mycotoxins from Aspergillus Fumigatus as a Possible Occupational Health Problem in Sawmills*, App. and Environ. Microbio., 53:787-90 (1987).

35) Attached hereto as **Exhibit 34** is a true and correct copy of: R. Fuchs, et al., *Tremorgenic Effects of Mould Extracts Isolated in Wood Industry Tested in Rats*, Arh. Hig. Rada Toksikol., 39:425-28 (1988).

36) Attached hereto as **Exhibit 35** is a true and correct copy of: J.S. Gilmour, et al., *A Fodder Mycotoxicosis of Ruminants Caused by Contamination of a Distillery By-Product with Aspergillus Clavatus*, Vet. Rec., 124:133-35 (1989).

37) Attached hereto as **Exhibit 36** is a true and correct copy of: P.G. Mantle, *Current Views On The Occurrence And Significance Of Penicillium Toxins*, Soc. Appl. Bacteriol. Symp., 18:83S-88S (1989).

38) Attached hereto as **Exhibit 37** is a true and correct copy of: M. Nishiyama and T. Kuga, *Central Effects of the Neurotropic Mycotoxin Fumitremorgin A in the Rabbit: Effects on the Brain Stem*, Japan. J. Pharm. 52:201-08 (1990).

39) Attached hereto as **Exhibit 38** is a true and correct copy of: M. I. Selala, et al., *In Vitro Effects of Tremorgenic Mycotoxins*, J. Nat. Prod., 54:207-12 (1991).

40) Attached hereto as **Exhibit 39** is a true and correct copy of: M. Scuteri, et al., *Tremorgenic Mycotoxins Produced by Strains of Penicillium Spp. Isolated from Toxic Poa Hueca Parodi*, Mycopathologia, 120:177-82 (1992).

41) Attached hereto as **Exhibit 40** is a true and correct copy of: Y. Fu, et al., *Consistent Striatal Damage In Rats Induced By 3-Nitropropionic Acid And Cultures Of Arthrinium Fungus,* Neurotox. and Ter., 17:413-18 (1995).

42) Attached hereto as **Exhibit 41** is a true and correct copy of: B.L. Smith, et al., *Effect Of The Mycotoxins Penitrem, Paxilline And Lolitrem B On The Electromyographic Activity of Skeletal And Gastrointestinal Smooth Muscle Of Sheep,* Res. Vet. Sci., 62:111-16 (1997).

43) Attached hereto as **Exhibit 42** is a true and correct copy of: P. Breton, et al., *Brain Neurotoxicity Of Penitrem A: Electrophysiological, Behavioral And Histopathological Study*, Toxicon, 36:645-55 (1998).

44) Attached hereto as **Exhibit 43** is a true and correct copy of: J.B. Cavanagh, et al., *The Effects of the Tremorgenic Mycotoxin Penitrem A on the Rat Cerebellum*, Vet. Path., 35:53-63 (1998).

45) Attached hereto as **Exhibit 44** is a true and correct copy of: L.M. McLeay, et al., *Tremorgenic Mycotoxins Paxilline, Penitrem And Lolitrem B, The Non-Tremorgenic 31-Epilolitrem B And Electromyographic Activity Of The Reticulum And Rumen Of Sheep*, Res. Vet. Sci., 66:119-27 (1999).

46) Attached hereto as **Exhibit 45** is a true and correct copy of: F. Monnet-Tschudi, et al., *The Naturally Occurring Food Mycotoxin Fumonisin B1 Impairs Myelin Formation In Aggregating Brain Cell Culture*, Neurotox., 20:41-48 (1999).

47) Attached hereto as **Exhibit 46** is a true and correct copy of: O. Kwon, et al., *Biochemical And Morphological Effects Of Funonisin B1 On Primary Cultures Of Rat Cerebrum*, Neurotox. and Ter., 22:565-72 (2000).

48) Attached hereto as **Exhibit 47** is a true and correct copy of: Institute of Medicine Committee on Damp Indoor Spaces and Health, *Damp Indoor Spaces and Health* (2004).

49) Attached hereto as **Exhibit 48** is a true and correct copy of: National Research Council, *Protection Against Trichothecene Mycotoxins* (1983).

50) Attached hereto as **Exhibit 49** is a true and correct copy of: W. Croft, et al., *Airborne Outbreak of Trichothecene Toxicosis*, Atmos. Env., 20:549-52 (1986).

51) Attached hereto as **Exhibit 50** is a true and correct copy of: K. E. Gordon, et al., *Tremorgenic Encephalopathy: A Role of Mycotoxins in the Production of CNS Disease in Humans*, Can. J. of Neuro. Sciences, 20:237-39 (1993).

52) Attached hereto as **Exhibit 51** is a true and correct copy of: E. Johanning, et al., *Health and Immunology Study Following Exposure to Toxigenic Fungi (Stachybotrys Chartarum) in a Water-Damaged Office Environment*, Int. Arch. Occup. Env. Health, 68:207-18 (1996).

53) Attached hereto as **Exhibit 52** is a true and correct copy of: P. Auger, et al., *Chronic Toxic Encephalopathies Apparently Related to Exposure to Toxigenic Fungi*, in *Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention, and Control* (E. Johanning ed. 1999).

54) Attached hereto as **Exhibit 53** is a true and correct copy of: E. Johanning, et al., *Clinical Experience and Results of a Sentinel Health Investigation Related to Indoor Fungal Exposure*, Env. Health Per., 107:489-94 (1999).

55) Attached hereto as **Exhibit 54** is a true and correct copy of: W.A. Gordon, et al., *Cognitive Impairment Associated with Exposure to Toxigenic Fungi,* in *Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention, and Control* (E. Johanning ed. 1999).

56) Attached hereto as **Exhibit 55** is a true and correct copy of: J. V. Baldo, et al., *Neuropsychological Performance of Patients Following Mold Exposure*, App. Neuropsych. 9:193-202 (2002).

57) Attached hereto as **Exhibit 56** is a true and correct copy of: K. H. Kilburn, *Inhalation of Moulds and Mycotoxins*, Eur. J. Oncol., 7:197-202 (2002).

58) Attached hereto as **Exhibit 57** is a true and correct copy of: W. Croft, et al., *Clinical Confirmation of Trichothecene Mycotoxicosis in Patient Urine*, J. Env. Biol. 23:301-20 (2002).

59) **Exhibit 58** is a duplicate of **Exhibit 8** (Excerpt of trial testimony given on August 13, 2003 by Dr. Andrew Saxon in *Kilian v. GlenEagles*) and is attached hereto as **Exhibit 8**.

60) Further your affiant sayeth not.

STEVEN M. JOHNSON

Subscribed and sworn to before me this
7TH day of December, 2004.

Notary Public - South Dakota
My commission expires: 8/27/09
(S E A L)

ROBIN M. VITALE
NOTARY PUBLIC
SOUTH DAKOTA
SEAL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **Affidavit of Ronald A. Parsons, Jr. in Opposition to Defendant's Motion for Summary Judgment Due to Lack of Timely Notice** was served on computer disk via first class mail, postage prepaid, upon the following:

John Stadler
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110

And

Cheryle Wiedmeier Gering
Mitchell Peterson
DAVENPORT, EVANS, HURWITZ & SMITH
P.O. Box 1030
Sioux Falls, SD 57101-1030
cgering@dehs.com

on this 7th day of December, 2004.

STEVEN M. JOHNSON