# archives of Environmental Health

An International Journal

July 2003

Volume 58 Number 7


SPECIAL ISSUES ON MOLDS AND MYCOTOXINS: PART 1


| | |
|---|---|
| Introduction: Mold Conference Objectives and Summary | 388 |
| Indoor Mold Exposure Associated with Neurobehavioral and Pulmonary Impairment: A Preliminary Report | 390 |
| Effects of Toxic Exposure to Molds and Mycotoxins in Building-Related Illnesses | 399 |
| Use of Functional Brain Imaging in the Evaluation of Exposure to Mycotoxins and Toxins Encountered in Desert Storm/Desert Shield | 406 |
| Mixed Mold Mycotoxicosis: Immunological Changes in Humans Following Exposure in Water-Damaged Buildings | 410 |
| Antibodies to Molds and Satratoxin in Individuals Exposed in Water-Damaged Buildings | 421 |
| Chronic Sinusitis: Defective T-Cells Responding to Superantigens, Treated by Reduction of Fungi in the Nose and Air | 433 |
| Health Symptoms Caused by Molds in a Courthouse | 442 |



1319 Eighteenth Street, NW
Washington, DC 20036-1802
Address Service Requested

ISSN 0003-9896


EXHIBIT 1

archives of
# Environmental Health
An International Journal

July 2003 Volume 58, Number 7

Table of Contents

| | | |
|---|---|---|
| Introduction to Special Issues on Molds and Mycotoxins: Mold Conference Objectives and Summary | Kaye H. Kilburn, William J. Rea | 388 |
| Indoor Mold Exposure Associated with Neurobehavioral and Pulmonary Impairment: A Preliminary Report | Kaye H. Kilburn | 390 |
| Effects of Toxic Exposure to Molds and Mycotoxins in Building-Related Illnesses | William J. Rea, Nancy Didriksen, Theodore R. Simon, Yaqin Pan, Ervin J. Fenyves, Bertie Griffiths | 399 |
| Use of Functional Brain Imaging in the Evaluation of Exposure to Mycotoxins and Toxins Encountered in Desert Storm/Desert Shield | Theodore R. Simon, William J. Rea | 406 |
| Mixed Mold Mycotoxicosis: Immunological Changes in Humans Following Exposure in Water-Damaged Buildings | Michael R. Gray, Jack D. Thrasher, Robert Crago, Roberta A. Madison, Linda Arnold, Andrew W. Campbell, Aristo Vojdani | 410 |
| Antibodies to Molds and Satratoxin in Individuals Exposed in Water-Damaged Buildings | Aristo Vojdani, Jack D. Thrasher, Roberta A. Madison, Michael R. Gray, Gunnar Heuser, Andrew W. Campbell | 421 |
| Chronic Sinusitis: Defective T-Cells Responding to Superantigens, Treated by Reduction of Fungi in the Nose and Air | Donald P. Dennis | 433 |
| Health Symptoms Caused by Molds in a Courthouse | Tang G. Lee | 442 |

The *Archives of Environmental Health* (ISSN 0003-9896), the official publication of the Society for Occupational and Environmental Health, is published monthly by Heldref Publications, 1319 Eighteenth Street, NW, Washington, DC 20036-1802, (202) 296-6267; fax (202) 296-5149. Heldref Publications is the educational publishing division of the Helen Dwight Reid Educational Foundation, a nonprofit 501(c)(3) tax-exempt organization, Jeane J. Kirkpatrick, president. Heldref Publications is the operational division of the foundation, which seeks to fulfill an educational and charitable mission through the publication of educational journals and magazines. Any contributions to the foundation are tax deductible and will go to support the publications. The *Archives of Environmental Health* is published under the editorial leadership of the Society for Occupational and Environmental Health.

Periodicals postage paid at Washington, DC, and at additional mailing offices. POSTMASTER: Send address changes to *Archives of Environmental Health*, 1319 Eighteenth Street, NW, Washington, DC 20036-1802.

The annual subscription rate is $350. Single-copy price is $29.17. Add $21 postage for all subscriptions outside the U.S. Allow six weeks for shipment of first copy. Foreign subscriptions must be paid in U.S. currency with checks drawn on U.S. banks. Payment can be charged to VISA/MasterCard. Supply account number, expiration date, and signature. For subscription orders and customer service inquiries only, call 1-800-365-9753 or visit our Web site at www.heldref.org. Claims for missing issues made within six months will be serviced free of charge.

© 2004 by the Helen Dwight Reid Educational Foundation. Copyright is retained by the author where noted.

Contact Heldref Publications for copyright permission, or contact the authors if they retain copyright. For permission to photocopy Heldref copyrighted items for classroom use, contact the Copyright Clearance Center (CCC) Academic Permissions Service, 978-750-8400. Copyright Clearance Center (CCC) registered users should contact the Transactional Reporting Service.

The *Archives of Environmental Health* is indexed, scanned, or abstracted in *Agricola; Biological Abstracts: BIOMED; BIOSIS; Current Awareness in Biological Sciences; Chemical Abstracts; Current Contents/Agriculture, Biology & Environmental Sciences; Current Contents Life Sciences, Ecological Abstracts; Environment Abstracts; Environmental Index; Excerpta Medica; Focus on: Global Change; Guide to Social Science and Religion in Periodical Literature; Health & Psychosocial Instrument; Index Medicus; Industrial Hygiene Digest; International Bibliography of Book Reviews; International Bibliography of Periodical Literature; NIOSHTIC; Nutrition Abstracts and Reviews, Series A: Human and Experimental; Pollution Abstracts; Research Alert; Scisearch; Smoking & Health Database (on DIALOG);* and *Social Sciences Citation Index.*

The *Archives of Environmental Health* does not accept responsibility for views expressed in articles, reviews, and other contributions that appear in its pages. It provides opportunities for the publication of materials that may represent divergent ideas, judgments, and opinions.

Microform editions of the *Archives of Environmental Health* are available from ProQuest Information and Learning, Serials Acquisitions Dept., 300 North Zeeb Rd., Ann Arbor, MI 48106. Reprints (orders of 50 or more) are available through Heldref Publications, Reprints Division.

# Mold Conference Objectives and Summary

*Kaye H. Kilburn, M.D., and William J. Rea, M.D.*

IMPAIRED FUNCTION AND DISEASE associated with living in a home in which mold is found seems new, but may have originated with the 1973 energy crisis. There are an estimated 40 million Americans exposed. As frequently occurs with "new" medical problems, public media, the legal profession, and insurance companies writing homeowners policies seem most aware of the problem. Physicians are consulted to render diagnoses, and to measure functional losses, assay symptoms, and opine as to whether molds found on surfaces, in the air, or evidenced by antibodies in the patient's blood are causing any or all of the manifestations. Patients hope that physicians can treat them to stop symptoms and reverse the abnormalities.

In this issue of *Archives*, and the next, we offer a collection of papers that address these concerns. The papers were presented at the 21st Annual International Symposium on Man and His Environment in Health and Disease, held in Dallas, Texas, in June 2003 under the joint sponsorship of the American Academy of Environmental Medicine and the American Environmental Health Foundation. The objective of the conference was to determine what circumstances have enabled molds to cause disease, why this has occurred relatively recently, and how it can be prevented. The participants included oceanographers studying coral reefs, chemists (of mycotoxin), microbiologists, physicians, otolaryngolgists, physiologists, immunologists, engineers, industrial hygienists, architects, and designers.

The 30 papers presented in 3-1/2 days stimulated many discussions. The organizers decided to publish the papers because concepts crystallized sufficiently to give a coherent story that explained much about mold/mycotoxin disorders. Most clear is the need to design houses and other buildings to breathe and ventilate out moisture and high humidity so as to take away the water needed for the growth of mold. Remediation of moldy buildings depends on those same principles.

Building boomed with the end of World War II to furnish 2 decades of pent-up demand from the Great Depression and the war. Let us review this scenario. To meet the demand, home building went to tracts, particularly in the sun states. Fast meant cheap and tight. As homes metamorphosed after 1950 to reduce ventilation of living spaces, attics, and walls, less air exchange increased humidity and decreased escape of evolved gases. Also, imagine that walls' materials shifted from plaster on cedar lath with a lime coat that was too alkaline to grow mold or bacteria, to drywall: gypsum with a neutral pH sandwiched between layers of paper. Consider that plumbing pipes changed from iron to copper to plastic, the latter likely to leak. Outer walls and shower stalls leaked into unventilated cul-de-sac wall spaces. You have pictured a modern house. Add air conditioning with ducts poorly insulated and preserving heat or cold inside but depending nearly exclusively on ducted air. The 1973 energy crisis dictated conservation of heat and cold that was accomplished by reduced air exchanges, thus maximal reuse of treated air.

Add to this the next diabolical scenario. Dust crosses continent-to-continent borne on winds that can move particles from deserts in Asia or Africa across the Atlantic in 4 to 5 days. In these dusts are spores of molds. One of these, *Aspergillus sydowii*, has decimated coral reefs in the Caribbean. Associated *Aspergillus–Penicillium* mixtures caused asthma epidemics in many states and inoculated molds into a new habitat on moist surfaces with neutral pH within the walls of homes.

A *Stachybotyrus* species that has been associated with lung hemorrhage in infants has been grown from several Cleveland homes. Here molds grew avidly, produced mycotoxins, and released these from surfaces or within walls. These mold particles and spores rich in mycotoxins were inhaled by residents. Spores and hyphi carried mycotoxins into human airways and lungs, causing inflammation that was evidenced by asthma, bleeding, and airway obstruction. Nasal sinuses became inflamed and obstructed. Mycotoxins crossed into the blood, and then through the blood-brain barrier. Hitting the brain, the toxins damaged neurons to impair balance, vision, reaction time, blink reflex, strength, cognition recall memory, concentration, concept juggling, and speed of physiological and mental processing. Dynamic brain (SPECT) scans demonstrated abnormalities in some patients that correlated with observed cognitive and memory impairments.

Avoidance is the principal medical and hygienic

strategy to prevent mold-induced disease. Dilute indoor air with abundant ventilation, and dry inner wall spaces and surfaces with drier outdoor air. This will eradicate the breeding places for mold and stop mycotoxin production and release. Buildings modified to be tight in the last 50 years must be made to breathe. Heat exchangers may be added to conserve energy, but indoor air must turn over with outdoor air.

These papers summarize the preliminary conclusions from studies of several hundred patients, present evidence for severe neurobehavioral impairment, nasal sinus and lung dysfunctions, and observations of immunological disturbance. How these tie together, their suggested treatments, and prognosis are works in progress. These papers introduce the reader to the issues.

# Indoor Mold Exposure Associated with Neurobehavioral and Pulmonary Impairment: A Preliminary Report

KAYE H. KILBURN
University of Southern California
Keck School of Medicine
Environmental Sciences Laboratory
Alhambra, California

ABSTRACT. Recently, patients who have been exposed indoors to mixed molds, spores, and mycotoxins have reported asthma, airway irritation and bleeding, dizziness, and impaired memory and concentration, all of which suggest the presence of pulmonary and neurobehavioral problems. The author evaluated whether such patients had measurable pulmonary and neurobehavioral impairments by comparing consecutive cases in a series vs. a referent group. Sixty-five consecutive outpatients exposed to mold in their respective homes in Arizona, California, and Texas were compared with 202 community subjects who had no known mold or chemical exposures. Balance, choice reaction time, color discrimination, blink reflex, visual fields, grip, hearing, problem-solving, verbal recall, perceptual motor speed, and memory were measured. Medical histories, mood states, and symptom frequencies were recorded with checklists, and spirometry was used to measure various pulmonary volumes and flows. Neurobehavioral comparisons were made after individual measurements were adjusted for age, educational attainment, and sex. Significant differences between groups were assessed by analysis of variance; a $p$ value of less than 0.05 was used for all statistical tests. The mold-exposed group exhibited decreased function for balance, reaction time, blink-reflex latency, color discrimination, visual fields, and grip, compared with referents. The exposed group's scores were reduced for the following tests: digit-symbol substitution, peg placement, trail making, verbal recall, and picture completion. Twenty-one of 26 functions tested were abnormal. Airway obstructions were found, and vital capacities were reduced. Mood state scores and symptom frequencies were elevated. The author concluded that indoor mold exposures were associated with neurobehavioral and pulmonary impairments that likely resulted from the presence of mycotoxins, such as trichothecenes.

<Key words: balance impairment, cognitive impairment, indoor air, mycotoxins, *Stachybotrys atra*, volatile organic chemicals>

THE ENERGY CRISIS OF THE 1970s, which resulted in decreased importation of Middle East crude oil to the United States and Europe, stimulated energy conservation in these 2 regions. After air leaks in buildings were plugged and air exchanges decreased, many people became sick indoors. Initial reports of Sick Building Syndrome (SBS) were subsequently doubted, and building occupants were considered hysterical[1–3] or to have suffered from "crowd disease."[3] Continuing reports of respiratory symptoms, increased sensitivity to chemicals, and memory and concentration defects spurred a search for causes.[4] Volatile organic chemicals[5] and formaldehyde[6] were considered as possible causes of SBS; however, their levels correlated poorly with symptoms.[7] Some individuals who moved out of mold-contaminated buildings soon after the onset of their symptoms improved,[8] but their symptoms recurred upon their return, whereas other individuals' symptoms persisted.

Asthma and flu-like symptoms have been associated with molds that grow indoors.[9,10] People complain of odors, memory loss, lack of concentration, sleep disturbances, and depression.[10,11] Mold growth has been associated with water condensation in walls; in air ducts; and under carpets, tiles, and flooring.[9] Water has leaked from roofs, windows, water pipes, shower stalls, bathtubs, and drains. Mold spores were observed microscopically and were grown in culture from both air and surface samples.[9,10] Patients' serum immunoglobulin (Ig)G, IgM, IgE, and IgA antibodies to molds were elevated, and their saliva contained elevated IgA antibod-

ies.[10] Antibodies to aflatoxins, trichothecenes, and satratoxins occurred frequently.[11] Case recognition relied on symptoms, on molds verified microscopically, and on the basis of what grew on culture. Patients' respiratory symptoms, complaints of defective memory and concentration, impaired balance, and depression[10,11] led to measurements of lung and central nervous system functions.

## Method

**Study subjects.** Sixty-five consecutive adult patients who consulted the author after being exposed to molds in their respective homes in California, Arizona, and Texas—a self-selected case series—were evaluated in 2001 and 2002. The patients' homes had mold growth on walls and floors, and the molds were identified microscopically. Cultures of indoor air samples frequently grew *Stachybotrys chartarum, Aspergillus, Penicillium, Chaetomium, Alternaria, Fusarium,* and *Rhizopus* at levels that exceeded concentrations found outdoors. Other fungal genera included *Actinomycetes* and *Cladosporium,* as well as the bacteria *Corynebacterium, Shigella, Agrobacterium,* and *Pseudomonas.* Each patient's serum was analyzed for antibodies to 14 categories of mold and to aflatoxin, trichothecenes, and satratoxin. Indoor air mycotoxins were not measured because methods for such measurements do not currently exist.

The 65 adult patients were compared by analysis of variance (ANOVA) with a referent group of 202 unexposed community-dwelling individuals who lived in Wickenburg, Arizona, and who were recruited and tested in 1993 and retested in 1996.[12] From this group and from comparable groups, equations for the calculation of predicted values were developed for each test.[12] The observed test values in unexposed and mold-exposed individuals were divided by the predicted values (i.e., [observed/predicted] × 100) that adjusted for sex, height, weight, and education (i.e., highest grade attained or level of higher education completed).

Reference subjects were selected at random from voter registration rolls, and individuals with occupational exposure to chemicals, and those who had medical or neurological diseases, were excluded via interview. Reference subjects comprised the largest of 3 groups, the measurements for which produced prediction equations.[12] Subjects were reimbursed for their time spent participating in this study, and all individuals provided informed consent after the procedures of the study were explained fully. The study protocol was approved by the Human Studies Research Committee of the University of Southern California, Keck School of Medicine.

**Questionnaires.** The subjects' questionnaires were checked by computer-guided card readings, and omissions were rectified by the subjects. The frequencies of occurrence of 35 common health complaints[13,14] were rated on a scale from *never* (1) to *daily* (11). Subjects answered the American Rheumatism Association's lupus erythematosus questions[15] and a standard respiratory questionnaire,[16] and gave histories of occupational and other exposures to chemicals, pesticides and herbicides, tobacco, alcohol, and drugs (prescription and illicit). Histories included recorded incidents of unconsciousness; anesthesia; head trauma; and medical, neurological, or psychiatric illnesses.[14,17] The questionnaires and neurophysiological and neuropsychological test batteries evolved through studies of histology technicians and firefighters, and through examinations of the effects of formaldehyde,[14,17,18] thermolysis products of polychlorinated biphenyls (PCBs),[19] and exposure to toluene-rich chemical waste.[20] These instruments also took into consideration several groups of unexposed reference subjects.[12,20]

### Neurophysiological tests

*Simple reaction time and visual 2-choice reaction time.* Simple reaction time (SRT) and visual 2-choice reaction time (CRT) were the times from appearance to cancellation—by tapping a touch pad A or S—of a 10-cm block A for SRT and 10-cm blocks A and S for CRT, both of which were measured with a computerized instrument (Neurotest, Inc. [Pasadena, California]).[21] The lowest median score of the final 7 attempts in each of 2 trials of 20 attempts was accepted for SRT and for CRT.

*Body balance.* Body balance was measured while the subject was standing erect, with his or her feet aligned closely, side-by-side. The position of the head was tracked by 2 microphones from a sound-generating stylus on a headband (Neurotest, Inc. [Pasadena, California]). Results were processed by software (Graf/Bar Mark II [Scientific Accessories Corp. (Shelton, Connecticut)]) and expressed as the mean speed of sway in cm/sec.[22] The minimal sway speed was recorded for 3 consecutive 20-sec trials with eyes open, and 3 with eyes closed, in alternating sequence.

*Blink reflex latency R-1.* Blink reflex was measured electromyographically with surface electrodes placed on the lateral orbicularis oculi muscles bilaterally,[23,24] after the right and left supraorbital notches were tapped with a light hammer, which also triggered a recording computer (Neurotest, Inc. [Pasadena, California]). Ten R-1's were averaged for each side, and failures were recorded.[24]

*Color confusion index.* The color confusion index was measured with the desaturated Lanthony 15-hue test under conditions of constant illumination,[25] and the index was scored by Bowman's method.[26]

*Hearing.* Hearing was measured with standard programmed audiometers (Model ML-AM [Microaudio-

metrics (South Daytona, Florida]]) at stepped frequencies of 500–8,000 Hz. Results were expressed as the sum of hearing loss at each frequency for each ear.

*Visual fields.* For the threshold testing of visual fields, an automated, computerized perimeter recorder (Med Lab Technologies [North Wales, Pennsylvania]) that mapped the central 30° of the right and left eyes individually, was used. The performance of each eye was determined as the sum (in decibels) of the threshold of 80 points within the central 30°.

**Neuropsychological testing.** Immediate memory or recall was measured by memory or recall associated with information contained in 2 stories gleaned from Wechsler's Memory Scale–Revised (WMS-R).[27] Culture Fair (Scale 2 form A) tested for nonverbal, nonarithmetic intelligence, on the basis of the selection of 4 sets of designs[28,29]: logical series, difference, completion, and pattern definition and transfer. Culture Fair resembles Raven's progressive matrices.[30] The 46-word multiple-choice vocabulary test used originated from the multidimensional aptitude battery.[31] Digit symbol substitution from the Wechsler Adult Intelligence Scale–Revised (WAIS-R)[32] tested attention and integrative capacity. Information, picture completion, and similarities—all of which were also gleaned from the WAIS-R—tested for long-term (i.e., embedded or hold) memory. The time required to place 25 pegs in a grooved pegboard (from the Lafayette battery) to make trails A and B assessed dexterity, coordination, and decision-making; fingertip number writing measured peripheral perception and discrimination (from the Halstead-Reitan battery[33,34]). Subjects self-appraised their emotional status during the preceding week by using the Profile of Mood States (POMS)[35]—which comprises 65 words that describe tension, anxiety, depression, anger, vigor, fatigue, confusion—and the Limbic Check List.[36] Recall of the Rey 15 figures assessed malingering.[37]

**Neurological examinations.** The author conducted neurological examinations to assess cranial nerve function, muscle movement and strength, and cerebellar signs (e.g., past pointing, tremors, alternating movements, stance, and gait).

**Respiratory flows and vital capacities.** Respiratory flow and vital capacity were measured during a full inspiration while the subject, with a nose clip attached to his or her nose, stood upright and exhaled into a volume-displacement spirometer (Model 822 [Sensor Medics (Anaheim, California)]). The procedure was repeated until readings from 2 forced expirations comported within 5%.[38] Records were traced with a digitizer; measured with software (Graf/Bar Mark II [Scientific Accessories Corp. (Shelton, Connecticut)]), and compared with predicted values adjusted for height, age, sex, and years of cigarette smoking.[39]

**Alcohol and carbon monoxide measurements.** Fuel-cell analyzers (Alcohol Intoximeter [St. Louis, Missouri] and a Micro Smokerlyzer [Bedfont Scientific Ltd (Rochester, U.K.)] were used to measure alcohol and carbon monoxide, respectively, in air expired following a 20-sec breath hold.[20]

**Statistical analyses.** Scores and computed data were entered into an IBM-compatible microcomputer of our design. Descriptive and analytical computations—adjusted for differences in age, education, sex, height, and weight—were completed with stepwise linear-regression modeling in order to develop prediction equations for each test. Computations were completed with Stata Statistical Software, version 8 (Stata Corporation [College Station, Texas]). Prediction equations were developed from measurements of 293 subjects. Measurements had symmetrical distributions.[12] The observed measurements and scores for each patient were compared with his or her individual predicted values and expressed as percent predicted. The exposed group's percent predicted values were then compared with those of the control group, using ANOVA. Factors such as family income, hours of general anesthesia undergone, POMS score, and depression score were excluded because their coefficients were insignificant. Statistical significance was defined as $p < 0.05$. Abnormalities for the 65 patients and 202 referent subjects were counted (Table 1), after bilateral tests (e.g., hearing) were assigned a value of 0.5 per side—except for visual field performance which was assigned a value of 1 per side, and balance with eyes open and eyes closed which were scored at 2 each.

## Results

All 65 patients (i.e., approximately 40 families) had observed mold growing on the walls in their kitchens, bathrooms and/or service areas, and sometimes on the bedroom and closet walls. Musty odors were traced to electrical plates and air-conditioning ducts that provided access to inner walls. Invariably, several mold genera grew in cultures of indoor and outdoor air samples obtained simultaneously; occasionally, endotoxin-producing bacteria were present. Variability of sampling and characterization methods made quantitative comparisons impractical; however, the data were correlated with the complaints, impairment profiles, and serum antibodies.

The mold-exposed group was not statistically significantly older than the unexposed group, but they had greater educational attainment. The exposed group's mean SRTs and CRTs were prolonged significantly, as evidenced by the percent predicted, compared with unexposed subjects (Table 1). With respect to balance, measured sway speeds were faster and significantly abnormal—especially with eyes closed—in the mold-exposed group. Blink reflex latency R-1 was delayed significantly. Color discrimination errors were increased.

Table 1.—Characteristics and Test Results for Mold-Exposed Subjects Compared with Referent (Unexposed) Subjects, as Percentage of Predicted

| Subject characteristic/test | Exposed (*n* = 65) $\bar{x}$ | Exposed (*n* = 65) *SD* | Unexposed (*n* = 202) $\bar{x}$ | Unexposed (*n* = 202) *SD* | *p** |
|---|---|---|---|---|---|
| Subject characteristic | | | | | |
| Age (yr) | 47.3 | 13.7 | 46.6 | 20.6 | 0.624 |
| Education level (yr) | 14.6 | 2.5 | 12.9 | 2.3 | 0.0001 |
| Neurophysiological test | | | | | |
| Reaction time (ms) | | | | | |
| Simple | 103.8 | 6.6 | 99.9 | 3.7 | 0.0001 |
| Choice | 102.4 | 4.4 | 100.0 | 2.5 | 0.0001 |
| Balance sway speed (cm/sec) | | | | | |
| Eyes open | 137.0 | 44.6 | 100.2 | 20.0 | 0.0001 |
| Eyes closed | 167.4 | 95.3 | 103.1 | 26.7 | 0.0001 |
| Blink reflex latency R-1 (ms) | | | | | |
| Right | 114.9 | 13.2 | 99.4 | 14.6 | 0.0001 |
| Left | 115.4 | 12.7 | 96.4 | 13.2 | 0.0001 |
| Hearing loss | | | | | |
| Right | 105.7 | 38.3 | 101.5 | 24.6 | 0.436 |
| Left | 105.3 | 35.4 | 98.3 | 23.2 | 0.213 |
| Color discrimination errors | | | | | |
| Right | 72.0 | 42.6 | 102.6 | 51.1 | 0.0001 |
| Left | 74.0 | 49.0 | 102.6 | 51.1 | 0.0001 |
| Visual field performance | | | | | |
| Right | 87.4 | 21.7 | 100.0 | 22.8 | 0.006 |
| Left | 89.6 | 19.1 | 101.1 | 21.7 | 0.008 |
| Grip strength | | | | | |
| Right | 90.1 | 18.8 | 99.3 | 17.5 | 0.0001 |
| Left | 86.8 | 22.1 | 99.1 | 17.5 | 0.0001 |
| Neuropsychological test | | | | | |
| Culture Fair | 95.8 | 21.3 | 101.2 | 20.0 | 0.063 |
| Digit symbol | 93.5 | 10.4 | 101.5 | 9.2 | 0.0001 |
| Vocabulary | 88.6 | 28.6 | 99.2 | 20.8 | 0.015 |
| Verbal recall | | | | | |
| Immediate | 79.5 | 24.6 | 99.8 | 31.1 | 0.0001 |
| Delayed | 71.7 | 38.0 | 99.9 | 41.3 | 0.0001 |
| Pegboard | 92.2 | 15.7 | 101.8 | 25.7 | 0.001 |
| Trails A | 103.7 | 9.2 | 100.3 | 8.3 | 0.006 |
| Trails B | 102.9 | 9.1 | 100.4 | 7.5 | 0.026 |
| Finger writing errors | | | | | |
| Right | 99.4 | 7.3 | 100.0 | 7.5 | 0.647 |
| Left | 101.0 | 9.7 | 100.0 | 7.8 | 0.513 |
| Information | 82.6 | 36.1 | 101.5 | 39.4 | 0.0007 |
| Picture completion | 75.2 | 29.6 | 99.3 | 32.2 | 0.0001 |
| Similarities | 93.4 | 29.3 | 98.1 | 41.2 | 0.396 |
| Total abnormalities | 9.9 | 5.0 | 2.3 | 2.4 | 0.0001 |

*Notes:* $\bar{x}$ = mean, and *SD* = standard deviation.
**p* values by analysis of variance.

Errors were modeled as the reciprocal of quadratic power, therefore abnormal observed values decreased compared with predicted scores. Visual field performance was reduced significantly in both eyes in the exposed group. Grip strength was also significantly lower in the exposed group. Hearing losses were not significantly different between the 2 groups.

The results of psychological tests revealed significantly lower scores in the mold-exposed group for digit symbol substitution and vocabulary; however, Culture Fair (i.e., problem-solving) scores were not significantly different between the 2 groups. Immediate verbal recall (of stories) was significantly lower in the exposed group, and decreased further following a 30-min delay.

Times for peg placement trail-making A and B were all significantly prolonged in the exposed group, thus reflecting perceptual motor impairment. Fingertip number writing perception was not impaired in either group.

Information and picture completion, but not similarities, were significantly different in the exposed group, despite the fact that these tests are usually unaffected by chemical exposures.[40]

In the mold-exposed group, 12 of 14 physiological functions, and 9 of 13 psychological tests, were affect-

ed adversely by molds and mycotoxins, for a total of 21 of 27 neurobehavioral tests. Mold-exposed subjects averaged 9.9 abnormal tests, compared with 2.3 among the referents ($p < 0.0001$ [Table 1]).

The mood states (i.e., POMS) scores were 3 times higher in the exposed group than in the unexposed group—a significant difference. Vigor was reduced, and tension, depression, anger, fatigue, and confusion were higher in the exposed group (Table 2). The POMS score equals the sum of the 5 adverse moods, minus vigor. Mean frequencies of 35 symptoms averaged 5.0 ± 1.9 (mean ± standard deviation) in the exposed group, compared with the controls (2.6 ± 1.1), which was a significant difference ($p < 0.0001$).

Vital capacity was reduced significantly in the mold-exposed group, as was forced expiratory volume in 1 sec ($FEV_{1.0}$)—results evidencing airway obstruction (Table 3). The decrease in vital capacity reduced the slowly emptying lung space; therefore, mid-flow forced expiratory flow (i.e., $FEF_{25-75}$), terminal flow ($FEF_{75-85}$), and the $FEV_{1.0}$-to-forced vital capacity (FVC) ratio were all higher in the exposed than the unexposed group.

Fifty-two percent of mold-exposed patients had current symptoms of peripheral neuropathy, and 62% of these patients had a history of peripheral neuropathy. This percentage compared with 14% of unexposed subjects.

Sixty-eight percent of patients had developed excessive sensitivity to chemicals (i.e., chemical triggers) following mold exposure, and 57% reacted to more than 2 chemicals. However, regression analysis for the influence of numbers of chemical triggers, age, POMS score, and other factors on total abnormalities showed that only POMS had a significant correlation coefficient ($r =$ .031698, $p < 0.03$), but with little effect ($r^2 = 5.7\%$). Regression analysis for the influence of peripheral neuropathy score, age, and other factors on total abnormalities showed a correlation coefficient for peripheral neuropathy score of 0.2709596 ($p < 0.029$; $r^2 =$ 6.2%)—again, with little effect.

**Table 2.—Profile of Mood States (POMS) Test Results for Mold-Exposed Subjects Compared with Unexposed Subjects**

| | Exposed ($n = 65$) | | Unexposed ($n = 202$) | | |
|---|---|---|---|---|---|
| POMS symptom | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *p* |
| Score* | 64.0 | 46.1 | 21.0 | 31.6 | 0.0001 |
| Tension | 17.0 | 8.8 | 9.1 | 5.8 | 0.0001 |
| Depression | 15.7 | 13.2 | 8.1 | 9.3 | 0.0001 |
| Anger | 14.0 | 11.1 | 8.3 | 7.9 | 0.0003 |
| Fatigue | 16.2 | 8.2 | 7.6 | 6.1 | 0.0001 |
| Vigor | 11.1 | 7.1 | 18.3 | 6.3 | 0.0001 |
| Confusion | 13.6 | 7.0 | 6.1 | 4.5 | 0.0001 |
| Symptom frequency | 5.0 | 1.9 | 2.6 | 1.1 | 0.0001 |

*Notes:* $\bar{x}$ = mean, and *SD* = standard deviation.
*The POMS score is the sum of tension, depression, anger, fatigue, and confusion, minus vigor.

**Table 3.—Pulmonary Function Test Results for Mold-Exposed Subjects Compared with Unexposed Subjects, as Percentage of Predicted**

| | Exposed ($n = 65$) | | Unexposed ($n = 202$) | | |
|---|---|---|---|---|---|
| Pulmonary function test | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *p** |
| FVC | 91.9 | 11.1 | 101.6 | 15.1 | 0.0001 |
| $FEV_{1.0}$ | 88.4 | 12.7 | 93.6 | 15.8 | 0.016 |
| $FEF_{25-75}$ | 93.6 | 28.9 | 88.1 | 35.0 | 0.256 |
| $FEF_{75-85}$ | 91.6 | 51.1 | 78.1 | 52.7 | 0.070 |
| $FEV_{1.0}$/FVC | 77.2 | 7.1 | 72.9 | 9.5 | 0.0007 |

*Notes:* $\bar{x}$ = mean, *SD* = standard deviation, FVC = forced vital capacity, $FEV_{1.0}$ = forced expiratory volume in 1 sec, $FEF_{25-75}$ = mid pulmonary forced expiratory flow, and $FEF_{75-85}$ = terminal pulmonary flow.
**p* values by analysis of variance.

The neurological abnormalities seen most frequently in mold-exposed persons were past-pointing in 48 subjects, decreased or absent vibration sensation in the feet in 35, ataxia in 32, slow alternating movements in 21, dysmetria in 16, and tremors in 12. No one had clonus or cogwheel rigidity. One third of the exposed patients had more than 4 abnormal cerebellar signs and abnormally fast sway speed with eyes closed.

Satratoxin antibodies were increased in exposed subjects by 178%, but antibodies to aflatoxin and trichothecenes were decreased by 55% and 22%, respectively. Serum antibody titers to mold showed that IgM increased by 114%, IgE by 47%, and IgG by 42% among the exposed subjects (Table 4). Serum antibody titers to molds or mycotoxins were not predictive of neurobehavioral abnormality, as evidenced by the results of regression analyses. Pulmonary impairment, as shown by the results of spirometric tests, was not correlated with mold concentrations in air, or with antibody titers.

Impairment in 6 patients exposed to additional contaminants of sewer gas, construction materials (including organic solvents), or pesticides averaged below the group mean. Excluding these individuals from analysis did not affect the interpretation; therefore, they were retained in the analysis. No patient had a neurological or psychiatric disease. Severe depression subsequent to mold exposure was diagnosed and treated in 4 patients.

Eight mold-exposed patients were tested 11–20 mo following their initial evaluations, after they had left the homes in which exposure occurred. Repeat testing showed that no individual had experienced improved functions; in fact, 7 of the 8 patients (88%) had worsened and 1 individual's symptoms were unchanged. These observations, which allow for comparison of functions across time and enable each individual to function as his or her own control, confirm comparisons of groups after the application of prediction equations. Absent additional mold exposure, functions in 88% ($n$ = 7) of these patients had deteriorated during the course of a year.

**Table 4.—Differences in Prevalence of Abnormal Titers (in %) of Antibodies to 14 Molds and 3 Mycotoxins in Mold-Exposed Patients with Symptoms and Impairments, Compared with Community (Unexposed) Subjects**

| Antibodies measured | Exposed ($n$ = 54) | Unexposed ($n$ = 48) | Difference between groups |
|---|---|---|---|
| Mold* | | | |
| IgG | 74.0 | 52.0 | > 42 |
| IgM | 94.0 | 44.0 | > 114 |
| IgA | 33.0 | 79.0 | < 42 |
| IgE | 117.0 | 79.0 | > 47 |
| Mycotoxin | | | |
| Aflatoxin | 9.2 | 16.7 | < 55 |
| Satratoxin | 40.7 | 22.9 | > 178 |
| Trichothecene | 13.0 | 16.7 | < 22 |

*Note:* Ig = immunoglobulin.
*The following mold antibodies were measured: *Alternaria tenus, Aspergillus fumigatus, Aspergillus niger, Aspergillus versicolor, Chaetomium globosum, Cladosporium herbarum, Epicoccum nigrum, Geotrichium candidum, Penicillium notatum, Phoma herbarum, Pullullaria pullulans, Rhizopus nigricans, Rhodotorula glutinis, Stachybotrys chartarum.*

## Discussion

Many neurobehavioral measurements in 65 subjects exposed to molds and mycotoxins at home were abnormal, compared with their individual predicted values. Mold exposure was associated with impaired balance, color discrimination, visual field performance, and grip strength, as well as slowed reaction times—but *not* with decreased hearing. Verbal recall was decreased, perceptual motor functions were impaired for peg placement and trail making, and problem solving was reduced in digit symbol substitution. Vocabulary and long-term memory for information and picture completion were impaired. Excessive cerebellar abnormalities—evidenced by the results of neurological examinations—correlated with measured balance as excessive sway speed.

These mold-exposed patients complained of persistent flu-like illnesses, onset of asthma (not verified by exam), beginning of severe fatigue, impaired memory and concentration, frequent dizziness, and unsteady balance. These symptoms were accompanied by the patients noticing musty odors and black mold growth on baseboards and lower walls (particularly in the bathrooms, adjoining bedrooms, and closets) and on outer walls beneath window sashes and where walls joined ceilings. Concurrent with symptoms, water leaks were usually found from roofs, windows, outer walls, or within the walls. Microscopic examination of touch preparations showed the spores and hyphae of many different molds. Patients' serum and saliva antibodies for many molds exceeded laboratory reference values, but only satratoxin antibodies were elevated compared with an unexposed group.

Clinical judgment attributed these impairments to mold exposure, after other possibilities had been considered, inasmuch as these patients were without preexisting medical or neurological diseases or traumatic brain damage. In addition, mold-exposed patients had no previous chemical exposures and they had rarely used pesticides.

Pulmonary function abnormalities indicated severe airways obstruction that reduced vital capacity and $FEV_{1.0}$, and their reduced ratio was characteristic of bronchiolitis.[41,42] There is no accepted method for the measurement of mycotoxins in air or for the quantification of molds in air (except by spore count or culture),

and no serum assay or biomarker is available; therefore, we lack the doses for a dose-response curve of adverse effects on the brain.

Mycotoxins are recognized by bioassays for toxic activity on cells or enzymes, and trichothecene activity can be estimated in air or particles.[43–46] Dust samples from a Montreal, Canada, office building were assayed by thin-layer chromatography, using 4-(*p*-nitrobenzyl) pyridine to identify the 12,13-epoxy group of trichothecenes.[44] Methanol extractions of water-damaged building materials and gypsum board, assayed in feline skin and lung cells, were 200 times as toxic as board extract that was not water damaged.[44] Spores and fragments of 3 molds (i.e., *Aspergillus versicolor, Penicillium melinii,* and *Cladosporium cladosporioides*) share antigens and immunological reactivity.[45] A trichothecene assay (i.e., an inhibition of protein synthesis by using firefly luciferase translation in rabbit reticulocytes) correlated with fungal counts in indoor air.[47]

Trichothecenes identified by 3-[4,5-dimethylthiazol-2-yl]-2,5-diphenyltetrazolium bromide (MTT) cleavage, and shown chemically by high-performance liquid chromatography with diode array ultraviolet detection and gas chromatography-mass spectrometry, were cytotoxic for swine kidney cell cultures.[46] A chymotrypsin-like serin proteinase from *Stachybotrys chartarum* was isolated and purified from an infant with pulmonary hemosiderosis. It cleaved lung proteinase inhibitors, bioactive peptides, and collagen,[48] all of which suggested that it could destroy lung tissue.

The consecutive mold-exposed patients in the present study were referred by physicians or attorneys, or were self-referred. A representative study of a random sample of individuals would necessitate motivating individuals who had no complaints to submit to testing. Such a study might be feasible when mold problems are better understood and a biological marker is available.

Patients' exposures to toxins at home are a difficult epidemiological problem. They are not a cohort with shared space and exposure, as is the case in a workplace. Age, wellness, and hours per day of exposure vary more for people at home than for individuals at work. Self-selection for testing (bias) may ultimately result in an increase in symptoms, but it does not affect neurobehavioral measurements.[49,50] Measurements of effects are independent, even if symptoms are exaggerated. Clinical judgment has favored molds as causes, although homes—like schools and offices[8,9,42]—often contain other toxic chemicals.[6,7]

Impairment from mold exposure resembles that associated with formaldehyde exposure and the Indoor Air Syndrome—except for the lengthened blink reflex latency[6] that is typically associated with exposure to chlorinated solvents and arsenic,[49–51] but not with other chemicals.[52–54]

Antibody titers to trichothecenes, satratoxin, and aflatoxin did not predict impairment of lung or brain. An important relationship to consider in future studies is that which may exist between total and specific neurobehavioral abnormalities, and trichothecene concentrations—especially T-2 and satratoxin—in indoor air[47,55] and in patients' serum and fat.

Observations of cognitive and memory impairment in 20 previous patients exposed to *Stachybotrys atra*,[56] as well as abnormalities of balance, reaction time, recall, memory, and trail making in our preliminary group[11] are now confirmed.

Inhaled mycotoxins, liberated from indoor mold growth, caused brain impairment and neurological symptoms. Trichothecenes are epoxides that covalently adduct deoxyribonucleic acid, ribonucleic acid, protein, and microtubules of nerve axons,[56,57] providing mechanisms for lung, brain, and immune system toxicity.

Most therapeutic antibiotics, including penicillin and aminoglycosides, are products of molds[58] Other drugs produced by molds include ergot alkaloids, coumadins, and adriamycin C—used to treat cancer.[59] Asthma, cancer, wasting, hemorrhage, inanition, and death have been linked to mold exposure since ancient times.[10,59] But why have people developed sickness from molds in their homes during the most-recent decade?

Consider that after World War II construction of the interior walls of homes shifted from wood or metal lath, plaster, and lime coat to plasterboard (gypsum board)—a change that reduced cost. The inner paper (cellulose) layer of plasterboard encourages mold growth[60] when inner walls become damp from inadequate venting of moisture or from leaks from walls, roofs, or plumbing.[61] Variations in moisture levels stress molds to produce spores and toxins, such as trichothecenes and satratoxin,[62,63] that escape into living and working spaces.[43] Prior to the use of plasterboard, alkaline plaster or lime coating on walls discouraged fungal growth.

There are no antidotes for mold toxins.[59,62] They are likely to permanently impair brain function. Only the avoidance of exposure stops added damage; however, impairment may progress *absent additional exposure*—as was the case in 7 of 8 patients we tested twice—suggesting that *absorbed dose continues to damage neurons.*

## Prevention

Limiting the damaging health effects of mycotoxin exposure requires primary prevention. An initial step is the development of wallboard that does not facilitate the growth of *Stachybotrys* and other toxic molds. Perhaps boric acid or sodium borate can be added to the paper layer or slurry of gypsum during the making of wallboard. Other agents that provide an acidic milieu when applied to surfaces may prevent mold growth; methoxymethane (dimethylether) removes aflatoxins from peanuts.[64] It is important, however, that any agent

developed for the lessening of mold exposure not be toxic itself. Recognition by the medical profession and by the public that mold causes neurological and/or respiratory damage is important because these illnesses are often progressive and irreversible. The social, personal, and economic consequences are immense. Prevention by avoidance of exposure is imperative.

* * * * * * * * * *

The author thanks Drs. Ann Spurgeon, Nachman Brautbar, and Janette Sherman for their valuable suggestions and advice regarding the content of this report.

Remuneration for examination and testing was obtained from patients; their medical insurance companies; and, for several patients, from law firms that undertook litigation on the patients' behalf.

Submitted for publication September 20, 2003; revised; accepted for publication October 30, 2003

Requests for reprints should be sent to Dr. Kaye H. Kilburn, University of Southern California, Keck School of Medicine, Environmental Sciences Laboratory, Bldg. A7 #7401, 1000 S. Fremont Ave, Unit 2, Alhambra, CA 91803.

E-mail: Kilburn@usc.edu

* * * * * * * * * *

### References

1. Landrigan PJ, Miller B. The Arjenyattah epidemic. Home interview data and toxicological aspects. Lancet 1983; 2 (8365–66):1474–76.
2. Hefez A. The role of the press and the medical community in the epidemic of "mysterious gas poisoning" in the Jordan West bank. Am J Psychiatry 1985; 142:833–37.
3. Small GW, Borus JF. Outbreak of illness in a school chorus. Toxic poisoning or hysteria? N Engl J Med 1983; 308: 632–35.
4. Kreiss K. The sick building syndrome: where is the epidemiological basis? Am J Public Health 1990; 80: 1172–73.
5. Burge S, Hedge A, Wilson S, et al. Sick Building Syndrome: A study of 4373 office workers. Ann Occup Hyg 1987; 31:493–504.
6. Kilburn KH. Indoor air effects after building renovation and manufactured homes. Am J Med Sci 2000; 320 (4):249–54.
7. Dally KA, Hanrahan LP, Woodbury MA, et al. Formaldehyde exposure in nonoccupational environments. Arch Environ Health 1981; 36:277–84.
8. Menzies R, Tamblyn R, Farant JP, et al. The effect of varying levels of outdoor air supply on the symptoms of sick building syndrome. N Engl J Med 1993; 328:821–27.
9. Burge PS, Finnegan M, Horsfield N, et al. Occupational asthma in a factory with a contaminated humidifier. Thorax 1985; 40:248–54.
10. Johanning E, Morey P, Jarvis B, et al. Health and immunology study following exposure to toxigenic fungi *Stachybotrys chartarum* in a water damaged office environment. Int Arch Occup Environ Health 1996; 68: 207–18.
11. Kilburn KH. Inhalation of moulds and mycotoxins. Eur J Oncol 2002; 7(3):197–202.
12. Kilburn KH, Thornton JC, Hanscom BE. Population-based prediction equations for neurobehavioral tests. Arch Environ Health, 1998; 53:257–63.
13. Kilburn KH, Warshaw R, Boylen CT, et al. Pulmonary and neurobehavioral effects of formaldehyde exposure. Arch Environ Health 1985; 40:254–60.
14. Kilburn KH, Warshaw R, Thornton JC. Formaldehyde impairs memory, equilibrium, and dexterity in histology technicians: effects which persist for days after exposure. Arch Environ Health 1987; 42:117–20.
15. Levin RE, Weinstein A, Peterson M, et al. A comparison of the sensitivity of the 1971 and 1982 American Rheumatism Association criteria for the classification of lupus erythematosus. Arthritis Rheum 1984; 27:530–38.
16. Ferris BG Jr. Epidemiology standardization project. Am Rev Respir Dis 1978; 118:7–54.
17. Kilburn KH, Warshaw RH. Neurobehavioral effects of formaldehyde and solvents on histology technicians: repeated testing across time. Environ Res 1992; 58:134–46.
18. Kilburn KH. Neurobehavioral impairment and seizures from formaldehyde. Arch Environ Health 1994; 49:37–44.
19. Kilburn KH, Warshaw RH, Shields MG. Neurobehavioral dysfunction in firemen exposed to polychlorinated biphenyls (PCBs): possible improvement after detoxification. Arch Environ Health 1989; 44(6):345–50.
20. Kilburn KH, Warshaw RH. Neurotoxic effects from residential exposure to chemicals from an oil reprocessing facility and Superfund site. Neurotoxicol Teratol 1995; 17: 89–102.
21. Miller JA, Cohen GS, Warshaw R, et al. Choice (CRT) and simple reaction times (SRT) compared in laboratory technicians: factors influencing reaction times and a predictive model. Am J Ind Med 1989; 15:687–97.
22. Kilburn KH, Warshaw RH. Balance measured by head (and trunk) tracking and a force platform in chemically (PCB and TCE) exposed and referent subjects. Occup Environ Med 1994; 51:381–85.
23. Shahani BT, Young RR. Human orbicularis oculi reflexes. Neurology 1972; 22:149–54.
24. Kilburn KH, Thornton JC, Hanscom B. A field method for blink reflex latency (BRL R-1) and prediction equations for adults and children. Electromyogr Clin Neurophysiol 1998b; 38:25–31.
25. Lanthony P. The desaturated panel D-15. Doc Ophthalmol 1978; 46:185–89.
26. Bowman KJ. A method for quantitative scoring of the Farnsworth panel D-15. Acta Ophthalmol 1982; 60: 907–16.
27. Wechsler D. A standardized memory scale for clinical use. J Psychol 1945; 19:87–95. Wechsler Memory Scale–Revised Manual. New York: The Psychological Corporation, 1987.
28. Cattell RB. Classical and standard score IQ standardization of the IPAT: culture-free intelligence scale 2. J Consult Psychol 1951; 15:154–59.
29. Cattell RB, Feingold SN, Sarason SB. A culture-free intelligence test II evaluation of cultural influences on test performance. J Educ Psychol 1941; 32:81–100.
30. Raven JC, Court JH, Raven J. Standard Progressive Matrices. Oxford, U.K.: Oxford Psychologists Press, 1988.
31. Jackson DN. Multidimensional aptitude battery. Port Huron, MI: Sigma Assessments Systems, 1985.
32. Wechsler D. Adult Intelligence Scale Manual–Revised. New York: The Psychological Corporation, 1981.
33. Reitan RM. A research program on the psychological effects of brain lesions in human beings. In: Ellis NR (Ed). International Review of Research in Mental Retardation. New York: Academic Press, 1966; pp 153–216.

34. Reitan RM. Validity of the trail-making test as an indicator of organic brain damage. Percept Mot Skills 1958; 8: 271–76.
35. McNair DM, Lorr M, Droppleman LF. Profile of Mood States. San Diego, CA: Educational and Industrial Testing Service, 1971/1981.
36. Teicher MH, Glod CA, Surrey J, et al. Early childhood abuse and limbic system ratings in adult psychiatric outpatients. J Neuropsychiatry Clin Neurosci 1993; 5(3): 301–06.
37. Rey A. L'examen Clinique en Psychologie. Paris: Presses Universitaires de France, 1964.
38. American Thoracic Society. Standardization of spirometry—1987 update. Statement of the American Thoracic Society. Am Rev Respir Dis 1987; 136:1285–98.
39. Miller A, Thornton JC, Warshaw R, et al. Mean and instantaneous expiratory flows, FVC and $FEV_1$: prediction equations from a probability sample of Michigan, a large industrial state. Bull Eur Physiopathol Respir 1986; 22: 589–97.
40. Ryan CM, Morrow LA, Bromet EJ, et al.. Assessment of neuropsychological dysfunction in the workplace: normative data from the Pittsburgh Occupational Exposures Test Battery. J Clin Exp Neuropsychol 1987; 9:665–79.
41. Northup SC, Kilburn KH. The role of mycotoxins in human pulmonary disease. In: Wyllie TD, Morehouse LG (Eds). Mycotoxic Fungi, Mycotoxins, Mycotoxicoses. Vol. 3. New York: Marcel Dekker, 1977; pp 91–108.
42. Savilathi R, Uitti J, Laippala P, et al. Respiratory morbidity among children following renovation of water damaged school. Arch Environ Health 2000; 55:405–10.
43. McLaughlin CS, Vaughan MH, Campbell IM, et al. Inhibition of protein synthesis by trichothecenes. In: Rodricks JV, Hesseltine CW, Mehlman MA (Eds). Mycotoxins in Human and Animal Health. Park Forest South, IL: Pathotox, 1977.
44. Smoragiewicz W, Cossette B, Boutard A, et al. Trichothecene mycotoxins in the dust of ventilation systems in office buildings. Int Arch Occup Environ Health 1993; 65:113–17.
45. Gorny RL, Reponen T, Willeke K, et al. Fungal fragments as indoor air biocontaminants. Appl Environ Microbiol 2002; 68(7):3522–31.
46. Johanning E, Gareis M, Nielsen K, et al. Airborne mycotoxin sampling and screening analysis. Proceedings of the 9th International Conference on Indoor Air Quality and Climate (Indoor Air 2002), June 30–July 15, 2002. Santa Cruz, CA: Indoor Air 2002 Conference Secretariat.
47. Yike I, Allan T, Sorenson WG, et al. Highly sensitive protein translation assay for trichothecene toxicity in airborne particulates: comparison with cytotoxicity assays. Appl Environ Microbiol 1999; 65:88–94
48. Kordula T, Banbula A, Macomson J, et al. Isolation and properties of stachyrase A, a chymotrypsin-like serine proteinase from *Stachybotrys chartarum*. Infect Immun 2002; 70(1):419–21.
49. Kilburn KH, Warshaw RH. Effects on neurobehavioral performance of chronic exposure to chemically contaminated well water. Toxicol Ind Health 1993; 9:391–404.
50. Kilburn KH. Chlorine-induced damage documented by neurophysiological, neuropsychological, and pulmonary testing. Arch Environ Health 2000; 55:31–37.
51. Kilburn KH. Neurobehavioral impairment from long-term residential arsenic exposure. In: Arsenic. Exposure and Health Effects. New York: Chapman and Hall 1997; pp 159–75.
52. Kilburn KH. Exposure to reduced sulfur gases impairs neurobehavioral function. So Med J 1997; 90:997–1006.
53. Kilburn KH. Evidence for chronic neurobehavioral impairment from chlorpyrifos. Environ Epidemiol Toxicol 1999; 1:153–62.
54. Kilburn KH. Visual and neurobehavioral impairment associated with polychlorinated biphenyls. Toxicology 2000; 21(4):489–500.
55. Andersson MA, Nikulin M, Köljalg U, et al. Bacteria, molds and toxins in water-damaged building materials. Appl Environ Microbiol 1997; 63:387–93.
56. Gordon WA, Johanning E, Haddad L. Cognitive impairment associated with exposure to toxigenic fungi. In: Johanning E (Ed). Bioaerosols, Fungi and Mycotoxins: Health Effects Assessment Prevention and Control. New York: Mt. Sinai School of Medicine, 2001.
57. Hayes JR, Campbell TC. Food additives and contaminants. In: Casarett and Doull's Toxicology. The Basic Science of Poisons, 3rd ed. New York: Macmillan, 1986; pp 771–800.
58. Waksman SA. Antibiotics of actinomycetes that have found important practical applications. In: Waksman SA (Ed). The Actinomycetes. A Summary of Current Knowledge. New York: Ronald Press, 1967; pp 208–26.
59. Rall TW, Schleifer LS. Oxytocin, prostaglandins, ergot alkaloids and other drugs; tocolytic agents. In: Gilman AG, Goodman LS, Rall TW, Murad F (Eds). The Pharmacological Basis of Therapeutics, 7th ed. New York: Macmillan, 1985; pp 926–45.
60. Hintikka EL. Human stachybotryotoxicosis. In: Wyllie TD, Morehouse LG (Eds). Mycotoxic Fungi, Mycotoxins, Mycotoxicoses. Vol. 3. New York: Marcel Dekker, 1977; pp 87–89.
61. Nielsen KF, Hansen MO, Larsen TO, et al. Production of mycotoxins on artificially inoculated building materials. Int Biodeterioration Biodegradation 1998; 42:9–16.
62. Dales R, Burnett R, Zwanenburg H. Adverse health effects among adults exposed to home dampness and mold. Am Rev Respir Dis 1991; 143:505–09.
63. Mirocha CJ, Pathre SV, Christensen CM. Chemistry of *Fusarium* and *Stachybotrys* mycotoxins. In: Wyllie TD, Morehouse LG (Eds). Mycotoxic Fungi, Mycotoxins, Mycotoxicoses. Vol. 1. New York: Marcel Dekker, 1977; pp 365–420.
64. Aibara K, Yano N. New approach to aflatoxin removal. In: Rodricks JV, Hesseltine CW, Mehlman, MA (Eds). Mycotoxins in Human and Animal Health. Park Forest South, IL: Pathotox, 1977.

# Mixed Mold Mycotoxicosis: Immunological Changes in Humans Following Exposure in Water-Damaged Buildings

MICHAEL R. GRAY
Progressive Healthcare Group
Benson, Arizona
JACK D. THRASHER
Sam-1 Trust
Alto, New Mexico
ROBERT CRAGO
Neurobehavioral Health Services
Tucson, Arizona
ROBERTA A. MADISON
Department of Health Sciences
California State University, Northridge
LINDA ARNOLD
ImmunTox LLC
Benson, Arizona
ANDREW W. CAMPBELL
Medical Center for Immune and Toxic Disorders
Spring, Texas
ARISTO VOJDANI
Immunosciences Lab, Inc.
Beverly Hills, California

ABSTRACT. The study described was part of a larger multicenter investigation of patients with multiple health complaints attributable to confirmed exposure to mixed-molds infestation in water-damaged buildings. The authors present data on symptoms; clinical chemistries; abnormalities in pulmonary function; alterations in T, B, and natural killer (NK) cells; the presence of autoantibodies (i.e., antinuclear autoantibodies [ANA], autoantibodies against smooth muscle [ASM], and autoantibodies against central nervous system [CNS] and peripheral nervous system [PNS] myelins). A total of 209 adults, 42.7 ± 16 yr of age (mean ± standard deviation), were examined and tested with (a) self-administered weighted health history and symptom questionnaires; (b) standardized physical examinations; (c) complete blood counts and blood and urine chemistries; (d) urine and fecal cultures; (e) thyroid function tests (T4, free T3); (f) pulmonary function tests (forced vital capacity [FVC], forced expiratory volume in 1 sec [$FEV_{1.0}$], and forced expiratory flow at 25%, 50%, 75%, and 25–75% of FVC [$FEF_{25}$, $FEF_{50}$, $FEF_{75}$, and $FEF_{25-75}$]); (g) peripheral lymphocyte phenotypes (T, B, and NK cells) and mitogenesis determinations; and (h) a 13-item autoimmune panel. The molds-exposed patients reported a greater frequency and intensity of symptoms, particularly neurological and inflammatory symptoms, when compared with controls. The percentages of exposed individuals with increased lymphocyte phenotypes were: B cells (CD20+), 75.6%; CD5+CD25+, 68.9%; CD3+CD26+, 91.2%; CD8+HLR–DR+, 62%; and CD8+CD38+, 56.6%; whereas other phenotypes were decreased: CD8+CD11b+, 15.6% and CD3–CD16+CD56+, 38.5%. Mitogenesis to phytohemagglutinin was decreased in 26.2% of the exposed patients, but only 5.9 % had decreased response to concanavalin A. Abnormally high levels of ANA, ASM, and CNS myelin (immunoglobulins [Ig]G, IgM, IgA) and PNS myelin (IgG, IgM, IgA) were found; odds ratios for each were significant at 95% confidence intervals, showing an increased risk for autoimmunity. The authors conclude that exposure to mixed molds and their associated mycotoxins in water-damaged buildings leads to multiple health problems involving the CNS and the immune system, in addition to pulmonary effects and allergies. Mold exposure also initiates inflammatory processes. The authors propose the term "mixed mold mycotoxicosis" for the multisystem illness observed in these patients.

<Key words: immune hyperactivation, immunotoxicity, mitogenesis, molds, mycotoxicosis, mycotoxins, proinflammatory immune toxicity, toxic encephalopathy>

THE POTENTIAL HARMFUL EFFECTS of exposure to mixed molds in inhabited buildings were recognized in early Biblical times. In the Old Testament,[1] Leviticus put forth a detailed protocol for the remediation of mold-contaminated structures, including the destruction of dwellings and personal belongings if remediation failed. Today, it is recognized that water intrusion into buildings leads to amplification of molds,[2–7] often requiring remediation.

Potentially toxic and immunogenic byproducts of fungi and molds include mycotoxins; 1,3-alpha-D-glucans; extracellular polysaccharides (EPS); enzymes; and solvents.[8–19] Occupants of affected structures can develop symptoms in multiple organ systems, including the upper and lower respiratory systems, central and peripheral nervous systems, skin, gastrointestinal tract, urinary tract, connective tissue, and the musculoskeletal system.[3,6,20–26] Human illness can result from 1 or all of the following: mycotic infections, or mycoses[27–32]; immunoglobulin (Ig)E-mediated sensitivity and asthma[33–35]; hypersensitivity pneumonitis and related inflammatory pulmonary diseases[36–39]; cytotoxicity[40–44]; immune suppression/modulation[45–47]; mitochondrial toxicity[48–51]; carcinogenicity[52,53]; nephrotoxicity[54]; and the formation of nuclear and mitochondrial deoxyribonucleic acid adducts.[55–58] Finally, in the infectious state, molds secrete exodigestive enzymes (EES) that cause tissue destruction, angioinvasion, thrombosis, infarction, and other manifestations of mycosis.[27,59–63]

We have evaluated and treated more than 209 patients who presented with multiorgan system symptoms resulting from exposure to molds in their homes, schools, or workplaces. Recognizing the complexity of health problems associated with mixed mold exposure, we undertook a multicenter investigation of patients with chronic health complaints attributed to exposure to mixed colonies of indoor fungi and molds. We employed detailed health and environmental history-gathering questionnaires, environmental monitoring data, physical examination, pulmonary function testing protocols, routine clinical chemistries, neurocognitive testing, and 16-channel quantitative electroencephalograms (QEEGs). In addition, we measured lymphocyte phenotypic markers (on T, B, and natural killer [NK] cells), antibodies to molds and mycotoxins, neuronal antigen antibodies, and leukocyte apoptosis. Herein we present data on symptoms, alterations in peripheral lymphocyte phenotypes, and autoantibodies observed in adult patients. Future communications will detail pulmonary abnormalities, antibodies to molds and mycotoxins, and neurobehavioral and QEEG changes observed in these patients, and will report the statistically significant multisystem correlations observed. Currently, we refer to the illness of these individuals as a "mixed mold mycotoxicosis" involving the immune system, the lungs, and the central and peripheral nervous systems, as well as a generalized inflammatory and irritant response to exposure to spores, hyphal fragments, mycotoxins, solvents, and other byproducts (e.g., EPS and EES).

## Materials and Method

**Patients.** Two hundred nine adult patients with a history of exposure to mixed colonies of molds resulting from structural water intrusion in residential, workplace, or school-based settings were included in this study. Adults were considered to be males older than 12 yr of age and females older than 11 yr of age. The patients, 42.7 ± 16 yr of age (mean ± standard deviation), were evaluated from early 1994 through June 2003 and comprised 126 females (43.1 ± 15.2 yr) and 83 males (42.3 ± 17.1 yr). Patients involved in litigation numbered 71 (40.1 ± 16.7 yr) and nonlitigants numbered 1,368 (44.5 ± 15.3 yr). Litigation status was uncertain for 4 adult patients. Females under age 11 and males under age 12 were not considered as adults with respect to immune parameters and symptoms, and were therefore excluded from the data presented in this report, although many of these children were clinically ill.

**Questionnaires.** We asked the patients to complete 2 self-administered questionnaires developed by 1 of the authors (MRG), seeking information from the following areas of concern: (a) medical history, (b) occupational and general environmental history, (c) lifestyle and habits, and (d) a review of systems. The symptom frequency review entailed questions on 58 specific symptoms. In accordance with methods provided by Ziem,[64] we report on the 38 most frequently experienced symptoms. In brief, the symptoms were scored by the patient as occurring: 1 = daily to almost daily, 2 = several times a week, 3 = weekly, 4 = several times a month, 5 = monthly, 6 = rarely, if ever (considered a negative response), and 7 = unsure. For statistical purposes, the scores were reversed to reflect the ascending frequency of the reported symptoms when tabulated. The mean value and standard deviation for the frequency score for each symptom were determined for the whole group, for males alone, for females alone, and for litigant and nonlitigant patients.

Controls for the historical questionnaires were obtained by auditing responses to the same questionnaires administered to 28 consecutive adult patients presenting to our general medical clinic for initial "database" comprehensive physical examinations. The results from the first 28 consecutive Ziem symptom audits were used as controls for comparison with the mold-exposed patients' responses.

**Physical examinations.** Each patient underwent a thorough physical examination, performed by MRG. A standardized form for entering relevant physical find-

ings was used to facilitate uniformity of the exam and recording of findings. Clinical laboratory samples were collected by certified phlebotomists at the community hospital located adjacent to the clinic in which the exams were conducted. All samples were either processed at the local hospital's American College of Pathology (ACP)-accredited clinical laboratory facilities, or forwarded to the appropriate ACP-accredited reference laboratories. Guidelines of the U.S. Centers for Disease Control and Prevention (CDC) were followed for the handling of all lymphocyte tissue cultures tested.

**Clinical laboratory tests.** The following standard diagnostic laboratory tests were performed by Clinical Laboratory Improvement Amendment and Medicare-certified national reference and specialty laboratories: complete blood count (CBC); comprehensive metabolic panel (CMP); urinalysis; urine culture (if indicated); stool (occult blood, fungal, and mold) culture; erythrocyte sedimentation rate (ESR); C-reactive protein (CRP); thyroid profile (thyroid-stimulating hormone [TSH], free T4, and free T3); antinuclear autoantibodies (ANA); and rheumatoid factor (RF). All clinical laboratory tests were compared with the laboratories' published expected reference ranges, according to generally accepted procedures and practices. Serology was performed for the following herpes viruses: herpes I, II, VI, and varicella; Epstein Barr; and cytomegalovirus.

**Peripheral lymphocyte phenotype determination.** Whole venous blood was sent in laboratory-provided silicon-treated, sodium-heparinized glass e-vac tubes by overnight courier to Antibody Assay Laboratories (AAL), Santa Ana, California, following procedures prescribed by the lab to ensure that the cells were viable in accordance with CDC requirements. AAL performed mitogen tests with phytohemagglutinin (PHA), and with pokeweed and concanavalin A (Con A). Tuberculin purified protein derivative (PPD), tetanus toxoid, and *Candida albicans* mannoprotein were used as control mitogens. Any blood samples that failed to meet CDC requirements were discarded and redrawn. Quality assurance was performed using negative and positive controls. Mononuclear cells were isolated using Ficoll-isopaque density gradient centrifugation.[65] Not all of the 209 adults had all of the tests performed; therefore, *n* varies slightly for some of the parameters, as noted in the relevant tables.

Peripheral white blood cells (i.e., total white cell count and total lymphocyte count) were enumerated by AAL. In addition, the percentages of the following lymphocyte phenotypes were determined: B cells (CD20+); T cells (CD3+); T-helper (CD4+) and T-suppressor (CD8+) cells; interleukin (IL)-2 receptor-bearing T cells (CD5+CD25+); activated T cells (CD3+CD26+ and CD3+HLA–DR+); activated T-suppressor cells (CD8+CD38+ and CD8+HLA–DR+); complement receptor-bearing T-suppressor cells (CD8+CD11b+); and NK cells (CD3–CD16+CD56+). Monoclonal antibodies to CD antigens were purchased from Becton Dickinson (Los Angeles, California), except for CD26 (Beckman Coulter [Miami, Florida]). Flow cytometry was performed using a Coulter Epic XL MCL flow cytometer (Beckman Coulter), in accordance with the manufacturer's instructions.

**Mitogenesis.** Mitogenesis responses to PHA and Con A were evaluated on peripheral lymphocytes of all 209 patients, using the colorimetric MTT [3-(4,5-dimethylthiazol-2-yl)-2,5-diphenyltetrazolium bromide] assay.[66] Viable cells activate the MTT, which is measured colormetrically at 570 nm with an EAR 400 microplate reader (SLT Labinstruments [Salzburg, Austria]). Mononuclear cells were isolated and suspended in 0.1 ml RPMI 1640 medium at $10^6$ cells/ml. They were cultured in RPMI 1640 supplemented with 10% fetal calf serum and antibiotics (i.e., penicillin and streptomycin) (Irvine Scientific [Santa Ana, California]). Cells from each individual were tested at 3 different concentrations of the mitogens for optimum stimulation. The tests were performed in triplicate and were reported as the average of 3 concentrations.

**NK cell function testing.** NK cell function was evaluated by AAL, using K562 cells (immortal cell line) (Coriell Institute for Medical Research [Camden, New Jersey]) as target cells. In brief, the patient's NK cells were incubated with K562 cells and a fluorescein derivative that is hydrolyzed by live K562 cells. The percentage of cells that retained the dye following killing was measured with an Epics Flow cytometer. The result is expressed as a percentage of kill.

**Autoantibody determinations.** Autoantibodies against smooth muscle (ASM), brush border (ABB), parietal cells (APC), mitochondria (AMIT), and nucleic acids/nucleoproteins (ANA) were determined with standard indirect immunofluoresence.[67,68] The controls for ASM and ANA were reported previously.[69] Immunoglobulin (Ig)A, IgM, and IgG antibodies to myelin sheath were detected with frozen monkey spinal cord (CNS) and sciatic nerve (PNS) as substrates, employing an indirect immunofluorescent technique for which antihuman immunoglobulin conjugated to fluorescein was used.[68,69] The controls for antimyelin antibody testing consisted of 32 chiropractic students (20 males and 12 females), 29 ± 9 yr of age, as reported previously.[69] Antibodies against thyroglobulin and thyroid peroxidase were measured by automated assays performed using chemoluminescence on DPC Immulite 2000 (Diagnostic Products Corp. [Los Angeles, California]), with DPC reagents.

**Statistical analysis.** All statistical analyses were performed using Statistica 10.0 for Windows (StatSoft, Inc. [Tulsa, Oklahoma]). Statistical tests included basic descriptive statistics, critical *t* tests, critical *z* tests, odds ratios, and analysis of variance (ANOVA).

## Results

**Physical examinations and routine diagnostic tests.** Physical exams revealed (a) nasal mucosal hyperproliferation and inflammatory changes, (b) relative alopecia, (c) cough and wheezing, (d) frequent balance problems (Romberg positive), and (e) increased dermal fluorescence on ultraviolet inspection. The CBC, CMP, ESR, CRP, RF, thyroid panel, urine analyses, urine cultures, and stool analyses and stool cultures did not vary from expected values, except for a low mean total bilirubin of 0.40 (reference range: 0.4–1.0).

Serology tests for all viruses were negative for either active or reactivation infections. Lymphadenopathy indicative of acute or reactivation herpes viral infections was absent in all cases.

**Symptoms.** Initially, litigants were compared with nonlitigants for each symptom. Critical *t* tests for each symptom revealed no difference between the 2 groups (data not shown). The responses of males vs. females for each symptom were also compared (data not shown). Critical *t* tests showed that females had a greater frequency of the following symptoms: excessive fatigue, headache, memory problems, "spaciness"/disorientation, lightheadedness, slurred speech, weak voice, spasms, coordination problems, vision changes, rash, cold intolerance, heat intolerance, chest discomfort, excessive thirst, swallowing problems, flushing skin, rapid pulse, palpitations, bruising, and swelling ankles.

Results for males and females were grouped together, and the frequency of each symptom expressed by the mold-exposed patients was compared with frequencies reported by the 28 controls (Table 1). As indicated in the table, exposed patients had an increased frequency of expression for the following symptoms: excessive fatigue, headache, nasal symptoms, memory problems, spaciness and disorientation, sinus discomfort, coughing, watery eyes, throat discomfort, slurred speech, lightheadedness, dizziness, weakness, bloating, insomnia, spasms, coordination problems, vision changes, rash, chest tightness, and wheezing.

**Peripheral lymphocytes.** The percentage of lymphocyte phenotypes measured in the peripheral blood of the patients was compared for litigants vs. nonlitigants. Critical *t* tests revealed no significant difference between the 2 groups for each lymphocyte phenotype (data not shown). Table 2 summarizes our observations following a comparison of males vs. females with respect to each phenotype. Critical *t* tests revealed no difference between males and females. As a result of these observations, all data were grouped into an "all patients" category. The mean percentages of total lymphocytes for all patients exceeded the expected laboratory ranges (95% confidence intervals [CIs]). The percentages of complement-receptor–bearing suppressor cells and NK cells were within expected laboratory ranges, but were on the low side of the 95% CI for each cell type. The percentages of individuals with results outside of the expected laboratory ranges for each phenotype also are presented in Table 2.

**Mitogenesis.** The results of mitogenic stimulation with PHA and Con A are summarized in Table 2, along with laboratory expected ranges at 95% CI. The average mitogen responses to PHA and Con A were on the low side of the expected ranges. The percentages of all patients with mitogenesis below the expected ranges were 26.2% for PHA and 5.9% for Con A.

**NK cell activity.** NK cell (CD3–CD16+CD56+) activity was normal for all study subjects.

**Autoantibodies.** IgG, IgM, and IgA antimyelin antibodies against CNS and PNS myelin were compared for litigants vs. nonlitigants and for males vs. females. Critical *z* tests revealed no difference between males and females (data not shown). Similarly, no difference was observed in myelin autoantibodies when litigants were compared with nonlitigants, except for PNS IgA (< 0.05 and > 0.02, respectively). However, given the number of tests applied (6), this difference was considered insignificant. Thus, antimyelin antibodies were grouped for all patients and compared with controls (Table 3). Observations for antibodies (IgG, IgM, and IgA) against neurofilament antigen in the mold-exposed patients, compared with controls, are presented in Table 4.

The percentages of patients with increased ANA and ASM autoantibodies were compared for males vs. females and for litigants vs. nonlitigants (data not shown). The percentages of males and females with elevated ANA autoantibodies were 25.9% and 31.7%, respectively, and with elevated ASM autoantibodies were 34.6% and 30.3%, respectively. Similar values for litigants vs. nonlitigants were 27.5% and 30.6%, respectively, for ANA, and 27.5% and 25%, respectively, for ASM. Critical *z* tests revealed no differences in the percentages for males vs. females or for litigants vs. nonlitigants. Results for male and female patients were then combined and compared with the controls on the basis of odds ratios. The controls' values for ANA and ASM were 1.8% and 14.6%, respectively ($n = 55$). The ORs at 95% CI for ANA and ASM were 11.00 and 2.58, respectively, both being significant (Table 5).

## Discussion

We made the following observations with respect to the 38 most frequently reported symptoms in our study (Table 1): (a) The mixed-mold–exposed patients expressed symptoms at a greater frequency than the controls; (b) Exposure to mixed molds caused significant morbidity, leading affected individuals to seek medical assistance; (c) The difference in symptoms between litigants and nonlitigants was not significant; (d) A statistically significant increase was seen in the frequency of

Table 1.—Frequency of Occurrence of the 38 Most Frequently Reported Symptoms, in Mold-Exposed Patients vs. Controls

| Symptom* | Mold-exposed patients (n = 209) $\bar{x}$ | SD | Controls (n = 28) $\bar{x}$ | SD | p | p females |
|---|---|---|---|---|---|---|
| Excessive fatigue | 5.8 | 1.9 | 4.3 | 2.1 | 0.0001 | 0.001 |
| Headache | 5.2 | 1.9 | 4.1 | 2.0 | 0.005 | < 0.006 |
| Nasal symptoms | 5.1 | 2.2 | 4.1 | 2.0 | 0.02 | |
| Memory problems | 5.1 | 2.1 | 3.3 | 1.6 | 0.0002 | 0.005 |
| "Spaciness"/disorientation | 4.8 | 2.3 | 3.2 | 1.8 | 0.0007 | < 0.01 |
| Sinus discomfort | 4.7 | 2.2 | 3.6 | 1.8 | 0.01 | |
| Coughing | 4.6 | 2.2 | 3.2 | 1.6 | 0.001 | |
| Watery eyes | 4.6 | 2.1 | 3.4 | 1.7 | 0.004 | |
| Throat discomfort | 4.5 | 2.1 | 3.4 | 1.7 | 0.008 | |
| Slurred speech | 4.5 | 2.3 | 3.1 | 2.0 | 0.002 | < 0.02 |
| Lightheadedness | 4.4 | 2.2 | 3.2 | 1.4 | 0.006 | 0.01 |
| Joint discomfort | 4.4 | 2.3 | 3.7 | 2.1 | NS | |
| Dizziness | 4.3 | 2.1 | 3.1 | 1.4 | 0.005 | |
| Weakness | 4.2 | 2.3 | 3.0 | 1.7 | 0.008 | |
| Bloating | 4.2 | 2.2 | 3.2 | 1.6 | 0.02 | |
| Insomnia | 4.1 | 2.2 | 3.8 | 2.0 | NS | |
| Weak voice | 4.1 | 2.2 | 2.8 | 1.4 | 0.003 | 0.02 |
| Spasms | 4.0 | 2.2 | 3.8 | 2.1 | NS | 0.04 |
| Coordination problems | 4.0 | 2.2 | 2.9 | 1.4 | 0.01 | 0.009 |
| Vision changes | 3.9 | 2.3 | 2.9 | 1.4 | 0.02 | 0.008 |
| Rash | 3.9 | 2.2 | 2.9 | 1.7 | 0.02 | 0.02 |
| Numbness | 3.9 | 2.2 | 3.4 | 1.7 | NS | |
| Cold intolerance | 3.9 | 2.4 | 3.1 | 1.8 | NS | 0.002 |
| Heat intolerance | 3.8 | 2.4 | 3.6 | 2.0 | NS | 0.003 |
| Chest tightness | 3.8 | 2.2 | 2.6 | 1.3 | 0.006 | |
| Chest discomfort | 3.7 | 2.2 | 3.0 | 1.3 | NS | 0.02 |
| Frequent urination | 3.7 | 2.3 | 3.8 | 2.1 | NS | |
| Excessive thirst | 3.6 | 2.3 | 3.4 | 2.0 | NS | 0.01 |
| Ringing ears | 3.6 | 2.2 | 4.4 | 2.4 | NS | |
| Wheezing | 3.6 | 2.0 | 2.6 | 1.3 | 0.02 | |
| Swallowing problems | 3.2 | 2.0 | 3.0 | 1.7 | NS | 0.008 |
| Skin flushing | 3.1 | 2.1 | 2.8 | 1.6 | NS | 0.04 |
| Bladder control problems | 3.1 | 2.0 | 2.8 | 1.4 | NS | |
| Rapid pulse | 3.0 | 2.0 | 2.6 | 0.9 | NS | 0.04 |
| Palpitations | 2.8 | 1.9 | 2.4 | 0.8 | NS | 0.003 |
| Bruising | 2.8 | 1.7 | 2.4 | 0.9 | NS | 0.003 |
| Swelling ankles | 2.7 | 1.8 | 2.6 | 1.5 | NS | 0.02 |
| Hearing changes | 2.7 | 1.8 | 2.6 | 1.5 | NS | |

*Notes:* $\bar{x}$ = mean, *SD* = standard deviation, and NS = not significant.
*Symptoms were compared for females vs. males.

symptoms among women compared with men; and (e) The most frequently reported symptoms were neurological (i.e., headache, memory difficulty, slurred speech, spaciness, lightheadedness, dizziness, weakness, coordination problems, and changes in vision), state of well-being (excessive fatigue, bloating, rash, discomfort, and muscle spasms), and ophthalmic and upper/lower respiratory (nasal symptoms, sinus discomfort, coughing, watery eyes, throat discomfort, weak voice, chest tightness, and wheezing). Overall, the symptom complex we observed was consistent with observations reported by others.[3,6,12,20–26] The preponderance of symptoms involving the CNS and state of well-being are reflective of injury to the CNS, as reported by Kilburn[25] and Anyanwu et al.[26] The increased frequency of symptoms in females is consistent with their greater representation in several other clinical conditions (e.g., fibromyalgia and related disorders,[70,71] autoimmune diseases,[72–74] and exposure to molds[6]). The greater representation of females with respect to symptoms may suggest that xenobiotics, estrogenic solvents, and/or mycoestrogens in their mold-contaminated environs play a role in their illnesses.[75,76] And, finally, the absence of a difference in symptoms between litigants and nonlitigants supports the assertion that individuals who exercise their legal rights through litigation do not exaggerate their symptoms, nor are they prone to malingering.[77–79]

The lymphocytes measured in our mold-exposed pa-

**Table 2.—Lymphocyte Phenotypes Observed in Males vs. Females, and in Combined Sexes (All Patients)**

| | | | | All patients* ($n$ = 206) | | | Males ($n$ = 83) | | | Females ($n$ = 123) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cell type | Designation | Expected range (95% CI) | % variation from expected | $\bar{x}$ | $SD$ | % abnormal | $\bar{x}$ | $SD$ | % abnormal | $\bar{x}$ | $SD$ | % abnormal |
| B | CD20+ | 5, 15 | > 15 | 17.9 | 6.1 | 75.6 | 18.1 | 6.9 | 75.6 | 17.7 | 5.5 | 75.6 |
| IL-2 receptor-bearing T | CD5+CD25+ | 0, 8 | > 8 | 9.2 | 4.7 | 68.9 | 8.9 | 4.7 | 70.7 | 9.4 | 4.7 | 67.5 |
| Activated T | CD3+CD26+ | 0, 30 | > 30 | 45.9 | 11.8 | 91.2 | 44 | 12.2 | 91.5 | 47 | 11.3 | 91.0 |
| | CD3+HLA–DR+ | 0, 7 | > 7 | 11.8 | 5.9 | 95.1 | 11.9 | 7.5 | 92.7 | 11.7 | 4.5 | 96.7 |
| Activated and suppressor | CD8+CD38+ | 0, 8 | > 8 | 15.4 | 6 | 56.6 | 15.6 | 6.4 | 54.9 | 15.3 | 5.8 | 57.8 |
| | CD8+HLA–DR+ | 0, 3 | > 3 | 4.7 | 5 | 62 | 5.2 | 6.4 | 61 | 4.4 | 3.7 | 63.6 |
| Complement-receptor–bearing suppressor | CD8+CD11b+ | 5, 45 | < 5 | 5.7 | 3.7† | 15.6 | 6.3 | 4§ | 18.3 | 5.3 | 3.5** | 13.1 |
| Natural killer | CD3–CD16+CD56+ | 5, 20 | < 5 | 7.6 | 11 | 38.5 | 9.8 | 16.1 | 48.8 | 6.1 | 3 | 31.7 |
| Phytohemagglutinin | PHA | 96, 195 | < 96 | 104 | 23.5‡ | 26.2 | 104 | 21.4# | 25 | 104 | 25** | 27 |
| Concanavalin A | Con A | 94, 354 | < 94 | 108 | 27.2‡ | 5.9 | 108 | 23.9# | 6.3 | 108 | 29.2** | 5.7 |

*Notes:* CI = confidence interval, $\bar{x}$ = mean, and $SD$ = standard deviation. Not all tests were performed on all individuals, as noted.
*$t$ and $z$ tests of males and females revealed no significant differences; therefore, the 2 sexes were combined to form All Patients.
†$n$ = 204.
‡$n$ = 202.
§$n$ = 82.
#$n$ = 80.
**$n$ = 123.

Table 3.—Percentage of Individuals with Antibody Titers > 1:4 against Central Nervous System (CNS) Myelin and Peripheral Nervous System (PNS) Myelin for Each Isotype, in Mold-Exposed Patients vs. Controls

| | CNS myelin antibodies | | | | | | PNS myelin antibodies | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IgG | | IgM | | IgA | | IgG | | IgM | | IgA | |
| Subject | *n* | % | *n* | % | *n* | % | *n* | % | *n* | % | *n* | % |
| All patients | 199 | 67.3 | 201 | 43.3 | 201 | 55.7 | 201 | 61.7 | 201 | 45.8 | 201 | 60.2 |
| Controls* | 32 | 12.5 | 32 | 12.5 | 32 | 12.5 | 32 | 12.5 | 32 | 12.5 | 32 | 6.25 |
| Odds ratio | 14.40 | | 5.34 | | 10.59 | | 14.40 | | 5.39 | | 19.10 | |
| 95% CI | 4.85, 42.9 | | 1.8, 15.8 | | 3.58, 31.3 | | 4.86, 42.87 | | 1.82, 15.93 | | 4.44, 82.6 | |

*Notes:* Ig = immunoglobulin, and CI = confidence interval.
*The percentage of controls that exceeded 1:4 had antimyelin titers of 1:8.

Table 4.—Percentage of Individuals with Abnormally High Titers to Neurofilament Antigen, in Mold-Exposed Patients vs. Controls

| | % abnormal | | |
|---|---|---|---|
| Subject | IgG | IgM | IgA |
| Patients (*n* = 93) | 6.45 | 31.6 | 36.2 |
| Controls (*n* = 100) | 0.0 | 2.0 | 2.1 |
| Odds ratio | Infinity | 22.615 | 27.767 |
| 95% CI | | 5.224, 99.900 | 6.437, 119.784 |

*Notes:* Ig = immunoglobulin, and CI = confidence interval.

Table 5.—Odds Ratios (ORs) and 95% Confidence Intervals (CIs) for Antinuclear Autoantibodies (ANA) and Autoantibodies against Smooth Muscle (ASM)

| Autoantibody | OR | 95% CI |
|---|---|---|
| ANA | 11.00 | 2.56, 46.50 |
| ASM | 2.58 | 1.26, 6.26 |

*Note:* Autoantibodies for males and females were combined and compared with combined controls A and B.

tients demonstrated increased expression of various activation markers when compared with expected laboratory ranges (Table 2), as follows: CD3+CD26+ (activated T cell), 91.2% of patients; CD3+HLA–DR+ (class II major histocompatibility molecule [MHC] and marker of activation), 95.1%; CD5+CD25+ (IL-2 receptor-bearing T cell), 68.9%; CD20+ (mature antigen-producing B cells), 75.6%; and CD8+HLA–DR+, 62%. In light of these observations, the functional role of each of these activation markers should be considered. Expression of CD26, reflecting cellular activation, is diagnostic of (or prognostic for) a variety of nonallergic clinical conditions (e.g., autoimmune disorders, various tumors, hematological malignancies, and inflammatory conditions)[80] and is also increased in individuals ill from exposure to other xenobiotics.[69,81] HLA–DR, a class II MHC, recognizes either allogenic (self) MHC molecules or foreign protein, which means that it has recognized foreign antigens bound to self class II MHC molecules.[82] HLA–DR is expressed on immune cells in inflammation,[83] asthma,[84] autoimmune diseases,[85] and neurological disorders.[86] CD25 is considered to be a natural regulatory marker of T cells and plays a major role in IL-10 production and in controlling the immune response to self and foreign antigens.[87,88] CD20 (B) cells produce antibodies and are the source of immunoglobulins directed against foreign and self-antigens; they also play a central role in autoimmunity. Currently, these cells are the focus of anti-CD20 compounds directed toward immunotherapy in B-cell malignancies and autoimmune diseases.[89,90] Collectively, the increased presence of activated T cells, and increased B cells, implies a *proinflammatory* state. Moreover, the reduction of CD8+CD11b+ (complement-receptor–bearing suppressor) cells is commensurate with increased expression of activation markers. This level of overexpression of activation markers is related to dramatic antigenic stimulation in patients with a history of mixed mold exposure. In addition, the increase in HLA–DR+ expression reflects the presence of increased autoimmunity. In the aggregate, this situation represents a proinflammatory, immune toxic state.

The effects of mold exposure on the human immune system have been reported previously. Johanning et al.[6] found a significant decrease in CD3 T cells, along with a slight decrease in mitogenesis to both Con A and PHA, following mold exposure in a water-damaged building. However, activation markers were not studied. In children exposed to high levels of residential mold contamination (vs. control children from a low-contamination environment) there was a significant increase in CD3CD45RO (memory T cell) expression, with a concomitant decrease in the helper/suppressor ratio that persisted for 12 mo.[91] Finally, animal feed pro-

duction workers exposed to mixed mycotoxins, with aflatoxin concentrations of 1.55 to 6.25 ng/m$^3$, had an increase in tumor necrosis factor-alpha (TNF-α).[92] In addition, the animal feed workers had a shift in lactic dehydrogenase (LDH) isoenzymes, with a significant increase in LDH1 (spleen) and LDH3 (lungs). These observations corroborate the immune changes reported herein and support the conclusion that exposure to mixed molds and their byproducts causes the expression of immune markers of activation, as well as at least 1 inflammatory cytokine—TNF-α. Furthermore, the decreases we observed in the percentage of peripheral blood NK cells and response to PHA further support the concept that immune dysregulation is occurring, and represents a "promoter" state for the expression and development of malignancies.

The subjects in our study exhibited a high risk for producing autoantibodies to nuclei, smooth muscle, CNS and PNS myelin, and neurofilament (Tables 3–5). The presence of autoantibodies ANA, ASM, and CNS and PNS myelin has been reported following exposure to other xenobiotics.[69,81,93] High titers of ANA are associated with various types of connective tissue injury and/or connective tissue diseases.[94] ASM antibodies are nonspecific, occurring in a variety diseases, including autoimmune hepatitis,[95,96] vascular events,[97] rheumatoid arthritis,[98] *Mycoplasma pneumoniae*,[99] bronchial suppuration,[100] autoimmunity,[101] and asthmatic bronchitis.[102] The antimyelin autoantibodies—initially identified in Guillian-Barre syndrome[68]—are now recognized to represent several different neuronal antigens, including various gangliosides, tubulin, chondroitin sulfate, and sulfatide, found in neuropathies.[103–108] Thus, we have recently incorporated neuron neurofilament antigen into our protocol and have found increased neurofilament antibodies in these patients (Table 5). In summary, individuals exposed to mixed molds produce several different autoantibodies. Work is in progress to determine the significance of these antibodies in conditions such as lupus erythematosus, autoimmune neuropathy, and a multiple-sclerosis–type syndrome.

A systemic shift in the Th1/Th2 balance to a Th2 immune profile (e.g., TNF-α, IL-4, and IL-10 cytokines) has been reported for Gulf War veterans and chronic fatigue patients, as well as in asthma and lupus erythematosus.[109–112] Shift to Th2 profile leads to an increase in various diseases that are exacerbated by decreased Th1. Therefore, future research into immunological alterations should include testing for Th2 profile and cytokines, particularly because CD5+CD25+ (IL-2) and multiple autoantibodies were present in the patients in our study.

The single limitation of our study needs to be addressed. The immune profiles (Table 3) were compared with expected laboratory ranges, rather than with healthy control subjects. However, the absence of controls should not be considered excessively limiting in the evaluation of immune profiles of these mold-exposed patients. First, the percentage of individuals with increased activation expression on T cells greatly exceeded the maximum expected range as published by the testing laboratory. For example, the maximum percentages of total recorded lymphocytes for controls in regard to CD5+CD25+, CD3+CD26+, CD3+HLA–DR+, CD8+CD38+, and CD8+HLA–DR+ were 8%, 30%, 7%, 8%, and 3%, respectively. The percentages of mold-exposed patients that exceeded these values were 68.9%, 91.2%, 95.1%, 56.6%, and 62.0%, respectively, for each of the phenotypes. In addition, the mean percentages for CD20+, CD5+CD25+, CD3+CD26+, CD3+HLA–DR+, CD8+CD38+, and CD8+HLA–DR+ cell counts exceeded the laboratory's 95% CI, which further supports the preceding observation. This represents a greatly increased frequency of activation markers when compared with maximum expected ranges. Second, expression of the autoantibodies ANA, ASM, CNS and PNS myelin, and neurofilament was significant in the mold-exposed patients vs. controls. Thus, the presence of autoantibodies is commensurate with immune activation, and, finally, the antineuronal antigen (neurofilament)-specific antibodies are strongly associated with a wide array of degenerative neurological disorders of undetermined origin.

In this study, we have shown that individuals exposed to mixed colonies of molds in water-damaged buildings have several abnormalities among their immune parameters. These include (a) immune activation markers, with elevated CD26+, HLR-DR+, CD25+, and CD38+ phenotypes in the peripheral blood; (b) the presence of autoantibodies (ANA, ASM, CNS and PNS myelin, and neurofilament); and (c) decreased complement-receptor–bearing T-suppressor (CD11b+) cells. Future research should be directed toward clarifying the Th1/Th2 profile, and accompanying cytokines, in humans affected adversely by mixed mold exposure. Also, efforts should be made to correlate the abnormal immune parameters with other measured abnormalities found in individuals exposed to mixed colonies of structural fungi and molds, and their associated mycotoxins, extracellular polysaccharides, exodigestive enzymes, hyphae fragments, and spores.

* * * * * * * * * *

Submitted for publication September 16, 2003; revised; accepted for publication November 24, 2003.
Requests for reprints should be sent to Michael Gray, M.D., M.P.H., C.I.M.E., 300 S. Ocotillo Road, Benson, AZ 85602.
E-mail: docmike007@aol.com

* * * * * * * * * *

**References**

1. The Bible. Approved (King James) Version. Oxford 1888 ed. Leviticus 14:34–47.
2. Gravesen S, Nielsen PA, Iverson R, et al. Microfungal

contamination of damp buildings—examples of constructions and risk materials. Environ Health Perspect 1999; 107(suppl 3):505–08.
3. Croft WA, Jarvis BB, Yatawara CS. Airborne outbreak of trichothecene toxicosis. Atmos Environ 1986; 20:549–52.
4. Peltola J, Andersson MA, Haahtela T, et al. Toxic-metabolite-producing bacteria and fungus in an indoor environment. Appl Environ Microbiol 2001; 67:3269–74.
5. Shelton BF, Kirkland KH, Flanders WE, et al. Profiles of airborne fungi in buildings and outdoor environments in the United States. Appl Environ Microbiol 2002; 68: 1743–53.
6. Johanning E, Biagini R, Hull DL, et al. Health and immunology study following exposure to toxigenic fungi (*Stachybotrys chartarum*) in a water-damaged office environment. Int Arch Occup Environ Health 1996; 68: 207–18.
7. Andersson MA, Nikulin M, Kooljalg U, et al. Bacteria, molds, and toxins in water-damaged building materials. Appl Environ Microbiol 1997; 63:387–93.
8 Nielsen KF, Gravesen S, Neilsen PA. Production of mycotoxins on artificially and naturally infested building materials. Mycopathologia 1999; 145:43–56.
9. Claeson AS, Levin JO, Blomquist G, et al. Volatile metabolites from microorganisms grown on humid building materials and synthetic media. J Environ Monit 2002; 4:667–72.
10. Tuomi T, Reijula K, Johnsson T, et al. Mycotoxins in crude building materials from water-damaged buildings. Appl Environ Microbiol 2000; 66:1899–1904.
11. Nieminen SM, Karki R, Auriola S, et al. Isolation and identification of *Aspergillus fumigatus* mycotoxins on growth medium and some building materials. Microbiology 2002; 68:4871–75.
12. Jarvis BB. Chemistry and toxicology of molds isolated from water-damaged buildings. In: DeVries JW, Trucksess MW, Jackson LS (Eds). Mycotoxins and Food Safety. New York: Kluwer Academic/Plenum Publishers, 2002; pp 43–52.
13. Burge, HA. Bioaerosols: prevalence and health effects in the indoor environment. J Allergy Clin Immunol 1990; 86:687–704.
14. Richard JL, Plattner RD, May J, et al. The occurrence of ochratoxin A in dust collected from a problem household. Mycopathologia 1999; 146:99–103.
15. Skaug MA, Eduard W, Stormer FD. Ochratoxin A in airborne dust and fungal conidia. Mycopathologia 2000; 151:93–95.
16. Smoragiewicz W, Cossete B, Boutrard A, et al. Trichothecene mycotoxins in the dust of ventilation systems in office buildings. Int Arch Occup Environ Health 1993; 65:113–17.
17. Tuomi T, Saarinen L, Reijula K. Detection of polar and macrocyclic trichothecene mycotoxins from indoor environments. Analyst 1998; 123:1835–41.
18. Johanning E, Gareis M, Nielsen K, et al. Airborne mycotoxins sampling and screening analysis. Proceedings of the 9th International Conference on Indoor Air Quality and Climate (Indoor Air 2002), Monterey, California, June 30–July 5, 2002. Santa Cruz, CA: Indoor Air 2002 Conference Secretariat.
19. Notermans S, Dufrenne J, Wijands LM, et al. Human serum antibodies to extracellular polysaccharides (EPS) of molds. J Med Vet Mycol 1998; 26:41–48.
20. Gunnbjornsdottir MI, Norback D, Plaschke P, et al. The relationship between indicators of building dampness and respiratory health in young Swedish adults. Respir Med 2003; 97:301–07.
21. Savilahti R, Uitti J, Laippala P, et al. Respiratory morbidity among children following renovation of water-damaged school. Arch Environ Health 2000; 55:405–10.
22. Jaakkola M, Nordman H, Pilpari R, et al. Indoor dampness and molds and development of adult-onset asthma: a population-based incident case-control study. Environ Health Perspect 2002; 110:543–47.
23. Hodgson MJ, Morey P, Leung WY, et al. Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. J Occup Environ Med 1998; 40(3):241–49.
24. Croft WA, Jastromski BM, Croft AL, et al. Clinical confirmation of trichothecene mycotoxicosis in patient urine. J Environ Biol 2002; 23:301–20.
25. Kilburn KH. Inhalation of moulds and mycotoxins. Eur J Oncol 2002; 7:197–202.
26. Anyanwu EC, Campbell AW, Vojdani A. Neurophysiological effects of chronic indoor environmental mold exposure on children. Scientific World J 2003; 3:281–90.
27. Ribes JA, Vanover-Sames CL, Baker DJ. Zygomycetes in human disease. Clin Microbiol Rev 2000; 13:236–301.
28. Grossi P, Farina C, Fiocchi R, et al. Prevalence and outcome of invasive fungal infections in 1,963 thoracic organ transplant recipients: a multi-center retrospective study. Italian Study Group of Fungal Infections in Thoracic Organ Transplant Recipients. Transplantation 2000; 70:112–16.
29. Anaissie EJ, Stratton SL, Dignani MC, et al. Pathogenic *Aspergillus* species recovered from a hospital water system: 3-year prospective study. Clin Infect Dis 2002; 34:780–89.
30. Fraser RS. Pulmonary aspergillosis: pathologic and pathogenetic features. Pathol Ann 1993; 28:231–77.
31. Eucker J, Sezer O, Graf B, et al. Mucormycoses. Mycoses 2001; 44:254–60.
32. Taylor MJ, Pnikaue JU, Sherris DA, et al. Detection of fungal organisms in eosinophilic mucin using a fluorescein-labeled chitin-specific binding protein. Otolaryngol Head Neck Surg 2002; 127:377–83.
33. Lander F, Meyer HW, Norm S. Serum IgE specific to moulds, measured by basophil histamine release, is associated with building-related symptoms in damp buildings. Inflamm Res 2001; 50:227–31.
34. Karlsson-Borga A, Jonsson P, Rolfsen W. Specific IgE antibody to 16 widespread mold genera in patients with suspected mold allergy. Ann Allergy 1989; 63:521–26.
35. Zureik M, Neukirch C, Leynaert B, et al. Sensitisation to airborne moulds and severity of asthma: cross sectional study from European Community respiratory health survey. Br Med J 2002; 325:411–14.
36. Sumi Y, Natura H, Takeuchi M, et al. Granulomatous lesions in the lung induced by inhalation of mold spores. Virchows Arch 1994; 424:661–68.
37. Ojanen T. Class specific antibodies in serodiagnosis of farmer's lung disease. Br J Ind Med 1992; 49:332–36.
38. Erkinjuntti-Pekkanen R, Reiman M, Kokkarinen JI, et al. IgG antibodies, chronic bronchitis, and pulmonary function values in farmer's lung patients and matched controls. Allergy 1999; 54:1181–87.
39. Patel AM, Ryu JH, Reed CE. Hypersensitivity pneumonitis: current concepts and future questions. J Allergy Clin Immunol 2001; 108:661–70.
40. Gareis M. Cytotoxicity testing of samples originating from problem buildings. In: Johanning E, Yang CS (Eds). Proceedings of the International Conference on Fungi and Bacteria in Indoor Environments: Health Effects, De-

tection and Remediation. Saratoga Springs, NY, October 1994. Albany, NY: Eastern New York Occupational Health Program, 1995; pp 139–44.
41. Nagata T, Suzuki H, Ishigami N, et al. Development of apoptosis and changes in lymphocyte subsets in thymus, mesenteric lymph nodes and Peyer's patches of mice orally inoculate with T-2 toxin. Exp Toxicol Pathol 2001; 52:3309–15.
42. Jones C, Ciacci-Zanella JR. Zhang V, et al. Analysis of fumonisin B1-induced apoptosis. Environ Health Perspect 2002; 109(suppl 2):315–20.
43. Poapolathep A, Ohtsuka R, Kiatipattanasakul W, et al. Nivalenol-induced apoptosis of thymus, spleen, and Peyer's patches of mice. Exp Toxicol Pathol 2002; 53:441–46.
44. Desai K, Sullards MC, Allegood J, et al. Fumonisins and fumonisin analogs as inhibitors of ceramide synthase and inducers of apoptosis. Biochim Biophys Acta 2002; 1585:188–92.
45. Jakab GJ, Hmieleski RR, Hemenway DR, et al. Respiratory aflatoxicosis: suppression of pulmonary and systemic host defenses in rats and mice. Toxicol Appl Pharmacol 1994; 125:198–205.
46. Berek L, Petri IB, Mesterhazy A, et al. Effects of mycotoxins on human immune functions in vitro. Toxicol In Vitro 2001; 15:25–30.
47. Bondy GS, Petska JJ. Immunomodulation by fungal toxins. J Toxicol Environ Health B Crit Rev 2000; 3:109–43.
48. Pace JG. Effect of T-2 mycotoxin on rat liver mitochondria electron transport system. Toxicon 1983; 21: 675–80.
49. Pace JG. T-2 mycotoxin inhibits mitochondrial protein synthesis. Toxicon 1998; 26:77–85.
50. Hoehler D, Marquardt RR, McIntosh AR, et al. Induction of free radicals in hepatocytes, mitochondria and microsomes of rats by ochratoxin A and its analogs. Biochim Biophys Acta 1997; 1357:225–33.
51. Sajan MP, Satav JG, Battacharya RK. Effect of aflatoxin B1 in vitro on rat liver mitochondrial respiratory functions. Indian J Exp Biol 1997; 35:1187–90.
52. Schwartz GG. Does ochratoxin A cause testicular cancer? Cancer Causes Control 2002; 13:91–100.
53. Dominguez-Malagon H, Gaytan-Graham S. Hepatocellular carcinoma: an update. Ultrastruct Pathol 2001; 25:497–516.
54. Pfohl-Leszkowicz A, Petkova-Bocharova T, Chernozemsky IN, et al. Balkan endemic nephropathy and associated urinary tract tumours: a review on aetiolgical causes and the potential role of mycotoxins. Food Addit Contam 2002; 19:282–302.
55. Pfohl-Leszkowicz A, Grosse Y, Kane A, et al. Differential DNA adduct formation and disappearance in three mouse tissues after treatment with mycotoxin ochratoxin A. Mutat Res 1993; 289:265–73.
56. Petkova-Bochatrova T, Stoichev II, Chernozemsky IN, et al. Formation of DNA adducts in tissue of mouse progeny through transplancental contamination and/or lactation after administration of single does of ochratoxin A to the pregnant mother. Environ Mol Mutagen 1998; 32:155–62.
57. Hsieh LL, Hsieh TT. Detection of aflatoxin B1-DNA adducts in human placenta and cord blood. Cancer Res 1993; 53:1278–80.
58. Niranjan BF, Bhat NK, Avadhani NG. Preferential attack of mitochondrial DNA by aflatoxin B1 during hepatocarcinogenesis. Science 1982; 214(4528):73–75.
59. Monod M, Capoccia S, Lechene B, et al. Secreted proteases from pathogenic fungi. Int J Med Microbiol 2002; 292:405–19.
60. Vesper SJ, Dearborn DG, Elidemir O, et al. Quantification of siderophore and hemolysin from *Stachybotrys chartarum* strains, including a strain isolated from the lung of a child with pulmonary hemorrhage and hemosiderosis. Appl Environ Microbiol 2000; 66:2678–81.
61. Kordula T, Banbula A, Macomson J, et al. Isolation and properties of Stachyrase A, a chymotrypsin-like serine proteinase from *Stachybotrys chartarum*. Infect Immun 2002; 70:419–21
62. Ebina K, Ichinowatari S, Yokota K. Studies on toxin *Aspergillus fumigatus*. Vol 22. Fashion of binding Asp-hemolysin to human erythrocytes and Asp-hemolysin-binding proteins of erythrocyte membranes. Microbiol Immunol 1985; 29:91–101.
63. Kudo Y, Ootani T, Kumangai T, et al. A novel oxidized low-density lipoprotein-binding protein, Asp-hemolysin recognizes lysophosphatydylcholine. Biol Pharm Bull 2002; 25:787–90
64. Ziem G, McTamney J. Profile of patients with chemical injury and sensitivity. Environ Health Perspect 1997; 105:417–36.
65. Boyuma A. Isolation of mononuclear cells and granulocytes from blood. Scand J Clin Lab Invest 1968; 21(suppl 97):77–81.
66. Mossman T. Rapid colorimetric assay for cellular growth and survival application to proliferation and cytotoxic assays. J Immunol Methods 1983; 35:1949–54.
67. Nakamura RM, Tucker ES. Antibodies as reagent. In: Henry JD (Ed). Diagnosis and Management by Laboratory Methods. Philadelphia, PA: W.B. Saunders, 1982; pp 122–77.
68. Edgington TS, Dalessio DJ. The assessment by immunofluorescence methods of human antimyelin antibodies in man. J Immunol 1970; 105:1949–54.
69. Thrasher JD, Heuser G, Broughton A. Immunological abnormalities in humans chronically exposed to chlorpyrifos. Arch Environ Health 2002; 57:181–87.
70. Bombardier CH, Buchwald D. Chronic fatigue, chronic fatigue syndrome, and fibromyalgia. Med Care 1996; 34: 924–30.
71. Buchwald D, Pearlman T, Umali J, et al. Functional status in patients with chronic fatigue syndrome, other fatiguing illness, and healthy individuals. Am J Med 1996; 101:364–70.
72. Bartley GB. The epidemiologic characteristics and clinical course of ophthalmopathy associated with autoimmune thyroid diseases in Olmsted County, Minnesota. Trans Am Ophthalmol Soc 1994; 92:477–588.
73. Valentini G, Black C. Systemic sclerosis. Best Pract Res Clin Rheumatol 2002; 16:807–16.
74. Alamanos Y, Voulgari PV, Siozos C, et al. Epidemiology of systemic lupus erythematosus in northwest Greece 1982–2001. J Rheumatol 2003; 30:731–35.
75. Branham WS, Dial SL, Moland CL, et al. Phytoestrogens and mycoestrogens bind to the rat uterine estrogen receptor. J Nutr 2002; 132:658–64.
76. Kuiper GG, Lemmen JG, Carlsson G, et al. Interaction of estrogenic chemicals and phytoestrogens with estrogen receptor *B*. Endocrinology 1998; 139:4252–63.
77. Mendelson G. Measurement of conscious symptom exaggeration by questionnaire: a clinical study. J Psychosom Res 1987; 31:703–11.
78. Allaz AF, Vannotti M, Desmeules J, et al. Use of the label "litigation neurosis" in patients with somatoform pain disorder. Gen Hosp Psychiatry 1998; 20:91–97.

79. Tait RC, Margolis RG, Krause SJ, et al. Compensation status and symptoms reported by patients with chronic pain. Arch Phys Med Rehabil 1988; 69:1027–29.
80. Lambier AM, Durinx C, Scharpe S, et al. Dipeptidyl-peptidase IV from bench to bedside: an update on structural properties, functions, and clinical aspects of the enzyme DPP IV. Crit Rev Clin Lab Sci 2003; 40:209–94.
81. Vojdani A, Ghoneum M, Brautbar N. Immune alteration associated with exposure to toxic chemicals. Toxicol Ind Health 1992; 8:239–54.
82. Abbas AK, Lichtman AH, Pober JS. Cellular and Molecular Immunology. 2nd ed. Philadelphia, PA: W.B. Saunders, 1994; p 108.
83. Oczenski W, Krenn H, Jilch R, et al. HLA-DR as a marker for increased risk for systemic inflammation and septic implications after cardiac surgery. Intensive Care Med 2003; 19:1253–57.
84. Visman MY, Bocher BS, Peebles RS, et al. Expression of activation markers on alveolar macrophages in allergic asthmatics after endobronchial or whole-lung challenge. Clin Immunol 2002; 104:77–85.
85. Cope RA. Exploring the reciprocal relationship between immunity and inflammation in chronic inflammatory arthritis. Rheumatology (Oxford) 2003; 42:716–31.
86. McGeer PL, Itagaki S, McGeer EG. Expression of the histocompatibility glycoprotein HLA-DR in neurological diseases. Acta Neuropathol (Berl) 1988; 76:550–57.
87. Pipiernak M. Natural CD4+CD25+ regulatory T cells. Their role in the control of superantigen responses. Immunol Rev 2001; 182:180–89.
88. Malek TR. The main function of IL-2 is to promote the development of T regulatory cells. J Leukoc Biol 2003; 74(6):961–65.
89. von Schilling C. Immunotherapy with anti-CD20 compounds. Semin Cancer Biol 2003; 13:211–22.
90. Anolik J, Sanz I, Looney RJ. B cell depletion therapy in systemic lupus erythematosus. Curr Rheumatol Rep 2003; 5:350–56.
91. Dales R, Miller D, White J, et al. Influence of residential fungal contamination on peripheral blood lymphocyte populations in children. Arch Environ Health 1998; 53: 190–95.
92. Nuntharatanapong N, Suramana T, Chaemthavorn S, et al. Increase in tumour necrosis factor-alpha and a change in the lactate dehydrogenase isoenzyme pattern in plasma of workers exposed to aflatoxin-contaminated feeds. Arh Hig Rada Toksikol 2001; 52:191–98.
93. Thrasher JD, Broughton A, Madison R. Immune activation and autoantibodies in humans with long-term exposure to formaldehyde. Arch Environ Health 1990; 45: 217–23.
94. Rose NR, Mackay IR. Autoimmune Diseases. New York: Academic Press, 1985.
95. Dalekos GN, Zachou K, Liaskos C, et al. Autoantibodies and defined target autoantigens in autoimmune hepatitis: an overview. Eur J Intern Med 2002; 13:292–303.
96. Muratori P, Muratori L, Agostinelli D, et al. Smooth muscle antibodies in type 1 autoimmune hepatitis. Autoimmunity 2002; 35:497–500.
97. Kristenson BO, Andersen PL, Wiik A. Autoantibodies and vascular events in essential hypertension: a five-year longitudinal study. J Hypertens 1984; 2:19–24.
98. Andersen I, Andersen P, Graudal H. Smooth-muscle antibodies in rheumatoid arthritis. Acta Pathol Microbiol Scand [C] 1980; 83:131–35.
99. Cimolai N, Cheong AC. Anti-smooth muscle antibody in clinical human and experimental *Mycoplasma pneumoniae* infection. J Appl Microbiol 1997; 82:625–30.
100. Butland RJ, Cole P, Citron KM, et al. Chronic bronchial suppuration and inflammatory bowel disease. Q J Med 1981; 50:63–75.
101. Nakamura RM, Chisari FV, Edgington TS. Laboratory tests for diagnosis of autoimmune diseases. Prog Clin Pathol 1975; 6:177–203.
102. Oehling A, Diegurez I, Crisci CD. Anti-smooth muscle antibodies in bronchial asthma and chronic bronchitis. Allergol Immunopathol (Madr) 1979; 7:433–38.
103. Willison HJ, Nobuhiro Y. Peripheral neuropathies and anti-glycolipid antibodies. Brain 2002; 125:2591–2625.
104. Vojdani A, Vojdani E, Cooper E. Antibodies to myelin basic protein, myelin oligodendrocytes, peptides, a-B-crystallin, lymphocyte activation and cytokine production in patients with multiple sclerosis. J Intern Med 2001; 254:1–12.
105. Connolly AM, Pestronk A. Anti-tubulin autoantibodies in acquired demyelinating polyneuropathies. J Infect Dis 1997; 176(suppl 2):S157–59.
106. Briani C, Berger JS, Latov N. Antibodies to chondroitin sulfate C: a new detection assay and correlations with neurological diseases. J Neuroimmunol 1998; 84:117–21.
107. Dabby, R, Weimer LH, Hays AP, et al. Antisulfatide antibodies in neuropathy. Clinical and electrophysiologic correlates. Neurology 2000; 54:1448–52.
108. Alaedini A, Sander HW, Hays AP, et al. Antiganglioside antibodies in multifocal acquired sensory and motor neuropathy. Arch Neurol 2003; 60:42–46.
109. Rook GA, Zumla A. Gulf War syndrome: Is it due to a systemic shift in cytokine balance towards a TH2 profile? Lancet 1997; 349:1831–33.
110. Rosenbaum ME, Vojdani A, Susser M, et al. Improved immune activation markers in chronic fatigue and immune dysfunction syndrome (CFIDS) patients treated with thymic protein A. J Nutr Environ Med 2001; 11:241–47.
111. Mok CC, Lau CS. Pathogenesis of systemic lupus erythematosus. J Clin Pathol 2003; 56:481–90.
112. Lordan JL, Buccheri F, Richter A, et al. Cooperative effects of Th2 cytokines and allergen on normal and asthmatic bronchial epithelial cells. J Immunol 2002; 169: 407–14.

# Antibodies to Molds and Satratoxin in Individuals Exposed in Water-Damaged Buildings

ARISTO VOJDANI
Immunosciences Lab, Inc.
Beverly Hills, California
JACK D. THRASHER
Sam-1 Trust
Alto, New Mexico
ROBERTA A. MADISON
Department of Health Sciences
California State University, Northridge
MICHAEL R. GRAY
Progressive Health Care Group
Benson, Arizona
GUNNAR HEUSER
NeuroMed and NeuroTox Associates
Agoura Hills, California
ANDREW W. CAMPBELL
Medical Center for Immune and Toxic Disorders
Spring, Texas

ABSTRACT. Immunoglobulin (Ig)A, IgM, and IgG antibodies against *Penicillium notatum, Aspergillus niger, Stachybotrys chartarum,* and satratoxin H were determined in the blood of 500 healthy blood donor controls, 500 random patients, and 500 patients with known exposure to molds. The patients were referred to the immunological testing laboratory for health reasons other than mold exposure, or for measurement of mold antibody levels. Levels of IgA, IgM, and IgG antibodies against molds were significantly greater in the patients ($p < 0.001$ for all measurements) than in the controls. However, in mold-exposed patients, levels of these antibodies against satratoxin differed significantly for IgG only ($p < 0.001$), but not for IgM or IgA. These differences in the levels of mold antibodies among the 3 groups were confirmed by calculation of *z* score and by Scheffé's significant difference tests. A general linear model was applied in the majority of cases, and 3 different subsets were formed, meaning that the healthy control groups were different from the random patients and from the mold-exposed patients. These findings indicated that mold exposure was more common in patients who were referred for immunological evaluation than it was in healthy blood donors. The detection of antibodies to molds and satratoxin H likely resulted from antigenic stimulation of the immune system and the reaction of serum with specially prepared mold antigens. These antigens, which had high protein content, were developed in this laboratory and used in the enzyme-linked immunosorbent assay (ELISA) procedure. The authors concluded that the antibodies studied are specific to mold antigens and mycotoxins, and therefore could be useful in epidemiological and other studies of humans exposed to molds and mycotoxins.
<Key words: antibody, *Aspergillus*, ELISA, molds, mycotoxins, *Penicillium*, *Stachybotrys*>

WATER INTRUSION into houses and office buildings leads to the amplification of molds and bacteria.[1–6] These organisms are known to produce toxic byproducts that include endotoxins (lipopolysaccharides), β-D-glucans, and mycotoxins (e.g., trichothecenes, ochratoxins, and aflatoxins), as well as solvents. These compounds have been demonstrated in water-damaged buildings and from artificially contaminated building

materials.[7–11] Molds can be aerosolized, resulting in indoor air contaminated with spores and hyphae fragments.[11] In addition, mycotoxins have been identified in ventilation duct dust and in the air in buildings in which occupants have experienced adverse health effects related to mold exposure.[12–18]

Exposure to airborne molds can result in immunologic-mediated illnesses, as well as pathological and inflammatory processes. Immunologic health effects include upper and lower respiratory allergy, asthma, and hypersensitivity pneumonitis.[19–25] Immunoglobulin (Ig)E antibodies to a variety of molds are demonstrable in individuals with suspected allergic sensitivity to molds.[26–29] By using *Stachybotrys* extracts in enzyme-linked immunosorbent assay (ELISA) and radioallergosorbent (RAST) tests, researchers have measured mold-specific IgG and IgE in the blood of individuals exposed to toxigenic fungi.[5] These investigators found no elevated levels of IgG or IgM antibodies to *Stachybotrys chartarum* that had a statistically significant association with health outcome.[5] In a mouse study, an increase in IgA production and IgA nephropathy were reported after injection of trichothecene or vomitoxin.[19] Similar findings were reported when IgE, IgG, and IgA antibodies against *S. chartarum* were identified in patients with asthmatic or mycotoxicosis symptoms.[30] Mycelium extract was used in the ELISA assay, and the *Stachybotrys*-specific IgG and IgA were detected in the group of exposed subjects, but not in control groups. IgA levels were significantly higher ($p < 0.01$) and IgG levels less high ($p < 0.05$) in the patient group than in the control groups. IgE levels did not differ between groups. It has been suggested that exposure to *Stachybotrys* does not cause IgE-mediated allergy in humans and that the IgA response better reflects exposure to the fungus than does the IgG response.[30]

Other investigators have reported that serum IgA level was a more specific factor than IgG level for indicating Farmer's Lung, a disease associated with fungal exposure. They reached the same conclusion concerning antibodies against *Aspergillus fumigatus*.[31,32] When specific IgA was detected in patients' sera, the IgA concentrations in bronchoalveolar lavage were high. This suggests that the concentration of serum IgA may depend on the magnitude of respiratory exposure to fungi.[33] In contrast, IgG antibodies to 8 different molds in subjects with Farmer's Lung disease, compared with healthy farmer controls, were significantly elevated above their healthy counterparts. The Farmer's Lung group had positive titers against several species of mold, whereas the control farmers usually had a positive titer against 1 or 2 microbes. A positive association between IgG antibody levels and chronic bronchitis and diffusing capacity was observed in the Farmer's Lung patients, but not in the control farmers.[34]

Pathological and inflammatory conditions are often caused by molds. Molds and yeast invade tissues in both immunocompromised and normal individuals, establishing an infectious state that is difficult to manage clinically.[35–50] With respect to human infants, *Stachybotrys chartarum* has been associated with pulmonary hemosidersosis.[51–54] The organism *S. chartarum*, isolated from the lungs of an infant, produced a hemolysin (stachylysin), siderophore, and stachyrase A. Apparently, different strains of *S. chartarum* produce different quantities and types of various highly toxic materials, including trichothecenes.[55–61] In an earthworm model, stachylysin increased the permeability of blood vessels, causing leakage through the blood vessel endothelium and walls.[59] Additionally, pathology may result from interference with lung surfactant synthesis by *S. chartarum* spores and isosatratoxin-F in juvenile mice.[62] Ultrastructural changes in Type II alveolar cells (condensed mitochondria, increased cytoplasmic rarefaction, and distended lamellar bodies with irregular shapes) have been observed following exposure to *S. chartarum*.[62–65] Thus, hemolysins, siderophores, and proteases appear to have an important role in the pathogenesis of mold infections.[55–69]

Numerous species of molds, including some found indoors in contaminated buildings, produce mycotoxins.[11,69,70] Controlled laboratory exposure of animals to mycotoxins has pointed to several potential toxic effects on humans (e.g. cytotoxicity, immunosuppression, mitochondrial toxicity, carcinogenicity, nephrotoxicity, and deoxyribonucleic acid [DNA] adducts).[71–87] The adverse health effects from exposure to a mixture of molds and their metabolites are different from those related to a single mycotoxin under controlled conditions. Thus, humans express symptoms that include the central and peripheral nervous systems; neurocognitive deficiencies; problems with skin, upper and lower respiratory tracts, gastrointestinal tract, and skeletal-muscular system; chronic fatigue; and flu-like illnesses.[5,17,23,88–94]

Inasmuch as the respiratory tract is the major route of human exposure to fungi and mycotoxins in water-damaged buildings, we conducted this study to measure specific IgG, IgM, and IgA antibodies to 3 mold species commonly found in such environments. An ELISA procedure to detect antibodies to satratoxin H was also undertaken. Simultaneous detection of antibodies against toxigenic molds and their mycotoxins is considered a biomarker of exposure to molds and their metabolites, and may explain clinical disease processes resulting from mold exposure in the workplace and other environments.[93–95]

## Materials and Method

**Study subjects.** The study population consisted of 500 patients exposed to molds in water-damaged build-

ings, from 3 different states—143 from California (64 males, 79 females); 159 from Arizona (72 males, 87 females), and 198 from Texas (83 males, 115 females)—who were referred to Immunosciences Lab, Inc. (Beverly Hills, California) by 3 of the authors (MRG, GH, AWC). Patients' ages ranged from 22 to 76 yr. Environmental engineering firms tested approximately 60 damaged buildings by swab samples, tape transfer, and viable microbial activities and reported *Aspergillus*, *Penicillium*, and *Stachybotrys* at a level of > 2,000 colony-forming units per $m^3$. Patients had lived in these buildings for periods ranging from several weeks to more than 2 yr and had reported unpleasant musty odors to their referring physicians.

The patients had the following symptoms in common: neurological and behavioral symptoms (memory loss, blurred vision, migraine, loss of balance, cognitive deficit), fatigue, nausea, rhinitis, sinusitis, rashes, and allergies. Blood samples were drawn from the patients and sent to Immunosciences Lab (Beverly Hills, California) to test for antibodies against the 3 most common molds detected in their respective buildings. Antibodies to satratoxin H were also determined. For comparison, we used 500 blood samples obtained from healthy, asymptomatic blood donors from California of similar age and sex. An additional 500 individuals, whose blood had been sent to the laboratory for health reasons other than mold exposure, were selected randomly from our patient population. Blood samples from the mold-exposed patients, randomly selected patients, and controls were tested with ELISA for levels of IgG, IgM, and IgA against *Aspergillus niger, Pencillium notatum*, and *Stachybotrys chartarum*, and for satratoxin H antigens.

**Preparation of fungal antigen.** The protocol we followed for preparation of optimal fungal antigen extracts was based on procedures reported previously.[96–99] Molds (*Stachybotrys chartarum, Penicillium notatum*, and *Aspergillus niger*) were obtained from the American Type Culture Collection (Rockville, Maryland). The molds were first cultured in 2% malt extract agar for 8 days at 25 °C, after which spore suspensions were prepared in 0.1 *M* phosphate-buffered saline (PBS) pH 7.4 containing 0.05% Tween 20 (Sigma Aldrich [St. Louis, Missouri]). One milliliter of each spore suspension was inoculated into 100 ml of 2% malt extract broth (for *Stachybotrys*) or cellulose broth (for the other molds) in glass bottles; the cultures were incubated for 10 days at 25 °C. The mycelium was separated from the broth by centrifugation at 2,000 *g* for 20 min, dried in a vacuum dryer, and stored at –70 °C. Dried mycelium containing spores was suspended at 50 mg/ml in 0.1 *M* PBS pH 7.5 containing 0.02% phenylmethylsulfonyl flouride (PSF) and 0.02% sodium azide. Mycelium suspension was sonicated for 5 sec at an output of 70% using a Virsonic 50 cell disruptor (Virtis Co. [Gardiner, New York]). The sonication step was repeated 10 times for maximum cell disruption, and thereafter the suspension was kept on a shaker for 24 hr at 4 °C. After centrifugation at 4,000 *g*, the supernatant was dialyzed at molecular cut-off 2kD against PBS at 4 °C for 24 hr, lyophilized, and stored at –70 °C. For quality control and reproduction of antigenic preparation of these mold extracts, 20 mg of each was dissolved in 1 ml of 0.01 *M* PBS, the protein content was determined,[28] and the sample's components were analyzed by 15% sodium dodecyl sulfate (SDS) gel electrophoresis. The protein content of our preparations was compared with allergenic extracts for the same molds obtained from Antigen Laboratories, Inc. (Liberty, Missouri). Many more protein bands were present in our preparations than in the commercial antigens; however, a few bands were present in the allergenic extracts but not in our preparations. Consequently, we mixed our antigenic preparations with the Antigen Laboratories extracts, in a ratio of 1:1, and used the combined extracts in our ELISA assays.

**Preparation of satratoxin H.** Satratoxin H was prepared in accordance with the method of Johanning et al.,[5] with modification in our laboratory. One hundred mg of dried mycelium was extracted with 2 ml of 20% methanol in chloroform at 40 °C, with repeated sonication for 30 min. The extract was passed through a silica gel Column Whatman LPS-1 (Whatman [Clifton, New Jersey]) and washed with 10 ml of 8% methanol in dichloromethane. The eluent was evaporated under a stream of dry nitrogen, and the remaining oily material was dissolved in 1 ml of ethanol and analyzed by reversed-phase high-performance liquid chromatography with a Model 5600 CoulArray Detector with solvent delivery pump Model 580 and an analytical cell that makes use of the 2 porous graphite electrodes (ESA, Inc. [Chelmsford, Massachusetts]). The column was C-18 rainin, 5 μm, 4.6 × 250 mm, with a 15-min gradient of 60–75% methanol in water, flow of 1 ml/min, and monitoring at 260 nm. Two peaks—one at 10.6 and the other at 12.2 min, corresponding in retention time to satratoxin H and other trichothecenes—were obtained. The total satratoxin H and trichothecene obtained in 100 mg of sample were estimated to be about 1.5 μg and 1.7 μg, respectively. Satratoxin H was also obtained from the Department of Microbiology, Texas Tech University, Health Sciences Center (Lubbock, Texas).

**Binding of satratoxin to human serum albumin (HSA).** Satratoxin was coupled to the carrier protein-HSA with 1-cyclohexyl-3-(2-morpholinoethyl) carbodiimide-metho-4-toluolsufonate (CCMT) and succinic anhydride. One hundred μg of satratoxin in 100 μl pyridine was reacted with 2 mg of succinic anhydride in a 45 °C water bath with off-and-on vortexing. The reaction mixture was then evaporated to dryness. The satratoxin-hemisuccinate was dissolved in 200 μl of dimethyl formamide and added dropwise to a 1 ml solution of 0.1

*M* carbonate buffer pH 9.5 containing 10 mg of HSA and 2 mg of CCMT. The mixture was kept on the stirrer for 4 hr, followed by the addition of 1 mg CCMT and adjustment of the pH to 7.5 using 1 *M* hydrochloric acid, followed by an additional incubation of 4 hr. Finally, after the addition of another 1 mg of CCMT, the pH was adjusted to 5.5 and the mixture was kept on the stirrer for 4 hr at room temperature. Uncoupled residues of the reagents and derivatives were removed by dialysis at a cutoff of 2,000 against 0.1 *M* PBS pH 7.2 for 48 hr. After centrifugation at 10,000 *g*, binding of satratoxin to HSA was examined by SDS gel electrophoresis. A shift in the location of the HSA band after the addition of mycotoxin was used as evidence for the binding capacity of satratoxin to the carrier protein.

**ELISA for detection of IgG, IgM, and IgA against fungal antigens and mycotoxins.** The levels of IgG, IgM, and IgA antibodies against antigens of molds in human sera were analyzed by indirect ELISA. Microtiter plates were coated with 0.1 ml of either HSA (in duplicate to serve as controls) or mold extract and satratoxin at a protein concentration of 10 µg/ml. After incubation, washing, and blocking with 2% BSA blocking solution, 0.1 ml of human serum, at optimal dilution of 1:2 for IgE and 1:100 in serum diluent buffer (2% BSA in 0.1 ml PBS plus 0.01% Tween 20) for IgG, IgM, and IgA, were added into the quadruplicate wells of the plates. Plates were incubated at 37 °C for 2 hr and washed 3 times with PBS Tween 20. Then, 0.1 ml of affinity-purified goat anti-human IgG(γ), IgM(µ), or IgA(α) or light chain specific, conjugated with alkaline phosphatase at dilutions of 1:500, were added and incubated at 37 °C for 1 hr. Color development was measured after repeated washing and the addition of 0.1 ml of paranitrophenylphosphate substrate, incubation for 30 min, and stop solution. The intensity of color was measured spectro-photometrically at 405 nm. For each specimen, the ELISA background readings of wells coated with HSA were automatically subtracted from the ELISA readings of the wells coated with mold antigens. The background readings of wells coated with nonspecific antigen (HSA) reacted with the serum and all other reagents and was less than 12% of the absorbencies of the wells coated with mold antigens. Serially diluted sera from rabbits immunized with molds antigens, and from patients following immunotherapy, with assigned values of 400, 3,200, and 12,800 ELISA units against different molds, were used to construct a standard curve. To determine the ELISA values for unknowns, we plotted the mean absorbances obtained from duplicate wells from each calibrator against the antibody concentration, with the absorbance on the vertical axis and concentration on the horizontal axis.

**Coefficients of intra-assay and inter-assay variations and optimal dilution of serum for mold and mycotoxin antibodies.** Coefficients of intra-assay variations were calculated by running 5 samples 8 times in 1 assay. Coefficients of inter-assay variations were determined by measuring the same samples in 6 consecutive assays. This replicate testing established the validity of the ELISA assays, determined the appropriate dilution with minimal background, and detected serum IgG, IgM, and IgA against different antigens. Two sera from healthy controls and 2 from patients exposed to molds were used to construct control curves.

The optimal dilutions of sera were determined by diluting sera from 20 different controls, and patients sera, 1:25–1:400 in serum diluent buffer and adding them to duplicate wells coated with either HSA or mold antigens. Dilutions between 1:50 and 1:200 resulted in a good linearity; therefore, a serum dilution of 1:100 was used for all IgG, IgM, and IgA antibody assays.

**Antibody-specificity testing by absorption of sera.** Specificity of the ELISA assay for molds and satratoxin antibodies was confirmed by mold antigens competition. For this, 3 different sera with high levels of IgG, IgM, and IgA antibodies (optical density in ELISA > 0.8) against *Stachybotrys* were used in different test tubes. One ml of each serum was pre-incubated with 1 mg of either HSA, *Stachybotrys*, *Aspergillus*, *Penicillium*, or *Alternaria* antigens. After mixing, the tubes were kept for 1 hr in a 37 °C water bath, followed by 1 hr of incubation at 4 °C and centrifugation at 3,000 *g* for 10 min. The supernatant was used for measurement of IgG, IgM, and IgA antibody levels against *Stachybotrys* antigens. ELISA values of unabsorbed serum were compared with those for serum absorbed with HSA or with fungal antigens.

**Statistical analysis.** The main objective of our data analysis was to examine the differences between the levels of IgG, IgM, and IgA antibodies against different molds and a mycotoxin among 3 groups: (1) controls, (2) random patients, and (3) mold-exposed patients. The IgG, IgM, and IgA were considered as 3 dependent variables with 1 factor variable that divided our samples into the 3 groups mentioned above.

The General Linear Model (GLM) for Windows, version 11.5 (SPSS, Inc. [Chicago, Illinois]), with advanced option, was used in this study. The *z* scores and *p* values were obtained using Hotelling's Trace. In addition, for the post hoc tests, Scheffé's significant difference test was performed on 500 samples in each group. The GLM multivariate procedure provided analysis of variance for multiple dependent variables by 1 or more factor variables.

## Results

**Fungal contamination of buildings.** We were in continuous personal contact with our patients' referring physicians.[93–95,100] Each of the suspect buildings was tested by a different independent environmental

firm for the presence of mold and mold spores. All buildings were contaminated with a variety of mold genera. Inasmuch as *Aspergillus* sp., *Pencillium* sp., and *Stachybotrys chartarum* were the most frequently identified molds, we selected *Aspergillus niger, Penicillium notatum*, and *Stachybotrys chartarum* as representative organisms. Satratoxin H was incorporated in our study as being representative of trichothecene because this mycotoxin is known to be produced by *S. chartarum*.

**Detection of IgG, IgM, and IgA antibodies against molds and satratoxin H.** Sera from controls, mold-exposed patients, and randomly selected patients were analyzed for the presence of IgG, IgM, and IgA antibodies to the 3 molds and satratoxin H. The mean titers ± standard deviations (*SD*s), as determined by ELISA for each isotype, along with *z* scores and *p* values, are given in Tables 1–4. The serum dilution used was 1:100, which was determined previously to be optimum.[100] IgG, IgM, and IgA titers against *P. notatum, A. niger*, and *S. chartarum* are presented in Tables 1–3, respectively. The *z* scores for all 3 isotypes against *Penicillium, Aspergillus*, and *Stachybotrys* were higher than 3.3. IgG, IgM, and IgA antibodies against satratoxin H are given in Table 4. For satratoxin IgG, the differences between the controls and the molds-exposed group were statistically significant ($p < 0.001$; $z = 11.3$).

To examine statistical differences among the 3 groups for the levels of molds and mycotoxins, the post hoc tests (Scheffé's significant difference tests) were performed and were classified under 3 different subsets, as presented in Table 5. Means for groups in homogenous subsets are based on Type III sum of squares (sample size = 1,500, with 500 subsets in each group). Means that are reported in the same subset are statistically similar. For example, means for IgA (satratoxin) for controls, random patients, and mold-exposed patients are 627, 784, and 759, respectively, which are statistically alike. Similarly, the means for *Aspergillus* and *Stachybotrys* IgA in controls and in random patients are classified under the same subset, whereas the means for IgA in mold-exposed groups are statistically different for both controls and random patients. For all other determinations, 3 different subsets are formed, meaning that IgG and IgM against *Penicillium, Aspergillus, Stachybotrys*, and satratoxin are statistically different in controls, random patients, and mold-exposed patients. For IgA against *Penicillium*—although formation of 3 subsets indicates statistical differences among the 3 groups—the IgA values for *Aspergillus* and *Stachybotrys* were reported in 2 subsets, meaning that the mold-exposed group was statistically different from both controls and random patients. And, finally, satratoxin IgA means are classified under the same subset, indicating that no dif-

**Table 1.—Antibody Levels (in ELISA Units) in Response to *Penicillium notatum* in Controls, Randomly Selected Patients, and Mold-Exposed Patients, with *z* Scores and *p* Values**

| | Controls vs. mold-exposed | | | | | | Random vs. mold-exposed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Controls ($n$ = 500) | | Exposed ($n$ = 500) | | | | Controls ($n$ = 500) | | Exposed ($n$ = 500) | | | |
| Antibody | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *z* | *p* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *z* | *p* |
| IgG | 620 | 535 | 2,159 | 2,458 | 13.7 | < 0.001 | 1,383 | 1,839 | 2,159 | 2,458 | 5.6 | < 0.001 |
| IgM | 692 | 551 | 1,692 | 2,442 | 8.9 | < 0.001 | 1,241 | 1,530 | 1,692 | 2,442 | 3.5 | < 0.001 |
| IgA | 640 | 572 | 1,256 | 2,163 | 6.1 | < 0.001 | 853 | 1,070 | 1,256 | 2,163 | 3.7 | < 0.001 |

*Notes:* $\bar{x}$ = mean, *SD* = standard deviation, and Ig = immunoglobulin.

**Table 2.—Antibody Levels (in ELISA Units) in Response to *Aspergillus niger* in Controls, Randomly Selected Patients, and Mold-Exposed Patients, with *z* Scores and *p* Values**

| | Controls vs. mold-exposed | | | | | | Random vs. mold-exposed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Controls ($n$ = 500) | | Exposed ($n$ = 500) | | | | Controls ($n$ = 500) | | Exposed ($n$ = 500) | | | |
| Antibody | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *z* | *p* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *z* | *p* |
| IgG | 618 | 426 | 1,795 | 2,316 | 11.1 | < 0.001 | 1,349 | 1,417 | 1,795 | 2,316 | 3.7 | < 0.001 |
| IgM | 782 | 420 | 1,725 | 2,449 | 8.5 | < 0.001 | 1,177 | 1,302 | 1,725 | 2,449 | 4.4 | < 0.001 |
| IgA | 732 | 595 | 1,346 | 2,456 | 5.4 | < 0.001 | 849 | 938 | 1,346 | 2,456 | 4.2 | < 0.001 |

*Notes:* $\bar{x}$ = mean, *SD* = standard deviation, and Ig = immunoglobulin.

Table 3.—Antibody Levels (in ELISA Units) in Response to *Stachybotrys chartarum* in Controls, Randomly Selected Patients, and Mold-Exposed Patients, with *z* Scores and *p* Values

| | Controls vs. mold-exposed | | | | | | Random vs. mold-exposed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Controls (*n* = 500) | | Exposed (*n* = 500) | | | | Controls (*n* = 500) | | Exposed (*n* = 500) | | | |
| Antibody | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *z* | *p* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *z* | *p* |
| IgG | 803 | 530 | 2,304 | 2,432 | 13.5 | < 0.001 | 973 | 1,234 | 2,304 | 2,432 | 10.9 | < 0.001 |
| IgM | 629 | 602 | 1,940 | 2,478 | 11.5 | < 0.001 | 1,115 | 1,212 | 1,940 | 2,478 | 6.7 | < 0.001 |
| IgA | 665 | 665 | 1,511 | 2,660 | 6.9 | < 0.001 | 760 | 1,086 | 1,511 | 2,660 | 5.8 | < 0.001 |

*Notes:* $\bar{x}$ = mean, *SD* = standard deviation, and Ig = immunoglobulin.

Table 4.—Antibody Levels (in ELISA Units) in Response to Satratoxin in Controls, Randomly Selected Patients, and Mold-Exposed Patients, with *z* Scores and *p* Values

| | Controls vs. mold-exposed | | | | | | Random vs. mold-exposed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Controls (*n* = 500) | | Exposed (*n* = 500) | | | | Controls (*n* = 500) | | Exposed (*n* = 500) | | | |
| Antibody | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *z* | *p* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | *z* | *p* |
| IgG | 767 | 641 | 1,523 | 1,352 | 11.3 | < 0.001 | 1,054 | 1,147 | 1,523 | 1,352 | 5.90 | < 0.001 |
| IgM | 611 | 648 | 1,320 | 1,590 | 9.2 | < 0.001 | 1,160 | 1,170 | 1,320 | 1,590 | 1.80 | < 0.060 |
| IgA | 715 | 588 | 705 | 868 | 2.1 | < 0.440 | 747 | 819 | 705 | 868 | 0.78 | < 0.430 |

*Notes:* $\bar{x}$ = mean, *SD* = standard deviation, and Ig = immunoglobulin.

ferences were detected among the 3 groups. The statistical differences among the 3 groups for the levels of IgG, IgM, and IgA against molds and mycotoxins were further confirmed by the calculation of exact *z* scores and *p* values, which are provided in Tables 1–4. We considered *p* values < 0.05 and *z* scores > 3.3 to be statistically significant.

**Specificity and intra-assay and inter-assay precision.** Specificity, and intra-assay and inter-assay precision, for each of the molds, and for several other genera and satratoxin H, have been determined previously.[100] In brief, the coefficients of intra-assay variation calculated for 8 replicates of ELISA assays were 5.7–10.2% for IgG, 5.8–9.2% for IgM, and 5.6–11.3% for IgA. Inter-assay precision was calculated for the same 5 samples assayed in 6 different runs. The inter-assay variations were 7.8–12.7%, 9.5–15.5%, and 10.6–15.3% for IgG, IgM, and IgA, respectively.

**Absorption of *Stachybotrys* antibodies with HSA and mold antigens.** Similar to our earlier study,[100] 3 different sera with high levels of IgG, IgM, and IgA against *Stachybotrys* were absorbed with nonspecific and specific antigens. Data summarized in Table 6 show that nonspecific proteins, such as HSA, did not change IgG, IgM, and IgA antibody levels against *Stachybotrys*, whereas *Stachybotrys* antigens absorbed the IgG antibody titer levels from 42.7–58%, IgM antibody levels from 21.4–38.5%, and IgA levels from 26.8–34.6%. Similar to IgG, but to a lesser degree, IgM and IgA antibodies were absorbed with *Stachybotrys* antigens. This significant absorption and inhibition of IgG, IgM, and IgA antibodies by fungal antigens is excellent evidence for the specificity of fungal antibodies. Furthermore, other molds antigens, such as *Alternaria*, were not capable of absorbing levels of *Stachybotrys* antibodies, whereas *Penicillium* and *Aspergillus* absorbed only IgG antibody against *Stachybotrys* from 14–20%. This absorption of anti-*Stachybotrys* antibody by *Penicillium* and *Aspergillus* indicates minor antigenic cross-reactivity between these molds.

## Discussion

Adverse health effects from exposure to molds in water-damaged buildings can result in allergic reactions, asthma, hypersensitivity pneumonitis, pulmonary infections, and mucous membrane irritation and toxicity. However, despite this variety of adverse health effects, significant emphasis has been placed mainly on Type I allergy and asthma,[20,21,101–103] and not on the other immunopathologic mechanisms involved in the pathogenesis of Types II–IV allergy.[104]

Hundreds of molds, with thousands of antigens, can contaminate indoor air. In addition, some of these

**Table 5.—Multiple Comparisons and Means for Groups in Homogenous Subsets Determined with Scheffé's Post Hoc Tests**

| Mold/mycotoxin and group | IgG subset 1 | IgG subset 2 | IgG subset 3 | IgM subset 1 | IgM subset 2 | IgM subset 3 | IgA subset 1 | IgA subset 2 | IgA subset 3 |
|---|---|---|---|---|---|---|---|---|---|
| *Penicillium* | | | | | | | | | |
| Controls | 689 | | | 748 | | | 679 | | |
| Random patients | | 1,547 | | | 1,386 | | | 944 | |
| Mold-exposed | | | 2,386 | | | 1,985 | | | 1,841 |
| *Aspergillus* | | | | | | | | | |
| Controls | 578 | | | 679 | | | 688 | | |
| Random patients | | 1,398 | | | 1,214 | | 842 | | |
| Mold-exposed | | | 2,035 | | | 2,147 | | | 1,756 |
| *Stachybotrys* | | | | | | | | | |
| Controls | 744 | | | 617 | | | 668 | | |
| Random patients | | 1,083 | | | 1,184 | | 815 | | |
| Mold-eposed | | | 2,398 | | | 2,086 | | | 2,153 |
| Satratoxin | | | | | | | | | |
| Controls | 725 | | | 636 | | | 627 | | |
| Random patients | | 1,109 | | | 1,163 | | 784 | | |
| Mold-exposed | | | 1,460 | | 1,405 | | 759 | | |

*Notes:* Statistical analyses for examination of differences between the levels of immunoglobulin (Ig)G, IgM, and IgA antibodies against molds and a mycotoxin among 3 different groups using the General Linear Model for Windows, version 11.5 (SPSS, Inc. [Chicago, Illinois]). Means for classification of groups in different subsets were based on the sum of squares of sample size of 500 subjects in each of 3 groups. Means reported in the same subset are statistically similar; if they are classified under a different subset it means that controls differed from random patients, as well as from mold-exposed patients.

**Table 6.—Optical Densities of Sera with High Levels of Immunoglobulin (Ig)G, IgM, and IgA Antibodies against *Stachybotrys*, before and after Absorption with Nonspecific and Specific Antigens**

| Absorption status | Sample 1 IgG | Sample 1 IgM | Sample 1 IgA | Sample 2 IgG | Sample 2 IgM | Sample 2 IgA | Sample 3 IgG | Sample 3 IgM | Sample 3 IgA |
|---|---|---|---|---|---|---|---|---|---|
| Before absorption | | | | | | | | | |
| Optical density | 1.54 | 1.92 | 1.36 | 1.10 | 2.15 | 1.83 | 2.30 | 0.96 | 0.87 |
| After absorption with: | | | | | | | | | |
| Human serum albumin | | | | | | | | | |
| Optical density | 1.49 | 1.83 | 1.27 | 0.98 | 2.26 | 1.95 | 2.16 | 0.93 | 0.91 |
| % inhibition | NS | NS | NS | NS | NS | NS | NS | NS | NS |
| *Stachybotrys chartarum* antigens | | | | | | | | | |
| Optical density | 0.69 | 1.18 | 0.89 | 0.63 | 1.69 | 1.34 | 0.96 | 0.61 | 0.57 |
| % inhibition | 55.20 | 38.50 | 34.60 | 42.70 | 21.40 | 26.80 | 58.20 | 36.40 | 34.50 |
| *Aspergillus niger* antigens | | | | | | | | | |
| Optical density | 1.31 | 1.73 | 1.27 | 0.95 | 1.98 | 1.76 | 1.89 | 0.88 | 0.78 |
| % inhibition | 15.00 | 10.00 | 6.60 | 13.60 | 8.00 | 4.00 | 18.00 | 8.40 | 10.30 |
| *Penicillium notatum* antigens | | | | | | | | | |
| Optical density | 1.29 | 1.80 | 1.26 | 0.91 | 1.89 | 1.81 | 1.83 | 0.92 | 0.79 |
| % inhibition | 16.20 | 6.30 | 7.30 | 17.20 | 12.00 | 10.90 | 20.40 | 4.20 | 9.20 |
| *Alternaria alternata* antigens | | | | | | | | | |
| Optical density | 1.51 | 1.83 | 1.29 | 1.16 | 2.10 | 1.72 | 2.25 | 0.94 | 0.80 |
| % inhibition | NS | NS | NS | NS | NS | NS | NS | NS | NS |

*Note:* NS = Nonsignificant.

molds produce potentially toxic metabolites (e.g., mycotoxins and solvents)[3–17,69,70] and can invade tissues (causing aspergilliosis, cryptococcosis, coccidioidomycosis, or pulmonary hemosiderosis)[35–50] by producing proteases, hemolysins, and siderophores.[51–59,61,66–68] Moreover, the potential cytotoxic action of molds and their metabolites includes DNA adducts,[89,82,85,86] adverse effects on pulmonary surfactant synthesis in rodents,[62–65] mitochondrial toxicity,[77,78,83] apoptosis,[73–76] abnormalities of the human immune system,[93] neuro-

cognitive deficits with changes in electroencephalogram,[89,90,94] peripheral neuropathy,[90] autoimmunity,[93,95] and carcinogenesis.[79,81,87] Because it is becoming increasingly apparent that both atopic and nonatopic individuals experience adverse health reactions to mold exposure unrelated to IgE-mediated sensitivity,[89,90,93–95] biomarkers and clinical tests involving the immune system, the respiratory tree, and the central nervous system must be developed and implemented.[89,93–95,100]

Our data clearly show that exposure to molds in water-damaged buildings leads to the production of IgA, IgM, and IgG antibodies to antigens of *Aspergillus niger, Penicillium notatum, Stachybotrys chartarum,* and satratoxin H in subpopulations of patients, and corroborates previous observations on these and other molds by some of the authors.[100] Previous reports on IgG antibodies against *S. chartarum* and *Aspergillus* have produced equivocal results. In one study,[5] 4 of 48 individuals possibly exposed to *S. chartarum* had IgG antibodies to the organism; other researchers found statistically nonsignificant differences between exposed and control groups.[23,105] On the other hand, a recent cross-sectional comparison of water-damaged or mold-contaminated homes in Finland found fungal-specific IgG concentrations in the sera of patients living in houses both with and without mold, with other cases showing a tendency to exhibit higher antibody levels to most fungi than seen in the control groups.[106]

The differences between our study and others in regard to antibodies to molds might be accounted for by differences in the selection of controls and in the preparation of mold antigens. First, in addition to the controls and patients presented herein, we have tested for antibodies to molds in 500 randomly selected individuals with diagnoses other than mold exposure. The titers to molds IgG, IgM, and IgA, and satratoxin H IgA were intermediate to the controls and patients in this study, but significantly different than both the controls and patients presented herein (Tables 1–5). Some of the controls—who represented a healthy population—probably were exposed to molds. Such exposure likely would result in less statistical significance when the control group is compared with the patients. Therefore, if supposedly true controls (individuals not exposed to molds) could be used in this study, the mean ± *SD* would have been less (estimated at 10–20% lower) than reported in Tables 1–5. We anticipate that this would result in higher *z* scores and lower *p* values, or a greater statistical difference between controls and exposed groups. Moreover, in the selection of controls, one assumes they have a likelihood of exposure. Thus, it is apparent from these observations that selection of controls is critical and that it is probable that clinicians miss molds as a possible cause of the illness for which medical attention is being sought.

The second explanation for the differences between the observations presented herein and those of other investigators likely lies in the preparation of antigens. We prepared our fungal antigens similar to the methods described by others,[5,10] but with some modification.[100] Similar culture and suspension techniques were used, but were modified with repeated sonications during 24 hr of extractions, which resulted in higher yield of fungal antigens in suspension. Comparison of commercially prepared fungal antigens with our preparations showed differences in protein concentrations before and after sonications. Protein concentrations of commercial antigens ranged from 0.4 to 2.1 mg/ml, whereas the protein concentrations used in this study ranged from 0.8 to 3.5 mg/ml. After 10 sonications, our protein concentrations ranged from 5.8 to 16.5 mg/ml. In addition, SDS gel electrophoresis on an equal amount of protein (1 mg) revealed (depending on mold species) 9–22 bands in commercial antigens, 7–16 bands in our preparations before sonications, and 21–36 protein bands after repeated sonications. Therefore, for maximum efficacy, we mixed our mold antigens with commercially available allergenic mold extracts and used 2 μg/well of these mixtures on ELISA plates. With this mixture of mold antigens, we found that human sera diluted 1:100 for IgG, IgM, and IgA in serum diluent resulted in optimum ELISA optical densities. The coefficients of intra-assay and inter-assay variations were less than 16% for all isotypes. IgG antibodies to molds was the lowest (5.7–10.2%) and IgA the highest (5.6–11.3%).[100] Nonspecific proteins (HSA) did not change the levels of these antibodies; however, specific mold antigens extracted from *Stachybotrys* absorbed the IgG antibodies 43–58%, the IgM antibodies 21–38%, and the IgA antibodies 27–34%. Interestingly, when similar absorptions of sera were performed with other mold antigens, absorption of IgG, IgM, and IgA antibodies to *Stachybotrys* with *Alternaria* was insignificant, or less than 10%; however, reaction of the same sera with *Aspergillus* and *Penicillium* was capable of absorbing only the IgG antibody against *Stachybotrys* significantly (14–20%). This minor inhibition of IgG antibody against *Stachybotrys* with *Aspergillus niger* and *Penicillium notatum* antigens is an indication of antigenic cross-reactivity between these molds, which warrants further investigation. The significant inhibition of IgG, IgM, and IgA antibodies against *Stachybotrys* by specific molds and antigens (Table 6) provides further evidence for the specificity of these antibodies. Inhibition of these antibodies with mold antigens, along with the simultaneous presence of IgG, IgM, and IgA antibodies against different molds and satratoxin (Tables 1–4) leads us to conclude that these specific antibodies could be used in subpopulation studies and in epidemiologic investigations of mold and mycotoxin exposure. Furthermore, clinicians may want to consider possible mold exposure in patients who present with multiorgan system abnormalities.

Finally, the detection of IgG antibodies to satratoxin H reveals that the mycotoxin—or the spores and hyphae containing the mycotoxin—can behave as an antigen. This likely occurs by the combination of satratoxin H with carrier mold proteins, and their presentation to the cells involved in the immune system, resulting in subsequent antibody production. Similar observations have been reported for aflatoxin B1, patulin, and ochratoxin A used as a hapten.[107–112]

* * * * * * * * * *

Submitted for publication September 20, 2003; revised; accepted for publication October 30, 2003.

Requests for reprints should be sent to Aristo Vojdani, Ph.D., M.T., 8693 Wilshire Blvd, Suite 200, Beverly Hills, CA 90211

E-mail: immunsci@ix.netcom.com

* * * * * * * * * *

### References

1. Gravesen S, Nielsen PA, Iversen R, et al. Microfungal contamination of damp buildings—examples of constructions and risk materials. Environ Health Perspect 1999; 107(suppl 3):505–08.
2. Croft WA, Jarvis BB, Yatawara CS. Airborne outbreak of trichothecene toxicosis. Atmos Environ 1986; 20: 549–52.
3. Peltola J, Andersson MA, Haahtela T, et al. Toxic-metabolite–producing bacteria and fungus in an indoor environment. Appl Environ Microbiol 2001; 67:3269–74.
4. Shelton BF, Kirkland KH, Flanders WE, et al. Profiles of airborne fungi in buildings and outdoor environments in the United States. Appl Environ Microbiol 2002; 68: 1743–53.
5. Johanning E, Biagini R, Hull DL, et al. Health and immunology study following exposure to toxigenic fungi (*Stachybotrys chartarum*) in a water-damaged office environment. Int Arch Occup Environ Health 1996; 68: 207–18.
6. Andersson MA, Nikulin M, Kooljalg U, et al. Bacteria, molds, and toxins in water-damaged building materials. Appl Environ Microbiol 1997; 63:387–93.
7. Nielsen KF, Gravesen S, Nielsen PA. Production of mycotoxins on artificially and naturally infested building materials. Mycopathologia 1999; 145:43–56.
8. Claeson AS, Levin H, Blomquist G, et al. Volatile metabolites from microorganisms grown on humid building materials and synthetic media. J Environ Monit 2002; 4:667–72.
9. Tuomi T, Reijut K, Johnsson T, et al. Mycotoxins in crude building materials from water-damaged buildings. Appl Environ Microbiol 2000; 66:1899–1904.
10. Nieminen SM, Karki R, Auriola S, et al. Isolation and indentification of *Aspergillus fumigatus* mycotoxins on growth medium and some building materials. Microbiology 2002; 68:4871–75.
11. Jarvis BB. Chemistry and toxicology of molds isolated from water-damaged buildings. In: DeVries JW, Trucksess MW, Jackson LS (Eds). Mycotoxins and Food Safety. Kluwer Academic/Plenum Publishers, 2002; pp 43–52.
12. Burge HA. Bioaerosols: prevalence and health effects in the indoor environment. J Allergy Clin Immunol 1990; 86:687–704.
13. Richard JL, Plattner RD, May J, et al. The occurrence of ochratoxin A in dust collected from a problem household. Mycopathologia 1999; 146:99–103.
14. Skaug MA, Eduard W, Stormer FD. Ochratoxin A in airborne dust and fungal conidia. Mycopathologia 2000; 151:93–95.
15. Smoragiewicz W, Cossete B, Boutrard A, et al. Trichothecene mycotoxins in the dust of ventilation systems in office buildings. Int Arch Occup Environ Health 1993; 65:113–17.
16. Tuomi T, Saarinene L, Reijula K. Detection of polar and macrocyclic trichothecene mycotoxins from indoor environments. Analyst 1998; 123:1835–41.
17. Jarvis BB, Yatawara CS. Airborne outbreak of trichothecene toxicosis. Atmos Environ 1986; 29:549–52.
18. Johanning E, Gareis M, Nielsen K, et al. Airborne mycotoxins sampling and screening analysis. Proceedings of the 9th International Conference on Indoor Air Quality and Climate (Indoor Air 2002), Monterey, California, June 30–July 5, 2002. Santa Cruz, CA: Indoor Air 2002 Conference Secretariat.
19. Flannigan B, McCabe EM, McGarry F. Allergenic and toxigenic microorganisms in houses. J Appl Bact Sym 1991; 70(suppl):61–73.
20. Jaakkola M, Nordman H, Pilpari R, et al. Indoor dampness and molds and development of adult-onset asthma: a population-based incident case-control study. Environ Health Perspect 2002; 110:543–47.
21. Kurup V, Shen HD, Banerjee B. Respiratory fungal allergy. Microbes Infect 2000; 2:1101–10.
22. Zureik M, Neukirch C, Leynaert B, et al. Sensitization to airborne moulds and severity of asthma: cross sectional study from European Community respiratory health survey. Br Med J 2002; 325(7361):411–14.
23. Hodgson MJ, Morey P, Leung WY, et al. Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. J Occup Environ Med 1998; 40(3):241–49.
24. Patel AM, Ryu JH, Reed CE. Hypersensitivity pneumonitis: current concepts and future questions. J Allergy Clin Immunol 2001; 108:661–70.
25. Fan LL. Hypersensitivity pneumonitis in children. Curr Opin Pediatr 2002; 14:323–26.
26. Lander F, Meyer HW, Norm S. Serum IgE specific to moulds, measured by basophil histamine release, is associated with building-related symptoms in damp buildings. Inflamm Res 2001; 50:227–31.
27. Potter PC, Juritz J, Little F, et al. Clustering of fungal allergen-specific IgE antibody responses in allergic subjects. Ann Allergy 1991; 66:149–53.
28. Ezeamuzie CI, Al-Ali S, Kahn M, et al. IgE-mediated sensitization to mould allergens among patients with allergic respiratory diseases in a desert environment. Int Arch Allergy Immunol 2000; 121:300–07.
29. Karlsson-Borga A, Jonsson P, Rolfsen W. Specific IgE antibody to 16 widespread mold genera in patients with suspected mold allergy. Ann Allergy 1989; 63:521–26.
30. Raunio P, Pasanen AL, Husman T, et al. Exposure to *Stachybotrys chartarum* induces immunoglobulin A antibody response in man. In: Johanning E (Ed). Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control. Albany, NY: Eastern New York Occupational and Environmental Health Center, 1999; pp 174–78.
31. Knutsen AP, Mueller KR, Hutcheson PS, et al. Serum

anti-*Aspergillus fumigatus* antibody immunoblot and ELISA in cystic fibrosis with allergic bronchopulmonary aspergilliosis. J Clin Immunol 1994; 93:926–31.
32. Ojanen T, Tukiainen H, Mantyjarvi RA. Class-specific antibodies during follow-up of patients with farmer's lung. Eur Respir J 1990; 3:257–60.
33. Apter AJ, Greenberger PA, Liotta JL, et al. Fluctuation of serum IgA and its subclasses in allergic bronchopulmonary aspergilliosis. J Allergy Clin Immunol 1989; 84: 367–72.
34. Erkinjuntti-Pekkanen R, Reiman M, Kokkarinen JI, et al. IgG antibodies, chronic bronchitis, and pulmonary function values in farmer's lung patients and matched controls. Allergy 1999; 54:1181–87.
35. Marr KA. *Candida* species: emergence of drug-resistant pathogens. Program and Abstracts of the 38th Annual Meeting of the Infectious Diseases Society of America (IDSA). September 2000, New Orleans, Louisiana. Alexandria, VA: IDSA; Abstract S65.
36. Marr KA, Seidel K, White TC, et al. Candidemia in allogeneic blood and marrow transplant recipients: evolution of risk factors after the adoption of prophylactic fluconazole. J Infect Dis 2000; 181:309–16.
37. Wrobel CJ, Chappell ET, Taylor W. Clinical presentation, radiological findings, and treatment results of coccidioidomycosis involving the spine: report on 23 cases. J Neurosurg 2001; 95(suppl 1):33–39.
38. Grossi P, Farina C, Fiocchi R, et al. Prevalence and outcome of invasive fungal infections in 1,963 thoracic organ transplant recipients: a multicenter retrospective study. Italian Study Group of Fungal Infections in Thoracic Organ Transplant Recipients. Transplantation 2000; 70:112–16.
39. Anaissie EJ, Stratton SL, Dignani MC, et al. Pathogenic *Aspergillus* species recovered from a hospital water system: 3-year prospective study. Clin Infect Dis 2002; 34: 780–89.
40. Fraser RS. Pulmonary aspergilliosis: pathologic and pathogenetic features. Pathol Annu 1993; 28:231–77.
41. Ferguson BJ. Mucormycosis of the nose and paranasal sinuses. Otolaryngol Clin North Am 2000; 33:349–65.
42. Eucker J, Sezer O, Graf B, et al. Mucormycoses. Mycoses 2001; 44:253–60.
43. Sumi Y, Nagura H, Takeuchi M, et al. Granulomatous lesions in the lung induced by inhalation of mold spores. Virchows Arch 1994; 424:661–68.
44. Kamei K. Animal models of zygomycosis—*Absidia, Rhizopus, Rhizomucor,* and *Cunninghamella*. Mycopathologia 2001; 152:5–13.
45. Woods JP, Heinecke EL, Luecke JW, et al. Pathogenesis of *Histoplasma capsulatum*. Semin Respir Infect 2001; 16:91–101.
46. Bhargava D, Bhusnurmath B, Sundaran KR, et al. Tonsillar actinomycosis: a clinicopathology study. Acta Trop 2001; 80:163–68.
47. Feldman BS, Snuder LS. Primary pulmonary coccidioidomycosis. Semin Respir Infect 2001; 16:231–37.
48. Liratsopulos G, Ellis M, Nerringer R, et al. Invasive infection due to *Penicillium* species other than *P. marneffei*. J Infect 2002; 45:184.
49. Dosa E, Coczi I, Mojzes EG, et al. Identification and incidence of fungal strains in chronic rhinosinusitis patients. Acta Microbiol Immunol Hung 2002; 49:337–46.
50. Taylor MJ, Pnikaue JU, Sherris DA, et al. Detection of fungal organisms in eosinophilic mucin using a fluorescein-labeled chitin-specific binding protein. Otolaryngol Head Neck Surg 2002; 127:377–83.
51. Etzel RA, Montana E, Sorenson WB, et al. Pulmonary hemorrhage in infants associated with exposure to *Stachybotrys atra* and other fungi. Arch Pediatr Adolesc Med 1998; 152:757–62.
52. Dearborn DG, Yike I, Sorenson WG, et al. An overview of the investigations into pulmonary hemorrhage among infants in Cleveland, Ohio. Environ Health Perspect 1999; 107(suppl):495–99.
53. Montana E, Etzel RA, Allan T, et al. Environmental risk factors associated with pediatric idiopathic pulmonary hemorrhage and hemosiderosis in a Cleveland community. Pediatrics 1997; 99:E5.
54. Montana E, Etzel RA, Dearborn DG, et al. Acute pulmonary hemorrhage in infancy associated with *Stachybotrys atra*, Cleveland, Ohio. Am J Epidemiol 1995; 141:S83.
55. Elidemer O, Colasurdo GN, Rossman SN, et al. Isolation of *Stachybotrys* from the lung of a child with pulmonary hemosiderosis. Pediatrics 1999; 104:964–66.
56. Vesper SJ, Dearborn DG, Elidemer O, et al. Quantification of siderophore and hemolysin from *Stachybotrys chartarum* strains, including a strain isolated from the lung of a child with pulmonary hemorrhage and hemosiderosis. Appl Environ Microbiol 2000; 66:2678–81.
57. Vesper SJ, Magnusson H, Dearborn DG, et al. Initial characterization of the hemolysin stachylysin from *Stachybotrys chartarum*. Infect Immun 2001; 69:912–16.
58. Vesper SJ, Vesper MJ. Stachylysin may be a cause of hemorrhaging in humans exposed to *Stachybotrys chartarum*. Infect Immun 2002; 70:2065–69.
59. Vesper S, Dearborn DG, Yike I, et al. Evaluation of *Stachybotrys chartarum* in the house of an infant with pulmonary hemorrhage: quantitative assessment before, during, and after remediation. J Urban Health 2000; 77: 68–85.
60. Jarvis BB, Sorenson WG, Hintikka EL, et al. Study of toxin production by isolates of *Stachybotrys chartarum* and *Memnoniella echinata* isolated during a study of pulmonary hemosiderosis in infants. Appl Environ Microbiol 1998; 64:3620–25.
61. Kordula T, Banbula A, Macomson J, et al. Isolation and properties of Stachyrase A, a chymotrypsin-like serine proteinase from *Stachybotrys chartarum*. Infect Immun 2002; 70:419–21.
62. Rand TG, Mahoney M, White K, et al. Microanatomical changes in alveolar type II cells in juvenile mice intrathecally exposed to *Stachybotrys chartarum* spores and toxin. Toxicol Sci 2002; 65:239–45.
63. Mason CD, Rand TG, Oulton M, et al. Effects of *Stachybotrys chartarum* (*atra*) conidia and isolated toxin on lung surfactant production and homeostasis. Nat Toxins 1998; 6:27–33.
64. McCrae KC, Rand T, Shaw RA, et al. Analysis of pulmonary surfactants by Fourier-transform infrared spectroscopy following exposure to *Stachybotrys chartarum* (*atra*) spores. Chem Phys Lipids 2001; 110:1–10.
65. Mason CD, Rand TG, Oulton M, et al. Effects of *Stachybotrys chartarum* on surfactant convertase activity in juvenile mice. Toxicol Appl Pharmacol 2001; 172:21–28.
66. Kudo Y, Ootani T, Kumangai T, et al. A novel oxidized low-density lipoprotein-binding protein, Asp-hemolysin recognizes lysophosphatidylcholine. Biol Pharm Bull 2002; 25:787–90.
67. Ebina K, Ichinowatari S, Yokota K. Studies on toxin *Aspergillus fumigatus*. XXII. Fashion of binding Asp-hemolysin to human erythrocytes and Asp-hemolysin-binding proteins of erythrocyte membranes. Microbiol

Immunol 1985; 29:91–101.
68. Monod M, Capoccia S, Lechene B, et al. Secreted proteases from pathogenic fungi. Int J Med Microbiol 2002; 292:405–19.
69. Jarvis BB, Salemme J, Morais A. *Stachybotrys* toxins. Nat Toxins 1995; 3:10–16.
70. Jarvis BB, Zhou Y, Wang S. Toxigenic molds in water-damaged buildings: dechlorogriseofulvins from *Memnoniella echinata*. J Nat Prod 1996; 59:553–54.
71. Gareis M. Cytotoxicity testing of samples originating from problem buildings. In: Johanning E, Yang CS (Eds). Proceedings of the International Conference: Fungi and Bacteria in Indoor Air Environments: Health Effects, Detection and Remediation, Saratoga Springs, New York, October 1994. Albany, NY: Eastern New York Occupational and Environmental Health Center, 1995; pp 139–44.
72. Jakab GJ, Hmieleski RR, Hemenway DR, et al. Respiratory aflatoxicosis: suppression of pulmonary and systemic host defenses in rats and mice. Toxicol Appl Pharmacol 1994; 125:198–205.
73. Nagata T, Suzuki H, Ishigami N, et al. Development of apoptosis and changes in lymphocyte subsets in thymus, mesenteric lymph nodes and Peyer's patches of mice orally inoculated with T-2 toxin. Exp Toxicol Pathol 2001; 52:309–15.
74. Jones C, Ciacci-Zanella JR, Zhang V, et al. Analysis of fumonisin B1-induced apoptosis. Environ Health Perspect 2001; 109(suppl 2):315–20.
75. Poapolathep A, Ohtsuka R, Kiatipattanasakul W, et al. Nivalenol-induced apoptosis of thymus, spleen, and Peyer's patches of mice. Exp Toxicol Pathol 2002; 53: 441–46.
76. Desai K, Sullards MC, Allegood J, et al. Fumonisins and fumonisin analogs as inhibitors of ceramide synthase and inducers of apoptosis. Biochim Biophys Acta 2002; 1585:188–92.
77. Pace JG. Effect of T-2 mycotoxin on rat liver mitochondria electron transport system. Toxicon 1983; 21: 675–80.
78. Pace JG. T-2 mycotoxin inhibits mitochondrial protein synthesis. Toxicon 1988; 26:77–85.
79. Pfohl-Leszkowicz A, Petkova-Bocharova T, Chernozemsky IN, et al. Balkan endemic nephropathy and associated urinary tract tumors: a review on aetiolgical causes and the potential role of mycotoxins. Food Addit Contam 2002; 19:282–302.
80. Pfohl-Leszkowicz A, Grosse Y, Kane A, et al. Differential DNA adduct formation and disappearance in three mouse tissues after treatment with mycotoxin ochratoxin A. Mutat Res 1993; 289:265–73.
81. Schwartz GG. Does ochratoxin A cause testicular cancer? Cancer Causes Control 2002; 13:91–100.
82. Petkova-Bochatrova T, Stoichev II, Chernozemsky IN, et al. Formation of DNA adducts in tissue of mouse progeny through transplacental contamination and/or lactation after administration of single does of ochratoxin A to the pregnant mother. Environ Mol Mutagen 1998; 32: 155–62.
83. Hochler D, Marquardt RR, McIntosh AR, et al. Induction of free radicals in hepatocytes, mitochondria and microsomes of rats by ochratoxin A and its analogs. Biochim Biophys Acta 1997; 1357:225–33.
84. Sajan MP, Satav JG, Battacharya RK. Effect of aflatoxin B1 in vitro on rat liver mitochondrial respiratory functions. Indian J Exp Biol 1997; 35:1187–90.
85. Hisch LL, Hisch TT. Detection of aflatoxin B1-DNA adducts in human placenta and cord blood. Cancer Res 1993; 53:1278–80.
86. Miranjan BF, Bhat NK, Avadhani NG. Preferential attack of mitochondrial DNA by aflatoxin B1 during hepatocarcinogenesis. Science 1982; 214(4528):73–75.
87. Dominguez-Malagon H, Gaytan-Graham S. Hepatocellular carcinoma: an update. Ultrastruct Pathol 2001; 25: 497–516.
88. Croft WA, Jastromski BM, Croft AL, et al. Clinical confirmation of trichothecene mycotoxicosis in patient urine. J Environ Biol 2002; 23:301–20.
89. Kilburn KH. Inhalation of moulds and mycotoxins. Eur J Oncol 2002; 7:197–202.
90. Anyanwu EC, Campbell AW, Vojdani A. Neurophysiological effects of chronic indoor environmental mold exposure on children. Scientific World Journal 2003; 3: 281–90.
91. Mahmoudi M, Gershwin ME. Sick building syndrome. III. *Stachybotrys chartarum*. J Asthma 2000; 37:191–98.
92. Walinder R, Wieslandr G, Norback D, et al. Nasal lavage biomarkers: effects of water damage and microbial growth in an office building. Arch Environ Health 2001; 56:30–36.
93. Gray MR, Thrasher JD, Crago R, et al. Mixed mold mycotoxicosis: immunological changes in humans following exposure in water-damaged buildings. Arch Environ Health 2003; 58(7):410–20.
94. Crago R, Gray MR, Nelson LA, et al. On the neuropsychological and electrocortical impact of mixed mold exposure. Arch Environ Health 2003; 58(8). Forthcoming.
95. Campbell AW, Thrasher JD, Madison RA, et al. Autoantibodies and neurophysiologic abnormalities in patients exposed to molds in water-damaged buildings. Arch Environ Health 2003; 58(8). Forthcoming.
96. Achatz G, Oberkofler H, Lechenauer E, et al. Molecular cloning of major and minor allergens of *Alternaria alternata* and *Cladosporium herbarum*. Mol Immunol 1995; 32:213–27.
97. Paris S, Fitting E, Ramirez E, et al. Comparison of different extraction methods of *Alternaria* allergens. J Allergy Clin Immunol 1990; 85:941–48.
98. Portnoy J, Pacheco F, Ballam Y, et al. The effect of time and extraction buffers on residual protein and allergen content of extracts derived from four strains of *Alternaria*. J Allergy Clin Immunol 1993; 91:930–38.
99. Raunio P, Karkkainen M, Virtanen T, et al. Preliminary description of antigenic components of *Stachybotrys chartarum*. Environ Res 2001; 85:246–55.
100. Vojdani A, Campbell A, Kashanian A, et al. Antibodies against molds and mycotoxins following exposure to toxigenic fungi in a water-damaged building. Arch Environ Health 2003. 58(6):324–36.
101. Brostoff J. Immunological mechanisms. In: Brostoff J, Challacombe SJ (Eds). Food Allergy and Intolerance. Eastborne, England: W.B. Saunders, 1976; pp 433–55.
102. Saxon A, Diaz-Sanchez D, Zhang K. The allergic response in host defense. In: Rich RR, Fleisher TA, Schwartz BD, et al. (Eds). Clinical Immunology. St. Louis, MO: Mosby, 1995; pp 847–69.
103. Gent JF, Ren P, Belanger K, et al. Levels of household mold associated with respiratory symptoms in the first year of life in a cohort at risk for asthma. Environ Health Perspect 2002; 110:A781–86.
104. Gell PGH, Coombs RRA. Clinical Aspects of Immunology. Oxford, U.K.: Blackwell, 1963.
105. Johanning E, Landsbergis P, Gareis M, et al. Clinical ex-

perience and results of a sentinel health investigation related to indoor fungal exposure. Environ Health Perspect 1999; 107(suppl 3):189–94.
106. Hyvarinen A, Reiman M, Meklin T, et al. Fungal exposure and IgG-levels with and without mold problems. In: Johanning E (Ed). Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control. Albany, NY: Eastern New York Occupational and Environmental Health Center, 1999; 99:166–68.
107. Autrup H, Sermet T, Wakhisi J. Evidence for human antibodies that recognize aflatoxin epitope in groups with high and low exposure to aflatoxins. Arch Environ Health 1990; 45:31–34.
108. Wild CP, Jiang YX, Sabbioni G, et al. Evaluation of methods for quantitation of aflatoxin-albumin adducts and their application to human exposure assessment. Cancer Res 1990; 50:245–51.
109. Gathumbi JK, Usleber E, Martlbauer E. Production of ultra-sensitive antibodies against aflatoxin B1. Lett Appl Microbiol 2001; 32:349–51.
110. McElroy JL, Weiss CM. The production of polyclonal antibodies against the mycotoxin derivative patulin hemiglutarate. Can J Microbiol 1993; 39:861–63.
111. Solti L, Salamon F, Barna-Vetro I, et al. Ochratoxin A content of human sera determined by a sensitive ELISA. J Anal Toxicol 1997; 21:44–48.
112. Breitholtz EA, Hult K. Enzyme-linked immunosorbent assay for analysis of ochratoxin A in human plasma samples using antibodies raised against ochratoxin-protein conjugate. IARC Sci Publ 1991; 115:89–92.