archives of
# Environmental Health
An International Journal

August 2003 Volume 58 Number 8

SPECIAL ISSUES ON MOLDS AND MYCOTOXINS: PART 2

Psychological, Neuropsychological, and Electrocortical Effects of Mixed Mold Exposure 452
Neural Autoantibodies and Neurophysiologic Abnormalities in Patients Exposed to Molds in Water-Damaged Buildings 464
Studies on the Role of Fungi in Sick Building Syndrome 475
Analysis for Mycotoxins: The Chemist's Perspective 479
Organophosphorus Ester-Induced Chronic Neurotoxicity 484
Atmospheric Transport of Mold Spores in Clouds of Desert Dust 498
The Way We Build Now 505
Proactive Approaches for Mold-Free Interior Environments 512
Creating Mold-Free Buildings: A Key to Avoiding Health Effects of Indoor Molds 523
Lipoic Acid as a Potential First Agent for Protection from Mycotoxins and Treatment of Mycotoxicosis 528
Treatment of Cancer with Mushroom Products 533
Summary of the 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins, and Human Health 538

1319 Eighteenth Street, NW
Washington, DC 20036-1802
Address Service Requested

ISSN 0003-9896

EXHIBIT
2

EDITOR IN CHIEF

**Kaye H. Kilburn, M.D.**
University of Southern California School of Medicine
Los Angeles, CA

SCIENCE EDITOR

**Janette D. Sherman, M.D.**
Western Michigan University
Kalamazoo, MI

CONSULTING EDITORS

**Jerrold L. Abraham**
State University of New York
Syracuse, NY

**Henry A. Anderson**
University of Wisconsin Medical School
Madison, WI

**Herman Autrup**
Aarhus University
Copenhagen, Denmark

**John C. Bailar**
University of Chicago
Chicago, IL

**Rodney R. Beard**
Stanford Medical Center
Stanford, CA

**Iris R. Bell**
University of Arizona
Tucson, AZ

**Neal Benowitz**
University of California
San Francisco, CA

**Nachman Brautbar**
University of Southern California
Los Angeles, CA

**Carroll E. Cross**
University of California
Davis, CA

**John H. Duffus**
Edinburgh Centre for Toxicology
Edinburgh, U.K.

**Bruce A. Fowler**
University of Maryland
Baltimore, MD

**Arthur Frank**
Drexel University
Philadelphia, PA

**John F. Gierthy**
New York State Department of Health
Albany, NY

**Henry Gong, Jr**
Rancho Los Amigos Hospital
Downey, CA

**Dinko Kello**
World Health Organization
Copenhagen, Denmark

**Philip Landrigan**
Mt. Sinai School of Medicine
New York, NY

**Robert Lauwerys**
Catholic University of Louvain
Brussels, Belgium

**Michael Lebowitz**
University of Arizona Medical Center
Tucson, AZ

**Marvin Legator**
University of Texas
Galveston, TX

**Morton Lippmann**
New York University
New York, NY

**Werner K. Lutz**
Institute of Toxicology
University of Zurich

**William Lynn**
University of Texas Medical Branch
Galveston, TX

**Marco Maroni**
Institute of Occupational Health
Milano, Italy

**William M. Meggs**
School of Medicine
East Carolina University
Greenville, NC

**Lisa A. Morrow**
Western Psychiatric Institute & Clinic
Pittsburgh, PA

**Marion Moses**
Pesticide Education Center
San Francisco, CA

**David Ozonoff**
Boston University
Boston, MA

**Elihu Richter**
Hebrew University
Jerusalem, Israel

**Noel Rose**
Johns Hopkins University
Baltimore, MD

**Ragnar Rylander**
University of Gothenburg
Gothenburg, Sweden

**A. M. Seppalainen**
University of Helsinki
Finland

**Janette D. Sherman**
Western Michigan University
Kalamazoo, MI

**Ellen Silbergeld**
University of Maryland
Baltimore, MD

**Evelyn Talbott**
Department of Epidemiology
University of Pittsburgh
Pittsburgh, PA

**Benebetto Terracini**
University of Torino
Torino, Italy

**John C. Thornton**
Statistical Consultant
Mahopac, NY

**Lorenzo Tomatis**
Aurisina, Italy

**Richard P. Wedeen**
VA Medical Center
East Orange, NJ

HELDREF PUBLICATIONS

**Executive Director**
Douglas J. Kirkpatrick, Esq., M.B.A.

**Managing Editor**
Barbara J. Wassell

**Production Editor**
Page Pratt

**Art Director**
Karen L. Eskew

**Circulation Director**
Fred Huber

**Fulfillment & Reprints Manager**
Jean Kline

**Fulfillment Staff**
Frances Kemper

**Production Manager**
Richard Pepple

**Manuscript Processing**
Helene Kopp

**Marketing Director**
Emilia Pawlowski

**Marketing Art Director**
Owen T. Davis

**Marketing Coordinator**
Laura A. Roose

**Advertising Coordinator**
Maxine Harvey

**Webmaster**
Alison J. Hazen

**Logistics & Facilities Manager**
Ronnie McMillian

**Permissions**
Mary Jaine Winokur

**Accounting Manager**
Ronald F. Cranston

**Accounting Assistant**
Azalia Stephens

archives of
# Environmental Health

An International Journal

August 2003 | Volume 58, Number 8

## Table of Contents

| Title | Authors | Page |
|---|---|---|
| Psychological, Neuropsychological, and Electrocortical Effects of Mixed Mold Exposure | B. Robert Crago, Michael R. Gray, Lonnie A. Nelson, Marilyn Davis, Linda Arnold, Jack D. Thrasher | 452 |
| Neural Autoantibodies and Neurophysiologic Abnormalities in Patients Exposed to Molds in Water-Damaged Buildings | Andrew W. Campbell, Jack D. Thrasher, Roberta A. Madison, Aristo Vojdani, Michael R. Gray, Al Johnson | 464 |
| Studies on the Role of Fungi in Sick Building Syndrome | David C. Straus, J. Danny Cooley, Wing C. Wong, Cynthia A. Jumper, | 475 |
| Analysis for Mycotoxins: The Chemist's Perspective | Bruce B. Jarvis | 479 |
| Organophosphorus Ester-Induced Chronic Neurotoxicity | Mohamed B. Abou-Donia | 484 |
| Atmospheric Transport of Mold Spores in Clouds of Desert Dust | Eugene A. Shinn, Dale W. Griffin, Douglas B. Seba | 498 |
| The Way We Build Now | Geoffrey H. Hutton | 505 |
| Proactive Approaches for Mold-Free Interior Environments | Katherine Warsco, Patricia F. Lindsey | 512 |
| Creating Mold-Free Buildings: A Key to Avoiding Health Effects of Indoor Molds | Bruce M. Small | 523 |
| Lipoic Acid as a Potential First Agent for Protection from Mycotoxins and Treatment of Mycotoxicosis | Sherry A. Rogers | 528 |
| Treatment of Cancer with Mushroom Products | Jean A. Monro | 533 |
| Summary of the 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins, and Human Health | Kaye H. Kilburn | 538 |

The *Archives of Environmental Health* (ISSN 0003-9896), the official publication of the Society for Occupational and Environmental Health, is published monthly by Heldref Publications, 1319 Eighteenth Street, NW, Washington, DC 20036-1802, (202) 296-6267; fax (202) 296-5149. Heldref Publications is the educational publishing division of the Helen Dwight Reid Educational Foundation, a nonprofit 501(c)(3) tax-exempt organization, Jeane J. Kirkpatrick, president. Heldref Publications is the operational division of the foundation, which seeks to fulfill an educational and charitable mission through the publication of educational journals and magazines. Any contributions to the foundation are tax deductible and will go to support the publications. The *Archives of Environmental Health* is published under the editorial leadership of the Society for Occupational and Environmental Health.

Periodicals postage paid at Washington, DC, and at additional mailing offices. POSTMASTER: Send address changes to *Archives of Environmental Health*, 1319 Eighteenth Street, NW, Washington, DC 20036-1802.

The annual subscription rate is $350. Single-copy price is $29.17. Add $21 postage for all subscriptions outside the U.S. Allow six weeks for shipment of first copy. Foreign subscriptions must be paid in U.S. currency with checks drawn on U.S. banks. Payment can be charged to VISA/MasterCard. Supply account number, expiration date, and signature. For subscription orders and customer service inquiries only, call 1-800-365-9753 or visit our Web site at www.heldref.org. Claims for missing issues made within six months will be serviced free of charge.

© 2004 by the Helen Dwight Reid Educational Foundation. Copyright is retained by the author where noted.

Contact Heldref Publications for copyright permission, or contact the authors if they retain copyright. For permission to photocopy Heldref copyrighted items for classroom use, contact the Copyright Clearance Center (CCC) Academic Permissions Service. 978-750-8400. Copyright Clearance Center (CCC) registered users should contact the Transactional Reporting Service.

The *Archives of Environmental Health* is indexed, scanned, or abstracted in *Agricola; Biological Abstracts: BIOMED; BIOSIS; Current Awareness in Biological Sciences; Chemical Abstracts; Current Contents/Agriculture, Biology & Environmental Sciences; Current Contents Life Sciences, Ecological Abstracts; Environment Abstracts; Environmental Index; Excerpta Medica; Focus on: Global Change; Guide to Social Science and Religion in Periodical Literature; Health & Psychosocial Instrument; Index Medicus; Industrial Hygiene Digest; International Bibliography of Book Reviews; International Bibliography of Periodical Literature; NIOSHTIC; Nutrition Abstracts and Reviews, Series A: Human and Experimental; Pollution Abstracts; Research Alert; Scisearch; Smoking & Health Database (on DIALOG);* and *Social Sciences Citation Index*.

The *Archives of Environmental Health* does not accept responsibility for views expressed in articles, reviews, and other contributions that appear in its pages. It provides opportunities for the publication of materials that may represent divergent ideas, judgments, and opinions.

Microform editions of the *Archives of Environmental Health* are available from ProQuest Information and Learning, Serials Acquisitions Dept., 300 North Zeeb Rd., Ann Arbor, MI 48106. Reprints (orders of 50 or more) are available through Heldref Publications, Reprints Division.

# Psychological, Neuropsychological, and Electrocortical Effects of Mixed Mold Exposure

B. ROBERT CRAGO
Neurobehavioral Health Services
Tucson, Arizona
MICHAEL R. GRAY
Progressive Health Care Group
Benson, Arizona
LONNIE A. NELSON
Department of Psychology
University of Arizona
and
Neurobehavioral Health Services
Tucson, Arizona
MARILYN DAVIS
Neurobehavioral Health Services
Tucson, Arizona
LINDA ARNOLD
ImmunTox, LLC
Benson, Arizona
JACK D. THRASHER
Sam-1 Trust
Alto, New Mexico

ABSTRACT. The authors assessed the psychological, neuropsychological, and electrocortical effects of human exposure to mixed colonies of toxigenic molds. Patients ($N$ = 182) with confirmed mold-exposure history completed clinical interviews, a symptom checklist (SCL-90-R), limited neuropsychological testing, quantitative electroencephalogram (QEEG) with neurometric analysis, and measures of mold exposure. Patients reported high levels of physical, cognitive, and emotional symptoms. Ratings on the SCL-90-R were "moderate" to "severe," with a factor reflecting situational depression accounting for most of the variance. Most of the patients were found to suffer from acute stress, adjustment disorder, or post-traumatic stress. Differential diagnosis confirmed an etiology of a combination of external stressors, along with organic metabolically based dysregulation of emotions and decreased cognitive functioning as a result of toxic or metabolic encephalopathy. Measures of toxic mold exposure predicted QEEG measures and neuropsychological test performance. QEEG results included narrowed frequency bands and increased power in the alpha and theta bands in the frontal areas of the cortex. These findings indicated a hypoactivation of the frontal cortex, possibly due to brainstem involvement and insufficient excitatory input from the reticular activating system. Neuropsychological testing revealed impairments similar to mild traumatic brain injury. In comparison with premorbid estimates of intelligence, findings of impaired functioning on multiple cognitive tasks predominated. A dose-response relationship between measures of mold exposure and abnormal neuropsychological test results and QEEG measures suggested that toxic mold causes significant problems in exposed individuals. Study limitations included lack of a comparison group, patient selection bias, and incomplete data sets that did not allow for comparisons among variables.
<Key words: dose-response relationship, neuropsychological testing, Symptom Checklist-90-R, quantitative electroencephalograph, toxic encephalopathy, toxic mold>

NEUROTOXICITY can cause irreversible nervous system damage related to cell death or permanent alterations of cell structure and receptor sensitivity. Clinical signs are classified as organi/c mental impairments, seizures, movement disorders, involvement of cranial nerves or spinal peripheral nerves, and neuromuscular dysfunction.[1] Neurotoxic exposure and injury are assessed by careful neurological and neuropsychological evaluation, complemented with functional imaging of the brain.

Occupants of mold-infested structures develop multiorgan symptoms that involve the upper and lower respiratory systems, central and peripheral nervous systems, skin, gastrointestinal tract, connective tissue, immune system, and musculoskeletal system.[2-18] Complaints of neurocognitive dysfunction are prevalent among the symptoms reported.[2,3,18-22] A large body of literature exists on the effects of various neurotoxins on neuropsychological functioning, including cognitive

impairment.[23] However, only 4 studies have reported measurements of neurobehavioral changes related to mold and mycotoxin exposure.[18,20–22] The changes described include impairments in balance, reaction time, cognition, verbal learning, recall, visual spatial learning, memory, attention/concentration, and set shifting.

Only a few complementary neuroimaging studies have been published in regard to assessment of the effects of mixed mold exposure on the central nervous system. Adolescents with suspected acoustic mycotic neuroma resulting from environmental exposure to toxic molds had abnormal brainstem evoked potentials.[2] In another study, abnormal electroencephalogram (EEG) examinations in 7 of 10 patients exposed to toxic mold were reported. All 10 patients had frontal-temporal theta wave activity, which indicated diffuse changes characteristic of metabolic encephalopathy. Abnormal brainstem auditory evoked potentials were demonstrated in 9 of these patients, and 4 of the 10 patients showed clear abnormalities.[3]

All of the patients in the current study reported wide-ranging symptoms, including headache, dizziness, visual changes, cognitive impairment, and emotional dysregulation. Their illness has been defined as "mixed mold mycotoxicosis."[19]

It is likely that studies of mold-induced neurotoxicity will yield findings similar to other studies of neurotoxicity from other causes. Single photon emission computed tomography (SPECT) has been used to complement and define the effects of toxic exposure on the central nervous system. A review of the literature on the use of SPECT scans following neurotoxic exposure confirmed that abnormalities can exist from months to years after exposure has ceased, and can involve asymmetrical abnormalities with hypoperfusion in the frontal, parietal, and temporal lobes.[24] Moreover, in 33 workers with encephalopathy following toxic exposure, 94% had abnormal SPECT scans. The most frequent areas of abnormality were the temporal lobes (67.7%), frontal lobes (61.3%), basal ganglia (45.2%), thalamus (29.0%), parietal lobes (12.9%), and motor strip (9.7%).[25]

In recognition of the complexity of health problems associated with mixed mold exposure, a multicenter investigation of patients with chronic health complaints from mold exposure was undertaken. We used generally accepted, standardized, detailed health and environmental history questionnaires, environmental monitoring data, physical examination, accepted pulmonary function testing protocols, routine clinical chemistry, standardized measures of specific immune markers (T, B, and natural killer [NK] cells), measures of antibodies to molds, neuropsychological testing, and 19-channel quantitative EEG (QEEG). The results of this project are being reported in a series of papers. The study presented herein was conducted to assess the psychological, neuropsychological, and electrocortical effects of mixed toxic mold exposure.

## Materials and Method

**Patients.** Adult patients ($N = 182$) with a history of exposure to mixed colonies of molds and their associated mycotoxins (confirmed with environmental and serologic testing) as a result of structural water intrusion in residential, workplace, or school-based settings,[19] were included in this multicenter study of data gathered from chart review. All patients had been referred for evaluation of health problems related to toxic mold exposure. Because of the prominence of neurological symptoms and complaints of cognitive dissonance, patient assessments included the following neuropsychological and neurophysiological evaluations: a structured psychometric symptom checklist, neuropsychological testing, and QEEGs. The patients (age 42.7 ± 16 yr [mean ± standard deviation]) were evaluated from September 1999 through June 2003. The group comprised 126 females (age 39.3 ± 18.1 yr) and 83 males (age 36.6 ± 21.1 yr). All of the patients were evaluated for this study. Test results were compared against a national normative database in all cases. Inasmuch as our study was based on data from chart reviews, the numbers of subjects for each measure varied slightly.

**Measures of psychological distress.** Each patient was evaluated with a standard clinical interview and a psychometric self-report symptom inventory—the Symptom Checklist 90-R (SCL-90-R).[26] Patients rated each item on a 5-point scale of distress, ranging from *not at all distressed* (0) to *extremely distressed* (5). Their ratings were computer-scored and produced normalized *t* scores for 9 symptom dimensions (i.e., Somatization, Obsessive-Compulsive, Interpersonal Sensitivity, Depression, Anxiety, Hostility, Phobic Anxiety, Paranoid Ideation, and Psychoticism) and 3 global indices (i.e., Global Severity Index, Positive Symptom Distress Index, and Positive Symptom Total). For comparison, we used an adult nonpsychiatric patient normative database because it best represented the individuals examined in this study.

**Neuropsychological testing.** We selected neuropsychological tests on the basis of specific patient complaints, clinical efficiency, and time constraints. All tests chosen had appropriate and comparable norms for adults and children. To obtain estimates of premorbid and general intellectual functioning for all patients, we administered the Vocabulary subtest from the Wechsler Adult Intelligence Scale, 3rd ed. (WAIS-III) and/or from the Wechsler Abbreviated Scale of Intelligence (WASI).[27]

Three subtests from the WAIS-III were administered. The Digit Span subtest measures attention and working

memory capacity. The Digit Symbol Coding subtest measures visual motor learning and psychomotor speed. The Symbol Search subtest is an indicator of visual scanning and concentration.

Two subtests from the Delis-Kaplan Executive Function System (D-KEFS) were selected to measure executive or higher-level cognitive functions.[28] The D-KEFS Color-Word Test produces baseline measures of color naming and word reading to compare with executive measures of inhibition and inhibition switching. The D-KEFS Trail Making Test provides baseline measures of visual scanning, number sequencing, letter sequencing, and motor speed, as well as an executive measure of number-letter switching.

The Integrated Visual and Auditory Continuous Performance Test (IVA-CPT) is a computerized test designed to evaluate auditory and visual attention over time.[29] The IVA-CPT produces global composite scores consisting of a Response Control Quotient (a positive way to describe the problem of response inhibition) and an Attention Quotient (a positive way to describe problems of inattention, loss of focus, and slow processing speed). Resulting measures are normed with a mean of 100 and a standard deviation of 15.

**QEEG.** Brain electrical activity was recorded from 19 cortical positions in accordance with the International 10/20 electrode-placement system, using a Lexicor Neurosearch Digital EEG acquisition system (Lexicor Research Center [Boulder, Colorado]). Electrodes were positioned on the scalp using appropriately sized electrocaps. We used impedance measurements for each cortical site to ensure accurate data collection. The raw data were edited for artifacts and then subjected to quantitative and neurometric analyses of amplitude, power, and mean frequency, using the NxLink database.[30–32] (The NxLink database has received a 510(k) clearance from the FDA [July 1998, #K974748], indicating that construction of the database was scrutinized for good manufacturing practices, and signifying the legitimacy of marketing claims made concerning the database.)

The NX-Link database uses the following grouped band frequencies: delta (1.5–3.5 Hz), theta (3.5–7.5 Hz), alpha (7.5–12.5 Hz), and beta (12.5–25.0 Hz). Absolute power magnitude is the amount of electrical activity at each frequency band. Relative power is a proportion of the total absolute power across the different frequency bands. Measures of power reflect different levels of cortical electrical activity and offer insight into cortical regional differences in activation, functional differentiation and integration, and corticothalamic regulation. Decreases in mean frequency are commonly referred to as "slowing," indicating that the average speed of oscillation is decreased relative to the population normal values for that frequency band. The reverse is true of higher-than-expected average frequency, which would be considered "accelerated."

For each QEEG variable, the 5 cortical sites or positions with the most deviant scores were chosen to create a distinct QEEG summary variable. The effects of toxic mold exposure on cortical functioning were related primarily to prefrontal and frontal dysfunctions, with some involvement of other cortical regions. We used these summary variables as predictor variables in forward stepwise regression analyses to determine the amount of variance accounted for by these symptom sets for each neuropsychological testing finding, SCL-90-R factor, and exposure measure.

Data preparation included examination of medication effects. Anxiolytic and narcotic medications were found to have significant effects on some QEEG variables; therefore, our analysis and interpretation excluded such cases.

**Measures of exposure and dose-response relationship.** Our analyses also took into account the degree of exposure to toxic molds for each individual in the sample. For each patient, we used the following predictor variables: average hours per day present in the building, days of exposure, maximum exposure (calculated as: hr/day × days of exposure), average number of colony forming units (CFUs) per $m^3$ from all available air samples in a given building, average CFUs × maximum exposure, and whether *Stachybotrys* was present (yes = 1, no = 0). Scores for each of these measures were then used as predictor variables in a forward stepwise regression analysis to determine the amount of variance accounted for by each of these measures of exposure on the SCL-90-R factors, the neuropsychological test measures, and the QEEG results.

**Statistical analysis.** Repeated measures analyses of variance (ANOVAs) were used to examine the relationships between the QEEG measures, neuropsychological testing results, SCL-90-R factors, and measures of exposure.[33]

## Results

**Psychological disturbance (SCL-90-R).** The descriptive statistics summarizing the group means for 106 of the toxic-mold–exposed population revealed that most of the patients reported a wide range of somatic, affective, and cognitive symptoms, as well as a very high level of general distress. Figure 1 shows that all SCL-90-R scores were significantly elevated. The Global Severity Index had a mean average *t* score of 67—almost 2 standard deviations above the norm. The 4 highest scores on subtests occurred on the Obsessive-Compulsive, Somatization, Depression, and Anxiety subscales.

Examination of the items that made up each of the SCL-90-R scaled scores revealed considerable overlap in symptoms across the categories of cognitive, affective, and somatic symptoms. A factor analysis of all items defined 6 factors. After examination of the indi-




Fig. 1. Average T scores on the Symptom Checklist 90-R (SCL-90-R), demonstrating the significantly high level of psychological distress experienced by the study group as a whole. *Notes:* SOM = Somatic, O-C = Obsessive-Compulsive, I-S = Interpersonal Sensitivity, DEP = Depression, ANX = Anxiety, HOS = Hostility, PHOB = Phobia, PAR = Paranoia, PSY = Psychoticism, GSI = Global Symptom Index, PSDI = Positive Symptom Distress Index, and PST = Positive Symptom Total.

vidual items composing these factors, we numbered and labeled them as follows. *Factor 1: Melancholic Depression* accounted for 32.7% of the total variance in responses. It contained symptom items commonly associated with or reported in depressed states, such as feelings of guilt, worthlessness, hopelessness, and interpersonal distress. *Factor 2: Somatic Complaints* accounted for 6.2% of the total variance in responses. It is straightforward in name and content. *Factor 3: Cognitive Distortion* accounted for 5.5% of the total variance in responses. Described symptoms are usually associated with more severe mental problems, such as paranoia, hypersensitivity, and nervous irritability. *Factor 4: Affective Loss of Control* accounted for 4.9% of the total variance in responses. It contained items reflecting more severe symptoms of agitated depression. *Factor 5: Anxious Depression* accounted for 3.7% of the total variance in responses and contained symptoms that suggested increased arousal, agitated depression, and somatic complaints, such as sleep disturbance, fatigue, tension, nausea, "feeling blue," and worrying too much. *Factor 6: Cognitive Complaints*, which accounted for 3.4% of the total variance in responses, contained 2 items describing concerns about cognitive processes. It is noteworthy that only Factor 1 accounted for any significant amount of variance.

At the time of our analysis, item-by-item data were available for only 52 of the 106 patients who had taken the SCL-90-R. We used scores for each of the 6 factors as predictor variables in forward stepwise regression analyses to determine the amount of variance that these symptom sets accounted for in each neuropsychological testing finding and QEEG finding.

**Neuropsychological testing vs. normative data.** Patients' levels of completed education (if they were born after World War II) and a measure of vocabulary (from the WAIS-III subtest scaled score) are widely accepted methods for estimating premorbid levels of intellectual functioning.[34] The average level of education for the 109 adults in this sample was 14.57 yr, indicating a slightly higher than average level of premorbid functioning. This finding agreed with the average WAIS-III

vocabulary scores for this sample, which was almost 1 standard deviation above normal.

We found statistically significant differences between the high average range scaled score for the group's estimate of premorbid intelligence (the Vocabulary subtest from the WAIS-III) and the group's scaled scores for performance on the D-KEFS Color-Word subtests of Color Naming, Word Reading, Inhibition, Inhibition-Switching ($p < 0.0000$), and the group's scaled scores on the D-KEFS Trail Making Test subtests of Visual Scanning, Number Sequencing, Number-Letter Switching, and Motor Speed ($p < 0.0005$) (Fig. 2). Statistically significant differences ($p < 0.05$) were also found between the scaled score for the Vocabulary subtest from the WAIS-III and the group's scaled scores for performance on other WAIS-III subtest measures of "fluid" intelligence (e.g., attention, working memory, visual motor learning, speed, and visual scanning).

The IVA-CPT, which tests response inhibition and the ability to maintain attention over time, has a normative population mean of 100 and a standard deviation of 15. Figure 3 summarizes the results of the normative scores on the IVA-CPT. All scores were below expectations, given the group's estimated level of intelligence on the WAIS-III Vocabulary subtest and the average level of education. Attention scores were especially depressed. We also found dissociation between response control and attention across both auditory and visual domains of the IVA-CPT. Attentional functioning in this group was significantly impaired ($p < 0.0126$) compared with response inhibition capacities.

**QEEG measures vs. normative data.** Without regard to any categorical predictors, the group as a whole exhibited a definite pattern of slowing in the faster beta frequency ($F(18, 2{,}574) = 2.8707$; $p = 0.00005$) and acceleration of the slower delta ($F(18, 2{,}592) = 2.9554$, $p = 0.00003$) and theta ($F(18, 2{,}592) = 3.1680$; $p = 0.00001$) frequencies. The QEEG summary variables for these measures identified frontal cortical positions as the most significantly deviant (mean frequency delta: Fp1 Fp2 F3 F4 F8; mean frequency theta: Fp1 Fp2 F3 F4 C4; mean frequency beta: Fp1 Fp2 F7 F8 T3).

There were significant increases in absolute ($F(18, 2{,}538) = 12.007$; $p = 0.0000$) and relative ($F(18, 2{,}520) = 9.5775$; $p = 0.0000$) power alpha, and in absolute ($F(18, 2{,}538) = 6.5807$; $p = 0.00000$) and relative ($F(18, 2{,}520) = 3.4143$; $p = 0.00000$) power theta. Again, the QEEG summary variables identified the frontal cortical




Fig. 2. Results of neuropsychological testing, compared with normative data. Premorbid intelligence, estimated with the Wechsler Adult Intelligence Scale, 3rd ed. (WAIS III) Vocabulary subtest, was compared with results for WIAS III subtests (Digit Span, Digit Symbol Coding, and Symbol Search); Delis-Kaplan Executive Function System (D-KEFS) Trail Making subtests (Visual Scanning, Number Sequencing. Letter Sequencing, Number-Letter Switching, and Motor Speed); and D-KEFS Color Word subtests (Word Reading, Inhibition, and Inhibition Switching).




**Fig. 3. Normative scores, by analysis of variance, on the Integrated Visual and Auditory Continuous Performance Test of response inhibition and attention. All scores were below expectations given the group's intelligence levels (estimated with the Wechsler Adult Intelligence Scale, 3rd ed. [WAIS III] Vocabulary subtest) and average level of education. Attention Quotient scores were significantly lower than Response Control Quotient scores.** ***Notes:*** **$F(5, 410) = 2.9448$, $p = 0.01263$. Vertical bars denote 95% confidence intervals. RCQ = Response Control Quotient, and AQ = Attention Quotient.**

areas as being the most deviant (absolute alpha: Fp1 Fp2 F4 F8 Fz; relative alpha: Fp1 Fp2 F4 Fz Cz; absolute theta: F3 F4 F7 F8 Fz; relative theta = Fp1 Fp2 F7 F8 F4).

The absolute power $Z$ scores in the delta frequency band across the scalp were significantly decreased relative to the normative values ($F(18, 2{,}538) = 2.4576$; $p = 0.00058$). Specifically, the decreases were most notable in the prefrontal, parietal, and occipital areas (i.e., Fp1, Fp2, Cz, P3, P4, Pz, O1, and O2)

**Exposure measures vs. SCL-90-R, QEEG, and cognitive measures.** Measures of exposure were highly predictive of neuropsychological test performance, moderately predictive of QEEG measures, and only slightly predictive of measures of subjective stress on the SCL-90-R.

There were predictive, nonsignificant trends for performance on the D-KEFS Trail Making Test and the Color-Naming subtest (in which maximum exposure, average CFUs, and whether *Stachybotrys* was present in the environment yielded an adjusted multiple $R^2 = .240$, $p < 0.070$); the D-KEFS Word Reading subtest (in which maximum exposure and whether *Stachybotrys* was present in the environment yielded an adjusted multiple $R^2 = .220$, $p < 0.053$); and the D-KEFS Color-Word Inhibition (classic Stroop) subtest (in which maximum exposure, average CFUs, and whether *Stachybotrys* was present in the environment yielded an adjusted multiple $R^2 = .235$, $p < 0.073$).

Table 1 shows the significant predictive-power ($p < 0.05$) observed for the D-KEFS Trail Making subtests of visual scanning, letter sequencing, number-letter sequencing, and motor speed; the D-KEFS Color-Word Inhibition/Switching subtest; the WAIS-III Digit Symbol Coding and Symbol Search subtests; and the IVA-CPT full-scale attention quotient and the visual and auditory attention quotients.

It should be kept in mind in reviewing these findings that the sample sizes are smaller than those for other analyses reported herein, which can affect the degrees of freedom and the variability accounted for by these scores. Although some of the values reported in Table 1 are quite high (e.g., WAIS-III Symbol Search subtest adjusted multiple $R^2 = .787$), it is still safe to conclude that measures of exposure account for a significant amount of the variance in neuropsychological test performance on the basis of these findings.

Table 2 shows that 6 of the 8 QEEG summary variables were related significantly to measures of mold exposure. Four of the 6 variables were measures of power in the theta and alpha frequencies. Significant predictive power was found for estimates of degree of exposure and for the QEEG variables of mean frequency delta, relative power theta, relative power alpha, absolute power delta, absolute power theta, and absolute power alpha.

Exposure measures predicted scores on only 2 of the SCL-90-R factors. The only statistically significant relationship was found between CFU × maximum exposure and a combination of SCL-90-R Factor 3 (Cognitive Distortion) and Factor 6 (Cognitive Complaints), which together yielded an adjusted multiple $R^2$ of 0.291, $p <$

Table 1.—Relationships between Measures of Exposure and Performance on Neuropsychological Tests

| Test | $n$ | Variables in model | Significant β weights* | Adjusted multiple $R^2$ | $p$ |
|---|---|---|---|---|---|
| D-KEFS Trail Making Test: Visual Scanning | 19 | Hours of exposure, days of exposure, maximum exposure, average CFU, *Stachybotrys* present | Hours of exposure = 0.836<br>Days of exposure = 3.32 | . 350 | 0.054 |
| D-KEFS Trail Making Test: Letter Sequencing | 19 | Hours of exposure, days of exposure, maximum exposure, CFU x maximum exposure | Days of exposure = 4.99<br>Maximum exposure = –4.6 | .326 | 0.047 |
| D-KEFS Trail Making Test: Number-Letter Switching | 19 | Hours of exposure, days of exposure, maximum exposure, CFU x maximum exposure, *Stachybotrys* present | Hours of exposure =0 .997<br>Days of exposure = 5.12<br>Maximum exposure = –4.6 | .399 | 0.035 |
| D-KEFS Trail Making Test: Motor Speed | 19 | Hours of exposure, days of exposure, maximum exposure, average CFU, CFU x maximum exposure, *Stachybotrys* present | *Stachybotrys* present = 0.963<br>Days of exposure = 5.08<br>Maximum exposure = –4.7<br>CFU x maximum exposure = 0.626<br>Hours of exposure = 0.642 | .705 | 0.001 |
| D-KEFS Color-Word Inhibition: Switching | 18 | *Stachybotrys* present, maximum exposure | *Stachybotrys* present = 0.623<br>Maximum exposure = 0.546 | .298 | 0.028 |
| WAIS-III: Digit Symbol Coding | 36 | Hours of exposure, days of exposure | Hours of exposure = –0.47<br>Days of exposure = 0.325 | .259 | 0.002 |
| WAIS-III: Symbol Search | 15 | Hours of exposure, maximum exposure, average CFU, CFU x maximum exposure | Hours of exposure = –0.64<br>Maximum exposure = 0.598<br>Average CFU = 0.804<br>CFU x maximum exposure = –0.71 | .787 | 0.0004 |
| IVA-CPT: Full-Scale Attention Quotient | 30 | Maximum exposure, average CFU, CFU x maximum exposure | Maximum exposure = 0.399<br>Average CFU = –0.40 | .300 | 0.006 |
| IIVA-CPT: Visual Attention Quotient | | Maximum exposure, average CFU, CFU x maximum exposure | Average CFU = –0.41 | .276 | 0.009 |
| IIVA-CPT: Auditory Attention Quotient | | Maximum exposure, average CFU | Maximum exposure = 0.469 | .278 | 0.004 |

*Notes:* The fluctuating sample sizes reflect the fact that the statistics program selected only cases from the chart review for which all data in the model were present. CFU = colony-forming unit.
*$p < 0.05$.

Table 2.—Predictive Power for Estimates of Degree of Exposure and Quantitative Electroencephalogram (QEEG) Variables

| QEEG variable | $n$ | Variables in model | Significant β weights* | Adjusted multiple $R^2$ | $p$ |
|---|---|---|---|---|---|
| Mean frequency delta | 62 | Average CFU | Average CFU = –0.29 | .069 | 0.022 |
| Relative theta | 62 | CFU x maximum exposure, *Stachybotrys* present, days of exposure, average CFU | None | .096 | 0.043 |
| Relative alpha | 62 | CFU x maximum exposure, *Stachybotrys present*, hours/day of exposure, maximum exposure | CFU x maximum exposure = 0.344 | .124 | 0.020 |
| Absolute delta | 62 | *Stachybotrys* present | *Stachybotrys* present = 0.270 | .057 | 0.034 |
| Absolute theta | 62 | *Stachybotrys* present | *Stachybotrys* present = 0.255 | .049 | 0.046 |
| Absolute alpha | 62 | Average CFU, CFU x maximum exposure | None | .086 | 0.026 |

*Note:* CFU = colony-forming unit.
*$p < 0.05$.

0.0124. That is, 29.1% of the cognitive distortion and cognitive complaints were predicted by the variance observed in CFU × maximum exposure. A nonsignificant trend was found between hours of exposure and Factor 3 (Cognitive Distortion), which yielded an adjusted $R^2$ of 0.064, $p < 0.096$.

**QEEG and neuropsychological test performance.** We observed several statistically significant relationships between the QEEG summary variables and performance on neuropsychological tests. The data in Table 3 demonstrate that significant QEEG predictors of test performance were found for measures of number and letter sequencing, number-letter switching, motor speed, response inhibition, and visual attention. The specific tests were the D-KEFS Trail Making Number Sequencing, Letter Sequencing, Number-Letter Switching, and Motor Speed subtests; the D-KEFS Color-Word Inhibition subtest; and the IVA-CPT Visual Attention Quotient. QEEG variables showing the greatest predictive power were those that involved the theta or alpha frequency bands and, most often, the mean frequency theta or relative power theta summary variables.

Minimal QEEG predictors of test performance or nonsignificant trends ($p < 0.10$ through $p < 0.051$) were found for measures of visual scanning, color naming, attention, and response inhibition (WAIS-III Symbol Search subtest, D-KEFS Color-Word Color Naming subtest, IVA-CPT Attention Quotient, IVA-CPT Response Control Quotient, and IVA-CPT Auditory Response Control Quotient).

**SCL-90-R and cognitive performance.** We could address only partially the mitigating influence of psychological factors on cognitive test performance in this study. However, sufficient cases were available to compare the results of the SCL-90-R with Digit Symbol Coding and the results of the IVA-CPT scales.

The SCL-90-R scales and factors did not predict performance on Digit Symbol Coding (adjusted $R^2 = .002$). The SCL-90-R scales of depression and anxiety were found to have the opposite effect on the IVA-CPT Attention Quotient, even though these SCL-90-R scales correlate in this data set at $R = .81$.

We observed a significant relationship for Factor 1 (Melancholic Depression) and Factor 5 (Anxious Depression) with the IVA-CPT full-scale Attention Quotient (adjusted $R^2 = .241$, $p < 0.04$), Auditory Attention Quotient (adjusted $R^2 = .200$, $p < 0.06$), and Visual Attention Quotient (adjusted $R^2 = .305$, $p < 0.02$). In all of these cases, Factor 1 had a significant *negative* beta weight, whereas Factor 5 had a significant *positive* beta weight. Increases in Factor 1 were correlated with decreases in the attention quotient scores, whereas increases in Fac-

**Table 3.—Quantitative Electroencephalogram (QEEG) Predictors of Neuropsychological Test Performance**

| Test | $n$ | QEEG variables in model | Significant β weights* | Adjusted multiple $R^2$ | $p$ |
|---|---|---|---|---|---|
| D-KEFS Trail Making Test: Number Sequencing | 65 | Mean frequency theta, absolute alpha, mean frequency beta | Mean frequency theta = 0.571<br>Absolute alpha = −0.44 | .220 | 0.0004 |
| D-KEFS Trail Making Test: Letter Sequencing | 65 | Mean frequency theta, absolute alpha, mean frequency beta | Mean frequency theta = 0.503<br>Absolute alpha = −0.43 | .169 | 0.002 |
| D-KEFS Trail Making Test: Number-Letter Switching | 65 | Absolute delta, mean frequency theta, mean frequency beta, relative alpha, absolute theta, absolute alpha, relative theta | Mean frequency theta = 0.502<br>Relative alpha = −1.1<br>Absolute theta = −1.9<br>Absolute alpha = 1.83<br>Relative theta = 0.886 | .193 | 0.007 |
| D-KEFS Trail Making Test: Motor Speed | 65 | Absolute delta, relative theta, mean frequency delta | Absolute delta = −0.31<br>Relative theta = 0.271 | .110 | 0.017 |
| D-KEFS Color-Word Inhibition | 65 | Mean frequency theta, absolute theta, relative theta, absolute delta, a bsolute alpha, relative alpha | Mean frequency theta = 0.560<br>Absolute theta = −3.2<br>Relative theta = 1.46<br>Absolute delta = 0.471<br>Absolute alpha = 2.91<br>Relative alpha = −1.6 | .348 | 0.00002 |
| IVA-CPT Visual Attention Quotient | 98 | Absolute alpha, relative alpha, absolute theta, relative theta, mean frequency theta, mean frequency delta, absolute delta | Mean frequency theta = 0.419<br>Absolute theta = −2.0<br>Relative theta = 0.904<br>Absolute alpha = 1.62<br>Relative alpha = −0.82 | .137 | 0.005 |

*$p < 0.05$.

tor 5 were correlated with increases in the attention score. The sample size available for each analysis ($n$ = 19) made these findings tentative at best.

**SCL-90-R and QEEG.** We also explored the effect of stress on cortical electrical activity. A significant relationship was found between only 2 of the 12 QEEG summary variables and SCL-90-R factors that accounted for small amounts of the variance on item analysis.

A positive beta weight was observed between relative power theta and Factor 6 (Cognitive Complaints), whereas a negative beta weight was seen between relative power theta and Factor 5 (Anxious Depression); adjusted multiple $R^2 = .107$, $p < 0.025$. That is, patients' reports of concern regarding cognitive abilities (Factor 6) were related positively to increasing relative power theta—often an indication of decreased cognitive arousal or efficiency. This can be interpreted as consistent with the negative relationship observed for Factor 5, in which symptoms of increased arousal, tension, and anxiety can indicate increased cortical arousal and vigilance and, therefore, decreased relative power theta.

Significant correlation (adjusted multiple $R^2 = .112$, $p < 0.052$) was also found between the mean frequency beta summary score—a marker associated with cognitive efficiency (faster = greater efficiency; slower = lesser efficiency)—and SCL-90-R Factor 4 (Affective Loss of Control) and Factor 5 (Anxious Depression). Factor 3 (Cognitive Distortion) and Factor 6 (Cognitive Complaints) showed negative relationships with this cortical indicator.

Our results suggested that, to a limited extent, increased frontal cortical arousal (as indicated by decreased relative power theta and increased mean frequency beta) was associated with increased anxiety and less complaints of cognitive deficits. Furthermore, decreased frontal cortical arousal, as indicated by increased relative power theta and decreased mean frequency beta, was associated with increased cognitive complaints and decreased anxiety.

## Discussion

**Psychological distress.** Patients—including multiple family members—exposed to toxic molds reported moderate to severe levels of psychological distress related to the development of a wide range of physical, cognitive, and emotional symptoms. Problems included the frustration of trying to find knowledgeable and appropriate medical care, interference with social and work life, temporary or permanent abandonment of homes and possessions, financial stress, and anxiety and helplessness as a result of continuing poor health.

Most of these patients, in absence of any significant premorbid psychiatric problems, could be diagnosed as suffering from acute stress, adjustment disorder, or posttraumatic stress. *Only 3.8% of our sample population reported significant premorbid psychiatric or neuropsychiatric problems* (e.g., history of major depression, post-traumatic stress disorder, seizure disorder, closed head injury). Individuals with significant historical problems were eliminated from the data analysis in order to minimize the effect of such problems in this patient population.

The patients in this study showed a significant level of psychological stress, with depression being the only factor to account for a substantial amount of variance in the reported symptoms. There were limited significant relationships between some of the SCL-90-R factors and QEEG findings. Although a strong relationship was found between the average number of CFUs present in the environment and the subjectively reported cognitive difficulties on 2 of the SCL-90-R factors, it must be remembered that these 2 factors accounted for only 8.9% of the total variance on the item analysis. The process of differential diagnosis supports the conclusion that the individuals in this study suffered severe psychological distress resulting from a combination of overwhelming personal stress and poor health, with the mitigating influence of organically based central nervous system deregulation of emotions as a result of toxic or metabolic encephalopathy.

At this point, it is difficult to say what the cost of these deficits might be in terms of productivity or personal relationships, although it would clearly be significant, to a reasonable medical and scientific certainty, if the distress experienced by the patients in this sample is any indicator.

One limitation in our study was that patient reports could not be validated independently. We considered the reports to be credible, however, given that the patients were interviewed individually and completed a questionnaire; there was little motive to deceive in this clinical situation. Another measure of credibility is the fact that patients who were involved in litigation did not report more symptoms than nonlitigants.[19]

**Neuropsychological testing.** The results of the neuropsychological testing produced positive findings for impaired cognitive functioning on a wide variety of tasks, when compared with premorbid estimates of intelligence. The pattern and severity of results are similar to, and corroborate, the results obtained by other researchers who have conducted preliminary studies of cognitive functioning in toxic-mold–exposed individuals.[18,20–22] This pattern is also similar to that for individuals diagnosed with mild traumatic brain injury.[21]

Prior researchers have reported that symptoms of depression can impair neuropsychological test performance.[21,35,36] Baldo[21] assessed cognitive functioning and depression in a small group of 10 mold-exposed patients and found a significant relationship between cognitive impairment and depression. In the current study, in agreement with previous research, both anxiety and

depression were indicative of stress, but only depression had a detrimental effect on attention. One interpretation may be that symptoms of anxiety are associated with higher levels of vigilance, whereas symptoms of melancholic depression are associated with lower arousal and mental sluggishness. However, this preliminary and limited analysis does not offer conclusive evidence regarding the effects of psychological distress on neuropsychological test performance in this sample. The limitation of incomplete data sets for all of the neuropsychological tests prevents a clear interpretation at this time.

We acknowledge the complex relationships among toxic mold exposure, impaired cognition, psychosocial stressors, poor physical health, and emotional factors. Our overall findings, however, lend support to the hypothesis that patients' cognitive deficits are frequently related to underlying organic deficits caused by toxic mold exposure. Most critical for this study was the significant and consistent effect of mold-exposure measures on the results of cognitive testing. Also, abnormalities in cortical electrical activity—primarily in the frontal and prefrontal lobes—were significantly and consistently related to deficits in cognitive functioning and mold-exposure measures. An additional factor that suggests that the observed cognitive deficits were of organic origin is the lack of variability of deficits between tests usually most influenced by psychological factors (e.g., measures of attention or working memory) and tests not usually influenced by psychological factors (e.g., color naming or word reading). Corroboration was also found in a study that examined the influence of personality traits on neuropsychological test performance in toxic encephalopathy cases vs. healthy referent cases. Persson et al.[37] concluded that the neuropsychological performance decrements in toxic encephalopathy cases were not related to elevated mental stress, but were dominated by the effects of organic brain impairment.

It is important to address the fact that most of the patients in this study subjectively reported moderate to severe ratings of cognitive impairment, rather than mild to moderate as measured by the testing. The pattern of deficits commonly seen in mild traumatic brain injury is very similar to that found in mold-exposed individuals.[20,21,27] This phenomenon—clinically referred to as "brain fog"—is also common in individuals who suffer from multiple chemical sensitivity.[38] Patients reported a loss of their sense of self, of their usual ways of doing things, and even of their personality. They were painfully aware of their deficits and were constantly frustrated by their loss of cognitive efficiency and frequent mistakes. This can be understood as a disturbance or dysfunction of the frontal cortical areas, as implicated in the QEEG findings and the relationship of exposure data to test performance in this study. In humans, the sense of self is organized in the frontal brain areas.[39] For these reasons, we recommend that studies or clinical evaluations of cognitive functioning in mold-exposed patients employ functional imaging techniques to assess organic dysfunction.

**QEEG.** The results of the QEEG data recorded from mold-exposed patients indicate a restriction in the range of functioning (narrowed frequency bands) of the frontal lobes, that is, increased (accelerated) mean frequency of the slower frequencies (delta and theta) and decreased (slowed) higher frequencies (beta). These changes indicate a collapse toward the middle of the frequency spectrum. Such findings, coupled with the increased levels of absolute and relative power theta and alpha in the frontal sites, indicate a hypoactivation of the frontal cortex. The latter may result from brainstem involvement and may indicate insufficient excitatory input from the reticular activating system anatomically seated in the midbrain. Deviant QEEG findings of this magnitude should not have been observed in frontal lobe functioning without some insult to the functioning of the neural systems that depend on integrative coordination from the frontal lobes. These findings are consistent with other functional imaging studies mentioned earlier.[1,2,3;24,25]

Measures of toxic mold exposure were related significantly to QEEG findings, and both measures of exposure and QEEG measures were related significantly to cognitive test performance. Psychological factors appeared to have only a limited relationship to QEEG results, reflecting the arousal level of the frontal lobes. This finding supports the conclusion that exposure to toxic mold results in central nervous system dysfunction, as measured by QEEG.

The use of QEEG and neurometrics in research and clinical practice has been the subject of some controversy, although recent opinions and evidence describe more strengths than weaknesses.[32,40–43] Our decision to use QEEG and neurometrics included the facts that they are noninvasive, relatively inexpensive, free from cultural and ethnic factors, have good reliability and validity, and are highly sensitive for detecting dementias and encephalopathy.[44,45]

The most significant limitation of the NxLink database is its exclusive reliance on banded EEG. Findings restricted to narrow frequencies are obscured with the use of relatively wide bands normed in the database. Plans for future investigations include examination of other indices of QEEG activity, such as coherence and phase lag relationships, and examination of the data using other databases that allow single-frequency analysis.

## Summary and Conclusions

Patients exposed to toxic molds reported high levels of physical, cognitive, and emotional symptoms. Rat-

ings on the SCL-90-R were moderate to severe, with a factor reflecting depression accounting for most of the variance. Most patients could be diagnosed as suffering from problems of acute stress, adjustment disorder, or post-traumatic stress. Impaired cognitive functioning was observed on multiple cognitive tasks, compared with premorbid estimates of intelligence, in a pattern of impairment similar to that for mild traumatic brain injury. The QEEG findings indicated a hypoactivation of the frontal cortex, suggesting brainstem involvement and insufficient excitatory input from the reticular activating system. QEEG measures were correlated with neuropsychological test results.

Findings of a dose-response relationship between measures of exposure and the outcome of neuropsychological tests and QEEG measures suggest that evaluation of neuropsychological and neurobehavioral deficits in mold-exposed patients should consider degree of exposure, organic-based central nervous system dysfunction, and psychological variables. Differential diagnosis supported an etiology of organic-based dysregulation of emotions and cognitive functioning as a result of toxic or metabolic encephalopathy, with some degree of mitigation by psychological variables, especially depression.

Additional work is needed to examine the effect of the length of time since last exposure to toxic mold on outcome measures. Patients have reported some reduction in symptoms when they have been removed from continued exposure. How much of a reduction, under what circumstances, and for which patients have not been fully determined.

Limitations of this study included lack of a comparison group that underwent the same testing as the mold patients, and small sample size. The lack of a comparison group was mitigated by the fact that the measures used in this study were all compared with the published normative databases developed for each of the tests. With respect to sample size, the fact that the analyses were performed on data gathered from chart review resulted in inconsistent sample sizes and the variable sample sizes reported in some of the stepwise regression analyses and descriptive statistics. For this reason, the relative contribution to the variance accounted for by any given variable can be compared only with the relative contributions of variables for which a similar number of cases were available.

Future research will include expanded use of neuropsychological testing, QEEG measures, exposure measures, correlations with immune parameters, an increase in sample size, and more complete data analysis. The use of causal modeling and path analysis may improve the interpretability of the results, allowing the multidirectional relationships that exist within this complex topic to be modeled in several different ways.

* * * * * * * * * * *

Submitted for publication October 15, 2003; revised; accepted for publication May 14, 2004.

Requests for reprints should be sent to B. Robert Crago, Ph.D., Neurobehavioral Health Services, 5363 E. Pima Street, Suite 100, Tucson, AZ 85712.

E-mail: bcbrain1@msn.com

* * * * * * * * * * *

**References**


1. Van Sweden B, Niedermeyer E. Toxic encephalopathies. In: Niedermeyer E, Lopes DaSilva F (Eds). Electroencephalography: Basic Principles, Clinical Applications, and Related Fields. Baltimore, MD: Lippincott Williams and Wilkins, 1993; pp 643–51.
2. Anyanwu E, Campbell AW, High W. Brainstem auditory evoked response in adolescents with acoustic mycotic neuroma due to environmental exposure to toxic molds. Int J Adolesc Med Health 2002; 14:67–76.
3. Anyanwu EC, Campbell AW, Vojdani A. Neuropsychological effects of chronic indoor environmental toxic mold exposure on children. Scientific World Journal 2003; 3:281–90.
4. Croft WA, Jarvis BB, Yatawara CS. Airborne outbreak of trichothecene toxicosis. Atmos Environ 1986; 20:549–52.
5. Johanning E, Biagini R, Hull DL, et al. Health and immunology study following exposure to toxigenic fungi (*Stachybotrys chartarum*) in a water-damaged office environment. Int Arch Occup Environ Health 1996; 68: 207–18.
6. Gunnbjornsdottir MI, Norback D, Paschke P, et al. The relationship between indicators of building dampness and respiratory health in young Swedish adults. Respir Med 2003; 97:301–07.
7. Savilahti R, Uitti J, Laippala P, et al. Respiratory morbidity among children following renovation of water-damaged school. Arch Environ Health 2000; 55:405–10.
8. Ebboj NE, Hansen MO, Sigaard T, et al. Building-related symptoms and molds: a two-step intervention study. Indoor Air 2002; 12: 272–77.
9. Seuri M, Husman K, Kinnunen H, et al. An outbreak of respiratory diseases among workers at a water-damaged building—a case report. Indoor Air 2000; 10:138–45.
10. Flannigan B, McCabe EM, McGarry F. Allergenic and toxigenic microorganisms in houses. J Appl Bact Sym 1991; 70:61–73.
11. Jaakkola M, Nordman H, Pilpari R, et al. Indoor dampness and molds and development of adult-onset asthma: a population-based incident case-control study. Environ Health Perspect 2002; 110:543–47.
12. Kurup V, Shen HD, Banerjee B. Respiratory fungal allergy. Microbes Infect 2000; 2:1101–10.
13. Zureik M, Neukirch C, Leynaert B, et al. Sensitisation to airborne moulds and severity of asthma: cross sectional study from European Community respiratory health survey. Br Med J 2002; 325:411–14.
14. Hodgson, MJ, Morey P, Leung WY, et al. Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. J Occup Environ Med 1998; 40(3):241–49.
15. Patel AM, Ryu JH, Reed CE. Hypersensitivity pneumonitis: current concepts and future questions. J Allergy Clin Immunol 2001; 108:661–70.
16. Fan LL. Hypersensitivity pneumonitis in children. Curr Opin Pediatr 2002; 14:323–26.

17. Croft WA, Jastromski BM, Croft AL, et al. Clinical confirmation of trichothecene mycotoxicosis in patient urine. J Environ Biol 2002; 23:301–20.
18. Kilburn KH. Inhalation of molds and mycotoxins. Eur J Oncol 2002; 7:197–202.
19. Gray MR, Thrasher JD, Crago R, et al. Mixed mold mycotoxicosis: immunological changes in humans following exposure in water-damaged buildings. Arch Environ Health 2003; 58(7):410–20.
20. Gordon WA, Johanning E, Haddad L. Cognitive impairment associated with exposure to toxigenic fungi, health effects. In: Johanning E (Ed). Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control. Albany, NY: Eastern New York Occupational and Environmental Health Center, 1999; pp 94–98.
21. Baldo JV. Neuropsychological performance of patients following mold exposure. Appl Neuropsychol 2002; 9(4): 193–202.
22. Auger P, Pepin P, Miller JD, et al. Health effects, pathology, epidemiology. In: Johanning E (Ed). Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control. Albany, NY: Eastern New York Occupational and Environmental Health Center, 2001; pp 131–38.
23. Hartmann DE. Neuropsychological Toxicity: Identification and Assessment of Human Neurotoxic Syndromes. 2nd ed. New York: Plenum Press, 1995.
24. Heuser G, Mena I. Neuro-SPECT in neurotoxic chemical exposure demonstration of long-term functional abnormalities. Toxicol Ind Health 1998; 14:813–27.
25. Callender TJ, Morrow L, Subramanian K, et al. Three dimensional metabolic imaging in patients with toxic encephalopathy. Environ Res 1993; 60:295–319.
26. Derogatis LR. SCL-90-R: Administration, Scoring and Procedures Manual. 3rd ed. Bloomington, MN: National Computer Systems, Inc., 1994.
27. Wechsler Adult Intelligence Scale. 3rd ed. San Antonio, TX: The Psychological Corporation, 1997.
28. Delis DC, Kaplan E, Kramer JH. Delis-Kaplan Executive Function System. San Antonio, TX: The Psychological Corporation, 2001.
29. Sanford J. The Intermediate Visual and Auditory Continuous Performance Test. Richmond, VA: Braintrain, 1995.
30. John ER. Functional Neuroscience. Vol 2. Neurometrics: Clinical Applications of Quantitative Electrophysiology. Hillsdale, NJ: Lawrence Erlbaum, 1977.
31. NxLink Neurometric Analysis System. Richmond, WA: NxLink Ltd, 2001.
32. Johnstone J, Gunkelman J. Use of databases in QEEG evaluation. J Neurother 2003; 7:31–52.
33. Statistica 6.0 for Windows. Tulsa, OK: Statsoft, Inc., 1984–2002.
34. Hebben N, Milberg W. Essentials of Neuropsychological Assessment. New York: Wiley, 2002.
35. Austin M, Mitchell P, Goodwin GM. Cognitive deficits in depression: possible implications for functional neuropathology. Br J Psychiatry 2001; 178:200–06.
36. Elliot C, Greene RL. Clinical depression and implicit memory. J Abnorm Psychol 1992; 101:572–74.
37. Persson R, Osterberg K, Karlson B, et al. Influence of personality traits on neuropsychological test performance in toxic encephalopathy cases and healthy referent subjects. Neurotoxicology 2000; 5:667–75.
38. Ziem G, McTamney J. Profile of patients with chemical injury and sensitivity. Environ Health Perspect 1997; 105: 417–36.
39. Schore AN. Affect Regulation and the Origin of the Self: The Neurobiology of Emotional Development. Hillsdale, NJ: Lawrence Erlbaum, 1994.
40. Nuwer M. Assessment of digital EEG, quantitative EEG, and EEG brain mapping: report to the American Academy of Neurology and American Clinical Neurophysiology Society. Neurology 1997; 49:277–92.
41. Hoffman DA, Lubar JF, Thatcher RW, et al. Limitations of the American Academy of Neurology and American Clinical Neurophysiology Society paper on QEEG. J Neuropsychiatry Clin Neurosci 1999;11(3):401–07.
42. Thatcher RW, Moore N, John ER, et al. QEEG and traumatic brain injury: rebuttal of the American Academy of Neurology 1997 report by the EEG and Clinical Neuroscience Society. Clin Electroencephalogr 1999; 30:94–98.
43. Thatcher RW, Biver CJ, North DM. Quantitative EEG and the Fry and Daubert Standards of Admissibility. Clin Electroencephalogr 2003; 34:39–53.
44. Hughes JR, John ER. Conventional and quantitative electroencephalography in psychiatry. J Neuropsychiatry Clin Neurosci 1999; 11:190–208.
45. Rosen I. Electroencephalography as a diagnostic tool in dementia. Dement Geriatr Cogn Disord 1997; 81:10–16.

# Neural Autoantibodies and Neurophysiologic Abnormalities in Patients Exposed to Molds in Water-Damaged Buildings

ANDREW W. CAMPBELL
Medical Center for Immune and Toxic Disorders
Spring, Texas
JACK D. THRASHER
Sam-1 Trust
Alto, New Mexico
ROBERTA A. MADISON
Department of Health Sciences
California State University
Northridge, California
ARISTO VOJDANI
Immunosciences Lab., Inc.
Beverly Hills, California
MICHAEL R. GRAY
Progressive Healthcare Group
Benson, Arizona
AL JOHNSON
Integrative Neurology
Richardson, Texas

ABSTRACT. Adverse health effects of fungal bioaerosols on occupants of water-damaged homes and other buildings have been reported. Recently, it has been suggested that mold exposure causes neurological injury. The authors investigated neurological antibodies and neurophysiological abnormalities in patients exposed to molds at home who developed symptoms of peripheral neuropathy (i.e., numbness, tingling, tremors, and muscle weakness in the extremities). Serum samples were collected and analyzed with the enzyme-linked immunosorbent assay (ELISA) technique for antibodies to myelin basic protein, myelin-associated glycoprotein, ganglioside $GM_1$, sulfatide, myelin oligodendrocyte glycoprotein, α-B-crystallin, chondroitin sulfate, tubulin, and neurofilament. Antibodies to molds and mycotoxins were also determined with ELISA, as reported previously. Neurophysiologic evaluations for latency, amplitude, and velocity were performed on 4 motor nerves (median, ulnar, peroneal, and tibial), and for latency and amplitude on 3 sensory nerves (median, ulnar, and sural). Patients with documented, measured exposure to molds had elevated titers of antibodies (immunoglobulin [Ig]A, IgM, and IgG) to neural-specific antigens. Nerve conduction studies revealed 4 patient groupings: (1) mixed sensory–motor polyneuropathy ($n$ = 55, abnormal), (2) motor neuropathy ($n$ = 17, abnormal), (3) sensory neuropathy ($n$ = 27, abnormal), and (4) those with symptoms but no neurophysiological abnormalities ($n$ = 20, normal controls). All groups showed significantly increased autoantibody titers for all isotypes (IgA, IgM, and IgG) of antibodies to neural antigens when compared with 500 healthy controls. Groups 1 through 3 also exhibited abnormal neurophysiologic findings. The authors concluded that exposure to molds in water-damaged buildings increased the risk for development of neural autoantibodies, peripheral neuropathy, and neurophysiologic abnormalities in exposed individuals.
<Key words: mold exposure, mycotoxins, neural antibodies, neuropathy, neurophysiology>

WATER INTRUSION into houses and office buildings leads to the growth of molds and bacteria, which are known to produce toxic byproducts that include endotoxins (lipopolysaccharides), β-D-glucans, and mycotoxins (e.g., trichothecenes, ochratoxins, and aflatoxins, tremorgens), as well as volatile organic compounds.[1–8] These compounds have been found in water-damaged buildings and homes, and in artificially infested building materials.[7–11] Indoor air can be contaminated with mold spores and hyphae fragments.[12] In addition, mycotoxins have been identified in ventilation duct particulate matter or dust, and in the air of buildings in which occupants and pets have experienced adverse health effects related to mold exposure.[13–23]

Molds and mycotoxins affect the respiratory tract, kidneys, liver, and skin, as well as the immune and nervous systems.[24–45] Neurotoxic mycotoxins include ergot alkaloids, trichothecenes, citreoviridin, patulin, fumonisins, and tremorgens.[46–54] Tremorgens affect the brainstem[46] and stellate ganglion, and the basket and Pur-

kinje cells of the cerebellum.[47] Mycotoxins affect neuroreceptor sites (e.g., gamma-aminobutyric acid [GABA] receptor site[48] and inositol 1,4,5-trisphophate receptor[49]), inhibit acetylcholinesterase,[50] release excitatory neurotransmitters (e.g., glutamate, aspartate, GABA, and serotonin),[51,52] and block biosynthesis of complex sphingolipids through inhibition of ceramide synthase.[53,54] They are also mitochondrial toxins and apoptotic agents.[43,44,53]

The symptoms and health problems associated with mold-infested, water-damaged buildings involve multiple organs, including the upper and lower respiratory tracts, gastrointestinal tract, circulatory system, and the central nervous system (CNS) and peripheral nervous system (PNS).[2,5,24–37] Recent studies have shown that mold exposure has adverse effects on the nervous system. Some mycotoxins have been shown to be tremorgenic and are suspected as causative agents in woodtrimmer's disease[20] and tremorgenic encephalopathy;[21] mycotoxins present in household environments have been found to affect dogs.[22,23]

Two patterns of neurobehavioral impairment attributable to mold exposure have been described. Kilburn[26] reported on 10 individuals who had impaired balance, reaction time, color discrimination, visual fields, cognition, verbal recall, and trail making. A different group of 10 subjects exhibited impairments in all but measures of color discrimination and visual fields. Abnormalities in electroencephalograph (EEG) theta and delta activity, visual evoked potentials, and brainstem evoked potentials have been reported in children exposed to molds.[27] The EEG changes in the children were specific to the frontotemporal area of the brain, suggesting a metabolic encephalopathy. Six individuals had abnormal nerve conduction. In addition, abnormal brainstem auditory evoked potentials have been described in 4 children with suspected mycotic neuromas who were exposed to mixed molds, including *Stachybotrys chartarum* and *Aspergillus species*.[57] Moreover, both neurobehavioral[31,57] and correlated quantitative EEG[31] changes indicative of right frontal lobe involvement have been reported in patients with chronic exposure to mold in water-damaged buildings. Mold exposure has also been implicated in optic neuritis[57] and multifocal choroiditis.[58] Finally, demyelination of the CNS has been reported following exposure to ibotenic acid,[59] abuse of "magic mushrooms" (Psilocybe),[60] and gliotoxin.[61] Because stachylysin has been found in human serum following exposure to *S. chartarum*,[62] and mycotoxins are present in indoor air and bioaerosols,[13–19] it is imperative that health complaints of occupants exposed to molds in water-damaged buildings be taken seriously and be investigated with appropriate diagnostic testing.

This communication describes 119 mold-exposed patients who had multiorgan symptoms and peripheral neuropathy. Complaints included severe fatigue, decreased muscle strength, sleep disturbances, numbness and tingling of extremities (with and without tremors of the fingers and hands), and severe headache. Patients had abnormal neurological examinations. Ninety-nine of these individuals had abnormal nerve conduction velocities (NCVs) in association with autoantibodies against 9 neural antigens, whereas 20 had normal test results. We present data on motor neuropathy, sensory neuropathy, and mixed sensory–motor polyneuropathy, as well as increased antibodies to neural antigens.

## Materials and Method

**Patients.** The study population consisted of 119 patients (79 females and 40 males; mean age ± standard deviation [*SD*] = 41.3 ± 12.9 yr). The patients had health complaints and proven environmental exposure to molds in their homes and/or workplaces. Mold exposure was documented by Aerotech Laboratories (Phoenix, Arizona). All patients were interviewed one-on-one by the principal author (AWC) regarding exposure history, as well as health problems and symptoms for each organ system (e.g., CNS, PNS, respiratory, skin, musculoskeletal). Mold-specific serum antibody tests for *S. chartarum, Penicillium, Aspergillus, Cladosporium, Alternaria,* and *Chaetomium*, performed on each patient by Immunosciences Lab., Inc. (Beverly Hills, California), verified exposure to molds. Some of these data have been reported previously.[63–65]

We studied patients who had symptoms of peripheral neuropathy (e.g., tingling, tremors, loss of sensation in extremities). Blood was drawn for serology testing for neural antigens. NCV tests were performed at or near the time of initial presentation as follows: all 119 patients were tested at 10.8 ± 41 days; patients with abnormal NCVs ($n$ = 99) were tested at 11.5 ± 44 days; and patients with normal NCVs ($n$ = 20, controls) were tested at 7.5 ± 18 days.

**Blood samples.** Peripheral venous blood was collected and shipped at ambient temperature to Immunosciences Lab., Inc. (Beverly Hills, California). Autoantibodies (immunoglobulin IgG, IgM, and IgA) against 9 neural antigens were assessed for each patient.

**Neural antigens.** Myelin basic protein (MBP), myelin-associated glycoprotein (MAG), ganglioside ($GM_1$), chondroitin sulfate ($CONSO_4$), α-B-crystallin (crystallin), and tubulin were purchased from Sigma-Aldrich (St. Louis, Missouri). Neurofilament antigen (NAF) was purchased from Boehringer Mannheim Roche (Indianapolis, Indiana). MBP peptides 87-206 and myelin oligodendroctye glycoprotein (MOG) peptides 21-4-, 61-80 were synthesized by Research Genetics (Huntsville, Alabama).

**Controls for neural antigens.** The controls for determination of the mean ± *SD* and 95% confidence intervals (CIs) for the neural antigens consisted of 500

healthy adult blood donor volunteers. The controls were of similar age and sex distribution as the 119 patients.

**ELISA testing.** We used enzyme-linked immunosorbent assay (ELISA) to test for antibodies against 9 different neural-specific antigens, as reported previously.[66–68] Briefly, antigens were dissolved in methanol at a concentration of 1.0 mg/ml and then diluted 1:100 in 0.1 M carbonate-bicarbonate buffer (pH 9.5). Then, 50 µl of the mixture was added to each well of a polystyrene flat-bottom ELISA plate. Plates were incubated overnight at 4 °C and then washed 3 times with 20 mM Tris-buffered saline (TBS) containing 0.05% Tween 20 (pH 7.4). The nonspecific binding of immunoglobulins was prevented by adding a mixture of 1.5% bovine serum albumin (BSA) and 1.5% gelatin in TBS and then incubating for 2 hr at room temperature, followed by incubation overnight at 4 °C. Plates were washed as described above, and serum samples diluted 1:100 in 1% BSA-TBS were added to duplicate wells and incubated for 2 hr at room temperature. Sera from patients with multiple sclerosis (MS), polyneuropathies, and other neurological disorders with known high titers of IgG, IgM, and IgA against different neurological antigens were used to rule out nonspecific antibody activities of inter-assay and intra-assay variability. Plates were washed, and peroxidase-conjugated goat antihuman IgG, IgM, or IgA antiserum (KPI [Gaithersburg, Maryland]), diluted 1:400 in 1% BSA-TBS, was added to each well. The plates were incubated for an additional 2 hr at room temperature. After washing 5 times with TBS-Tween buffer, the enzyme reaction was started by the addition of 100 µl of *o*-phenylenediamine in citrate-phosphate buffer containing hydrogen peroxide diluted to 1:10,000 (pH 5.0). After 45 min, the reaction was stopped with 50 µl of 2N sulfuric acid. The optical density was read at 492 nm with a microtiter reader (Dynex Laboratories [Chantilly, Virginia]). Several control wells containing all reagents except human serum were used to detect nonspecific binding.

We calculated coefficients of intra-assay variation by running 5 samples 8 times in 1 assay. Coefficients of inter-assay variation were determined by measuring the same samples in 6 consecutive assays. This replicate testing established the validity of the ELISAs, determined the appropriate dilutions with minimal background, and detected IgG, IgM, and IgA against different antigens. Sera from 500 asymptomatic blood donors in southern California were used to calculate expected ranges at 95% CI.

**Neurophysiological tests.** Bilateral peripheral nerve studies involving nerve conduction and central response (F wave) were performed on the 119 patients in accordance with accepted techniques of the American Society of Electroneurodiagnostic Technologists (Kansas City, Missouri) and the American Neurological Association (Minneapolis, Minnesota).[69–71] The testing was performed under the direct supervision of, and interpreted by, a board-certified neurologist. Onset latency (ms), amplitude (µV), and velocity (m/sec) were recorded for 4 motor nerves (median, ulnar, peroneal, and tibial). The peak latency (ms) and amplitude (µV) were recorded for 3 sensory nerves (median, ulnar, and sural). F wave and H reflex were recorded for the median, ulnar, peroneal, and tibial nerves. The studies were conducted with a TECA Synergy Multimedia Electromyograph with multisync color SVGA monitor and Delux stimulator probe (TECASyngery, Synergy Version 8.2 [Oxford Instruments {Surry, U.K.}]). The motor axons of peripheral nerves that innervate somatic muscle were evaluated by recording the response following electrical stimulation.

**Statistical analysis.** We performed critical 2-tailed *t* tests on neural autoantibodies. Odds ratios (ORs) were calculated for the data to determine the percentage of individuals with antibody titers that exceeded the maximum expected laboratory range (95% CI) for each neural autoantibody. For this calculation, data for patients with abnormal and normal NCVs were combined.

## Results

**Neural autoantibodies.** The mean ± *SD* of autoantibodies for each isotype (IgA, IgM, and IgG) against each neural antigen for patients with abnormal NCVs ($n$ = 99), normal NCVs ($n$ = 20), and asymptomatic blood donor controls ($n$ = 500) are given in Table 1. Rather than repeating the data for each antineural antigen isotype, the salient features will be outlined briefly. In general, the highest isotype titers detected were MBP, MAG, tubulin, and NAF. These were followed by the other 5 neural antigens: $GM_1$, sulfatide, MOG, crystallin, and $CONSO_4$.

We performed critical 2-tailed *t* tests for each isotype titer against neural antigens, comparing abnormal vs. normal patients, abnormal patients vs. controls, and normal patients vs. controls for each isotype (statistical data not shown). With respect to IgG titers, the only significant difference between abnormal and normal patients was NAF ($p < 0.01$). IgG titers for all isotypes for abnormal and normal patients differed significantly from controls ($p < 0.001$). IgM titers for neural antigens were significantly different between abnormal and normal patients for glutamate receptor ($p < 0.01$), tubulin ($p < 0.01$), NAF ($p < 0.01$), and $CONSO_4$ ($p < 0.05$). IgM titers against each neural antigen for abnormal patients vs. controls ($p < 0.001$) and for normal patients vs. controls ($p < 0.001$) were significantly different. The only significant difference between patients with abnormal vs. normal IgA titers was NAF ($p < 0.05$). Comparison of abnormal and normal patients vs. controls revealed IgA titers for each neural antigen which were

significantly different ($p < 0.01$), except for normal crystallin titers ($p < 0.05$).

The percentages of individuals with autoantibodies for each isotype that exceeded the laboratory expected range at 95% CI against the neural antigens are presented in Table 2. IgG titers for abnormal patients exceeded the 95% CI for sulfatide (17.2%), MOG (10.1%), crystallin (10.1%), glutamate receptor (11.1%), tubulin (57.6%), $CONSO_4$ (27.3%), and NAF (6.1%); MBP (4%), MAG (4%), and $GM_1$ (0%) did not exceed their expected ranges. Similar observations for normal patients were made for sulfatide (20%), MOG (20%), crystallin (20%), tubulin (30%), and $CONSO_4$ (20%), except for MBP (0%), $GM_1$ (0%), glutamate receptor (0%), and NAF (0%). IgM titers for abnormal patients exceeded those of controls for all neural antigens (range = 17.2%–42.4%) except $GM_1$ (0%). In normal patients, IgM titers did not exceed control values for $GM_1$ (0%), sulfatide (5%), MOG (5%), glutamate receptor (0%), and tubulin (5%), whereas MBP (20%), MAG (30%), crystallin (25%), $CONSO_4$ (20%), and NAF (20%) exceeded control values. IgA autoantibodies in abnormal patients for each neural antigen exceeded control values for MBP (20.3%), MAG (23.2%), crystallin (8.1%), glutamate receptor (7.1%), tubulin (8.1%), $CONSO_4$ (10.5%), and NAF (10%). With respect to normal patients, only MAG (15%), tubulin (10%), and NAF (10%) exceeded values for controls.

The percentage of patients who had ORs that exceeded the 95% CI are given in Table 3. The ORs for IgG were not significant for MBP (0.66) and MAG (1.05), whereas those for all other neural autoantibodies were significant as follows: sulfatide (3.36), crystallin (6.53), glutamate receptor (10.08), tubulin (55.1),

**Table 1.—Autoantibody Titers against 9 Neural Antigens in Patients with Abnormal Nerve Conduction Velocities (NCVs) ($n$ = 119) and Those with Normal NCVs ($n$ = 20), vs. Asymptomatic Controls ($N$ = 500), for Each Isotype**

| | IgG | | | | | | IgM | | | | | | IgA | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Abnormal | | Normal | | Controls | | Abnormal | | Normal | | Controls | | Abnormal | | Normal | | Controls | |
| Neural autoantibody | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* |
| MBP | 63.3 | 21.6 | 54.7 | 18.3 | 27.0 | 12.2 | 50.8 | 24.3 | 47.0 | 9.2 | 25.1 | 13.2 | 18.5 | 6.0 | 16.8 | 4.7 | 7.2 | 3.7 |
| MAG | 63.6 | 18.8 | 69.0 | 18.2 | 26.0 | 7.3 | 51.0 | 16.1 | 48.1 | 12.4 | 24.5 | 8.1 | 19.4 | 7.6 | 17.5 | 7.4 | 8.3 | 2.4 |
| $GM_1$ | 15.8 | 6.7 | 16.4 | 7.0 | 11.1 | 2.8 | 16.4 | 6.3 | 15.6 | 4.5 | 10.4 | 3.3 | 12.3 | 6.2 | 12.6 | 4.4 | 11.5 | 3.6 |
| Sulfatide | 16.7 | 6.2 | 17.5 | 6.7 | 12.2 | 3.4 | 17.2 | 6.3 | 15.1 | 4.3 | 11.3 | 3.7 | 13.3 | 9.1 | 12.4 | 4.0 | 9.4 | 3.1 |
| MOG | 15.9 | 5.9 | 17.5 | 6.6 | 8.9 | 5.5 | 18.2 | 6.3 | 16.8 | 4.7 | 8.4 | 5.5 | 12.0 | 3.5 | 11.4 | 2.3 | 7.9 | 4.6 |
| Crystallin | 16.1 | 5.8 | 16.5 | 6.7 | 11.9 | 2.5 | 18.7 | 6.9 | 19.0 | 8.2 | 12.1 | 2.9 | 13.6 | 7.5 | 13.2 | 4.7 | 11.1 | 4.3 |
| Glutamate | 10.2 | 3.4 | 9.2 | 1.5 | 7.0 | 2.8 | 10.6 | 3.7 | 9.3 | 1.2 | 7.6 | 2.0 | 9.5 | 3.7 | 8.5 | 2.1 | 8.1 | 2.1 |
| Tubulin | 64.1 | 16.8 | 58.7 | 11.9 | 23.7 | 9.2 | 41.9 | 18.5 | 33.0 | 7.8 | 18.1 | 7.9 | 17.9 | 16.1 | 14.7 | 3.7 | 9.8 | 2.6 |
| $CONSO_4$ | 11.5 | 4.7 | 10.2 | 2.1 | 7.7 | 2.2 | 11.8 | 4.9 | 10.4 | 2.0 | 5.6 | 2.1 | 11.0 | 7.7 | 9.2 | 1.4 | 7.0 | 2.7 |
| NAF | 61.6 | 23.9 | 53.3 | 10.7 | 26.4 | 11.3 | 53.1 | 20.7 | 44.1 | 12.0 | 24.7 | 10.3 | 18.2 | 8.2 | 16.4 | 5.4 | 8.7 | 3.4 |

*Notes:* Ig = immunoglobulin, $\bar{x}$ = mean, *SD* = standard deviation, MBP = myelin basic protein, MAG = myelin-associated glycoprotein, $GM_1$ = ganglioside, MOG = myelin oligodendroctye glycoprotein, $CONSO_4$ = chondroitin sulfate, and NAF = neurofilament antigen.

**Table 2.—Percentages of Individuals with Autoantibody Titers that Exceeded Expected Ranges (95% Confidence Intervals), for Patients with Abnormal Nerve Conduction Velocities (NCVs) and Those with Normal NCVs, vs. Asymptomatic Controls, for Each Isotype**

| | IgG | | | IgM | | | IgA | | |
|---|---|---|---|---|---|---|---|---|---|
| Neural autoantibody | Abnormal (%) | Normal (%) | Controls (%) | Abnormal (%) | Normal (%) | Controls (%) | Abnormal (%) | Normal (%) | Controls (%) |
| MBP | 4.0 | 0 | 5 | 34.3 | 20 | 2 | 20.2 | 5 | 1 |
| MAG | 4.0 | 5 | 4 | 42.4 | 30 | 3 | 23.2 | 15 | 2 |
| $GM_1$ | 0.0 | 0 | 2 | 0.0 | 0 | 4 | 4.0 | 5 | 5 |
| Sulfatide | 17.2 | 20 | 6 | 17.2 | 5 | 5 | 3.0 | 5 | 2 |
| MOG | 10.1 | 20 | 5 | 25.3 | 5 | 4 | 1,0 | 0 | 3 |
| Crystallin | 10.1 | 20 | 2 | 27.3 | 25 | 4 | 8.1 | 5 | 3 |
| Glutamate | 11.1 | 0 | 1 | 15.2 | 0 | 0 | 7.1 | 0 | 2 |
| Tubulin | 57.6 | 30 | 2 | 39.4 | 5 | 2 | 8.1 | 10 | 1 |
| $CONSO_4$ | 27.3 | 20 | 2 | 33.3 | 20 | 1 | 10.5 | 5 | 2 |
| NAF | 6.1 | 0 | 3 | 41.4 | 20 | 2 | 18.2 | 10 | 1 |

*Notes:* Ig = immunoglobulin, MBP = myelin basic protein, MAG = myelin-associated glycoprotein, $GM_1$ = ganglioside, MOG = myelin oligodendroctye glycoprotein, $CONSO_4$ = chondroitin sulfate, and NAF = neurofilament antigen.

$CONSO_4$ (17.26), and NAF (5.15). The OR for $GM_1$ could not be calculated because of the 0 value for the patients. The ORs for IgM neural autoantibodies were significant for all antigens, and ranged from 3.39 to 44.6. The ORs for $GM_1$ and glutamate receptor were not calculated because of 0 values for the controls. With respect to IgA autoantibodies, the ORs for sulfatide (1.7) and MOG (0.82) were not significant, whereas those for the other neural antigens were significant as follows: MBP (21.2), MAG (13.7), crystallin (2.65), glutamate receptor (3.03), tubulin (9.08), $CONSO_4$ (4.99), and NAF (2). $GM_1$ could not be calculated because of 0 values; the 95% CI for MOG was not calculated because of the value of 1 in controls.

The percentages of individuals with autoantibody titers that exceeded the maximum 95% CI for expected laboratory ranges, along with ORs, are presented in Table 4. We calculated these data for abnormal, normal, and control patients as follows: If an individual had only 1 isotype against a neural antigen (i.e., IgG), that person was given the same score as an individual with 2 or more isotypes (i.e., IgG + IgM + IgA). The percentages of individuals with autoantibodies against each neural antigen were highest among the abnormal

**Table 3.—Odds Ratios (ORs) and 95% Confidence Intervals (CIs) for Autoantibodies for Each Isotype Presented in Table 1**

| | IgG | | IgM | | IgA | |
|---|---|---|---|---|---|---|
| Neural autoantibody | OR | 95% CI | OR | 95% CI | OR | 95% CI |
| MBP | 0.66 | 1.92, 0.22 | 22.98 | 47.9, 11.0 | 21.2 | 57.4, 7.8 |
| MAG | 1.05 | 3.86, 0.39 | 21.86 | 40.9,11.59 | 13.7 | 6.2,28.8 |
| $GM_1$ | —* | | —* | | —* | |
| Sulfatide | 3.36 | 6.1,1.84 | 3.39 | 5.6, 2.05 | 1.7 | 0.52, 5.5 |
| MOG | 2.53 | 4.95, 1.25 | 6.7 | 12.2, 3.5 | 0.82 | —† |
| Crystallin | 6.53 | 15.2, 2.83 | 8.83 | 16.4, 4.9 | 2.65 | 1.13, 6.17 |
| Glutamate | 10.08 | 29.4, 3.3 | —* | | 3.06 | 8.17, 1.14 |
| Tubulin | 55.1 | 112.4, 27.1 | 24.8 | 50.9, 11.8 | 9.08 | 38.02,26.8 |
| $CONSO_4$ | 17.26 | 36.6, 8.2 | 44.6 | 116.7, 16.4 | 4.99 | 2.05, 11.9 |
| NAF | 5.15 | 13.06, 1.88 | 29.8 | 62.2, 14.9 | 20.0 | 7.26, 54.6 |

*Notes:* Ig = immunoglobulin, MBP = myelin basic protein, MAG = myelin-associated glycoprotein, $GM_1$ = ganglioside, MOG = myelin oligodendroctye glycoprotein, $CONSO_4$ = chondroitin sulfate, and NAF = neurofilament antigen. For these calculations, patients with abnormal nerve conduction velocities (NCVs) were grouped with those with normal NCVs and compared vs. controls.
*Not calculated because of zero values (refer to Table 2).
†Not calculated because of the value of 1 in a cell (refer to Table 2).

**Table 4.—Percentages of Individuals with 1 or More Isotypes for Each Neural Antigen that Exceeded the Maximum 95% Confidence Interval (CI) Titer**

| Neural autoantibody | Abnormal (*n* = 119) (%) | Normal (*n* = 20) (%) | Controls (*n* = 500) (%) | OR | 95% CI |
|---|---|---|---|---|---|
| MBP | 47.5 | 20 | 8 | 8.63 | 11.5,6.4 |
| MAG | 54.5 | 45 | 9 | 11.4 | 16.4,7.8 |
| $GM_1$ | 4.0 | 5 | 11 | 0.91 | 1.7,0.48 |
| Sulfatide | 30.3 | 25 | 13 | 2.8 | 4.4,1.7 |
| MOG | 32.3 | 25 | 12 | 3.3 | 4.85,2.2 |
| Crystallin | 35.4 | 35 | 9 | 5.5 | 8.0,2.7 |
| Glutamate | 26.3 | 0 | 3 | 9.0 | 17.6,4.6 |
| Tubulin | 69.7 | 35 | 5 | 33.58 | 56.8,19.1 |
| $CONSO_4$ | 46.5 | 30 | 5 | 14.75 | 25.3,8.58 |
| NAF | 50.5 | 25 | 5 | 16.3 | 16.3,12.4 |

*Notes:* MBP = myelin basic protein, MAG = myelin-associated glycoprotein, $GM_1$ = ganglioside, MOG = myelin oligodendroctye glycoprotein, $CONSO_4$ = chondroitin sulfate, and NAF = neurofilament antigen. The percentages were determined as follows: If a patient had 1 isotype (e.g., immunoglobulin [Ig]G, IgM, or IgA), that patient was given the same score as a patient with 2 or more isotypes. Thus, the total percentages for patients with abnormal nerve conduction velocities (NCVs), normal NCVs, and controls were less than the totals for each isotype as presented in Table 1. For simplicity, the data for patients with abnormal and normal NCVs were combined to obtain the odds ratios (ORs).

patients (range = 26.3%–69.0%) when compared with controls (range = 3%–13%), with the exception of $GM_1$ (4%). Similarly, the normal patients had an increased percentage of individuals with higher titers (range = 20%–45%) when compared with the controls, with the exception of $GM_1$ (5%) and glutamate receptor (0%). The ORs were significant (95% CI) for all neural antigens, except for $GM_1$ (0.91). The ORs were highest for tubulin (33.58) and decreased, in descending order, for NAF (16.3), $CONSO_4$ (14.75), MAG (11.4), glutamate receptor (9.0), MBP (8.63), crystallin (5.5), MOG (3.3), and sulfatide (3.3).

**NCV testing.** No changes or abnormalities were observed for F and H waves in the abnormal or normal patients (data not shown).

The data obtained from the NCV studies for motor nerves and sensory nerves are summarized in Tables 5 and 6. Patients with abnormal findings comprised 3 groups, as follows: (1) mixed sensory–motor polyneuropathy ($n = 55$), (2) motor neuropathy ($n = 17$), and (3) sensory neuropathy ($n = 27$). There were 20 patients with no abnormalities (controls). We compared the data obtained for the 20 controls with data for the 3 groups of abnormal patients (mixed, motor, and sensory neuropathies), for statistical purposes.

Results for the mixed polyneuropathy group differed significantly from controls. Latencies for the median (4.2 ± 1.2 ms, $p < 0.001$), ulnar (3.13 ± 1.1 ms, $p < 0.05$), peroneal (5.1 ± 1.4 ms, $p < 0.001$), and tibial motor nerves (5.5 ± 2.9 ms, $p < 0.001$) were signifi-

**Table 5.—Neuropathies Experienced by Patients with Abnormal Nerve Conduction Velocity (NCV) Measurements ($n = 119$), vs. Controls with Normal Values ($n = 20$), by NCV Parameter Tested**

| | Neuropathy with abnormal NCV | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Mixed ($n = 55$) | | Motor ($n = 17$) | | Sensory ($n = 27$) | | Controls ($n = 20$) | |
| NCV parameter | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* | $\bar{x}$ | *SD* |
| Median latency (ms) | 4.2 | 1.2* | 3.6 | 1.1 | 3.4 | 0.36 | 3.3 | 0.4 |
| Median amplitude (μV) | 9.5 | 4.3 | 7.6 | 3.3† | 10.8 | 2.6 | 10 | 3.3 |
| Median velocity (m/sec) | 56.5 | 7.8‡ | 55.9 | 5.3‡ | 58.1 | 7.4 | 61.5 | 7.1 |
| Ulnar latency (ms) | 3.13 | 1.1† | 3.7 | 2.05‡ | 2.7 | 0.38 | 2.56 | 0.53 |
| Ulnar amplitude (μV) | 9.9 | 3.7 | 9.9 | 2 | 9.9 | 1.8 | 10 | 3.13 |
| Ulnar velocity (m/sec) | 60.9 | 9.9§ | 60.4 | 7.4‡ | 65.1 | 6.6 | 66.2 | 5.4 |
| Peroneal latency (ms) | 5.1 ($n = 54$) | 1.4* | 5.5 | 1.2* | 4.7 ($n = 26$) | 0.52* | 3.9 | 0.86 |
| Peroneal amplitude (μV) | 5.6 ($n = 54$) | 3.2 | 4.2 | 1.9§ | 6.05 ($n = 26$) | 2.2 | 6.6 | 3 |
| Peroneal velocity (m/sec) | 52.5 ($n = 54$) | 12.7 | 47.5 | 13.3† | 52.2 ($n = 26$) | 5.8 | 58.2 | 13.8 |
| Tibial latency (ms) | 5.5 ($n = 53$) | 2.9* | 6.3 | 3§ | 4.2 | 0.55 | 4 | 1 |
| Tibial amplitude (μV) | 9.8 ($n = 53$) | 6 | 8.1 | 4.8† | 13.6 | 4.8 | 12.7 | 6.8 |
| Tibial velocity (m/sec) | 46.6 ($n = 53$) | 11.3† | 47.3 | 5.5† | 46.6 | 4.4§ | 52.3 | 8.3 |
| Median latency (ms) | 4.2 ($n = 54$) | 1.3* | 3 ($n = 16$) | 0.16 | 4.2 | 1.5* | 3.08 | 0.17 |
| Median amplitude (μV) | 27.1 ($n = 54$) | 15.9 | 40.3 ($n = 16$) | 15.2 | 32.4 | 20.5 | 35.1 | 15.6 |
| Ulnar latency (ms) | 3.7 ($n = 54$) | 1.41* | 2.7 ($n = 16$) | 0.2 | 4.6 | 2.3* | 2.54 | 0.25 |
| Ulnar amplitude (μV) | 27 ($n = 54$) | 18.5† | 31.9 ($n = 16$) | 14.9 | 28.1 | 18.6 | 35 | 15.3 |
| Sural latency (ms) | 4.9 ($n = 44$) | 3.2‡ | 3.8 ($n = 11$) | 0.28 | 4.4 ($n = 24$) | 1.4† | 3.8 ($n = 17$) | 0.32 |
| Sural amplitude (m/sec) | 11 ($n = 44$) | 8.4† | 14.2 ($n = 11$) | 5.9 | 11.2 ($n = 24$) | 10.5† | 21.7 ($n = 17$) | 19.2 |

*Notes:* With respect to the 20 normal patients, no abnormal values were observed for each measurement except for the tibial motor nerve measurements, in which the velocity was slightly reduced (41 ms), with the cutoff for normal being > 41 ms. For cases in which the number of patients was not the same as that shown in the column heading, the actual number ($n$) is given within the table.
*$p < 0.001$.
†$p < 0.05$.
‡$p < 0.02$.
§$p < 0.01$.

Table 6.—Percentages of Individuals with Various Numbers (0–7) of Nerves Showing Abnormal Nerve Conduction Measurements (Latency Onset, Amplitude, or Velocity), for Mixed (Motor and Sensory), Motor, and Sensory Neuropathies

| | Neuropathy | | |
|---|---|---|---|
| No. of nerves with abnormal measurements | Mixed ($n$ = 55) (%) | Motor ($n$ = 17) (%) | Sensory ($n$ = 27) (%) |
| 0 | 0.0 | 0.0 | 11.1 |
| 1 | 1.8 | 41.2 | 33.3 |
| 2 | 38.2 | 47.1 | 33.7 |
| 3 | 23.6 | 5.9 | 18.5 |
| 4 | 21.8 | 5.9 | — |
| 5 | 10.9 | — | — |
| 6 | 1.8 | — | — |
| 7 | 1.8 | — | — |

*Notes:* Among the 20 controls, 1 individual had an abnormal measurement for the tibial motor nerve (velocity = 41 ms), resulting in an abnormal rate of 0.4% for all motor nerve measurements. No abnormalities were seen among the controls for the other 4 motor nerves or the 3 sensory nerves.

cantly increased vs. controls. Amplitudes for all motor nerves were not significantly different from controls. Velocities for the median (56.5 ± 7.8 m/sec, $p < 0.02$), ulnar (60.9 ± 9.9 m/sec, $p < 0.01$), and tibial (46.6 ± 11.3 m/sec, $p < 0.05$) motor nerves were significantly decreased vs. controls. Latencies for the median (4.2 ± 1.3 ms, $p < 0.001$), ulnar (3.7 ± 1.41 ms, $p < 0.02$), and sural (4.9 ± 3.2 ms, $p < 0.02$) sensory nerves were significantly increased vs. controls. Amplitudes for the ulnar (27 ± 18.5 μV, $p < 0.05$) and sural (11 ± 8.4 μV, $p < 0.5$) sensory nerves were significantly decreased compared with controls.

In patients with only motor nerve neuropathy, latencies for ulnar (3.7 ± 2.05 ms, $p < 0.02$), peroneal (5.5 ± 1.2 ms, $p < 0.001$), and tibial (6.2 ± 3 ms, $p < 0.01$) nerves were significantly increased; amplitudes for the median (7.6 ± 3.3 μV, $p < 0.05$), peroneal (4.2 ± 1.9 μV, $p < 0.01$), and tibial (8.1 ± 4.8 μV, $p < 0.5$) nerves were significantly decreased; and velocities for the median (55.9 ± 5.3 m/sec, $p < 0.01$), ulnar (60.4 ± 7.4 m/sec, $p < 0.02$), peroneal (47.5 ± 13.3 m/sec, $p < 0.05$), and tibial (47.3 ± 5.5 m/sec, $p < 0.05$) nerves were significantly slower than the controls. Latencies and amplitudes for the sensory nerves (median, ulnar, and tibial) were not significantly different from control values.

In patients with only sensory neuropathy, latencies for the median (4.2 ± 1.5 ms, $p < 0.001$), ulnar (4.6 ± 2.3 ms, $p < 0.001$), and sural (4.4 ± 1.4 ms, $p < 0.05$) nerves were significantly increased vs. controls; amplitudes of the sural nerve (11.2 ± 10.5 μV, $p < 0.05$) were significantly decreased; and all neurophysiological measurements tended to differ from the control values. None of the measurements for motor nerves in this group—except for peroneal latency ($p < 0.001$) and amplitude ($p < 0.01$)—were different from the controls.

Table 6 summarizes the data for the percentages of patients with various numbers of nerves that demonstrated abnormal conduction. In those patients with mixed neuropathy, all nerves had abnormal measurements with a distribution as follows: 1 involved nerve (5.5%), 2 involved nerves (38.2%), 3 involved nerves (23.6%), 4 involved nerves (21.8%), and 5 or more involved nerves (14.5%). Of those patients who exhibited motor neuropathy, 41.2% had only 1 involved nerve, whereas 58.9% had 2 or more involved nerves. Patients with sensory neuropathy had the following distribution: 11.1% had nerves with no abnormal findings, 33.3% had only 1 nerve with abnormal measurements, and 52.2% had 2 or more nerves with abnormal measurements.

## Discussion

All patients in this study had documented exposure to molds in their homes and/or workplaces. They also had significantly elevated antibodies to molds and to mycotoxins, which confirmed exposure.[63–65] In addition, multiple organ symptoms were present, as reported previously.[63] In this particular group of patients, additional health complaints consisted of symptoms of peripheral neuropathy (i.e., tingling, numbness, tremors, and muscle weakness in the extremities). Thus, we evaluated these patients for the presence of antibodies to 9 neural antigens, as well as for evidence of abnormalities in peripheral nerve conduction. All patients had significant increases in autoantibodies against neural antigens (Tables 1–4). Abnormalities in latencies, amplitudes, and velocities of selected peripheral nerves (Tables 5 and 6), and peripheral neuropathy, were observed in 99 patients, whereas 20 symptomatic patients had normal NCV measurements.

Examination of the patients' antibody titers revealed that IgG antibody titers to the neural antigens between patients with abnormal vs. normal NCVs were not significantly different, with the exception of NAF ($p < 0.01$). However, when compared with healthy controls, the difference between IgG titers for abnormal vs. normal patients was highly significant ($p < 0.001$). In contrast, IgM titers in abnormal patients were consistently elevated when compared with normal patients, with significant differences for $CONSO_4$ ($p < 0.05$), glutamate receptor ($p < 0.01$), tubulin ($p < 0.01$), and NAF ($p < 0.01$). Autoantibodies in both abnormal and normal patients showed significant elevations compared with controls ($p < 0.001$). With respect to IgA antibodies, NAF titers were significantly elevated in abnormal vs. normal patients. The titers for both abnormal and normal patients were significantly elevated compared with controls, with the exception of $GM_1$ and glutamate receptor. Thus, we concluded that exposure to molds,

and symptoms of peripheral neuropathy, are associated with autoantibodies to 9 different neural antigens. These data support and extend the observations of Gray et al.,[30] who demonstrated increased antibodies to myelin and NAF in mold-exposed individuals.

Autoantibodies to neural antigens have been reported for several neurological conditions.[66,72] Pestronk et al.[66] confirmed that elevated titers of MAG antibodies in patients are relatively specific for sensory and motor polyneuropathy syndromes with demyelination. NCVs were used to confirm the demyelinating changes in these patients. Of the patients studied, 92% with IgM antibodies to MAG had physiologic evidence of demyelination.[66] MS patients have shown antibodies to myelin, MOG, MBP, α-B-crystallin, and complement-mediated demyelination.[68,73] Anti-ganglioside, anti-glycolipid, anti-sulfatide, anti-MAG, anti-tubulin, and anti-$CONSO_4$ antibodies have been demonstrated in motor, sensory, and polyneuropathies with demyelination.[72–86] IgM isotypes to sulfatide,[74,75,77] ganglioside,[78] and MAG[83] are correlated with electrophysiological peripheral nerve abnormalities. Moreover, antigangliosides and galactocerebroside antibodies are associated with infections from *Campylobacter jejuni* and *Mycoplasma pneumoniae* in patients with Guillain-Barre syndrome.[81] In addition, IgM, anti-MAG, anti-glycolipids, and anti-NAF antibodies are present in individuals with chronic demyelinating conditions of the nervous system.[67,73,83,86] Thus, we suggest that the presence of autoantibodies to neural antigens in our patients is the result of exposure to toxic metabolites[13–23,60,61] of molds, or may result from an infectious process. The presence of abnormal T and B cell function of the immune system[30] in nasal,[41] pulmonary,[39,40] and neurologic[87,88] infections by molds supports this conclusion. Finally, we have observed increased T cell activation; C3 and C4 complements; and IgA, IgM, and IgG immune complexes in 33 patients who had chronic exposure to molds in a water-damaged building, which suggests an inflammatory process (manuscript forthcoming).

The ORs in Table 3 are also revealing. IgM isotypes against the neural antigens had ORs consistently greater (range = 3.39–44.6) than those for IgG isotypes (range = 0.66–17.26), with the exception of antitubulin (55.1 vs. 24.8). The ORs indicate an increased risk of developing antineural antibodies, but also may suggest that IgM isotypes are more consistent with symptomatic active or progressive neuropathy than are IgG isotypes, and may represent an ongoing acute or subacute process. As mentioned earlier, IgM antibodies to various neural antigens have been associated with neurophysiological and pathological changes characteristic of various neuropathies. Finally, the ORs in Table 4 for the percentages of individuals with 1 or more isotypes against the neural antigens show a relative increased risk (range = 2.8–33.58) of developing autoantibodies. The only exception was $GM_1$ autoantibodies (OR = 0.91). Thus, we concluded that individuals exposed to molds in a water-damaged building have an increased risk of developing antineural antibodies. Additional work is needed to determine at what point these processes become irreversible.

Our neurophysiological data revealed 3 different types of peripheral neuropathies: mixed sensory–motor polyneuropathy (55 abnormal patients), motor neuropathy (17 abnormal patients), and sensory neuropathy (27 abnormal patients), as well as patients who exhibited symptoms but had no abnormal electrophysiological findings (20 normal controls) (Table 5). The differences between the 20 normal patients and the 99 abnormal patients are likely attributable to the significant increase in IgG and IgM autoantibodies to NAF, tubulin, glutamate receptor, and $CONSO_4$ observed in the abnormal patients. The role that IgA antibodies play is unclear at this time. Additional observations are needed to clarify the role of each isotype (IgA, IgM, and IgG) and to determine which neural autoantibodies contribute to the observed neuropathies.

The increased latencies for motor and sensory nerves observed in the 55 patients with mixed neuropathy suggest a demyelinating process.[83] The increased latencies were accompanied by a decrease in velocities for the median, ulnar, peroneal, and tibial nerves. All three sensory nerves (median, ulnar, and sural) exhibited increased latencies and decreased amplitudes. Thus, the polyneuropathy observed in these patients appears to be a demyelinating process with decreased number and size of fibers (decreased amplitudes) and chronic involvement of the nerve (decreased velocities).[72,83] Those with motor neuropathies (17 patients) had decreases in latencies (ulnar, peroneal, and tibial nerves), decreased amplitudes (median, peroneal, and tibial nerves), and decreased velocities (median, ulnar, peroneal, and tibial nerves). This appears to be a diffuse neuropathy and may involve some demyelination.[89] Finally, those with sensory neuropathies (27 patients) had increased latencies for all 3 nerves, whereas the sural nerve had a decreased amplitude. The increased latencies and decreased amplitude of the these nerves suggest that demyelination is occurring.[90]

The severity of the neuropathies experienced by the patients in our study is implicit as a result of the involvement of several nerves (Table 6). With respect to the mixed-neuropathy patients, only 1.8% had abnormalities in only 1 nerve, whereas 38.2% had at least 2 nerves involved. The remaining patients (59.5%) had 3 or more nerves with abnormal neurophysiological recordings. Impairments in the patients with motor neuropathy were slightly less dramatic, with 41.2% having a single nerve involvement, and the remainder having 2 or more nerves involved. Finally, in those patients with sensory neuropathy, 33.3% had 1 nerve and 52.2% had

2 or more nerves involved. Thus, we concluded that the neuropathies in these patients were severe and in many cases involved several nerves.

In summary, 119 individuals exposed to mold colonies in water-damaged buildings were found to have autoantibodies directed against 9 different neural antigens. Neurophysiological recordings for latencies, amplitudes, and velocities on 4 motor nerves and 3 sensory nerves revealed peripheral neuropathies in 99 patients (83%). Three abnormal conditions were found: mixed sensory–motor polyneuropathy, motor neuropathy, and sensory neuropathy. We recommend that mold-exposed individuals with symptoms of neuropathy be evaluated for antibodies against neural antigens and for neurophysiological abnormalities. Additional work is needed to correlate and clarify the extent of the peripheral nerve pathology and demyelination, as well as the role of neural autoantibodies in this process.

* * * * * * * * * *

The authors thank Nina Immers for her kind technical support during the data gathering and tabulation for this study.

Submitted for publication April 5, 2004; revised; accepted for publication May 14, 2004.

Requests for reprints should be sent to Andrew M. Campbell, M.D., Medical Center for Immune and Toxic Disorders, 25010 Oakhurst, #200, Spring, TX 77386.

E-mail: md@immunotoxicology.com

* * * * * * * * * *

**References**

1. Gravesen S, Nielsen PA, Iverson R, et al. Microfungal contamination of damp buildings—examples of constructions and risk materials. Environ Health Perspect 1999; 107 (Suppl 3):505–08.
2. Croft WA, Jarvis BB, Yatawara CS. Airborne outbreak of trichothecene toxicosis. Atmos Environ 1986; 20:549–52.
3. Peltola J, Andersson MA, Haahtela T, et al. Toxic-metabolite–producing bacteria and fungus in an indoor environment. Appl Environ Microbiol 2001; 67:3269–74.
4. Shelton BF, Kirkland KH, Flanders WE, et al. Profiles of airborne fungi in buildings and outdoor environments in the United States. Appl Environ Microbiol 2002; 68: 1743–53.
5. Johanning E, Biagini R, Hull D-L, et al. Health and immunology study following exposure to toxigenic fungi (*Stachybotrys chartarum*) in a water-damaged office environment. Int Arch Occup Environ Health 1996; 68:207–18.
6. Andersson MA, Nikulin M, Kooljalg U, et al. Bacteria, molds, and toxins in water-damaged building materials. Appl Environ Microbiol 1997; 63:387–93.
7. Nielsen KF, Gravesen S, Neilsen PA. Production of mycotoxins on artificially and naturally infested building materials. Mycopathologia 1999; 145:43–56.
8. Claeson AS, Levin H, Blomquist G, et al. Volatile metabolites from microorganisms grown on humid building materials and synthetic media. J Environ Monit 2002; 4:667–72.
9. Tuomi T, Reijut K, Johnsson T, et al. Mycotoxins in crude building materials from water-damage buildings. Appl Environ Microbiol 2000; 66:1899–1904.
10. Nieminen SM, Karki R, Auriola S, et al. Isolation and identification of *Aspergillus fumigatus* mycotoxins on growth medium and some building materials. Microbiology 2002; 68:4871–75.
11. Jarvis BB. Chemistry and toxicology of molds isolated from water-damaged buildings. In: DeVries JW, Trucksess MW, Jackson LS (Eds), Mycotoxins and Food Safety. New York: Kluwer Academic/Plenum Publishers, 2002; pp 43–52.
12. Burge HA. Bioaerosols: prevalence and health effects in the indoor environment. J Allergy Clin Immunol 1990; 86: 687–704.
13. Richard JL, Plattner RD, May J, et al. The occurrence of ochratoxin A in dust collected from a problem household. Mycopathologia 1999; 146:99–103.
14. Skaug MA, Eduard W, Stormer FD. Ochratoxin A in airborne dust and fungal conidia. Mycopathologia 2000; 151:93–95.
15. Smoragiewicz W, Cossete B, Boutrard A, et al. Trichothecene mycotoxins in the dust of ventilation systems in office buildings. Int Arch Occup Environ Health 1993; 65:113–17.
16. Tuomi T, Saarinene L, Reijula K. Detection of polar and macrocyclic trichothecene mycotoxins from indoor environments. Analyst 1998; 123:1835–41.
17. Johanning E, Gareis M, Nielsen K, et al. Airborne mycotoxins sampling and screening analysis. Proceedings of the 9th International Conference on Indoor Air Quality and Climate (Indoor Air 2002), Monterey, California, June 30–July 5, 2002. Santa Cruz, California: Indoor Air 2002 Conference Secretariat.
18. Fischer G, Muller T, Ostrowksi R, et al. Mycotoxins as exposure parameters in bioaerosols of composting sites. Schriftenr Ver Wasser Boden Lufthyg 1999; 104:149–62.
19. Fischer G, Muller T, Ostrowksi R, et al. Mycotoxins of *Aspergillus fumigatus* in pure culture and in native bioaerosols from compost facilities. Chemosphere 1999; 38:1745–55.
20. Land CJ, Hult K, Fuchs R, et al. Tremorgenic mycotoxins from *Aspergillus fumigatus* as possible occupational health problems in sawmills. Appl Environ Microbiol 1987; 53:787–90.
21. Gordon KE, Masotti RE, Waddel WR. Tremorgenic encephalopathy: a role of mycotoxins in the production of CNS disease in humans? Can J Neurol Sci 1993; 20: 237–39.
22. Boysen SR, Rozanski EA, Chan DL, et al. Tremorgenic mycotoxicosis in four dogs from a single household. J Am Vet Med Assoc 2002; 221(10):1441–44, 1420.
23. Young KL, Villar D, Carson TL, et al. Tremorgenic mycotoxin intoxication with penitrem A and roquefortine in two dogs. J Am Vet Med Assoc 2003; 222:52–53, 35.
24. Hodgson MJ, Morey P, Leung W-Y, et al. Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. J Occup Environ Med 1998; 40:241–49.
25. Croft WA, Jastromski BM, Croft AL, et al. Clinical confirmation of trichothecene mycotoxicosis in patient urine. J Environ Biol 2002; 23:301–20.
26. Kilburn KH. Inhalation of moulds and mycotoxins. Eur J Oncol 2002; 7:197–202.
27. Anyanwu EC, Campbell AW, Vojdani A. Neurophysiological effects of chronic indoor environmental mold exposure on children. Scientific World Journal 2003; 3: 281–90.

28. Mahmoudi M, Gershwin ME. Sick building syndrome. III. *Stachybotrys chartarum*. J Asthma 2000; 37:1191–98.
29. Walinder R, Wieslander, G, Norback D, et al. Nasal lavage biomarkers: effects of water damage and microbial growth in an office building. Arch Environ Health 2001; 56:30–36.
30. Gray MR, Thrasher JD, Crago R, et al. Mixed mold mycotoxicosis: immunological changes in humans following exposure in water-damaged buildings. Arch Environ Health 2003; 58(7):410–20.
31. Crago BR, Gray M, Nelson LA, et al. Psychological, neuropsychological, and electrocortical effects of mixed mold exposure. Arch Environ Health 2003; 58(8):452–63.
32. Johanning E, Landsbergis P, Gareis M, et al. Clinical experience and results of a sentinel health investigation related to indoor fungal exposure. Environ Health Perspect 1999; 107(Suppl 3):189–94.
33. Jaakkola M, Nordman H, Pilpari R, et al. Indoor dampness and molds and development of adult-onset asthma: a population-based incident case-control study. Environ Health Perspect 2002; 110:543–47.
34. Gent JF, Ren P, Belanger K, et al. Levels of household mold associated with respiratory symptoms in the first year of life in a cohort at risk for asthma. Environ Health Perspect 2002; 110:A781–86.
35. Hayes AW. Mycotoxins: a review of biological effects and their role in human diseases. Clin Toxicol 1980; 17: 45–83.
36. Wannemacher RW Jr, Weiner SL. Trichothecene mycotoxins. In: Sidell FR, Takafuji ET, Franz DR (Eds). Medical Aspects of Chemical and Biological Warfare. Falls Chruch, VA: Office of the Surgeon General, 1997; pp 655–76.
37. Pfohl-Leszkowicz A, Petkova-Bocharova T, Chernozemsky IN, et al. Balkan endemic nephropathy and associated urinary tract tumours: a review on aetiological causes and the potential role of mycotoxins. Food Addit Contam 2002; 19:282–302.
38. Bondy GS, Pestka JJ. Immunomodulation by fungal toxins. J Toxicol Environ Health B Crit Rev 2000; 3:109–43.
39. Fraser RS. Pulmonary aspergilliosis: pathologic and pathogenic features. Pathol Annu 1993; 28(Pt 1):231–77.
40. Patel AM, Ryu JH, Reed CE. Hypersensitivity pneumonitis: current concepts and future questions. J Allergy Clin Immunol 2001; 108:661–70.
41. Thrasher RD, Kingdom TT. Fungal infections of the head and neck: an update. Otolaryngol Clin North Am 2003; 36:577–94.
42. Dominguez-Malagon H, Gaytan-Graham S. Hepatocellular carcinoma: an update. Ultrastruct Pathol 2001; 25: 497–516.
43. Sajan MP, Satav JG, Bhattacharya RK. Effect of aflatoxin B in vitro on rat liver mitochondrial respiratory functions. Indian J Exp Biol 1997; 35:1187–90.
44. Hoehler, D, Marquardt RR, McIntosh AR, et al. Induction of free radicals in hepatocytes, mitochondria and microsomes of rats by ochratoxin A and its analogs. Biochim Biophys Acta 1997; 1357:225–33.
45. Hussein HS, Brasel JM. Toxicity, metabolism, and impact of mycotoxins on humans and animals. Toxicology 2001; 167:101–34.
46. Nishiyama M, Kuga T. Pharmacological effects of tremorgenic mycotoxin fumitremorgin A. Jpn J Pharmacol 1986; 40:481–89.
47. Cavanagh JB, Holton JL, Nolan CC, et al. The effects of tremorgenic mycotoxin penitrem A on the rat cerebellum. Vet Pathol 1998; 35:53–63.
48. Selala MI, Daelemans F, Schepens PJ. Fungal tremorgens: the mechanism of action of single nitrogen containing toxins—a hypothesis. Drug Chem Toxicol 1989; 12: 237–57.
49. Longland CL, Dyer JL, Michelangeli F. The mycotoxin paxilline inhibits the cerebellar inositol 1,4,5-trisphosphate receptor. Eur J Pharmacol 2000; 408:219–25.
50. Chen JW, Luo YL, Hwang MJ, et al. Territrem B, a tremorgenic mycotoxin that inhibits acetylcholinesterase with a noncovalent yet irreversible binding mechanism. J Biol Chem 1999; 274:34916–23.
51. Peterson DW, Bradford HF, Mantle PG. Actions of tremorgenic mycotoxin on amino acid transmitter release in vivo. Biochem Pharmacol 1982; 31:2807–10.
52. Norris PJ, Smith CC, De Belleroche J, et al. Actions of tremorgenic fungal toxins on neurotransmitter release. J Neurochem 1980; 34:33–42.
53. Desai K, Sullards MC, Allegood J, et al. Fumonisins and fumonisin analogs as inhibitors of ceramide synthase and inducers of apoptosis. Biochim Biophys Acta 2002; 1585:188–92.
54. Merrill AH, Sullards MC, Wang E, et al. Sphingolipid metabolism: roles in signal transduction and disruption by fumonisins. Environ Health Perspect 2001; 109(Suppl 2): 83–89.
55. Anyanwu E, Campbell A, High W. Brainstem auditory evoked response in adolescents with acoustic mycotic neuromas due to environmental exposure to toxic molds. Int J Adolesc Med Health 2002; 24:67–76.
56. Baldo JV, Ahmand L, Ruff R. Neuropsychological performance of patients following mold exposure. Appl Neuropsychol 2002; 9:193–202.
57. Campbell AW, Anyanwu EC, Vojdani A. Combination of high-dose immunoglobulins and itraconozole in treating chronic mycotic deymelinating optic neuritis. Scientific World Journal. 2003; 3:64–66.
58. Rudich R. Santilli J, Rockwell WJ. Indoor mold spore exposure: a possible factor in the etiology of multifocal choroiditis. Am J Opthalmol 2003; 135:402–04.
59. Coffey PJ, Perry VH, Allen Y, et al. Ibotenic acid induced demyelination in the central nervous system: a consequence of a local inflammatory response. Neurosci Lett 1988; 84:178–84.
60. Spengos K, Schwartz A, Hennerici M. Multifocal demyelination after magic mushroom abuse. J Neurol 2000; 224–25.
61. Shields SA, Gilson JM, Balkemore WF, et al. Remyelination occurs as extensively but more slowly in old rats compared to young rats following gliotoxin-induced CNS demyelination. Glia 1999; 28:77–83.
62. Van Emon JM, Reed AW, Yike I, et al. ELISA measurement of stachylysin™ in serum to quantify human exposures to the indoor mold *Stachybotrys chartarum*. J Occup Environ Med 2003; 45:582–91.
63. Vojdani A, Campbell A, Kashanian A, et al. Antibodies against molds and mycotoxins after exposure to toxigenic fungi in a water-damaged building. Arch Environ Health 2003; 58:324–36.
64. Vojdani A, Thrasher, JD, Madison RA, et al. Antibodies to molds and satratoxin in individuals exposed in water-damaged buildings. Arch Environ Health 2003; 58(7): 421–32.
65. Vojdani A, Kashanian A, Vojdani E, et al. Saliva secretory IgA antibodies against molds and mycotoxins in patients exposed to toxigenic fungi. Immunopharmacol Immunotoxicol 2003; 25:595–614.
66. Pestronk A, Griffin J, Feldman EL, et al. Polyneuropathy

syndromes associated with serum antibodies to sulfatide and myelin-associated glycoprotein. Neurology 1991; 41: 357–62.
67. Vojdani A, Campbell A, Anyanwu E, et al. Antibodies to neural-specific antigens in children with autism: possible cross-reaction with encephalitogenic proteins from milk, *Chlamydia pneumoniae* and *Streptoccocus* A group. J Neuroimmunol 2002; 129:168–77.
68. Vojdani A, Vojdani E, Cooper E. Antibodies to myelin basic protein, myelin oligodendrocytes peptides, α-β-crystallin, lymphocyte activation and cytokine production in patients with multiple sclerosis. J Intern Med 2003; 254:1–12.
69. Dumitru D, Zwarts MJ, Amato AA (Eds). Electrodiagnostic Medicine. Philadelphia: Hanley & Belfus, 1995.
70. Oh SJ. Electrodiagnosis in Diseases of Nerve and Muscle: Prinicples and Practice. 2nd ed. Philadelphia: FA Davis, 1989.
71. DeLisa JA, Mckenzie K, Baran EM. Manual of Nerve Conduction Velocity and Clinical Neurophysiology. 3rd ed. New York: Raven Press, 1994.
72. Steck AJ, Murray N, Dellagi K, et al. Peripheral neuropathy associated with monoclonal IgM autoantibody. Ann Neurol 1987; 22:764–67.
73. Storch MK, Piddlesden S, Haltia M, et al. Multiple sclerosis: in situ evidence for antibody- and complement-mediated demyelination. Ann Neurol 1999; 43:465–71.
74. Nemni R, Fazio R, Quattrini, A, et al. Antibodies to sulfatide and to chondroitin sulfate C in patients with chronic sensory neuropathy. J Neuroimmunol 1993; 43:79–86.
75. Carpo M, Meucci N, Allaria S, et al. Antisulfatide IgM antibodies in peripheral neuropathy. J Neurol Sci 2000; 176: 144–50.
76. Briani C, Berger JS, Latov N. Antibodies to chondroitin sulfate C: a new detection assay and correlations with neurological diseases. J Neuroimmunol 1998; 84: 117–21.
77. Dabby R, Weimer LH, Hays AP, et al. Antisulfatide antibodies in neuropathy. Neurology 2000; 54:1448–52.
78. Alaedini A, Sander HW, Hays AP, et al. Antiganglioside antibodies in multifocal acquired sensory and motor neuropathy. Arch Neurol 2003; 60:42–46.
79. Connolly AM, Pestronk A. Anti-tubulin autoantibodies in acquired deymelinating polyneuropathies. J Infect Dis 1997; 176(Suppl 2):S157–59.
80. Lopate G, Parks BJ, Goldstein J, et al. Polyneuropathies associated with high titre antisulphatide antibodies: characteristics of patients with and without serum monoclonal proteins. J Neurol Neurosurg Psychiatry 1997; 62:581–85.
81. Hao A, Saidi T, Kuroki S, et al. Antibodies to gangliosides and galactocerebroside in patients with Guillian-Barre syndrome with preceding *Campylobacter jejuni* and other identified infections. J Neuroimmunol 1998; 81:116–20.
82. Rosenbluth J, Moon D. Dysmyelination induced in vitro by IgM antisulfatide and antigalactoside monoclonal antibodies. J Neurosci Res 2003; 71:104–09.
83. Busby M, Donaghy M. Chronic dysimmune neuropathy. A subclassification based upon the clinical feature of 102 patients. J Neurol 2003; 250:714–24.
84. McConnel R, Delgado-Tellez E, Cuadra R, et al. Organophosphate neuropathy due to methamidophos: biochemical and neurophysiological markers. Arch Toxicol 1999; 73:296–300.
85. Salih M, Nixon NB, Dawes PT, et al. Prevalence of antibodies to neurofilament polypeptides in patients with rheumatoid arthritis complicated by peripheral neuropathy. Clin Exp Rheumatol 1008; 16:689–94.
86. Willson H, Yuki N. Peripheral neuropathies and anti-glycolipid antibodies. Brain 2002; 125:2591–2625.
87. Walsh TJ, Hier DB, Caplan LR. Aspergillosis of the central nervous system: clinicopathological analysis of 27 patients. Ann Neurol 1985; 18:575–82.
88. Walsh TJ, Hier DB, Caplan LR. Fungal infections of the central nervous system: comparative analysis of risk factors and clinical signs in 57 patients. Neurology 1985; 35:1654–57.
89. Berger T, Rubner P, Schautzer F, et al. Antimyelin antibodies as a predictor of clinically definite multiple sclerosis after a first demyelinating event. N Eng J Med 2003 349:139–45.
90. Reindl M, Linington C, Brehm U, et al. Antibodies against the myelin oligodendrocyte glycoprotein and the myelin basic protein in multiple sclerosis and other neurological diseases: a comparative study. Brain 1999; 122:2047–56.