ELSEVIER
ACADEMIC PRESS

*Advances in Applied Microbiology*
*Volume 55*

# SICK BUILDING SYNDROME



Edited by **David C. Straus**

EXHIBIT
3 part 1

ADVANCES IN

# Applied Microbiology

*Edited by*

DAVID C. STRAUS
Lubbock, Texas

VOLUME 55

ELSEVIER
ACADEMIC PRESS

AMSTERDAM • BOSTON • HEIDELBERG • LONDON
NEW YORK • OXFORD • PARIS • SAN DIEGO
SAN FRANCISCO • SINGAPORE • SYDNEY • TOKYO

Elsevier Academic Press
525 B Street, Suite 1900, San Diego, California 92101-4495, USA
84 Theobald's Road, London WC1X 8RR, UK

This book is printed on acid-free paper. ♾

Copyright © 2004, Elsevier Inc. All Rights Reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the Publisher.

The appearance of the code at the bottom of the first page of a chapter in this book indicates the Publisher's consent that copies of the chapter may be made for personal or internal use of specific clients. This consent is given on the condition, however, that the copier pay the stated per copy fee through the Copyright Clearance Center, Inc. (www.copyright.com), for copying beyond that permitted by Sections 107 or 108 of the U.S. Copyright Law. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale. Copy fees for pre-2004 chapters are as shown on the title pages. If no fee code appears on the title page, the copy fee is the same as for current chapters.
0065-2164/2004 $35.00

Permissions may be sought directly from Elsevier's Science & Technology Rights Department in Oxford, UK: phone: (+44) 1865 843830, fax: (+44) 1865 853333, E-mail: permissions@elsevier.com.uk. You may also complete your request on-line via the Elsevier homepage (http://elsevier.com), by selecting "Customer Support" and then "Obtaining Permissions."

For all information on all Academic Press publications visit our Web site at www.academicpress.com

ISBN: 0-12-002657-0

PRINTED IN THE UNITED STATES OF AMERICA
04 05 06 07 08 9 8 7 6 5 4 3 2 1

# CONTENTS


Preface .......... xv

## Section I. Fungi and Sick Building Syndrome

### Fungi and the Indoor Environment: Their Impact on Human Health

J. D. Cooley, W. C. Wong, C. A. Jumper, and D. C. Straus

I. Introduction .......... 3
II. Inhalation of Fungal Spores Causes Respiratory Disease in Humans .......... 5
III. Correlation Between the Presence of Certain Fungi and SBS .......... 9
IV. Development of an Animal Model for Allergic Penicilliosis Induced by the Intranasal Instillation of Viable *Penicillium chrysogenum* Conidia .......... 13
V. Cellular and Humoral Responses in an Animal Model Inhaling *Penicillium chrysogenum* .......... 16
VI. Continually Measured Fungal Profiles in SBS .......... 19
VII. Evaluation of Fungal Growth on Cellulose-Containing and Inorganic Ceiling Tile .......... 22
VIII. The Presence of Fungi Associated with SBS in North American Zoological Institutions .......... 23
IX. The Role (?) of Mycotoxins in SBS .......... 24
References .......... 27

### Fungal Contamination as a Major Contributor to Sick Building Syndrome

De-Wei Li and Chin S. Yang

I. Introduction .......... 31
II. Effects of Indoor Fungi on Human Health .......... 32
III. Indoor Fungi .......... 63
IV. Ecological Factors of Fungi Indoors .......... 78
V. Recent Studies on Limits/Exposures of Indoor Fungi .......... 94
VI. Conclusions .......... 96
References .......... 97

## Indoor Moulds and Their Associations with Air Distribution Systems

DONALD G. AHEARN, DANIEL L. PRICE, ROBERT SIMMONS, JUDITH NOBLE-WANG, AND SIDNEY A. CROW, JR.


I. Introduction ........ 113
II. Problem Areas with Air Distribution Systems ........ 115
III. Colonization of Filters ........ 117
IV. Colonization of In-Duct Insulation ........ 120
V. Carpets and Wallboard ........ 126
VI. Colonization of Automobile Air-Conditioning Systems ........ 131
VII. Conclusions and Recommendations ........ 133
References ........ 135


## Microbial Cell Wall Agents and Sick Building Syndrome

RAGNAR RYLANDER


I. Historical Perspective ........ 139
II. The Nature of SBS ........ 140
III. Indoor Microbial Contamination ........ 142
IV. MCWA and Inflammation ........ 143
V. Endotoxin ........ 144
VI. (1 → 3)-β-D-glucan ........ 146
VII. Endotoxin and (1 → 3)-β-D-glucan in Relation to SBS ........ 147
VIII. Focus on Children ........ 149
IX. Treatment and Prevention ........ 150
References ........ 151


## The Role of *Stachybotrys* in the Phenomenon Known as Sick Building Syndrome

EEVA-LIISA HINTIKKA


I. Introduction ........ 155
II. History of *Stachybotrys* Problems ........ 156
III. *Stachybotrys* in Veterinary Medical Literature ........ 157
IV. Biological Methods to Evaluate *Stachybotrys*-Contaminated Material and Toxins ........ 160
V. Methods to Evaluate *Stachybotrys* Growth ........ 161
VI. Airborne *Stachybotrys* Spores in Buildings and *Stachybotrys* Toxins in Building Materials ........ 164
VII. Mycotoxins Found in Dust and Air Samples ........ 165
VIII. Human *Stachybotrys* Toxicosis Case Reports ........ 166
IX. Conclusions ........ 169
References ........ 170

## Moisture-Problem Buildings with Molds Causing Work-Related Diseases

KARI REIJULA


I. Introduction .......... 175
II. Microbiology of Moisture-Problem Buildings .......... 177
III. Health Outcomes in Water-Damaged Buildings .......... 179
IV. Diagnosis of Diseases Related to Mold Exposure .......... 184
V. Conclusion and Future Prospects .......... 187
References .......... 188


## Possible Role of Fungal Hemolysins in Sick Building Syndrome

STEPHEN J. VESPER AND MARY JO VESPER


I. Introduction .......... 191
II. Biochemical Characterization of Hemolysins .......... 192
III. Physiological Actions of Hemolysins as Cytolysins .......... 199
IV. Potential Roles of Micro-Fungal Hemolysins/Cytolysins in SBS .......... 201
V. Why Do Fungi Make Hemolysins? .......... 205
VI. Application of Fungal Hemolysins in the Analysis of SBS .......... 206
VII. Conclusions .......... 207
References .......... 208


## The Roles of *Penicillium* and *Aspergillus* in Sick Building Syndrome

CHRISTOPHER J. SCHWAB AND DAVID C. STRAUS


I. Introduction .......... 215
II. Characteristics and Importance of *Penicillium* spp. in SBS .......... 216
III. Characteristics and Importance of *Aspergillus* spp. in SBS .......... 226
IV. Conclusion .......... 230
References .......... 231


## SECTION II. MEDICAL ASPECTS OF FUNGI AND SICK BUILDING SYNDROME

## Pulmonary Effects of *Stachybotrys chartarum* in Animal Studies

IWONA YIKE AND DORR G. DEARBORN


I. Introduction .......... 241
II. *In Vivo* and *In Vitro* Studies Using Pure Trichothecene Toxins .......... 244



...... 113
...... 115
...... 117
...... 120
...... 126
...... 131
...... 133
...... 135
ome
...... 139
...... 140
...... 142
...... 143
...... 144
...... 146
...... 147
...... 149
...... 150
...... 151
ı as
...... 155
...... 156
...... 157
...... 160
...... 161
...... 164
...... 165
...... 166
...... 169
...... 170

III. Animal Studies Using Fungal Spores and Other Fungus-Derived Components ........ 245
IV. Practical Considerations for Designing Animal Experiments of Exposure to *S. chartarum* ........ 259
V. New Directions in the Investigation of the Effects of *S. chartarum* in Animal Models ........ 263
VI. Conclusions ........ 266
References ........ 267


## Toxic Mold Syndrome

Michael B. Levy and Jordan N. Fink


I. Introduction ........ 275
II. Overview of Molds ........ 275
III. Fungal Structure and Compounds ........ 276
IV. Mycotoxins ........ 277
V. Building-Related Diseases ........ 278
VI. Diseases Related to *Stachybotrys* ........ 281
VII. Disease and Mycotoxins ........ 282
VIII. Conclusions ........ 285
References ........ 286


## Fungal Hypersensitivity: Pathophysiology, Diagnosis, Therapy

Vincent A. Marinkovich


I. Introduction ........ 289
II. Health Effects of Fungi ........ 290
III. Clinically Relevant Characteristics of Fungi ........ 292
IV. Diagnosis ........ 293
V. Symptoms ........ 295
VI. Mycotoxins ........ 296
VII. The Role of IgE and Non-IgE Mechanisms ........ 297
VIII. Therapy ........ 299
IX. Conclusion ........ 305
References ........ 305


## Indoor Molds and Asthma in Adults

Maritta S. Jaakkola and Jouni J. K. Jaakkola


I. Occurrence of Indoor Mold and Dampness Problems ........ 309
II. Reasons for Indoor Mold and Dampness Problems ........ 310
III. Potential Mechanisms by Which Indoor Mold and Dampness Problems Induce Asthma ........ 311



IV. Assessm
V. Studies c
Asthma
VI. Methodo
VII. Conclusi
VIII. Future D
Referenc

Role o

I. Introduc
II. Neurobe
III. Mold-As
IV. Evidenc
V. Conclusi
Referenc

The [

I. Introduc
II. What Is
III. How Is
IV. Cognitiv
V. Conclus
Referen

Mol

I. Introdu
II. Water D
III. Sympto
IV. IgA, IgC
V. Alterati
Immun

.......... 245
.......... 259
in
.......... 263
.......... 266
.......... 267
.......... 275
.......... 275
.......... 276
.......... 277
.......... 278
.......... 281
.......... 282
.......... 285
.......... 286
s, Therapy
.......... 289
.......... 290
.......... 292
.......... 293
.......... 295
.......... 296
.......... 297
.......... 299
.......... 305
.......... 305
.......... 309
.......... 310
.......... 311



IV. Assessment of Exposure in Asthma Studies ........ 311
V. Studies on Indoor Mold and Dampness Problems and Asthma or Wheezing ........ 313
VI. Methodological Considerations ........ 330
VII. Conclusions ........ 332
VIII. Future Directions ........ 333
References ........ 333

## Role of Molds and Mycotoxins in Being Sick in Buildings: Neurobehavioral and Pulmonary Impairment

KAYE H. KILBURN

I. Introduction ........ 339
II. Neurobehavioral Tests ........ 342
III. Mold-Associated Illness ........ 345
IV. Evidence for Cause ........ 350
V. Conclusion ........ 355
References ........ 355

## The Diagnosis of Cognitive Impairment Associated with Exposure to Mold

WAYNE A. GORDON AND JOSHUA B. CANTOR

I. Introduction ........ 361
II. What Is Neuropsychological Testing? ........ 361
III. How Is Differential Diagnosis Used in Neuropsychology? ........ 366
IV. Cognitive Impairment and Mycotoxin-Producing Fungi ........ 367
V. Conclusion ........ 373
References ........ 373

## Mold and Mycotoxins: Effects on the Neurological and Immune Systems in Humans

ANDREW W. CAMPBELL, JACK D. THRASHER, MICHAEL R. GRAY, AND ARISTO VOJDANI

I. Introduction ........ 375
II. Water Damage and Associated Molds ........ 378
III. Symptoms, Upper and Lower Respiratory Tract ........ 380
IV. IgA, IgG, and IgE Antibodies to Molds and Mycotoxins ........ 385
V. Alterations in T and B Cells, Natural Killer (NK) Cells, and Other Immune Parameters in Humans Exposed to Toxigenic Molds ........ 390

VI. Neurological Abnormalities .......... 393
VII. Conclusion .......... 397
References .......... 398

## SECTION III. SICK BUILDING SYNDROME: OTHER CONSIDERATIONS

### Identification, Remediation, and Monitoring Processes Used in a Mold-Contaminated High School

S. C. WILSON, W. H. HOLDER, K. V. EASTERWOOD, G. D. HUBBARD, R. F. JOHNSON, J. D. COOLEY, AND D. C. STRAUS

I. Introduction .......... 409
II. Environmental Survey .......... 410
III. Initial Indoor Air Quality Investigation .......... 412
IV. Results of Initial Investigation .......... 414
V. Indoor Air Quality Investigation: Conclusion .......... 415
VI. Abatement, Decontamination, and Clearance .......... 416
VII. Clearance Testing: Methods and Results .......... 418
VIII. Post Remediation .......... 419
IX. Discussion .......... 419
X. Conclusion .......... 420
XI. Recommendations .......... 420
References .......... 421

### The Microbial Status and Remediation of Contents in Mold-Contaminated Structures

STEPHEN C. WILSON AND ROBERT C. LAYTON

I. Introduction .......... 425
II. Should We Be Concerned About Contents Contamination? .......... 426
III. Properties of an Ideal Cleaning/Sterilization Technique .......... 431
IV. Cleaning/Sterilization Agents .......... 431
V. Post Cleaning .......... 433
VI. Conclusion .......... 434
References .......... 434

### Specific Detection of Fungi Associated With Sick Building Syndrome When Using Quantitative Polymerase Chain Reaction

PATRICIA CRUZ AND LINDA D. STETZENBACH

I. Introduction .......... 437
II. Quantitative Polymerase Chain Reaction (QPCR) .......... 439

III. Primer Sele
IV. Sample Coll
V. DNA Extrac
VI. DNA Ampli
VII. Quantitatio
VIII. Conclusion
References .
INDEX ..........
CONTENTS OF PREVIC

.............. 393
.............. 397
.............. 398

DERATIONS

ocesses
ol

. HUBBARD,
JS

.............. 409
.............. 410
.............. 412
.............. 414
.............. 415
.............. 416
.............. 418
.............. 419
.............. 419
.............. 420
.............. 420
.............. 421

ntents in

.............. 425
.............. 426
.............. 431
.............. 431
.............. 433
.............. 434
.............. 434

k Building
erase

.............. 437
.............. 439



III. Primer Selection ........ 440
IV. Sample Collection and Processing ........ 442
V. DNA Extraction and Purification ........ 442
VI. DNA Amplification ........ 444
VII. Quantitation Standards ........ 444
VIII. Conclusion ........ 446
References ........ 447

INDEX ........ 451
CONTENTS OF PREVIOUS VOLUMES ........ 469

# The Role of *Stachybotrys* in the Phenomenon Known as Sick Building Syndrome

EEVA-LIISA HINTIKKA

*Finnish Institute of Occupational Health*
*Uusimaa Regional Institute of Occupational Health*
*Arinatie 3A, FIN-00370*
*Helsinki, Finland*

I. Introduction 155
II. History of *Stachybotrys* Problems 156
III. *Stachybotrys* in Veterinary Medical Literature 157
IV. Biological Methods to Evaluate *Stachybotrys*-Contaminated Material and Toxins 160
V. Methods to Evaluate *Stachybotrys* Growth 161
A. Toxic, Less-Toxic, and Nontoxic *Stachybotrys* Strains 161
B. *Stachybotrys* in Building Materials and Indoor Samples 162
VI. Airborne *Stachybotrys* Spores in Buildings and *Stachybotrys* Toxins in Building Materials 164
VII. Mycotoxins Found in Dust and Air Samples 165
VIII. Human *Stachybotrys* Toxicosis Case Reports 166
IX. Conclusions 169
References 170

## I. Introduction

If *Stachybotrys* is found in a building, special attention is directed to this finding. In many countries today *Stachybotrys* is considered the most dangerous and alarming fungus found in indoor air or in building materials (Andersson *et al.*, 1997).

In veterinary medicine, *Stachybotrys* has been described as a toxin-producing fungus that causes diseases in domestic animals. Naturally the evidence of a new disease-causing fungus in an outbreak where a few animals are sick cannot withstand all scientific criteria today. Often the clinical picture is exactly described and even laboratory examinations are included in reports. Gradually, more information has been gathered, and the picture of *Stachybotrys* mycotoxicosis in different animals has been described in more detail.

Often mycotoxins are first detected and reported as disease-causing agents in animals and only later has their importance to human health been verified. Aflatoxin killed turkeys and poultry in the United Kingdom in the early 1960s, and some years later animal experiments revealed it to be carcinogenic and therefore potentially dangerous in



ADVANCES IN APPLIED MICROBIOLOGY, VOLUME 55
Copyright 2004, Elsevier Inc.
All rights reserved.
0065-2164/04 $35.00

human food. Diseases caused by toxin-producing *Fusarium* species were described in domestic animals in Eastern Europe, and subsequently epidemics of alimentary toxic aleukia (ATA) were reported in humans as well. Farm animals eat food that may be more moldy than the food of people. Usually animals also live under circumstances with higher fungal exposure than do people and thereby represent "experiments" never allowed in human medicine.

In this chapter the role of *Stachybotrys* will be described partly through examples taken from selected papers. Less-cited papers published in other languages than English are included in the list of references. The picture given of so-called "sick buildings" and the indoor air problems in these buildings is the sum of many physical, chemical, and microbial factors. The roles of the various important factors must be examined in this context.

## II. History of *Stachybotrys* Problems

The early history of *Stachybotrys* goes back to the Ukraine and can be linked to the highest political levels in the Soviet Union. Nikita Khrushchev was ordered by Stalin to take the highest post in the Ukraine as First Secretary of the Ukrainian Central Committee. In his memoirs Khrushchev (1971) gives the following description of a dangerous problem that he faced at the beginning of his new political career in the Ukraine in 1939. Horses were dying on farms all over the western parts of the Ukraine. No one had any idea what was making the horses sick. It was suspected that the horses were being poisoned by people trying to sabotage the economy and military capacity. Stalin was distressed by the problem. War was imminent. Jews, veterinarians, and professors were put in jail for this alleged poisoning of horses.

Horses were very important in these times. They were not just livestock, they were what tanks, airplanes, and jeeps are today. Soviet army transport depended almost entirely on horses. Khrushchev decided to set up a commission to look into the mysterious deaths of the horses. However, he was faced with a problem: there had already been several such commissions, and when the horses kept on dying, the commissions had been dissolved and their members arrested. With some justification, it was widely thought that appointment to serve on one of these commissions sealed a man's fate. Khrushchev wrote, "I can't believe that science is absolutely helpless here. Surely if we make a concerted effort, we can isolate and identify the cause of the deaths. I think we should set up another commission to investigate."

A new commission, with the president of the Academy of Sciences as chairman, was appointed. Khrushchev promised to attend all the plenary sessions of the commission himself and to listen to the reports of the scientists to help avoid the commission being accused of anything. Another precaution was taken by setting up a second commission to exclude the possibility of saboteurs. Just to be absolutely safe, a third commission, made up of Russian scientists from Moscow, headed by Professor Vertinsky, was set up. All three groups went out to investigate the stricken farms.

Later, one of the Ukrainian commissioners, Professor Dobrotko, came to the conclusion that the horses were affected by a fungus that grew in the damp hay. Dobrotko said, "When I realized this must be the cause, I even contaminated myself with the fungus to see what would happen, and I came down with an illness very similar to the one which was killing the horses." Professor Vertinsky, a Moscovite, was not willing to accept Dobrotko's view, however. To avoid a clash between the two, Khrushchev suggested that the investigation be continued to make certain that the answer was found.

After a long time, Vertinsky admitted that he agreed with Dobrotko's findings. The field investigation came to an end and a report was written. The recommended method for stamping out the disease was simple: keep the hay dry.

Both Professors, Dobrotko and Vertinsky, were awarded honorary Orders. Khrushchev wrote, "We had won more than just a victory for our agriculture. It was a moral and political victory as well. But how many collective farm chairmen, cattle raisers, agronomists, animal husbandry specialists, and scientists had lost their heads as saboteurs before I stepped in and took charge of the situation."

## III. *Stachybotrys* in Veterinary Medical Literature

Forgacs (1972) has written an excellent review on *Stachybotrys* and its pathogenic role, covering the time up to the early 1960s.

*S. alternans* and *Stachybotrys* toxins have a prominent place in the Russian mycotoxin literature. The textbooks on mycotoxins by Bilaj and Pidoplishko (1970), Sarkisov *et al.* (1971), and Spesivtseva (1964) contain extensive reviews of the *Stachybotrys* toxin research and the clinical and pathogenic descriptions of *Stachybotrys* toxicosis. In the English mycotoxin literature, the survey by Palyusik (1970) supplements the reviews by Forgacs summarizing the *Stachybotrys* toxin research with reference to the Russian and other Slavic authors.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 15 of 111 PageID #: 3613



The studies on *Stachybotrys* toxicosis in different animals are reviewed by Hintikka (1977). An encyclopedic mycotoxin handbook, *Mycotoxic Fungi, Mycotoxins, Mycotoxicoses*, contains references by Hintikka (1977–1978) on descriptions of *Stachybotrys* toxicosis in different domestic, wild, and laboratory animals, a short review of human *Stachybotrys* toxicosis, and mycological and toxicological data on *Stachybotrys*. Papers on the hemolytic, antifungal, antibacterial, and phytotoxic effects of *Stachybotrys* have been published previously.

Schneider *et al.* (1979) described suspected *Stachybotrys* toxicosis in sheep in South Africa. In this outbreak, 109 out of 568 merino sheep died. Unseasonably heavy rainfall had lasted for over 6 months during the entire period of harvesting, baling, and stacking of grain and straw. The straw became wet and visibly moldy. The source of the *Stachybotrys* contamination was wheat straw containing up to 8.3 million *Stachybotrys* spores per gram of ground straw. There was a clear relationship between feeding the animals with *Stachybotrys chartarum*–infested cubes and the mortality of the sheep. The main clinical findings were hemorrhagic septicemia and sometimes very acute or anemic cases with progressively severe anemia.

Pathological findings of the early cases revealed a marked pulmonary edema and congestion. There was variation in the degree and occurrence of hemorrhage in the respiratory organs, gastrointestinal tract, and subcutaneous, subpleural, and subperitoneal hemorrhage. In a feeding experiment, cubes of ground straw and wheat straw were fed to 1-day-old ducklings and weanling rats; death occured within 6 and 9 days, respectively. Intradermally injected crude extracts of *Stachybotrys*-contaminated straw cubes and straw caused severe necrotic skin reactions in rats.

Tantaoui-Elaraki *et al.* (1994) and annonym Bull (1991) describe a disease outbreak in the equine population in Morocco. Out of 242 exposed animals, 216 died rapidly, including 113 mules, 85 donkeys, and 18 horses. The authors studied the toxicity of the eight *Stachybotrys* strains isolated from straw from the farms where *Stachybotrys* toxicosis was suspected. The toxicity of these strains varied in the different tests. In a feeding test in mice, one strain killed the animals in a few hours, whereas four strains caused no mortality, even though some signs of intoxication were noted. Only one of the eight strains showed dermotoxic reactions on rat skin. The toxicity of the eight strains to brine shrimp (*Artemia salina* larva) varied as well. One isolate caused mortality to start within the first 30 minutes of contact, and one isolate did not cause a notable increase in mortality even in 24 hours.

In Hungary, disease cases in sheep have been described by Hajtos *et al.* (1983) and Harrach *et al.* (1983) and in horses by Harrach *et al.* (1987). *Stachybotrys* toxicosis in calves has been described by Dzhurov *et al.* (1984) in Bulgaria. In France, *Stachybotrys* toxicosis cases have been described by Le Bars and Le Bars, (1991) and by Lefebrevre *et al.* (1993).

The nonspecific symptoms described in the first case reports of veterinary medicine are those described by people with complaints in buildings in which *Stachybotrys* has been detected in the fungal flora. Nose bleeding, sore throat, and eye irritation were among the symptoms described by Croft *et al.* (1986) and Johanning *et al.* (1996).

Without doubt there are many factors in buildings, both in work places and homes, which can underlie the symptoms that people report in buildings with various fungal flora. If *Stachybotrys* contamination is found in the close vicinity of a person complaining of more or less defined symptoms resembling those known to be caused by *Stachybotrys*, one should keep the mind open to the possibility of *Stachybotrys* as being one factor among the multifacted health problems.

*Stachybotrys*-contaminated material has been known to irritate the skin of animals. The irritation is most severe at sites of contact with *Stachybotrys*-contaminated material, according to Szabo *et al.* (1970). When animals eat contaminated feed, such as hay or straw, their lips and mouth are in close contact with the material. Bedding straw has often been reported as the source for *Stachybotrys* contamination. Animals with a thin coat of hair like pigs are often more affected than animals with thick hair (Hintikka, 1977).

The early veterinary papers on *Stachybotrys* contamination often mention that the lungs of animals that have been eating contaminated feed or laying on *Stachybotrys*-contaminated bedding materials have been affected. During the feeding of domestic animals there is often considerable fungal spore exposure around the animals. Hay and other rough forage may become dusty and heavily contaminated with various fungi. The numbers of fungal spores increase greatly, and some of the original species increase in number while others decrease. Hay bales and round bales can show signs of fungal growth as miscoloured material or visible fungal growth. *Stachybotrys*-contaminated hay and straw often has the appearance of black soot, which helps to find the suspected material. The nodes of the straw are the most heavily contaminated. Silage can also become contaminated with fungi if the processing method fails.

It is known that farm workers and animal attendants may have some health problems when handling moldy material. The animals stay in the moldy environment longer than their attendants, and their eating

habits promote fungal exposure as they shake and sniff their feed. It is therefore inevitable that domestic animals are inhaling various fungal spores and that the exposure is high when the feed is moldy.

## IV. Biological Methods to Evaluate *Stachybotrys*-Contaminated Material and Toxins

Already some of the early *Stachybotrys* papers report variation in toxin production by the different strains. Different biological methods are used to measure different toxins or toxin combinations produced by *Stachybotrys*.

The methods to evaluate the toxic or non-toxic strains vary in the various papers. Different biological tests have been used to find out whether the strains produce toxic metabolites in laboratory conditions and thus cause death or some injury in the biological system. The feeding experiment is a simple way to find out whether material contaminated with different *Stachybotrys* strains is hazardous to animals. Korneev (1948) fed white mice with oats infested with *Stachybotrys alternans* strains; the mice died after 2 to 3 days and showed catarrhal hemorrhagic gastritis. Experiments have been conducted with mice, guinea pigs, and other animals, even dogs, and the results have been reviewed by Forgacs (1972). In these experiments, sterilized material was infected with a *Stachybotrys* strain, and when the mold growth was sufficient the material was fed to animals.

The irritative or dermotoxic effect of *Stachybotrys* toxin has been studied especially by Soviet Union scientists. The official Soviet standard method for a skin irritation bioassay to study trichothecenes was to rub the suspected toxic substance on the intact skin of rabbit and repeat this after 24 hours. The reaction developed in 1 to 2 days, and the maximum reaction usually appeared on the fourth or fifth day. The depth and character of the inflammation process were important in the interpretation of the results of the skin test (Hintikka 1977–78). There are numerous modifications of the skin test.

Cell culture tests have been in wide use in mycotoxin studies, starting from the 1970s by Bodon and Palyusik (1970) and by Korpinen *et al.* (1974). There are a great variety of cell-culture-based methods used for mycotoxin studies. The basic methods are described by Gareis *et al.* (1999) and Hanelt *et al.* (1994). Protozoa (*Paramecium caudatum*), brine shrimp (*Artemia salina*), and rice moth larva (*Corcyra cephalonica*) have been used as indicators for *Stachybotrys* toxins in the 1970s. For a review, see Hintikka (1977–78).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 18 of 111 PageID #: 3616



Andersson *et al.* (1997) introduced a method to test some mycotoxins: they used boar spermatozoa and compared it with the rabbit skin test and the cell toxicity test. The inhibition of ciliostatic activity by mycotoxins in tracheal epithelium has been used by Wilkins and Pieckova (2002) for detecting fungal growth in building materials. Yeast cells have also been developed as an indicator for trichothecenes (Engler *et al.* 1999). Zaichenko *et al.* (2002) reported the results of *Stachybotrys* toxicity studies in which cyanobacteria was used as test culture.

## V. Methods to Evaluate *Stachybotrys* Growth

### A. Toxic, Less-Toxic, and Nontoxic *Stachybotrys* Strains

Biological tests give rough information about the variation of toxicity of isolated *Stachybotrys* strains. When strains isolated from sources suspected to have caused problems to humans or animals and strains isolated during normal mycological surveys of plant or soil material are tested in a laboratory at the same time with the same biological method, both toxic and non-toxic strains from the same materials have been found. Forgacs *et al.* (1958) studied the toxicity of 40 strains, and Yskiv (1969) reported the toxicity results of 20 strains; they found that about two thirds of *Stachybotrys alternans* strains were toxin producers under laboratory conditions.

Similar results were found in Finland in the early 1970s by Korpinen and Uoti (1974), when 72 *Stachybotrys* strains were tested in a mouse fetal primary fibroblast culture. Forty-eight of these 72 strains were able to produce toxic metabolites when cultivated on grain mixture. A part of the material for this study consisted of 725 samples sent for routine mycological examination to the Department of Plant Pathology of the Agricultural Research Center. This part of the material was not selected because of its moldy appearance but was collected by random sampling of field or storage material. The other part of the material consisted of 129 samples of feed or fodder suspected to be responsible for 65 alleged outbreaks or cases of mycotoxicoses in domestic animals. Cereal grain for human consumption, field pea, oatmeal, grass seed, mixed feed, and fodder were represented in the material. Both toxic and nontoxic strains were isolated from both groups. In this study the frequency of *Stachybotrys* in the randomly selected grain and field pea samples was relatively high, 7%, as compared with the suspected samples containing 17%, but this may have been due to the isolation method. A detail worth mentioning is that out of 68 field pea samples, toxin-producing

*Stachybotrys* was isolated from 13 samples (20%). For isolation, the material was cultivated on wet cotton wool and sterile filter paper in large Petri dishes. Fungal growth was first observed with a stereomicroscope. Pure cultures of *Stachybotrys* strains were started from the hyphal tips and grown on oatmeal agar.

Tantaoui-Elaraki and coworkers (1994) from Morocco and Adriienko and Zaichenko (1997) from the Ukraine have also reported variations in the toxin-producing capacity of *Stachybotrys* strains.

*Stachybotrys* strains isolated from indoor air, surfaces, and building material samples in houses with mold problems differ in toxin production, like the strains isolated from plant or grain materials. Nine *Stachybotrys atra* and one *Stachybotrys sphaerospora* strains isolated from buildings with mold problems were grown on moist autoclaved rice. A feline fetal lung cell line and 3-(4,5-dimethylthiazol-2-yl)-2.5-diphenyltetrazolium bromide (MTT) tests were used to determine the toxicity of the isolates. Crude extracts from all strains, except one *S. atra*, proved to be cytotoxic. Satratoxins G and H were found by high-performance liquid chromatography (HPLC) analysis in the extracts of two highly toxic strains. The unusually high verrucarol content of the hydrolyzed samples was suspected to be due to the presence of other macrocyclic trichothecenes (Nikulin *et al.*, 1996).

Jarvis *et al.* (1998) studied the toxin production of the Cleveland isolates of *Stachybotrys chartarum* and *Memnoniella echinata*. They cultivated the strains on rice and performed chemical and cytotoxicity analyses of the extracts. Toxin-producing strains were found both from the case homes and the control homes. There was a significant variation in the toxin production of a given isolate cultivated at different temperatures.

During cultivation and storage, the strains may lose their toxin-producing capacity (Hintikka, 1977–78). The light conditions and the nutrients have an effect on the growth and sporulation of *Stachybotrys*. Under favorable conditions, *S. chartarum* can sporulate under various light exposures even in the dark. The initial growth rate and sporulation of *Stachybotrys* are favored by light (Heinsohn *et al.*, 1999; Hintikka, 1977–78).

## B. *Stachybotrys* in Building Materials and Indoor Samples

### 1. *Cultivation*

Cultivation methods have been used commonly to detect and evaluate *Stachybotrys* exposure. Suspected surfaces are sampled with sterile cotton swabs. Various culture media with their modifications have

been widely reported to be suitable for *Stachybotrys* isolation. However, some rapidly growing dominating fungi like *Aspergillus* can by their overgrowth prevent *Stachybotrys* detection. This can present a problem. However, on nutritionally poor media, such as on wet sterilized filter paper or on water agar (agar 15–20 g for 1 liter distilled water; Gams *et al.*, 1998), isolation of *Stachybotrys* is sometimes possible from contaminated material.

2. *Microscopy*

Direct microscopy of the suspected material is recommended due to potentially non-cultivable *Stachybotrys* growth. Stereomicroscopy, light microscopy, and electron microscopy are also useful techniques.

3. *Collection*

Impactors that collect spores directly onto agar plates are mostly used for sampling airborne *Stachybotrys*. The Andersen sampler is often referred as the instrument for *Stachybotrys* and other indoor fungi (Shelton *et al.*, 2002). A common type of sampler collects 28.3 L/min and is run for 5–10 minutes. The resulting indoor sample of 140–280 liters represents a very short period when compared to the 40 $m^3$ of air inhaled by an adult person during 24 hours. The variation of fungal spores in indoor air is greatly affected by several physical factors. In many papers (e.g., Wilson and Straus, 2002), *Stachybotrys* have been detected successfully by surface samples, and not by Andersen samplers, from the same source.

The CAMNEA (collection of airborne microorganisms on nucleopore filters, estimation and analysis) technique was developed by Palmgren *et al.* (1986) to determine airborne viable and non-viable fungi in highly contaminated environments to estimate total fungal exposure.

*Stachybotrys* spores are slimy and therefore not easily liberated into the air. The high water content of the substrate can prevent the liberation of the spores and the outcome of experiments can thus be unexpected. Pasanen *et al.* (1993) developed a membrane filter method for sampling of airborne *Stachybotrys* toxins. Toxigenic strains of *Stachybotrys* grew well and produced toxic metabolites on wallpaper, grain, hay, and straw. *Stachybotrys* spores were easily liberated from wallpaper and grain material and could be collected on polycarbonate filters. The method did not work on straw and hay because of their high water content, even when *Stachybotrys* produced large amounts of toxins on the original material. *Stachybotrys* spores very likely become airborne when they dry.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 21 of 111 PageID #: 3619



Wilkins *et al.* (1998) studied respiratory effects in mice exposed to airborne emissions from *Stachybotrys chartarum*. The idea of the investigation was to expose mice first to vapors and afterwards to a combination of vapors, spores, mycelia fragments, and particles containing solid metabolites. The experimental design, including an exposure chamber and factors to be evaluated, was elegant. The sporulation of *Stachybotrys* on malt extract agar was nevertheless limited, and the filters designed for the determination of airborne mold spores contained no conidia. The authors suggested that the water content of their medium was too high.

Andersson *et al.* (1997) sampled building materials from water-damaged sites of a children's daycare center with different methods. Microscopic analyses were carried out by light microscopy, scanning electron microscopy (SEM), and transmission electron microscopy (TEM). The amounts of fungal propagules were estimated by the tape sampling method. For the isolation of different fungal species from gypsum liner, six types of agar commonly examined in building material studies were used. Satratoxins were analyzed from methanol extracts of building materials. Microscopic inspection revealed that water-damaged sites contained *Stachybotrys* sp. as the dominant organism. In spite of the fact that *Stachybotrys* was detected in the microscopic examination, it was not cultivable from the water-damaged gypsum liner on malt extract agar (MEA) but it could be enumerated on corn meal agar (CMA) for isolation of slowly growing fungi. In this case, highly toxic *Stachybotrys chartarum* propagules of the gypsum liner escaped culturing by routine methods, although they were microscopically visible and dominant on the surfaces of liners, and they were also shown to possess chemically assayable satratoxin. Dominance of the slowly growing *S. chartarum* in a mold population present on interior building materials may indicate the presence of an old and stable microbial community.

## VI. Airborne *Stachybotrys* Spores in Buildings and *Stachybotrys* Toxins in Building Materials

Hodgson *et al.* (1998) described building-associated pulmonary disease in persons exposed to *Stachybotrys chartarum* and *Aspergillus versicolor* in a courthouse and in two associated office buildings. In bulk samples *Stachybotrys chartarum* was found at concentrations of $10^4$ to $10^7$ CFU/cm$^2$, and it was dominant in the molds on damaged ceiling tiles. *Stachybotrys* spores were found also in settled dust. Air sampling for culturable fungi was done in the courthouse library,

and *Stachybotrys* spores were found in all air samples collected when books were being handled. Satratoxins G and H were identified at concentrations of 2 to 5 ppm in the moldy ceiling tiles of the courthouse.

Robertson's (1999) case study suggests that the airborne concentrations of *Trichoderma* and *Stachybotrys* spores are linked to mycotoxicosis. The studied work environment showed airborne concentrations of *Trichoderma viride* and *Stachybotrys chartarum* at 494 CFU/$m^3$ and 212 CFU/$m^3$, respectively. Active *Trichoderma viride* and *Stachybotrys chartarum* growth sites were documented at levels of $3.3 \times 10^4$ CFU/g and $2.0 \times 10^7$ CFU/g, respectively, and were interpreted as typical for indoor environments.

A case report by Tripi *et al.* (2000) described an unexpected acute pulmonary hemorrhage in an infant during anesthetic management. Health inspectors found *Stachybotrys chartarum* in mean concentrations of $6.29 \times 10^4$ CFU/$m^3$ in the child's bedroom.

Shelton *et al.* (2002) examined 12,026 fungal air samples from 1717 buildings throughout the United States. The samples were collected during investigations of indoor air quality; 9619 were indoor samples and 2407 were outdoor samples. Both indoor and outdoor samples were collected with an Andersen sampler. In this extensive material, *Stachybotrys chartarum* was identified in the indoor air in 6% of the buildings studied and in the outdoor air of 1% of the buildings. The authors suggested that the presence of *Stachybotrys* was not very unusual. Dill *et al.* (1997) have found *Stachybotrys* spores in their air samples (see VIII). Laboratory experiments have proved that *Stachybotrys* fungi grow well on building materials and are able to produce toxins. Pasanen *et al.* (1993) and Nielsen *et al.* (1999) have described toxin production on different building materials artificially inoculated with *Stachybotrys*. Tuomi *et al.* (2000) investigated Finnish buildings with moisture problems and analyzed 79 bulk samples of moldy interior finishing materials for 17 mycotoxins. Satratoxins G and H were found in five samples, and *Stachybotrys* spp. were present in the same samples.

## VII. Mycotoxins Found in Dust and Air Samples

Mycotoxins have been reported in air samples mainly from agricultural or industrial environments where people have to handle dusty materials and the fungal concentrations are high. Ghosh *et al.* (1997) reported airborne aflatoxin in grain processing in India, and Selim *et al.* (1998) reported the same in Iowa in the United States.

Skaug *et al.* (2000) from Norway detected ochratoxin A in air samples from cowsheds.

Lappalainen *et al.* (1996) found low levels of the *Fusarium* toxin, deoxynivalenol (DON) in two air samples collected during grain milling on a farm in Finland. The dust samples for mycotoxin analyses were collected with a high-volume sampler at an air-flow rate of 833 L/min, the volume of the sample being 16–50 $m^3$. Richard *et al.* (1999) found ochratoxin A in dust samples collected from the heating ducts of a problem household at concentrations of 306–1500 ppb. Smoragiewicz *et al.* (1993) reported several trichothecenes—T-2 toxin, diacetoxyscirpenol, roridine A, and T-2 tetraol—in the dust of ventilation systems in office buildings of the Montreal urban area.

## VIII. Human *Stachybotrys* Toxicosis Case Reports

Farm workers handling *Stachybotrys*-contaminated straw or hay belong to the risk group for human *Stachybotrys* toxicosis. There is evidence that straw or hay contaminated by *Stachybotrys* may be dangerous to people handling these materials.

In the old reviews by Sarkisov *et al.* (1971) and Forgacs (1972), references are made to the risks of persons handling *Stachybotrys*-contaminated material. The main symptoms described were cough, rhinitis, a burning sensation in the mouth and nasal passages, and cutaneous irritation at the contact site of the toxic material.

According to Gajdusek (1953), cases of human stachybotryotoxicosis have been found mainly in regions where the equine disease has also been reported. The people affected by stachybotryotoxicosis had handled *Stachybotrys*-contaminated hay or straw during feeding of the animals. Gajdusek also states that human stachybotryotoxicosis has been reported in regions in which hay or straw has been used as the bedding material of people or as fuel to heat homes. In humans, the symptoms described were first a rash at body sites with heavy perspiration, such as the armpits. Moist dermatitis was the next state, and this was usually succeeded by a phase characterized by dried, crusted layers of a serous exudate. Catarrhal angina with painful, severe pharyngitis and a burning sensation in the nose usually followed; the nasal exudate possibly being bloody. Fever may occur in rare instances, and the cough varies from moderate to severe. Leukopenia has been observed in some patients. O'zegovic *et al.* (1971) in their paper on stachybotryotoxicosis in young cattle, state that farm workers who were handling *Stachybotrys*-contaminated straw developed a disease within 2 to 3 days.

The often-quoted paper by Croft *et al.* (1986) can be regarded as the first case report on suspected *Stachybotrys* toxicosis in humans in the United States. At that time, disease cases caused by *Stachybotrys* were nearly unknown in the United States. A family with 5 members had suffered from unspecific symptoms for several years. From representative samples of indoor air, the authors were able to identify spores of *Stachybotrys*. Extracts of *Stachybotrys*-contaminated building materials and dust from contaminated air ducts were toxic to mice and contained satratoxin H, verrucarins, and trichoverrins.

A case connected with medical problems in humans and animals was described briefly in the doctoral study of Kirsti Liukkonen (1986). She described an outbreak in a German establishment cultivating aquarium fish. Unexpected fish deaths were noted by the workers cleaning tanks and transferring fish from tanks to other tanks. Some walls in the building and the walls of the aquarium tanks were covered with a black layer of fungal growth that was diagnosed as heavy contamination by *Stachybotrys* spores and hyphae. The hands and arms of the workers were red and hyperemic.

The first hospital report in the United States describing cases in which *Stachybotrys* fungus had more likely been the main disease cause was published by Etzel *et al.* (1998). The authors described a rare cluster of acute pulmonary hemorrhage in infants in Cleveland, Ohio, between January 1993 and December 1994. Ten infants with acute pulmonary hemorrhage and hemosiderosis were seen in hospital during the 2-year period. *Stachybotrys atra* spores were more frequently found in the dust and surface samples from the homes of the patients than from the homes of controls. The mean concentration of *S. atra* airborne spores in the patients' homes was about 10 times higher than in the control homes.

A more extensive study mainly on the same group of 37 infants including 12 deaths in Cleveland contained clinical profiles and investigations of pulmonary hemosiderosis (Dearborn *et al.*, 1999). The epidemiological investigation of pulmonary hemorrhage in infants in Cleveland found an association with exposure to *Stachybotrys chartarum* and other airborne fungi. Tobacco smoke was an additional risk factor in the presence of *S. chartarum*.

Flappan *et al.* (1999) described a case of an infant with pulmonary hemorrhage similar to the Cleveland cases. Fortunately it was possible to conduct a home visit not more than 4 days after the child was brought to the emergency ward and thereby identify the fungal contamination. Because of water damage to the house, fungal growth was visible on the ceiling and floor. In the air sample of the patient's

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 25 of 111 PageID #: 3623



bedroom, 420 *Stachybotrys* spores $m^3$ were found. *Stachybotrys* was also present in the dust samples from the infant's crib and mattress. A sample taken from the *Stachybotrys*-contaminated ceiling contained large quantities of the following mycotoxins: roridin L-2, roridin E, and satratoxin H. If the amount of *Stachybotrys* spores in the infant's bedroom was compared with a mouse experiment by Nikulin (1999), one could extrapolate that the spore exposure of the infant had been relatively high compared to the animal experiment. Satratoxin and roridin were detected on building materials in this study. Nikulin had measured the satratoxins in the spores used for the exposure experiment. In the Flappan *et al.* study, an interesting detail was that *Stachybotrys* was isolated also from the baby's mattress, like in the old Russian reports.

Elidemir *et al.* (1999) isolated *Stachybotrys* from the bronchoalveolar lavage (BAL) fluid of a child with pulmonary hemorrhage. A 7-year-old boy had suffered from chronic cough, recurrent pneumonia, and chronic fatigue during 14 months. *Stachybotrys atra* was cultivated from BAL fluid, and a moderate number of hemosiderin-laden macrophages were found in the fluid. The home of the child was contaminated with *Stachybotrys atra*; in the patient's bedroom the wallpaper was densely covered with mold growth. A lung biopsy to verify the growth of *Stachybotrys* in the lung was not possible because of the patient's condition. *Stachybotrys* has not been reported to cause infections to animals or to humans. In an experiment by Nikulin *et al.* (1997), mice were exposed six times intranasally to *Stachybotrys* spores, and after 4 weeks the lungs were examined for possible *Stachybotrys* growth: the results were negative. Diseases connected with *Stachybotrys* have been reported to be caused by spores, toxins, or combinations of these elements.

Dill and her coworkers (1997) described an interesting case in which moldy plant pots heavily contaminated with *Stachybotrys chartarum* caused painful inflammation on the fingertips of the 3 female workers in a big horticulture enterprise. The pots were made of recycled paper. The three women handling these pots developed very painful inflamed efflorescence on their fingertips followed by scaling of the skin. When they started to use gloves the symptoms disappeared. Masses of *Stachybotrys chartarum* conidia on the pot walls were identified both microscopically and by cultivation together with many other fungi. To evaluate the inhalable spore load, air sampling was performed. The authors did not detect *Stachybotrys* spores with an Andersen sampler (28 L/min for 5 min) when using the method based on the detection of colony-forming units. With a spore trap (particle trap)

developed by one of the authors, they succeeded in counting the airborne particles on a sticky tape. They used the Andersen sampler 20 minutes (volume 28 L/min) to collect a sample of 566 L. Without moving the pots, the measurements yielded levels of 30–100 *Stachybotrys* conidia per $m^3$ of air. The concentrations of airborne conidia increased dramatically by handling the pots: up to 7500 conidia/$m^3$ of air for *Stachybotrys chartarum* only. Dill and coworkers referred to the earlier study by Kozak and coworkers (1980) that only 1–2% of *Stachybotrys* conidia are cultivable and recommended using different methods to evaluate the inhalable spore load.

## IX. Conclusions

In indoor air—even in the indoor air of a theater building—many actors contribute to the air quality such things as fungi, bacteria, endotoxins, mycotoxins, chemicals, fibers, and dust. Also, ventilation systems, temperature, and moisture can act as technical assistants. Architectural structures and building materials constitute the scenery. *Stachybotrys* does not present a monolog in an empty theater building. The play on the indoor air has started, and it continues without a script written in advance.

The following points may help in understanding the role of *Stachybotrys* in indoor air and may help prevent its growth.

1. *Stachybotrys* are able to produce highly toxic metabolites that can cause fatal diseases in domestic animals.
2. In animal experiments, *Stachybotrys* are able, under controlled conditions, to cause illnesses to animals, because of effect of the toxins produced by these fungi. Inhalation as well as ingestion and direct contact with *Stachybotrys*-contaminated material or spores can lead to these diseases.
3. Some case reports and scientific studies have indicated that *Stachybotrys* have had a role in causing diseases in humans.
4. Physicians and veterinarians are in a key position to recognize the human and animal cases in which *Stachybotrys* should be taken into account in making diagnoses.
5. Indoor air samples from houses should be representative of the air to which the people have been exposed.
6. The biological effects of different *Stachybotrys* toxins and toxin combinations as well as the possible role of *Stachybotrys* spores as a disease-causing agent should be clarified.
7. *Stachybotrys* is unable to grow on dry clean building material.

REFERENCES

Andersson, M. A., Nikulin, M., Köljang, U., Andersson, M. C., Rainey, F., Reijula, K., Hintikka, E.-L., and Salkinoja-Salonen, M. (1997). Bacteria, molds and toxins in water-damaged building materials. *Appl. Environ. Microbiol.* 63, 387–393.

Andriienko, O. V., and Zaichenko, O. M. (1997). Certain peculiarities of biological action of the stachybotryotoxin preparations. *Microbiol. Z* 59, 41–46.

Bilaj, V. I., and Pidoplishko, N. M. (1970). "Toxicogenic microscopical fungi," pp. 132–145. Acad. Nauk. Ukr. SSR. Naukova Dumka Kiev (in Russ).

Bodon, L., and Palyusik, M. (1970). Cytotoxicity of toxic extracts from the fungus *Stachybotrys alternans. Acta Vet. Acad. Sci. Hung.* 20, 289–294.

Bull, OIE, annonym. (1991). *In* Poisoning of equids by *Stachybotrys atra* in Morocco, 12–91, pp. 912–915.

Croft, W., Jarvis, B. B., and Yatawara, C. S. (1986). Airborne outbreak of trichothecene toxicosis. *Atmospheric Environment* **20**, 549–552.

Dearborn, D. G., Yike, I., Sorenson, W. G., Miller, M. J., and Etzel, R. A. (1999). Overview of investigations into pulmonary hemorrhage among infants in Cleveland, Ohio. *Environ. Health Perspect.* 107(Suppl. 3), 495–499.

Dill, I., Trautman, C., and Szewzyk (1997). Mass development of *Stachybotrys chartarum* on decomposable plant-pots made of recycling paper. *Mycoses* 40(Suppl.), 110–114 (in German).

Dzhurov, A., Aleksandrov, M., Belchev, L., and Ignatov, G. (1984). Pathomorphology of stachybotryotoxicosis in calves during the nursing period. *Vet Med Nauki* 21, 49–56 (in Bulgarian).

Elidemir, O., Colasurdo, G. N., Rossman, S. N., and Fan, L. L. (1999). Isolation of *Stachybotrys* from the lung of a child with pulmonary hemosiderosis. *Pediatrics* **104**, 964–966.

Engler, K. H., Coker, R., and Evans, I. H. (1999). A novel colorimetric yeast bioassay for detecting trichothecene mycotoxins. *J. Microbiol. Methods* 35, 207–218.

Etzel, R. A., Montana, E., Sorenson, W. G., Kullman, G. J., Allan, T. M., and Dearborne, D. G. (1998). Acute pulmonary hemorrhage in infants associated with exposure to *Stachybotrys atra* and other fungi. *Arch. Pediatric Adolesc. Med.* 152, 757–762.

Flappan, S. M., Portnoy, J., Jones, P., and Barnes, C. (1999). Infant pulmonary hemorrhage in a suburban home with water damage and mold (*Stachybotrys atra*). *Environ. Health Perspect.* **107**, 927–930.

Forgacs, J. (1972). Stachybotryotoxicosis. *In* "Microbial toxins" (S. Kadis, A. Ciegler, and S. Ajl, eds.), vol. 8, pp. 95–128. Academic Press, New York.

Forgacs, J., Carll, W. T., Herring, A. S., and Hinshaw, W. R. (1958). Toxicity of *Stachybotrys atra* for animals. *Trans. N. Y. Acad. Sci.* **20**, 787–808.

Gajdusek, D. C. (1953). Stachybotryotoxicosis. Acute infectious haemorrhagic fevers and mycotoxicoses in the Union of Soviet Socialistic republics,107–111. *Med. Sci. Publ.* No 2 Army Med. Serve. Grad. School, Walter Reed Army Medical Center, Washington, D. C.

Gams, W., Hoekstra, E. S., and Aptroot, A. (1998). "CBS Course of Mycology." Ponsen & Looyen BV, Wageningen, the Netherlands.

Gareis, M., Johanning, E., and Dietrich, R. (1999). Mycotoxin cytotoxicity screening of field samples. *In* "Bioaerosols, Fungi, and Mycotoxins" (E. Johanning, ed.), pp. 202–213.

Ghosh, S. K., Desai, M. R., Pandya, G. L., and Venkaiah, K. (1997). Airborne aflatoxin in the grain processing industries in India. *AIHA Journal* 58, 583–586.

Hajtos, I., Harrach, B., Szigeti, G., Fodor, L., Malik, G., and Varga, J. (1983). Stachybotryotoxicosis as predisposing factor of ovine systemic pasteurellosis. *Acta Vet. Hung.* 31, 181–188.

Hanelt, M., Gareis, M., and Kollarczik, B. (1994). Cytotoxicity of mycotoxins evaluated by the MTT-cell culture assay. *Mycopathologia* 128, 167–174.

Harrach, B., Bata, A., Bajmocy, E., and Benko, M. (1983). Isolation of satratoxins from the bedding straw of a sheep flock with fatal stachybotryotoxicosis. *Appl. Environ. Microbiol.* 45, 1419–1422.

Harrach, B., Bata, A., Sandor, G., and Va'nyi, A. (1987). Isolation of macrocyclic and non-macrocyclic trichothecenes from the environment of 200 ill sport horses. *Mycotoxin Research* 3, 65–68.

Heinsohn, P., Harney, S., and Exuzides, K. A. (1999). Sporulation of the hyphomycete *Stachybotrys chartarum* under three light conditions. *In* "Bioaerosols, Fungi, and Mycotoxins" (E. Johanning, ed.), pp. 411–417.

Hintikka, E. L. (1977). Stachybotryotoxicosis as a Veterinary Problem. *In* "Mycotoxins in human and animal health" (J. V. Rodricks, C. W. Hesseltine, and M. A. Mehlman, eds.), pp. 277–284. Pathox Publishers, Inc.

Hintikka, E.-L. (1977–78). Mycotoxic Fungi, Mycotoxins, Mycotoxicoses, An Encyclopedic Handbook. T. D. Wyllie and L. G. Morehouse, eds., vol. 1–3.

Hodgson, M. J., Morey, P., Leung, W.-Y., Morrow, L., Miller, D., Jarvis, B. B., Robbins, H., Halsey, J. F., and Storey, E. (1998). Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolo. JOEM* 40, 241–249.

Jarvis, B. B., Sorenson, W. G., Hintikka, E.-L., Nikulin, M., Zhou, Y., Jiang, J., Wang, S., Hinkley, S., Etzel, R. A., and Dearborn, D. (1998). Study of toxin production by isolates of *Stachybotrys chartarum* and *Memnionella echinata* isolated during a study of pulmonary hemosiderosis in infants. *Appl. Environmen. Microbiol.* 64, 3620–3625.

Johanning, E., Biagini, R., Hull, D., Morey, P., Jarvis, B. B., and Landsbergis, P. (1996). Health and immunology study following exposure to toxigenic fungi (*Stachybotrys chartarum*) in a water damaged office environment. *Int. Arch Occup Environ Healt.* 68, 207–218.

Khrushchev Remember (1971). With an Introduction, Commentary and Notes by Edward Crankshaw, Translated and Edited by Strobe Talbott, first published by Andre Deutsch Ltd, pp. 110–114. Lowe&Brydone Ltd, London.

Korneev, N. E. (1948). Experimental stachybotryotoxicosis in laboratory animals. *Veterinariya* (Moscow) 25, 36–40 (in Russian).

Korpinen, E.-L., and Uoti, J. (1974). Studies on *Stachybotrys alternans* II. Occurrence, morphology and toxigenicity. *Acta Path. Microbiol. Scand.* 82(Section B), 1–6.

Korpinen, E.-L., Kurkinen, M., Nummi, M., and Enari, T.-M. (1974). Studies on *Stachybotrys alternans.* III. Chromatographic separation and tissue culture toxicity test of *Stachybotrys* toxins. *Acta Pathol. Microbiol. Scand.* 82(Section B), 7–11.

Kozak, P. P., Gallup, J., Cummins, L. H., and Gillman, S. A. (1980). Currently available methods for home mold surveys, II. Examples of problem homes surveyed. *Ann. Allergy* 45, 167–176.

Lappalainen, S., Nikulin, M., Berg, S., Parikka, P., Hintikka, E.-L., and Pasanen, A.-L. (1996). *Fusarium* toxins and fungi associated with handling of grain on eight Finnish farms. *Atm. Environment* 30, 3059–3065.

Le Bars, P., and Le Bars, J. (1991). Toxinogenesis and development conditions of *Stachybotrys atra* in France. *Acta Vet. Scand.* 87(Suppl.), 349–351.



. Rainey, F., Reijula, K.,
ia, molds and toxins in
*l.* 63, 387–393.
rities of biological action
16.
ical fungi." pp. 132–145.
from the fungus *Stachy-*
*trys atra* in Morocco. 12–
utbreak of trichothecene
l, R. A. (1999). Overview
nts in Cleveland, Ohio.
*Stachybotrys chartarum*
*oses* 40(Suppl.), 110–114
84). Pathomorphology of
*Vet Med Nauki* 21, 49–56
.. L. (1999). Isolation of
emosiderosis. *Pediatrics*
metric yeast bioassay for
35, 207–218.
n, T. M., and Dearborne,
ociated with exposure to
. *Med.* 152, 757–762.
it pulmonary hemorrhage
*chybotrys atra*). *Environ.*
(S. Kadis, A. Ciegler, and
958). Toxicity of *Stachy-*
8.
haemorrhagic fevers and
,107–111. *Med. Sci. Publ.*
Army Medical Center,
of Mycology." Ponsen &
cytotoxicity screening of
is" (E. Johanning, ed.),
97). Airborne aflatoxin in
583–586.

Lefebvre, H. P., Le Bars, J., Legrand, C., Le Bars, P., Dossin, O., Toutain, P. L., and Braun, J. P. (1993). Three cases of equine stachybotryotoxicosis. The third Toulouse-Munchen Symposium (28th-30th October 1993), 267–269.

Liukkonen, K. K. (1986). Zum Vorkommen von *Stachybotrys atra* und anderen toxinogenen *Moniliales* in Futtermitteln (Occurrence of *Stachybotrys atra* and other toxic moniliales in fodder.) Institut fur Medizinishe Mikrobiologie, Infektions-und Seuchenmedizin der Tierärtzlichen Fakultät der Universität Munchen, German, 222 Dissertation, p. 222 (in German).

Nielsen, K. F., Gravesen, S., Nielsen, P. A., Anderson, B., Thrane, U., and Friesvald, J. C. (1999). Production of mycotoxins on artificially and naturally infested building materials. *Mycopathologia* 145, 43–56.

Nikulin, M. (1999). Toxigenic *Stachybotrys chartarum* in water-damaged building materials: Ecology and Biology, Microbiological publications 46/1999,36. Dept of Applied Chemistry and Microbiology. University of Helsinki, ISBN 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-8.

Nikulin, M., Hyvärinen, A., Kotimaa, M., Parikka, P., and Hintikka, E.-L., (1996). *Stachybotrys* problems in indoor air in Finnish houses. 1996, Proceedings of 18th Mykotoxin Workshop, Kulmbach, 10.-12. Juni 1996, ISBN 3-00-00-000933-7, 215–220.

Nikulin, M., Reijula, K., Jarvis, B. B., Veijalainen, P., and Hintikka, E.-L. (1997). Effects of intranasal exposure to spores of *Stachybotrys atra* in mice. *Fundam. Appl. Toxicol.* 35, 182–188.

O'zegovic, L., Pavlovic, R., and Milosev, B. (1971). Toxic dermatitis, conjunctivitis, rhinitis, pharyngitis and laryngitis in fattening cattle and farm workers caused by molds from contaminated straw (stachybotryotoxicosis?). *Veterinaria (Sarajevo)* 20, 263–267 (in Serbo-Croatian).

Palmgren, U., Ström, G., Blomquist, G., and Malmberg, P. (1986). Collection of airborne micro-organisms on nucleopore filters, estimation and analysis—CAMNEA method. *J. Appl. Bacteriol.* 61, 401–406.

Palyusik, M. (1970). Biological test for the toxic substances of *Stachybotrys alternans*. *Acta Vet. Acad. Sci. Hung.* 20, 57–67.

Pasanen, A.-L., Nikulin, M., Tuomainen, M., Berg, S., Parikka, P., and Hintikka, E.-L. (1993). Laboratory experiments on membrane filter sampling of airborne mycotoxins produced by *Stachybotrys atra* Corda. *Atmospheric Environment* 27A, 9–13.

Richard, J. L., Plattner, R. D., May, J., and Liska, S. L. (1999). The occurrence of ochratoxin A in dust collected from a problem household. *Mycopathologia* 146, 99–103.

Robertson, L. D. (1999). Case study: Airborne concentrations of *Trichoderma* and *Stachybotrys* linked to mycotoxicosis. *In* "Bioaerosols, Fungi and Mycotoxins" (E. Johanning, ed.), pp. 282–286. Boyd Printing Company, Inc, Albany, New York, ISBN: 0-9647307-1-5.

Sarkisov, A. H., Koroleva, V. P., Kvashnina, E. S., and Grezin, V. F. (1971). Diagnosis of the fungal diseases in animals. *Mycosis and Mycotoxicoses*,84–91. Kolos, Moscow (in Russian).

Schneider, D. J., Marasas, W. F., Dale Kuys, J. C., Krieg, N. P., and van Schalkwyk, G. C. (1979). A field outbreak of suspected stachybotryotoxicosis in sheep. *J. S Afr. Vet Assoc.* 50, 73–81.

Selim, M., Juchems, A. M., and Popendorf, W. (1998). Assessing airborne aflatoxin B1 during on-farm grain handling activities. *AIHA Journal* 59, 252–256.

Shelton, B. G., Kirkland, K. H., Flanders, W. D., and Morris, G. K. (2002). Profiles of airborne fungi in buildings and outdoor environments in the United States. *Appl. Environ. Microbiol.* 68, 1743–1753.

Skaug, M. A., E
fungal coni
Smoragiewicz,
mycotoxin:
*Environ He*
Spesivtseva, N.
Sarkisov, e
Szabo, I., Ra'tz
affection a
and etiolog
Tantaoui-Elaral
strains of S
*Toxicol.* 36
Tripi, P., Moldi
rhage in a
*Anesthesia*
Tuomi, T., Reij
S., Koukila
in crude bu
66, 1899–1
Wilkins, C. K.,
(1998). Re
*chartarum*
112–119.
Wilkins, K., an
building n
Wilson, S. C.,
building s
*cine* 33, 3
Yskiv, R. V. (1
*Stachybot*
Zaichenko, O.
and Busal
*Stachybot*

Skaug, M. A., Eduard, W., and Störmer, F. C. (2000). Ochratoxin A in airborne dust and fungal conidia. *Mycopathologia* 151, 93–98.

Smoragiewicz, W., Cossette, B., Boutarf, A., and Krzystyniak, K. (1993). Trichothecene mycotoxins in the dust of ventilation system in office buildings. *Int Arch Occup Environ Health* 65, 113–117.

Spesivtseva, N. A. (1964). Mycotoxicosis. *In* "Mycoses and Mycotoxicoses" (A. KH. Sarkisov, ed.), pp. 357–386. Kolos, Moscow (in Russian).

Szabo, I., Ra'tz, F., Aldasy, P., Szabo, and Gaal, L. (1970). Scaly and scabious skin affection and rhinitis (stachybotryotoxicosis) in pig stocks I. Clinical observations and etiological investigations. *Magy. A'llatorv. Lapja* 25, 21–26 (in Hungarian).

Tantaoui-Elaraki, A., Mekouar, S. L., el Hamidi, M., and Senhaji, M. (1994). Toxigenic strains of *Stachybotrys atra* associated with poisonous straw in Morocco. *Vet. Hum. Toxicol.* 36, 93–96.

Tripi, P., Moldin, S., Sorenson, W. G., and Dearborn, G. (2000). Acute pulmonary hemorrhage in an infant during induction of general anesthesia. Case report. *Pediatric Anesthesia* 10, 92–94.

Tuomi, T., Reijula, K., Johnsson, T., Hemminki, K., Hintikka, E.-L., Lindroos, O., Kalso, S., Koukila-Kähkölä, P., Mussalo-Rauhamaa, H., and Haahtela, T. (2000). Mycotoxins in crude building materials from water-damaged buildings. *Appl. Environ. Microbiol.* 66, 1899–1904.

Wilkins, C. K., Larsen, S. T., Hammer, M., Poulsen, O. M., Wolkoff, P., and Nielsen, G. D. (1998). Respiratory effects in mice exposed to airborne emissions from *Stachybotrys chartarum* and implications for risk assessment. *Pharmacology & Toxicology* 83, 112–119.

Wilkins, K., and Pieckowa, E. (2002). Detection of ciliostatic activity in fungal growth on building materials. *Environ. Sci. Pollut. Res. Int.* 9, 105–106.

Wilson, S. C., and Straus, D. C. (2002). The presence of fungi associated with sick building syndrome in North American zoological institutions. *J. Zoo Wildlife Medicine* 33, 322–327.

Yskiv, R. V. (1969). Toxicity of different strains of *Stachybotrys alternans* Bonord and *Stachybotrys lobulata* Berk. *Mikrobiol. Zh. (Kiev)* 31, 27–31 (in Ukrainian).

Zaichenko, O. M., Mendzuhul, M. I., Lysenko, T. H., Adriienko, O. V., Shains'ka, O. O., and Busakhina, I. V. (2002). Use of cyanobacteria for indication of toxic action of *Stachybotrys* toxins. *Microbiol Z.* 64, 31–39 (in Ukrainian).

# Fungal Contamination as a Major Contributor to Sick Building Syndrome

DE-WEI LI AND CHIN S. YANG

*P & K Microbiology Services, Inc., 1936 Olney Ave Cherry Hill, New Jersey 08003*

I. Introduction 31
II. Effects of Indoor Fungi on Human Health 32
A. Fungal Allergies and Allergenic Respiratory Diseases 32
B. Infectious Diseases 42
C. Mycotoxins and Their Significance to Human Health 50
D. Volatile Organic Compounds (VOCs) 59
E. Glucans 62
III. Indoor Fungi 63
A. Fungal Identification 63
B. Airborne Fungi 64
C. Fungi Growing on Indoor/Building Materials 72
D. Fungal Biodiversity Indoors 74
E. *Stachybotrys chartarum* and Other *Stachybotrys* spp. 74
F. PCR and Molecular Techniques 77
IV. Ecological Factors of Fungi Indoors 78
A. Physical Factors 78
B. Building Characteristics 86
C. Succession and Changes in Indoor Fungi 91
V. Recent Studies on Limits/Exposures of Indoor Fungi 94
VI. Conclusions 96
References 97

## I. Introduction

Fungi are heterotrophic eukaryotes producing exoenzymes and absorbing their nutrients by a network of hyphae and reproducing through development of spores. They belong to Kingdom Eumycota (Kingdom of Fungi) or Kingdom Chromista (Kendrick, 2000). However, there is one group of organisms, which are traditionally studied by mycologists, called pseudofungi (such as slime molds in myxomycetes), that belong to Kingdom Protozoa (Kirk *et al.*, 2001). Fungi are a very large, diverse, and heterogeneous group of organisms found in nearly every ecological niche (Alexopoulos *et al.*, 1996). They play a very important role in our ecosystem and our daily life. Fungi always play dual roles on the earth: (a) a positive one as food, medicine, key components in food processing, decomposers breaking down organic matters to recycle the nutrients in the ecosystem and to form symbiotic



ADVANCES IN APPLIED MICROBIOLOGY, VOLUME 55
Copyright 2004, Elsevier Inc.
All rights reserved.
0065-2164/04 $35.00

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 33 of 111 PageID #: 3631



relationship with other organisms; (b) a negative one as pathogens to humans, plants, and animals; as allergens, producing secondary metabolites, mycotoxins, fungal volatile organic compounds (VOCs); and as glucans, which are detrimental to human health and building occupants (Batterman, 1995; Ezeonu *et al.*, 1994; Miller, 1992, 1993). A large number of fungi are saprophytes or decomposers, which mainly occur in natural environments (outdoors) such as soil and plant debris. Some of these fungi can be found in indoor environments. One key factor that we should keep in mind is that most indoor fungi originate from the outdoor environment. Certain indoor fungal contaminants pose a potential health risk to building occupants and may lead to sick building syndrome (Gravesen *et al.*, 1994; Miller, 1992, 1993; Samson *et al.*, 1994). Indoor fungi have attracted unprecedented attention because of their potential health effects on humans in the last decade. Public awareness of indoor fungi in return generates more research to elucidate their roles in indoor environments and human health. Indoor fungus is not only a scientific issue but is also becoming a social issue. Public awareness does not automatically mean a good understanding of the indoor molds. There are still many key questions that need to be answered to have a better understanding of the indoor mold issue.

This chapter reviews available literature on fungal contamination as a major contributor to sick building syndrome.

## II. Effects of Indoor Fungi on Human Health

### A. Fungal Allergies and Allergenic Respiratory Diseases

Allergy (Gk *allos*, other; *ergon*, work) is a disease or reaction caused by an immunoglobin E (IgE)-mediated immune response to one or more environmental agents, resulting in tissue inflammation and organ dysfunction, and an exaggerated and pathological variant of a normal immune mechanism (Klein, 1990; Middleton, Jr. *et al.*, 1988; Paul, 1989; Raven and Johnson, 1986). Fungal spores are a well known cause of allergic diseases (Chapman, 1999; Gravesen, 1979; Horwitz and Bush, 1997) and were identified as one of the major indoor allergens (Burr, 1999; Pope *et al.*, 1993; Ruotsalainen *et al.*, 1995). Allergy is common throughout the world. The prevalence of sensitivity to specific allergens is determined by both genetic predilection and geographic and cultural factors responsible for exposure to the allergen (Stites and Terr, 1991).

All fungi may be allergenic, depending on the individual, the exposure situation, and the dose (Ruotsalainen *et al.*, 1995). The genera

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 34 of 111 PageID #: 3632



of fungi, which have been reported to be allergenic, are compiled in Table I. Since the late 1870s, when Blakeley developed symptoms of bronchial asthma and "chest tightness" after inhaling spores from *Penicillium* cultures, it has been believed that mold sensitization is an important cause of respiratory allergy (Barth, 1981; Karlsson-Borgå, 1989; Salvaggio, 1986).

Allergy is perhaps the most common human reaction to airborne fungal spores (including conidia). About 20% of the population are allergic individuals with a genetic predisposition to produce IgE antibody to allergens that are either inhaled or ingested (Kaplan *et al.*, 1991; Tizard, 1988). The percentages of populations allergic to molds vary from 2% to 18%, and around 80% of asthmatic patients are allergic to molds (Flannigan *et al.*, 1991). About 20% of the population are atopic and easily sensitized by concentrations usually found in the outdoor air spora (up to $10^6$ spores/$m^3$). These people react immediately on exposure in the upper airways with hay-fever-like symptoms or asthma and may become sensitive to several of the allergens to which they are exposed. The remainder of the population requires more intensive exposure ($10^6$–$10^9$ spores/$m^3$) for sensitization (Lacey, 1981).

The incidence and prevalence of allergic diseases is increasing (Ruotsalainen *et al.*, 1995). Allergies affect as many as 50 million people in the United States, costing them up to $5 billion annually (Jaroff, 1992), and the number is obviously much higher at present. Asthma, rhinitis, hypersensitivity pneumonitis, and humidifier lung are allergenic respiratory diseases that, to a certain degree, may be related to exposure to airborne fungi.

Asthma is the most common chronic respiratory disease in all countries. Both the severity and prevalence of persistent asthma appear to be increasing, leading to urgency in the search for its causes (Woolcock, 1991). Four thousand people a year reportedly died from allergic asthma attack in the United States (Jaroff, 1992). In Australia, asthma mortality rates doubled from 1978 to 1988 (Young *et al.*, 1991).

Immediate-type asthma symptoms were produced with both whole spores and spore extracts of *Alternaria* and *Penicillium* (Licorish *et al.*, 1985; Salvaggio, 1986). Airborne fungal spores are ubiquitous (Howard, 1984) and are known in many cases to be allergenic, so it is not surprising that mold spores are an important cause of asthma. At present the relationship between mold spores and asthma is still poorly understood. In Madison, Wisconsin, in a series of 100 consecutive patients with allergic asthma, skin tests were uniformly positive to *Alternaria* (Reed, 1985). Most of these patients had asthma symptoms not only before and after the ragweed season (about August 10 to

TABLE I

FUNGAL GENERA REPORTED TO BE ASSOCIATED WITH ALLERGY

| Fungus | Order | Division |
|---|---|---|
| *Absidia* | Mucorales | Zygomycota |
| *Acremonium* | | Hyphomycetes |
| *Acrogenospora* | | Hyphomycetes |
| *Acrothecium* | | Hyphomycetes |
| *Agaricus* | Agaricales | Basidiomycotina |
| *Agrocybe* | Agaricales | Basidiomycotina |
| *Alternaria* | | Hyphomycetes |
| *Amanita* | Agaricales | Basidiomycotina |
| *Armillaria* | Agaricales | Basidiomycotina |
| *Arthrinium* | | Hyphomycetes |
| *Aspergillus* | | Hyphomycetes |
| *Aureobasidium* | | Hyphomycetes |
| *Bispora* | | Hyphomycetes |
| *Boletinellus* | Boletales | Basidiomycotina |
| *Boletus* | Boletales | Basidiomycotina |
| *Botrytis* | | Hyphomycetes |
| *Calvatia* | Lycoperdales | Basidiomycotina |
| *Candida* | Yeast | |
| *Cantharellus* | Aphyllophorales | Basidiomycotina |
| *Chaetomium* | Sordariales | Ascomycotina |
| *Chlorophyllum* | Agaricales | Basidiomycotina |
| *Cladosporium* | | Hyphomycetes |
| *Claviceps* | Hypocreales | Ascomycotina |
| *Coniosporium* | | Hyphomycetes |
| *Coprinus* | Agaricales | Basidiomycotina |
| *Coriolus* | Aphyllophorales | Basidiomycotina |
| *Cryptococcus* | | Hyphomycetes |
| *Cryptostroma* | | Hyphomycetes |
| *Cunninghamella* | Mucorales | Zygomycota) |
| *Curvularia* | | Hyphomycetes |
| *Dacrymyces* | Dacrymycetales | Basidiomycotina |
| *Daldinia* | Xylariales | Ascomycotina |
| *Debaryomyces* | Saccharomycetales (Yeast) | Ascomycotina |
| *Dicoccum* (*Trichocladium*) | | Hyphomycetes |

(*continued*)

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 36 of 111 PageID #: 3634



TABLE I (*Continued*)

| Fungus | Order | Division |
|---|---|---|
| *Didymella* | Dothideales | Ascomycotina |
| *Drechslera* | | Hyphomycetes |
| *Epicoccum* | | Hyphomycetes |
| *Epidermophyton* | | Hyphomycetes |
| *Erysiphe* | Erysiphales | Ascomycotina |
| *Eurotium* | Eurotiales | Ascomycotina |
| *Fomes* | Aphyllophorales | Basidiomycotina |
| *Fuligo* | | Myxomycetes |
| *Fusarium* | | Hyphomycetes |
| *Ganoderma* | Aphyllophorales | Basidiomycotina |
| *Geastrum* | Lycoperdales | Basidiomycotina |
| *Geotrichum* | | Hyphomycetes |
| *Gibberella* | Hypocreales | Ascomycotina |
| *Gliocladium* | | Hyphomycetes |
| *Gnomonia* | Diaporthales | Ascomycotina |
| *Graphium* | | Hyphomycetes |
| *Helminthosporium* | | Hyphomycetes |
| *Hypholoma* | Agaricales | Basidiomycotina |
| *Inonotus* | Aphyllophorales | Basidiomycotina |
| *Leptosphaeria* | Dothideales | Ascomycotina |
| *Leptosphaerulina* | Dothideales | Ascomycotina |
| *Lycoperdon* | Lycoperdales | Basidiomycotina |
| *Malassezia* | | Hyphomycetes |
| *Merulius* (=*Phlebia*) | | Basidiomycotina |
| *Microsphaera* | Erysiphales | Ascomycotina |
| *Microsporum* | | Hyphomycetes |
| *Monilia* | | Hyphomycetes |
| *Mucor* | Mucorales | Zygomycota |
| *Mycogone* | | Hyphomycetes |
| *Naematoloma* | Agaricales | Basidiomycotina |
| *Neurospora* | Sordariales | Ascomycotina |
| *Nigrospora* | | Hyphomycetes |
| *Oidium* | | Hyphomycetes |
| *Paecilomyces* | | Hyphomycetes |
| *Papularia* | | Hyphomycetes |

(*continued*)

TABLE I (*Continued*)

| Fungus | Order | Division |
|---|---|---|
| *Penicillium* | | Hyphomycetes |
| *Phoma* | | Coelomycetes |
| *Phycomyces* | Mucorales | Zygomycota |
| *Phytophthora* | Peronosporales | Oomycota |
| *Piptoporus* | Aphyllophorales | Basidiomycotina |
| *Pisolithus* | Sclerodermatales | Basidiomycotina |
| *Pleospora* | Dothideales | Ascomycotina |
| *Pleurotus* | Aphyllophorales | Basidiomycotina |
| *Podaxis* | Podaxales | Basidiomycotina |
| *Polyporus* | Aphyllophorales | Basidiomycotina |
| *Poria* | Aphyllophorales | Basidiomycotina |
| *Psilocybe* | Agaricales | Basidiomycotina |
| *Puccinia* | Uredinales | Basidiomycotina |
| *Rhizopus* | Mucorales | Zygomycota |
| *Rhodotorula* | Yeast | Basidiomycotina |
| *Saccharomyces* | Endomycetales (Yeast) | Ascomycotina |
| *Scleroderma* | Sclerodermatales | Basidiomycotina |
| *Scopulariopsis* | | Hyphomycetes |
| *Serpula* | Aphyllophorales | Basidiomycotina |
| *Sphaerotheca* | Erysiphales | Ascomycotina |
| *Spondylocladium* | | Hyphomycetes |
| *Sporobolomyces* | Yeast | Basidiomycotina |
| *Sporotrichum* | | Hyphomycetes |
| *Stachybotrys* | | Hyphomycetes |
| *Stemonitis* | | Myxomycetes |
| *Stemphylium* | | Hyphomycetes |
| *Stereum* | Aphyllophorales | Basidiomycotina |
| *Syncephalastrum* | Mucorales | Zygomycota |
| *Tetracoccosporium* | | Hyphomycetes |
| *Thermomyces* | | Hyphomycetes |
| *Tilletiopsis* | | Hyphomycetes |
| *Tilletia* | | Basidiomycotina |
| *Torula* | | Hyphomycetes |
| *Trichoderma* | | Hyphomycetes |
| *Trichophyton* | | Hyphomycetes |

(*continued*)

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 38 of 111 PageID #: 3636



TABLE I (*Continued*)

| Fungus | Order | Division |
|---|---|---|
| *Trichothecium* | | Hyphomycetes |
| *Typhula* | Aphyllophorales | Basidiomycotina |
| *Urocystis* | | Basidiomycotina |
| *Ustilago* | Ustilaginales | Basidiomycotina |
| *Verticillium* | | Hyphomycetes |
| *Wallemia* | | Hyphomycetes |
| *Xylaria* | Xylariales | Ascomycotina |
| *Xylobolus* | Aphyllophorales | Basidiomycotina |

Chapman (1986); Ibanez *et al.* (1988); Latgé and Paris (1991); Santilli *et al.* (1990); Shen *et al.* (1990); Smith (1990); Van Bronswijk *et al.* (1986).

September 20) but also during the time of year *Alternaria* spore counts are high (July through October) (Reed, 1985). *Cladosporium herbarum* has been shown to be a potential cause of allergic asthma and rhinitis (Malling, 1990).

In a recent study, the prevalence of most building-related symptoms was between 32% and 62%. Positive basophile histamine release (HRT), showing serum IgE specific to one or more of the molds, was observed in 37% of the individuals (Lander *et al.*, 2001). The highest frequency of positive HRT was found to *Penicillium chrysogenum* and then to *Aspergillus* species, *Cladosporium sphaerospermum*, and *Stachybotrys chartarum* (Lander *et al.*, 2001). Savilahti *et al.* (2000) showed that moisture damage and exposure to molds increased the indoor air problems of schools and affected the respiratory health of children.

*Cladosporium, Alternaria, Penicillium, Aspergillus*, and *Mucor* were reported to be the commonest allergenic fungi (Furuuchi and Baba, 1986; Malling *et al.*, 1985). *Cladosporium* is believed to be the most common one causing mold allergy (Malling *et al.*, 1985). However, the most prevalent airborne fungi are not necessarily the most potent allergens, at least as determined by prick testing (Terracina and Rogers, 1982). Spores of *Alternaria alternata* and those of the closely related genera *Stemphylium* and *Ulocladium* are considered to be the most important mold allergens in the United States (Hoffman, 1984; O'Hollaren *et al.*, 1991; Reed, 1985). *Penicillium* exposure was a risk factor for asthma, while *Aspergillus* exposure was a risk factor for atopy (a genetic trait of increased allergen sensitivity) (Garrett *et al.*, 1998).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 39 of 111 PageID #: 3637



Chow *et al.* (2000) characterized Pen n 13 as a major allergen of *Penicillium notatum* (a synonym of *P. chrysogenum*).

*Aspergillus restrictus* was demonstrated to be a potentially important causative agent in atopic diseases when using skin prick tests and radioallergosorbent test (RAST) on 24 patients (Sakamoto *et al.*, 1990). *Aspergillus* species and in particular *Aspergillus fumigatus* appeared to be the etiological agents in various lung diseases and allergens. Inhalation of low doses of *Aspergillus* spores may induce sensitization and asthma in sensitive patients, while inhalation of high doses may trigger alveolitis and farmer's lung (Wallenbeck *et al.*, 1991). Martinez Ordaz *et al.* (2002) of Mexico found that the association of skin reactivity and indoor exposure was significant only for *Aspergillus*.

*Curvularia lunata* was found to be a cause of allergic bronchopulmonary disease (Halwig *et al.*, 1985). *Epicoccum nigrum* was reported to be able to colonize nasal sinuses and cause allergic fungal sinusitis (Noble *et al.*, 1997). Sooty molds caused allergies ranging from rhinitis to asthma in the eastern United States (Santilli *et al.*, 1985).

Ascospores are important airborne allergens and present unique antigens (Eversmeyer and Kramer, 1987). Fifteen of 18 patients reportedly reacted to *Leptosphaeria* ascospores (Burge, 1986). About 40% of atopic patients reacted to at least 1 ascomycete preparation. *Chaetomium* species, particularly *C. globosum*, are important ascomycetes commonly found growing indoors on water-damaged paper and wood products.

Basidiospores of *Agaricus campestris, Coprinus micaceus, Lycoperdon perlatum, Scleroderma lycoperdoides,* and *Ustilago maydis* caused allergies ranging from rhinitis to asthma in the eastern United States (Santilli *et al.*, 1985). Basidiospores are antigenic and can elicit immediate skin reactivity in sensitive patients. Mushrooms and basidiospores are considered most likely to be of outdoor origin, although mycelia and conidia of wood decay fungi and, occasionally, mushrooms of the genus *Coprinus* and wood decay fungi have been identified in indoor environments with a chronic water-damage history.

In a military hospital building in Finland with severe, repeated, and enduring water and mold damage, the most abundant species was *Sporobolomyces salmonicolor*. Four new cases of asthma, confirmed by *S. salmonicolor* inhalation provocation tests, were found among the hospital personnel, one of whom was also found to have alveolitis (Seuri *et al.*, 2000). Seven other workers with newly diagnosed rhinitis reacted positively in nasal *S. salmonicolor* provocation tests. Skin prick tests of *Sporobolomyces* were negative among all 14 workers (Seuri *et al.*, 2000).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 40 of 111 PageID #: 3638



Several epidemiologic studies concerning water damage, fungal growth, and exposure to mold spores have been conducted in a number of countries. The occurrence of *Cladosporium*, *Aspergillus versicolor*, and *Stachybotrys* showed some value as an indicator of moisture damage. Presence of moisture damage in school buildings was a significant risk factor for respiratory symptoms in school children (Meklin *et al.*, 2002). The association between moisture damage and respiratory symptoms of children was significant for buildings of concrete/brick construction but not for wooden school buildings. The highest symptom prevalence was found during spring seasons, after a long exposure period in damaged schools (Meklin *et al.*, 2002).

Questionnaire surveys conducted in the United Kingdom, Canada, United States, and the Netherlands showed positive correlations between self-reported allergenic respiratory symptoms and self-reported water damage and indoor fungi problems (Andrae *et al.*, 1988; Brunekreef, 1989; Dales *et al.*, 1991a; Dekker *et al.*, 1991; Melia *et al.*, 1982; Strachan, 1988; Strachan and Sanders, 1989; Strachan *et al.*, 1990; Waegemaekers *et al.*, 1989). Most studies identified an association between airborne fungal spore concentrations and self-reported allergic symptoms in the United Kingdom, Sweden, and the Netherlands (Holmberg, 1987; Platt *et al.*, 1989; Strachan *et al.*, 1990; Waegemaekers *et al.*, 1989), but there is not always a correlation between indoor spore counts and symptoms found in research (Tobin *et al.*, 1987).

Yang *et al.* (1997) showed that the prevalence of respiratory symptoms was consistently higher in homes with dampness than in non-damp homes. Dampness in the home can be used as a strong predictor of and a risk factor for respiratory symptoms and is a considerable public health problem in Taiwan (Yang *et al.*, 1997). A significant relationship was found between dampness and work-related sick building syndrome in day-care-center workers in Taiwan (Li *et al.*, 1997). A significant association was found between most building-related symptoms (BRS) and positive basophil histamine release (Lander *et al.*, 2001). Jacob *et al.* (2002) found that mold spore counts for *Cladosporium* and *Aspergillus* were associated with an increased risk of allergic sensitization. Sensitized children exposed to high levels of mold spores (>90th percentile) were more likely to suffer from symptoms of rhinoconjunctivitis. Fungal allergies were more common among children exposed to *Cladosporium* or *Penicillium* in winter or to musty odor (Garrett *et al.*, 1998).

In atopic children, total IgE showed a significant linear relation with age. Prevalence of specific IgE for *Cladosporium* ranked first, followed

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 41 of 111 PageID #: 3639



closely by *Aspergillus* and *Alternaria* (Nolles *et al.*, 2001). Sensitization to fungi is prevalent in childhood, with an age-dependent distribution reaching maximum values at 7.7–7.8 years, followed by a decline for all fungal sensitization with increasing age (Nolles *et al.*, 2001).

Jaakkola *et al.* showed that the risk of asthma was related to the presence of visible mold and/or mold odor in the workplace but not to water damage or damp stains alone. The fraction of asthma attributable to workplace mold exposure was estimated to be 35.1% among the exposed (Jaakkola *et al.*, 2002). Large airborne fungal spore concentrations were recorded in association with musty odor, water intrusion, high indoor humidity, limited ventilation through open windows, few extractor fans, and failure to remove indoor mold growth in the homes in the Latrobe Valley, Victoria, Australia (Garrett *et al.*, 1998).

*Aspergillus* was associated strongly with work-related sick building syndrome in day-care-center workers (Li *et al.*, 1997). The diagnosis of sick building syndrome related diseases, such as asthma, rhinitis, and allergic alveolitis, can be very difficult. In the study of Thorn *et al.* (1996) the symptoms of a school teacher, who was working in a school that had indoor air quality problems on and off for several years, were first interpreted as pulmonary embolism and later as atypical sarcoidosis. However, 6 years later the diagnosis of the illness was revised to chronic allergic alveolitis.

It is important to understand that even correlations do not necessarily mean causal relations. Most studies on indoor airborne fungi were conducted without taking allergic symptoms into account. Several recent epidemiological studies have shown that long-duration indoor exposure to certain fungi can result in hypersensitivity reaction and chronic diseases. Mold spore levels comparable to outside background levels are usually well tolerated by most people. Normal or "typical" indoor molds may vary depending on diurnal and seasonal patterns of outdoor fungi, weather conditions, climate variations, and geographical regions (Li and Kendrick, 1995a).

There are other diseases caused by airborne fungal allergens, such as rhinitis, hypersensitivity pneumonitis, and humidifier lung (Burge, 1990b; Salvaggio, 1986). A number of occupational hypersensitivity diseases of the lung can be implicated by fungi (Table II). Hypersensitivity pneumonitis, also called *extrinsic allergic alveolitis*, is a well-recognized occupational disease. Hypersensitivity pneumonitis caused by inhalation of spores from the edible mushroom *Pholiota nameko* was documented by Nakazawa and Tochigi (1989). A diagnosis of hypersensitivity pneumonitis caused by an *Aspergillus* species was made by Jacobs *et al.* (1989). *Pleurotus ostreatus* was defined to be an

TABLE II

FUNGI-IMPLICATED OCCUPATIONAL HYPERSENSITIVITY DISEASES OF THE LUNG

| Fungal agent | Disease | Source |
|---|---|---|
| *Alternaria* sp. | Pulpmill worker's lung | Moldy pulpwood |
| *Aspergillus clavatus* | Malt worker's lung | Moldy malt |
| *Aspergillus fumigatus* | Wood trimmer's disease | Moldy timber |
| *Aspergillus* sp. | Sawmill worker's lung | Moldy |
| *Aspergillus* sp. | Woodchip handler's disease | Moldy woodchip |
| *Aureobasidium pullulans* | Sauna taker's lung | Sauna steam |
| *Aureobasidium pullulans* | Sequoiosis | Moldy sawdust |
| *Botrytis cinerea* | Vinegrower's lung | Moldy fruit |
| *Farnai rectivirgula* | Potato riddler's lung | Straw |
| *Cryptostroma corticale* | Maple bark disease | Moldy maple bark |
| *Graphium* sp. | Maple bark disease | Moldy maple bark |
| *Micropolyspora faeni* | Farmer's lung | Moldy hay |
| *Micropolyspora faeni* | Mushroom worker's lung | Mushroom compost |
| *Micropolyspora faeni* | Woodchip handler's disease | Moldy woodchip |
| *Mucor* sp. | Woodchip handler's disease | Moldy woodchip |
| *Penicillium casei* | Cheese worker's lung | Cheese |
| *Penicillium* spp. | Suberosis, woodman's disease | Cork |
| *Rhizopus* sp. | Wood trimmer's disease | Moldy timber |
| *Rhizopus (Mucor) stolonifer* | Paprika worker's lung | Moldy paprika |
| *Serpula (Merulius) lacrymans* | Dry rot lung | Moldy building |

allergen by Horner *et al.* (1988). Extrinsic allergic alveolitis caused by spores of *Pleurotus ostreatus* was reported by Cox *et al.* (1988).

In general, the adverse effects of fungal exposure by inhalation are related to duration and intensity. Many studies have shown that "atypical" mold spore levels in the indoor environment increase because of recurrent water leaks, home dampness, and high humidity, resulting in increases of allergies and respiratory problems (Burge, 1990a,b; Dales *et al.*, 1991; Flannigan *et al.*, 1991; Johanning *et al.*, 1993; Rylander, 1994; Solomon *et al.*, 1978; Strachan *et al.*, 1990; Streifel and Rhame, 1993; Tripi *et al.*, 2000). Path analysis showed that indoor total fungal spores, indoor *Aspergillus/Penicillium*, and the age of the residences had significant direct effects on allergic symptoms (Li, 1994).

There are still significant methodological problems in the preparation and production of reliable allergen extracts from fungi as

compared with those from cats, dust mites, and other better-characterized allergens. Extracts that are available correspond poorly with the fungi often found in indoor surveys (Horner and Lehrer, 1999). One of the technical difficulties is to produce enough spores for allergen extraction. Common practice in fungal allergen extraction is to use a mixture of spores and mycelia, which was believed to be a contributing factor to inconsistency in the low sensitivity of fungal allergenic tests. Because of the low sensitivity of some of the commercially available mold allergen extracts, false-negative results are not uncommon. Patients with an atopy are frequently allergic to multiple fungal species and manifest type I reactions (asthma, rhinitis, eczema, and hay fever). One of the reasons for the poor correlations is reportedly that fungal allergens are extracted from mostly vegetative hyphae grown in liquid cultures, not from spores. The differences in allergencity between hyphae and spores should be studied.

### B. Infectious Diseases

Fungi are mostly known to cause not only allergies but also infectious diseases to the skin and other body organs (Table III). Infections caused by fungi are called *mycoses*. Mycoses are categorized into endemic and opportunistic. Endemic mycosis is caused by the inhalation of airborne fungal spores found in certain geographic regions where there is a higher frequency of such fungi because of unique soil and flora (Lacey, 1991; Pitt, 1979). Opportunistic fungal pathogens have a great public health importance, especially in immune system compromised individuals such as those with human immunodeficiency virus (HIV) and organ transplants (Keller *et al.*, 1999). These infections are not contagious, and the fungi are not obligatory pathogens. Immunocompromised patients may be at an increased risk for opportunistic infections if opportunistic fungal pathogens become airborne and their concentrations are significantly elevated in indoor air. The major fungi causing mycosis and their medical significance are listed in Table III.

*Aspergillus fumigatus*, *A. flavus*, and *A. niger* are among the fungi of significant concern. *Aspergillus fumigatus* is the most important airborne pathogenic fungus (Brakhage and Langfelder, 2003) because of its small respirable-size spores and its thermophilic nature (Klich and Pitt, 1988). This is the very reason why *A. fumigatus* could cause a significant problem in organ transplant wards in hospitals. Water damaged materials, houseplants, soil, bird and bat droppings, organic waste, or other organic substrates in buildings may be a source of these

TABLE III

PATHOGENIC FUNGI

| Fungus | Classification | Disease | Affected area |
|---|---|---|---|
| *Absidia* sp. | Opportunistic Systemic mycosis | Zygomycosis (Mucormycosis, phycomycosis) | Face, sinuses, gastrointestinal tract, lungs |
| *Cunninghamelia* sp. | | | |
| *Mortierella* sp. | | | |
| *Mucor* sp. | | | |
| *Rhizopus* sp. | | | |
| *Syncephalastrum* sp. | | | |
| *Basidobolus ranarum* | | | |
| *Rhizomucor* sp. | | | |
| *Conidiobolus coronatus* | | | |
| *Acremonium* sp. | Cutaneous mycosis | Keratomycosis | Eye |
| | Subcutaneous mycosis | Maduromycetoma | |
| | Opportunistic Systemic mycosis | Systemic opportunistic fungal disease | Lungs, deep tissue, body organs, blood |
| *Alternaria* sp. | Opportunistic Systemic mycosis | Systemic opportunistic fungal disease | Lungs, deep tissue, body organs, blood |
| *Arthrographis* sp. | Subcutaneous mycosis | Dermatomycosis | Skin |
| *Aspergillus fumigatus* | Opportunistic Systemic mycosis | Aspergillosis | Lung, skin, mucocutaneous tissue, any of the body organs |
| *Asp. flavus* | | | |
| *Asp. niger* | | | |
| *Asp. terreus* | | | |
| *Asp. ustus* | | | |
| *Aspergillus* spp. | | | |
| *Aspergillus* sp. | Cutaneous mycosis | Outer cutaneous mycoses | Skin |
| | | Onychomycosis | Nails |
| | | Otomycosis | Ear |
| | | Keratomycosis | Eye |

(*continued*)

TABLE III (*Continued*)

| Fungus | Classification | Disease | Affected area |
|---|---|---|---|
| *Aureobasidium pullulans* | Opportunistic Systemic mycosis | Systemic opportunistic fungal disease | Lungs, deep tissue, body organs, blood |
| *Basidiobolus* sp. | Rare subcutaneous mycosis | Entomophthora basidiobolae | Smooth skin |
| *Beauveria bassiana* | Opportunistic Systemic mycosis | Systemic opportunistic fungal disease | Lungs, deep tissue, body organs, blood |
| *Blastomyces dermatitidis* | Systemic mycosis | Blastomycosis | Primary infection in lung, may spread to all organs, skin lesions are common |
| *Candida albicans* | Cutaneous mycosis | Intertriginous candidosis | Moist skin areas: groin, glans penis, scrotum, folds of buttocks, under the breast, axilla, interdigital spaces |
| | | Candida diaper rash | Diaper area |
| | | Candidal granuloma | Hands, feet, face, and scalp |
| | | Candida paronychia and onychomycosis | Nails and skin around nail |
| | | Mucocutaneoius candidosis | Mucocutaneous areas |
| | | Thrush | Mouth and tongue |
| | | Perleche | Corners of mouth |
| | | Vaginal candidosis | Vagina |
| | | Candida balinitis | Glans penis |
| | | Esophageal candidosis | Esophagus |
| | | Perianal candidosis | Anal ara |
| | | Chronic mucocutaneous candidosis | |
| *Candida albicans*, *Candida* spp. | Cutaneous mycosis | Onychomycosis | Nails |

(*continued*)

TABLE III (*Continued*)

| Fungus | Classification | Disease | Affected area |
|---|---|---|---|
| | Opportunistic Systemic mycosis | Systemic candidosis | Blood, heart tissue, kidney, bladder, mucocutaneous tissue (lungs are colonized, but rarely invaded) |
| | Cutaneous mycosis | Otomycosis | Ear |
| *Candida* sp. | Cutaneous mycosis | Keratomycosis | Eye |
| *Cercospora apii* | Opportunistic Systemic mycosis | Systemic Opportunistic fungal disease | Lungs, deep tissue, body organs, blood |
| *Chaetoconidium* sp. | Opportunistic Systemic mycosis | Systemic Opportunistic fungal disease | Lungs, deep tissue, body organs, blood |
| *Chrysosporium parvum* | Opportunistic Systemic mycosis | Systemic Opportunistic fungal disease | Lungs, deep tissue, body organs, blood |
| *Cladosporium carrionii* | Subcutaneous mycosis | Chromomycosis | Skin surface, mostly lower extremities |
| *Cladosporium trichoides* | Opportunistic Systemic mycosis | Cerebral chromomycosis | Brain or central nervous system |
| *Coccidioides immitis* | Systemic mycosis | Coccidioido-mycosis | Primary infection in the lung may spread to other organs of the body; skin lesion may be produced |
| *Coprinus* sp. | Miscellaneous and rare mycosis | Basidiomycosis | |
| *Cryptococcus neoformans* | Systemic mycosis | Cryptococcosis | Lungs, central nervous system, skin, any organ of body |
| *Curvularia geniculata* | Opportunistic Systemic mycosis | Systemic Opportunistic fungal disease | Lungs, deep tissue, body organs, blood |
| *Drechslera hawaiiensis* | Opportunistic Systemic mycosis | | |
| *Entomophthora (conidiobolus) coronata* | Rare subcutaneous mycosis | Entomophthoro-mycosis conididobolae | Nasal tissue and face |

(*continued*)

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 47 of 111 PageID #: 3645



TABLE III (*Continued*)

| Fungus | Classification | Disease | Affected area |
|---|---|---|---|
| *Epidermophyton floccosum* | Cutaneous mycosis | Tinea cruris | Groin |
| | | Tinea pedis | Feet, interdigital spaces, and soles |
| | | Tinea manuum | Palms and fingers |
| | | Tinea unguium | Nails |
| *Epidermophyton* spp. | Cutaneous mycosis | Dermatomycoses | Keratinized layers of body: skin, hair, nails |
| *Exophiala (Phialophora) jeanselmei* | Subcutaneous mycosis | Phaeomycotic Cyst | Smooth skin |
| *Exophiala (Phialophora) spinifera* | Subcutaneous mycosis | Phaeomycotic Cyst | Smooth skin |
| *Exophiala jeanselmei* | Subcutaneous mycosis | Maduromycetoma | |
| *Fonsecaea compactum* | Subcutaneous mycosis | Chromomycosis | Skin surface, mostly lower extremities |
| *Fonsecaea pedrosoi* | Opportunistic Systemic mycosis | Cerebral chromomycosis | Brain or central nervous system |
| *Fonsecaea pedrosoi* | Subcutaneous mycosis | Chromomycosis | Skin surface, mostly lower extremities |
| *Fusarium* sp. | Opportunistic Systemic mycosis | | |
| *Fusarium* sp. | Cutaneous mycosis | Keratomycosis | Eye |
| *Geotrichum candidum* | Opportunistic Systemic mycosis | | |
| *Helminthosporium* sp. | Opportunistic Systemic mycosis | | |
| *Hendersonula* sp. | Subcutaneous mycosis | Dermatomycosis | Skin |
| *Histoplasma capsulatum* | Systemic mycosis | Histoplasmosis | Primary infection in lung |

(*continued*)

TABLE III (*Continued*)

| Fungus | Classification | Disease | Affected area |
|---|---|---|---|
| (*H. duboisii* in Africa) | | | Recticulorendothelial system is invaded; bone and kidney and other organs, including the skin, may be involved |
| *Hortaea* (*Phaeoannellomyces* or *Exophiala*) *werneckii* | Superficial mycosis | Tinea nigra | Thick stratum corneum, palms, and feet |
| *Loboa loboi* | Rare subcutaneous mycosis | Lobomycosis | Smooth skin |
| *Malassezia furfur* | Superficial infections | Pityriasis versicolor | |
| *Microsporum audouinii* | Cutaneous mycosis | Tinea capitis | Scalp |
| *M. canis* | | | |
| *Microsporum* spp. | | | |
| *Microsporum canis* | Cutaneous mycosis | Tinea corporis | Smooth body skin |
| *M. gypseum* | | | |
| *Microsporum* spp. | | | |
| *Microsporum* spp. | Cutaneous mycosis | Tinea barbae | Beard and coarse body hair |
| | | Tinea favosa | Scalp, skin, and nails |
| *Microsporum* spp. | Cutaneous mycosis | Dermatomycoses | Keratinized layers of body: skin, hair, nails |
| *Paecilomyces* sp. | Opportunistic Systemic mycosis. | | |
| *Paracoccidioides brasiliensis* | Systemic mycosis | Paracoccidioidomycosis | Subclinical infection in lung, mucous membranes, and skin are involved |
| *Penicillium* sp. | Opportunistic Systemic mycosis | | |
| *Pseudallescheria* (*Allescheria* or *Petriellidium*), *boydii* | Subcutaneous mycosis | Maduromycetoma | |

(*continued*)

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 49 of 111 PageID #: 3647



fungi (Benenson, 1990; Burge 1990a; Larsen and Frisvad, 1995). These fungi can cause aspergillosis. In a hospital where an epidemic of aspergillosis occurred, the source of *Aspergillus* spores was attributed to a defective disposal conduit door and the dispersal of a contaminated aerosol from the ward vacuum cleaner, which had the highest measured concentrations of *Aspergillus fumigatus* in or around the building (65 colony forming units/$m^3$ as compared with 0–6 cfu/$m^3$ elsewhere). No further cases were identified in the hospital in the 2 years after relevant hygiene arrangements were incorporated (Anderson *et al.*, 1996).

Other clinically important fungal infections include candidiasis with local mucocutaneous or disseminated systemic organ manifestations and skin mycoses such as dermatophytoses, keratomycosis, tinea nigra, piedra, and malassezia-caused dermatitis. Invasive fungal diseases of the paranasal sinuses may also be associated with allergic sinusitis in atopic patients (Fatterpekar, 1999). *Aspergillus* species are frequently involved. Noninvasive forms may colonize body cavities and may be asymptomatic as long as some degree of immunological resistance can be maintained. *Cryptococcus neoformans* var. *neoformans* was isolated from 20 (13%) dwellings out of 154 dwellings in the metropolitan area of Rio de Janeiro, Brazil, comprising 5 (15.6%) of 32 dwellings of patients with AIDS-associated cryptococcosis (Passoni *et al.*, 1998).

Histoplasmosis is an intracellular mycotic infection of the reticuloendothelial system caused by the inhalation of conidia from the fungus *Histoplasma capsulatum* (Howard, 2003). *Histoplasma capsulatum* has a worldwide distribution, but the Mississippi–Ohio River Valley in the United States is a major endemic region, and the spore is occasionally found in certain indoor environments there (Collier *et al.*, 1998).

*Coccidioides immitis* causes coccidioiomycosis, a highly infectious upper respiratory disease, and infection is caused by inhalation of its airborne arthrospores (Howard, 2003). The disease is endemic in certain regions, mainly in desert soils and also in the air of endemic areas in North America (Cox and Wathes, 1995). Exposure to dustborne spores outdoors is the major risk factor of infection (Al-Doory and Ramsey, 1987).

### C. Mycotoxins and Their Significance to Human Health

Another public health concern is mycotoxins produced by some indoor fungi (Table IV). Fungi are capable of producing a number of secondary metabolites (Nielsen, 2002). Most of these secondary

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 50 of 111 PageID #: 3648



TABLE IV

COMMON MYCOTOXIGENIC INDOOR FUNGI

| Fungus | Mycotoxins* |
|---|---|
| *Alternaria alternata* | Tenuazonic acid, alternatiol, alternatiol mononethyl ether, altertoxins |
| *Aspergillus flavus* | **Aflatoxin $B_1$** |
| *Aspergillus fumigatus* | **Gliotoxin**, verrucologen, fumitremorgceusins, fumitoxins, tryptoquivalins |
| *Aspergillus niger* | Naphthopyrone, malformins, nigragillin, orlandin |
| *Aspergillus ochrrachceus* | **Ochratoxin A** (a carcinogenic kidney toxin) |
| *Aspergillus parasiticus* | Aflatoxin $B_1$ |
| *Aspergillus versicolar* | **Sterigmatocystin** and methoxysterigmatocystin |
| *Aspergillus ustus* | Austaminde, austdiol, austins, austocystins, kotanins X and Y |
| *Chaetomium globosum* | **Chaetoglobosins, chetomin** |
| *Cladosporium cladosporioides* | Cladosporin, emodin |
| *Emericella* (*Aspergillus*) *nidulans* | **Sterigmatocystin**, nudulotoxin |
| *Fusarium culmorum* | **T-2 toxin** (immunosuppressive) |
| *Fusarium gramineorum* | **Zealralenone** |
| *Fusarium verticillioides* (= *F. moniliforme*) | **Fumonisins** |
| *Memnoniella echinata* | Trichodermol, trichodermin, dechlorogrisseofulvins, memnobotrins A and B, memenoconol, memnoconone |
| *Paecilomyces variotii* | Patulin, viriditoxin |
| *Penicillium aurantiogriseum* | Auranthine, penicillic acid, verrucosidin, **nephrotoxic glycopeptides** Mycophenolic acid |
| *Penicillium brevcompactum* | |
| *Penicillium chrysogenum* | Roquefortine C, meleagrin, chrysogin, penicillin |
| *Penicillium expansum* | Citrinin, patulin (nephrotoxic), cytotoxic metabolite of unknown origin |
| *Penicillium polonicum* | 3-methoxyviridicatin, verrucosidin, verrucofortine |
| *Penicillium verrucosum* | **Ochratoxin A** (a carcinogenic kidney toxin) |
| *Stachybotrys chartarum* (syn = *S. atra*). | Macrocyclic trichothecenes: **satratoxins, verrucarins, roridins**, atranones, dolabellanes, stachybotrylactones, and lactams |
| *Trichoderma harzianum* | **Alamethicins**, emodin, suzukacillin, trichodermin |
| *Wallemia sebi* | Walleminols A and B, walleminone |

*Toxins in boldface are of high potency. Compiled in part from Al-Doory and Domson, 1984; Frank *et al.*, 1999; Macher *et al.*, 1999; Samson, 2000; St-Germain and Summerbell, 1996.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 51 of 111 PageID #: 3649



metabolites are mainly to enhance the fitness of the fungi in nature. However, when some of these chemical compounds cause detrimental or toxic response in higher vertebrates at low concentrations, they are referred to as *mycotoxins* (Nielsen, 2002). Mycotoxicosis is defined as the disease resulting from exposure to a mycotoxin (CAST, 2003). Mycotoxicosis may be acute or chronic. More occult disease may occur when the mycotoxin interferes with the immune system and leads to a compromised immune system so as to make patients more susceptible to infectious diseases. Major mycotoxicoses include aflatoxicosis, ochratoxicosis, trichothecene toxicoses, citreviridin toxicosis, zearalenone toxicosis, fumonisin toxicosis, gliotoxin toxicosis, and immunomodulation.

Mycotoxins' detrimental effects on human health are at work when they are ingested (CAST, 2003; Matossian, 1989), inhaled (CAST, 2003; Croft *et al.*, 1986; Johanning *et al.*, 1993; Miller, 1993; Smoragiewicz *et al.*, 1993), or absorbed through skin contact (CAST, 2003; Dill *et al.*, 1997; Singh, 1994). Historically, human exposure to mycotoxins is mainly through ingestion of foodstuff containing or contaminated with mycotoxins (CAST, 2003). However, because of increases in public awareness of the health effects of indoor fungi, inhalation of mycotoxin-containing spores of indoor fungi has become a major public health concern in the indoor environment, and ingestion and dermal contact play a secondary role in indoor exposure. There are reportedly more than 200 mycotoxins produced by various common fungi, per the World Health Organization (WHO) Environmental Health Criterion 105 on mycotoxins (Yang *et al.*, 2002). Samson (1992) and Smoragiewicz *et al.* (1993) suggested that there are more than 400 toxic metabolites at present. The actual number of mycotoxins is not known, but the number of fungal toxic metabolites could be potentially in the thousands (CAST, 2003). With molecular masses between 200 and 800 kDa (Smoragiewicz *et al.* 1993), mycotoxins are not volatile at ambient temperatures (Tuomi *et al.* 2000). Schiefer (1990) considered that mycotoxins generally have low volatility, and therefore inhalation of volatile mycotoxins is not very likely. A task group of WHO concluded that an association between trichothecene exposure and human disease episodes is possible; however, only limited data are available (Yang *et al.*, 2002).

Major genera of toxigenic fungi include *Aspergillus, Penicillium, Fusarium, Stachybotrys, Memnoniella*, and *Claviceps* (CAST, 2003). There are other genera of mycotoxin-producing fungi. Species of 46 fungal genera have been reported to produce mycotoxins (Kendrick, 2000). Major classes of mycotoxins include aflatoxins, trichothecenes,

fumonisins, zearalenone, ochratoxin A, and ergot alkaloids (CAST, 2003). Major toxigenic fungi and the mycotoxins produced, as well as their health effects, are compiled in Tables V and VI. It should be pointed out that some of the fungi in Table V are often found indoors.

Mycotoxins are an integral part of the fungal spores or in association with dust particles when released into the substrates. Water-damaged building materials are often contaminated with fungi that produce detectable levels of mycotoxins (Nikulin, 1999), which may be aerosolized and contribute to pollution in indoor air. Sorenson *et al.* (1987) showed that aerosolized conidia of *S. chartarum* (syn. *S. atra*)

TABLE V

FUNGI IMPLICATING SOME HUMAN DISEASES BECAUSE OF INVOLVEMENT OF THEIR MYCOTOXINS

| Etiologic agent | Disease | Natural substrate |
|---|---|---|
| *Fusarium* spp. | Akakabio-byo | Wheat, barley, oats, rice |
| *Fusarium* spp. | Alimentary toxic aleukia (ATA or septic angina) | Cereal grains (toxic bread) |
| *Penicillium* | Balkan nephropathy | Cereal grains |
| *Aspergillus* spp., *Penicillium* spp. | Cardiac beriberi | Rice |
| *Sclerotinia* | Celery harvester's disease | Celery (pink rot) |
| *Dendrodochium toxicum* | Dendrodochiotoxicosis | Fodder (skin contact, inhaled fodder particles) |
| *Claviceps purpurea* | Ergotism | Rye, cereal grains |
| *Fusarium moniliforme* | Esophageal tumors | Corn |
| *Apergillus flavus*, *A. parasiticus* | Hepatocarcinoma (acute aflatoxicosis) | Cereal grains, peanuts |
| *Fusarium* | Kashin Beck disease, "Urov disease" | Cereal grains |
| *Aspergillus flavus*, *A. parasiticus* | Kwashiorkor | Cereal grains |
| *Phoma sorghina* | Onyalai | Millet |
| *Aspergillus* | Reye's syndrome | Cereal grains |
| *Satchybotrys chartarum* | Stachybotryotoxicosis | Hay, cereal grains, fodder (skin contact, inhaled haydust) |

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 53 of 111 PageID #: 3651



TABLE VI

MYCOTOXINS AND THEIR PATHOLOGICAL EFFECTS ON HUMANS AND ANIMALS

| Mycotoxin | Substrates | Affected species | Pathological effects |
|---|---|---|---|
| Aflatoxins (B1, B2, G1, G2, M1, M2) | Peanuts, corn, wheat, rice, cottonseed, copra, nuts, various foods, milk, eggs, cheese, figs | Birds<br>Duckling, turkey, poultry, pheasant chick, mature chicken, quail<br>Mammals<br>Young pigs, pregnant sows, dog, calf, mature cattle, sheep, cat, monkey, human<br>Fish<br>Laboratory animals | Hepatotoxicity (liver damage)<br>Bile duct hyperplasia<br>Hemorrhage<br>Intestinal tract<br>Kidneys<br>Carcinogenesis (liver tumors) |
| Citrinin | Cereal grains (wheat, barley, corn, rice) | Swine, dog, laboratory animals | Nephrotoxicity (tubular necrosis of kidney) porcine nephropathy |
| Cyclopiazonic acid | Corn, peanuts, cheese, kodo millet | Chicken, turkey, swine, rat, guinea pig, human | Muscle necrosis<br>Intestinal hemorrhage and edema<br>Oral lesions |
| Ochratoxin A | Cereal grains, (wheat, barley, oats, corn), dry beans, moldy peanuts, cheese, grapes, dried fruits, wine | Swine, dog, duckling, chicken, rat, human | Nephrotoxicity (tubular necrosis of kidney)<br>Porcine nephropathy<br>Mild liver damage<br>Enteritis<br>Teratogenesis<br>Carcinogenesis (kidney tumors)<br>Urinary tract tumors |
| Patulin | Moldy feed, rotted apples, apple juice, wheat straw residue | Birds<br>Chicken, chicken embryo, quail<br>Mammals<br>Cat, cattle, mouse, rabbit, rat, human | Edema<br>Brain<br>Lungs<br>Hemorrhage<br>Lungs<br>Capillary damage<br>Liver |

*(continued)*

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 54 of 111 PageID #: 3652



TABLE VI (*Continued*)

| Mycotoxin | Substrates | Affected species | Pathological effects |
|---|---|---|---|
| | | Others<br>Brine shrimp, guppie, zebra<br>Fish larvae | Spleen<br>Kidney<br>Paralysis of motor nerves<br>Convulsions<br>Carcinogenesis<br>Antibiotic |
| Penicillic acid | Stored corn, cereal grains, dried beans, moldy tobacco | Mouse, rat, chicken embryo, quail, brine shrimp | Liver damage (fatty liver, cell necrosis); kidney damage; digitalis-like action on heart dilates blood vessels; antidiuretic edema in rabbit skin; carcinogenesis; antibiotic |
| Penitrem | Moldy cream cheese, English walnuts, hamburger bun, beer | Dog, mouse, human | Tremors, death, icoordination, bloody diarrhea |
| Sterigmatocystin | Green coffee, moldy wheat, grains, hard cheeses, peas, cottonseed | Mouse, rat | Carcinogenesis<br>Hepatotoxin |
| Trichothecenes (T-2 toxin, diacetoxyscirpenol, neosolaniol, nivalenol, diacetylnivalenol, deoxynicalenol, HT-2 toxin, fusarenon X) | Corn, wheat, commercial cattle feed, mixed feed, barley, oats | Swine, cattle, chicken, turkey, horse, rat, dog, mouse, cat, human | Digestive disorders (emesis, diarrhea, refusal to eat), hemorrhage (stomach, heart, intestines, lungs, bladder, kidney), edema, oral lesions, dermatitis, blood disorders (leucopenia) |
| Zearalenone | Corn, moldy hay, pelleted commercial feed | Swine, dairy cattle, chicken, turkey, lamb, rat, mouse, guinea pig | Estrogenic effects (edema of vulva, prolapse of vagina, enlargement of uterus)<br>Atrophy of testicles<br>Atrophy of ovaries, enlargement of mammary glands<br>Abortion |

Compiled from CAST (2003).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 55 of 111 PageID #: 3653



contained trichothecene mycotoxins in the laboratory. The most common toxin was satratoxin H. Lesser amounts of satratoxin G and trichoverrols A and B were also detected, but less frequently. They also found that most of the airborne particles were within respirable range. Similar experiments, conducted by Pasanen *et al.* (1993), demonstrated that trichothecene mycotoxins were in airborne fungal propagules of *S. chartarum* (*S. atra*) and could be collected on membrane filters. Conidia of *A. flavus* and *A. parasiticus* were reported to contain aflatoxins (Wicklow and Shotwell, 1983). Miller (1993) also reported detection of two mycotoxins, deoxynivalenol and T-2 toxin, in conidia of *Fusarium graminearum* and *F. sporotrichioides*, respectively. These references suggest that inhalation exposure to conidia may also increase the chance of exposure to mycotoxins.

Studies indicated that some secondary metabolites of indoor airborne fungi could be responsible for health problems of occupants (Croft *et al.* 1986; Pieckova, 2002). Croft *et al.* (1986) identified several cases of mycotoxicoses caused by airborne exposure to the toxigenic fungus *S. chartarum* (syn. *S. atra*) in a residential building. Spengler *et al.* (1993) reported that a higher rate of upper respiratory tract and lung cancer occurred among workers with a high risk of inhalation of fungi in the grain and food handling industry.

Important indoor toxigenic fungi include *Stachybotrys chartarum* (syn. *S. atra*), *Memnoniella echinata*, *Aspergillus* species, *Penicillium* species, *Fusarium* species, *Trichoderma* species, and *Paecilomyces* species. These fungi are well documented to have associations with detrimental health effects in humans and animals by ingestion. However, many toxigenic fungi—such as *Stachybotrys chartarum* and species of *Aspergillus*, *Penicillium*, and *Fusarium*—have been found to infest buildings with known indoor air problems and sick building syndrome (Croft *et al.*, 1986; Flannigan *et al.*, 1991; Johanning *et al.*, 1993).

It should be pointed out that most mycotoxin studies were conducted on post-harvest stored or processed food. For better indoor environmental quality evaluation, it is important to know whether indoor fungi are able to produce mycotoxin in building materials or not and under what conditions. Tuomi *et al.* (2000) analyzed 17 mycotoxins from 79 bulk building materials collected from water-damaged buildings. Their results showed sterigmatocystin was present in 24% of the samples, trichothecenes in 19% of the samples, and citrinine in 3 samples. *Aspergillus versicolor* was found on most sterigmatocysin-containing samples, and *Stachybotrys* spp. were found on the samples in which satratoxins were present (Tuomi *et al.*, 2000).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 56 of 111 PageID #: 3654



Nielsen (2002) showed that *Stachybotrys chartarum* produced a number of mycotoxins on building materials at levels significantly higher than these products by other fungi. More importantly, he discovered that only 35% of the isolates of *S. chartarum* produced the extremely cytotoxic satratoxins. He opined that satratoxins might not be responsible for idiopathic pulmonary hemosiderosis (IDPH) in infants and that this disease may be caused by other mycotoxins produced by *S. chartarum* (Nielsen, 2002). Similar results showed that 39% of *S. chartarum* produced macrocyclic trichothecenes (Andersen *et al.*, 2002). The toxicity of the isolates producing macrocyclic trichothecenes is 1000 times that of other isolates, which produce atronones (Jarvis 2003, per. com.). However, a recent study in Belgium showed that in 6 IDPH cases, the isolates of *S. chartarum* recovered from patients' homes were all atronones producers (Nielsen, per. com.). This association further raised the question whether other mycotoxins and secondary metabolites are responsible for IDPH. To answer this question there is no doubt that more research is necessary.

Aflatoxins are toxins discovered in 1961 from *Aspergillus flavus* and *A. parasiticus* and considered human and animal carcinogens (CAST, 2003; International Agency for Research on Cancer, 1993). Aflatoxins are potent liver toxins. A sublethal dose from exposure may result in cancer (CAST, 2003). Aflatoxin-induced disease has been well documented and reviewed (Henry and Cole, 1993; International Agency for Research on Cancer, 1993; Kurup, 1999). *Aspergillus versicolor* produced the mycotoxins sterigmatocystin and 5-methoxysterigmatocystin, which are precursors of aflatoxins, in water-damaged materials under field conditions and experimental conditions (Gravesen *et al.*, 1999; Nielsen, 2002). Trichothecene toxins inhibit protein and DNA synthesis (CAST, 2003). The data of health effects on animals are "inadequate evidence" for humans (International Agency for Research on Cancer, 1993). Macrocyclic trichothecenes, such as satratoxin H, have not been classified. These toxins can cause alveolar macrophage defects and may affect phagocytosis. They have been investigated for use in cancer treatment (Goodwin *et al.*, 1978) but also in chemical-biological warfare.

In animal studies, all frequently isolated strains (*Penicillium* sp., *Aspergillus versicolor*, *A. flavus*, *Cladosporium sphaerospermum*, and *C. cladosporioides*) in Slovakia produced secondary metabolites with the strongest ciliostatic activity—their exo- and endometabolites stopped tracheal ciliary movement in chicks for 24 h (Pieckova, 2002). On building materials, *Penicillium chrysogenum* produced only few detectable metabolites or frequently none (Nielsen, 2002).

Toxic metabolites from isolates of *Trichoderma harzianum* isolated from the indoor environment of a building where the occupant was suffering serious building-related ill-health symptoms damaged the cell membrane barrier function of sperm cells (Peltola *et al.*, 2001). However, in Nielsen's studies, *Trichoderma* spp. did not produce detectable quantities of trichothecenes on building materials (Nielsen, 2002). Nielsen (2002) further showed that *Chaetomium globosum* produced high quantities of chaetoglobosins on building materials. *Wallemia sebi*, a common indoor xerophyllic fungus, was found to produce the mycotoxins walleminol and walleminone (Frank *et al.*, 1999). However, reports on the biological effects of most secondary metabolites are scarce, and very few of the studies evaluated the effects of inhaled secondary metabolites (Nielsen, 2003).

Samson (1992) divided the adverse effects into four categories: acute, chronic, mutagenic, and teratogenic. Symptoms related to mycotoxins or toxin-containing spores (particularly those of *S. chartarum*) include dermatitis; recurring cold and flu-like symptoms; burning sore throat; headaches and excessive fatigue; diarrhea; and impaired or altered immune function; as well as cough; irritation of eyes, skin, and respiratory tract; or joint ache (Singh, 1994; Tuomi *et al.*, 2000). Compromised ability of the body to resist infectious diseases may lead to opportunistic infections and possibly cancers. Certain mycotoxins, such as zearalenone, have been found to cause infertility and stillbirths in pigs (Matossian, 1989). Low-level, complex exposures from a mixture of mycotoxins may have synergistic effects and may result in central neuroendocrine-immune changes and consequently in complex health reactions of the endocrine and nervous systems (Ammann, 1999). Residents or occupants who were exposed to toxigenic fungi in water-damaged buildings might suffer from nonspecific symptoms (Tuomi *et al.*, 2000).

Although relationships were established to link inhalation exposure to mycotoxin-containing fungal spores and symptoms of mycotoxicoses in fungi-infested indoor environments (Croft *et al.*, 1986; Johanning *et al.*, 1993), other possible exposure routes such as ingestion and dermal contact are likely. Because fungal spores are ubiquitous in a contaminated environment, the chance of ingesting toxin-containing spores is likely to increase through eating, drinking, and smoking.

Concerns were raised that many of the data on exposures to toxigenic molds were derived from animal toxicity studies, and these are based primarily on ingestion (Assoulin-Daya *et al.*, 2002). Whether these results can be extrapolated to human health is questionable. In a review article, Robbins *et al.* (2000) argued that although evidence was found

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 58 of 111 PageID #: 3656



for a relationship between high levels of inhalation exposure or direct contact to mycotoxin-containing molds or mycotoxins, and demonstrable effects in animals and health effects in humans, the current literature does not provide compelling evidence that exposure at levels expected in most mold-contaminated indoor environments is likely to result in measurable health effects.

Novotny and Dixit (2000) reported that two fungi, *Penicillium* (presumptively *Penicillium purpurogenum*) and *Trichoderma* sp., were cultured from surface samples collected in the residence where a 40-day-old male suffered pulmonary hemorrhage following exposure to indoor fungi and tobacco smoke. The authors thought the fungi to be mycotoxin producers and tried to link the fungi to the pulmonary hemorrhage. However, without properly identifying the fungi to species, it is premature to assume the fungi were mycotoxin producers and is difficult to establish the causal association between pulmonary hemorrhage, the fungi, and mycotoxins. The health effects of indoor molds can be inconsistent; the presence of fungi was reported to be a significant risk factor in Red Deer but not in Medicine Hat, Alberta, Canada (Hessel *et al.*, 2001).

Since mycotoxin production is species specific, it is crucial to inventory all fungi growing in a contaminated indoor environment and identify the fungi to species. Without knowing the fungal species that are present, determination cannot be made whether the species are toxigenic or not. In addition, the investigators will not be able to ascertain whether species are able to produce mycotoxins under the investigated conditions. Mycotoxin production can be influenced by substrates (medium composition), temperature, water activity, and other factors, and indoor fungi likely produce different mycotoxins on building materials (Nielsen, 2003). Therefore it is very difficult to evaluate the severity of indoor fungal and mycotoxin contamination.

### D. Volatile Organic Compounds (VOCs)

Actively growing fungi produce a variety of volatile organic compounds (VOCs), which may produce a distinctive musty, moldy odor. Fungal VOCs may include 3-methylbutan-1-ol, 3-methylbutan-2-ol, fenchone, heptan-2-one, hexan-2-one, octan-3-one, octan-3-ol, pentan-2-ol, alpha-terpineol, and thujopsene. They emit these compounds into the indoor environment (Elke *et al.* 1999). The most prevalent compounds included xylene, toluene, 2-propanol, limonene, and heptane. Formaldehyde concentrations ranging from 1.7 to 13.3 microg/m$^3$ and mean acetaldehyde levels ranging from <3.0 to 7.5 microg/m$^3$

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 59 of 111 PageID #: 3657



were reported (Reynolds *et al.* 2001). Larsen and Frivad (1995) studied the *in vitro* production of fungal volatiles from 47 *Penicillium* taxa and detected alcohols, ketones, esters, small alkenes, monterpenes, sesquiterpenes, and aromates. However, aldehydes were not among the VOCs detected.

Fiedler *et al.* (2001) studied VOC production by *Aspergillus fumigatus, A. versicolor, A. niger, A. ochraceus, Trichoderma harzianum, T. pseudokoningii, Penicillium brevicompactum, P. chrysogenum, P. claviforme, P. expansum, Fusarium solani*, and *Mucor* sp. More than 150 volatile substances derived from the fungal cultures have been analyzed by head-space solid-phase microextraction (HS-SPME) (Fiedler *et al.*, 2001). Each species had a defined VOC profile, which may be subject to considerable modification in response to external factors such as cultivation on different substrata. Cultivation on different substrata changes the number and concentration of VOCs (Fiedler *et al.*, 2001). Wilkins *et al.* (2000) studied the production of VOCs by mold species isolated from damp buildings. They were grown on sterile building materials and some synthetic media. Patterns of the volatile organic compounds were very media dependent, but media, which favor terpene biosynthesis, may give patterns unique enough for identification of dominant indoor molds (Wilkins *et al.*, 2000). It was proposed that species-specific volatiles may serve as marker compounds for the selective detection of fungal species in indoor environments (Fiedler *et al.*, 2001). Examination of VOCs from indoor air samples may become an important method in indoor air hygiene for the detection of type and intensity of masked contamination by molds (Fiedler *et al.*, 2001). Additional fungal VOCs are compiled and listed by Ammann (2) and Batterman (8). Almost all of the published information regarding fungal VOCs concerns species of *Penicillium* and *Aspergillus*.

Some of the fungal VOCs have an unpleasant odor (Gravesen *et al.*, 1994). The musty, moldy, and earthy odors are likely to come from 2-octen-1-ol and geosmin (1, 10-dimethyl-9 decalol) (Flannigan *et al.*, 1991). Ezeonu *et al.* (1994) identified ethanol, 2-ethyl hexanol, cyclohexane, and benzene from fiberglass air duct liners colonized by *Aspergillus versicolor, Acremonium obclavatum*, and *Cladosporium herbarum*. Acetone and 2-butanone were only detected on agar plate samples of *A. versicolor* and *A. obclavatum*. The 2-ethyl hexanol and cyclohexane are eye and skin irritants, and benzene is a generally recognized hazardous chemical. Other fungal VOCs associated with two common indoor fungi, *Penicillium* and *Aspergillus*, have been identified. They are 2-methyl-isoborneol, 2-methyl-1-propanol, 3-methyl-1-butanol, and 3-octanone (Gravesen *et al.*, 1994).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 60 of 111 PageID #: 3658



Ahearn *et al.* (1997) found that lower concentrations of volatile organics were released from air filter medium colonized by fungi than noncolonized filter medium in a water-damaged office building. However, the volatiles from the colonized filter medium included fungal metabolites such as acetone and a carbonyl sulfide-like compound that were not present and released from noncolonized filter medium. They suggested that the growth of fungi in air distribution systems may affect the content of volatile organics in indoor air (Ahearn *et al.*, 1997).

Fungal VOC levels indoors are normally low. Indoor concentrations of total volatile organic compounds (TVOCs) were reported ranging from 73 to 235 microg/m$^3$ (Reynolds *et al.*, 2001). However, microbial volatile organic compounds (MVOCs) and metabolites of fungi detected in indoor molds are considered to be a potential health hazard (Kreja and Seidel, 2002). Their toxicological relevance and health effect, however, is largely unknown, and data are rare (Kreja and Seidel, 2002).

Although VOCs produced by *Aspergillus, Penicillium*, and other fungi have been investigated extensively, little information exists on what VOCs can be produced by *S. chartarum* (Gao and Martin, 2002). Four unique VOCs—1-butanol, 3-methyl-1-butanol, 3-methyl-2-butanol, and thujopsene—were detected on rice cultures of *S. chartarum*, and only one of them (1-butanol) was detected on gypsum board cultures (Gao and Martin, 2002). For a given strain, VOCs were considerably different with different cultivation media (Gao and Martin, 2002). Concentration profiles of the volatile compounds varied among compounds; however, each compound exhibited corresponding concentration trends between the strains (Gao and Martin, 2002). In comparison with their previous studies of five *Aspergillus* species on gypsum board under the same experimental conditions, fewer unique VOCs were produced by *S. chartarum*, and they were significantly different. Gao and Martin (2002) indicated that VOCs produced by *S. chartarum* may represent a relatively small portion of the total volatiles present in problematic buildings where *Aspergillus* spp., *Penicillium* spp., and other fungi frequently coexist (Gao and Martin, 2002).

Elke *et al.* (1999) described a new, analytically valid procedure to assess the exposure of humans to the so-called microbial volatile organic compounds (MVOCs). The method can be used routinely for large sample numbers and is especially valuable as a basis for further research on the correlation between single MVOCs and indoor mold growth (Elke *et al.*, 1999). With the exception of 3-methylbutan-2-ol, fenchone, nonan-2-one, octan-2-one, and thujopsene, indoor air concentrations of all MVOCs under investigation were significantly higher

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 61 of 111 PageID #: 3659



inside damp and moldy dwellings. It was found that 3-methylbutan-1-ol, hexan-2-one, heptan-2-one, and octan-3-ol were found to be most reliable indicators for mold growth (Elke *et al.*, 1999).

A correlation was also found between selected VOCs and the occurrence of mold species in mattress dust (Elke *et al.*, 1999). *Aspergillus* sp. correlated with heptan-2-one, hexan-2-one, octan-3-ol, octan-3-one, and alpha-terpineol, while the occurrence of *Eurotium* sp. was correlated with higher indoor air concentrations of 3-methylbutan-1-ol, 3-methylbutan-2-ol, heptan-2-one, hexan-2-one, octan-3-ol, and thujopsene (Elke *et al.*, 1999). However, the correlation raised the question whether mold species in mattress dust were spores or active growth. Spores are metabolically slow or inactive and are less likely to produce VOCs.

Indoor fungal VOCs have been suggested as possible contributors to adverse health effects. Symptoms related to exposure to fungal VOCs include nasal irritation and feelings of stuffiness (Flannigan and Miller, 1994). Possibly related mucous membrane and olfactory irritations may trigger an "unpleasant odor reaction" and annoyance (Yang and Johanning, 2002). Although exposure to molds can produce significant mucosal irritation, there are very few data to suggest long-term ill effects. More importantly, there is no evidence in humans that mold exposure leads to nonmucosal pathology (Assoulin-Daya *et al.*, 2002). In a recent study, MVOC-induced DNA damage was observed under conditions in which cytotoxic effects were observed but clastogenic and mutagenic effects could not be detected (Kreja and Seidel, 2002).

### E. Glucans

The polyglucose $(1 \rightarrow 3)$-$\beta$-D-glucan is a component of cell walls of fungi, some bacteria, and plants (Rylander and Lin, 2000). $(1 \rightarrow 3)$-$\beta$-D-Glucan has been recognized as a potential proinflammatory agent responsible for bioaerosol-induced respiratory symptoms observed in both indoor and occupational environments (Gehring *et al.*, 2001; Milton *et al.*, 2001; Rylander and Lin, 2000). Relationships between the amount of $(1 \rightarrow 3)$-$\beta$-D-glucan and the extent of symptoms, lung function changes, and inflammatory markers have been described. In addition, $(1 \rightarrow 3)$-$\beta$-D-glucan can be used as a surrogate for measuring mold biomass in field studies (Rylander and Lin, 2000).

Milton *et al.* (2001) developed a specific enzyme immunoassay to quantify $(1 \rightarrow 6)$ branched, $(1 \rightarrow 3)$-$\beta$-D-glucans in environmental samples. The assay was highly specific for $(1 \rightarrow 6)$ branched, $(1 \rightarrow 3)$-$\beta$-D-glucans and did not show any response at 200 ng/ml to curdlan,

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 62 of 111 PageID #: 3660



laminarin, pustulan, dextran, mannan, carboxymethyl cellulose, and endotoxins (Milton *et al.*, 2001). The detection level was 0.8 ng/ml for baker's yeast glucan and Betafectin. A coefficient of variation of 7.8% was obtained for (1 → 3)-$\beta$-D-glucans in house dust samples. It will be useful for the investigation of health effects from exposure to this class of biologically active molecules (Milton *et al.*, 2001).

Concentrations ranged from below the limit of detection to 19,013 microg/m$^2$ (22,588 $\mu$/g dust) from living room floors of 395 homes of two German cities, Erfurt and Hamburg (Gehring *et al.*, 2001). Associations between (1 → 3)-$\beta$-D-glucan, housing characteristics, and occupant behavior were found for concentrations per square meter but not for concentrations per gram of dust (Gehring *et al.*, 2001). The following characteristics were associated with a significant increase in beta (1 → 3)-$\beta$-D-glucan levels: carpets in the living room, keeping a dog inside, use of the home by four or more persons, use of the living room for >180 hr/week, lower frequency of vacuum cleaning and dust cleaning, and presence of mold spots during the past 12 months (Gehring *et al.*, 2001).

## III. Indoor Fungi

### A. Fungal Identification

The modern concept of the Kingdom Fungi consists of four phyla, Chytridiomycota, Zygomycota, Ascomycota, and Basidiomycota. In addition, many fungi are conveniently placed in the form group deuteromycetes. Deuteromycetes include fungi that grow vegetatively and may reproduce by producing asexual spores. Species of Zygomycotina, Ascomycotina, Basidiomycotina, deuteromycetes, and myxomycetes have all been reported from the indoor environment or identified from indoor samples by the authors. Many important fungal traits, such as ecological preferences, the production of mycotoxins, secondary metabolites, VOCs, and the associated health effects, are species-specific. It is therefore extremely important that fungi be accurately identified to species. Miller (1991) stressed the importance of reliable fungal identification no matter what the identifications are used for.

Fungal classification and identification are based on morphological, biological, molecular, genetic, and physiological characteristics. Morphological characteristics, both macroscopic and microscopic, are conventionally the most important in fungal classification and identification. However, there are situations in which morphological characteristics cannot differentiate similar or closely related species in large fungal genera such as *Penicillium* or *Aspergillus*. Pitt (1979) and

Klich and Pitt (1988) incorporated physiological and other characters to facilitate speciation of *Penicillium* and *Aspergillus*. With the advances in molecular and genetic studies, different approaches have been tried. However, their practical uses have been limited and the current fungal identification is still morphology-based.

### B. Airborne Fungi

Airborne fungal spores can originate from outdoor as well as indoor sources. Many studies have been conducted for indoor and outdoor airborne fungal spores in various parts of the world. In a well-built and properly maintained building without a history of water damage, its airborne fungal spores are likely from outdoor sources and should reflect outdoor spora qualitatively and quantitatively. Only if a building experiences a significant water damage problem and subsequent fungal growth do its airborne spores become a significant factor. The main health concern of indoor fungal growth is the exposure of occupants to airborne fungal spores and other byproducts of fungal growth from indoors.

A number of air samplers are available for airborne fungi analysis. However, two types of them are widely used: (a) spore trap type for total spore count; (b) sieve to agar type (cultural method) for examination of colonies. The first involves collecting fungal spores and fragments on sticky surfaces applied to a glass slide for direct fungal spore identification under microscopes. Results are expressed as fungal spores/m$^3$. This yields information of total airborne fungal structures including both viable and inviable. Such information is important for any allergen-related health concerns, since all fungal spores and fragments can be allergenic no matter whether they are viable or inviable (including some non-sporulated ones on cultural media, such as most basidiomycetes, obligate phytoplane fungi). However, most fungal spores can be identified to only genus level. The second method involves collecting fungal spores on growing media. After a 7-day incubation, fungi are identified from colonies developed on the media and enumerated as colony forming units (CFU)/m$^3$. The latter one, the culturable method, produces information very useful for assessment of pathogenic or mycotoxingenic fungi and their health effects. This method may not be able to quantify and characterize nonviable and non-sporulated fungi accurately, but the fungi developed on media can be identified to species level. The information of fungal species is essential for assessing the health effects of fungal infestation indoors, since pathogenicity and mycotoxingenicity are species-specific.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 64 of 111 PageID #: 3662



Molds growing indoors have been understood for some time as a source of aeroallergens (Pope *et al.*, 1993; Reed, 1985). Some fungi may cause infection or allergy, depending primarily on the susceptibility of the hosts (Morey and Feeley, 1990). Outdoor sources of spores are generally considered to be the major contributor to the indoor air spora (Flannigan *et al.*, 1991; Li and Kendrick, 1995a). Most of the fungi that contribute significantly to indoor airborne spores reproduce primarily by asexual spores (Burge, 1990a), although *Chaetomium globosum*, which produces ascospores, is a common contaminant of water-damaged paper and wood products. The indoor air environment may be considered a walled-in portion of the outdoor. It differs in patterns of air movement, humidity, temperature, and possibly also in gas composition. Air movement results from ventilation, convection, heating system, cleaning activities, and movement by occupants, but air does not move as continually—or as rapidly—over a surface as it does outdoors. Outside air movement influences movement indoors by forcing air through cracks on the windward side and sucking it out on the leeward, with the direction of airflow changing as the wind direction changes (Lacey, 1981). Artificial ventilation can rapidly circulate spores through a building, but convection can also be very effective, carrying spores from first- to fourth-floor halls within 5 min and into rooms within 20 min (Christensen, 1950).

During summer in North America, counts of airborne spores outdoors and indoors may roughly correspond when windows are open (Snelly and Roby, 1979). It has also been well known for many years that fungi readily invade and propagate in the interior of homes, and that perennial allergic symptoms can be attributed to high concentrations of such spores (Salvaggio, 1986).

Species of *Cladosporium*, *Alternaria*, *Mucor*, *Aspergillus*, and *Penicillium*, among others, are common and are capable of reproducing indoors when appropriate substrates and moisture are available (Morring *et al.*, 1983). Ten *Cladosporium* species, some of which are potentially allergenic, have been isolated inside houses in Córdoba, Spain. Only small differences were recorded among the spora in the different rooms (Infante-Garcia-Pantaleton and Dominguez-Vilches, 1988). The genus *Rhizopus* was isolated mostly indoors in Barcelona, Spain (Calvo *et al.*, 1980). Cooley *et al.* (1998) reported their studies in 48 schools in the United States that the fungal genera comprised over 95% of the outdoor fungi: *Cladosporium* (81.5%), *Penicillium* (5.2%), *Chrysosporium* (4.9%), *Alternaria* (2.8%), and *Aspergillus* (1.1%). At 20 schools, significantly higher concentrations of *Penicillium* species were found in the air samples from complaint areas than from

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 65 of 111 PageID #: 3663



noncomplaint areas in the schools. Ren *et al.* (1999) found that in the United States, *Cladosporium* spp. was dominant in both indoor and outdoor air in summer, while *Penicillium* and *Aspergillus* were dominant in indoor air in winter. The dominant airborne fungal spores indoors in Southern Ontario, Canada, were *Cladosporium* (38.8%), *Aspergillus/Penicillium* (19.8%), *Leptosphaeria* (7.9%), unidentified basidiospores (6.5%), unidentified ascospores (2.8%), *Ganoderma* (2.6%), *Alternaria* (1.9%), *Coprinus* (1.8%), and *Epicoccum* (3.3%) (Li and Kendrick, 1995a).

Concentrations and compositions of airborne fungal spores are determined by many factors and variations. There are regional, yearly, seasonal, and diurnal variations of airborne fungal spore populations (Li and Kendrick, 1994). Chao *et al.* (2002b) showed that fungal spore concentrations in large office buildings varied significantly with season, with a summer peak, and that concentrations of airborne fungi were positively correlated with RH and negatively with $CO_2$ concentrations. The seasonal patterns of indoor fungi are closely correlated with outdoor fungi in residential buildings (Li and Kendrick, 1995a). Vegetation, landscape, land usage, meteorological factors, and other environmental factors, as well as biological characters of fungi, determine the concentration and composition of airborne fungal spores (Li and Kendrick, 1994). These factors ultimately influence the airborne fungi indoors. Better understanding of these variations or patterns and other important factors is crucial for proper sampling strategies and sample collection.

At present there are insufficient research data of dose/exposure level and response relationship to establish practical thresholds for making public health decisions. Although such thresholds are very important for indoor environmental quality evaluation and investigation, it is highly unlikely that a dose-response relationship can easily be established because of the complexity of fungal compositions and related allergens and secondary metabolites.

In 7 homes of patients with asthma bronchiale, the concentrations of mesophilic fungal spores of the indoor air ranged from 100 to 1000 CFU/m$^3$, and this was much higher than the mold counts simultaneously collected outdoors (Senkpiel, 1996). The major fungal species found indoors by the investigator were *Penicillium* sp. > *Aspergillus* sp. > *Cladosporium* sp., *Mucor* sp., *Chrysonilia* sp., *Verticillium* sp. > *Geotrichum* sp., *Trichoderma* sp. (Senkpiel, 1996). The main cause of fungal contamination was moist building materials on/in room walls, insufficient air ventilation, poor maintenance of the circulating air machines, and insufficient room hygiene (e.g., biological garbage in

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 66 of 111 PageID #: 3664



the kitchen) (Senkpiel, 1996). However, the reliability of the fungal identifications is questionable. All fungi were identified to genera. In addition, some unusual indoor fungi, such as *Chrysonilia* sp. and *Geotrichum* sp., were reported. Although *Chrysonilia* sp. has been reportedly isolated from indoors (Samson *et al.*, 2000), it is highly uncommon. *Geotrichum* sp. typically produces slimy colonies. In fact, it is so unusual in the air that Haugland and Vesper (2001) used *G. candidum* to spike samples for quality control purposes for their Quantitative Polymerase Chain Reaction (Q-PCR) studies. Their detection and identification of such fungi in the air are highly unusual unless the fungi were misidentified. The primary characters for the identification of *Geotrichum* species are their production of arthrospores. Many airborne fungi produce arthrospores in culture and are likely mis-identified as *Geotrichum* species.

The fungal spore concentrations and compositions in indoor and outdoor air in Yokohama, Japan, were sampled and analyzed with a Reuter centrifugal sampler (RCS) and dichloran 18% glycerol agar (DG18) and compared with the levels assessed with potato dextrose agar (PDA) (Takahashi, 1997). In indoor air, the fungal concentrations were <13 to 3750 CFU/$m^3$. *Cladosporium* spp. predominated, followed by the xerophilic fungi such as the *Aspergillus restrictus* group, *Wallemia sebi*, the *A. glaucus* group, and *Penicillium* spp. The fungal concentrations in indoor air peaked in October. The concentrations of fungi were significantly correlated with the indoor temperature, indoor relative humidity, and the outdoor climatic factors, except for the average velocity of wind (Takahashi, 1997).

Studies of airborne fungi employed several different media and samplers. However, there are insufficient comparative studies to determine their efficiencies and differences. A number of studies were conducted within a short period of time (less than 1 year). Since airborne fungal spores have distinct seasonality and year-to-year variations, studies for less than 1 year may not be able to yield meaningful information for the studied area.

Khan *et al.* (1999) collected air samples on rose-bengal medium for 20 minutes by using a six-stage Andersen sampler. *Aspergillus* spp. were the predominant component (27.7%) of the outdoor aerospora of Kuwait, and *A. fumigatus* alone accounted for 21.3% of the total aspergilli (Khan *et al.*, 1999). *Cladosporium* spp. were the major component of airborne fungal spores indoors (22.8%), followed by *Aspergillus* (20.9%), *Penicillium* spp. (14.6%), and *Bipolaris* spp. (10.6%) (Khan *et al.*, 1999). Ismail *et al.* (1999) used the settle plate method with Czapek-Dox agar in Uganda from March through June 1998. The

most prevalent fungi outdoors and indoors were *Mycosphaerella*, yeasts, *Penicillium*, *Fusarium*, *Aspergillus*, *Cochliobolus*, and *Alternaria* (Ismail *et al.*, 1999). In Poland the concentrations of airborne fungi in dwellings without mold problems were between 0 and 1997 CFU/$m^3$, while in moldy homes they were 49 and 16,968 CFU/$m^3$, respectively. Dominant fungi were *Penicillium* spp., *Aspergillus* spp., and yeasts. There were as many as 167 microbial species isolated from the air of examined dwellings by Gorny and Dutkiewicz (2002). A study of airborne fungi in bedrooms in 485 houses was performed over 1 year in Melbourne, Australia. Fifty-five percent of the houses had viable fungal propagules exceeding 500 CFU/$m^3$, and *Cladosporium* and *Penicillium* were identified as the most prevalent and abundant fungal genera in indoor air (Dharmage *et al.*, 1999). Klanova (2000) reported the total concentrations of airborne fungi were much higher in moldy rooms than in the reference rooms, but health complaints did not correlate with the total concentrations of airborne fungi. All occupants of rooms where the average concentration was 2476 CFU/$m^3$ reported health complaints.

Sometimes samplings of airborne fungal spores may not reflect the fungal problems indoors. Hyvarinen *et al.* (2001) found that some fungal genera detected in moist building materials such as *Ulocladium* and *Chaetophoma* were not found in indoor air. This result showed that bulk samples of building materials provide additional mycota information in the building (Hyvarinen *et al.*, 2001).

Vujanovic *et al.* (2001) proposed that airborne fungi could be classified on the basis of the relationship between the two environmental factors and their combinations (i.e., temperature and water requirements [water activity, $a_w$]). Three different groups are proposed: (i), represented by *Emericella* (*Aspergillus*) *nidulans*, *A. niger*, and *A. ochraceus*, and characterized by sporulation that was more dependent on temperature than on water activity; (ii), represented by *A. flavus* and *A. versicolor*, in which sporulation was approximately equal and depended on both the temperature changes and $a_w$ alterations; and (iii), represented by *Cladosporium* sp., *Penicillium cyclopium*, and *P. citrinum*, in which sporulation depended more on alteration of the $a_w$ conditions than on temperature changes. Temperature and $a_w$ for each of the three phases of fungal growth (i.e., germination, growth, and sporulation) could be important for the determination of the fundamental niche of each fungus and its ability to form or accumulate mycotoxins (Vujanovic *et al.*, 2001).

Recently Gorny *et al.* (2002b) reported their findings of the study of airborne fungal fragments. The study found that small fungal fragments of *Aspergillus versicolor*, *Penicillium melinii*, and *Cladosporium*

*cladosporioides* were released into the air simultaneously with conidia from agar and ceiling tile surfaces (Gorny *et al.*, 2002b). However, the results clearly showed that the release mechanisms for fungal fragments and conidia are different. The release of fungal propagules depended on the fungal species, the air velocity above the contaminated surface, and the texture and vibration of the substrates (Gorny *et al.*, 2002b). Gorny *et al.* (2002b) showed that fragments and conidia of *Aspergillus versicolor* and *Penicillium melinii* shared common antigens by using enzyme-linked immunosorbent assays with monoclonal antibodies. This study clearly showed the potential biological relevance of airborne fungal fragments. The presence of airborne fungal fragments at the clearance stage of any remediation in mold-infested buildings should not be overlooked or underestimated.

Shelton *et al.* (2002) evaluated 12,026 fungal air samples (9619 indoor samples and 2407 outdoor samples) collected from 1717 buildings located across the United States by using Andersen N6 single stage samplers. The culturable airborne fungal concentrations in indoor air were lower than those in outdoor air. However, *Stachybotrys chartarum* was identified in the air in 6% of the buildings studied and in 1% of the outdoor samples. The fungal levels were highest in the fall and summer and lowest in the winter and spring. Geographically, the highest fungal levels were found in the Southwest, Far West, and Southeast (Shelton *et al.*, 2002). However, the reliability of fungal identification and sampling quality control of such a large project must be scrutinized before the results and conclusions are accepted.

Viability and culturability of airborne fungi are influenced by many factors. Environmental factors are the predominant ones. However sampling methods, devices, and time may have significant effects on the viability of airborne fungi. The duration of air sampling when using Andersen, SAS, and RCS samplers varies from 1 to 10 min. Since most airborne fungi have well defined diurnal patterns (Li and Kendrick, 1995b) and such a short sampling time or "snap shot" for airborne fungi, an investigation may miss the peak periods of airborne fungi. This kind of air sampling does not fully reflect the exposure of occupants or workers to airborne fungi. This is the reason why filtration at composting facilities is a preferred method for a long duration of sampling for air fungal spores. In a recent study Durand *et al.* (2002) showed that increased sampling time (up to 6 h) did not affect the viability of airborne fungi collected on polycarbonate filters at 2 l/min.

At present there are a number of samplers available on the market for collecting culturable spores (Andersen, Burkard, SAS, RCS, AGI-30, Biosampler, etc.) and for trapping spores and hyphal fragments

(Burkard, Andersen, Air-O-Cell, Micro-5, Cyclex-D, Allergenco, Biosystem, AGI-30, BioSampler impingers, etc.) as well as ones used for both culturable and total spore collection purposes (bi-cassette, Button Sampler, polycarbonate filter, etc.). Several of these are new products. Further evaluation and validation of the new products are necessary. Comparative interpretation of the results collected with different samplers is impossible, since there is no standard sampling and analytical protocol, and different samplers have different collection characteristics. This is one more reason why determination of the exposure limits or thresholds of airborne fungi is difficult to impossible.

Gorny *et al.* (2002a) found that vibration of 1Hz/14W releases the highest number of fungal progagules of *Aspergillus versicolor, Penicillium melinii*, and *Cladosporium cladosporioides* into the air. Kildesø *et al.* (2002) found that release of conidia of *P. chrysogenum* and *Trichoderma harzianum* from wet gypsum board was not significantly influenced by repeated air disturbance on fungal growth. *Penicillium chrysogenum* reached maximal sporulation at 18 to 23 days on wet gypsum board, while *T. harzianum*, around 20 days (Kildesø *et al.*, 2002).

Several published studies have dealt with the adverse effects of airborne fungal spores indoors as related to residential characteristics such as presence of basement, stove, carpets, humidifier, and heating systems (Agrawak *et al.*, 1988; Su *et al.*, 1992). Specific indoor environments may have unique conditions that allow fungal growth to occur. Fungal species seem to develop preferentially in kitchens, followed by bathrooms. They occur less frequently in bedrooms, probably as a result of the lower humidity prevailing in these rooms (Infante-Garcia-Pantaleton and Dominguez-Vilches, 1988). Recorded spore concentrations in the air of some mold-affected houses during winter were equal to or greater than those expected outside in summer (Flannigan *et al.*, 1991). The predominance of these fungi in the indoor atmosphere has been attributed to their ability to grow on many household items such as foods, damp leather goods, paper and cotton fabrics, and almost any chronically damp surfaces (Vittal and Glory, 1985). Among indoor microhabitats known to favor mold growth are garbage containers, food storage areas, upholstery, wallpaper, house plants, books, papers, and areas of moisture such as damp basements, walls, ceilings, shower curtains, window moldings, air conditioners, humidifiers, and vaporizers (Morring *et al.*, 1983; Salvaggio and Aukrust, 1981).

Observations in one climate do not necessarily apply to other climates. Indoor molds may be more important in humid climates. Occasionally, in bathrooms or basements, a persistent damp area may support enough mold growth in otherwise dry houses to liberate

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 70 of 111 PageID #: 3668



sufficient spores to cause disease (Reed, 1985). Li and Kendrick (1995a,c, 1996) used CANOCO and path analysis to show that most indoor fungi originated from outdoor sources, and both diurnal and seasonal patterns clearly showed the close correlations of airborne fungi indoors and outdoors. Different fungi possess different diurnal and seasonal patterns, and the diurnal patterns of ascomycetes and basidiomycetes are very different from hyphomycetes (Li and Kendrick, 1995a,b).

The significance of the diurnal and seasonal patterns in the evaluation of indoor airborne fungal spores has long been overlooked. Better understanding of the seasonal and diurnal patterns can help individuals who are doing mold exposure investigation to better understand population dynamics of airborne fungi at a specific time, location, and season and can assist individuals to determine the specific sampling strategy accordingly.

Compared with outdoor air, much less research has been done on indoor airborne fungal spores. It is partially due to the difficulty of obtaining access to suitable residences and patients to carry out a long-term study. In addition, there are many variables involved, such as the structure of the houses, the furniture, upholstery, ventilation and heating systems, and the cultural background and activities of residents. All these variables make it very difficult to design an experiment that accounts for all important factors and the interactions among them. Furthermore, the indoor niche is suitable for certain fungi to grow year around, which could blur the exposure/symptom relationship.

Four recent impactor air samplers were selected for study: Samplair (AES, Combourg, France); Air Test Omega (LCB, France); Air Samplair Mas-100 (Merck, France); and BioImpactor 100–08 (AES) (Nesa *et al.*, 2001). They were compared with one another at three different hospital sites with varying levels of air contamination. No significant difference in the efficiency of spore recovery was found between Air Test Omega, Mas-100, and BioImpactor, whereas Samplair was significantly less efficient (Nesa *et al.*, 2001). BioImpactor was then selected to represent the three superior impactors and was compared with the single-stage Andersen disposable sampler, the Collectron MD8 air sampler (Sartorius, France), and the High Flow Air Sample (BioTest, France), which are based on filtration and centrifugation methods, respectively. No significant difference was observed in terms of spore recovery (Nesa *et al.*, 2001). On the basis of their performance, unit sampling cost, autonomy, and simplicity of use, the authors concluded that Air Test Omega, Air Samplair Mas-100, and BioImpactor 100–08 are suitable for routine indoor evaluation of fungal contamination of air in hospitals (Nesa *et al.*, 2001).

Most research so far has been conducted with viable and culturable methods (which enumerate and identify fungal colonies) and with a variety of samplers because no standard method and instrument have been established. It is therefore very difficult to compare the results obtained with different protocols in a meaningful way. Research with sampling for culturable propagules tends to seriously underestimate actual spore levels. Airborne fungal spores may be viable, dormant, moribound, or dead. Burge (1986) believed that viable spores are highly selective in their cultural requirements. However, most fungi and fungal spores identified in various studies mentioned in the text are ready to grow on common fungal media unless they are dead or dormant. Some fungi, such as certain ascomycetes and basidiomycetes, are difficult to culture on the media normally employed. In any case, spores do not need to be viable to cause allergies. Some very important allergenic species would, therefore, have been ignored by most studies based on culturable methods. In the last several years several new spore-trapping samplers were developed in addition to Burkard, Allergenco, and Rotorod. The Burkard sampler, Allergenco, Air-O-Cell, Laro, and Cyclex-D samplers, etc., overcome the shortcomings of the culturable methods by permitting visual counting and identification of spores trapped on adhesive slides or tapes. However, there is a deficiency with these spore-trapping samplers—namely, that some fungal spores can only be identified to the generic or group level unless they are cultured from the spores. This problem points out the difficulty of identifying many similar-looking spores to the generic or species level even by highly experienced mycologists and the need to develop broad spectrum culture techniques or media. To a large extent, both problems remain unsolved.

### C. Fungi Growing on Indoor/Building Materials

The detection of airborne fungi does not necessarily indicate growth or amplification of fungi indoors. However, it is generally believed that actively growing fungi indoors are the principal cause of the adverse health effects because of constant exposure to indoor sources of fungal allergens, mycotoxins, glucan, and fungal VOCs. Needless to say, it is important to characterize indoor fungi and at the same time to identify growth sites of fungi indoors.

Many common indoor fungi are strong deteriorating agents and have been reported from various building materials and systems. Many species of the genus *Penicillium*, commonly detected in indoor air sampling, have frequently been referred to as food spoilage and

bio-deteriorating agents (Gravesen *et al.*, 1994; Pitt, 1979). Pasanen *et al.* (1992) demonstrated that *Penicillium* was the most common mesophilic fungal genus in all the building materials studied (wallpaper, wood, plywood, gypsum board, and acoustical fiber board), comprising 70% of identified fungi. Raper and Fennell (1977) reported *Aspergillus* spp. from building materials such as textiles, jute, insulation materials, wallpaper, and other paper products. Gravensen *et al.* (1994) included a list of 13 fungal species as important molds in damp buildings. Samson *et al.* (1992) described 23 common fungal species in indoor environments.

In water-damaged building materials in Denmark, the fungal genera most frequently encountered indoors were *Penicillium* (68%), *Aspergillus* (56%), *Chaetomium* (22%), *Ulocladium* (21%), *Stachybotrys* (19%), and *Cladosporium* (15%) (Gravesen *et al.*, 1999). *Penicillium chrysogenum*, *Aspergillus versicolor*, and *Stachybotrys chartarum* were the most common species in water-damaged materials (Gravesen *et al.*, 1999). *Stachybotrys atra* was isolated with swab samples of visible growth under wet carpets, on wet walls, or behind vinyl wall coverings in 11 schools in the United States (Cooley *et al.*, 1998).

Morgan-Jones and Jacobsen (1988) studied moldy carpets, plasterboard, and wallpaper from three hotels in Florida and Georgia. The genera of fungi identified were species of the ascomycete genus *Chaetomium*; of the dematiaceous hyphomycete genera *Alternaria*, *Cladosporium*, *Stachybotrys*, and *Ulocladium*; of the moniliaceous hyphomycete genera *Acremonium*, *Aspergillus*, and *Penicillium*; and of the pycnidial genus *Phoma*. In the study, 14 species, including 2 new species of *Cladosporium*, in 11 genera were isolated and identified. In a study of toxicity of moldy building materials, Johanning *et al.* (1998) identified several groups of fungi from gypsum wallboard and other building materials. The fungi identified included those described by Morgan-Jones and Jacobsen (1988) and additional species of *Aspergillus*, *Paecilomyces*, and *Trichoderma*. Käpylä (1985) found that predominant fungus growing on wooden frames of insulated windows in Finland was *Aureobasidium pullulans*. In subartic areas, Pessi *et al.* (2002) found that indoor fungi occurred infrequently in the insulation inside insulated precast external concrete walls and that fungal infestation in the insulation was not found to influence indoor air in the region.

In Brazil in unusual situations, growth of *Cryptococcus neoformans* var. *neoformans* indoors was due to the presence of avians in the domestic environment or nearby the home. Higher incidences of cryptococcosis was reported among AIDS patients residing in the dwellings

from which *C. neoformans* var. *neoformans* was isolated than among AIDS patients from whose domestic environment the fungus was not detected (Passoni *et al.*, 1998).

In the United States, *Histoplasma capsulatum* and cases of histoplasmosis have been reported from indoor environments such as old houses, church attics, chicken houses, and barns (Collier *et al.* 1998; Lenhart, 1994). A primary source of *H. capsulatum* is soil, especially in regions of bird or bat habitats. While wind is probably the most important means of disseminating *H. capsulatum*, the fungus can survive and be transmitted from one location to another on the feet of both birds and bats (Rippon, 1988).

### D. Fungal Biodiversity Indoors

One hundred sixty-seven microbial species were discovered from the air of dwellings in Central and Eastern Europe (Gorny and Dutkiecicz, 2002). Yang *et al.* (1993) reported that *Cladosporium, Penicillium, Aspergillus*, basidiomycetes, and *Alternaria* were identified, by frequency, as the top five fungal taxa both indoors and outdoors in the United States. An additional 50 fungal taxa were also identified. However, *Penicillium, Cladosporium, Aspergillus*, basidiomycetes, and *Alternaria* were the top five indoor fungal taxa by concentrations in a descending order, while *Cladosporium, Penicillium*, basidiomycetes, and *Aspergillus* were the top five outdoor taxa. Womble *et al.* (1999) of the US Environmental Protection Agency (USEPA) reported that nonsporulating fungi, *Cladosporium, Penicillium*, yeasts, and *Aspergillus* were the five most commonly found fungal taxa indoors and outdoors, based on the frequency of detection. The most common culturable airborne fungi indoors and outdoors in all seasons and geographic areas in the United States were *Cladosporium, Penicillium*, nonsporulating fungi, and *Aspergillus* in a descending order (Shelton *et al.*, 2002). In Taiwan the predominant genera of airborne fungi are *Cladosporium, Aspergillus, Penicillium, Alternaria*, and yeast (Su *et al.*, 2001b). *Stachybotrys chartarum* was identified in the indoor air in 6% of the buildings studied and in 1% of the outdoor air around the buildings studied in the United States (Shelton *et al.*, 2002).

### E. *Stachybotrys chartarum* and Other *Stachybotrys* spp.

*Stachybotrys chartarum* is one of the major species occurring on cellulose-based building materials in indoor environments. This species has attracted the most attention because of its ability to produce

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 74 of 111 PageID #: 3672



some of the most potent mycotoxins known and its association with infant pulmonary hemorrhage and hemosiderosis and adult nasal and tracheal bleeding (Dearborn, 1997; Vesper and Vesper, 2002; Vesper *et al.*, 2001).

*Stachybotrys chartarum* was isolated for the first time from the lung of a child diagnosed with pulmonary hemosiderosis in Texas (Elidemir *et al.*, 1999). Flappan *et al.* (1999) reported another case of infant pulmonary hemorrhage associated with the presence of *Stachybotrys atra* (=*S. chartarum*), and mycotoxin analysis demonstrated that the isolate was highly toxigenic. Vesper *et al.* (2001) characterized a hemolysin, later called *stachylysin*, from *S. chartarum* and analyzed its hemolytic activity and siderophore production. It was hypothesized that stachylysin could be a contributing factor to infant pulmonary hemorrhage and hemosiderosis (Vesper and Vesper, 2002).

Under field conditions, several trichothecenes were detected in each of three commonly used building materials heavily contaminated with *S. chartarum* (Gravesen *et al.*, 1999). Under experimental conditions, four out of five isolates of *S. chartarum* produced satratoxin H and G when growing on new and old, very damp gypsum boards (Gravesen *et al.*, 1999). In a preliminary study conducted in a Dynamic Microbial Test Chamber, Foarde and Memetrez (2002) showed that conidia of *Stachybotrys chartarum* released from gypsum boards at low air flow rate were positively related to air flow rate, but negatively related to relative humidity.

Enzyme immunoassay indicated 65 of 132 (49.2%) sera tested contained IgG against *S. chartarum* and 13 of 139 (9.4%) sera tested contained IgE against *S. chartarum* (Barnes *et al.*, 2002). Sensitivity to *S. chartarum* is potentially much more widespread than previously appreciated (Barnes *et al.*, 2002). This fungus may affect the asthmatic and the allergic population through both immunologic and toxic mechanisms (Barnes *et al.*, 2002).

Rao *et al.* (2000), using an animal model, showed that methanol extraction dramatically reduced the toxicity of *S. chartarum* spores, and a single, intense exposure to toxin-containing *S. chartarum* spores resulted in pulmonary inflammation and injury in a dose-dependent manner.

Initial spore concentrations were between 0.1 and 9.3 spores/m$^3$ of air, and the toxicity of air particulates was correspondingly low. However, the dust in the house contained between 0.4 and 2.1 × 10$^3$ spores/mg (as determined by hemocytometer counts) (Vesper *et al.*, 2000). Air samples taken postremediation showed no detectable levels of *S. chartarum* or related toxicity. Nine isolates of *S. chartarum* obtained from a

home were analyzed for spore toxicity, hemolytic activity, and random amplified polymorphic DNA banding patterns (Vesper *et al.*, 2000). None of the isolates produced highly toxic spores (>90 μg T2 toxin equivalents per gram wet spores) after growth for 10 and 30 days on wet wallboard, but three isolates were consistently hemolytic (Vesper *et al.*, 2000).

In addition to *S. chartarum*, several species of *Stachybotrys* have been isolated and identified from the indoor environment. *S. yunanensis, S. nephrospora, S. microspora, S. elegans*, and *S. chlorohalonata* were identified and present in samples from indoor environments (Li and Yang, 2003; Nielsen *et al.*, 2003). Cruse *et al.* (2002) examined 23 isolates collected around the United States by using markers for three polymorphic protein-coding loci and found that 2 cryptic species are present within the species of *S. chartarum*. The 2 cryptic species were indistinguishable morphologically. In another recent study, Andersen *et al.* (2002) stated that there were two chemotypes: one producing atranones, the other macrocyclic trichothecene, plus one undescribed taxon identified based on the analysis of morphology, growth, and more importantly metabolite production. The chemotypes and the undescribed taxon were all previously identified as *Stachybotrys chartarum* (Andersen *et al.*, 2002). Later the undescribed taxon was described as a new species, *S. chlorohalonata* (Andersen *et al.*, 2003). Taylor *et al.* (2003) developed a QPCR assay for the detection of *Stachybotrys elegans*.

Characteristic symptoms and immunological tests for antibodies (IgE and IgG) specific to *S. atra* and some other fungi strongly suggest exposure to the indoor fungi. Hemorrhagic lung disease in infants was highly associated with indoor *S. chartarum* exposure in a case cluster investigation in Cleveland (Dearborn, 1997; Montana *et al.*, 1995) and in a case-home investigation in the midwestern United States (Flappan *et al.*, 1999). An epidemiological study reported a high prevalence of pulmonary diseases among office workers of Florida court buildings following prolonged indoor exposure to *S. chartarum* and *A. versicolor* (Hodgson *et al.*, 1998). *Stachybotrys atra* was isolated from bronchoalveolar lavage fluid of a child with pulmonary hemorrhage (Elidemir *et al.*, 1999), and *S. atra* exposure was found in an infant that developed laryngeal spasm and hemorrhage during general anesthesia (Tripi *et al.*, 2000). In mouse studies with toxic *Stachybotrys* fungi, similar effects (inflammation and hemorrhage) were observed (Nikulin *et al.*, 1996). Some detailed information on the latest research of *S. chartarum*, mycotoxins produced, and its health effects can be found in the review article by Kohn and Ghannoum (2003).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 76 of 111 PageID #: 3674



### F. PCR and Molecular Techniques

A new methodology, Quantitative Polymerase Chain Reaction (QPCR or sometimes called real time PCR), offers a new venue to rapidly detect and quantify fungi with an unprecedented accuracy. Vesper and Haugland of the US Environmental Protection Agency (US EPA) have developed and patented primers for over 100 indoor fungal species (personal communication) in the last several years. Detection and quantification of selected indoor fungi is now possible by using the QPCR. A fungus-specific PCR assay using only one primer set has been developed for detecting indoor fungi (*Alternaria chamydospora, Aspergillus flavus, Candida famata, Cladosporium fermentans, Penicillium chrysogenum*, and *Stachybotrys chartarum*) (Zhou *et al.*, 2002). Their results indicated that FF2/FR1 among the 4 sets showed no cross-amplification with non-fungal DNA. On the other hand, the primer set cannot differentiate different species of fungi. Haugland *et al.* (2002) evaluated three comparatively rapid methods for the extraction of DNA from fungi for use in QPCR and developed a simple bead milling method that provides sensitive, accurate, and precise quantification of target fungi in air and water samples. However, dust samples required further purification of the extracted DNA by a streamlined silica adsorption procedure (Haugland *et al.*, 2002).

However, further validation of the primers of each fungal species is necessary. Occasional cross-reactions against closely related species or fungi within the same genus have been observed in preliminary tests by the authors. In a recent study, Wu *et al.* (2002) evaluated 53 sets of primers developed by various researchers for commonly occurring fungi and bacteria and verified 28 sets of them. They also evaluated 7 sets of primers for specific detection of *Aspergillus fumigatus* and found only 4 sets to be specific to *A. fumigatus*. The primers and Taqman probes developed by Cruz-Perez *et al.* (2001) for detection of *S. chartarum* in a QPCR analysis were found not to be specific to *S. chartarum*, and they found that positive amplifications of various fragment sizes were obtained for several fungal species. This study is significant for the application of QPCR. Caution has to be taken when a set of primers is going to be employed for the detection of a particular fungal species. Verification of the specificity of the primers is a necessity for any application.

In a recent article, Brakhage and Langfelder (2003) reviewed significant developments made in the last several years in understanding the genetics of *Aspergillus fumigatus* and molecular techniques for the identification of virulence determinants and manipulation of the fungus.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 77 of 111 PageID #: 3675



## IV. Ecological Factors of Fungi Indoors

Fungal ecology indoors is very important for the understanding of occurrences and population dynamics of indoor molds. Some physical/environmental factors are closely associated with fungal growth and spore populations (Li and Kendrick, 1994, 1995b, 1995c and 1996).

### A. Physical Factors

#### 1. *Water and Moisture*

Lawton *et al.* (1999) demonstrated that moisture sources were a significant factor for mold infestation in the houses. In indoor environments, most factors necessary for dispersal, development, and colonization of fungi—such as nutrients, temperature, light, air movement—are readily available. The only limiting factor for fungal growth indoors is water or moisture. Modern energy-efficient buildings are sealed, prone to moisture accumulation, and slow to dry out if water damage/intrusion or dampness occurs. Since other factors for fungal growth are present in buildings, fungi will thrive once moisture or water is available. Rudblad *et al.* (2002) observed that teachers suffering from nasal mucosal hyperreactivity in a water-damaged school persisted over years and only slowly recovered after the water-damaged school was successfully remediated.

Damp building materials, particularly cellulose-containing substrates, are prone to fungal amplification. Fungi commonly found are species of *Penicillium, Aspergillus, Chaetomium, Ulocladium, Stachybotrys*, and *Cladosporium* (Graveson *et al.*, 1999). In the United Kingdom alone it has been estimated that 2.5 million houses are seriously affected by dampness caused by condensation in 60% of cases. A further 2 million houses suffer to a lesser extent from condensation (Sanders and Cornish, 1982). Among tenants of houses in the public sector in the United Kingdom there is a concern that mold growth on damp walls may be a hazard to health (Flannigan *et al.*, 1990). Homes with a dampness problem showed higher average spore counts and higher prevalence of respiratory symptoms (Waegemaekers *et al.*, 1989).

Water activity ($a_w$) expresses the available water in a substrate as a decimal fraction of the amount present when the substrate is in equilibrium with a saturated atmosphere (an equilibrium relative humidity of 70% around the substrate means that the substrate has a water activity of 0.70) (Kendrick, 2000).

Grant *et al.* (1989) found that the minimal $a_w$ for spore germination and growth of indoor fungi on building materials was much higher than on fungal growth medium (MEA). On building materials, fungal growth starts at a water activity near 0.8 (Table VII), but production of significant quantities of mycotoxins required an $a_w$ of at least 0.95 (Nielsen, 2003). Xerophilic fungi, such as *Penicillium* spp. and *Aspergillus* spp., will begin to grow at $a_w$ between 0.78 and 0.90, depending on the compositions of substrates of construction materials (Nielsen, 2003). The minimal $a_w$ required was different for spore germination and growth of indoor fungi, and $a_w$ for fungal growth is higher than for spore germination (Grant *et al.*, 1989) (Table VIII).

### 2. *T and RH*

Relative humidity (RH) and temperature (T) are the most important environmental parameters regulating spore production (Mallaiah and Rao, 1980; Smith and Crosby, 1973). Sufficient moisture is probably the most important factor in spore production (Lyon *et al.*, 1984). Spore

TABLE VII

FUNGI GROWING ON BUILDING MATERIALS AND THEIR $a_w$

| Colonizer group | $a_w$ range | Classification | Fungal example |
|---|---|---|---|
| Primary colonizers (storage fungi) | <0.80 | Xerophilic/ Xerotolerant | *Penicillium chrysogenum*, and *Aspergillus versicolor*: the most common ones; *A. fumigatus*, *A. niger*, *A. sydowii*, *A. ustus*, *Eurotium* spp., *P. brevicompactum*, *P. commune*, *P. corylophilum*, *P. palitans*, *Paecilomyces variotii*, and *Wallemia sebi* |
| Secondary colonizers | 0.80–0.9 | Mesophilic | *Alternaria* spp., *Cladosporium* spp., *Epicoccum nigrum*, *Phoma* spp., and *Ulocladium* spp. |
| Tertiary colonizers (water-damage fungi) | >0.9 | Hydrophilic | *Chaetomium globosum*, *Fusarium*, *Memnoniella echinata*, *Rhizopus stolonifer*, *Stachybotrys chartarum*, *Trichoderma* spp. (*T. atroviride*, *T. citrinoviride*, *T. harzianum*, and *T. longibrachiatum*) |

Grant *et al.* (1989); Lubeck *et al.* (2000); Macher *et al.* (1999); Nielsen (2003).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 79 of 111 PageID #: 3677



TABLE VIII

MINIMAL $a_w$ FOR SPORE GERMINATION AND GROWTH OF INDOOR FUNGI AT 20° TO 25°C ON GROWTH MEDIA

| Fungus | Minimal $a_w$ | |
|---|---|---|
| | For spore germination | For growth |
| *Alternaria alternata* | 0.85 | 0.88–0.89 |
| *Eurotium (Aspergillus) repens* | 0.70–0.72 | 0.71–0.76 |
| *Aspergillus versicolor* | 0.75–0.81 | 0.78–0.80 |
| *Aureobasidium pullulans* | | 0.89 |
| *Cladosporium cladosorioides* | 0.86 | 0.88 |
| *Cladosporium herbarum* | 0.85–0.88 | 0.90 |
| *Cladosporium sphaerospormum* | | 0.85 |
| *Fusarium moniliforme* | 0.87 | |
| *Mucor plumbeus* | | 0.93 |
| *Penicillium brevicompactum* | 0.78–0.84 | 0.81–0.82 |
| *Penicillium chrysogenum* | 0.78–0.85 | 0.79 |
| *Penicillium nigricans* | | 0.79 |
| *Penicillium spinulosum* | 0.80 | 0.80 |
| *Phoma herbarum* | 0.92 | |
| *Sistotrema brinkmannii* | | 0.97 |
| *Stachybotrys chartarum* | 0.85–0.95 | 0.94 |
| *Ulocladium chartarum* | | 0.89 |
| *Ulocladium consortiale* | | 0.89 |

Compiled from Grant *et al.* (1989).

release of hyphomycetes was correlated with increasing T and decreasing RH. The moisture content of the indoor air significantly affected all measurable airborne concentrations (Pessi *et al.*, 2002). Spore release of *Botrytis squamosa* was promoted largely by declining RH, increasing T, and rain but occasionally by increased RH (Sutton *et al.*, 1978). Leach (1975) found that spore release of *Drechslera turcica* and other fungi is affected by decreasing RH but not by temperature changes. Conidia of *Cercospora asparagi* were caught beginning at 07:00–08:00am when T increased and RH fell below 90%, and the number of spores increased drastically (Cooperman *et al.*, 1986). Positive correlations of total air spora, *Cladosporium*, and *Botrytis* with higher temperatures have been documented (Beaumont *et al.*, 1985).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 80 of 111 PageID #: 3678



Variations/fluctuations in indoor humidity and temperature have significant effects on fungal growth (Adan, 1994; Vitanen and Bjurman, 1995). In a bathroom situation in which transient high humidities are common, dominant mycota include *Alternaria, Aureobasidium, Cladosporium, Phoma*, and *Ulocladium* (Moriyama *et al.*, 1992; Samson *et al.*, 2000).

Basidiospores of *Paxillus panuoides* were released at temperatures above 0 °C, and daily peaks were usually correlated with increased T and decreased RH. Spore release increased from 2 °C to a maximum at 37 °C, then ceased at 45 °C. Light and RH treatments did not significantly affect spore release. Temperature was determined to be the stimulus for the natural spore release pattern (McCracken, 1987). The humidity factor was correlated with basidiospores (Beaumont *et al.*, 1985). The higher counts of basidiospores may have resulted from the higher relative humidity and lower sunshine in 1978 in Galway, Ireland (McDonald and O'Driscoll, 1980). Since temperature is correlated with relative humidity, the effects of both factors could not be defined separately in most studies.

3. *Light*

For a number of the perithecial ascomycetes, light is necessary to initiate ascospore discharge (Lyon *et al.*, 1984; Moore-Landecker, 1982). Sutton *et al.* (1978) suggested that light may affect the release of conidia of *Botrytis squamosa*. It is found that light triggers spore release in several fungi (Leach, 1975).

Concentrations of airborne spores are related to preceding conditions affecting spore production and release (Sutton *et al.*, 1978). In the conidial fungi, once the spores are produced, release is often influenced by wind velocity/air movement. In the Ascomycetes, radiation, minimum humidity, changes in humidity, and minimum wind velocity were all directly correlated with levels of airborne ascospores (Lyon *et al.*, 1984). These are some of the reasons why diurnal periodicity exists. On the other hand, spores of other fungi such as *Cladosporium, Alternaria*, and *Helminthosporium* are blown free by wind/air movement, and this type of "dry spore" increases in concentration with decreasing RH and increasing air movement. Thus these species are often abundant during midday periods with maximal sunlight.

The maturation and release of some spores such as basidiospores are also markedly affected by the presence of free water (Lyon *et al.*, 1984; Salvaggio, 1986; Salvaggio and Aukrust, 1981). Under some circumstances, circadian rhythms in humidity and temperature interact to

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 81 of 111 PageID #: 3679



form diurnal patterns or nocturnal increases in spore concentrations, such as certain basidiospores (Salvaggio and Aukrust, 1981).

### 4. *Air Movement*

Air movement is the most unpredictable agent in the transport of fungal spores. Many fungal spores are adapted for aerial dispersal. It would appear that the horizontal distance over which individual microorganisms may be transported is largely determined by their ability to survive in the atmosphere (Tilak, 1984).

In hyphomycetes, dry spore release is often influenced by wind speed (Lyon *et al.*, 1984). *Botrytis squamosa* spores were apparently released at very low wind speeds (Sutton *et al.*, 1978). Maximum wind speed was negatively correlated with spore concentrations of *Cladosporium*, *Alternaria*, unidentified ascospores, and unidentified basidiospores; it was the only factor among 10 meteorological factors significantly correlated with all four groups. Minimum wind was directly correlated to spore counts, while maximum wind was inversely correlated (Lyon *et al.*, 1984). Wind/air movement plays an important role in basidiospore dispersal. After basidiospores are ejected from basidia and drop from between the gills of the basidioma, they are primarily dispersed by air movement (Moore-Landecker, 1982). Wind direction had a profound effect on the airborne fungi in Galway, Ireland (McDonald and O'Driscoll, 1980).

Although wind and air movement are known to assist in the release and dispersal of spores in nature, their importance in spore release and dispersal in the indoor environment has not been studied and is poorly understood. The primary air mover in a mechanically ventilated environment is the heating, ventilating, and air-conditioning system.

### 5. *Substrates*

Dust is ubiquitous in our daily environments and is a heterogeneous substrate. It can be found where surfaces (hard or porous) are present: furniture, walls, floor, ceilings, carpet, etc. It serves as a reservoir for fungal spores and fragments. It also provides certain nutrients for fungi to survive or grow, such as food crumbs, skin flakes, fibers, and other organic matter. Resuspension of fungal spores from dust into air could influence airborne fungal spore concentration and composition significantly and subsequently affect the exposure of occupants to the aerosolization. Individual differences in indoor conditions do not have much influence on the diversity of the fungal flora in dust. They do, however, influence its quantity (Rijckaert, 1981).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 82 of 111 PageID #: 3680



The most frequent fungal genera in dust were *Penicillium*, *Eurotium*, *Aspergillus*, *Alternaria*, *Epicoccum*, and *Cladosporium* (Oppermann *et al.*, 2001). A total of 41 different genera/species were identified (Oppermann *et al.*, 2001). In the Greater New Haven, Connecticut, area fungal composition and concentrations in house dust samples were not correlated with those present in the indoor air (Ren *et al.*, 1999). In dust samples, more *Mucor*, *Wallemia*, and *Alternaria* species were found in all seasons but fewer *Aspergillus*, *Cladosporium*, and *Penicillium* species were found (Ren *et al.*, 1999). Scott (2001) conducted a comprehensive study on indoor fungi from dust collected from 369 houses in Wallaceburg, Ontario, and found roughly 250 fungal taxa, with the 10 most common taxa being *Alternaria alternata*, *Aureobasidium pullulans*, *Eurotium herbariorum*, *Aspergillus versicolor*, *Penicillium chrysogenum*, *Cladosporium cladosporioides*, *P. spinulosum*, *C. sphaerospermum*, *A. niger*, and *Trichoderma viride*.

Engelhart *et al.* (2002) showed that 18% of total culturable fungi from carpet dust samples were *A. versicolor*, of which 49 of 50 isolates (98%) were found to be sterigmatocystin producers *in vitro*. Sterigmatocystin could be detected at low concentrations (2 to 4 ng/g of dust) in 2 of 11 native carpet dust samples by using high-performance liquid chromatography-electrospray ionization tandem mass spectrometry (Engelhart *et al.*, 2002).

Chao *et al.* (2002a) found that concentrations of total dust-borne fungi from floors were positively related to carbon dioxide and temperatures between 20° and 22.5 °C. A gradual increase in total fungal concentrations in floors was observed over a year (Chao *et al.*, 2002a). Total fungi isolated from chairs varied significantly by season, being highest in September and lowest in March, and were positively correlated with dust loads in floors (Chao *et al.*, 2002a). The results suggest the presence of seasonality of dust-borne fungi.

Higher numbers of mold isolates were associated with areas of high shade and high levels of organic debris near the home, along with poor landscape maintenance. Lower concentrations of mold isolates were associated with good dust control measures. No statistically significant correlations could be made between indoor mold isolates and any of the following factors: number and age of the occupants, age and size of home, month of survey, or the presence of plants (Banerjee *et al.*, 1987).

A wide range of fungi in floor and mattress dusts was reported in southwest Germany in winter and spring (Jovanovic *et al.*, 2001). The median value of CFU/g dust, collected from the floors, was 15,000 (range 0–700,000) and 28,000 (range 1500–1,350,000) for samples collected from mattresses. On the other hand, Oppermann *et al.* (2001)

reported total concentrations of fungi varied from $1.4 \times 10^3$ to $300 \times 10^3$ CFU/g of dust with a geometric mean of $26.5 \times 10^3$ CFU/g of dust. A total of 41 different genera/species were identified. Fungal spores were discovered more frequently in mattresses in humid flats.

Samples of settled dust were taken by vacuuming from the carpet in the living room of 405 homes in Erfurt (east) and Hamburg (west) and plated on DG18 agar. No significant difference could be shown for the total or for single genera (*Alternaria*, *Aspergillus*, *Cladosporium*, and *Penicillium*) in concentration of spores of viable fungi in settled house dust between Erfurt and Hamburg (Koch *et al.*, 2000). Seasonal variation of the fungi, with a peak in August, could be identified both indoors and outdoors. Koch *et al.* (2000) concluded that outdoor concentration is the main influence on indoor concentration of mold spores from June to October.

Hodgson and Scott (1999) studied 243 carpet dust samples collected from problem and control buildings in the United States. They found that fungal concentrations, analyzed with the extraction and serial dilution method, in dust samples from problem buildings were higher than control samples (1.8 million CFU/g v. 30,000 CFU/g). The most common dominant fungal group detected in problem buildings was *Pencillium*, followed by *Cladosporium* and *Aspergillus*. In the control buildings, *Cladosporium* was the most frequently detected dominant taxon, followed by *Penicillium*, *Phoma*, yeasts, and *Epicoccum nigrum* at equal percentages. *Aspergillus* was never the dominant taxon in the control buildings. Among individual *Aspergillus* species, *A. versicolor* was the most common species in samples from problem buildings. Other *Aspergillus* species of significance included *A. niger* and *A. sydowii*. They concluded that concentrations greater than $10^5$ CFU/g, and certainly those greater than $10^6$ CFU/g, were most likely associated with fungal contamination in buildings. However, major (20–50% of the concentration) or dominant taxa can also serve as an indicator of fungal contamination. *Penicillium* spp. and *Aspergillus* spp., especially *A. versicolor*, are generally the dominant taxa associated with problem building samples.

Scott (2001) studied genotypic variation of two common dust-borne *Penicillium* species, *P. brevicompactum* and *P. chrysogenum*. It was found that there were two genetically divergent groups of *P. brevicompactum* according to sequence analysis of the beta-tubulin (benA) and rDNA loci. Authentic strains of *P. brevicompactum* and *P. stoloniferum* clustered together in the predominant clade, accounting for 86% of isolates (Scott, 2001). At the same time, a clonal pattern of inheritance in *P. chrysogenum* was observed, and phylogenetic analyses of allele

sequences was found segregating the population into three divergent lineages, accounting for 90%, 7%, and 3% of the house dust isolates, respectively (Scott, 2001). Type isolates of *P. chrysogenum* and its synonym *P. notatum* clustering within the secondary lineage confirmed this synonymy. No available names for the predominant and minor lineages suggested that *P. chrysogenum* delineated previously is a species complex including three taxa. Further studies are necessary to determine the nomenclature status of the two unknown lineages of *P. chrysogenum*.

Although many fungal studies of household dust are available, Macher (2001) argued that no standard procedures for culturing fungi from dust have been adopted widely enough to ensure the validity of comparisons among studies. It is necessary to establish reference methods in environmental microbiology for use in the assessment of indoor environmental quality (Macher, 2001).

Separate collection of organic and nonorganic household waste is becoming a common form of waste management in Europe and North America. Household organic waste indoors is a good substrate, which might increase microbial growth in the home environment. A study in 99 homes in The Netherlands showed that increased microbial contaminant levels in homes are associated with indoor storage of separated organic waste when using mold beta $(1 \rightarrow 3)$-glucans and fungal extracellular polysaccharides of *Aspergillus* and *Penicillium* species in house dust extracts as markers of microbial levels (Wouters *et al.*, 2000).

### 6. *Activities of Occupants*

It is generally believed that human activity in a building is a major contributor to the fungal population indoors. However, very few studies have addressed this issue. Sessa *et al.* (2002) conducted a study in a university auditorium in Rome, in an office of public buildings, and in an apartment in the presence and absence of the buildings' occupants, building materials, and furnishings by using a Surface Air System (SAS). In the presence of people and furnishings, the average concentrations of airborne fungi were much higher (University auditorium: 1256–1769 CFU/m$^3$; office: 858 CFU/m$^3$; apartment: 147–297 CFU/m$^3$) than in their absence (respectively: 301–431 CFU/m$^3$; 224 CFU/m$^3$; 102–132 CFU/m$^3$). In a recent study, Butterner *et al.* (2002) showed that after cut pile carpet was walked on for 1 minute, the airborne conidia concentrations of *P. chrysogenum* were significantly higher than the ones with vinyl tile and commercial loop pile carpet, and the differences in concentration were often $\geq$2 orders of magnitude.

## B. Building Characteristics

Building characteristics and designs have significant influence on indoor aeromycota. The presence or installation of forced-air heating systems, humidifiers, air filters, and air conditioners can lead to reduced concentrations of airborne fungal spores (Li and Kendrick, 1995d). Concentrations of fungi were lower in day-care centers equipped with air conditioners/air cleaners than in centers that lacked such equipment (Li *et al.*, 1997). Lawton *et al.* (1999) found that low air leakage and natural ventilation were not associated with higher levels of mold growth. In the same study it was found that the presence of wood-burning stoves and fireplaces was significantly positively correlated to fungal infestation in residences (Lawton *et al.*, 1999).

Hirsch *et al.* (2000) showed that the installation of insulated windows and central heating systems in 98 apartments correlated with changes in the indoor environment over 7 months. The air-exchange rate decreased from 0.73 to 0.52 per hour, temperature increased from 13.4 to 17.5 °C, and absolute humidity increased from 4.6 g to 6.2 g $H_2O$/kg air in. In addition the abundance of *Aspergillus fumigatus* was found to increase from 20 to 60 CFU/g carpet dust (Hirsch *et al.* 2000). The presence of carpet was found to increase the concentration of airborne fungal spores in residential buildings (Li and Kendrick, 1995d).

The concentrations of airborne fungal spores vary significantly from room to room in some residential buildings. In the study of Li and Kendrick (1995d), results showed that numbers of airborne fungal spores were highest in living rooms, followed by family rooms, kitchens, bathrooms, and bedrooms. However, Ren *et al.* (1999) found no significant difference in concentration and composition of fungi between living room and bedroom or by season. Both concentration and type of fungi were significantly higher in basements than other indoor areas and outdoor air in winter. Significant seasonal variation in fungal type was observed in living rooms, bedrooms, and outdoor air but not in basements (Ren *et al.*, 1999).

Wan and Li (1999) showed that the levels of bacteria and fungi indoors were highest in day-care centers, followed by those in homes and office buildings. However, the prevalence of airway inflammation and systemic symptoms was higher for females in office buildings than for those in day-care centers. That means that there are other factors to be considered. A strong association was found between beta-1,3-glucan and symptoms of lethargy/fatigue (Wan and Li, 1999).

Floor dust and air samples from the bedrooms of 485 houses were collected over 1 year in Melbourne, Australia (Dharmage *et al.*, 1999).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 86 of 111 PageID #: 3684



The dust was analyzed for ergosterol, a marker of cumulative fungal biomass exposure. The median ergosterol level in bedroom floors was 3.8 $\mu$g/g of dust. Multivariate analysis showed that several factors were associated with lower total fungal propagules in bedroom air: a ceiling fan, absence of visible mold, frequent vacuuming, a solid fuel fire, and absence of pets. Total fungal propagules were lower when windows were closed during sampling. The presence of more than one cat had the greatest effect on total fungal propagules. Ergosterol levels were significantly lower in homes without old fitted carpets, visible mold, or pets and those with frequent airing and regular use of an extractor fan in the kitchen. Old wall-to-wall carpets had the greatest effect on ergosterol (Dharmage *et al.*, 1999).

Poor insulation of buildings may lead to a greater fluctuation in air temperature, condensation, and dampness in localized areas of buildings. A drop in the air temperature below the dew point often relates to fungal growth inside buildings, particularly in places such as badly insulated outer walls or room corners (Kaufhold *et al.*, 1997). This temporary fall below the dew point caused by temperature fluctuation probably resulted in the building materials and wallpapers becoming damp and subsequent fungal growth (Kaufhold *et al.*, 1997).

Installation and operation of germicidal UV lights in central heating, ventilation, and air conditioning (HVAC) systems of office buildings was found feasible, cannot be detected by workers, and does not seem to result in any adverse effects (Menzie *et al.*, 1999). However, the effectiveness of UV lights on fungal growth and contamination in the HVAC system was not convincing.

The number of CFU/m$^3$ air collected on MEA was significantly higher than on DG-18 (1033.5 and 846.0 CFU/m$^3$, respectively) from 1000 homes in the northeastern United States (Ren *et al.*, 2001). Temperature, relative humidity, seasons, and presence of cats indoors had a statistically significant impact on the presence of fungal propagules in indoor air. Ren *et al.* (2001) concluded that it is difficult to predict the presence of fungal propagules in indoor air reliably by home characteristics alone.

Pei-Chih *et al.* (2000) found that the fungal concentration for indoors was 8946 (4372–18,306) CFU/m$^3$ in winter and 4381 (1605–11,956) CFU/m$^3$ in summer. For outdoors, it was 11,464 (5767–22,788) CFU/m$^3$ in winter and 4689 (1895–11,603) in summer. In summer, the total fungal concentrations, both indoors and outdoors of suburban homes, were significantly higher than those of urban homes. The dominant fungi contributing to this difference were *Cladosporium* spp. indoors and *Penicillium* spp. outdoors (Pei-Chih *et al.*, 2000).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 87 of 111 PageID #: 3685



1. *Building Materials*

Building materials such as drywall, wallpaper, insulation materials, wood framing materials, carpet, wood flooring, and subfloor materials provide growth substrates for fungi to colonize and develop. They also serve as porous materials to hold water or moisture, which is another necessary factor for the growth of fungi.

From a score system assessing the bioavailability of building materials, the products most vulnerable to mold attacks were water-damaged, aged organic materials containing cellulose, such as wooden materials, jute, wallpaper, and cardboard (Gravesen *et al.*, 1999).

The growth of three fungal genera (*Cladosporium, Penicillium*, and *Stachybotrys*) was evaluated on cellulose-containing ceiling tile and inorganic ceiling tile (Karunasena *et al.*, 2001). The results show that inorganic ceiling tile did not support the growth of these three fungal genera while cellulose-containing ceiling tile did. The results demonstrated that inorganic ceiling tile could serve as an ideal replacement for cellulose-containing ceiling tile (Karunasena, 2001). In a controlled laboratory study, Chang *et al.* (1995) found that new ceiling tiles supported the growth of *Penicillium chrysogenum* and *P. glabrum* at $a_w$ 0.85 and a corresponding moisture content >2.2%, and of *Aspergillus niger* at $a_w$ 0.94 and a corresponding moisture content >4.3% on used ceiling tiles. The same study showed that used ceiling tiles were more susceptible to fungal growth than new ones (Chang *et al.*, 1995).

In a study on gypsum boards just off the production line, Doll and Burge (2001) showed that 11 fungal genera were present on new gypsum board without artificial inoculation. *Penicillium* spp. and *Aspergillus* spp. were found at 95% RH only on the paper sides and the number of fungi found on the new gypsum board increased with increasing moisture content. On one occasion *Stachybotrys* sp. was present on the gypsum boards (Doll and Burge, 2001). This study showed that new gypsum boards were not free from naturally occurring fungal spores.

Morgan-Jones and Jacobsen (1988) studied moldy carpets, plasterboard, and wallpaper from three hotels in Florida and Georgia. They found many fungi caused biodeterioration of paper, textiles, and plaster. The genera of fungi most often identified were the ascomycete genus *Chaetomium*; the dematiaceous hyphomycete genera *Alternaria, Cladosporium, Stachybotrys*, and *Ulocladium*; the moniliaceous hyphomycete genera *Acremonium, Aspergillus*, and *Penicillium*; and the pycnidial genus *Phoma*. In the study, 14 species in 11 genera were isolated and identified, including two new species of *Cladosporium*. In

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 88 of 111 PageID #: 3686



a study of toxicity of moldy building materials, Johanning *et al.* (1998) identified several groups of fungi, detected satratoxin H and spirolactone/lactams, and demonstrated their cytotoxicity of the materials to cell cultures. The fungi were isolated from gypsum wallboard and other building materials. The fungi identified included those described by Morgan-Jones and Jacobsen (1988) plus additional species of *Aspergillus*, *Paecilomyces*, and *Trichoderma*. Käpylä (1985) found that the predominant fungus growing on wooden frames of insulated windows in Finland was *Aureobasidium pullulans*. In recent studies it was found that *C. sphaerospermum* out-competed with *P. chrysogenum* under fluctuating $a_w$ on various plaster materials, paints, and plasterboards. However, under constant $a_w$, *P. chrysogenum* out-competed *C. sphaerospermum* (Nielsen, 2002, 2003).

Carpet is a good reservoir for fungal spores to survive and for their redispersal into air. The conidia of *P. chrysogenum* were much easier to be aerosolized from residential carpet (cut pile) by walking than from commercial type carpet (loop pile) and vinyl tile (Buttner *et al.*, 2002). High indoor fungal exposures were associated with infrequent ventilation or vacuuming, presence of pets, visible mold, and old carpets (Dharmage *et al.*, 1999).

All fungi found to colonize building materials are either saprophytes, biodeteriorating agents, or both. Some fungi—such as species of *Aspergillus, Chaetomium, Chrysosporium, Stachybotrys*, and *Trichoderma*—are known to be capable of degrading cellulose fibers. Although a few fungal species have been reported in the literature, it is very likely that any saprophytic, biodeteriogenic, or cellulolytic fungi can grow indoors if opportunity arises and conditions are met (Burge, 1999).

Although species of the deuteromycetes are commonly detected in moldy building materials, species of Ascomycota (such as *Peziza* spp. and *Pyronema domesticum*) and Basidiomycota (such as species of *Cryptococcus, Rhodotorula*, and *Sporobolomyces*) are occasionally found on damp materials in buildings. In addition, basidiomata (fruiting bodies of basidiomycota) of *Coprinus* spp., *Pleurotus*, and *Poria* from various building materials, from ceiling tiles to wood products, have been identified (Yang, unpublished data). Mycelia and hyphae with clamped connections, indicating basidiomycetes, are frequently detected colonizing water-damaged wood structures and paper products. Wood-inhabiting basidiomycetes are often wood decay fungi. Most recently, wood decay fungi, *Meruliopoiia incrassata* and *Serpula lacrymans*, were identified and detected from decayed wood samples by using the quantitative PCR method (Yang, Li, and Lin, unpublished).

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 89 of 111 PageID #: 3687



### 2. *Heating, Ventilating, and Air-Conditioning Systems (HVAC)*

Heating, ventilating, and air-conditioning systems (HVAC) play an important role (both positive and negative) in fungal infestation and dissemination, as follows: (1) as a dispersal pathway for airborne fungal spores; (2) as growth locations for fungi in the system (such as drip pans, chill coils, and insulated or soiled duct works), if the system is not properly maintained; and (3) as a filtration mechanism in a properly maintained system that can remove some airborne fungal spores and reduce the airborne fungal population indoors.

Fungi have been known to grow in the HVAC system. Window air-conditioners (AC) appear to substantially reduce indoor allergen levels by maintaining the isolation of enclosed spaces from particle-bearing outdoor air (Solomon *et al.*, 1980). Central air conditioning may reduce numbers of fungal spores in houses by 50% or more, and central electrostatic filtration also gives significant reductions (Flannigan *et al.*, 1991). However, fungal growth is known to occur in poorly maintained HVAC systems. Contaminated humidifiers and heating equipment are also sources of allergenic fungi (Flannigan *et al.*, 1991). Respiratory diseases caused by contaminated air-conditioning systems have been reported from the United Kingdom and the United States. *Acremonium*, *Paecilomyces*, *Aureobasidium*, *Phialophora*, and *Fusarium* are regularly found in humidifiers (Samson, 1986).

Heinemann *et al.* (1994) studied contamination of HVAC by fungi, bacteria, and thermophilic actinomycetes. They sampled surfaces of filters and fans with RODAC contact plates and used the serial dilution method for humidifier water. A wide variety of fungi were identified. However, some of the fungi identified were likely spore contaminants instead of fungal growth. Kemp *et al.* (1995) studied fungal growth on filters of the HVAC system and reported isolation of *Aspergillus niger*, *A. fumigatus*, *Alternaria*, *Cladosporium*, *Mucor* sp., *Aspergillus* sp., and *Penicillium* sp. However, when filters were directly examined under the microscope, they could only confirm growth of *Aspergillus* sp., *Cladosporium* sp., and *Penicillium* spp. Buttner *et al.* (1999) found that fungal growth may occur on a variety of duct materials, including bare metal, provided soiling and moisture are present. Yang (1996) examined microscopically as well as cultured 1200 Fiberglas insulation liners from HVAC systems in the United States and found fungal colonization and growth in approximately 50% of the samples studied. Fungal types were differentiated based on water and humidity conditions. Species of *Cladosporium* and *Penicillium* were primarily from areas with high relatively humidity.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 90 of 111 PageID #: 3688



*Cladosporium cladosporioides*, *C. herbarum*, *C. sphaerospermum*, and *P. corylophilum* were the primary species identified. Species of *Acremonium*, *Aureobasidium*, *Exophiala*, *Fusarium*, *Paecilomyces*, *Phoma*, *Rhodotorula*, *Sporobolomyces*, and yeasts are expected in areas subjected to frequent wetting, such as cooling coils and drain pans.

Graudenz *et al.* (2002) reported a higher prevalence and a strong association of building-related worsening of respiratory symptoms and symptoms of rhinoconjunctivitis in the group with ventilation machinery and ducts with >20 years of use in Brazil. The authors found that total viable fungal spores were higher outdoors than in the indoor samples. However, they did report that fungal growth was detected in the ventilation systems.

Ahearn *et al.* (1997) studied secondary air filters in the air-handling units on four floors of a multi-story office building with a history of fungal colonization of insulation within the air distribution system. Fungal mycelium and conidia of *Cladosporium* and *Penicillium* spp. were observed on insulation from all floors and on both sides of the air filters from one floor.

### C. Succession and Changes in Indoor Fungi

In a chronically water-damaged environment, fungal populations are likely to change over time. Fungi are no different from any living organisms. They grow in an environment and compete with other fungi and organisms. The fungal population and composition as a whole evolve and change depending on environmental factors, interaction with other fungi and organisms, and the biology of the fungi. The evolution of organisms in an environment is called *succession*. Fungal succession in the indoor environment is largely unknown at this time. However, some postulations of indoor fungal succession have been discussed (Grant *et al.*, 1989; Singh, 1994). A knowledgeable mycologist can use various information and means to evaluate fungal succession in a given indoor environment. Defining fungal succession in an indoor environment follows a forensic approach. Information and evidence gathering is very important and should be as comprehensive as possible. This section discusses various observations, environmental parameters, and the biology of various molds that are useful in conducting an assessment of fungal succession in a water-damaged environment.

Fungal growth is always the consequence of a water damage or humidity control problem. Information regarding any water damage

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 91 of 111 PageID #: 3689



history can provide an important clue of fungal growth. Observation of water-damaged building materials can also shed some light regarding a water damage history. Water is a good and common solvent and can dissolve many substances. A building material subjected to repeated water damage can show signs of deterioration. A ceiling tile may become soft and deformed due to repeated water damage. Nails and carpet strips may become rusty, stained, and weakened. If growth of cellulolytic fungi develops, cellulose-containing building materials can further be weakened because of degradation of cellulose fibers and paper.

Properly identified fungi can tell a story. Fungi are no different from plants. Water-loving plants, such as water lily or cattails, grow only in water or swamps. On the other hand, cacti grow in dry arid environments. Identifications of moisture-loving fungi suggest the environment was wet or water damaged. Moisture-loving fungi include species of *Acremonium, Chaetomium, Fusarium, Trichoderma, Ulocladium, Stachybotrys chartarum*, and *Memnoniella echinata*. Wet fungi—such as species of *Aureobasidium, Rhodotorula, Phialophora, Exophiala*, and *Sporobolomyces*—generally require that substrates be wet or water logged. On the other hand, detection of xerophilic fungal growth suggests sufficient but low water activity in the substrates. The condition to achieve low water substrates for growth of xerophilic fungi is usually persistent high humidity conditions. Xerophilic fungi include all species of the genus *Eurotium, Aspergillus restrictus, A. penicillioides*, and *Wallemia sebi*. The two most commonly encountered indoor fungal genera, *Aspergillus* and *Penicillium*, consist of both moisture-loving and xerophilic fungi. *Aspergillus versicolor* and *A. ustus* are commonly detected in water-damaged building materials. Although *A. versicolor* can grow at a water activity as low as 0.80, its optimal water activity is 0.97 (Smith and Hill, 1982).

Although all indoor fungi are essentially saprobes, many of them have unique environmental niches. Some fungi, such as species of *Aspergillus* and *Penicillium*, are called *sugar fungi* (Singh, 1994) because they exploit the sugar content of the substrates. Fungi that can break down complex carbohydrates (such as cellulose and lignin) or complex organics (such as wood) are usually late colonizers of the substrates. In addition, fungi can be classified into primary colonizers, secondary colonizers, or tertiary colonizers depending on the water activity for their growth (Grant *et al.*, 1989). The primary colonizers are defined as those that grow at water activity below 0.80; secondary colonizers grow at between 0.80 and 0.90; tertiary colonizers grow at greater than 0.90. Therefore, moisture-loving fungi are tertiary

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 92 of 111 PageID #: 3690



colonizers. Common fungal colonizers of the indoor environment, as defined by Grant *et al.* (1989), are listed in Table VII. Although the categorization of various fungi based on their water activity is useful, further refinement is necessary. Many of the strongly xerophilic fungi have an ecological niche that does not usually overlap with the hydrophilic and mesophilic fungi. The authors have observed that strong xerophilic fungi thrive in conditions subjected to long-term high humidity conditions but not to water damage (Yang, personal communication).

In a water-damaged environment, more than one species of fungi are likely encountered. The types of fungi are likely to increase if the wet conditions persist for a long time. Fungal diversity is likely to increase when the water-damage conditions persist.

Fungi as well as mites, insects, and other arthropods are attracted to water sources. It is commonly observed in the laboratory that some insects and mites feed on fungal matter (Flannigan *et al.*, 2001). These insects and mites follow water trail and fungal growth. They also assist in transporting and dispersing fungal spores. The presence of insects, mites, and their fecal pellets and molt casts is a good indication of active insect and mite colonies and long-term fungal growth.

Fungi develop different mechanisms to release and disperse their spores (Kendrick, 2000). Some fungi—such as species of *Aspergillus, Cladosporium*, and *Penicillium*—produce dry spores, which are released by air movement and disturbance. Some fungi can actively discharge their spores into the air. Another group of fungi—such as species of *Acremonium, Stachybotrys*, and *Trichoderma*—produces wet, slimy spores. Water, insects, mites, or other arthropods and small animals often assist their release and dispersal. Dry-spored fungi are much more effective in the dispersal and dissemination of their spores.

Most fungi produce spores within a 2–10 $\mu$m size range. However, a few are slightly smaller than 2 $\mu$m, and many are larger than 10 $\mu$m. Fungi (such as species of *Aspergillus* and *Penicillium*) that produce smaller spores are much more prolific in their spore production. They produce a much larger number of spores. Fungi (such as *Stachybotrys chartarum, Alternaria alternata*, etc.) that produce comparatively larger spores produce fewer of them. Different species of fungi grow at different rates. Fast-growing fungi tend to produce more spores. Fungi that produce a larger number of spores have the advantage of disseminating to a wider territory, thus increasing their chance of finding the niche to colonize and grow.

Some fungi can cause wood decay, from brown rot, to white rot, to soft rot. The wood decay is a slow process caused by tertiary

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 93 of 111 PageID #: 3691



colonizers. Both brown and white rots are caused by wood decaying basidiomycetes. Soft rot is caused by microfungi and ascomycetes (Wang and Zabel, 1990; Zabel and Morrell, 1992). If wood structures of a building show decay, it is an indication of a long-term problem caused by chronic or repeated wet conditions.

## V. Recent Studies on Limits/Exposures of Indoor Fungi

In southwestern Germany between November 1997 and May 1998, the number of colony forming units was 135 CFU/$m^3$ (range 5–17,000) in indoor air and 145 CFU/$m^3$ (range 15–2900) in outdoor air (Jovanovic *et al.*, 2001). The data suggest that an indoor-outdoor difference exceeding 500 CFU/$m^3$ indicates an elevated mold concentration in indoor air compared with background (Jovanovic *et al.*, 2001). The authors suggested that this value could be used as a temporary reference value for southwest Germany in the winter season (Jovanovic *et al.*, 2001).

The CFU/g dust, collected from floors, was 15,000 (range 0–700,000), and that collected from mattresses was 28,000 (range 1500–1,350,000) (Jovanovic *et al.*, 2001). Spores of mold fungi were discovered more frequently in mattresses from humid flats (Oppermann *et al.*, 2001). Total concentrations of mold fungi varied from $1.4 \times 10^3$ to $300 \times 10^3$ CFU/g of dust with a mean of $26.5 \times 10^3$ CFU/g of dust (Oppermann *et al.*, 2001).

In extracts of *Aspergillus fumigatus* culture filtrate, two antigens were found to be produced under all studied growth conditions (common antigens), and in the extracts of the water-soluble portion of the mycelium, one common antigen was found (Wijnands *et al.*, 2000). The three common antigens may serve as marker antigens for exposure to *Aspergillus fumigatus* and its products (Wijnands *et al.*, 2000). In view of the simultaneous presence of two of these common antigens with *Aspergillus fumigatus* allergens, these two marker antigens may be useful for estimating exposure to allergens of *Aspergillus fumigatus*.

Gas chromatography–mass spectrometry was used to determine the microbial contents of building materials subjected to water damage in a laboratory experiment and of materials collected from houses affected by water during a flood in Klodzko in southwestern Poland (Szponar and Larsson, 2000). Ergosterol was examined as a marker of fungal biomass in southwestern Poland (Szponar and Larsson, 2000).

The amount of ergosterol was higher in materials that had been exposed to water than in unexposed ones (Szponar and Larsson, 2000). The marker was stable in the building materials for at least 6 weeks at room temperature and could thus be used to reveal microbial

contamination (Szponar and Larsson, 2000). Direct measurement of 3-hydroxy fatty acids and ergosterol in human environments could be a useful monitoring method for potentially harmful microorganisms and microbial constituents (Szponar and Larsson, 2000).

A fungal index or fungal detector, a simple device using spore germination of 1 to 3 fungal species as sensors for moisture, was used to assess indoor climate and potential for fungal growth (Abe *et al.*, 1996) or to monitor drying of water-damaged buildings (Morey *et al.*, 2002).

The following residential limit values (RLV) for dwellings and communal premises are proposed in Poland for the concentration of airborne bacteria, fungi, and bacterial endotoxin: $5 \times 10^3$ CFU/$m^3$, $5 \times 10^3$ CFU/$m^3$, and 5 ng/$m^3$ (50 EU), respectively (Gorny and Dutkiewicz, 2002).

Klanova (2000) proposed that any concentration of fungi in indoor air above 2000 CFU/$m^3$ could be a serious risk factor for health of occupants. The proposed values for occupational exposure limit (OEL) of bacteria, fungi, and bacterial endotoxin for industrial settings contaminated by organic dust are 100 × (3) CFU/$m^3$, 50 × (3) CFU/$m^3$, and 200 ng/$m^3$ (2000 EU), respectively (Gorny and Dutkiewicz, 2002).

Allergy thresholds to common molds have been reported (Gravesen, 1979), but variations in sampling strategies and methodological limitations make these very unreliable in practical settings (Dillon *et al.*, 1999; Miller, 1993). Therefore, the consensus is that acceptable safe threshold limits for exposures to indoor fungi cannot be established (Ammann, 1999; Macher *et al.*, 1991). It is generally recommended to avoid or minimize unnecessary exposures to indoor fungi (Anonymous, 1994).

Airborne fungi could be classified on the basis of the relationship between the two environmental factors and their combinations (i.e., temperature and water requirements) (water activity $a_w$) (Vujanovic *et al.*, 2001). One type involves three different groups of molds, selected on the basis of the quantitative and qualitative information about the ability of fungi to sporulate under different environmental conditions: group (i), represented by *Emericella* (*Aspergillus*) *nidulans*, *A. niger*, and *A. ochraceus*, and characterized by sporulation that was more dependent on temperature than on water activity; (ii), represented by *A. flavus* and *A. versicolor*, in which sporulation was approximately equal and depended on both the temperature changes and $a_w$ alterations; and (iii), represented by *Cladosporium* sp., *Penicillium cyclopium*, and *P. citrinum*, in which sporulation depended more on alteration of the $a_w$ conditions than on temperature changes (Vujanovic *et al.*, 2001).

Another type is characterized by four sporulation rates with two risk levels of mycotoxin accumulation in the spores (conidia) of each mold species: large (Ia) and moderate (Ib) sporulation rates with a risk of mycotoxin accumulation ($a_w$ > or = 86; t > or = 12 °C); rare sporulation (IIa) and absence of sporulation (IIb), without risk of mycotoxin accumulation ($a_w$ < or = 86; t < or = 12 °C) (Vujanovic *et al.*, 2001). In conclusion, providing a useful guide for two dimensions, temperature and water activity, for each of the three phases of fungal growth (i.e., germination, growth, and sporulation) facilitates the determination of the fundamental niche of each fungus and its ability to form or accumulate mycotoxin (Vujanovic *et al.*, 2001).

## VI. Conclusions

Fungi are ubiquitous in nature. Fungal spores are very common both indoors and outdoors. Fungal spores are considered to be allergens. Some fungi are opportunistic pathogens and occasionally cause infectious diseases in susceptible or immunocompromised people. Fungi can readily grow on building materials, furniture, and other substrates in buildings experiencing water damage/intrusion or dampness problems without immediate repairs. Subsequent proliferation of fungi poses adverse effects on human health in the buildings.

Causal factors and agents of sick building syndrome are very complex. Indoor fungi are one of the agents associated with SBS. Clinical diagnoses of mold allergies and fungal infections are generally easier and less complicated than emerging health concerns stemming from such fungal metabolites as (1 → 3)-β-D-glucan, mycotoxins, and fungal VOCs. Diagnosis of SBS can be difficult and challenging. The correct diagnosis may rely on cooperation of medical professionals with multiple other professions so as to determine the causes of SBS.

Synergistic inhalation effects of fungal byproducts—such as mycotoxins, β-glucans, or perhaps fungal VOCs—are potentially irritating, toxic, teratogenic, carcinogenic, and immune-suppressive. Risk assessment for human exposure to fungi and their byproducts is complicated, because it involves multiple agents, hypersensitivity reactions, and different disease consequences. Exposure to fungi and their byproducts at various concentrations is omnipresent in indoor environments. The sensitivity of humans to fungi and related byproducts varies from individual to individual. The health effects of inhalation exposure to many fungal metabolites are not well understood. There is a great need to better understand the adverse health effects of short-term and

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 96 of 111 PageID #: 3694



long-term exposures to the fungal metabolites and to determine whether the health effects are reversible or not. It is, however, prudent to avoid unnecessary exposures to excessive fungi and their byproducts. At the same time, long-term research involving extensive cooperation among several related professions is needed. Controlling indoor fungal growth conditions is the most economical and practical approach to maintaining a healthy environment. Indoor fungal ecology is at present poorly studied. Future studies on indoor fungal ecology are necessary to better understand fungal development, colonization, and succession in the indoor environment. The information yielded from such studies will be useful to design better buildings that are less prone to fungal infestation.

Since the energy crisis, buildings were designed and built to be energy efficient. At the same time it is a common practice to use new and inexpensive materials. As a consequence, the modern buildings are conducive to fungal growth once they experience water damage or humidity control issues.

## Acknowledgments

The authors are very grateful to Mr. Brian Kerin and Mrs. Jenalynn Greer for their assistance in preparation of the manuscript.

## References

Abe, K., Nagao, Y., Nakada, T., and Sakuma, S. (1996). Assessment of indoor climate in an apartment by use of a fungal index. *Applied and Environmental Microbiology* 62, 959–963.

Agrawak, O. P., Dhawan, S., Garg, K. L., Shaheen, F., Pathak, N., and Misra, A. (1988). Study of biodeterioration of the ajanta wall paintings. *International Biodeterioration* 24, 121–129.

Adan, O. C. G. (1994). "On the Fungal Defacement of Interior Finishes." Ph.D. Dissertation, Eindhoven University, The Netherlands.

Ahearn, D. G., Crow, S. A., Simmons, R. B., Price, D. L., Mishra, S. K., and Pierson, D. L. (1997). Fungal colonization of air filters and insulation in a multi-story office building: Production of volatile organics. *Current Microbiology* 35, 305–308.

Al-Doory, Y., and Ramsey, S. (1987). "Mould and Health: Who is at risk." Charles C. Thomas Publisher, Springfield, Illinois.

Alexopoulos, C. J., Mims, C. W., and Blackwell, M. (1996). "Introductory Mycology," 4th edn. John Wiley & Sons, Inc. New York, p. 868.

Ammann, H. M. (1999). ACGIH TLV Statement on bioaerosols; American Council of Government Industrial Hygienists. *In* "Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control" (E. Johanning, ed.), pp. 520–521. Eastern New York Occupational and Environmental Health Center, Albany.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 97 of 111 PageID #: 3695



Andersen, B., Nielsen, K. F., and Jarvis, B. B. (2002). Characterization of *Stachybotrys* from water-damaged buildings based on morphology, growth, and metabolite production. *Mycologia* 94, 392–403.

Andersen, B., Nielsen, K. F., Thrane, U., Szaro, T., Taylor, J., and Jarvis, B. B. (2003). *Stachybotrys chlorohalonata*, a new species from water-damaged buildings. *Mycologia* (in press).

Anderson, K., Morris, G., Kennedy, H., Croall, J., Michie, J., Richardson, M. D., and Gibson, B. (1996). Aspergillosis in immunocompromised paediatric patients: Associations with building hygiene, design, and indoor air. *Thorax* 51, 256–261.

Andrae, S., Axelson, O., Björkstén, B., Fredriksson, M., and Kjellaman, N-I M. (1988). Symptoms of bronchial hyperreactivity and asthma in relation to environmental factors. *Arch. Dis. Child* 63, 473–478.

Anonymous (1994). Recommendations. *In* "Health Implications of fungi in indoor environments" (R. A. Samson, B. Flannigan, M. E. Flannigan, A. P. VerHoeff, O. C. G. Adan, and E. S. Hoekstra, eds.), pp. 531–538. Elsevier, Amsterdam.

Assoulin-Daya, Y., Leong, A., Shoenfeld, Y., and Gershwin, M. E. (2002). Studies of sick building syndrome. IV. Mycotoxicosis. *Journal of Asthma*. 39, 191–201.

Banerjee, U., Weber, P., Ruffin, J., and Banerjee, S. (1987). Airborne fungi survey of some residences in Durham, North Carolina, USA. *Grana* 26, 103–108.

Barnes, C., Buckley, S., Pacheco, F., and Portnoy, J. (2002). IgE-reactive proteins from *Stachybotrys chartarum*. *Annals of Allergy, Asthma, & Immunology* 89, 29–33.

Barth, O. M. (1981). Pollen and spore sampling in Brazil of relevance to allergy. International Aerobiology Newsletter No. 14, 8–11.

Batterman, S. A. (1995). Sampling and analysis of biological volatile organic compounds. *In* "Bioaerosols" (H. A. Burge, ed.), pp. 249–268. Lewis Publishers, Boca Raton.

Beaumont, F., Kauffman, H. F., vander Mark, T. H., Sluiter, H. J., and de Vries, K. (1985). Volumetric aerobiological survey of conidial fungi in the North-East Netherlands: I. Seasonal patterns and the influence of meteorological variables. *Allergy* 40, 173–180.

Benenson, A. S. (1990). "Control of Communicable Disease in Man," 15th edn. American Public Health Association, Washington, DC.

Brakhage, A. A., and Langfelder, K. (2003). Menacing mold: The molecular biology of *Aspergillus fumigatus*. *Annu. Rev. Microbiol.* 56, 433–455.

Brunekreef, B., Dockery, D. W., Speizer, F. E., Ware, J. H., Spengler, J. D., and Ferris, B. G. (1989). Home dampness and respiratory morbidity in children. *Am. Rev. Respir. Dis.* 140, 1363–1367.

Burge, H. A. (1986). Some comments on the aerobiology of fungus spores. *Grana* 25, 143–146.

Burge, H. A. (1990a). Bioaerosols: Prevalence and health effects in the indoor environment. *J. Allergy Clin. Immunol.* 86, 687–703.

Burge, H. A. (1990b). The fungi. *In* "Biological contaminants in indoor environments" (P. Morey, J. Feeley, and J. Otten, eds.), pp. 136–162. American Society for Testing and Materials, Philadelphia.

Burr, M. L. (1999). Indoor fungal exposure - does it matter, and what can be done about it? *Clinical and Experimental Allergy* 29, 1442–1444.

Buttner, M. P., Cruz-Perez, P., Garrett, P. J., and Stetzenbach, L. D. (1999). Dispersal of fungal spores from three types of air handling system duct material. *Aerobiologia* 15, 1–8.

Buttner, M. P., Cruz-Perez, P., Stetzenbach, L. D., Garrett, P., and Luedtke, A. E. (2002). Measurement of airborne fungal spore dispersal from three types of flooring materials. *Aerobiologia* 18, 1–11.

Calvo, M. A., Guarro, J., Suarez, G., and Ramirez, C. (1980). Airborne fungi in the air of Barcelona, Spain. IV. Studies of the spore content of air in Dwellings. *Ann. Allergy* **44**, 228–234.

Campbell, M., and Stewart, J. L. (1980). "The Medical Mycology Handbook." A Wiley Medical Publication, John Wiley & Sons, New York.

CAST (2003). "Mycotoxins: Risk in Plants, Animal, and Human Systems." Task Force Report, Council for Agricultural Science and Technology, Ames, Iowa.

Chang, J. C. S., Foarde, K., and Vanosdell, D. W. (1995). Growth evaluation of fungi (*Penicillium* and *Aspergillus* spp.) on ceiling tiles. *Atmospheric Environment* **29**, 2331–2337.

Chao, H. J., Milton, D. K., Schwartz, J., and Burge, H. A. (2002a). Dustborne fungi in large office buildings. *Mycopathologia* **154**, 93–106.

Chao, H. J., Schwartz, J., Milton, D. K., and Burge, H. A. (2002b). Population and determinants of airborne fungi in large office buildings. *Environmental Health Perspectives* **110**, 777–782.

Chapman, J. (1986). Aeroallergens of south eastern Missouri, USA. *Grana* **25**, 235–246.

Chapman, J. A. (1999). Update on Airborne Mold and Mold Allergy. *Allergy and Asthma Proc.* **20**, 289–292.

Chow, L. P., Chiou, S. H., Hsiao, M. C., Yu, C. J., and Chiang, B. L. (2000). Characterization of Pen n 13, a major allergen from the mold *Penicillium notatum*. *Biochemical & Biophysical Research Communications* **269**, 14–20.

Christensen, C. M. (1950). Intramural dissemination of spores of *Hormodendrum resinae*. *J. Allergy* **21**, 409–413.

Collier, L., Balows, A., and Sussman, M. (1998). "Topley & Wilson's Microbiology and Microbial Infections," 9th edn., vol. 4. Arnold, London, Sydney, Auckland, New York.

Cooley, J. D., Wong, W. C., Jumper, C. A., and Straus, D. C. (1998). Correlation between the prevalence of certain fungi and sick building syndrome. *Occupational & Environmental Medicine* **55**, 579–584.

Cooperman, C. J., Jenkins, S. F., and Averre, C. W. (1986). Overwintering and aerobiology of *Cercospora asparagi* in North Carolina. *Plant Dis.* **70**, 392–394.

Cox, C. S., and Wathes, C. M. (1995). "Bioaerosols Handbook," p. 621. Lewis Publishers, Boca Raton.

Croft, W. A., Jarvis, B. B., and Yatawara, C. S. (1986). Airborne outbreak of trichothecene toxicosis. *Atmos. Environ.* **20**, 549–552.

Cruse, M., Telerant, R., Gallapher, T., Lee, T., and Taylor, J. W. (2002). Cryptic species in *Stachybotrys chartarum*. *Mycologia* **94**, 814–822.

Cruz-Perez, P., Butteener, M. P., and Stetzenbach, L. D. (2001). Specific detection of *Stachybotrys chartarum* in pure culture using quantitative polymerase chain reaction. *Mol. Cell. Probes.* **15**, 129.

Dales, R. E., Burnett, R., and Zwaneburg, H. (1991). Adverse health effects among adults exposed to home dampness and molds. *Am. Rev. Resp. Dis.* **143**, 505–509.

Dales, R., Zwanenburg, H., Burnett, R., and Franklin, C. A. (1991a). Respiratory health effects of home dampness and molds among Canadian children. *Am. J. Epidemiol.* **134**, 196–203.

Dearborn, D. (1997). Pulmonary hemorrhage in infants and children. *Curr. Opin. Pediatr.* **9**, 219–224.

Dekker, C., Dales, R., Bartlett, S., Brunekreef, B., and Zwanenburg, H. (1991). Child asthma and the indoor environment. *Chest* **100**, 922–926.

Dharmage, S., Bailey, M., Raven, J., Mitakakis, T., Thien, F., Forbes, A., Guest, D., Abramson, M., and Walters, E. H. (1999). Prevalence and residential determinants of fungi within homes in Melbourne, Australia. *Clinical & Experimental Allergy* **29**, 1481–1489.

Dill, I., Trautmann, C., and Szewzyk, R. (1997). Mass development of *Stachybotrys chartarum* on decomposable plant-pots made of recycling paper. *Mycosis* **40**, 110–114.

Dillon, H. K., Miller, J. D., Soreson, W. G., Douwes, J., and Jacobs, R. R. (1999). A review of methods applicable to the assessment of mold exposure to children. *Environmental Health Perspective* 107(Suppl. 3), 473–480.

Doll, S. C., and Burge, H. A. (2001). Characterization of fungi occurring on "new" gypsum wallboard. *IAQ 2001*, 1–8.

Durand, K. T. H., Mulenberg, M., Burge, A. B., and Seixas, N. S. (2002). Effects of sampling time on the culturability of airborne fungi and bacteria sampled by filtration. *Ann. Occup. Hyg.* **46**, 113–118.

Elidemir, O., Colasurdo, G. N., Rossmann, S. N., and Fan, L. L. (1999). Isolation of *Stachybotrys* from the lung of a child with pulmonary hemosiderosis. *Pediatrics* **102**, 964–966.

Elke, K., Begerow, J., Oppermann, H., Kramer, U., Jermann, E., and Dunemann, L. (1999). Determination of selected microbial volatile organic compounds by diffusive sampling and dual-column capillary GC-FID—a new feasible approach for the detection of an exposure to indoor mold fungi? *Journal of Environmental Monitoring* **1**, 445–452.

Engelhart, S., Loock, A., Skutlarek, D., Sagunski, H., Lommel, A., Farber, H., and Exner, M. (2002). Occurrence of toxigenic *Aspergillus versicolor* isolates and sterigmatocystin in carpet dust from damp indoor environments. *Applied & Environmental Microbiology* **68**, 3886–3890.

Eversmeyer, M. G., and Kramer, C. L. (1987). Single versus multiple sampler comparisons. *Grana* **26**, 109–112.

Ezeonu, I. M., Price, D. L., Simmons, R. B., Crow, S. A., and Ahearn, D. G. (1994). Fungal production of volatiles during growth on fiberglass. *Appl. Environ. Microbiol.* **60**, 4172–4173.

Fatterpekar, G., Mukherji, S., and Arbealez, A. (1999). Fungal diseases of the paranasal sinuses. *Semin Ultrasound CT MR* **20**, 391–401.

Fiedler, K., Schutz, E., and Geh, S. (2001). Detection of microbial volatile organic compounds (MVOCs) produced by molds on various materials. *International Journal of Hygiene & Environmental Health* **204**, 111–121.

Flannigan, B., McCabe, E. M., and McGarry, F. (1991). Allergic and toxigenic microorganisms in houses. *J. Appl. Bacteriol.* 70(Suppl.), 61s–73s.

Flannigan, B., and Miller, J. D. (1994). Health implications of fungi in indoor environments-an overview. *In* "Health Implications of Fungi in Indoor Environments" (R. A. Samson, B. Flannidan, M. E. Flannigan, A. P. Erhoeff, O. C. G. Adan, and E. S. Hoekstra, eds.), pp. 3–28. Elsevier, Amsterdam.

Flannigan, B., Samson, R. A., and Miller, J. D. (2001). "Microorganisms in home and indoor work environments, diversity, health impacts, investigation and control." Taylor & Francis, London and New York.

Flappan, S. M., Portnoy, J., Jones, P., and Barnes, C. (1999). Infant pulmonary hemorrhage in a suburban home with water damage and mold (*Stachybotrys atra*). *Environmental Health Perspectives* **107**, 927–930.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 100 of 111 PageID #: 3698



Foarde, K. K., and Menetrez, M. Y. (2002). Factors relating to the release of *Stachybotrys chartarum* spores from contaminated sources. *In* "Indoor Air 2002: Proceedings of International Conference on Indoor Air Quality and Climate" (Hal Levin, ed.), vol. 1, Indoor Air 2002, Santa Cruz, California, 2002.

Frank, M., Kinston, E., Jeffrey, J. C., Moss, M. O., Murray, M., Simpson, T. J., and Sutherland, A. (1999). Walleminol and walleminone, novel caryophyllenes from the toxigenic fungus *Wallemia sebi*. *Tetrahedron Letters* **40**, 133–136.

Furuuchi, I., and Baba, K. (1986). Mould allergy (*Alternaria*). *Nippon Ika Daigaku Zasshi* **53**, 108–111.

Gao, P., and Martin, J. (2002). Volatile metabolites produced by three strains of Stachybotrys chartarum cultivated on rice and gypsum board. *Applied Occupational & Environmental Hygiene* **17**, 430–436.

Garrett, M. H., Rayment, P. R., Hooper, M. A., Abramson, M. J., and Hooper, B. M. (1998). Indoor airborne fungal spores, house dampness and associations with environmental factors and respiratory health in children. *Clinical & Experimental Allergy* **28**, 459–467.

Gehring, U., Douwes, J., Doekes, G., Koch, A., Bischof, W., Fahlbusch, B., Richter, K., Wichmann, H. E., and Heinrich, J. (2001). Beta(1 → 3)-glucan in house dust of German homes: Housing characteristics, occupant behavior, and relations with endotoxins, allergens, and molds. *Environmental Health Perspectives* **109**, 139–144.

Goodwin, W., Haas, C. D., Fabian, C., Heller-Bettinger, I., and Hoogstraten, B. (1978). Phase I evaluation of anguidine (diacetoxyscirpenol, NSC-141537). *Cancer* **42**, 23–26.

Gorny, R. L., and Dutkiewicz, J. (2002). Bacterial and fungal aerosols in indoor environment in Central and Eastern European countries. *Annals of Agricultural & Environmental Medicine* **9**, 17–23.

Gorny, R. L., Reponen, T., Grinshpun, S. A., Cho, S. H., and Willeke, K. (2002a). Release of fungal propagules from contaminated surfaces by vibration. *In* "Indoor Air 2002: Proceedings of International Conference on Indoor Air Quality and Climate" (Hal Levin, ed.), vol. 1, Indoor Air 2002. Santa Cruz, California, 2002.

Gorny, R. L., Reponen, T., Willeke, K., Schmechel, D., Robine, E., Boissier, M., and Grinshpun, S. A. (2002b). Fungal fragments as indoor air biocontaminants. *Applied & Environmental Microbiology* **68**, 3522–3531.

Grant, C., Hunter, C. A., Flannigan, B., and Bravery, A. F. (1989). The moisture requirements of molds isolated from domestic dwellings. *International Biodeterioration* **25**, 259–284.

Graudenz, G. S., Kalil, J., Saldiva, P. H., Gambale, W., Latorre, M. R., and Morato-Castro, F. F. (2002). Upper respiratory symptoms associated with aging of the ventilation system in artificially ventilated offices in Sao Paulo, Brazil. *Chest* **122**, 729–735.

Gravesen, S. (1979). Fungi as a cause of allergic disease. *Allergy* **34**, 135–154.

Gravesen, S., Frisvad, J. C., and Samson, R. A. (1994). "Microfungi." Munksgaard, Copenhagen, Denmark.

Gravesen, S., Nielsen, P. A., Iversen, R., and Nielsen, K. F. (1999). Microfungal contamination of damp buildings—examples of risk constructions and risk materials. *Environmental Health Perspectives* **107**(Suppl. 3), 505–508.

Halwig, J. M., Brueske, D. A., Greenberger, P. A., Dreisin, R. B., and Sommers, H. M. (1985). Allergic bronchopulmonary curvulariosis. *Am. Rev. Respir. Dis.* **132**, 186–188.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 101 of 111 PageID #: 3699



Haugland, R. A., Brinkman, N., and Vesper, S. J. (2002). Evaluation of rapid DNA extraction methods for the quantitative detection of fungi using real-time PCR analysis. *J. Microbiol. Methods* **50**, 319–323.

Heinemann, S., Beguin, H., and Nolard, N. (1994). Biocontamination in air-conditioning. *In* "Health Implications of fungi in indoor environments" (R. A. Samson, B. Flannigan, M. E. Flannigan, A. P. VerHoeff, O. C. G. Adan, and E. S. Hoekstra, eds.), pp. 179–186. Elsevier, Amsterdam.

Henry, J. B. (1984). "Clinical Diagnosis and Management," 7th edn. W. B. Saunders Company, Philadelphia.

Hessel, P. A., Klaver, J., Michaelchuk, D., McGhan, S., Carson, M. M., and Melvin, D. (2001). The epidemiology of childhood asthma in Red Deer and Medicine Hat, Alberta. *Canadian Respiratory Journal* **8**, 139–146.

Hirsch, T., Hering, M., Burkner, K., Hirsch, D., Leupold, W., Kerkmann, M. L., Kuhlisch, E., and Jatzwauk, L. (2000). House-dust-mite allergen concentrations (Der f 1) and mold spores in apartment bedrooms before and after installation of insulated windows and central heating systems. *Allergy* **55**, 79–83.

Hodgson, M. J., Morey, P., Leung, W.-Y., Morrow, L., Miller, D., Jarvis, B. B., Robbins, H., Halsey, J. F., and Storey, E. (1998). Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. *JOEM* **40**, 241–249.

Hodgson, M., and Scott, R. (1999). Prevalence of fungi in carpet dust samples. *In* "Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control" (E. Johanning, ed.), pp. 268–274. Eastern New York Occupational and Environmental Health Center, Albany.

Hoffman, D. R. (1984). Mould allergens. *In* "Mould Allergy" (Y. Al-Doory and J. F. Domson, eds.), pp. 104–116. Lea & Febiger, Philadelphia. 278 pp.

Holmberg, K. (1987). Indoor mold exposure and health effects. *In* "Indoor Air 1987" (B. Seifert, H. Esdorn, M. Fischer, H. Pdiden, and J. Wegner, eds.), pp. 637–642. Proc. 4th International Conference on Indoor Air Quality and Climate. Berlin: Institute for Water, Soil, and Air Hygiene.

Horner, W. E., Ibanez, M. D., Liengswangwong, V., Salvaggio, J. E., and Lehrer, S. B. (1988). Characterization of allergens from spores of the oyster mushroom, *Pleurotus ostreatus*. *J. Allergy Clin. Immunol.* **82**, 978–986.

Horner, W. E., and Lehrer, S. B. (1999). Why are there still problems with fungal allergen extracts? *In* "Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control" (E. Johanning, ed.), pp. 313–319. Eastern New York Occupational and Environmental Health Center, Albany.

Horwitz, R. J., and Bush, R. K. (1997). Allergens and other factors important in atopic disease. *In* "Allergic Diseases, Diagnosis and Management" (R. Patterson, L. C. Grammer, and P. A. Greenberger, eds.), pp. 75–129. Lippencott-Raven, Philadelphia.

Howard, W. A. (1984). Incidence and clinical characteristics of mold allergy. *In* "Mould Allergy" (Y. Al-Doory and J. F. Domson, eds.), pp. 147–156. Lea & Febiger, Philadelphia. 287 pp.

Howard, D. (2003). "Pathogenic Fungi in Humans and Animals," 2nd edn. Marcel Dekker, Inc. New York.

Hyvarinen, A., Reponen, T., Husman, T., and Nevalainen, A. (2001). Comparison of the indoor air quality in mold damaged and reference buildings in a subarctic climate. *Central European Journal of Public Health* **9**, 133–139.

Ibanez, M. D., Horner, W. E., Liengwangwong, V., Sastre, J., and Lehrer, S. B. (1988). Identification and analysis of basidiospore allergens from puffballs. *J. Allergy Clin. Immunol.* **82**, 787–795.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 102 of 111 PageID #: 3700



Infante-Garcia-Pantaleton, F., and Dominguez-Vilches, E. (1988). Annual variation of *Cladosporium* spores in home habitats in Córdoba, Spain. *Ann. Allergy* 60, 256–261.

International Agency for Research on Cancer (1993). Monographs in the evaluation of carcinogenic risks to humans. *IARC Monograph* 56, 245–523.

Ismail, M. A., Chebon, S. K., and Nakamya, R. (1999). Preliminary surveys of outdoor and indoor aeromycobiota in Uganda. *Mycopathologia* 148, 41–51.

Jaakkola, M. S., Nordman, H., Piipari, R., Uitti, J., Laitinen, J., Karjalainen, A., Hahtola, P., and Jaakkola, J. J. (2002). Indoor dampness and molds and development of adult-onset asthma: A population-based incident case-control study. *Environmental Health Perspectives* 110, 543–547.

Jacob, R. L., Andrews, C. P., and Jacobs, F. O. (1989). Hypersensitivity pneumonitis treated with an electrostatic dust filter. *Ann. Intern. Med.* 110, 115–118.

Jacob, B., Ritz, B., Gehring, U., Koch, A., Bischof, W., Wichmann, H. E., and Heinrich, J. (2002). Indoor exposure to molds and allergic sensitization. *Environmental Health Perspectives* 110, 647–653.

Jaroff, L. (1992). Allergies: Nothing to sneeze at. *Time*. June 22, 36–41.

Johanning, E., Morey, P. R., and Jarvis, B. B. (1993). Clinical-epidemiological investigation of health effects caused by *Stachybotrys atra* building contamination. *In* "Indoor Air '93, Proceedings of the Sixth International Conference on Indoor Air Quality and Climate" (O. Seppänen, ed.), vol. 1, pp. 225–230. Helsinki University of Technology, Espoo, Finland.

Johanning, E., Gareis, M., Chin, S., Yang, S., Hintikka, E-L., Nikulin, M., Jarvis, B., and Dietrich, R. (1998). Toxicity screening of materials from buildings with fungal indoor air quality problems (*Stachybotrys chartarum*). *Mycotoxin Research* 14, 60–73.

Jovanovic, S., Piechotowski, I., Gabrio, T., Weidner, U., Zollner, I., and Schwenk, M. (2001). Assessment of mold pollution in residences in southwest Germany. *Gesundheitswesen* 63, 404–411.

Kaplan, A. P., Reddigari, S., Baeza, M., and Kuna, P. (1991). Histamine releasing factors and cytokine-dependent activation of basophils and mast cells. *In* "Advances in Immunology" (F. J. Dixon, K. F. Austen, E. L. Hood, J. W. Uhr, T. Kishimoto, and F. Melchers, eds.), Vol. 50, pp. 237–260. Academic Press Inc., San Diego. 343 pp.

Käpylä, M. (1985). Frame fungi on insulated windows. *Allergy* 40, 558–564.

Karlsson-Borgå, Å., Jonsson, P., and Rolfsen, W. (1989). Specific IgE antibodies to 16 widespread mold genera inpatients with suspected mold allergy. *Ann. Allergy* 63, 521–526.

Karunasena, E., Markham, N., Brasel, T., Cooley, J. D., and Straus, D. C. (2001). Evaluation of fungal growth on cellulose-containing and inorganic ceiling tile. *Mycopathologia* 150, 91–95.

Kaufhold, T., Fiedler, K., Jung, G., Lindner, M., and Gassel, R. P. (1997). Moisture and mold on the inner walls of prefabricated building slabs—investigating a strange cause. *Zentralblatt fur Hygiene und Umweltmedizin* 199, 527–536.

Keller, R., Senkpiel, K., and Ohgke, H. (1999). Use of MVOC measurements and odor perception as indicator of mold in indoor areas. *In* "Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control" (E. Johanning, ed.), pp. 532–537. Eastern New York Occupational and Environmental Health Center, Albany.

Kemp, S. J., Kuehn, T. H., Pui, D. H., Vesley, D., and Streifel, A. J. (1995). Growth of microorganisms on HVAC filters under controlled temperature and humidity conditions. *American Society of Heating, Refrigerating, and Air-conditioning Engineers Transactions* 101 (Pt. 1), 1–12.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 103 of 111 PageID #: 3701



Kendrick, B. (2000). "The Fifth Kingdom." 3rd edn. Focus Publication, R. Pullins Company, Newburyport, MA.

Khan, Z. U., Khan, M. A., Chandy, R., and Sharma, P. N. (1999). *Aspergillus* and other molds in the air of Kuwait. *Mycopathologia* 146, 25–32.

Kirk, P. M., Cannon, P. F., David, J. C., and Stalpers, J. A. (2001). *Dictionary of the Fungi*. 9th ed., p. 655.

Klein, J. (1990). "Immunology." Blackwell Scientific Publications. Boston. 508 pp.

Klanova, K. (2000). The concentrations of mixed populations of fungi in indoor air: Rooms with and without mold problems; rooms with and without health complaints. *Central European Journal of Public Health* 8, 59–61.

Klich, M. A., and Pitt, J. I. (1988). "A Laboratory Guide to Common *Aspergillus* species and their Teleomorphs." CSIRO North Ryde, NSW, Australia.

Koch, A., Heilemann, K. J., Bischof, W., Heinrich, J., and Wichmann, H. E. (2000). Indoor viable mold spores–a comparison between two cities, Erfurt (eastern Germany) and Hamburg (western Germany). *Allergy* 55, 176–180.

Kohn, D. M., and Ghannoum, M. A. (2003). Indoor mold, toxigenic fungi, and *Stachybotrys chartarum*: Infectious disease perspective. *Clinical Microbiology Reviews* 16, 144–172.

Kreja, L., and Seidel, H. J. (2002). Evaluation of the genotoxic potential of some microbial volatile organic compounds (MVOC) with the comet assay, the micronucleus assay and the HPRT gene mutation assay. *Mutation Research* 513, 143–150.

Kurup, V. P. (1999). Allergens, diagnosis, and pathogenesis. *In* "Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control" (E. Johanning, ed.), pp. 620–625. Eastern New York Occupational and Environmental Health Center, Albany.

Lacey, J. (1981). The aerobiology of conidial fungi. *In* "Biology of Conidial Fungi" (G. T. Cole and B. Kendrick, eds.), vol. I, pp. 373–415. Academic Press, New York. 486 pp.

Lacey, J. (1991). Aerobiology and Health. *In* "Frontiers in Mycology" (D. L. Hawksworth, ed.), pp. 157–185. CABI, UK.

Lander, F., Meyer, H. W., and Norn, S. (2001). Serum IgE specific to indoor molds, measured by basophil histamine release, is associated with building-related symptoms in damp buildings. *Inflammation Research* 50, 227–231.

Larsen, T. O., and Frisvad, J. C. (1995). Characterization of volatile metabolites from 47 *Penicillium* taxa. *Mycol. Res.* 99, 1153–1166.

Latgé, J. P., and Paris, S. (1991). The fungal spore: reservoir of allergens. *In* "The Fungal Spore and Disease Initiation in Plants and Animals" (G. T. Cole and H. C. Hoch, eds.), pp. 379–401. Plenum Press, New York and London. 555 pp.

Lawton, M., Dales, R. E., and White, J. (1999). The influence of house characteristics in a Canadian community on microbiological contamination. *Indoor Air* 8, 2–11.

Lenhart, S. W. (1994). Recommendations for protecting workers from *Histoplasma capsulatum* exposure during bat guano removal from a church's attic. *Applied Occupational and Environmental Hygiene* 9, 230–236.

Li, C. S., Hsu, C. W., and Tai, M. L. (1997). Indoor pollution and sick building syndrome symptoms among workers in day-care centers. *Archives of Environmental Health* 52, 200–207.

Li, D. W. (1994). Studies on Aeromycology in Kitchener-Waterloo, Ontario, Canada. Ph. D. Dissertation, University of Waterloo.

Li, D. W., and Kendrick, B. (1994). Functional relationships between airborne fungal spores and environmental factors in Kitchener-Waterloo, Ontario, as detected by canonical correspondence analysis. *Grana* 33, 166–176.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 104 of 111 PageID #: 3702



Li, D. W., and Kendrick, B. (1995a). A year-round comparison of fungal spores in indoor and outdoor air. *Mycologia* 87, 190–195.

Li, D. W., and Kendrick, B. (1995b). A year-round outdoor aeromycological study in Waterloo, Ontario, Canada. *Grana* 34, 199–207.

Li, D. W., and Kendrick, B. (1995c). A year-round study on functional relations of airborne fungi with meteorological factors. *Int. Biometeorol.* 39, 74–80.

Li, D. W., and Kendrick, B. (1995d). Indoor aeromycota in relation to residential characteristics and allergic symptoms. *Mycopathologia* 131, 149–157.

Li, D. W., and Kendrick, B. (1996). Functional and causal relationships between indoor and outdoor airborne fungi. *Can. J. Bot.* 74, 194–209.

Li, D. W., and Yang, C. S. (2003). Notes on indoor fungi I: New records of and interesting fungi growing in indoor environments. Mycotaxon (in preparation).

Lyon, F. L., Framer, C. L., and Eversmeyer, M. G. (1984). Variation of airspora in the atmosphere due to weather conditions. *Grana* 23, 177–181.

Macher, J. M. (2001). Review of methods to collect settled dust and isolate culturable microorganisms. *Indoor Air* 11, 99–110.

Macher, J. M., Ammann, H. A., Burge, H. A., Milton, D. K., and Morey, P. R. (eds.) (1999). Bioaerosols: Assessment and Control. American Conference of Governmental Industrial Hygienists (ACGIH). Cincinnati, Ohio.

Macher, J. M., Huang, F.-Y., and Flores, M. (1991). A two-year study of microbiological indoor air quality in a new apartment. *Arch. Env. Health* 46, 25–29.

Mallaiah, K. V., and Rao, K. V. (1980). Aeromycology of two species of *Cercospora* pathogenic to groundnuts. *Proc. Ind. Nat. Sci. Acad. B* 46, 215–222.

Malling, H. J. (1990). Diagnosis and immunotherapy of mold allergy. With special reference to *Cladosporium herbarum*. *Dan. Med. Bull.* 37, 12–22.

Malling, H. J., Agrell, B., Croner, S., Dreborg, S., Foucard, T., Kjellman, M., Koivikko, A., Roth, A., and Weeke, B. (1985). Diagnosis and immunotherapy of mould allergy. I. Screening for mould allergy. *Allergy* 40, 108–114.

Martinez Ordaz, V. A., Rincon-Castaneda, C. B., Esquivel Lopez, G., Lazo-Saenz, J. G., Llorenz Meraz, M. T., and Velasco Rodriguez, V. M. (2002). Fungal spores in the environment of the asthmatic patient in a semi-desert area of Mexico. *Revista Alergia Mexico* 49, 2–7.

Matossian, M. K. (1989). "Poisons of the past: Molds, Epidemics, and History." Yale University Press, New Haven.

McCracken, F. I. (1987). Observations on the spore release of *Paxillus panuoides*. *Grana* 26, 174–176.

McDonald, M. S., and O'Driscoll, B. J. (1980). Aerobiological studies based in Galway. A comparison of pollen and spore counts over two seasons of widely differing conditions. *Clin. Allergy* 10, 211–215.

Meklin, T., Husman, T., Vepsalainen, A., Vahteristo, M., Koivisto, J., Halla-Aho, J., Hyvarinen, A., Moschandreas, D., and Nevalainen, A. (2002). Indoor air microbes and respiratory symptoms of children in moisture damaged and reference schools. *Indoor Air* 12, 175–183.

Melia, P. J. W., Florey, C. du. V., Morris, R. W., Goldstein, B. D., John, H. H., Clark, D., Craighead, I. B., and Mackinlay, J. C. (1982). Childhood respiratory illness and the home environment. II. Association between respiratory illness and nitrogen dioxide, temperature and relative humidity. *Int. J. Epidemiol.* 11, 164–169.

Middleton, E., Jr., Reed, C. E., Ellis, E. F., Adkinson, N. F., Jr., Yunginger, J. W. (1998). "Allergy: Principles and Practice." Vol. I, 3rd Ed. Mosby St. Louis. 808 pp.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 105 of 111 PageID #: 3703




Miller, J. D. (1992). Fungi as contaminants in indoor air. *Atmos. Environ.* **26A**, 2163–2172.

Miller, J. D. (1991). Mycology, mycologists and biotechnology. *In* "Frontier in Mycology" (D. L. Hawksworth, ed.), pp. 225–240. CABI, UK.

Miller, J. D. (1993). Fungi and the building engineer. *In* "IAQ '92: Environments for People," pp. 147–158. ASHRAE, Atlanta.

Milton, D. K., Alwis, K. U., Fisette, L., and Muilenberg, M. (2001). Enzyme-linked immunosorbent assay specific for (1→6) branched, (1→3)-beta-D-glucan detection in environmental samples. *Applied & Environmental Microbiology* **67**, 5420–5424.

Montana, E., Etzel, R. A., Dearborn, D. G., Sorenson, W. G., and Hill, R. (1995). Acute pulmonary hemorrhage in infancy associated with *Stachybotrys atra* Cleveland, Ohio, 1993–1995. *Am. J. Epidemiol.* **141**, S83.

Moore-Landecker, E. (1982). "Fundamentals of the Fungi." Prentice-Hall, Inc, New Jersey. 578 pp.

Morey, P., Abe, K., Horner, E., and Ligman, B. (2002). Use of fungal detectors to monitor drying of water damaged buildings. *In* "Indoor Air 2002: Proceedings of International Conference on Indoor Air Quality and Climate" Hal Levin, ed. vol. 1, pp. 748–751. Santa Cruz, California.

Morey, P. R., and Feeley, J. C., Sr. (1990). The landlord, tenant, and investigator: their needs, concerns and viewpoints. *In* "Biological Contaminants in Indoor Environments" (P. R. Morey, J. C. Feeley, Sr., and J. A. Otten, eds.), pp. 1–20. Am. Soc. Testing and Materials, Philadephia. 244 pp.

Morgan-Jones, G., and Jacobsen, B. J. (1988). Notes on hyphomycetes. LVIII. Some dematiaceous taxa, including two undescribed species of *Cladosporium*, associated with biodeterioration of carpet, plaster and wallpaper. *Mycotaxon* **32**, 223–236.

Moriyama, Y., Nawata, N., Tsuda, T., and Nitta, M. (1992). Occurrence of moulds in Japanese bathrooms. *Internat. Biodet. & Biodegrad.* **30**, 47–55.

Morring, K. L., Sorenson, W. G., and Attfield, M. D. (1983). Sampling for airborne fungi: A statistical comparison of media. *Am. Ind. Hyg. Assoc. J.* **44**, 662–664.

Nakazawa, T., and Tochigi, T. (1989). Hypersensitivity pneumonitis due to mushroom (*Pholiota nameko*) spores. *Chest* **95**, 1149–1151.

Nesa, D., Lortholary, J., Bouakline, A., Bordes, M., Chandenier, J., Derouin, F., and Gangneux, J. P. (2001). Comparative performance of impactor air samplers for quantification of fungal contamination. *Journal of Hospital Infection* **47**, 149–155.

Nielsen, K. F. (2003). Mycotoxin production by indoor molds. *Fungal Genetics and Biology* (in press).

Nielson, K. F. (2002). Mould growth on building materials. Ph. D. Dissertation. BioCentrum-DTU, Technical University of Denmark, Lyngby.

Nikulin, M. (1999). "Toxigenic *Stachybotrys chartarum* in water-damaged building materials: Ecology and biology." Microbiological Publication 46/1999, University of Helsinki, Finland.

Nikulin, M., Reijula, K., Jarvis, B. B., and Hintikka, E. L. (1996). Experimental lung mycotoxicosis in mice induced by *Stachybotrys atra*. *Int. J. Exp. Path.* **77**, 213–218.

Noble, J. A., Crow, S. A., Ahearn, D. G., and Kuhn, F. A. (1997). Allergic fungal sinusitis in the southeastern USA: Involvement of a new agent Epicoccum nigrum Ehrenb. ex Schlecht. 1824. *Journal of Medical & Veterinary Mycology* **35**, 405–409.

Nolles, G., Hoekstra, M. O., Schouten, J. P., Gerritsen, J., and Kauffman, H. F. (2001). Prevalence of immunoglobulin E for fungi in atopic children. *Clinical & Experimental Allergy* **31**, 1564–1570.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 106 of 111 PageID #: 3704



Novotny, W. E., and Dixit, A. (2000). Pulmonary hemorrhage in an infant following 2 weeks of fungal exposure. *Archives of Pediatrics & Adolescent Medicine* 154, 271–275.

O'Hollaren, M. T., Yunginger, J. W., Offerd, K. P., Somers, M. J., Connell, E. J. O., Ballard, D. J., and Sachs, M. I. (1991). Exposure to an aeroallergen as a possible precipitating factor in respiratory arrest in young patients with asthma. *New Engl. J. Med.* 324, 359–363.

Oppermann, H., Doering, C., Sobottka, A., Kramer, U., and Thriene, B. (2001). Exposure status of East and West German households with house dust mites and fungi. *Gesundheitswesen* 63, 85–89.

Pasanen, A. L., Nikulin, M., Tuomainen, M., Berg, S., Parikka, P., and Hintikka, E. L. (1993). Laboratory experiments on membrane filter sampling of airborne mycotoxins produced by *Stachybotrys atra* Corda. *Atmos. Environment* 27A, 9–13.

Pasanen, A.-L., Juutinen, T., Jantunen, M. J., and Kalliokoski, P. (1992). Occurrence and moisture requirements of microbial growth in building materials. *International Biodeterioration & Biodegradation* 30, 273–283.

Passoni, L. F., Wanke, B., Nishikawa, M. M., and Lazera, M. S. (1998). Cryptococcus neoformans isolated from human dwellings in Rio de Janeiro, Brazil: An analysis of the domestic environment of AIDS patients with and without cryptococcosis. *Medical Mycology* 36, 305–311.

Paul, W. (1989). "Fundamental Immunology." Raven Press, New York. 1123 pp.

Pei-Chih, W., Huey-Jen, S., and Chia-Yin, L. (2000). Characteristics of indoor and outdoor airborne fungi at suburban and urban homes in two seasons. *Science of the Total Environment* 253, 111–118.

Peltola, J., Andersson, M. A., Haahtela, T., Mussalo-Rauhamaa, H., Rainey, F. A., Kroppenstedt, R. M., Samson, R. A., and Salkinoja-Salonen, M. S. (2001). Toxic-metabolite-producing bacteria and fungus in an indoor environment. *Applied & Environmental Microbiology* 67, 3269–3274.

Pessi, A. M., Suonketo, J., Pentti, M., Kurkilahti, M., Peltola, K., and Rantio-Lehtimaki, A. (2002). Microbial growth inside insulated external walls as an indoor air biocontamination source. *Applied & Environmental Microbiology* 68, 963–967.

Pieckova, E., and Kunova, Z. (2002). Indoor fungi and their ciliostatic metabolites. *Annals of Agricultural & Environmental Medicine* 9, 59–63.

Pitt, J. I. (1979). "The genus *Penicillium* and its teleomorphic states *Eupenicillium* and *Talaromyces*." Academic Press, New York.

Platt, S. D., Martin, C. J., Hunt, S. M., and Lewis, C. W. (1989). Damp housing, mould growth, and symptomatic health state. *Brit Med. J.* 298, 1673–1678.

Pope, A. M., Patterson, R., and Burge, H. (1993). "Indoor allergens." National Academy Press, Washington, DC.

Rao, C. Y., Brain, J. D., and Burge, H. A. (2000). Reduction of pulmonary toxicity of Stachybotrys chartarum spores by methanol extraction of mycotoxins. *Applied & Environmental Microbiology* 66, 2817–2821.

Raper, K. B., and Fennell, D. I. (1977). "The genus *Aspergillus*." Robert E. Kreiger Publishing Co., Malabar, Florida.

Raven, P., and Johnson, G. B. (1986). "Biology." Times Mirror/Mosby College Publishing, St. Louis: 1198+125 pp.

Reed, C. E. (1985). What we do and do not know about molds allergy and asthma. *J. Allergy Clin. Immunol.* 76, 773–775.

Ren, P., Jankun, T. M., and Leaderer, B. P. (1999). Comparisons of seasonal fungal prevalence in indoor and outdoor air and in house dusts of dwellings in one

Northeast American county. *Journal of Exposure Analysis & Environmental Epidemiology* 9, 560–568.

Ren, P., Jankun, T. M., Belanger, K., Bracken, M. B., and Leaderer, B. P. (2001). The relation between fungal propagules in indoor air and home characteristics. *Allergy* 56, 419–424.

Reynolds, S. J., Black, D. W., Borin, S. S., Breuer, G., Burmeister, L. F., Fuortes, L. J., Smith, T. F., Stein, M. A., Subramanian, P., Thorne, P. S., and Whitten, P. (2001). Indoor environmental quality in six commercial office buildings in the Midwest United States. *Applied Occupational & Environmental Hygiene* 16, 1065–1077.

Rijckaert, G. (1981). Exposure to fungi in modern homes. *Allergy* 36, 277–280.

Rippon, J. W. (1988). "Medical Mycology: The pathogenic fungi and the pathogenic actinomycetes." 3rd edition. W. B. Saunders Company, Harcourt Brace Jovanovich, Inc. Philadelphia.

Robbins, C. A., Swenson, L. J., Nealley, M. L., Gots, R. E., and Kelman, B. J. (2000). Health effects of mycotoxins in indoor air: A critical review. *Applied Occupational & Environmental Hygiene* 15, 773–784.

Rudblad, S., Andersson, K., Stridh, G., Bodin, L., and Juto, J. E. (2002). Slowly decreasing mucosal hyperreactivity years after working in a school with moisture problems. *Indoor Air* 12, 138–144.

Ruotsalainen, R., Jaakkola, N., and Jaakkola, J. J. K. (1995). Dampness and molds in day-care centers as an occupational problem. *Int. Arch. Occup. Environ. Health* 66, 369–374.

Rylander, R. (1994). Office and domestic environments. *In* "Organic dusts. Exposure, Effects, and Prevention" (R. Rylander and R. R. Jacobs, eds.), Lewis Publ., Boca Raton.

Rylander, R., and Lin, R. H. (2000). (1 → 3)-beta-D-glucan—relationship to indoor air-related symptoms, allergy and asthma. *Toxicology* 152, 47–52.

Sakamoto, T., Ito, K., Yamada, M., Iguchi, H., Ueda, M., and Torii, S. (1990). Allergenicity of the osmophilic fungus *Aspergillus restrictus* evaluated by skin prick test and radioallergosorbent test. *Arerugi* 39, 1492–1498.

Salvaggio, J. E. (1986). Human symptomatology and epidemiology of fungi in air. *In* "Significance of fungi in indoor air: Report of a working group, Part I" (Health and Welfare Canada Working Group on Fungi and Indoor Air, eds.), pp. 1–33. Ottawa.

Salvaggio, J., and Aukrust, L. (1981). Mold-induced asthma. *J. Allergy Clin. Immunol.* 68, 327–346.

Samson, R. A. (1986). Fungi in indoor air associated with adverse health effects. *In* "Significance of fungi in indoor air: Report of a working group, Part I." Health and Welfare Canada Working Group on Fungi and Indoor Air (eds.), pp. 1–25. Ottawa.

Samson, R. A. (1992). Mycotoxins: A mycologist's perspective. *J. Med. Veterinary Mycology* 30(Suppl. 1), 9–18.

Samson, R. A., Hoekstra, E. S., Frisvad, J. C., and Filtenborg, O. (2000). "Introduction to Food- and Aiborne Fungi." Sixth Edition. CBS, Utrecht. 389 pp.

Samson, R. A., Flannigan, B., Flannigan, M. E., VerHoeff, A. P., Adan, O. C. G., and Hoekstra, E. S. (1994). "Health Implications of Fungi in Indoor Environments." Elsevier Science B. V., Amsterdam, The Netherlands.

Sanders, C. H., and Cornish, J. P. (1982). "Dampness: One week's complaints in five local authorities in England and Wales." HMSO, London.

Santilli, J., Jr., Rockwell, W. J., and Collins, R. P. (1985). The significance of the spores of the Basidiomycetes (mushrooms and their allies) in bronchial asthma and allergic rhinitis. *Ann. Allergy* 55, 469–471.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 108 of 111 PageID #: 3706



Santilli, J., Jr., Rockwell, W. J., and Collins, R. P. (1990). Individual patterns of immediate skin reactivity to mold extracts. *Ann. Allergy* 65, 454–458.

Savilahti, R., Uitti, J., Laippala, P., Husman, T., and Roto, P. (2000). Respiratory morbidity among children following renovation of a water-damaged school. *Archives of Environmental Health* 55, 405–410.

Schiefer, H. B. (1990). Mycotoxins in indoor air: A critical toxicological viewpoint. *In* "Indoor Air '90, Proceedings of the 5th International Conference on Indoor Air Quality and Climate," vol. 1, pp. 167–172. Toronto.

Scott, J. A. (2001). Studies on Indoor Fungi. Ph.D. Dissertation, Department of Botany, University of Toronto 2001.

Senkpiel, K., Kurowski, V., and Ohgke, H. (1996). Indoor air studies of mold fungus contamination of homes of selected patients with bronchial asthma (with special regard to evaluation problems). *Zentralblatt fur Hygiene und Umweltmedizin* 198, 191–203.

Sessa, R., Di, P. M., Schiavoni, G., Santino, I., Altieri, A., Pinelli, S., and Del, P. M. (2002). Microbiological indoor air quality in healthy buildings. *New Microbiologica* 25, 51–56.

Seuri, M., Husman, K., Kinnunen, H., Reiman, M., Kreus, R., Kuronen, P., Lehtomaki, K., and Paananen, M. (2000). An outbreak of respiratory diseases among workers at a water-damaged building—a case report. *Indoor Air* 10, 138–145.

Shelton, B. G., Kirkland, K. H., Flanders, W. D., and Morris, G. K. (2002). Profiles of airborne fungi in buildings and outdoor environments in the United States. *Applied & Environmental Microbiology* 68, 1743–1753.

Shen, H. D., Lin, W. L., Chen, R. J., and Han, S. H. (1990). Cross-reactivity among antigens of different air-borne fungi detected by ELISA using five monoclonal antibodies against *Penicillium notatum*. *Chung Hua I Hsueh Tsa Chih* 46, 195–201.

Singh, J. (1994). Nature and extent of deterioration in buildings due to fungi. *In* "Building Mycology" (J. Singh, ed.), pp. 34–53. Chapman and Hall, London.

Smith, D. H., and Crosby, F. L. (1973). Aeromycology of two peanut leafspot fungi. *Phytopathology* 67, 1051–1056.

Smith, S. L., and Hill, S. T. (1982). Influence temperature and water activity on germination and growth of *Aspergillus restrictus* and *A. versicolor*. *Trans. Br. Mycol. Soc.* 79, 558–560.

Smith, G. (1990). "Sampling and Identifying Allergenic Pollen and Molds." Blewstone Press, San Antonio. 196 pp.

Smoragiewicz, W., Cossette, B., Boutard, A., and Krzystyniak, K. (1993). Trichothecene mycotoxins in the dust of ventilation systems in office buildings. *Int. Arch. Occup. Environ. Health* 65, 113–117.

Solomon, W. R., Burge, H. A., and Boise, J. R. (1978). Airborne *Aspergillus fumigatus* levels outside and with a large clinical center. *J. Allergy Clin. Immunol.* 62, 56–60.

Solomon, W. R.; Burge, H. A., and Boise, J. R. (1980). Exclusion of particulate allergens by window air conditioners. *J. Allergy Clin. Immunol.* 65, 305–308.

Sorenson, W. G., Frazier, D. G., Jarvis, B. B., Simpson, J., and Robinson, V. A. (1987). Trichothecene mycotoxins in aerosolized conidia of *Stachybotrys atra*. *Appl. Environ. Microbiol.* 53, 1370–1375.

Spengler, J., Neas, L., Nalai, S., Dockery, D., Speizer, F., Ware, J., and Raizenne, M. (1993). Respiratory symptoms and housing characteristics. *In* "Indoor Air '93, Proceedings of the Sixth International Conference on Indoor Air Quality and Climate" (O. Seppänen, ed.), vol. 1, pp. 165–170. Helsinki University of Technology, Espoo, Finland.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 109 of 111 PageID #: 3707



St-Germain, G., and Summerbell, R. (1996). *Identifying Filamentous Fungi – A Clinical Laboratory Handbook.* 1st ed. Star Publishing Company, Belmont, California.

Stites, D., and Terr, A. I. (1991). "Basic and Clinical Immunology," 7th ed. Appleton & Lange, Norwalk. 870 pp.

Strachan, D. P. (1988). Damp housing and childhood asthma: Validation of reporting symptoms. *Brit. Med. J.* **297**, 1223–1226.

Strachan, D. P., and Sanders, C. H. (1989). Damp housing and childhood asthma; Respiratory effects of indoor air temperature and relative humidity. *J. Epidemiol. Community Health* **43**, 714.

Strachan, D. P., Flannigan, B., McCabe, E. M., and McGarry, F. (1990). Quantification of airborne molds in the homes of children with and without wheeze. *Thorax* **45**, 382–387.

Streifel, A. J., and Rhame, F. S. (1993). Hospital air filamentous fungal spore and particle counts in a specially designed hospital. *In* "Indoor Air '93, Proceedings of the Sixth International Conference on Indoor Air Quality and Climate" (O. Seppänen, ed.), vol. 4, pp. 161–165. Helsinki University of Technology, Espoo, Finland.

Su, H. J., Rotnitzky, A., Burge, H., and Spengler, J. (1992). Examination of fungi in domestic interiors by using factor analysis: Correlations and associations with home factors. *Appl. Environ. Microbiol.* **58**, 181–186.

Su, H. J., Wu, P. C., Chen, H. L., Lee, F. C., and Lin, L. L. (2001). Exposure assessment of indoor allergens, endotoxin, and airborne fungi for homes in southern Taiwan. *Environmental Research* **85**, 135–144.

Sutton, J. C., Swanton, C. J., and Gillespie, T. J. (1978). Relation of weather variables and host factors to incidence of airborne spores of *Botrytis*. *Can. J. Bot.* **56**, 2460–2469.

Szponar, B., and Larsson, L. (2000). Determination of microbial colonisation in water-damaged buildings using chemical marker analysis by gas chromatography-mass spectrometry. *Indoor Air* **10**, 13–18.

Takahashi, T. (1997). Airborne fungal colony-forming units in outdoor and indoor environments in Yokohama, Japan. *Mycopathologia* **139**, 23–33.

Taylor, G., Wang, X., and Jabaji-Hare, S. H. (2003). Detection of the mycoparasite Stachybotrys elegans, using primers with sequence-characterized amplification regions in conventional and real-time PCR. *Can. J. Plant Pathol.* **25**, 49–61.

Terracina, F., and Rogers, S. A. (1982). In-home fungal studies: Methods to increase the yield. *Ann. Allergy* **49**, 35–37.

Thorn, A., Lewne, M., and Belin, L. (1996). Allergic alveolitis in a school environment. *Scandinavian Journal of Work, Environment & Health* **22**, 311–314.

Tilak, S. T. (1984). Aerobiology and cereal crop diseases. *Rev. Trop. Pl. Path.* **1**, 329–354.

Tizard, I. R. (1988). Immunology: An Introduction. Saunders College Publ., Philadelphia. 563 pp.

Tobin, R. S., Baranowski, E., Gilman, A. P., Kuiper-Goodman, T., Miller, J. D., and Giddings, M. (1987). Significance of Fungi in indoor air: Report of a working group. *Can. J. Public Health* **78**(Suppl.), s1–s14.

Tripi, P. A., Modlin, S., Sorenson, W. G., and Dearborn, D. G. (2000). Acute pulmonary haemorrhage in an infant during induction of general anaesthesia. *Paediatric Anaesthesia* **10**, 92–94.

Tuomi, T., Reijula, K., Johnson, T., Hemminki, K., Hintikka, E.-L., Lindroos, O., Kalso, S., Koukila-Kahkola, P., Mussalo-Rauhamaa, H., and Haahtela, T. (2000). Mycotoxins in crude building materials from water-damaged buildings. *Applied and Environmental Microbiology* **66**, 1899–1904.

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 110 of 111 PageID #: 3708



van Bronswijk, J. E., Rijckaert, G., and van De Lustgraaf, B. (1986). Indoor fungi, distribution and allergenicity. *Acta Bot. Neerl.* 35, 329–345.

Vesper, S. J., and Vesper, M. J. (2002). Stachylysin may be a cause of hemorrhaging in humans exposed to *Stachybotrys chartarum. Infection and Immunity* 70, 2065–2069.

Vesper, S. J., Maguson, M. L., Dearborn, D. G. Yike, I., and Haugland, R. A. (2001). Initial characterization of the hemolysin stahylysin from *Stachybotrys chartarum. Infection and Immunity* 69, 912–916.

Vesper, S., Dearborn, D. G., Yike, I., Allan, T., Sobolewski, J., Hinkley, S. F., Jarvis, B. B., and Haugland, R. A. (2000). Evaluation of *Stachybotrys chartarum* in the house of an infant with pulmonary hemorrhage: Quantitative assessment before, during, and after remediation. *Journal of Urban Health* 77, 68–85.

Vittal, B. P. R., and Glory, A. L. (1985). Airborne fungus spores of a library in India. *Grana* 24, 129–132.

Vitanen, H. A., and Bjurman, J. (1995). Mould growth on wood at fluctuating humidity conditions. *Mater. Organismen* 29, 27–46.

Vujanovic, V., Smoragiewicz, W., and Krzysztyniak, K. (2001). Airborne fungal ecological niche determination as one of the possibilities for indirect mycotoxin risk assessment in indoor air. *Environmental Toxicology* 16, 1–8.

Waegemaekers, M., van Wageningen, N., Brunekreef, B., and Boleij, J. S. M. (1989). Respiratory symptoms in damp homes. A pilot study. *Allergy* 44, 192–198.

Wallenbeck, I., Dreborg, S., Zetterström, O., and Einarsson, R. (1991). *Aspergillus fumigatus* specific IgE and IgG antibodies for diagnosis of *Aspergillus*-related lung diseases. *Allergy* 46, 372–378.

Wan, G. H., and Li, C. S. (1999). Indoor endotoxin and glucan in association with airway inflammation and systemic symptoms. *Archives of Environmental Health* 54, 172–179.

Wang, C. J. K., and Zabel, R. A. (1990). Identification manual for fungi from utility poles in the Eastern United States. American Type Culture Collection, Rockville, Maryland.

Wicklow, D. T., and Shotwell, O. (1983). Intrafungal distribution of aflatoxins among conidia and sclerotia of *Aspergillus flavus* and *Aspergillus parasiticus. Can. J. Microbiol.* 29, 1–5.

Wijnands, L. M., Deisz, W. D., and van Leusden, F. M. (2000). Marker antigens to assess exposure to molds and their allergens. I. *Aspergillus fumigatus. Allergy* 55, 850–855.

Wilkins, K., Larsen, K., and Simkus, M. (2000). Volatile metabolites from mold growth on building materials and synthetic media. *Chemosphere* 41, 437–446.

Woolcock, A. J. (1991). Aeroallergens in the home and asthma. Presentation at Annual meeting, Royal Society of Canada, June 1991, Kingston.

Wouters, I. M., Douwes, J., Doekes, G., Thorne, P. S., Brunekreef, B., and Heederik, D. J. (2000). Increased levels of markers of microbial exposure in homes with indoor storage of organic household waste. *Applied & Environmental Microbiology* 66, 627–631.

Wu, Z., Wang, X.-R., and Blomquist, G. (2002). Evaluation of PCR conditions for specific detection of common airborne fungi. *J. of Environ. Monitoring* 4, 377–382.

Yang, C. (1996). Fungal colonization of HVAC fiber-glass air-duct liner in the U.S.A, p. 173–177. *In* "Indoor Air '96. Proceedings of the 7th International Conference on Indoor Air and Climate." (K. Ikeda and T. Iwata, eds.), Vol. 3. Indoor Air '96, Institute of Health, Minatoku, Tokyo, Japan.

Yang, C. S., Hung, L.-L., Lewis, F. A., and Zampiello, F. A. (1993). Airborne fungal populations in non-residential buildings in the United States. *In* "Indoor Air '93,

Case 4:03-cv-04019-KES Document 219-4 Filed 12/07/04 Page 111 of 111 PageID #: 3709



Proceedings of the Sixth International Conference on Indoor Air Quality and Climate" (O. Seppänen, ed.), vol. 4, pp. 219–224. Helsinki University of Technology, Espoo, Finland.

Yang, C. S., and Johanning, E. (2002). Airborne Fungi and Mycotoxins. *In* "Manual of Environmental Microbiology" (C. J. Hurst, G. R. Knudsen, M. J. McInerney, L. D. Stetzenbach, and M. V. Walter, eds.), pp. 839–852. American Society for Microbiology, Washington, DC.

Yang, C. Y., Chiu, J. F., Chiu, H. F., and Kao, W. Y. (1997). Damp housing conditions and respiratory symptoms in primary school children. *Pediatric Pulmonology* 24, 73–77.

Young, S. H., Dobozin, B. S., and Miner, M. (1991). Allergies: The complete guide to diagnosis, treatment, and daily management. Consumer Reports Books. Yonkers, New York. 308 pp.

Zabel, R. A., and Morrell, J. J. (1992). "Wood Microbiology." Academic Press, Inc., San Diego.

Zhou, G., Whong, W. Z., Ong, T., and Chen, B. (2000). Development of a fungus-specific PCR assay for detecting low-level fungi in an indoor environment. *Molecular & Cellular Probes* 14, 339–348.