EXHIBIT
3 cont.
part 2

tabbies

# The Roles of *Penicillium* and *Aspergillus* in Sick Building Syndrome

CHRISTOPHER J. SCHWAB AND DAVID C. STRAUS

*Department of Microbiology and Immunology*
*Texas Tech University Health Sciences Center*
*Lubbock, TX 79430*

I. Introduction 215
II. Characteristics and Importance of *Penicillium* spp. in SBS 216
III. Characteristics and Importance of *Aspergillus* spp. in SBS 226
IV. Conclusion 230
References 231

## I. Introduction

Mold or fungal growth in buildings has been a problem since Biblical times; it was described in detail in the Bible over 3300 years ago. However, the problem was overlooked until about the mid-1980s, when the term *sick building syndrome* (SBS) was coined after buildings were examined where people complained of various symptoms (Finnegan *et al.*, 1984; Hodgson, 1992, 2000; Meyer *et al.*, 1998; Seidner, 1999). SBS symptoms typically occur in at least 20% of exposed individuals and usually abate when the person has left the affected building for an extended period of time. However, there is mounting evidence that some SBS symptoms do not abate quickly if at all, leading researchers to examine the problem more closely and to consider a broader definition. Recent evidence by numerous investigators has shown the association of various species of fungi including *Penicillium* sp. and *Aspergillus* sp. and their spores with indoor air quality problems and SBS (Ahearn *et al.*, 1997; Fung and Hughson, 2003; Hodgson, 2000; McGrath *et al.*, 1999; Mishra *et al.*, 1992; Spengler and Sexton, 1983; Su *et al.*, 2001). Fungi grow in most environments and over wide temperature ranges. Fungi also require high humidity of 50–70%, which is similar to what humans enjoy indoors. In addition, high water activity is also required for optimal fungal spore germination and growth of the organism (Horner *et al.*, 1995). Fungal spores have been shown to cause allergic diseases dating back to the late 1970s and early 1980s (Gravesen, 1979; Licorish *et al.*, 1985). Numerous other studies have shown the association of exposure to mold spores indoors



ADVANCES IN APPLIED MICROBIOLOGY, VOLUME 55
Copyright 2004, Elsevier Inc.
All rights reserved.
0065-2164/04 $35.00

with increased IgE in patients from sick buildings (Lander *et al.*, 2001; Larsen *et al.*, 1997; Meyer *et al.*, 1998), exacerbation of asthma symptoms (Delfino *et al.*, 1997; Dharmage *et al.*, 2002), increased emergency room visits for asthma (Black *et al.*, 2000; Dales *et al.*, 2000; Ross *et al.*, 2000), adenoid hypertrophy (Huang and Giannoni, 2001), allergic fungal sinusitis (Khan *et al.*, 2000a), and development of atopy or asthma (Garrett *et al.*, 1998). Presence of moisture associated with molds in homes and schools has also been reported to be associated with development of allergy or asthma symptoms (Brunekreef *et al.*, 1989; Garrett *et al.*, 1998; Purokivi *et al.*, 2001; Strachan and Sanders, 1989; Taskinen *et al.*, 1999; Verhoeff *et al.*, 1995; Walinder *et al.*, 2001). This review will focus on the importance of *Penicillium* spp. and *Aspergillus* spp. in inducing symptoms consistent with SBS and provide experimental evidence for some of the causes of symptoms by these organisms.

## II. Characteristics and Importance of *Penicillium* spp. in SBS

*Penicillium* spp. belong to the class Deuteromycetes, which is the same class as *Aspergillus* spp. (Kurup *et al.*, 2000). Most other molds isolated from sick buildings also fall into this class (Kurup *et al.*, 2000). *Penicillium* spp. produce multiple spores or conidia on long stalks called *conidiophores* (Fig. 1A). Most species of *Penicillium* appear greenish blue on various agars (Samson *et al.*, 1977) (Fig. 1B). *Penicillium* spp. are some of the most commonly isolated molds from contaminated buildings (Ahearn *et al.*, 1997; Burge, 1990; Cooley *et al.*, 1998, 1999; Garrett *et al.*, 1998; Li *et al.*, 1995; McGrath *et al.*, 1999). Recent evidence by our laboratory and others has correlated the presence of or sensitization to *Penicillium* sp., especially *Penicillium chrysogenum*, with symptoms consistent with SBS (Cooley *et al.*, 1998; Hiipakka and Buffington, 2000; McGrath *et al.*, 1999), allergic asthma (Licorish *et al.*, 1985; Salvaggio and Aukrust, 1981), allergic alveolitis (Fergusson *et al.*, 1984; Guglielminetti *et al.*, 2000), atopy (Ezeamuzie *et al.*, 2000; Lander *et al.*, 2001; Nolles *et al.*, 2001), increased lower respiratory infections in children during the first year of life (Stark *et al.*, 2003), and wheezing (Gent *et al.*, 2002) and in zoological institutions with animal health problems (Wilson and Straus, 2002). Various *Penicillium* sp. have been characterized to be prevalent in both outdoor and indoor environments worldwide (Burge, 1992; Burge and Rogers, 2000; Dharmage *et al.*, 1999; Hiipakka and Buffington, 2000; Koivikko *et al.*, 1991; Lander *et al.*, 2001; Larsen *et al.*, 1997; Li *et al.*, 1995; Mishra *et al.*, 1992;



FIG. 1. Picture of *Penicillium* slide showing spores and conidiophore (A) and picture of *P. chrysogenum* plate (B).

Ren *et al.*, 2001; Salvaggio *et al.*, 1993; Shen *et al.*, 1999b; Su *et al.*, 2001). Multiple people developed sensitivities to *Penicillium* sp. in contaminated schools in Connecticut, where normal levels were defined as less than 1000 spores/m$^3$ of air (Santilli and Rockwell, 2003). In another study, *Penicillium* sp. were the most commonly isolated molds in indoor dust samples (Chew *et al.*, 2003). Indoor exposure to *Penicillium* sp. and *Aspergillus* sp. spores have been shown to be associated with increased risk of allergic sensitization in children (Jacob *et al.*, 2002).

A large number of public buildings were studied for indoor air quality by taking indoor air samples and growing cultures of organisms from these samples. Numerous fungi were isolated from the sampled buildings, and *P. chrysogenum* was one of the predominant organisms isolated from multiple buildings (Cooley *et al.*, 1998). *Penicillium* sp. have adapted to grow at room temperature and 50% relative humidity similar to the ideal environment most people prefer. The spores of *P. chrysogenum* range in diameter from 1–5 $\mu$m with an average size of 3.5 $\mu$m. This relatively small size and round shape allow spores of this organism to penetrate the lower airways when inhaled (Brain and Valberg, 1979). The small size of *Penicillium* sp. spores also allows for them to penetrate all but the smallest pore size filters and to be airborne for extended periods of time, allowing increased chances of inhalation indoors. There is evidence that *Penicillium* spp., including *P. chrysogenum*, produce mycotoxins that may be important in symptoms associated with SBS (Nielsen *et al.*, 1999). However, multiple allergens have been characterized from *P. chrysogenum* (formerly *P. notatum*), *P. citrinum*, *P. brevicompactum*, and *P. oxalicum* that could play a role in inducing some of the symptoms associated with exposure to the organism in sick buildings, many of which are proteases and are summarized in the following reviews (Bush and Portnoy, 2001; Kurup, 2003; Kurup *et al.*, 2000; Shen *et al.*, 1999b). Monoclonal antibodies have been produced against several of these protease allergens (Lin *et al.*, 2000). Increased prevalence of IgE specific for the *P. chrysogenum* major allergen *Pen ch* 13 was found in asthmatic patients, with higher incidence in increasing age (Chou *et al.*, 2003), and several of the other characterized protease allergens from *Penicillium* spp. also cross-react with allergy patient sera (Chow *et al.*, 1999; Lai *et al.*, 2002; Shen *et al.*, 1991, 1996, 1999a, 2000, 2001, 2003). All of these allergens and proteases have been isolated from mycelial cultures and not conidia alone. Although many of these allergens cross-react with patient IgE, indicating sensitization, the majority of exposure to sensitizing doses of allergens would logically occur via inhalation of conidia. In

addition, few animal studies have been conducted outside of our laboratory concerning the *in vivo* effects of exposure to conidia or allergens from *Penicillium* spp. One study characterized the lung deposition in rabbits of *Penicillium* sp. spores (Thurston *et al.*, 1979), and another characterized experimental allergic alveolitis in guinea pigs (Fogelmark *et al.*, 1991). Therefore we have focused our animal studies on the roles of allergens released by viable *P. chrysogenum* conidia as opposed to conidia mixed with culture filtrates.

Recent studies by our laboratory showed an increase in serum IgE and $IgG_1$ in mice inoculated with $1 \times 10^4$ viable *P. chrysogenum* spores for 4–6 weeks. Pooled IgE and $IgG_1$ from these mice were specific for spore-associated proteins. The mice also developed increased airway eosinophilia and neutrophilia (Cooley *et al.*, 1999, 2000). These studies also showed that nonviable *P. chrysogenum* spores produced by exposure to methanol did not induce similar allergic reactions in mice (Cooley *et al.*, 2000). We also inoculated C57BL/6 mice with $1 \times 10^5$ viable *P. chrysogenum* spores to determine how the mice would respond to an extremely high level of spores. Although the mice did not develop significant levels of IgE (Fig. 2) after 8 weeks of spore inoculations, they did develop significant levels of IgG2a (Fig. 2) that were specific for viable *P. chrysogenum* spores (Fig. 3). These mice also developed significant lung eosinophilia (Figs. 4 and 5) and neutrophilia as well as increased lung mucous production, indicating an allergic response developed in the absence of significant IgE (Fig. 5). The presence of IgG2a indicates that the allergic response might be shifting away from a Th2-mediated response or being down-regulated. Since the effect of ambient levels of *P. chrysogenum* spores had not been studied previously in animals, we inoculated C57BL/6 mice with $1 \times 10^2$ viable spores that correlated with relative levels of *P. chrysogenum* spores that would be encountered in normal indoor environments without contamination. The spores were cultured for a week to lower the viability. Mice inoculated with low levels of low viability *P. chrysogenum* spores did not develop any detectable immune or allergic responses (Schwab *et al.*, 2003). This study indicated that most people exposed to ambient levels of *P. chrysogenum* spores would not be expected to develop allergic symptoms; however, actual clinical studies examining human exposure to low levels of spores would need to be conducted to corroborate these findings.

Previous studies indicated that several proteins with proteolytic activity could be isolated from supernatants of viable *P. chrysogenum* spores incubated in liquid media for several days and these antigens cross-reacted with sera from mice sensitized to viable *P. chrysogenum*

Case 4:03-cv-04019-KES Document 219-5 Filed 12/07/04 Page 7 of 59 PageID #: 3716






FIG. 2. Serum IgE and IgG2a levels after 8 weeks of IN inoculations with $1 \times 10^5$ viable *P. chrysogenum* spores. Female C57BL/6 mice were inoculated IN with $1 \times 10^5$ viable (VIA) *P. chrysogenum* (Pc) spores for 8 weeks. Blood was collected biweekly retro-orbitally until 24 h after final IN inoculation, when the mice were euthanized. After euthanasia, blood was collected by cardiac puncture and sera were collected. Sera were analyzed by sandwich ELISA specific for murine IgE (A) or IgG2a (B). Bars represent mean serum Ig concentrations (N = 6). Error bars represent SEM.

spores (Cooley *et al.*, 2000). These proteolytic enzymes or protease extracts, termed *Pen ch*, were isolated for biochemical characterization and to be studied by using a murine model. Individual proteases were not able to be isolated, and the extracts rapidly degraded when not kept stored at −80 °C, so we used only fresh samples of protease extracts for




FIG. 3. Spore-specific IgG2a from mice sensitized to $1 \times 10^5$ viable *P. chrysogenum* spores for 8 weeks. Female C57BL/6 mice were inoculated via intranasal (IN) instillation with $1 \times 10^5$ viable Pc spores for 8 weeks. Twenty-four hours after final inoculation, mice were euthanized, blood was drawn by cardiac puncture, and sera were collected. Immunoplates were coated with $1 \times 10^6$ viable Pc spores overnight, and then sera collected from treated mice (VIA Pc spore IgG2a) were incubated in wells with spores. BSA was added to wells, and control serum (Control IgG2a) from mice treated only with PBS was incubated in wells with spores to serve as negative controls. Detecting antibody labeled with HRP was incubated in wells, and TMB was added as substrate to react with HRP. Absorbance was detected with a plate spectrophotometer using a 450 nm filter. Bars represent mean of duplicate wells. A single asterisk (*) indicates statistical significance compared to the negative control ($P < 0.001$).

our studies (Schwab *et al.*, 2003). Only three other allergens have been characterized from *P. chrysogenum: Pen ch* 13, a 34 kDa alkaline serine protease (Chou *et al.*, 2002, 2003), *Pen ch* 18, a 32 kDa vacuolar serine protease (Shen *et al.*, 1999b, 2003), and *Pen ch* 20, a 68 kDa N-acetylglucosaminidase (Shen *et al.*, 1999b, 1995). Inhibition studies indicated the protease extracts to have serine protease activity, the most prevalent of fungal proteases, caused by decreased proteolytic activity to the inhibitor leupeptin (Fig. 6). SDS-PAGE analysis also indicated a 52 kDa protein that reacted with sera from spore-sensitized animals in immunoblots (Fig. 7). We developed an animal model to study the *in vivo* effects of the spore-associated protease extract *Pen ch.*

In one study, mice were sensitized with IP injections of 20 μg *Pen ch* plus alum followed by two weekly inoculations with either *Pen ch* or $1 \times 10^4$ viable or non-viable spores. Mice sensitized to *Pen ch* and challenged with either viable spores or protease extracts developed increased IgE, extract-specific $IgG_1$, and lung eosinophilia and neutrophilia. These mice also produced increased mucus (Schwab *et al.*, 2003). In another recent study, mice were inoculated by different

Case 4:03-cv-04019-KES Document 219-5 Filed 12/07/04 Page 9 of 59 PageID #: 3718






FIG. 4. Airway (BAL) eosinophils and neutrophils after 8 weeks of IN inoculations with $1 \times 10^5$ viable (VIA) *P. chrysogenum* spores. Female C57BL/6 mice were inoculated IN with $1 \times 10^5$ viable Pc spores for 8 weeks. Twenty-four hours after the final IN inoculation, the mice were euthanized, the lungs were lavaged, and BAL cells were mounted on slides. 1000 BAL cells were counted and differentiated. Bars represent mean counts of cells from each group ($N = 6$). A single asterisk (*) represents statistical significance as compared to the control animals (PBS) $P < 0.01$. Error bars represent SEM.

protocols utilizing either mostly IN or IP inoculations with various doses of *Pen ch* (Schwab *et al.*, 2004). Mice sensitized by IP inoculations for 5 weeks followed by IN challenge with 10 $\mu$g *Pen ch* developed the highest levels of serum IgE and $IgG_1$. These groups of mice also developed significant airway eosinophilia and neutrophilia as well as airway perivascular inflammation and mucus cell hyperplasia. Finally, Western blot and antigen-specific ELISA analysis determined that mice sensitized to $1 \times 10^4$ viable *P. chrysogenum* spores recognized epitopes within the protease extract *Pen ch* when immobilized on PVDF membranes or in immunoplates (Schwab *et al.*, 2004). This was an important finding, as it demonstrated that viable *P. chrysogenum* spores release or contain proteases within the spore coat to allow presentation to the immune system by dendritic cells. Although there is a lot of cross-reactivity among fungal allergens, the recognition of the isolated protease extract *Pen ch* by spore-sensitized serum confirms the *in vivo* presentation of the protease antigens. Protease-sensitized sera also recognized and bound to immobilized *P. chrysogenum* spores and *Pen ch*. These data confirmed the recognition of epitopes within viable *P. chrysogenum* spores the same as the protease allergens that were inoculated.




FIG. 5. Histopathological examination of lungs from mice inoculated for 8 weeks with $1 \times 10^5$ viable *P. chrysogenum* spores. Female C57BL/6 mice were inoculated IN with $1 \times 10^5$ viable Pc spores for 8 weeks according to a treatment protocol. Twenty-four hours after final IN inoculation, the mice were euthanized, the lungs were lavaged, and the lungs were removed and placed in 10% neutral-buffered formalin without inflation. The lungs were embedded in paraffin, sliced into cross-sections, and mounted on slides. The slides were stained with H&E and PAS to view inflammation and mucin production, respectively. The slides were examined by a pathologist, and pictures of important areas were made. (A, normal lung H&E 125×) (B, $1 \times 10^5$ Pc spore-sensitized lung H&E 500×) (C, normal lung PAS 125×) (D, $1 \times 10^5$ Pc spore-sensitized lung PAS 125×).

Mice treated with only one or no IP inoculation with the protease extract *Pen ch* did not develop any significant allergic effects. This was probably due to the fact that free protein would have a more difficult time traveling through the airways, similar to difficulties with aerosolized OVA in various studies without adjuvant (Beck and Spiegelberg, 1989; Kung *et al.*, 1994). Viable *P. chrysogenum* spores travel into lower airways because of their small size, and they also act as both an adjuvant and carrier for the protease allergens. Evidence from our




FIG. 6. Specific inhibition of *Pen ch* proteolytic activity by various protease inhibitors. 50 $\mu$g of the *Pen ch* protease extract (Pc Protease) was incubated in PBS alone or with various protease inhibitors for 1 h at room temperature. After incubation with inhibitors, samples were assayed by the trypsinogen activation proteinase assay to determine specific activity of samples. Values are plotted as percent activity using specific activity of *Pen ch* as 100%. Error bars represent SEM of two experiments. A single asterisk (*) represents statistical significance compared to specific activity of *Pen ch* $P < 0.02$. (AEBSF = 4-(2-Aminoethyl)benzenesulfonyl fluoride, E-64 = L-trans-epoxysuccinyl-leucylamide-(4-gaunido)-butane.)

laboratory showed that alveolar macrophages clear *P. chrysogenum* spores when inhaled but that they remain intact within the cells for up to 36 hours (Cooley *et al.*, 2000). Our hypothesis is that viable fungal spores are inhaled by people when in buildings where there are numbers of spores present because of water events, and once inhaled, the spores attempt to germinate *in vivo*, allowing the release of proteolytic allergens. The allergens are then processed by dendritic cells in the lungs, and dendritic cells migrate to the regional lymph nodes, where they present the protease allergen peptides to T cells. Several studies have recently shown the ability of dendritic cells to bind to and phagocytize fungal hyphal filaments and spores, including those of *A. fumigatus* (Bozza *et al.*, 2002; Claudia *et al.*, 2002; Persat *et al.*, 2003). Spores from *A. fumigatus* were also shown to activate and mature human Langerhans cells, indicating the importance of dendritic cells in responding to fungal infections and inhalation of viable spores (Persat *et al.*, 2003).




FIG. 7. Western blot of *Pen ch* with serum from mice sensitized to $1 \times 10^4$ viable Pc spores. *Penicillium chrysogenum* viable spore protease extract (*Pen ch*) was added to a 30 k molecular weight cut-off (MWCO) spin column (Millipore) to separate protease peptides by molecular weight. 10 $\mu$l of each protease sample were subjected to SDS-PAGE and transferred to a PVDF membrane. The membrane was incubated with pooled sera from C57BL/6 mice sensitized to $1 \times 10^4$ viable Pc spores for 6 weeks. Chemiluminescensce detected a band on autoradiography film that corresponded with a protein band at 52 kDa in the corresponding silver-stained gel as shown in the top panel. (Lane 1 = MW marker, 2 = denatured *Pen ch* > 30 k, 3 = denatured *Pen ch* < 30 k, 4 = *Pen ch*.)

Sensitization to the *P. chrysogenum* spore-specific allergens in the protease extract *Pen ch* induces strong allergic inflammation in a murine model, suggesting that avoidance of *P. chrysogenum* spores should help minimalize exacerbation of symptoms. Allergen avoidance is important in fungal sensitivities. Several studies have shown the importance of removing or reducing exposure to molds and airborne spores with reduced symptoms (Bush and Portnoy, 2001; Matheson *et al.*, 2003). Although *Penicillium* spp. are ubiquitous and nearly impossible to keep out of indoor environments, it would be beneficial for buildings and homes that become contaminated with these organisms to be remediated as quickly and thoroughly as possible. Also, the use of building materials that inhibit the growth of fungi should be

Case 4:03-cv-04019-KES Document 219-5 Filed 12/07/04 Page 13 of 59 PageID #: 3722



incorporated as possible, as a recent study showed the effectiveness of inorganic ceiling tile in inhibiting the growth of *P. chrysogenum* (Karunasena *et al.*, 2001). Contamination of buildings with *P. chrysogenum* and other *Penicillium* spp. is a growing problem and will certainly require more extensive approaches to prevent and treat sensitization to allergens from the organism that can lead to allergic inflammation or asthma.

### III. Characteristics and Importance of *Aspergillus* spp. in SBS

*Aspergillus* spp. belong to the class Deuteromycetes, which is the same class as *Penicillium* spp. (Kurup *et al.*, 2000). Since the spore sizes of *Aspergillus* spp. are similar to *Penicillium* spores (about 2–5 mm), they also easily travel through the airways into the lower parts of the lungs, allowing for development of respiratory symptoms. Several species of *Aspergillus* have been associated with indoor air quality problems, SBS, or respiratory conditions (Burge, 1990; Burr, 1999). *Aspergillus* spp. isolated from contaminated buildings or associated with SBS include *A. fumigatus* (Lander *et al.*, 2001), *A. terreus, A. flavus, A. niger, A. sydowii, A. versicolor, A. flavipes, A. candidus,* and *A. ustus* (Fig. 8). *Aspergillus* spores were isolated from homes of asthmatic patients with mold sensitivity (Beaumont *et al.*, 1985). Damp homes of childhood patients with respiratory symptoms were found to contain viable spores of *Aspergillus* (Brunekreef *et al.*, 1989), and they were associated with higher rates of atopy in children (Garrett *et al.*, 1998). In addition, a study of over 200 German schoolchildren showed an association of allergic disease with the presence of *Aspergillus* spores in homes (Jacob *et al.*, 2002). Allergic respiratory disease patients were found to be sensitive to *Aspergillus* extracts (Ezeamuzie *et al.*, 2000), and high levels of *Aspergillus* spores in damp buildings where workers complained of respiratory symptoms were associated with increased histamine release from basophils when bound with specific IgE (Lander *et al.*, 2001). *A. versicolor* was recently implicated as the cause of various respiratory symptoms in several workers in a courthouse building (Hodgson, 1998). High levels of *Aspergillus* spores were isolated from an office building with multiple complaints of respiratory symptoms (Hiipakka and Buffington, 2000). High levels of *A. flavus* and *A. niger* spores inside homes were shown to be associated with atopy in asthmatic children (Li *et al.*, 1995), and the predominant allergen isolated from *A. flavus* showed cross-reactivity with allergic patient IgE (Chou *et al.*, 1999; Yu *et al.*, 1999). Multiple people developed sensitivities to *Aspergillus* sp. in contaminated schools in

Case 4:03-cv-04019-KES Document 219-5 Filed 12/07/04 Page 14 of 59 PageID #: 3723





FIG. 8. Picture of *Aspergillus* spp. spores and fruiting structure (A); picture of *A. versicolor* grown on an SDA plate (B).

Connecticut where normal levels were defined as less than 1000 spores/m$^3$ of air (Santilli and Rockwell, 2003). An association of sensitivity to *A. fumigatus* extracts was also shown with atopic children by cross-reactivity with IgE (Nolles *et al.*, 2001).

Few animal studies have been conducted to elucidate the mechanism of sensitization to fungal spores and allergens released by contaminating molds implicated in sick building syndrome. Recent studies have characterized the allergic response of mice to *A. fumigatus*

conidia in which mice developed increased lung eosinophilia, epithelial desquamation, and mucus production (Blease *et al.*, 2000, 2001b; Hogaboam *et al.*, 2000, 2003), allergic sensitization to *Aspergillus* spores in guinea pigs (Fogelmark *et al.*, 1991), and lung deposition in rabbits of *A. fumigatus* spores (Thurston *et al.*, 1979). Another recent study showed that carbohydrates expressed in extracts of *A. fumigatus* were responsible for allergic Th2 responses in mice (Yamashita *et al.*, 2002). *A. fumigatus* is a well-characterized opportunistic mold that plays a role primarily in immunocompromised patients, causing allergic bronchopulmonary aspergillosis (ABPA) (Grunig and Kurup, 2003; Khan *et al.*, 2000b; Kurup and Kumar, 1991; Murali *et al.*, 1994), and several allergens isolated from *A. fumigatus* have been linked with this disease (Banerjee *et al.*, 1998, 2001). *A. fumigatus* spores were found to release allergens after germination that reacted with human IgE (Green *et al.*, 2003). Recent studies characterized the induction of allergic asthma in BALB/c mice by inoculations with recombinant *A. fumigatus* allergens, some of which have been characterized as proteases and reviewed in Crameri (1998) and Kurup *et al.* (2001, 2002). These recombinant allergens were shown to induce airway hyperreactivity, airway inflammation by eosinophils, increased production of IgE, and expression of Th2 cytokines (Grunig and Kurup, 2003; Kheradmand *et al.*, 2002; Kurup *et al.*, 2001, 2002) in animal studies. Crude protease extracts from *A. fumigatus* induced IL-6 and IL-8, which are proinflammatory cytokines, and also caused cell shrinking and cell desquamation in human respiratory epithelial cell lines (Borger *et al.*, 1999; Kauffman *et al.*, 2000). They have also been shown to bind human IgE and be reactive to type I skin hypersensitivity (Kauffman *et al.*, 1984; Moser *et al.*, 1992). Many of the allergens isolated from *Aspergillus* spp. are proteases, have been cloned and sequenced, and have sequence homology and cross-react with sera specific for protease allergens from *Penicillium* spp. (Chou *et al.*, 1999; Kunert and Kopecek, 2000; Lai *et al.*, 2002; Moser *et al.*, 1992). Monoclonal antibodies have also been developed to many of these protease allergens to aid in their characterization (Lin *et al.*, 2000). Our lab isolated proteases from viable spores of *A. terreus, A. flavus, A. niger, A. sydowii, A. versicolor, A. flavipes, A. candidus*, and *A. ustus*, added these enzymes to immunoplates, and incubated the bound proteases with serum from mice sensitized to the protease extract *Pen ch* from viable *P. chrysogenum* spores. The *Pen ch*-sensitized serum reacted with protease extracts from all *Aspergillus* spp. examined except for *A. flavus* (Fig. 9). Studies by other investigators have also shown cross-reactivity among fungal proteases with mouse and human sera, and sequence data also indicate that protease




FIG. 9. Cross-reactivity of various *Aspergillus* sp. spore-associated proteases with IgG from mice sensitized to *Pen ch*. Protease extracts isolated from viable spores of various *Aspergillus* sp., *Pen ch*, and BSA were coated on immunoplates overnight. Sera from mice sensitized to 10 μg *Pen ch* were incubated with each protein. Bound $IgG_1$ was detected by addition of biotinylated anti-mouse $IgG_1$ followed by addition of HRP-streptavidin. Detection occurred by addition of TMB substrate. Absorbance readings were determined by a spectrophotometric plate reader with a 450-nm filter. Bars represent mean absorbance readings of duplicate wells minus absorbance readings of BSA wells. A single asterisk (*) represents statistical significance as compared with wells incubated with sera from mice treated with PBS (Control) $P < 0.001$.

allergens isolated from numerous *Aspergillus* spp. and *Penicillium* spp. share similar N-terminal sequences.

The mechanism of sensitization to fungal spores and allergens has been elucidated to some degree. The importance of chemokines, including chemoattractant protein-1 receptor (CCR2) (Blease *et al.*, 2000), and C10 chemokine (Hogaboam *et al.*, 1999) in regulating the response to *A. fumigatus* spores has been shown recently in several elegant studies and reviewed in Hogaboam *et al.* (2003). A recent study showed that epithelial and endothelial cells can internalize *A. fumigatus* spores, which would allow for them to interact with dendritic cells underlying the endothelium and epithelium in the airways (Paris *et al.*, 1997). Several studies have recently shown the ability of dendritic cells to bind to and phagocotyse fungal hyphal filaments and spores, including those of *A. fumigatus* (Bozza *et al.*, 2002; Claudia *et al.*, 2002; Persat *et al.*, 2003). Spores from *A. fumigatus* were also shown to activate and mature human Langerhans cells, indicating the importance of dendritic cells in

responding to fungal infections (Persat *et al.*, 2003). However, many questions are still unanswered concerning exactly how fungal spores are processed and allergens presented to the immune system to induce either tolerance or allergic disease in susceptible individuals.

There has been some interest in developing novel therapies to mold sensitization. A recently published study utilized a fusion protein consisting of human IL-13 and a mutated form of *Pseudomonas* exotoxin that significantly reduced allergic airway disease in mice sensitized to viable *Aspergillus fumigatus* conidia, suggesting a novel immunotoxin approach to treating fungus-induced allergic inflammation (Blease *et al.*, 2001a). Other studies have utilized chitin microparticles (Strong *et al.*, 2002a) and recombinant surfactant protein D (Strong *et al.*, 2002b) to down-regulate symptoms of allergic inflammation in mice in response to sensitization to allergen extracts from *A. fumigatus*. However, a recent study showed that mice sensitized to *A. fumigatus* extracts that developed Th2-mediated inflammation and challenged with chicken ovalbumin (OVA) did not develop tolerance to the antigens, indicating that simply treating patients with mold extracts after sensitization might not down-regulate ongoing allergic disease in patients sensitized to molds in indoor environments (Hurst *et al.*, 2001). Standard treatments for symptoms of allergic sensitization and asthma remain the primary therapy for patients sensitized to *Aspergillus* and other molds (Schubert, 2000). In addition, sick buildings contaminated with *Aspergillus* should be remediated as completely and expeditiously as possible to decrease the spore burden and lessen symptoms. Abatement of fungal spores from sick buildings has shown some success (Bush and Portnoy, 2001), and continued improvement in this area should be a main focus of research.

## IV. Conclusion

The term *sick building syndrome* has only been around for about 20 years, but the number of cases reported in the literature increases significantly each year. It is clear that *Penicillium* spp. and *Aspergillus* spp. play a major role in causing many of the allergic and respiratory symptoms seen in people exposed to high levels of spores and allergens from these organisms in contaminated buildings. Although the spores are ubiquitous and too small to filter from most indoor environments, better control of humidity, air handling, and plumbing as well as incorporation of mold-inhibiting building components should decrease the incidence of complaints related to these organisms. Although many allergens have been characterized from various species of *Penicillium*

and *Aspergillus* and important animal studies have been conducted, much more evidence is needed to determine the exact mechanisms of sensitization to fungal spores and allergens. Also, standard air monitoring protocols, acceptable and unacceptable indoor levels of *Penicillium* and *Aspergillus* spores, and standard abatement procedures should be established to enable indoor air quality specialists better guidelines in dealing with issues concerning sick building syndrome associated with these organisms. In addition, better treatment options need to be examined for alleviating symptoms associated with mold sensitization and allergic disease, and novel preventive or tolerance-inducing therapies need to be developed to allow those working in contaminated or damp and moldy environments greater protection from developing symptoms or severe respiratory diseases. This will be an exciting area of research for many years to come and should enhance the lives of numerous office workers, children, and homeowners.

## Acknowledgments

The authors are grateful to Dr. Suzanne Graham for the histopathological analysis, to Dr. Cindy Jumper for providing funding through an endowed professorship from Texas Tech University Health Sciences Center (TTUHSC), and for funding provided through a Center of Excellence award from TTUHSC.

## References

Ahearn, D., Crow, S. A., Simmons, R. B., Price, D. L., Mishra, S. K., and Pierson, D. L. (1997). Fungal colonization of air filters and insulation in a multi-story office building: Production of volatile organics. *Curr. Microbiol.* **35**, 305–308.

Banerjee, B., Greenberger, P. A., Fink, J. N., and Kurup, V. P. (1998). Immunological characterization of Asp f 2, a major allergen from *Aspergillus fumigatus* associated with allergic bronchopulmonary aspergillosis. *Infect. Immun.* **66**, 5175–5182.

Banerjee, B., Kurup, V. P., Greenberger, P. A., Johnson, B. D., and Fink, J. N. (2001). Cloning and expression of *Aspergillus fumigatus* allergen Asp f 16 mediating both humoral and cell-mediated immunity in allergic bronchopulmonary aspergillosis (APBA). *Clin. Exp. Allergy* **31**, 761–770.

Beaumont, F., Kauffman, H. F., Sluiter, H. J., and De Vries, K. (1985). Sequential sampling of fungal air spores inside and outside the homes of mould-sensitive, asthmatic patients: A search for a relationship to obstructive reactions. *Ann. Allergy* **55**, 740–746.

Beck, L., and Spiegelberg, H. L. (1989). The polyclonal and antigen-specific IgE and IgG subclass response of mice injected with ovalbumin in alum or complete Freund's adjuvant. *Cell Immunol.* **123**, 1–8.

Black, P. N., Udy, A. A., and Brodie, S. M. (2000). Sensitivity to fungal allergens is a risk factor for life-threatening asthma. *Allergy* **55**, 501–504.

Blease, K., Jakubzick, C., Schuh, J. M., Joshi, B. H., Puri, R. K., and Hogaboam, C. M. (2001a). IL-13 fusion cytotoxin ameliorates chronic fungal-induced allergic airway disease in mice. *J. Immunol.* 167, 6583–6592.

Blease, K., Mehrad, B., Lukacs, N. W., Kunkel, S. L., Standiford, T. J., and Hogaboam, C. M. (2001b). Antifungal and airway remodeling roles for murine monocyte chemoattractant protein-1/CCL2 during pulmonary exposure to *Aspergillus fumigatus* conidia. *J. Immunol.* 166, 1832–1842.

Blease, K., Mehrad, B., Standiford, T. J., Lukacs, N. W., Gosling, J., Boring, L., Charo, I. F., Kunkel, S. L., and Hogaboam, C. M. (2000). Enhanced pulmonary allergic responses to Aspergillus in CCR2−/− mice. *J. Immunol.* 165, 2603–2611.

Borger, P., Koeter, G. H., Timmerman, J. A., Vellenga, E., Tomee, J. F., and Kauffman, H. F. (1999). Proteases from *Aspergillus fumigatus* induce interleukin (IL)-6 and IL-8 production in airway epithelial cell lines by transcriptional mechanisms. *J. Infect. Dis.* **180**, 1267–1274.

Bozza, S., Gaziano, R., Spreca, A., Bacci, A., Montagnoli, C., di Francesco, P., and Romani, L. (2002). Dendritic cells transport conidia and hyphae of *Aspergillus fumigatus* from the airways to the draining lymph nodes and intitiate disparate Th responses to the fungus. *J. Immunol.* 168, 1362–1371.

Brain, J., and Valberg, P. A. (1979). Deposition of aerosol in the respiratory tract. *Am. Rev. Resp. Dis.* **120**, 1325–1373.

Brunekreef, B., Dockery, D. W., Speizer, F. E., Ware, J. H., Spengler, J. D., and Ferris, B. G. (1989). Home dampness and respiratory morbidity in children. *Am. Rev. Respir. Dis.* **140**, 1363–1367.

Burge, H. (1990). Bioaerosols: Prevalence and health effects in the indoor environment. *J. Allergy Clin. Immunol.* **86**, 687–701.

Burge, H. (1992). Monitoring for airborne allergens. *Ann. Allergy* **69**, 9–18.

Burge, H., and Rogers, C. A. (2000). Outdoor allergens. *Environ. Health Perspect.* **108**, 653–659.

Burr, M. (1999). Indoor fungal exposure—does it matter, and what can be done about it? *Clin. Exp. Allergy* **29**, 1442–1444.

Bush, R., and Portnoy, J. M. (2001). The role and abatement of fungal allergens in allergic diseases. *J. Allergy Clin. Immunol.* **107**, S430–S440.

Chew, G. L., Rogers, C., Burge, H. A., Muilenberg, M. L., and Gold, D. R. (2003). Dustborne and airborne fungal propagules represent a different spectrum of fungi with differing relations to home characteristics. *Allergy* **58**, 13–20.

Chou, H., Chang, C. Y., Tsai, J. J., Tang, R. B., Lee, S. S., Wang, S. R., Peng, H. J., and Shen, H. D. (2003). The prevalence of IgE antibody reactivity against the alkaline serine protease major allergen of *Penicillium chrysogenum* increases with the age of asthmatic patients. *Ann. Allergy Asthma Immunol.* **90**, 248–253.

Chou, H., Lai, H. Y., Tam, M. F., Chou, M. Y., Wang, S. R., Han, S. H., and Shen, H. D. (2002). cDNA cloning, biological and immunological characterization of the alkaline serine protease major allergen from *Penicillium chrysogenum*. *Int. Arch. Allergy Immunol.* **127**, 15–26.

Chou, H., Lin, W. L., Tam, M. F., Wang, S. R., Han, S. H., and Shen, H. D. (1999). Alkaline serine proteinase is a major allergen of *Aspergillus flavus*, a prevalent airborne *Aspergillus* species in the Taipei area. *Int. Arch. Allergy Immunol.* **119**, 282–290.

Chow, L., Su, N. Y., Yu, C. J., Chiang, B. L., and Shen, H. D. (1999). Identification and expression of Pen c 2, a novel allergen from *Penicillium citrinum*. *Biochem. J.* **341**, 51–59.

Cla
Coo
Coo
Coo
Cra
Dal
Del
Dhe
Dhe
Eze
Fer
Fin
Fog
Fur
Gar
Ger
Gra
Gre

Claudia, M., Bacci, A., Silvia, B., Gaziano, R., Spreca, A., and Romani, L. (2002). The interaction of fungi with dendritic cells: Implications for Th immunity and vaccination. *Curr. Mol. Med.* **2**, 507–524.

Cooley, J. D., Wong, W. C., Jumper, C. A., Hutson, J. C., Williams, H. J., Schwab, C. J., and Straus, D. C. (2000). An animal model for allergic penicilliosis induced by the intranasal instillation of viable *Penicillium chrysogenum* conidia. *Thorax* **55**, 489–496.

Cooley, J. D., Wong, W. C., Jumper, C. A., and Straus, D. C. (1998). Correlation between the prevalence of certain fungi and sick building syndrome. *Occup. Environ. Med.* **55**, 579–584.

Cooley, J. D., Wong, W. C., Jumper, C. A., and Straus, D. C. (1999). *In* "Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control" (E. Johanning, ed.), pp. 403–410. Boyd Printing Company, Inc., Albany, NY.

Crameri, R. (1998). Recombinant *Aspergillus fumigatus* allergens: From the nucleotide sequences to clinical applications. *Int. Arch. Allergy Immunol.* **115**, 99–114.

Dales, R., Cakmak, S., Burnett, R. T., Judek, S., Coates, F., and Brook, J. R. (2000). Influence of ambient fungal spores on emergency visits for asthma to a regional children's hospital. *Am. J. Respir. Crit. Care Med.* **162**, 2087–2090.

Delfino, R. J., Zeiger, R. S., Seltzer, J. M., Street, D. H., Matteucci, R. M., Anderson, P. R., and Koutrakis, P. (1997). The effect of outdoor fungal spore concentrations on daily asthma severity. *Environ. Health Perspect.* **105**, 622–635.

Dharmage, S., Bailey, M., Raven, J., Abeyawickrama, K., Cao, D., Guest, D., Rolland, J., Forbes, A., Thien, F., Abramson, M., and Walters, E. H. (2002). Mouldy houses influence symptoms of asthma among atopic individuals. *Clin. Exp. Allergy* **32**, 714–720.

Dharmage, S., Bailey, M., Raven, J., Mitakakis, T., Thien, F., Forbes, A., Guest, D., Abramson, M., and Walters, E. H. (1999). Prevalence and residential determinants of fungi within homes in Melbourne, Australia. *Clin. Exp. Allergy* **29**, 1481–1489.

Ezeamuzie, C., Al-Ali, S., Khan, M., Hijazi, Z., Dowaisan, A., Thomson, M. S., and Georgi, J. (2000). IgE-mediated sensitization to mould allergens among patients with allergic respiratory diseases in a desert environment. *Int. Arch. Allergy Immunol.* **121**, 300–307.

Fergusson, R., Milne, L. J., and Crompton, G. K. (1984). Penicillium allergic alveolitis: Faulty installation of central heating. *Thorax* **39**, 294–298.

Finnegan, M., Pickering, C. A., and Burge, P. S. (1984). The sick building syndrome: Prevalence studies. *Br. Med. J.* **289**, 1573–1575.

Fogelmark, B., Lacey, J., and Rylander, R. (1991). Experimental allergic alveolitis after exposure to different microorganisms. *Int. J. Exp. Pathol.* **72**, 187–195.

Fung, F., and Hughson, W. G. (2003). Health effects of indoor fungal bioaerosol exposure. *Appl. Occup. Environ. Hyg.* **18**, 535–544.

Garrett, M., Rayment, P. R., Hooper, M. A., Abramson, M. J., and Hooper, B. M. (1998). Indoor airborne fungal spores, house dampness, and associations with environmental factors and respiratory health in children. *Clin. Exp. Allergy* **28**, 459–467.

Gent, J. F., Ren, P., Belanger, K., Triche, E., Bracken, M. B., Holford, T. R., and Leaderer, B. P. (2002). Levels of household mold associated with respiratory symptoms in the first year of life in a cohort at risk for asthma. *Environ. Health Perspect.* **110**, A781–A786.

Gravesen, S. (1979). Fungi as a cause of allergic disease. *Allergy* **34**, 135–154.

Green, B., Mitakakis, T. Z., and Tovey, E. R. (2003). Allergen detection from 11 fungal species before and after germination. *J. Allergy Clin. Immunol.* **111**, 285–289.

Grunig, G., and Kurup, V. P. (2003). Animal models of allergic bronchopulmonary aspergillosis. *Front Biosci.* **8**, E157–E171.

Guglielminetti, M., Valoti, E., Cassini, P., Taino, G., and Caretta, G. (2000). Respiratory syndrome very similar to extrinsic allergic alveolitis due to *Penicillium verrucosum* in workers in a cheese factory. *Mycopathologia* **149**, 123–129.

Hiipakka, D., and Buffington, J. R. (2000). Resolution of sick building syndrome in a high-security facility. *Appl. Occup. Environ. Hygiene* **15**, 635–643.

Hodgson, M. (1992). Field studies on the sick suilding syndrome. *Ann. New York Acad. Sciences* **641**, 21–36.

Hodgson, M. (2000). Sick building syndrome. *Occup. Med.* **15**, 571–585.

Hodgson, M., Morey, P., Leung, W. Y., Morrow, L., Miller, D., Jarvis, B. B., Robbins, H., Halsey, J. F., and Storey, E. (1998). Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. *J. Occup. Environ. Med.* **40**, 241–249.

Hogaboam, C., Blease, K., Mehrad, B., Steinhauser, M. L., Standiford, T. J., Kunkel, S. L., and Lukacs, N. W. (2000). Chronic airway hyperreactivity, goblet cell hyperplasia, and peribronchial fibrosis during allergic airway disease induced by *Aspergillus fumigatus*. *Am. J. Pathol.* **156**, 723–732.

Hogaboam, C., Blease, K., and Schuh, J. M. (2003). Cytokines and chemokines in allergic bronchopulmonary aspergillosis (ABPA) and experimental *Aspergillus*-induced allergic airway or asthmatic disease. *Front Biosci.* **8**, 147–156.

Hogaboam, C., Gallinat, C. S., Taub, D. D., Strieter, R. M., Kunkel, S. L., and Lukacs, N. W. (1999). Immunomodulatory role of C10 chemokine in a murine model of allergic bronchopulmonary aspergillosis. *J. Immunol.* **162**, 6071–6079.

Horner, W., Helbling, A., Salvaggio, J. E., and Lehrer, S. B. (1995). Fungal allergens. *Clin. Microbiol. Rev.* **8**, 161–179.

Huang, S. W., and Giannoni, C. (2001). The risk of adenoid hypertrophy in children with allergic rhinitis. *Ann. Allergy Asthma Immunol.* **87**, 350–355.

Hurst, S., Seymour, B. W. P., Muchamuel, T., Kurup, V. P., and Coffman, R. L. (2001). Modulation of inhaled antigen-induced IgE tolerance by ongoing Th2 responses in the lung. *J. Immunol.* **166**, 4922–4930.

Jacob, B., Ritz, B., Gehring, U., Koch, A., Bischof, W., Wichmann, H. E., and Heinrich, J. (2002). Indoor exposure to molds and allergic sensitization. *Environ. Health Perspect.* **110**, 647–653.

Karunasena, E., Markham, N., Brasel, T., Cooley, J. D., and Straus, D. C. (2001). Evaluation of fungal growth on cellulose-containing and inorganic ceiling tile. *Mycopathologia* **150**, 91–95.

Kauffman, H., Tomee, J. F., van de Riet, M. A., Timmerman, A. J., and Borger, P. (2000). Protease-dependent activation of epithelial cells by fungal allergens leads to morphologic changes and cytokine production. *J. Allergy Clin. Immunol.* **105**, 1185–1193.

Kauffman, H., van der Heide, S., Beaumont, F., de Monchy, J. G., and de Vries, K. (1984). The allergenic and antigenic properties of spore extracts of *Aspergillus fumigatus*: A comparative study of spore extracts with mycelium and culture filtrate extracts. *J. Allergy Clin. Immunol.* **73**, 567–573.

Khan, D., Cody, D. T., II, George, T. J., Gleich, G. J., and Leiferman, K. M. (2000a). Allergic fungal sinusitis: An immunohistologic analysis. *J. Allergy Clin. Immunol.* **106**, 1096–1101.

Khan, S., McClellan, J. S., and Knutsen, A. P. (2000b). Increased sensitivity to IL-4 in patients with allergic bronchopulmonary aspergillosis. *Int. Arch. Allergy Immunol.* **123**, 319–326.

Kheradmand, F., Kiss, A., Xu, J., Lee, S. H., Kolattukudy, P. E., and Corry, D. B. (2002). A protease-activated pathway underlying Th cell type 2 activation and allergic lung disease. *J. Immunol.* **169**, 5904–5911.

Koivikko, A., Viander, M., and Lanner, A. (1991). Use of the extended Phadebas RAST panel in the diagnosis of mould allergy in asthmatic children. *Allergy* **46**, 85–91.

Kunert, J., and Kopecek, P. (2000). Multiple forms of the serine protease *Alp* of *Aspergillus fumigatus*. *Mycoses* **43**, 339–347.

Kung, T., Jones, H., Adams, G. K., III, Umland, S. P., Kreutner, W., Egan, R. W., Chapman, R. W., and Watnick, A. S. (1994). Characterization of a murine model of allergic pulmonary inflammation. *Int. Arch. Allergy Immunol.* **105**, 83–90.

Kurup, V. P. (2003). Fungal allergens. *Curr. Allergy Asthma Rep.* **3**, 416–423.

Kurup, V. P., and Kumar, A. (1991). Immunodiagnosis of aspergillosis. *Clin. Microbiol. Rev.* **4**, 439–456.

Kurup, V. P., Shen, H. D., and Banerjee, B. (2000). Respiratory fungal allergy. *Microbes Infect.* **2**, 1101–1110.

Kurup, V., Xia, J. Q., Crameri, R., Rickaby, D. A., Choi, H. Y., Fluckiger, S., Blaser, K., Dawson, C. A., and Kelly, K. J. (2001). Purified recombinant *A. fumigatus* allergens induce different responses in mice. *Clin. Immunol.* **98**, 327–336.

Kurup, V. P., Xia, J. Q., Shen, H. D., Rickaby, D. A., Henderson, J. D., Jr., Fink, J. N., Chou, H., Kelly, K. J., and Dawson, C. A. (2002). Alkaline serine proteinase from *Aspergillus fumigatus* has synergistic effects on Asp-f-2-induced immune response in mice. *Int. Arch. Allergy Immunol.* **129**, 129–137.

Lai, H., Tam, M. F., Chou, H., Chang, C. Y., Tsai, J. J., and Shen, H. D. (2002). cDNA cloning and immunological characterization of a newly identified enolase allergen from *Penicillium citrinum* and *Aspergillus fumigatus*. *Int. Arch. Allergy Immunol.* **127**, 181–190.

Lander, F., Meyer, H. W., and Norn, S. (2001). Serum IgE specific to indoor moulds, measured by basophil histamine release, is associated with building-related symptoms in damp buildings. *Inflamm. Res.* **50**, 227–231.

Larsen, F., Meyer, H. W., Ebbehoj, N., Gyntelberg, F., Sherson, D., Netterstrom, B., Gravesen, S., and Norn, S. (1997). Are fungi-specific IgE found in staff suffering from nonallergic sick building syndrome? *Inflamm. Res.* **46**, S79–S80.

Li, C., Hsu, L. Y., Chou, C. C., and Hsieh, K. H. (1995). Fungus allergens inside and outside the residences of atopic and control children. *Arch. Environ. Health* **50**, 38–43.

Licorish, K., Novey, H. S., Kozak, P., Fairshter, R. D., and Wilson, A. F. (1985). Role of *Alternaria* and *Penicillium* spores in the pathogenesis of asthma. *J. Allergy Clin. Immunol.* **76**, 819–825.

Lin, W., Chou, H., Huang, M. H., Han, S. H., and Shen, H. D. (2000). Production and characterization of monoclonal antibodies to serine proteinase allergens in *Penicillium* and *Aspergillus* species. *Clin. Exp. Allergy* **30**, 1653–1662.

Matheson, M., Dharmage, S. C., Forbes, A. B., Raven, J. M., Woods, R. K., Thien, F. C., Guest, D. I., Rolland, J. M., Walters, E., and Abramson, M. J. (2003). Residential characteristics predict changes in Der p 1, Fel d 1 and ergosterol but not fungi over time. *Clin. Exp. Allergy* **33**, 1281–1288.

McGrath, J., Wong, W. C., Cooley, J. D., and Straus, D. C. (1999). Continually measured fungal profiles in sick building syndrome. *Curr. Microbiol.* **38**, 33–36.

Meyer, H., Larsen, F. O., Jacobi, H. H., Poulsen, L. K., Clementsen, P., Gravesen, S., Gyntelberg, F., and Norn, S. (1998). Sick building syndrome: Association of symptoms with serum IgE specific to fungi. *Inflamm. Res.* **47**, S9–S10.

Mishra, S., Ajello, L., Ahearn, D. G., Burge, H. A., Kurup, V. P., Pierson, D. L., Price, D. L., Samson, R. A., Sandhu, R. S., Shelton, B., Simmons, R. S., and Switzer, K. F. (1992). Environmental mycology and its importance to public health. *J. Med. Vet. Mycol.* **30**, 287–305.

Moser, M., Crameri, R., Menz, G., Schneider, T., Dudler, T., Virchow, C., Gmachl, M., Blaser, K., and Suter, M. (1992). Cloning and expression of recombinant *Aspergillus fumigatus* allergen I/a (rAsp f I/a) with IgE binding and type I skin test activity. *J. Immunol.* **149**, 454–460.

Murali, P., Bamrah, B. S., Choi, H., Fink, J. N., and Kurup, V. P. (1994). Hyperimmune serum modulates allergic response to spores in a murine model of allergic aspergillosis. *J. Leukoc. Biol.* **55**, 29–34.

Nielsen, K., Gravesen, S., Nielsen, P. A., Anderson, B., Thrane, U., and Frisvad, J. C. (1999). Production of mycotoxins on artificially and naturally infested building materials. *Mycopathologia* **145**, 43–56.

Nolles, G., Hoekstra, M. O., Schouten, J. P., Gerritsen, J., and Kauffman, H. F. (2001). Prevalence of immunoglobulin E for fungi in atopic children. *Clin. Exp. Allergy* **31**, 1564–1570.

Paris, S., Boisvieux-Ulrich, E., Crestani, B., Houcine, O., Taramelli, D., Lombardi, L., and Latge, J. P. (1997). Internalization of *Aspergillus fumigatus* conidia by epithelial and endothelial cells. *Infect. Immun.* **65**, 1510–1514.

Persat, F., Noirey, N., Diana, J., Gariazzo, M. J., Schmitt, D., Picot, S., and Vincent, C. (2003). Binding of live conidia of *Aspergillus fumigatus* activates *in vitro*-generated human Langerhans cells via a lectin of galactomannan specificity. *Clin. Exp. Immunol.* **133**, 370–377.

Purokivi, M., Hirvonen, M. R., Randell, J. T., Roponen, M. H., Meklin, T. M., Nevalainen, A. L., Husman, T. M., and Tukiainen, H. O. (2001). Changes in pro-inflammatory cytokines in association with exposure to moisture-damaged building microbes. *Eur. Respir. J.* **18**, 951–958.

Ren, P., Jankun, T. M., Belanger, K., Bracken, M. B., and Leaderer, B. P. (2001). The relation between fungal propagules in indoor air and home characteristics. *Allergy* **56**, 419–424.

Ross, M. A., Curtis, L., Scheff, P. A., Hryhorczuk, D. O., Ramakrishnan, V., Wadden, R. A., and Persky, V. W. (2000). Association of asthma symptoms and severity with indoor bioaerosols. *Allergy* **55**, 705–711.

Salvaggio, J., and Aukrust, L. (1981). Mold-induced asthma. *J. Allergy Clin. Immunol.* **68**, 327–346.

Salvaggio, J., Burge, H. A., and Chapman, J. A. (1993). Emerging concepts in mold allergy: What is the role of immunotherapy. *J. Allergy Clin. Immunol.* **92**, 217–222.

Samson, R., Hadlok, R., and Stolk, A. C. (1977). A taxonomic study of the *Penicillium chrysogenum* series. *Antonie van Leeuwenhoek* **43**, 169–175.

Santilli, J., and Rockwell, W. (2003). Fungal contamination of elementary schools: A new environmental hazard. *Ann. Allergy Asthma Immunol.* **90**, 203–208.

Schubert, M. S. (2000). Medical treatment of allergic fungal sinusitis. *Ann. Allergy Asthma Immunol.* **85**, 90–101.

Schwab, C. J., Cooley, J. D., Brasel, T., Jumper, C. A., Graham, S. C., and Straus, D. C. (2003). Characterization of exposure to low levels of viable *Penicillium chrysogenum* conidia and allergic sensitization induced by a protease allergen extract from viable *P. chrysogenum* conidia in mice. *Int. Arch. Allergy Immunol.* **130**, 200–208.

Case 4:03-cv-04019-KES Document 219-5 Filed 12/07/04 Page 24 of 59 PageID #: 3733




Schwab, C. J., Cooley, J. D., Jumper, C. A., Graham, S. C., and Straus, D. C. (2004). Allergic inflammation induced by a *Penicillium chrysogenum* conidia-associated allergen extract in a murine model. *Allergy* **59**, 758–765.

Seidner, A. (1999). Sick building syndrome. *Hospital Practice* **34**, 127–129.

Shen, H., Choo, K. B., Wang, S. R., Lin, W. L., Chang, Z. N., and Han, S. H. (1991). Immunoblot analysis of components of *Penicillium notatum* recognized by human IgE antibodies. *J. Allergy Clin. Immunol.* **88**, 802–807.

Shen, H., Chou, H., Tam, M. F., Chang, C. Y., Lai, H. Y., and Wang, S. R. (2003). Molecular and immunological characterization of *Pen ch* 18, the vacuolar serine protease major allergen of *Penicillium chrysogenum*. *Allergy* **58**, 993–1002.

Shen, H., Liaw, S. F., Lin, W. L., Ro, L. H., Yang, H. L., and Han, S. H. (1995). Molecular cloning of cDNA for the 68 kDa allergen of *Penicillium notatum* using MoAbs. *Clin. Exp. Allergy* **25**, 350–356.

Shen, H., Lin, W. L., Tsai, J. J., Liaw, S. F., and Han, S. H. (1996). Allergenic components in three different species of *Penicillium*: Crossreactivity among major allergens. *Clin. Exp. Allergy* **26**, 444–451.

Shen, H., Lin, W. L., Tam, M. F., Wang, S. R., Tzean, S. S., Huang, M. H., and Han, S. H. (1999a). Characterization of allergens from *Penicillium oxalicum* and *P. notatum* by immunoblotting and N-terminal amino acid sequence analysis. *Clin. Exp. Allergy* **29**, 642–651.

Shen, H., Tam, M. F., Chou, H., and Han, S. H. (1999b). The importance of serine proteinases as aeroallergens associated with asthma. *Int. Arch. Allergy Immunol.* **119**, 259–264.

Shen, H., Wang, C. W., Chou, H., Lin, W. L., Tam, M. F., Huang, M. H., Kuo, M. L., Wang, S. R., and Han, S. H. (2000). Complementary DNA cloning and immunologic characterization of a new *Penicillium citrinum* allergen (Pen c 3). *J. Allergy Clin. Immunol.* **105**, 827–833.

Shen, H., Wang, C. W., Lin, W. L., Lai, H. Y., Tam, M. F., Chou, H., Wang, S. R., and Han, S. H. (2001). cDNA cloning and immunologic characterization of Pen o 18, the vacuolar serine protease magor allergen of *Penicillium oxalicum*. *J. Lab. Clin. Med.* **137**, 115–124.

Spengler, J., and Sexton, K. (1983). Indoor air pollution: A public health perspective. *Science* **221**, 9–17.

Stark, P., Burge, H. A., Ryan, L. M., Milton, D. K., and Gold, D. R. (2003). Fungal levels in the home and lower respiratory tract illnesses in the first year of life. *Am. J. Respir. Crit. Care Med.* **168**, 232–237.

Strachan, D., and Sanders, C. H. (1989). Damp housing and childhood asthma: Respiratory effects of indoor air temperature and relative humidity. *J. Epidemiol. Community Health* **43**, 7–14.

Strong, P., Clark, H., and Reid, K. (2002a). Intranasal application of chitin microparticles down-regulates symptoms of allergic hypersensitivity to *Dermatophagoides pteronyssinus* and *Aspergillus fumigatus* in murine models of allergy. *Clin. Exp. Allergy* **32**, 1794–1800.

Strong, P., Reid, K. B., and Clark, H. (2002b). Intranasal delivery of a truncated recombinant human SP-D is effective at down-regulating allergic hypersensitivity in mice sensitized to allergens of *Aspergillus fumigatus*. *Clin. Exp. Immunol.* **130**, 19–24.

Su, H., Wu, P. C., and Lin, C. Y. (2001). Fungal exposure of children at homes and schools: A health perspective. *Arch. Environ. Health* **56**, 144–149.

Taskinen, T., Hyvarinen, A., Meklin, T., Husman, T., Nevalainen, A., and Korppi, M. (1999). Asthma and respiratory infections in school children with special reference to moisture and mold problems in the school. *Acta Paedatrica* 88, 1373–1379.

Thurston, J., Cysewski, S. J., and Richard, J. L. (1979). Exposure of rabbits to spores of *Aspergillus fumigatus* or *Pencillium* sp.: Survival of fungi and microscopic changes in the respiratory and gastrointestinal tracts. *Am. J. Vet. Res.* 40, 1443–1449.

Verhoeff, A., van Strien, R. T., van Wijnen, J. H., and Brunekreef, B. (1995). Damp housing and childhood respiratory symptoms: The role of sensitization to dust mites and molds. *Am. J. Epidemiol.* 141, 103–110.

Walinder, R., Wieslander, G., Norback, D., Wessen, B., and Venge, P. (2001). Nasal lavage biomarkers: Effects of water damage and microbial growth in an office building. *Arch. Environ. Health* 56, 30–36.

Wilson, S. C., and Straus, D. C. (2002). The presence of fungi associated with sick building syndrome in North American zoological institutions. *J. Zoo. Wildl. Med.* 33, 322–327.

Yamashita, Y., Okano, M., Yoshino, T., Hattori, H., Yamamoto, T., Watanabe, T., Takishita, T., Akagi, T., and Nishizaki, K. (2002). Carbohydrates expressed on *Aspergillus fumigatus* induce *in vivo* allergic Th2-type response. *Clin. Exp. Allergy* 32, 776–782.

Yu, C., Chiou, S. H., Lai, W. Y., Chiang, B. L., and Chow, L. P. (1999). Characterization of a novel allergen, a major IgE-binding protein from *Aspergillus flavus*, as an alkaline serine protease. *Biochem. Biophys. Res. Commun.* 261, 669–675.

Secti

# Pulmonary Effects of *Stachybotrys chartarum* in Animal Studies

IWONA YIKE AND DORR G. DEARBORN

*Case Western Reserve University*
*Mary Ann Swetland Center for Environmental Health*
*Department of Pediatrics*
*Rainbow Babies and Children Hospital, Cleveland, Ohio 44106*

I. Introduction 241
II. *In Vivo* and *In Vitro* Studies Using Pure Trichothecene Toxins 244
III. Animal Studies Using Fungal Spores and Other Fungus-Derived Components 245
A. The Effects of Trichothecene Toxicity 246
B. The Effects of Spore Viability 251
C. The Effects of Hemolysin 252
D. The Effects of Proteinases 256
E. Allergenicity and Antigenicity 257
F. The Effects of Volatile Organic Compounds 258
IV. Practical Considerations for Designing Animal Experiments of Exposure to *S. chartarum* 259
A. Characterization of Fungal Spores 259
B. Animals 261
C. Exposure Route 262
D. Exposure Dose and Regimen 263
V. New Directions in the Investigation of the Effects of *S. chartarum* in Animal Models 263
A. Toward Dissecting Pathophysiologic Mechanisms 264
B. The Acute and Chronic Effects of Lower Doses 265
C. Investigations of the Effects of Environmental Molds in the Presence of Other Environmental Factors 266
VI. Conclusions 266
References 267

## I. Introduction

The toxigenic fungus *Stachybotrys chartarum* (Hughes, S. atra Corda) is one of several environmental fungi that can produce very potent compounds toxic to humans and animals. The organic dust syndrome from occupational exposures of farm workers to the toxigenic fungi is well described and includes nasal and tracheal bleeding (in contrast to alveolar bleeding), skin irritation, and alterations in white blood cell counts (Hintikka, 1978). *S. chartarum* produces macrocyclic trichothecenes that are the most potent members of a large family of trichothecenes (Jarvis, 1991; Jarvis *et al.*, 1995). Trichothecenes bind



ADVANCES IN APPLIED MICROBIOLOGY, VOLUME 55
Copyright 2004, Elsevier Inc.
All rights reserved.
0065-2164/04 $35.00

to a single binding site on 60S ribosomes and directly inhibit either initiation, elongation, or termination of protein synthesis depending on which trichothecene is bound (Feinberg and McLaughlin, 1989). Most of the investigation of trichothecenes has been supported by the U.S. Dept of Defense, since they are suspected to be chemical warfare agents. T-2 toxin was thought to be the active component of "yellow rain," which the United States accused the Soviet Union of using in Vietnam and Afghanistan (Christopher *et al.*, 1997), and Iraq has been known to have a stockpile of trichothecenes (Zilinskas, 1997). Satratoxin G produced by *S. chartarum* was reported to be the most cytotoxic of eight trichothecenes tested on mammalian cells (Yang *et al.*, 2000). The $LD_{50}$ in mice for satratoxins is <1 mg/kg (Jarvis, 1991).

Until recently, spirocyclic drimanes and their precursors produced by *S. chartarum* received very little attention. Their activity includes inhibition of proteolytic enzymes, disruption of the complement system, inhibition of TNF-$\alpha$ release, stimulation of plasminogen, fibrinolysis, thrombolysis, and cytotoxic and neurotoxic effects. They have also been reported as endothelin receptor antagonists (Miller *et al.*, 2003; Nielsen, 2003).

*S. chartarum* is also capable of producing cyclosporin, an immune suppressant targeting T-lymphocytes (Sakamoto *et al.*, 1993). A novel class of compounds, atranones, that are without known physiological effects, has been described by Hinkley *et al.* (1999, 2000). The existence of at least two (Hinkley *et al.*, 2000; Jarvis, 2002) and possibly three (Andersen *et al.*, 2002) chemotypes of *S. chartarum* has been postulated. One of them represents the isolates that produce macrocyclic trichothecenes, and the other two produce atranones. The relationship between these groups of isolates that appear to be genetically distinct (Peltola *et al.*, 2002) to two distinct phylogenetic species of *S. chartarum* postulated by Cruse *et al.* (2002) is not clear. The examination of many *S. chartarum* isolates from the United States and Europe shows that only about one third of the isolates produce the macrocyclic trichothecenes (Andersen *et al.*, 2002). In addition to mycotoxins, *S. chartarum* produces proteinases that may contribute to tissue damage similarly to other microbial proteinases (Kordula *et al.*, 2002; Yike *et al.*, 2002). Another potentially harmful protein, stachylysin, with hemolytic activity, has been described (Vesper *et al.*, 2001). Also, (1→3)-$\beta$-D-glucan, a cell wall component of fungi, has been linked to the development of inflammatory reactions caused by environmental molds (Beijer *et al.*, 2002; Young *et al.*, 2003).

The *S. chartarum* spores were not previously known to germinate in the lung, nor is there a yeast form of this fungus. Inhalation exposure

to the spores does not appear to cause infections; rather, it leads to a mycotoxicosis (Section III.B).

The paucity of reports of hypersensitivity pneumonitis or allergy from exposure to this organism may result from the lack of adequate clinical testing, incomplete awareness, and absence of adequate environmental detection methods. It has been reported that the spores of *S. chartarum* can trigger the release of histamine *in vitro* by a non-IgE-mediated pathway (Larsen *et al.*, 1996). More recent evidence points to strong IgE responses in animals exposed to this fungus (Korpi *et al.*, 2002; Viana *et al.*, 2002). IgE antibodies binding *S. chartarum* proteins have been detected in 9.4% of general population plasma specimens tested (Barnes *et al.*, 2002). While the microbial volatile organic compounds (MVOCs) from other fungi have been investigated extensively, information on those agents produced by *S. chartarum* has only recently been addressed (Gao and Martin, 2002).

Concern about *S. chartarum* in indoor environments surfaced in the mid-1980s. Case reports in both residential and the non-industrial workplaces suggested that chronic indoor exposures could result in a variety of debilitating respiratory and non-respiratory symptoms (Croft *et al.*, 1986; Hodgson *et al.*, 1998; Johanning, 1995) perhaps including an effect on immune function (Johanning *et al.*, 1996) and cognitive impairment (Gordon *et al.*, 1999). While still wet, the spores are sticky, but when dry they are readily aerosolized and give an effective aerodynamic diameter of 5.2 $\mu$m (Sorenson *et al.*, 1996) allowing inhalation out to the distal airways. Aerodynamic modeling (Phalen and Oldham, 2001) predicts that this size particle has a six-fold greater likelihood of lung deposition in the human infant lung than those of adults.

Inhalation exposure may also involve recently described microparticles that are significantly smaller than spores ($\leq$1 $\mu$m; Madsen *et al.*, 2003). Over the past 10 years in northeast Ohio, there have been 51 cases of acute pulmonary hemorrhage in young infants. Sixteen of the infants have died. In November 1994, the Centers for Disease Control and Prevention (CDC) began an investigation into the cause of this outbreak (CDC, 1994, 1997, 2000). All but 13 of these cases have occurred within a contiguous eight zip code area in the eastern part of the metropolitan area. The case-control study found an association with exposure to *S. chartarum* and other fungi (Etzel *et al.*, 1998).

The association of *Stachybotrys* inhalation exposure with alveolar hemorrhage in the human infant had not been reported prior to these studies. Our experience has been limited to young infants, all but two of whom have been <6 months old. The initial concept was that the inhalation of *Stachybotrys* spores containing toxins, most notably the

Case 4:03-cv-04019-KES Document 219-5 Filed 12/07/04 Page 30 of 59 PageID #: 3739



trichothecene protein synthesis inhibitors, leads to focal areas of decreased protein synthesis (e.g., type IV collagen) in the young infant lungs that are still growing exponentially, resulting in weakened endothelial basement membranes (i.e., capillary fragility) (Dearborn *et al.*, 1999, 2002). Subsequent exposure to stresses that alter blood flow in the lungs (e.g., unequal hypoxic vasoconstriction from environmental tobacco smoke [ETS], sympathetic storm of asphyxia) could lead to local areas of increased capillary pressure and subsequent stress hemorrhage of these fragile capillaries. Transmural pressures insufficient to rupture normal capillaries may be pathogenic under these conditions (West and Mathieu-Costello, 1995). In addition, the possible direct cell injury from the macrocyclic trichothecenes may be exacerbated by stachylysin, found in *Stachybotrys* spores (Gregory *et al.*, 2003; Vesper *et al.*, 2001), along with further capillary weakening from the collagenolytic activity to *Stachybotrys* proteinases released from the spores (Yike *et al.*, 2002). The millimolar concentrations of satratoxin G in these spores is five orders of magnitude greater than the $EC_{50}$ for protein synthesis inhibition (Sorenson *et al.*, 1987). This, along with the rapid release of toxins into aqueous media (see below), suggests high toxicity may occur in the area around the inhaled spore.

Other cases of pulmonary hemorrhage linked to *S. chartarum* have been reported (Elidimir *et al.*, 1999; Flappan *et al.*, 1999; Weiss and Chidekel, 2002).

### II. *In Vivo* and *In Vitro* Studies Using Pure Trichothecene Toxins

As potent protein synthesis inhibitors, trichothecenes cause severe damage to actively dividing cells and have been investigated as potential anti-neoplastic agents in humans; however, the efficacy/toxicity ratio was too small for them to be of value (Jarvis and Acierto, 1989). As recently reviewed by Bondy and Pestka (2000), they can be both immunosuppressive and immunostimulatory, depending on the dose and exposure regimen. While they are cytotoxic to macrophages (Sorenson *et al.*, 1986), trichothecene exposure *in vitro* impairs or enhances mitogen-induced lymphocyte proliferation, depending on the dose. Similarly, their dose response *in vivo* is biphasic for humoral immunity, with a differential effect on immunoglobulin classes. It is notable that the oral administration of deoxynivalenol (DON) to rats produces a pronounced elevation of serum IgA and a concurrent depression of IgM and IgG. This dysregulation results in immunopathology very similar to human IgA nephropathy (Berger's disease) and is the basis of a widely studied rat model of IgA nephritis (Pestka *et al.*, 1989).

Immunosuppression from trichothecene doses lower than those causing acute cell death promotes rapid onset of leukocyte apoptosis in parallel to the effect of cycloheximide. Immunostimulation at even lower doses produces cytokine (e.g., IL-2, IL-6) superinduction that stems from a differential sensitivity to protein synthesis inhibition of cellular regulatory elements (e.g., decreasing I$\kappa$B$\alpha$ synthesis resulting in release of transcription factor NF-$\kappa$B) (Ouyang *et al.*, 1996a,b). Similar dysregulation has been observed to occur through alteration of the Jun and Fos family proteins' modulation of the activity of AP-1 transcription factor (Li *et al.*, 2000).

Induction of cyclooxygenase-2 expression in macrophages by DON is mediated by ERK and p38 but not JNK mitogen-activated protein kinases (Moon and Pestka, 2002). The macrocyclic trichothecenes produced by *S. chartarum* have been found to be at least 100 times more potent than DON (Lee *et al.*, 1999); their cytotoxicity and apoptosis induction appear to involve mitogen-activated protein kinases (MAPKs), ERK, p38MAPK, and SAPK/JNK (Yang *et al.*, 2000). Satratoxin-induced apoptosis in a human leukemia cell line involves caspase-8 and caspase-9 activation of caspase-3 (Nagase *et al.*, 2002). These studies have primarily been performed *in vitro* or in ingestion animal models, and little is known about the minimal levels required to alter immune function with inhalation exposure of the satratoxins. Trichothecenes have also been shown to cause membrane damage that results as a function of the diphosphatidylcholine concentration of the membrane type (Gyonggyossy-Issa *et al.*, 1986; Khachatourians, 1990).

Studies of experimental inhalation exposures to the pure trichothecene T-2 toxin have been done in mice, rats, guinea pigs, and swine. In some of these experiments no lesions were found in the lung (Creasia *et al.*, 1987), while in others inflammatory symptoms consistent with pneumonitis were observed (Pang *et al.*, 1987). The $LD_{50}$ was typically one order of magnitude less by inhalation compared to systemic administration (Creasia and Lambert, 1989; Creasia *et al.*, 1990).

## III. Animal Studies Using Fungal Spores and Other Fungus-Derived Components

Experiments employing fungal spores allow for the use of mycotoxins in their natural form. The slow mycotoxin release from inhaled spores results in local lung injury, while the inhalation of pure mycotoxins leads to their diffusion to the blood stream so rapidly that the cell injury is to other organ systems, as shown by Thurman *et al.* (1988). It appears that pulmonary exposures to spores and purified mycotoxins

have different pathological profiles even if the latter is delivered in a particulate, crystalline form. The stream-oriented effective diameter of dry *S. chartarum* spores is 5.2 microns (Sorenson *et al.*, 1996); thus these spores can, and experimentally do, reach the distal airways when instilled in the trachea. Finally, the pathophysiological effects of other components of fungal spores such as fungal proteins (Vesper *et al.*, 2001; Yike *et al.*, 2002) and (1 → 3)-$\beta$-D-glucan (Rylander, 1999) can be investigated in these experimental models.

### A. The Effects of Trichothecene Toxicity

Most of the initial studies employing the spores of *S. chartarum* focused on trichothecene toxicity. Nikulin *et al.* (1996) compared the effects of two isolates of *S. chartarum* by using 5-wk-old NMRI mice. The isolates differed 13,000-fold in the cytotoxicity of spore extracts to feline fetus lung cells. Satratoxins G and H, stachybotrylactone, and stachybotrylactam were detected in the culture of the toxic isolate. No satratoxin and only minor amounts of stachybotrylactone and stachybotrylactam were found in the culture of non-toxic isolate. The mice were exposed intranasally to $1 \times 10^6$ spores. Only 50% (2 out of 4) of the animals treated with the toxic isolate survived the 3-day observation period, showing 17% weight loss. The inflammation with hemorrhagic exudates in the lungs of animals receiving spores of the toxic isolate of *S. chartarum* was described as much more severe than in animals receiving spores of nontoxic isolate. However, these histopathological differences were not quantified. Such quantification is complicated with both intranasal and intratracheal instillation because the variable distribution of fungal spores results in subjective scoring systems being inaccurate. Similar histopathology was observed with repeated exposure (6 times) to $1 \times 10^3$ and $1 \times 10^5$ spores of the same two fungal isolates (Nikulin *et al.*, 1997). Both doses of spores from the toxic isolate resulted in severe lung inflammation. Only the higher dose of the spores from the nontoxic isolate elicited pulmonary inflammation, while the lungs of the mice exposed to the lower dose were identical to those of control animals treated with phosphate-buffered saline. No histopathological effects were detected in the thymus, spleen, and intestine of mice. Hematological changes in these mice exposed to both doses of toxic and non-toxic isolates included decreased platelet counts and increases in the numbers of leukocytes and erythrocytes, reflected in hemoglobin concentrations and hematocrit. These early studies are limited by the lack of histological quantification and the low numbers of animals used.

Rao *et al.* (2000a,b) examined the pulmonary effects of *S. chartarum* spores in 10-wk-old rats. The animals were exposed intratracheally to different doses of spores (3000–30,000/g) obtained from a highly toxic isolate. The analysis of bronchoalveolar lavage (BAL) fluid obtained after 24 h revealed dose-dependent increases in lactate dehydrogenase, albumin, hemoglobin, myeloperoxidase, and leukocyte differential counts. No statistically significant effects were observed when the animals were treated with methanol-extracted spores. Higher doses of intact spores but not alcohol-extracted spores led to weight loss of treated animals. The authors concluded that pulmonary inflammation and injury and weight losses were related to methanol-soluble toxins of the spores. The time course of responses supported early release of toxins, with the most severe effects occurring between 6 and 72 h after exposure.

A series of studies conducted with Carworth Farm White (CFW) mice and direct intratracheal instillations also focused primarily on trichothecene toxicity. Many effects observed with fungal spores were paralleled by pure satratoxin F (Rand *et al.*, 2002). Alveolar type II cells and alveolar macrophages appear to be particularly sensitive. The studies of Mason *et al.* (1998, 2001), McCrae *et al.* (2001), and Sumarah *et al.* (1999) have shown that *S. chartarum* spores and isosatratoxin F exposure induces significant changes in the phospholipid composition of pulmonary surfactant in BAL fluid. *S. chartarum* spores and isosatratoxin F induce changes in regulation of both secretion and synthesis of pulmonary surfactant and in the pattern of phospholipid targeting to the pulmonary surfactant pools in mice (Mason *et al.*, 1998). These agents alter the activity of convertase, which is responsible for the conversion of surfactant fractions from surface active to those metabolically used (Mason *et al.*, 2001). These changes in mice may be due to an increase in pulmonary surfactant phospholipids associated with alveolar type II cell damage (McCrae *et al.*, 2001). *S. chartarum* spores and toxin induce other changes in lung surfactant phospholipid composition including depressed disaturated phosphotidylcholine (DSPC; Sumarah *et al.*, 1999), the major phospholipid responsible for maintaining surface-tension properties of lung surfactant. Hastings *et al.* (in press) have recently shown that depressed DSPC synthesis in mice exposed to *S. chartarum* spores is probably related to modulation of a key enzyme, CTP: cholinephosphate cytidylyltransferase (CPCT), in the phosphotidylcholine synthesis pathway.

An infant rat model of pulmonary stachybotrytoxicosis describing the effects of a single tracheal instillation of fungal spores on survival, growth, histopathology of the lung, and respiration was developed by

Yike *et al.* (2001). The toxicity of the nonviable spores of a highly toxic Cleveland isolate JS58-17 was documented by using the luciferase translation inhibition assay (Yike *et al.*, 1999) to be equal to ~1pg of satratoxin-G equivalents per spore (~1 mM within the spore). Four-day-old infant Sprague-Dawley rat pups were exposed to 1–8 × $10^5$ spores/gm body weight (BW) via tracheostomy. Control animals received either PBS (phosphate-buffered saline) or fungal spores whose toxicity was undetectable after extraction with ethanol. The $LD_{50}$ dose determined in dose-response experiments was 2.7 × $10^5$ spores/gm BW. All dead pups (73% at 4 × $10^5$ spores/gm BW) had extensively hemorrhagic lungs. The period of acute toxicity as judged by reduction in body weight and mortality lasted for 72 h after exposure. The growth of surviving animals was impaired in a dose-dependent manner. Animals exposed to 1.1 × $10^5$ sp/gm BW (low mortality rate of 2%) had changes of pulmonary function parameters (decreased respiratory rate, higher tidal volume) consistent with increased pulmonary resistance. Lung histology revealed fresh hemorrhage, hemosiderin-laden macrophages, and evidence of inflammation including thickened alveolar septa infiltrated with lymphocytes and mononuclear cells. Significant increases ($P < 0.001$) in numbers of macrophages (2-fold), lymphocytes (5-fold), and neutrophils (7-fold) were found in BAL fluid. Hemoglobin was elevated 2-fold ($P = 0.004$). Cytokines measured at 72 hours noted IL-1$\beta$ increased more than 6-fold and TNF-$\alpha$ 30-fold ($P < 0.001$). No histopathological changes were detected in spleen, thymus, intestines, kidneys, and brain of animals exposed to intact, nonviable spores. Mild focal necrosis was occasionally seen in the livers of animals treated with higher doses of spores. The numbers of inflammatory cells declined significantly after 8 days. Since extracted spores had minimal effect on all BAL fluid parameters, the conclusion from these studies was that mycotoxins were primarily responsible for the hemorrhagic and inflammatory response; however, subsequent findings have extended this interpretation (see below).

Satratoxin and/or other trichothecenes would constitute much needed biomarkers of acute exposure to *S. chartarum* if detectable in blood and other body fluids. However, only about 0.13% of satratoxin-G was recovered in ethanol extracts of whole blood of rat pups exposed intratracheally to 4 × $10^5$ spores/gm BW (equivalent to 4 × $10^5$ pg of satratoxin G/gm BW) when the animals were sacrificed immediately following spore instillation (Yike, unpublished results). No toxin could be detected at any other time point from 15 minutes up to 24 hr. About 5% of satratoxin G was recovered in the BAL fluid supernatants at 0 time. This amount dropped rapidly to 0.34% after 30 minutes and

declined steadily, reaching 0.02% after 24 h. These results—suggesting a very rapid release, absorption, and metabolism of free toxin—confirm previous studies by Craesia *et al.* (1987). The spores of *S. chartarum* suspended in an aqueous medium (phosphate-buffered saline) release trichothecenes within minutes, leading to the 50% loss of toxicity in less than half an hour (Yike, unpublished). Similar observations by Jarvis (personal communication) suggested that *S. chartarum*, similarly to other fungi (Demain, 1995), releases a major portion of the trichothecene toxin from the surface of the spores.

Immunochemical localization of satratoxin within the spores of *S. chartarum* found it to be primarily along the outer plasmalemma surface and in the inner wall layer in contrast to only modest staining detected in hyphae (Gregory *et al.*, 2004). In mouse lung tissues impacted by the spores of highly toxic isolate JS58-17, the highest labeling was detected in macrophage lysosomes but also along the inside of the nuclear membrane in nuclear heterochromatin and the rough endoplasmic reticulum. Aveolar type II cells also showed modest labeling of the nuclear heterochromatin and rough endoplasmic reticulum, while there was little evidence of toxin accumulation in neutrophils, fibroblasts, or other cells associated with the granuloma tissues surrounding spores or mycelial fragments. These observations of a high degree of cellular specificity suggest that the alveolar macrophage plays an important role in sequestration of the spores and mycotoxins. Alveolar macrophages but not neutrophils containing fungal spores are frequently observed in the BAL fluid of exposed rat pups (Yike, unpublished).

While most of the studies discussed above focus on trichothecene toxicity, more recent findings indicate the involvement of other fungal derived compounds (Leino *et al.*, 2003; Murtoniemi *et al.*, 2001; Nielsen *et al.*, 2002; Yike *et al.*, 2002, 2003b). The observations of Leino *et al.* (2003) conducted on mice demonstrate the lack of significant differences in stimulating inflammatory responses in mice between the satratoxin-producing and non-producing isolates. The increases in inflammatory cells in the BAL fluid as well as the induction of Il-1$\beta$, Il-6, and TNF-$\alpha$ in the lungs of mice following repeated exposure to the spores of *S. chartarum* were similar for both isolates. Only one chemokine CXCL5/LIX showed significantly higher mRNA levels after exposure to the satratoxin producing isolate. Flemming *et al.* (2004) noted lack of differences in the composition of BAL fluid from mice exposed to low doses of high trichothecene producing (JS58-17) and nontoxic (JS58-06) isolates of *S. chartarum* spores. These data agree with observations presented in Fig. 1 and support the hypothesis that




FIG. 1. Inflammatory indices in BAL fluid from infant rats exposed to *S. chartarum.* Seven-day-old pups (8 animals per experimental group) were exposed intratracheally to $4 \times 10^4$ spores/gm BW of two different isolates of *S. chartarum*, high trichothecene producer JS 58-17 and low trichotecene-producing, highly hemolytic JS58-06, grown either on drywall (DW) or potato dextrose agar (PDA). Control animals received phosphate-buffered saline (PBS). Bronchoalveolar lavage was performed 48 h following exposure. The values are expressed per milliliter of epithelial lining fluid (ELF). nd, not detected. TNF-α, Tumor necrosis factor alpha. Il1-β, Interleukin 1 beta. *Significantly different at stated P value.

TABLE I

CHARACTERIZATION OF THE SPORES FROM TWO ISOLATES OF *S. CHARTARUM*

| Strain | Growth medium | Toxicity SG equivalents (pg/spore) ELISA[a] | Toxicity SG equivalents (pg/spore) Luciferase translation[b] | Proteolytic activity[c] Units/$10^6$ spores | Stachylysin[d] ng/mg dry wt. |
|---|---|---|---|---|---|
| JS58-17 | Drywall | 0.72 | 0.67 | 0.41 | 1414 |
| JS58-17 | PDA | 0.60 | 0.89 | 1.35 | — |
| JS58-06 | Drywall | $4.65 \times 10^{-5}$ | 0.04 | 0.82 | 8963 |
| JS58-06 | PDA | $5.00 \times 10^{-5}$ | 0.03 | 3.32 | — |

[a]Satratoxin G ELISA assay; Chung *et al.*, 2003.
[b]Luciferase translation inhibition assay; Yike *et al.*, 1999.
[c]Enzcheck assay, Molecular Probes; Yike *et al.*, 2002.
[d]Stachylysin ELISA assay; Van Emon *et al.*, 2003.

fungal components other than trichothecenes mediate the development of inflammation. According to Nielsen *et al.* (2002), the cytotoxicity of *S. chartarum* isolates appears to be related to satratoxin production, whereas the specific, inflammation-inducing component from atranone-producing isolates remains obscure. We postulate that fungal proteins described below (Section II.C,D,E; Table I, and Fig. 1) are inducers of the inflammatory response and may directly contribute to lung injury.

### B. THE EFFECTS OF SPORE VIABILITY

Sarkisov and Orshanskaiya (1944) suggested that *S. chartarum* might be infectious based on their investigation of horses exposed through contaminated hay. However, the experimental testing of survival and/or proliferation of the organism in the lung had not been described until recently.

Observing that even low viability (<0.2%) spores of *S. chartarum* can germinate in the lung of infant rats when instilled at high concentrations (Yike *et al.*, 2003a), it became important to ascertain whether an infection can ensue. Following instillation of viable spores ($5 \times 10^4$ spores/gm BW) into the lungs of 4- and 14-day-old rat pups, germination was observed frequently in the lungs of the 4-day-old but rarely in the 14-day-old pups. In the 4-day-old pups, pulmonary inflammation

Case 4:03-cv-04019-KES Document 219-5 Filed 12/07/04 Page 38 of 59 PageID #: 3747



with hemorrhagic exudates was observed along with a 15% mortality rate. At 3 days following exposure, acute neutrophilic inflammation and intense interstitial pneumonia with poorly formed granulomas were associated with budding spores and fungal hyphae. Surviving pups had slower weight gain for 7 days. Dilution plating and quantitative PCR (TaqMan™) analysis (Haugland *et al.*, 1999) were used to follow total fungal load in the rat pup lung homogenates. In the 4-day-old rat pups, viable fungi decreased rapidly and were less than 1% of the instilled load by day 7. Similarly, fungal DNA decreased exponentially and was only 0.03% by 14 days after exposure. However, 14-day-old rat pups showed neither the lethal effects of exposures to viable spores nor the slower weight gain, and the fungal load decreased even more rapidly. We concluded that *S. chartarum* spores can initially germinate and form hyphae but even in immature rat pups do not establish an effective infection, although a very limited persistence cannot be excluded. Highly viable spores appear to be more detrimental to rat pups than nonviable spores in that the dose used in these experiments led to 15% mortality, whereas a two-fold higher dose of non-viable spores used in our previous study (Yike *et al.*, 2001) led to only 2% mortality. These results illustrate the significance of spore viability in the experimental design of animal studies. Germination and growth, however limited, could potentiate the effects of inhaled spores if toxins are produced during these processes. This could especially be significant regarding stachylysin, which may only be released with germination (Vesper *et al.*, 1999, 2001). The viability of the spores produced in our laboratory, both on drywall pieces and on PDA, remains within 80–100% for fungal cultures kept at room temperature for 3 weeks.

No information regarding spore viability has been included in the reports from other laboratories employing *S. chartarum* spores in animal studies (Flemming *et al.*, 2004; Mason *et al.*, 1998, 2001; Nikulin *et al.*, 1996, 1997; Rand *et al.*, 2003; Rao *et al.*, 2000a,b; Rosenblum *et al.*, 2002; see Table II) except for the work of Leino *et al.* (2003), who used $\gamma$-irriadiated spore preparations that most likely are not viable.

### C. The Effects of Hemolysin

Comparison of 20 *S. chartarum* isolates for hemolytic activity and hydroxamate-type siderophore content found these parameters to be increased in five of the isolates from homes of Cleveland infants with pulmonary hemorrhage (Vesper *et al.*, 1999, 2000). Randomly

TABLE II

Comparison of Experimental Conditions Used in Animal Studies of Pulmonary Exposure to *Stachybotrys chartarum*

| Reference | Fungal strain | Growth media | Toxin/toxicity assay | Toxin/toxicity results | Proteolytic activity | Viability | Dose (spores/gm BW)/schedule | Animals | Administration route |
|---|---|---|---|---|---|---|---|---|---|
| Nikulin *et al.*, 1996, 1997 | s.72 | Rice flour agar | HPLC | 0.04 pg SG/spore | ND | ND | 50,000 acute 50–5000 repeated | NMRI mice | Intranasal |
| | | | | 0.10 pg SH/spore | | | | | |
| | | | Cytotoxicity | | | | | | |
| | s.29 | | | non-toxic | | | | | |
| Rao *et al.*, 2000a,b | California isolate | Potato dextrose agar | Brime shrimp lethality assay | High | ND | ND | 3000–30,000 acute | CD rats | Intratracheal |
| Rosenblum *et al.*, 2002 | California isolate | Potato dextrose agar | Brime shrimp lethality assay | High | ND | ND | 250–25,000, acute | 3H/HeJ Balb/c C57b1/6J | Intratracheal |
| McCrae *et al.*, 2001; Mason *et al.*, 1998 | Hawaiian isolate | Maltose extract agar | ND | ND | ND | ND | 500,000/animal, acute | CFW mice | Intratracheal |
| Rand *et al.*, 2003 | JS58-17 | Cellulose medium | ND | ND[a] | ND | ND | 70,000/animal, acute | CFW mice | Intratracheal |
| Flemming *et al.*, 2004 | JS58-17 | Cellulose medium | ND | ND[a] | ND | ND | 30–3000 acute | CFW mice | Intratracheal |
| | JS58-06 | | | | | | 30–3000 acute | | |

(*continued*)

TABLE II (*Continued*)

| Reference | Fungal strain | Growth media | Toxin/toxicity assay | Toxin/toxicity results | Proteolytic activity | Viability | Dose (spores/gm BW)/schedule | Animals | Administration route |
|---|---|---|---|---|---|---|---|---|---|
| Yike *et al.*, 2001, 2003a,b | JS58-17 | Rice | Luciferase translation assay | 1.00 pg SG/spore | ND | 0% | 100,000–800,000, acute | SD infant rats | Intratracheal |
| | JS58-17 | Dry wall | SG ELISA | 0.72 pg SG/spore | 0.41 Units/$10^6$ spores | 80–100% | 50,000, acute | | |
| Leino *et al.*, 2003 | s.72 | Rice flour agar | Mass spectroscopy | 0.28 pg SG/spore not detected | ND | Presumed 0% | 1000 and 100,000/animal, repeated | Balb/c mice | Intranasal |
| | s.29 | | | | | | | | |

ND-not detected.

[a]Toxicity of these preparations was assumed to be close to those of Yike *et al.*, 2001 and Chung *et al.*, 2003.

amplified polymorphic DNA (RAPD) further supported a clustering of these isolates in contrast to 5 isolates from homes of Cleveland control infants (original matched infants) and 12 non-Cleveland isolates. The *S. chartarum* isolate from a 7-yr-old Houston child with pulmonary hemorrhage appears to cluster with the Cleveland case isolates. A novel hemolysin, stachylysin, produced by *S. chartarum* isolate JS58-06 from a case home, has been described by Vesper *et al.* (2001). Purification of stachylysin from *S. chartarum* has been complicated by apparent aggregation, with electrophoretic zymograms demonstrating at least 3 proteolytic bands in a partially purified preparation. This together with the slow nature of the hemolytic process (hours to days) suggest to us that proteolysis may play a significant role in the observed hemolysis. Extracts containing stachylysin caused injury and hemorrhage in earth worms (Vesper and Vesper, 2002) and were cytotoxic to the PK15 kidney cell line with an $EC_{50}$ value of 150 ng/ml (Yike, unpublished results).

Antiserum raised in rabbits against partially purified stachylysin has been used to localize fungal proteins in spores and mycelia and in animal lungs following instillation of *S. chartarum* spores (Gregory *et al.*, 2003). Immunoreactivity was primarily localized to the inner cell wall (outside the cell membrane), suggesting that they are constitutively produced. Spores instilled in mouse and rat lungs showed an immunoreactivity radially decreasing out from the spores, indicating that the proteins had diffused out of the spores. More stachylysin was observed in the mouse lung tissue at 72 h than at 24 h, indicating that release/production is a relatively slow process. The localization of stachylysin in macrophage phagolysosomes suggests that these cells may be involved with spore protein removal and presumed inactivation.

Stachylysin was also found in the sera of rats exposed to *S. chartarum*. The same polyclonal, affinity-purified antibodies directed against stachylysin were used to develop a competitive ELISA (Van Emon *et al.*, 2003) with a sensitivity of 2 ppb. This assay was used to quantify stachylysin in the conidia of 91 common indoor fungi. Only five other species—*Aspergillus carbonarius, Cladosporium sphaerospermum, Memnoniella echinata, Myrothecium verucaria*, and *Penicillium atramentosum*—contained stachylysin, but at levels at least 2000 lower than that of *S. chartarum*, suggesting high species specificity of the assay. Stachylysin was detected in the sera of rats (15.7 $\pm$ 4.6 ng/ml) chronically exposed to low doses of *S. chartarum* isolate JS 58-06, in contrast to lack of stachylysin reactivity in the sera of untreated and PBS-exposed control animals. In addition, stachylysin reactivity was observed with pooled sera from patients with reported indoor exposure

to *S. chartarum* in contrast to people without reported exposure. Further studies using sera from individual subjects with well documented exposure or lack thereof are needed.

While these results point to stachylysin as a potential biomarker of acute exposure to *S. chartarum*, it is not clear which antigenic determinants are recognized by the polyclonal antibodies, since the hemolysin preparations used to develop the antiserum contain several proteins. However, even though these polyclonal antibodies may also recognize other antigens from *S. chartarum*, the high species specificity and high sensitivity of the assay make their use very attractive for detection of fungal exposure and as a valuable experimental tool in further investigations of animal models.

### D. The Effects of Proteinases

In addition to hemolysin, other spore proteins (e.g., proteinases) may contribute to the pathophysiology arising from spore inhalation. Proteolytic activity of spore extracts analyzed by a fluorescence-based microplate assay and zymogram gels demonstrated proteinases capable of hydrolyzing fluorescein-labeled gelatin, collagen I, and collagen IV. The total gelatinase activity of spore extracts can be inhibited 85% by 2.5 mM PMSF, indicating a high content of serine proteinases. Other serine proteinase inhibitors such as Pefabloc, TPCK, and aprotinin also are effective, while lack of inhibition with leupeptin, pepstatin, and EDTA suggests the absence of cysteine, aspartic, and metaloproteinases. Total proteinase activity of spore extracts differed between fungal isolates and varied with growth conditions. Proteinase activity of the JS58-06 isolate (highly hemolytic) was more than 2-fold higher than that of JS58-17 (high satratoxin producer). For both isolates, the level of proteolytic activity increased more than 3-fold when the fungus was grown on PDA as compared with a drywall (Yike, 2002) (Table I). The number and intensity of protein bands detected on zymograms also varied for different isolates and different growth conditions. However, the double band of ~30 kD was found to be the most active in all spore extracts as well as in culture media. It is likely that one of those bands corresponds to newly described stachyrase A, a serine protease with a broad substrate specificity that is capable of hydrolyzing several collagens (type I, VI, and X), all four pulmonary proteinase inhibitors ($\alpha_2$-macroglobulin, $\alpha_1$-proteinase inhibitor, $\alpha_1$-antichymotrypsin, secretory leukocyte protease inhibitor [SLPI]), and several neuropeptides (substance P, bradykinin, neurotensin, and angiotensin I and II) (Kordula *et al.*, 2002). Preincubation of spore extracts with 2 mM PMSF prior to

electrophoresis leads to the reduction in intensity of all of the major proteolytic bands, indicating that most (if not all) proteolytic enzymes present in the extracts belong to the serine class of proteinases. These findings were extended to *in vivo* studies by immunochemical labeling of collagen type IV (polyclonal goat anti-collagen IV-biotin Fab-fragments) in the lungs of mice exposed to *S. chartarum* (Yike *et al.*, 2002). In contrast to spores from *C. cladosporioides*, there was significant reduction of collagen type IV in the vicinity of the *S. chartarum* spores, indicating possible involvement of fungal proteinases in the degradation of extracellular matrix proteins either directly through collagenolytic activity or indirectly through changes in the proteinase-antiproteinase balance. The original concept of how *S. chartarum* produces capillary fragility (Dearborn *et al.*, 1999, 2002) had been that the trichothecene inhibition of protein synthesis in the still exponentially growing lung would lead to decreased capillary basement membrane proteins, especially collagen type IV, in the vicinity of the spores. While this is still a valid concept, actual collagenolytic destruction may be more important, especially when isolates with very low trichothecene activity are considered. Fungal proteases may elicit inflammatory responses via protease activated receptors (PARs), as proposed by Kauffmann *et al.* (2000).

Because proteinase and hemolysin levels vary with growth conditions and across isolates, characterization of the proteolytic and hemolytic properties of spores also has important implications for designing experiments (see Tables I and II and Fig. 1; also Section IV.A).

### E. Allergenicity and Antigenicity

Similar to other molds, *S. chartarum* contains proteins and other molecules that may act as immunogens/allergens. At least two such proteins with the molecular mass of 65 and 50 kDa have been identified by Raunio *et al.* (2001) in the extracts prepared from cultures grown in cellulose broth. Two laboratories have investigated potential allergenicity of *S. chartarum* in mice. Korpi *et al.* (2002) studied the effects of exposure of Balb/c/cJBom mice to aerosolized extracts from cultures of non-toxic *S. chartarum*. Mice were either immunized with ovoalbumin or fungal extract, treated with PBS, or not injected at all (naive). Exposure to *S. chartarum* extract twice a week for 3 wk increased significantly the level of total IgE in mice previously immunized with these extracts but also in nonimmunized mice. Mild symptoms suggesting inflammation were observed in the lungs of exposed mice with sensory irritation detected by plethysmography, while

no effect was seen in mice exposed to aerosolized ovalbumin and phosphate-buffered saline.

BALB/c mice were also used by Viana *et al.* (2002) to assess the ability of *S. chartarum* to cause allergic alterations in respiratory physiological responses. The animals were exposed to 4 aspirations of crude extracts obtained from the cultures of *S. chartarum* (combined five isolates of *S. chartarum* with different trichothecene toxicity, grown on two different media). Control animals received either bovine serum albumin or Hanks' balanced salt solution over a 4-wk period. Mice exposed to the fungal extract displayed increased BAL fluid total protein and LDH and increased cell numbers, with differential cell counts showing neutrophilia, marked eosinophilia, and increased numbers of lymphocytes. Total IgE levels were elevated in serum and BAL fluid, and IL-5 levels were greatly increased in BAL fluid. Exposure to fungal extracts resulted in increased Penh (enhanced pause, indirect measure of airway resistance; see Hammelman *et al.*, 1997) over baseline after the third and fourth exposures and increased responsiveness to a methacholine aerosol challenge. Exposure to Hanks' balanced salt solution or bovine serum albumin did not alter Penh baseline, nor did these cause an increase in airway responsiveness to methacholine. While these results clearly show that exposure to the extracts from *S. chartarum* causes allergic respiratory physiological responses similar to those observed in human allergic asthma, their physiological relevance may be somewhat limited. Just as pure mycotoxins elicit different symptoms when compared with fungal spores, extracts obtained through spore and mycelia breakage may contain different profiles of antigenic proteins as compared with those released by intact spores *in vivo*. Such differences between fungal antigens *in vitro* and *in vivo* have been described before (Moutaouakil *et al.*, 1993), and no anti-*S. chartarum* antibodies were detected in the sera of rats repeatedly exposed to the intact spores through the nose (Leino *et al.*, 2003; Nikulin *et al.*, 1996, 1997). The nature of fungal antigens eliciting the allergic responses in these animal models has not been delineated. Two *Stachybotrys* proteins reacting with IgE antibodies from human subjects have been identified (Barnes *et al.*, 2002).

### F. The Effects of Volatile Organic Compounds

Production of microbial volatile organic compounds (MVOCs) unique for *S. chartarum* has been recently reported by Gao and Martin (2002). The profile of volatile compounds was highly dependent on the culture media and varied between the three studied isolates.

Sensory irritation, bronchoconstriction, and pulmonary irritation effects resulting from the inhalation of *S. chartarum*-derived vapors were measured plethysmographically in a report published by Wilkins *et al.* (1998). Little effect was seen from the vapors, in agreement with the predicted effects of the low concentrations of volatile organic compounds measured (Ammann, 1999). The authors concluded that risk assessments cannot be based solely on estimated effects of emitted MVOCs but need to take into account the effects of liberated particles (e.g., sensitization potentials of the mold spores).

## IV. Practical Considerations for Designing Animal Experiments of Exposure to *S. chartarum*

Based on the observations presented above, it is clear that fungal spores should not be treated solely as mycotoxin receptacles but rather other characteristics such as their viability and proteolytic and hemolytic activity should be considered when designing and interpreting the results of animal studies. Quantitative characterization of these parameters of spore preparations will allow for better comparison of results from different laboratories. Other factors that need to be considered include the dose and route of administration, animal strains, and species. Table II summarizes some of those parameters in published studies describing the *in vivo* effects of *S. chartarum* spores.

### A. Characterization of Fungal Spores

As discussed above, trichothecene content, viability, and activity of fungal proteins are among the critical factors responsible for the adverse effects of fungal spores. These factors may be affected by growth conditions and vary greatly between different fungal isolates. Preparations of spores used in animal studies should be better characterized with respect to their toxicity, viability, and protein content to facilitate comparison of the results obtained by different laboratories and to better understand the mechanisms involved in the physiological responses.

It has recently been recognized that some isolates of *S. chartarum* do not produce macrocyclic trichothecenes (Andersen *et al.*, 2002) and that across isolates, the levels of toxin production are highly variable (Jarvis *et al.*, 1998; Vesper *et al.*, 1999). It is important that the trichothecene toxicity of the spore preparations be accurately quantified. In earlier studies of Yike *et al.* (2001), *S. chartarum* isolate JS58-17 provided by Dr. William Sorenson from NIOSH was used because of

its high cytotoxicity and documented high levels of the macrocyclic trichothecenes rioridin L-2 and satratoxin-G and H and phenylspiro-drimanes (Jarvis *et al.*, 1998). The trichothecene toxicity of the spores of JS58-17 as measured by the luciferase inhibition assay (Yike *et al.*, 1999) remained within a close range (0.67–0.89 pg satratoxin G equivalents/spore) whether the fungus was grown on potato dextrose agar (PDA) or drywall (Table I). No significant differences in trichothecene toxicity were observed for the spores collected from rice, cornmeal, or *Stachybotrys* cellulose medium (LabCor, Seattle, WA), averaging about 1 pg/spore (0.6–1.3 pg/spore). We have confirmed this same concentration of satratoxin-G per spore of JS58-17 isolate grown either on drywall or potato dextrose agar with an anti-satratoxin-G antibody ELISA (Chung *et al.*, 2003; see Table I). Another isolate of *S. chartarum* used to isolate hemolysin, JS58-06, grown on drywall was shown to have about 100-fold lower trichothecene toxicity, as determined by the luciferase translation assay and calculated per wet weight of spore preparations as compared with JS58-17 (Vesper *et al.*, 1999). When the toxicity was calculated per spore, it was only about 20 times lower (0.04 pg/spore, Table I) suggesting that the water content of wet spore preparations (likely to be variable) may affect the accuracy of toxicity determination. Its satratoxin G content as determined by ELISA is only $4.65 \times 10^{-5}$ pg/spore (Table I). The reason for the difference between the two methods may relate to the presence of other trichothecenes such as trichodermol in the spores from JS58-06 (Andersen *et al.*, 2002; Jarvis *et al.*, 1998) that are detected by the luciferase translation assay but do not bind to the antibody used to develop the ELISA that shows high specificity towards the macrocyclic ring in trichothecene structure (Chung *et al.*, 2003). In contrast to the constant spore content of trichothecenes, the proteolytic activity appears to be dependent on growth media (Table I). In addition, higher proteolytic activity seems to parallel hemolysin content across isolates.

The effects of these differences were also observed *in vivo* when 7-day-old rat pups were exposed to the spores of two different isolates of *S. chartarum* ($4 \times 10^4$ spores/gm BW, 8 animals per group), the high trichothecene producer JS58-17, and the hemolytic JS58-06 of low trichothecene toxicity grown on two different media (drywall and PDA, Fig. 1). Differences in numbers of BAL fluid neutrophils and cytokine concentrations (TNF-$\alpha$ and IL 1-$\beta$) between JS58-17 and JS 58-06 were small within the spores from the same growth conditions. However, all three parameters were increased ($P < 0.05$, Fig. 1) when comparing the effects of each isolate grown on PDA versus drywall. Stronger effects of fungal spores grown on PDA when more proteinases

are produced (see Table I) emphasize the importance of protein factors in spore pathophysiology. Additionally, they show that the dependence of spore content on the type of culture media needs to be accounted for in experimental design. In summary, fungal isolates with greater proteinase activity may have more pathogenic potency, and isolates that lack macrocyclic trichothecenes may still be clinically important based on their proteolytic and/or hemolytic activity.

As noted in Table II, investigators studying the *in vivo* effects of *S. chartarum* have been growing different isolates on different media. Nikulin *et al.* (1996, 1997), Leino *et al.* (2003), and Yike *et al.* (2001) provided quantitative assessment of the trichothecene content of their spore preparations, although different methods of toxin/toxicity determination have been used. The toxicity of the spores used by Rao *et al.* (2000 a,b) was only reported as high, while Mason *et al.* (1998) did not present any toxicity data. Proteolytic activity and viability have not been determined in most studies. All of these variables make direct comparison of dose-response effects between investigators difficult. It would appear that growing *S. chartarum* on drywall (Yike *et al.*, 2003a,b) or cellulose media (Flemming *et al.*, 2004; Gregory *et al.*, 2003) would lead to the production of spores with characteristics similar to those found in an indoor environment. Fungal spores derived from PDA cultures may contain higher levels of proteinases and thus may be more detrimental than those grown on drywall or cellulose media (Table I, Fig. 1).

## B. Animals

### 1. *Animal Species and Strains*

The comparison of the studies of Yike *et al.* (2001, 2003a) with those of Rand *et al.* (2003) and Flemming *et al.* (2004) suggests that mice may be more susceptible to inhalation exposure to *S. chartarum* than rats, based on the concentrations of spores used to elicit similar pathophysiological effects. While the effects of lower doses in infant rats are still under investigation (Yike *et al.*, unpublished), there have been significant differences in susceptibility noted even within species. Rosenblum *et al.* (2002) studied pulmonary responses to *S. chartarum* in three different strains of mice—C3H/HeJ, Balb/C, and C57bl/6J. While all three mouse strains showed significant dose-dependent responses to the spores, the analyses of BAL fluid showed that myeloperoxidase activity, albumin and hemoglobin levels, and neutrophil numbers were significantly different among the three strains. Balb/C mice showed the

most apparent lung injury, and C57bl/6J mice showed the least. Not surprisingly, the genetic background of animals appears to affect their responses to mold exposure. Knowing that there are significant intraspecies differences, there may be even larger differences in mold susceptibility between different species. Although published studies have been limited to mice and rats, each uses different strains, which also additionally accounts for differences in quantitative results between the laboratories (Table II).

### 2. *Animal Age*

While most studies have been conducted with juvenile and young adult animals (Table II), Yike *et al.* (2001, 2002, 2003a,b) have used 4-, 7-, and 14-day-old infant rats in an attempt to investigate the vulnerability of pups in parallel to the experience with human infants. Significant age-related differences in susceptibility were observed when comparing clearance and persistence of *S. chartarum* in the lungs of 4- and 14-day-old rat pups (Yike *et al.*, 2001, 2003a), with the younger pups being much more susceptible to fungal spores (see Section III.B). Thus, age may be another significant variable in the experimental design and should be taken into account when comparing different studies.

## C. Exposure Route

The route used to deliver the fungal spores into the lungs of experimental animals can affect the effectiveness of deposition in the lower airways. Intranasal and intratracheal (both tracheostomy and direct instillations) have been employed in the studies of inhalation exposure to *S. chartarum* (Table II). PCR enumeration of spores in infant rat lung homogenates demonstrated that the peripheral lung deposition of spores delivered via single intranasal instillation was highly variable, ranging from 0.1% to 28% (Yike *et al.*, unpublished). Although examination of lungs and BAL fluids shows that with repeated instillations all animals get exposed to enough spores to elicit similar pathological changes, quantitative results are highly variable and often lack statistical significance (Nikulin *et al.*, 1997; Yike *et al.*, unpublished). The use of high numbers of experimental animals may be the only way to overcome this problem. In addition, intranasal instillation produces local pathology in the nose. A noninvasive, intratracheal delivery (Brain *et al.*, 1976) appears to be a more practical and effort/cost effective route, especially for repeated exposures, although this becomes much more challenging when working with infant animals.

Initial experience with intratracheal delivery directly through the larynx (after Martinez-Burnes *et al.*, 2001) into the lungs of 7-day-old rat pups (Yike, unpublished) resulted in levels of deposition comparable to the results obtained with tracheostomy (Yike *et al.*, 2003a).

### D. Exposure Dose and Regimen

The effects of inhalation exposure to *S. chartarum* are dose dependent (Flemming *et al.*, 2004; Leino *et al.*, 2003; Nikulin *et al.*, 1997; Rao *et al.*, 2000a,b; Yike *et al.*, 2001). As shown in Table II, investigators have used a wide range of spore exposures, ranging from 30 to 800,000 spores/gm body weight.

Initially, in an attempt to reproduce the human infant pulmonary hemorrhage disorder with 30% mortality, we examined the effects of spore exposures ranging from $1 \times 10^5$ to $8 \times 10^5$ per gram BW. The $LD_{50}$ value for 4-day-old rat pups when using nonviable spores of JS58-17 grown on rice and containing high levels of trichothecenes was found to be $2.7 \times 10^5$ spores/gm BW. Even though such high levels of *S. chartarum* in indoor air are unlikely, the environmental studies do not always provide accurate assessment of indoor spore concentrations because of inadequate sampling and assay procedures. Most often the estimates of *S. chartarum* spores in indoor air are based on enumeration by culturing (Shelton *et al.*, 2002), which can lead to as much as a 10-fold underestimate of total spores (Pasanen *et al.*, 1993). Nonviable spores contain toxins and are still allergenic. Regardless, the doses used in most animal studies have been comparatively high, and studying the effects of lower spore doses may be more physiologically relevant. It has been proposed that the "no-adverse effect level" (NOAEL) for proinflammatory cytokine production in mice ranges from 10–15 spores/gm BW (Flemming *et al.*, 2004).

Most of the animal studies of *S. chartarum* have focused on acute effects of exposure (Table II). Only Nikulin *et al.* (1997) and Leino *et al.* (2003) have attempted both acute and chronic exposure studies. The investigation of chronic exposure to lower doses would bring the animal models closer to human indoor exposure.

## V. New Directions in the Investigation of the Effects of *S. chartarum* in Animal Models

Existing studies show that exposure of laboratory animals to toxic isolates of *S. chartarum* leads to weight reduction, hemorrhage, and lung inflammation. The *in vivo* effects of fungal spores extracted with

alcohol to remove toxins (Rao *et al.*, 2000a; Yike *et al.*, 2001) are significantly milder than those of intact spores. However, such alcohol extraction also leads to denaturation of fungal proteins and reduction in spore viability. While the initial reports of Nikulin *et al.* (1996, 1997) indicated that nontoxic isolates were much less potent, more recent work (Fig. 1; Flemming *et al.*, 2004; Korpi *et al.*, 2002; Leino *et al.*, 2003) shows that even nontoxic isolates of *S. chartarum* can elicit severe inflammatory symptoms similar to those observed with toxic isolates.

### A. Toward Dissecting Pathophysiologic Mechanisms

The mechanisms of lung injury are complex and involve not only the action of mycotoxins but also fungal enzymes and cell wall components such as $\beta$-D-glucan. The elucidation of those mechanisms would not only improve our understanding of pathophysiology but also facilitate risk assessment especially regarding toxic and nontoxic isolates.

The increased mortality seen with viable spores (Yike *et al.*, 2003a) and the finding of proteinases (Yike *et al.*, 2002) suggests viable spores secreting active fungal proteins as an important focus.

To differentiate between the trichothecene toxins and active proteinacious spore components, the *in vivo* effects of intact, viable spores were compared with those of autoclaved and ethanol-extracted spores. The characteristics of the spores used in these experiments are summarized in Table III. Both ethanol extraction and autoclaving denature the proteins, even though the latter treatment retains full trichothecene activity. The lack of proteolytic activity of autoclaved spores was confirmed by Enz-Check proteinase assay, and the toxicity of the spore preparations was evaluated by luciferase translation inhibition test (Yike *et al.*, 1999, 2002).

TABLE III

Characteristics of Different Preparations of the Spores of *S. chartarum*

| Spore components/characteristics | Ethanol extracted | Autoclaved | Viable |
|---|---|---|---|
| (1,3,) $\beta$-D glucan | + | + | + |
| Trichothecenes | − | + | + |
| Proteinase activity | − | − | + |
| Viability | − | − | 80% |

Seven-day-old rats were exposed intratracheally to $1 \times 10^5$ spores/gm BW (toxic isolate JS58-17) and sacrificed at different time points (Yike *et al.*, 2003b). The inflammatory response was measured by morphometric analysis of the lung and determination of inflammatory cells in BAL fluid. Alveolar space was greatly reduced in animals exposed to fungal spores as compared with PBS-treated controls. The largest effects were observed in rats treated with viable spores: alveolar space 36 hr after treatment was 39.95%, as compared with 52.29% for animals treated with autoclaved spores, 60.34% for animals treated with ethanol-extracted spores, and 59.77% for PBS-treated controls. Changes in the numbers of inflammatory cells were also most significant in animals treated with viable spores. The difference between autoclaved and viable spores further demonstrates the involvement of fungal proteins in the inflammatory response to *S. chartarum*.

### B. The Acute and Chronic Effects of Lower Doses

The high doses of spores required to produce frank hemorrhage in the single-dose model are a significant shortcoming of this model (Yike *et al.*, 2001). The initial selection of $1 \times 10^5$ spores/gm BW was made because 98% of the animals could survive and continue to grow (Yike *et al.*, 2001) while still showing severe symptoms of inflammation. However, experiments on mice conducted by Flemming *et al.* (2004) as well as subsequent experiments in infant rats (Yike *et al.*, unpublished) have found that many of the adverse effects can still be observed with much lower doses.

After dose was reduced 20-fold (intact spores, JS58-17), the increases in some of the inflammatory indices (30-fold increase in the numbers of BAL fluid neutrophils) (Yike *et al.*, unpublished) could still be observed. The observation that lower doses of spores elicit effects similar to those caused by much higher doses may stem from differential effects of trichothecene toxins on the immune system. Low concentrations of trichothecenes have been shown to be immunostimulatory, whereas higher concentrations have immunosuppressive effects (Bondy and Pestka, 2000). At lower spore doses, both the trichothecenes and other fungal components may have more direct proinflammatory action, while at high doses, trichothecene immunosuppresive effects may predominate. As mentioned above, chronic exposure studies should more closely reflect real-life conditions and provide better insight into the practical mechanisms of pathophysiology.

Case 4:03-cv-04019-KES Document 219-5 Filed 12/07/04 Page 52 of 59 PageID #: 3761



### C. Investigations of the Effects of Environmental Molds in the Presence of Other Environmental Factors

The damp conditions where indoor molds are found are frequently accompanied by other biological and non-biological contaminants. Those microbial agents and their metabolites as well as other environmental stressors such as hypoxia or tobacco smoke can contribute to adverse respiratory effects, either through synergistic injury mechanisms or by acting as acute environmental triggers. Because household exposure to environmental tobacco smoke (ETS) was a significant covariant in the case-control study of the Cleveland infants (OR = 21, CI 1.07–7.5 × $10^6$) (Etzel *et al.*, 1998) and return to ETS exposure resulted in rebleeding, it has been proposed that ETS may be a confounding trigger of hemorrhage in these infants.

This was investigated with 7-day-old rat pups based on additional hypothesis that cigarette smoke exposure would significantly worsen the respiratory dysfunction resulting from inhalation of *S. chartarum* (Miller *et al.*, 2002). Rat pups were exposed intratracheally to 50,000 spores/gm BW of highly toxic JS58-17 isolate of *S. chartarum* grown on drywall. Control animals received PBS. After 48 hours, half of the pups in each group were exposed to side stream smoke from cigarettes for three 15-min epochs. Controls were exposed to room air. Two hours after the last exposure, respiratory function was measured by barometric plethysmography. Pups exposed to *S. chartarum* alone exhibited a 30% increase in MV (minute volume) as compared with saline exposed controls ($P < 0.005$). After smoke inhalation, MV decreased in *S. chartarum*–exposed pups by 28% ($P < 0.04$). In contrast, smoke inhalation did not significantly alter MV in saline-treated pups. Decrease in MV after smoke inhalation in *S. chartarum*–treated pups was due to a 38% decrease in respiratory rate ($P < 0.0001$) and was associated with a 220% increase in respiratory resistance as indicated by Penh ($P < 0.004$). In pups treated with saline alone, smoke exposure did not significantly alter Penh. Histologically, inflammation with some hemorrhage was observed in the lungs of animals treated with *S. chartarum* and *S. chartarum* plus smoke but no discernable differences were observed between these two experimental groups. Thus the respiratory function in *S. chartarum*–treated rat pups appears to be quite sensitive to acute smoke exposure.

## VI. Conclusions

Animal models provide physicians and environmental scientists with useful tools for assessing risks associated with respiratory effects of air pollutants. The animal studies to date support the view that

pulmonary exposure to the spores of *S. chartarum* leads to hemorrhagic inflammation and impairment of growth. This has been demonstrated by increases in BAL fluid of inflammatory cells, proinflammatory mediators, hemoglobin, and proteins along with changes in pulmonary surfactant. Although the earlier experiments were conducted with relatively high doses, more recent findings indicate that lower doses, which appear to be closer to the concentrations encountered in indoor air, can elicit similar symptoms.

While trichothecene toxicity appears to be an underlying cause of many of the adverse effects, additional factors such as fungal proteinases, hemolysin, and (1→3)-β-glucan likely contribute to the pathophysiology. Observations with fungal isolates that produce low levels of trichothecenes suggest that spore proteins may actually be major determinants of lung injury.

The results of animal studies based on different experimental designs are difficult to compare because of many variables including spore toxicity, viability, and content of fungal proteins in addition to species, strains, age of animals, and route of administration. Well-characterized, standardized preparations of fungal spores with properties similar to those found in indoor air are needed to dissect the practical physiological mechanisms of mold exposure. Development of experimental conditions for chronic exposure to low doses and inclusion of other environmental factors will make animal studies more accurate models of human indoor exposure.

## References


Ammann, H. A. (1999). Microbial volatile organic compounds. *In* "Bioaerosols: Assessment and Control" (J. Macher, ed.), pp. 26-1 to 26-17. Am. Conference Gov. Indust. Hygienists. Cincinnati, OH.

Andersen, B., Nielsen, K. F., and Jarvis, B. B. (2002). Characterization of *Stachybotrys* from water-damaged buildings based on morphology, growth, and metabolite production. *Mycologia* **94**, 392–403.

Barnes, C., Buckley, S., Pacheco, F., and Portnoy, J. (2002). IgE-reactive proteins from *S. chartarum*. *Ann. Allergy Asthma Immunol.* **89**, 29–33.

Beijer, L., Thorn, J., and Rylander, R. (2002). Effects after inhalation of (1→3)-beta-D-glucan, relation to mould exposure in the home. *Mediators Inflamm.* **11**, 149–153.

Bondy, G. S., and Pestka, J. J. (2000). Immunomodulation by fungal toxins. *J. Toxicol. Environ. Health* **3**, 109–143.

Brain, J. D., Knudson, D. E., Sorokin, S. P., and Davis, M. A. (1976). Pulmonary distribution of particles given by intratracheal instillation or by aerosol inhalation. *Environ. Res.* **11**, 13–33.

CDC (1994). Acute pulmonary hemorrhage/hemosiderosis among infants—Cleveland, January 1993–November 1994. *Morbidity Mortality Weekly Report* **43**, 881–883.

CDC (1997). Update: Pulmonary Hemorrhage/Hemosiderosis Among Infants-Cleveland, Ohio, 1993–1996. *Morbidity Mortality Weekly Report* **46**, 33–35.

CDC (2000). Report. Update: Pulmonary hemorrhage/hemosiderosis among infants-Cleveland, Ohio, 1993–1996. *JAMA* **283**, 1951–1953.

Christopher, G. W., Cieslak, T. J., Pavlin, J. A., and Eitzen, E. M., Jr. (1997). Biological warfare: A historical Perspective. *JAMA* **278**, 412–417.

Chung, Y.-J., Jarvis, B. B., Tal, H., and Pestka, J. J. (2003). Immunochemical assay for satratoxin G and other macrocyclic trichothecenes associated with *Stachybotrys chartarum*. *Toxicol. Mech. and Methods* **13**, 1–7.

Creasia, D. A., Thurman, J. D., Jones, L. J., III, Nealley, M. L., York, C. G., Wannemacher, R. W., and Bunner, D. L. (1987). Acute inhalation toxicity to T-2 mycotoxin in mice. *Fundam. Appl. Toxicol.* **8**, 230–235.

Creasia, D. A., and Lambert, R. J. (1989). Acute respiratory tract toxicity of the trichothecene mycotoxin T-2 toxin. *In* "Trichothecene Mycotoxins: Pathophysiologic Effects" (V. R. Beasley, ed.), Vol. 1, pp. 161–170. CRC Press.

Creasia, D. A., Thurman, J. D., Wannemacher, R. W., and Bunner, D. L. (1990). Acute inhalation toxicity of T-2 mycotoxin in the rat and guinea pig. *Fundam. Appl. Toxicol.* **14**, 54–59.

Croft, W. A., Jarvis, B. B., and Yatawara, C. S. (1986). Airborne outbreak of trichothecene toxicosis. *Atm. Environ.* **20**, 49–552.

Cruse, M., Telerant, R., Gallagher, T., Lee, T., and Taylor, J. W. (2002). Cryptic species in *Stachybotrys chartarum*. *Mycologia* **94**, 814–822.

Dearborn, D. G., Dahms, B. B., Allan, T. M., Sorenson, W. G., Montana, E., and Etzel, R. A. (2002). Clinical profile of 30 infants with acute pulmonary hemorrhage in Cleveland. *Pediatrics* **110**, 627–637.

Dearborn, D. G., Yike, I., Miller, M. J., and Etzel, R. A. (1999). An overview of the investigation into pulmonary hemorrhage in infants in Cleveland, Ohio. *Environ. Health Perspect.* **107**(Suppl. 3), 495–499.

Demain, A. I. (1995). Why do microorganisms produce antimicrobials? *In* "Fifty Years of Antimicrobials: Past Perspectives and Future Trends" (P. A. Hunter, G. K. Darby, and N. J. Russel, eds.), pp. 205–239. Cambridge University Press, New York.

Elidimir, O., Colasurdo, G. N., Rossman, S. N., and Fan, L. L. (1999). Isolation of *Stachybotrys* from the lung of a child with pulmonary hemosiderosis. *Pediatrics* **104**, 964–966.

Etzel, R. A., Montana, E., Sorenson, W. G., Kullman, J., Allan, T. M., and Dearborn, D. G. (1998). Acute pulmonary hemorrhage in infants associated with exposure to *Stachybotrys atra* and other fungi. *Arch. Pediatr. Adolesc. Med.* **152**, 757–762.

Feinberg, B., and MacLaughlin, C. S. (1989). Biochemical mechanism of action of trichothecene mycotoxins. *In* "Trichothecene Mycotoxins: Pathophysiologic Effects" (V. R. Beasley, ed.), Vol. 1, pp. 27–36. CRC Press.

Flappan, S. M., Portnoy, J., Jones, P., and Barnes, C. (1999). Infant pulmonary hemorrhage in a suburban home with water damage and mold *Stachybotrys atra*. *Environ. Health Perspect.* **107**, 927–930.

Flemming, J., Hudson, B., and Rand, T. G. (2004). Comparison of inflammatory and cytotoxic lung response in mice after intratracheal exposure to spores of two different *Stachybotrys chartarum* strains. *Toxicol. Sci.* **78**, 267–276.

Gao, P., and Martin, J. (2002). Volatile metabolites produced by three strains of *Stachybotrys chartarum* cultivated on rice and gypsum board. *Appl. Occup. Environ. Hyg.* **17**, 430–436.

Gordon, W. A., Johanning, E. J., and Haddad, L. (1999). Cognitive impairment associated with exposure to toxigenic fungi. *In* "Bioaerosols, Fungi and Mycotoxins:

Health Effects, Assessment, Prevention and Control" (E. Johanning, ed.), Chapter I., pp. 94–98. Eastern New York Occupational and Environmental Health Center, Albany, New York.

Gregory, L., Pestka, J., Dearborn, D., and Rand, T. G. (2004). Satratoxin in *Stachybotrys chartarum* spores and spore impacted mouse lungs. *Toxicol. Pathol.* **32**, 26–34.

Gregory, L., Rand, G., Dearborn, D., Yike, I., and Vesper, S. (2003). Immunocytochemical localization of a hemolysin-like protein in *Stachybotrys chartarum* spores and spore impacted mouse lung tissues. *Mycopathologia* **156**, 109–117.

Gyonggyossy-Issa, M. I. C., Card, R. T., Fergusson, D. J., and Khachatourians, G. C. (1986). Prehaemolytic erythrocyte deformability changes caused by trichothecene T-2 toxin. *Blood Cells* **11**, 393–403.

Hammelman, E., Schwartze, J., Takeda, A., Oshiba, A., Larsen, G. L., Irvin, C. G., and Gelfand, E. W. (1997). Noninvasive measurement of Airway Responsiveness in Allergic Mice Using Barometric Plethysmography. *Am. J. Respir. Crit. Care Med.* **156**, 766–775.

Hastings, C. T., Rand, H. T., Bergen, J. A., Thliveris, A., Shaw, H. H., Mantsch, M. M., and Scott, J. E. *Stachybotrys chartarum* alters surfactant related phospholipids synthesis and CTP-cholinephosphate cytidylytransferase activity in isolated feral rat type II cells. *Toxicol. Lett.* (in press).

Haugland, R. A., Vesper, S. J., and Wymer, L. J. (1999). Quantitative measurement of *Stachybotrys chartarum* conidia using real time detection of PCR products with the TaqMan™ fluorogenic probe system. *Mol. Cell. Probes* **13**, 329–340.

Hinkley, S. F., Jiang, J., Mazzola, E. P., and Jarvis, B. B. (1999). Atranones: Novel diterpenoids from the toxigenic mold *Stachybotrys* atra. *Tetrahedron Lett.* **40**, 2725–2728.

Hinkley, S. F., Mazzola, E. P., Fettinger, J. C., Lam, Y.-F., and Jarvis, B. B. (2000). Atranones A. -G. from the toxigenic mold *Stachybotrys chartarum*. *Phytochemistry* **55**, 663–673.

Hintikka, E. L. (1978). Human Stachybotrytoxicosis. *In* "Mycotoxigenic Fungi, Mycotoxins, Mycotoxicoses" (T. D. Wyllie and L. G. Morehouse, eds.), pp. 87–89. Marcel Dekker.

Hodgson, M. J., Morey, P., Wing-Yan, L., Morrow, L., Miller, D., Jarvis, B. B., Robbins, H., Halsey, J. F., and Storey, E. (1998). Building associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. *JOEM* **40**, 241–249.

Jarvis, B. B., and Acierto, A. M. (1989). Anticancer properties of trichothecenes. *In* "Trichothecene Mycotoxicosis: Pathophysiologic Effects" (V. R. Beasley, ed.), Vol I, pp. 73–105. CRC Press, Boca Raton, Florida.

Jarvis, B. B. (1991). Macrocyclic trichothecenes. *In* "Mycotoxins and Phytoalexins in Human and Animal Health" (R. P. Sharma and D. K. Salunkhe, eds.), pp. 361–421. CRC Press, Boca Raton, Florida.

Jarvis, B. B., Salemme, J., and Morais, A. (1995). *Stachybotrys* toxins 1. *Nat. Toxins* **3**, 10–16.

Jarvis, B. B., Sorenson, W. G., Hintikka, E. -L., Nikulin, M., Zhou, Y., Yang, J., Wang, S., Hinkley, S., Etzel, R. A., and Dearborn, D. (1998). Study of toxin production by isolates of *Stachybotrys chartarum* and *Memnoniella echinata* isolated during a study of pulmonary hemosiderosis in infants. *Appl. Environ. Microbiol.* **64**, 3620–3625.

Jarvis, B. B. (2002). Chemistry and toxicology of molds isolated from water damaged buildings. *In* "Mycotoxins and Food Safety" (Trucksess *et al.*, eds.), pp. 43–52. Kluver Academic/Plenum Publishers.

Johanning, E. (1995). Health problems related to fungal exposure: the example of toxigenic *Stachybotrys chartarum* (atra). *In* "Fungi and Bacteria in Indoor Air Environments" (E. Johanning and C. S. Yang, eds.), pp. 201–208. Eastern New York Occupational Health Program, Latham, NY 12110.

Johanning, E., Biagini, R., Hull, D., Morey, P., Jarvis, B., and Landsbergis, P. (1996). Health and immunology study following exposure to toxigenic fungi (*Stachybotrys chartarum*) in a water-damaged office environment. *Int. Arch. Occup. Environ. Health* **68**, 207–218.

Kauffman, H. F., Tomee, J. F. C., van de Riet, M. A., Timmerman, A. J. B., and Borger, P. (2000). Protease-dependent activation of epithelial cells by fungal allergens leads to morphologic changes and cytokine production. *J. Allergy Clin. Immunol.* **105**, 1185–1193.

Khachatourians, G. C. (1990). Metabolic effects of the trichothecene T-2 toxin. *Can. J. Physiol. Pharmacol.* **68**, 1004–1008.

Kordula, T., Banbula, A., Macomson, J., and Travis, J. (2002). Isolation and properties of Stachyrase A, a chymotrypsin-like serine protease from *Stachybotrys chartarum*. *Infect Immun.* **70**, 419–421.

Korpi, A., Kasanen, J.-P., Raunio, P., Kosma, V.-M., Virtanen, T., and Pasanen, A.-L. (2002). Effects of areosols from nontoxic *Stachybotrys chartarum* on murine airways. *Inhal. Toxicol.* **14**, 521–540.

Larsen, F. O., Christensen, L. H., Clementsen, P., Gravesen, S., Stahl Skov, P., and Norn, S. (1996). Microfungi in indoor air are able to trigger histamine release by non-IgE-mediated mechanisms. *Inflam. Res.* **45**(Suppl. 1), S23–S24.

Lee, M.-G., Li, S., Jarvis, B. B., and Pestka, J. J. (1999). Effects of satratoxins and other macrocyclic trichothecenes on IL-2 production and viability of EL-4 thymoma cells. *J. Toxicol. Environ. Health* **57**, 459–474.

Leino, M., Makela, M., Reijula, T., Haathela, T., Mussalo-Rauhamaa, H., Hintikka, E.-L., and Alenius, H. (2003). Intranasal exposure to a damp building mold, *Stachybotrys chartarum*, induces lung inflammation in mice by satratoxin independent mechanisms. *Clin. Exp. Allergy* **33**, 1603–1610.

Li, S., Ouyang, Y., Yang, G.-H., and Pestka, J. (2000). Modulation of transcription factor AP-1 activity in murine EL-4 thymoma cells by vomitoxin (deoxynivalenol). *Toxicol. Appl. Pharmacol.* **163**, 17–25.

Madsen, A. M., Kildeso, J., and Poulsen, O. M. (2003). Micro-particles from fungi. *In* "5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health. Saratoga Springs," New York, September 10–12, 2003, Abstract F7.

Martinez-Burnes, J., Lopez, A., Lemke, K., and Dobbin, G. (2001). Transoral intratracheal inoculation method for use with neonatal rats. *Comp. Med.* **51**, 134–137.

Mason, C. D., Rand, T. G., Oulton, M., MacDonald, J. M., and Scott, J. E. (1998). Effects of *Stachybotrys chartarum (atra)* conidia and isolated toxin on lung surfactant production and homeostasis. *Natural Toxins* **6**, 27–33.

Mason, C. D., Rand, T. G., Oulton, M., MacDonald, J., and Anthes, M. (2001). Effects of *Stachybotrys chartarum* in juvenile mice. *Toxicol. Appl. Pharmacol.* **172**, 21–28.

McCrae, K. C., Rand, T., Shaw, R. A., Mason, C., Oulton, M. R., Hastings, C., Cherlet, T., Thliveris, J. A., Mantsch, H. H., MacDonald, J., and Scott, J. E. (2001). Analysis of pulmonary surfactant by Fourier-transform infrared spectroscopy following exposure to *Stachybotrys chartarum (atra)* spores. *Chemistry and Physics of Lipids* **110**, 1–10.

Miller, M., Yike, I., and Dearborn, D. (2002). Combined effects of passive smoke inhalation and exposure to *Stachybotrys chartarum* on respiration in newborn rat pups. *In*

"Pediatric academic Societies, 2002 Annual Meeting," May 4–7, Baltimore, abstract #2302.

Miller, J. D., Rand, T. G., and Jarvis, B. B. (2003). *Stachybotrys chartarum*: Cause of human disease or media darling? *Medical Mycology* **41**, 271–291.

Moon, Y., and Pestka, J. (2002). Vomitoxin induced cyclooxygenase-2 gene expression. *Toxicol. Sci.* **69**, 373–382.

Moutaouakil, M., Monod, M., Prevost, M. C., Bouchara, J. P., Paris, S., and Latge, J. P. (1993). Identification of the 33-kDa alkaline protease of *Aspergillus fumigatus in vitro* and *in vivo*. *J. Med. Microbiol.* **39**, 393–399.

Murtoniemi, T., Nevalainen, A., Suutari, M., Toivola, M., Komulainen, H., and Hirvonen, M. R. (2001). Induction of cytotoxicity and production of inflammatory mediators in raw 264.7 macrophages by spores grown on six different plasterboards. *Inhal. Toxicol.* **13**, 233–247.

Nagase, M., Shiota, T., Tsushima, A., Alam, M. M., Fukuoka, S., Yoshizawa, T., and Sakato, N. (2002). Molecular mechanism of satratoxin-induced apoptosis in HL-60 cells: Activation of caspase-8 and caspase-9 is involved in activation of caspase-3. *Immunol. Lett.* **84**, 23–27.

Nielsen, F. K. (2003). Mycotoxin production by indoor molds. *Fungal Genet. Biol.* **39**, 103–117.

Nielsen, F. K., Huttunen, K., Hyvaerinen, A., Andersen, B., Jarvis, B. B., and Hirvonen, M.-R. (2002). Metabolite profiles of *Stachybotrys* isolates from water-damaged buildings and their induction of inflammatory mediators and cytotoxicity in macrophages. *Mycopathologia* **154**, 201–205.

Nikulin, M., Reijula, K., Jarvis, B. B., and Hintikka, E.-L. (1996). Experimental lung mycotoxicosis in mice induced by *Stachybotrys atra*. *Int. J. Exp. Path.* **77**, 213–218.

Nikulin, M., Reijula, K., Jarvis, B. B., Veijalainen, P., and Hintikka, E.-L. (1997). Effects of intranasal exposure to spores of *Stachybotrys atra* in mice. *Fund. Appl. Toxicol.* **35**, 182–188.

Ouyang, Y. L., Li, S., and Pestka, J. J. (1996a). Effects of vomitoxin (deoxynivalenol) on transcription factor NF-kappa B/Rel binding activity in murine EL-4 thymoma and primary CD4+ T cells. *J. Toxicol. Appl. Pharmacol.* **140**, 328–336.

Ouyang, Y. L., Azcona-Olivera, J. I., Murtha, J., and Pestka, J. J. (1996b). Vomitoxin-mediated IL-2, IL-4, and IL-5 superinduction in murine CD4+ T cells stimulated with phorbol ester calcium ionophore: relation to kinetics of proliferation. *Toxicol. Appl. Pharmacol.* **138**, 324–334.

Pang, V. F., Lambert, R. L., Felsburg, P. J., Beasley, V. R., Buck, W. B., and Haschek, W. M. (1987). Experimental T-2 toxicosis in swine following inhalation exposure: Effects on pulmonary and systemic immunity and morphologic changes. *Toxicol. Pathol.* **15**, 308–319.

Pasanen, A.-L., Nikulin, M., Tuomainen, M., Parikka, P., and Hintikka, E.-I. (1993). Laboratory experiments on membrane filters sampling of airborne mycotoxinsproduced by *Stachybotrys atra* Corda. *Atm. Environ.* **27A**, 9–13.

Peltola, J., Niessen, L., Nielsen, K. F., Jarvis, B. B., Andersen, B., Salkinoja-Salonen, M., and Möller, E. M. (2002). Toxigenic diversity of two different RAPD groups of *Stachybotrys chartarum* isolates analyzed by potential for trichothecene production and for boar sperm cell motility inhibition. *Can. J. Microbiol.* **48**, 1017–1029.

Pestka, J. J., Moorman, M. A., and Warner, R. L. (1989). Dysregulation of IgA production and IgA nephropathy induced by the trichothecene vomitoxin. *Food Chem. Toxicol.* **27**, 361–368.

Phalen, R. F., and Oldham, M. J. (2001). Methods for modeling particle deposition as a function of age. *Respir. Physiol.* **128**, 119–130.

Rand, T. G., Mahoney, M., White, K., and Oulton, M. (2002). Microanatomical changes associated with alveolar type II cells in juvenile mice exposed to *Stachybotrys chartarum* and isolated toxin. *Toxicol. Sci.* **65**, 239–245.

Rand, T. G., White, K., Logan, A., and Gregory, L. (2003). Histological, immunohistochemical and morphometric changes in lung tissue in juvenile mice experimentally exposed to *Stachybotrys chartarum* spores. *Mycopathologia* **156**, 119–131.

Rao, C. Y., Brain, J. D., and Burge, H. A. (2000a). Reduction of pulmonary toxicity of *Stachybotrys chartarum* spores by methanol extraction of mycotoxins. *Appl. Environ. Microbiol.* **66**, 2817–2821.

Rao, C. Y., Burge, H. A., and Brain, J. D. (2000b). The time course of responses to intratracheally instilled toxic *Stachybotrys chartarum* spores in rats. *Mycopathologia* **149**, 27–34.

Raunio, P., Karkkainen, M., Virtanen, T., Rautiainen, J., and Pasanen, A.-L. (2001). Preliminary description of antigenic components characteristic of *Stachybotrys chartarum*. *Env. Res.* **85**(Section A), 246–255.

Rosenblum, J. H., Molina, R. M., Donaghey, T. C., and Brain, J. D. (2002). Murine pulmonary responses to *Stachybotrys chartarum* have genetic determinants. *Am. J. Respir. Crit. Care Med.* **165**, A 537.

Rylander, R. (1999). Indoor air-related effects and airborne (1 → 3)-$\beta$-D-glucan. *Environ. Health Perspect.* **107**(Suppl. 3), 501–503.

Sakamoto, K., Tsujii, E., Miyauchi, M., Nakanishi, T., Yamashita, M., Shigematsu, N., Tada, T., Shizue, I., and Ohuhara, M. (1993). FR901459, a novel immunosupressant isolated from *Stachybotrys chartarum* No.19392. Taxonomy of the producing organism, fermentation, isolation, physico-chemical properties and biological activities. *J. Antibiot.* **46**, 1788–1798.

Sarkisov, A. Kh., and Orshanskaiya, V. N. (1944). Laboratory diagnosis of toxic strains of *Stachybotrys alternans*. *Veterinariya* **21**, 38–40.

Shelton, B. G., Kirkland, K. H., Flanders, W. D., and Morris, G. K. (2002). Profiles of airborne fungi in buildings and outdoor environments in the United states. *Appl. Environ. Microbiol.* **68**, 1743–1753.

Sorenson, W. G., Gerberick, G. F., Lewis, D. M., and Castranova, V. (1986). Toxicity of mycotoxins for the rat pulmonary macrophage *in vitro*. *Environ. Health Perspect.* **66**, 45–53.

Sorenson, W. G., Frazer, D. G., Jarvis, B. B., Simpson, J., and Robinson, V. A. (1987). Trichothecene mycotoxins in aerosolized conidia of *Stachybotrys atra*. *Appl. Environ. Microbiol.* **53**, 1370–1375.

Sorenson, W. G., Jarvis, B., Zhou, Y., Jiang, J., Wang, S., Hintikka, E.-L., and Nikulin, M. (1996). Toxine in Zusammenhang mit *Stachybotrys* und *Memnoniella* in Hausen mit Wasserschaden. *In* "18 Mycotoxin Workshop" (M. Gareis and R. Scheuer, eds.), 18 Mycotoxin Workshop, pp. 207–214. Institut fuer Mikrobiologie und Toxicologie der Bundesanstalt fuer Fleischforschung. Kulmbach, Germany.

Sumarah, M. W., Rand, T. G., Mason, C. D., Oulton, M., MacDonald, J., and Anthes, M. (1999). Effects of *Stachybotrys chartarum* spores and toxin on mouse lung surfactant phospholipid composition. *In* "Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control" (E. Johanning, ed.), pp. 444–452. Eastern New York Occupational and Environmental Health Center, Albany, New York.

Thurman, J. D., Creasia, D. A., and Trotter, R. W. (1988). Mycotoxicosis caused by aerosolized T-2 toxin administered to female mice. *Am. J. Vet. Res.* **49**, 1928–1931.

Van Emon, J. M., Reed, A. W., Yike, I., and Vesper, S. J. (2003). Measurement of Stachylysin™ in serum to quantify human exposures to the indoor mold *Stachybotrys chartarum*. *JOEM* 45, 582–591.

Vesper, S. J., Dearborn, D. G., Yike, I., Sorenson, W. G., and Haugland, R. A. (1999). Hemolysis, toxicity and RAPD analysis of *Stachybotrys chartarum* strains from the Cleveland pulmonary hemorrhage outbreak and non-Cleveland strains. *Appl. Environ. Microbiol.* 65, 3175–3181.

Vesper, S., Dearborn, D. G., Elidemir, O., and Haugland, R. A. (2000). Quantification of siderophore and hemolysin from *Stachybotrys chartarum* strains including a strain isolated from the lung of a child with pulmonary hemorrhage/hemosiderosis. *Appl. Environ. Microbiol.* 66, 2678–2681.

Vesper, S. J., Magnuson, S., Dearborn, D., Yike, I., and Haugland, R. A. (2001). Initial characterization of the hemolysin from *Stachybotrys chartarum*. *Infect. Immun.* 69, 912–916.

Vesper, S. J., and Vesper, M. (2002). Stachylysin may be a cause of hemorrhaging in humans exposed to *Stachybotrys chartarum*. *Infect. Immun.* 70, 2065–2069.

Viana, M. E., Coates, N. H., Gavett, S. H., Selgrade, M. K., Vesper, S. J., and Ward, M. D. W. (2002). An extract of *Stachybotrys chartarum* causes allergic asthma-like responses in Balb/c mouse model. *Toxicol. Sci.* 70, 98–109.

Weiss, A., and Chidekel, A. S. (2002). Acute pulmonary hemorrhage in a Delaware infant after exposure to *Stachybotrys atra*. *Delaware Medical Journal* 74, 363–368.

West, J. B., and Mathieu-Costello, O. (1995). Vulnerability of pulmonary capillaries in heart disease. *Circulation* 92, 622–631.

Wilkins, C. K., Larsen, S. T., Hammer, M., Poulsen, O. M., Wolkoff, P., and Nielsen, G. D. (1998). Respiratory effects in mice exposed to airborne emissions from *Stachybotrys chartarum* and implications for risk assessment. *Pharmacol. Toxicol.* 83, 112–119.

Yang, G.-H., Jarvis, B. B., Chung, Y.-J., and Pestka, J. J. (2000). Apoptosis induction by satratoxins and other trichothecene mycotoxins: Relationship to ERK, p38 MAPK, and SAPK/JNK activation. *Toxicol. Appl. Pharmacol.* 164, 149–160.

Yike, I., Allan, T., Sorenson, W., and Dearborn, D. (1999). Highly sensitive protein translation assay for trichothecene toxicity in airborne particulates: Comparison with cytotoxicity assays. *Appl. Environ. Microbiol.* 65, 88–94.

Yike, I., Miller, M. J., Tomashefski, J., Walenga, R., and Dearborn, D. (2001). Infant rat model of *Stachybotrys chartarum* induced mycotoxicosis. *Mycopathologia* 154, 139–152.

Yike, I., Rand, T., and Dearborn, D. (2002). Proteases from the spores of *S. chartarum*. *Am. J. Respir. Crit. Care Med.* 165, A 537.

Yike, I., Vesper, S., Tomashefski, J., and Dearborn, D. (2003a). Germination, viability and clearance of *Stachybotrys chartarum* in the lungs of infant rats. *Mycopathologia* 156, 67–75.

Yike, I., Rand, T., Walenga, R., and Dearborn, D. (2003b). Acute inflammatory responses to *S. chartarum* in the lungs of infant rats: Time course and possible mechanisms. *Am. J. Respir. Crit. Care Med.* 167, p. A205.

Young, S.-H., Robinson, V. A., Barger, M., Whitmer, M., Porter, D. W., Frazer, D. G., and Castranova, V. (2003). Exposure to particulate (1→3)-β-D-glucans induces greater pulmonary toxicity than soluble(1→3)-β-D-glucan in rats. *Toxicol. Environ. Health A* 66, 25–38.

Zilinskas, R. A. (1997). Iraq's biological weapons: The past as future? *J. Am. Med. Assoc.* 278, 418–424.