tabbies

EXHIBIT

3 cont.

part 3

# Fungal Hypersensitivity: Pathophysiology, Diagnosis, Therapy

VINCENT A. MARINKOVICH

*Department of Pediatrics, Stanford Medical School*
*Stanford, California 94305*


| | | |
|---|---|---|
| I. | Introduction | 289 |
| II. | Health Effects of Fungi | 290 |
| | A. Innate and Adaptive Immunity | 290 |
| III. | Clinically Relevant Characteristics of Fungi | 292 |
| IV. | Diagnosis | 293 |
| | A. Antibodies or Lack Thereof | 293 |
| | B. Individual Variations in Response | 294 |
| | C. Hypersensitivity | 295 |
| V. | Symptoms | 295 |
| VI. | Mycotoxins | 296 |
| VII. | The Role of IgE and Non-IgE Mechanisms | 297 |
| | A. Immune Complexes | 298 |
| VIII. | Therapy | 299 |
| | A. Environmental Molds | 300 |
| | B. Food Molds | 300 |
| | C. Colonization | 301 |
| | D. Antifungals | 302 |
| IX. | Conclusion | 305 |
| | References | 305 |


## I. Introduction

The comments contained herein are those of a clinical immunologist whose major professional activity is patient care. Over the last several years, as the general awareness of fungal exposure as a cause of illness has grown, more and more patients have been presenting themselves for diagnosis and treatment after exposure to homes and offices heavily contaminated by fungi. The Internet has come to play a major role in the dissemination of good, and some not so good, information about fungal diseases, and the number of patients has mushroomed. Most American trained physicians have had little instruction in mycology and tend to dismiss or minimize the possibility of fungal illness except for certain generally accepted special situations. These would include immunologically deficient patients, *Candida* infections in women, thrush in newborns, skin infections such as ringworm and athlete's foot, and lung infections in areas endemic for histoplasmosis



ADVANCES IN APPLIED MICROBIOLOGY, VOLUME 55
Copyright 2004, Elsevier Inc.
All rights reserved.
0065-2164/04 $35.00

or coccidioidomycosis. Even allergists who limit themselves to skin tests for diagnosing hypersensitivity ignore patients complaining of serum sickness–like symptoms (e.g., headaches, rash, malaise, joint pain, etc.) following exposure to moldy environments and often refer them for psychiatric care (Terr, 2001). The unfortunate patient has nowhere to turn except to those few physicians who have listened to their patients, believe what they say, and accept the challenge to try to help. These physicians have gone to the Internet or the medical literature and developed scientifically inspired diagnostic and treatment programs that have proven to be helpful to their patients. I stand among these physicians, and I would vigorously defend the scientific basis and efficacy of my approach to the diagnosis and treatment of patients suffering from exposure to high ambient levels of fungi in indoor environments. My best thoughts on the subject are offered herein.

## II. Health Effects of Fungi

There is much about the health effects of fungi that is not understood. Exposure to high ambient fungal spore levels in a water-damaged home or building is, more likely than not, a mixed bag. Not only are more than one fungal genus likely to be present, but bacteria such as *Legionella* or *Actinomyces* may be present in sufficient quantities to add complexity to the resulting symptoms (Fink, 1984). Endotoxins are frequently found in abundance when Gram-negative bacteria abound, as when sewage is the source of the water (Rylander, 2002). In addition, insects such as mosquito larvae or other mold-feeding insects (mites) may be contributing to the airborne organic particle burden. Even large rodent populations have been discovered in older, run-down, water-damaged homes and buildings. All of these can contribute to the disease patterns seen in patients exposed to "fungi" in water-damaged structures.

### A. Innate and Adaptive Immunity

Fungal exposure itself can produce a confounding array of symptoms as different elements of the body's defense systems are triggered. Early in the course of exposure, the innate immune system can be activated as endotoxins or fungal elements enter the body tissues. This inflammation can proceed without any involvement of the adaptive immune system with its antibodies and activated T-cells (Kauffman *et al.*, 2000).

However, after a few days or weeks of antigen presentation on an inflamed mucosa, the adaptive system is likely to become involved as antibodies and T-cells specifically reactive to fungal antigens are generated. This will add to the inflammation of the affected tissues. Finally, fungal elements become directly involved if mycotoxins or other inflammatory triggers are formed that can cause toxic injury to specific organ systems. One need only be reminded of such fungal compounds as alcohol, lysergic acid (LSD), antibiotics, cyclosporin, or mushroom toxins to appreciate the ability of such organic molecules to cause symptoms.

Physicians who treat patients with mold-related problems are often challenged by the variations in the disease symptoms and the multi-organ involvement that are presumably the result of exposure to environments heavily contaminated with fungi. They may accept the likelihood that fungal exposure is the cause of their patient's symptoms but not understand the underlying pathophysiology. Still, an attempt is made to treat the patient, essentially by utilizing various programs that remove the patient from the fungi. Over time, they learn that the clinical patterns seen in such patients are consistent, the diagnosis can be accurately made, and the response to therapy is very good.

There are other physicians who deny that fungi as encountered in homes or office-type work spaces are capable of causing illness. These physicians generally are not primary caregivers and can dismiss the patient's complaints because of their apparent complexity without a consequence. They are better designated as theorists who base their negativity on arguments that the lack of sufficient evidence-based proof of a causal relationship of fungal exposure to human disease proves that such a relationship is not possible. They dismiss all case reports (Marinkovich *et al.*, 1975) (Fink *et al.*, 1971), epidemiological studies (Dearborne, 2002) (Etzel *et al.*, 1998), and clinical observations of experienced clinicians as worthless and such patients as malingerers or psychiatrically disturbed (Hardin *et al.*, 2003). They seem to lack the vision to accept the challenge of the possibility that injury to multiple organ systems may result from exposure to large amounts of fungus-derived materials (such as spores and/or mycotoxins) in a home or office environment. They are wrong, and they can do a great deal of harm. First in denying the patient's symptoms, and second by blocking disability requests from such patients injured by exposure to fungi in their workplaces. They are guilty of using poor scientific logic because it is closed-minded. Such

thinking has no place in a medical setting where there are sick patients who need help.

### III. Clinically Relevant Characteristics of Fungi

Fungi are nature's recyclers. They are extremely abundant in nature, carrying the mandate to reduce all organic matter to its basic constituents. The organisms are armed with several features that allow them to satisfy this mandate. They are microscopic cells that are numerous in all climates where temperatures are above freezing; they exist in two forms: an active, growing form and a dormant, hardy, drought-resistant and easily wind-borne form (the spore, also known by the scientific name of conidia). They are superbly versatile and can grow on virtually any wet surface. They secrete their digestive enzymes (Kurup, 2003), digest their environment, and absorb their necessary foodstuffs from their immediate, digested environment. Among the products of digestion are toxins (known as *mycotoxins* because they are derived from fungi), which help them control the potential intrusion of competing organisms into their space. Each of these characteristics plays a role in the disease patterns seen in fungal illness.

The job of fungal spores is to broadcast the organism widely in the environment. They are tiny, lightweight, and easily airborne. They are in all natural environments the most prevalent particles in the air at all times. Even at the height of a pollen season, the pollen particles are outnumbered 10 to 1 by fungal spores. The human body is marvelously equipped to deal with such large numbers of potentially infectious particles in the air. The filtering capacity of the nasal mucosa easily removes the larger spores, greater than 10 microns in diameter, from the inspired air. Once trapped on the mucosa, the tiny hairs on mucosal surfaces (cilia) move the particles toward the throat where they are swallowed and destroyed by the acid in the stomach. Some of the smaller spores, less than 10 microns in diameter, may be inhaled into the lungs (Geiser *et al.*, 2000). However, even here the normal self-cleansing functions of the lung, which includes its own cilia and mucus production, are mobilized, and particles are moved upward and swallowed. A small subset of the tiniest spores, less than 3 microns in diameter, may be inhaled and trapped in the alveoli and terminal bronchioles beyond the reach of the cilia. They are handled by the scavenger cells in the lungs, the alveolar macrophages.

This is extremely important to understanding the pathophysiology of fungal exposure, because once the fungal elements have reached

the alveoli they have entered the tissue space from which they can be absorbed into the blood stream.

## IV. Diagnosis

The diagnosis of fungal hypersensitivity syndrome rests on four criteria: exposure to an identified heavily contaminated source, appropriate symptoms temporally related to exposure, high serum-specific IgG levels to molds, and finally, a positive response to therapy. IgE antibodies are usually not involved in hypersensitivity phenomena secondary to exposure to high-dose antigen such as fungi, foods, and occupational exposures to organic matter (Fink, 1984). Skin tests are therefore of little if any value. The fourth criterion for diagnosis is an essential feature of all medical therapy—namely, the clinical improvement resulting from a fungal avoidance regimen. When this condition is not met, the diagnosis must be revisited. Either avoidance is inadequate, therapy is insufficient, or the diagnosis is wrong.

### A. Antibodies or Lack Thereof

Everyone is exposed to fungi in daily living, and therefore antibodies to fungi are found in nearly everyone. They have been shown to be protective, except for patients whose immune systems are inadequate in response. These patients are extremely susceptible to fungal infection. In such cases—for example, AIDS patients, cancer patients (especially if on chemotherapy), transplant recipients on immunosuppressive drugs, and patients with acquired or congenital immune deficiency, especially involving cellular immunity—fungal colonization can be life threatening. In most healthy individuals, the constant exposure to ambient fungal spore levels is handled easily by normal mucosal cleansing mechanisms and the ever-vigilant immune system. Ill effects do not generally occur in the normal population. However, this statement is not true for all otherwise "healthy" individuals. The extreme example of this is seen in certain occupational fungal diseases—for example, farmer's lung (Emanuel *et al.*, 1964), malt workers pneumonitis (Riddle *et al.*, 1968), etc—where enormous exposures occur on a daily basis and virtually everyone can be symptomatic. In such cases the inflammatory changes produced in the lungs can cause severe destruction of lung tissue, extensive colonization of lungs with fungi and bacteria, and slow progression to respiratory deficiency and death (Pepys, 1969). Such patients must be treated aggressively with complete cessation of further exposure, high doses of systemic and

inhaled antifungals (Nark *et al.*, 2003; Stevens *et al.*, 2000), and the judicious use of systemic steroids to reduce inflammation and arrest the progressive damage or remodeling of the lungs (Kaltreider, 1993). Steroids actually encourage fungal growth by suppressing the inflammatory reaction, and their use must be carefully monitored to walk the tightrope between too much steroid, encouraging fungal growth, and too little, allowing progressive destruction of lung tissue.

### B. Individual Variations in Response

The levels of fungi in contaminated homes and office buildings may be quite high but are generally not nearly as high as those encountered in the special occupational situations previously mentioned above. Still, they are high enough to cause serious illness in non-immuno-compromised individuals (Burr, 2001). A considerable variation in response to moldy homes among members of the family is common. In some cases all members of the family are affected, with some small variations in severity and in the organs infected (e.g., skin, lungs, sinuses, gastrointestinal tract, headaches, etc.). In other instances the variation in severity of illness can be considerable among family members; one person at one extreme may be quite ill, even disabled, while another at the other extreme has little to show for the exposure. This is understandable in that not all rooms in the house may be equally contaminated and those sleeping in the rooms with highest levels of contamination are likely to have more severe symptoms. Variations may be seen in the amount of time each individual spends at home. And then there is genetic polymorphism, where each individual is endowed with his own unique immune responsiveness and two individuals in the same family or bloodline may respond quite differently to the same exposure. In studies done with serum sickness in which normal, healthy individuals were given different volumes of horse serum intravenously, some individuals developed symptoms (Von Pirquet, 1951) with relatively low volumes of serum while others required 10 times more serum to show the same symptoms. The conclusion of these studies was that everyone was susceptible but that there is a dose-dependent susceptibility among different individuals.

Sustained exposure to airborne fungal spores at levels far below the occupational disease levels in otherwise normal healthy individuals will produce symptoms in some percentage of patients. The exact percentage of susceptible individuals is likely to be low, perhaps under 1% of the population. But with the widespread contamination of homes and workplaces in this country—with perhaps 30% of the

schools, homes, and offices involved—the actual number of affected individuals can easily reach 1 million. One percent of the population is about 3 million individuals, and a third of these would be 1 million. This is an epidemic. Unfortunately, many of these cases are not recognized by the medical community and go undiagnosed and untreated. Thanks to the Internet and the media publicizing the results of litigation involving mold cases, the public's awareness of the problem has grown. Hopefully, this will induce more health caregivers to learn about fungal illness.

### C. Hypersensitivity

The human immune response, part of the body's system of adaptive immunity, can be amazingly sensitive. A person allergic to cats can sense the presence of cat dander in a room months after the cat has departed. And rarely, one reads of a sudden death from anaphylaxis provoked by exposure to a tiny amount of antigen such as vespid venom from a single bee sting or the steam rising from a fish stew, or tiny particles of peanut contaminating a package of almonds processed on machinery previously used to process peanuts (Samson, 1992). The extreme sensitivity potential of the immune system is rarely seen but frightening when it occurs. When the number of individuals exposed to such spore levels is very high—as seems to be the case today in homes, schools, and workplaces—a significant number of cases will occur. To deny this is akin to denying the existence of significant pollen or cat allergies because the great majority of people do not show such symptoms on exposure. Genetic polymorphism is the basis for a considerable number of differences within the human population, and the immune response, based on the same mechanisms, shows the same wide variations in response among individuals.

## V. Symptoms

While the symptoms seen in patients exposed to high ambient levels of fungal elements can vary a great deal among different individuals, a fairly consistent pattern of illness is seen in patients presenting with sufficient symptoms to warrant seeing a physician. Most patients describe a progression of symptoms beginning a few months to a few years after the onset of exposure (e.g., moving into a mold-infested house). Initially the complaints are nasopharyngeal (sore throats, hoarseness, stuffy nose, transient hearing loss) or pulmonary (cough, wheezing, shortness of breath). With time, symptoms progress to

include headaches, fatigue, rashes, vertigo, muscle and joint pain, fever, recurrent sinus or ear infections, etc. (Rylander, 1994). Many of these symptoms are the result of an overactive immune system trying desperately to overcome what it perceives to be an overwhelming infection. The immune system generates antibodies to the absorbed materials (or antigens). These antibodies react with the antigens to form immune complexes, which is all part of the body's normal immune elimination function. These complexes are quickly taken up by scavenger cells, which remove the complexes from the circulation, thus limiting their inflammatory effects. When complex formation continues over a long period of time, this clearing mechanism can become overloaded. The complexes then remain in the blood stream, causing myriad symptoms, known to clinical immunologists as *serum sickness* or *immune complex disease* (Cochrane *et al.*, 1973). To the patient, the symptoms appear to be a severe, unrelenting flu syndrome. When one looks up in the older literature the classical symptoms seen in serum sickness, they are exactly those symptoms the patients with fungal illness describe to their physician (Von Pirquet, 1951).

Since hypersensitivity states develop only after relatively long exposure times, normal children under 10 years of age do not have significant antibody titers to fungi. However, when children experience very high exposure levels in the home or school, measurable antibody levels appear rather quickly—that is, within a few months of exposure. Normal mature adults living in temperate or tropical climates commonly show antibody activity toward fungi and experience symptoms following unusual exposures. The onset of symptoms often follows exposures by 1 or 2 days, the symptoms are not recognized for what they are, and the symptoms are likely to be diagnosed as a virus infection.

## VI. Mycotoxins

Mycotoxins are the most respected of fungal products for their potential to cause serious illness through their direct biochemical action on key body functions (Croft *et al.*, 1986; Johanning *et al.*, 1996; Leino *et al.*, 2003). The immune system is not involved. One of these, aflatoxin, is known to be among the most potent of carcinogens. Another group, trichothecenes, are toxins released by the fungus *Stachybotrys atra* (also known as *chartarum*) as well as others. There is controversy regarding the role of trichothecene mycotoxins in pulmonary hemosideroisis (Dearborn *et al.*, 1999). Other toxins can affect various hormonal, neurological, and other body functions to produce serious health effects (Sorenson, 1999). They are so effective in certain

biological activities that they have been harnessed by the pharmaceutical and food industries for commercial use such as antibiotics, immune suppressants to control graft rejection, medicine for cholesterol control, and enzymes used in food processing and preservation. Mycotoxins are produced by fungi under specific growth conditions, and their role in human illness is not well understood. Exposure to certain mycotoxins producing organisms such as *Stachybotrys* seem to cause neurological damage seen as short-term memory loss, cognitive dysfunction, inability to concentrate, and "fuzzy thinking." There are common complaints of patients with fungal illness. The changes seem to be reversible, at least in part, but they can take years to resolve. Hyperactive immune systems responding to the influx of fungal antigens following chronic exposures are much more likely to be a cause of symptoms in most individuals.

## VII. The Role of IgE and Non-IgE Mechanisms

Allergists have accepted the role that fungal spores can play in eliciting allergy symptoms in susceptible individuals. This is akin to the effects of other airborne organic particles such as pollen, animal dander, and insect dust. The illness affects only individuals programmed genetically to make large quantities of specific IgE antibodies on exposure to relatively small amounts of allergen. This is type I immunopathology, as defined by Gell and Coomb (Gell *et al.*, 1964) and involves the release of pre-formed histamine and other biologically active cytokines from sensitized mast cells and basophils. Symptoms include watery nasal discharge, sneezing paroxysms, and itching of the naso-oro-pharyngeal mucosa and tearing eyes and can be significantly disabling. Symptoms disappear quickly on cessation of exposure, leaving little or no residual effects. It has been suggested that perhaps 5 percent of the population may be affected in this way by fungi, although those numbers will vary in different climates (e.g., more in Florida than New Mexico). The great majority of patients presenting with symptoms of fungal illness do not show IgE antibody to the fungus (Fink, 1984). This may be the result of isotype switching from IgE to IgG production as stimulation of the immune system increases. When this happens, far more elaborate and damaging immune responses can be generated by the body following exposure to large amounts of fungal particles, especially when the exposure is chronic. These illnesses were originally described in association with various occupational exposures in unprotected workers such as farmer's lung, bagassosis in sugar cane workers, and many others. More recently such conditions

have been identified and studied in office workers whose workplace is contaminated by fungi (especially in buildings with closed ventilation systems [Fink, 1984]), in individuals exposed to swamp coolers (Marinkovich *et al.*, 1975) or contaminated air conditioners in the home (Banaszak *et al.*, 1970), and in many other school, home, and workplace exposures, generally as case reports involving a few patients per report (Cakmak *et al.*, 2002; Dales *et al.*, 1991; Hodgson *et al.*, 1998). These symptoms can occur in all individuals with normal immunity because they are ultimately manifestations of a robust immune response to a heavy unrelenting airborne fungal load with consequential overload of clearing mechanisms or macrophages and the activation of inflammatory processes.

Although the general immune response to a heavy fungal antigen exposure may consist of all the immunoglobulin isotopes (IgA, IgM, IgG, IgD, and IgE) plus sensitized lymphocytes or T-cells, specific IgG is the most efficient single marker of generalized immune responses. Specific IgG antibody levels to fungi are not diagnostic when taken alone. However, antibody levels to fungi are directly proportional to levels of exposure in any individual, and generally high exposure levels result in high antibody titers. These antibody levels drop when the patient's exposure to the offending fungi ends. When elevated, they are helpful in arriving at the presumptive diagnosis, and repeat measurements at 4- to 6-month intervals help verify compliance with the fungal avoidance program and help monitor the success of therapy.

### A. Immune Complexes

The presence of antibody in the serum is not pathologic in itself. All the immunoglobulins normally present in the tissues, with possible rare exceptions, are antibodies, and they contribute to the immune state. It is only when antigens combine with antibodies that immune complexes are formed and a potentially pathologic state is initiated. Immune complexes are not stable, since the union is one of complimentary surface configurational attraction between two or more molecules produced by Van der Wall forces. The complexes can easily be disrupted as the conditions in solution change. Changes in temperative, relative numbers of reacting molecules, their nature, the epitope specificity of the reacting antibodies, etc., can all effect changes in the size, shape, surface charges, and solubility of the complex. These factors are the ones that determine the inflammatory potential of the complexes formed and whether the complexes will tend to be deposited in kidneys, joints, blood vessel walls, skin, lungs, etc. (Cochrane

*et al.*, 1973). Because of the inherent instability of immune complexes in tissue and serum, they are difficult to study. Interest in understanding immune complexes was very high in the 1950s and 1960s and quickly dissolved when IgE was discovered (Ishizaka *et al.*, 1966) and the attention of the immunological research teams was attracted to the newly defined antibody responsible for classical allergy symptoms, Type I of Gell and Coombs.

There are sound scientific reasons why specific IgG antibodies to fungi are not always diagnostic. Some individuals with high antibody levels to fungi remain symptom free during re-exposure. Such individuals may be less likely to produce the toxic immune complexes required to induce symptoms by virtue of the fungal antigen epitopes to which they respond. They may respond to minor epitopes that allow measurement of the antibody but which do not engage in the formation of toxic immune complexes. Other individuals may have a vast scavenger system, which can rapidly take up and extinguish all immune complexes generated before symptoms can ensue. Other individuals may satisfy the high exposure and the appropriate symptom requirements and have relatively low total specific antibody levels to fungi. They may be poor antibody responders with an even lower capacity to deal with immune complexes. The observation that they can still experience flu-like symptoms following fungal exposure demonstrates that a relatively low antibody level can still produce significant, disabling symptoms. Mold toxins can be powerful immune suppressors. It is sobering to remember that there would be no organ transplant program without the availability of fungal toxins (e.g., cyclosporin). It is possible and even likely that the fungal exposure of some patients will include exposure to immune suppressive mycotoxins. Another cause for low antibody levels in a symptomatic patient could be iatrogenic. Many patients develop arthritic symptoms and present themselves to rheumatologists who may choose to use an immunosuppressive drug such as methotrexate to treat the arthritis. Such a drug will certainly depress the immune response and relieve the severity of arthritic symptoms while masking what could be the real trigger for the arthritis.

## VIII. Therapy

The therapy of all hypersensitivity diseases must be based on avoidance. In the case of fungi, it is important to recognize that there are three sources of exposure: The airborne particles, mostly spores, which result from water intrusion at home, school, and work; ingestion (as in the enormous amounts and types of fungal products used by the food

Case 4:03-cv-04019-KES Document 219-6 Filed 12/07/04 Page 13 of 90 PageID #: 3781



industry); and colonization of skin, lung, sinuses, and other mucosal surfaces.

### A. Environmental Molds

A moldy environment must be remediated or destroyed. All sources of water intrusion have to be discovered and sealed. All wetted surfaces must be completely dried (e.g., both sides of sheet rock), and any surfaces showing fungal proliferation must be replaced, including walls, floors, carpets and pads, cabinets, furniture, etc. In many cases of fungal hypersensitivity, the affected individual may not be able to return to the remediated space because his sensitivity is too great for the level to which remediation may reduce fungal efflux. There is a simple canary-in-the-mine parallel. No amount of surveying the remediated site can assure that the patient will be able to tolerate the reduced fungal levels. More times than not, they cannot. Avoidance may require a move to different quarters.

High-efficiency particulate air filters (HEPA) are useful in removing spores from the air. They remove a great majority of the particles greater than 0.3 microns in size, which includes all mold and bacterial spores. However, a heavily mold-infested indoor space may overwhelm the ability of a HEPA room air purifier to significantly reduce ambient spore levels. In some cases, ozone generators have proven useful. They must be used at full power inside sealed, vacant rooms for a full day to significantly reduce fungal growth. It is important to stress that occupants should not be exposed to ozone, which is toxic. The ozone is unlikely to kill spores or deeply situated mycelial elements. Therefore, the process generally has to be repeated at least bimonthly. The ozone levels achieved in the room may not be safe at any times for individuals with asthma, chronic obstructive pulmonary disease (COPD), or other forms of respiratory distress; however, handling the ozoning process (i.e., initiating and terminating the treatment) is only slightly disagreeable to the normal individual. Mold cells are similar to human cells in their makeup, which means that ozone levels likely to kill mold cells are also likely to irritate the human respiratory mucosa.

### B. Food Molds

Fungi are prolific enzyme and toxin generators, which is the basis for much of their use in modern food technology. Bread will rise more quickly and require less baking time and lower baking temperatures if amylase is added to the dough. The amylase digests the cross-linkages

of the cellulose in the dough, making it less tough. This results in considerable economic gain for the baking industry. Its downside is that it has produced substantial illness in bakers, and it loads the bread with mold products that add to the burden of a mold-sensitive individual. These additives are listed on the ingredient labels of breads as dough conditioners or malted grains (for malt, read *mold*). Fruit juice manufacturers discovered that if hemicellulases (of fungal origin) are added to the crushed fruit prior to squeezing out the juice, the yield can increase as much as 25%. The enzymes digest the cellulosic structure of the fruit and allow more juice to be obtained from the cells. This is a wonderful economic gain for juice makers but adds fungal elements to the juice.

Citric acid is perhaps the greatest misnomer in the ingredients listing of any food. It is added to most processed foods including soft drinks, jams and jellies, frozen meals, etc., as a preservative. It conjures up visions of lemons, oranges, and limes. It is none of these; it is a direct product of *Aspergillus* fermentation in commercial quantities. It is a highly impure "citric acid" contaminated by many other *Aspergillus* products including toxins, antibiotics, etc. One wonders if pure citric acid would confer the same excellent preservative properties as commercial "citric acid" on foods? Again, this is an excellent product for the food industry in extending the shelf life of foods, but it adds fungal elements to the food.

Some foods are obligate products of fermentation such as aged cheese (usually *Penicillium*), soy sauce (usually *Aspergillus*), chocolate (mixed molds), and black tea (*Aspergillus*). While wonderful on the educated palate, they must be eliminated in a mold-free diet. The patient trying to avoid mold in his food must be instructed in how to maintain a fresh food diet. This means shopping more frequently than weekly. Farmer's markets are often excellent sources of fresh fruits and vegetables. This may be especially difficult in small towns where the supermarket is the only source of food.

### C. Colonization

Colonization of the human mucosa is a common phenomenon that seems to be poorly understood. The human body is colonized by bacteria in the nasopharynx, mouth, gastrointestinal tract, skin, etc. No one questions this, and the concept of a balanced ecology in the gut is considered essential for proper gastrointestinal (GI) function and a stable supply of nutrients such as vitamins. Fungal colonization is also a widely accepted phenomenon—as for example toenail fungus,

athlete's foot, vaginal candidiasis, chronic fungal sinusitis, and seborrheic dermatitis. But the concept that fungi can become part of the normal mucosal flora, and that once established, fungal colonization can place a heavy burden on the body's defenses is not always appreciated. Some fungi produce toxins, and all fungi produce and secrete enzymes into their environment. The body has to protect itself against all foreign proteins, especially those that carry enzymatic activity. The immune response is that protection. Foreign enzymes are known to be among the most powerful stimulants of an immune response (Larson *et al.*, 1996).

Patients who have become ill from living or working in a moldy space are often improved when they move, but their health does not always return to normal. This means either that the fungal exposure resulted in permanent damage, which is quite possible with tissue-deposited immune complexes or certain mycotoxins, or there is continued exposure to the fungus because of colonization. Colonization is more likely to occur first where there has been previous tissue damage. The nasopharynx is the first filter for airborne fungi and would expect to be first to be colonized along with adjacent communicating structures like the sinuses or middle ear. Colonization is more likely to occur where there are residual scars from past disease or surgery. This is where the body's first line of defense—mucous flow, ciliary action, and IgA secretory antibody function—is likely to be missing. The lungs are easy targets for colonization when there has been previous damage as in a past pneumonia. Children with cystic fibrosis are virtually 100% colonized in the lungs (Etzel *et al.*, 1998), and patients with chronic asthma are said to be about 30% colonized. The esophagus is a common site for colonization because of its vulnerability to damage from hot foods, spicy foods, and acid reflux.

### D. Antifungals

When possible, colonization is best treated topically. The oral cavity and esophagus can be treated with liquid fluconazole (40 mg/ml) or Itraconazole (10 mg/ml), 40 or 50 mg four times daily. Neither of these is well absorbed in a non-acid medium, and they can be quite effective topically until they reach the stomach, where they may be absorbed. Nystatin is a non-absorbed antifungal with an excellent safety record. It can be given as a powdered suspension in water at 500,000 units four times daily. It will continue to provide antifungal activity throughout the GI tract as it courses its way from mouth to anus.

Fungal colonization of the nasopharynx, sinuses, and middle ear is best treated with an antifungal nasal spray. A 2% ketoconazole suspension or a 0.01% amphotercin B solution applied generously four times daily to the nose is effective in many cases. It must be delivered deep into the nasal cavity and be felt passing into the pharynx. Neither will be significantly absorbed in the pH-neutral mucosa of the nose. The benefits of therapy are likely to be noted within a few weeks but a cure, where therapy can be safely stopped without recrudescence of the illness, is months and sometimes years in the future. This is likely due to the resistance of the spore to killing with available antifungal drugs, which means that therapy must be continued until all spores are eliminated or germinate and become susceptible to the action of the antifungal.

Colonization of the lungs and sometimes the sinuses requires a systemic antifungal such as Itraconazole, ketoconazole, or voriconazole. Each are given at 200 to 400 mg per day (Gallin *et al.*, 2003; Schubert, 2000). In some cases of lung disease a nebulized antifungal is helpful. Ketoconazole has been successfully used by nebulizing 50 mg per treatment, twice daily.

Many physicians show great concern when talking of systemic antifungals because of the possibility of liver damage. This concern is grossly overstated. Most antifungals used in high doses are given to immunocompromised individuals with severe fungal infections including blood-borne dissemination. Elevated liver enzymes in such catastrophic illness is not rare and must be considered in the decision to use such therapy. However, in my 10-year experience with antifungals in immunologically normal individuals colonized by fungi, I have yet to see a single episode of elevated liver enzymes, which can be attributed to the use of the antifungal. Testing for liver function at 2- to 4-month intervals is recommended by the FDA. It has been reported that in rare instances in which liver enzymes have risen, cessation of therapy results in a rapid return to normal in all but a few rare instances. The antifungals are metabolized in the liver and place some burden on the detoxification enzymes of the liver, which are also used to metabolize certain drugs. The use of antifungals may influence the serum and tissue levels of such drugs, generally causing a rise in concentration as the rate of metabolism of the drug is reduced. Such changes can be handled by careful assessment of tissue levels of drugs used simultaneously with the antifungals.

Fungal colonization of the GI tract is a relatively common phenomenon encouraged by the overuse of antibiotics in medicine and their use in the production of meat for human consumption. This usually

manifests as abdominal discomfort, heartburn, increased gastric emptying time, bloating, crampy abdominal pain, and increased transmucosal uptake of large food protein molecules (leaky gut). Treatment is best begun with a non-absorbed antifungal such as Nystatin or poorly absorbed antifungals such as miconazole or econazole. Nystatin is best given as a powdered suspension, 2 to 3 million units per day in divided doses (b.i.d. or t.i.d.). The miconazole and econazole are not generally available in pure powder form from regular pharmacies and must be formulated. This increases the cost somewhat but still leaves them far cheaper than the newer antifungals already mentioned. They are given in 250 mg capsules twice daily.

1. *Jarisch-Herxheimer Reactions*

The treatment of fungal colonization in patients hypersensitive to fungi almost always produces a Jarisch-Herxheimer (JH) reaction if given too aggressively. It is safest to begin with one quarter or less of the therapeutic target dose and advance every 3 to 4 days in doubling doses to reach the desired dose. The JH reaction can occur at the initial dose or at any time the dose is increased. It manifests as a flu-like reaction in its broadest sense (i.e., headache, rash, low-grade fever, myalgia, arthritis, night sweats, malaise, cough, diarrhea, etc.). When it appears, treatment should be stopped until the symptoms disappear (usually 1 to 2 days), and then a lower amount should be introduced and held there for 2 weeks before any attempt to increase the dose. It is best to be guided by the patient, who quickly learns if there is a limit to the dose he can tolerate, but he may subsequently have to be encouraged to try to take more medicine if past experience has been severe enough to be alarming. The JH reaction can also occur when the patient who is seemingly stable (on full dose) suddenly experiences a larger fungal burden, such as in staying in a moldy hotel room on a trip or following a day of spreading compost in a vegetable garden.

Colonization of the skin in the form of abscesses on the skin or dry scaly rashes over the palms of the hands (dishydrotic eczema) can be treated with topical antifungal creams, sometimes coupled with systemic antifungals. The topical antifungal action on the skin can be enhanced by use of occlusive dressings. Patients are directed to apply the cream liberally at bedtime and then cover the lesion with a watertight membrane (e.g., plastic food wrap), which remains overnight.

All fungal therapy must be prolonged, often for a year or longer. This is likely due to the resistance of fungal spores to any medicine and the rapid reestablishment of colonization should therapy be ended too

soon. All the spores must have been shed or have germinated and been killed by the action of the antifungal and the body's natural defense system before the colonization is truly ended.

## IX. Conclusion

The best treatment for health problems arising from exposure to high fungal levels is prevention. A key prerequisite to prevention is education. Information about the nature of fungi, their presence in foods, their rapid proliferation after water intrusion in homes, workplaces, and schools, and their potential for health effects must be made easily available to the general public. The Internet has already provided such information to millions who use computers. Insurance companies are excluding mold damage from the coverage provided in homeowner policies, and this may alert the homeowner to the danger and to his/her responsibility to move rapidly to minimize the effects of water leaks. Reports in the media of litigation by celebrities experiencing fungal illness also helps increase public awareness of the problem. Public health service organizations have to date been more concerned to quell the public's concern about mold problems by suggesting that it is not an important issue. This is a disservice. It would be far better to acknowledge the potential health effects of mold exposure along with suggestions for controlling mold levels in homes, workplaces, and schools.

### Acknowledgments

The author is grateful to his daughter, Tess Marinkovich, for critical reading of this manuscript and to Mary Borch for her help in preparing the text.

### References

Banaszak, E. F., Thiede, W. H., and Fink, J. N. (1970). Hypersensitivity pneumonitis due to contamination of an air conditioner. *N. Eng. J. Med.* **283**, 271.

Burr, M. L. (2001). Health effects of indoor molds. *Rev. Environ. Health* **16**, 97–103.

Cakmak, S., Dales, R. E., Burnet, T., Judeck, S., Coates, F., and Brook, J. R. (2002). Effects of airborne allergens on emergency visits by children for conjunctivitis and rhinitis. *Lancet* **359**, 947–948.

Cochrane, C. G., and Vaffler, D. (1973). Immune complex diseases in experimental animals and man. *Adv. Immunol.* **16**, 185–264.

Croft, W. A., Jarvis, B. B., and Yatawara, C. S. (1986). Airborne outbreak of trichothecene toxicosis. *Atmos. Environ.* **20**, 549–552.

Dales, R. E., Zwanenburg, H., Burnett, R., and Franklin, C. A. (1991). Respiratory health effects of home dampness and molds among Canadian children. *Am. J. Epidemiol.* **134**, 196–203.

Dearborne, D. G., Smith, P. G., Dahms, B. B., Allan, T. M., Sorenson, W. G., Montana, E., and Etzel, R. A. (2002). Clinical profile of 30 infants with acute pulmonary hemorrhage in Cleveland. *Pediatrics* **110**, 627–637.

Dearborn, D. G., Yike, I., Sorenson, W. G., Miller, M. J., and Etzel, R. A. (1999). Overview of investigations into pulmonary hemorrhage among infants in Cleveland, Ohio. *Environ. Health Perspect* **107**(Suppl 3), 495–499.

Emanuel, D. A., Wenzel, F. J., Bowerman, I., and Lawton, B. R. (1964). Farmers lung: Clinical pathologic and immunologic study of twenty-four patients. *Am. J. Med.* **37**, 392.

Etzel, R. A., Montana, E., Sorenson, W. G., Kullman, G. J., Allan, T. M., Dearborn, D. G., Olson, D. R., Jarvis, B. B., and Miller, J. D. (1998). Acute pulmonary hemorrhage in infants associated with exposure to *Stachybotyrs atra* and other fungi. *Arch. Pediatric Adolesc. Med.* **152**, 757–762.

Fink, J. N. (1984). Hypersensitivity pneumonitis. *J. Allergy Clin. Immunol.* **74**, 1–19.

Fink, J. N., Banaszak, E. F., Thiede, N. H., and Barboriak, J. J. (1971). Interstatial pneumonitis due to hypersensitivity to an organism contaminating a heating system. *Ann. Intern. Med.* **74**, 80.

Gallin, J. I., Alling, D. W., Malech, H. L., Wesley, R., Koziol, D., Marciano, B., Eisenstein, E. M., Turner, M. L., DeCarb, E. S., Starling, J. M., and Holland, S. M. (2003). Itraconazole to prevent fungal infections in chronic granulomatous disease. *N. Eng. J. Med.* **348**, 2416–2422.

Geiser, M., Laupin, N., Maye, I., Imhof, V., and Gehr, P. (2000). Interaction of fungal spores with the lungs: Distribution and retention of inhaled puffball (*Cabatia excipuliformia*) spores. *J. Allergy Clin. Immunol.* **106**, 92–100.

Gell, P. G. H., and Coombs, P. R. A. (1964). "Clinical Aspects of Immunology," F. A. Davis Co, Philadelphia.

Hardin, B. D., Kelman, B. J., and Saxon, A. (2003). Adverse human health effects associated with molds in the indoor environment. *J. Occup. Environ. Med.* **45**(5), 470–478.

Hodgson, M. J., Morey, P., Leung, W. Y., Morrow, L., Miller, D., Jarvis, B. B., Robbins, H., Halsey, J. F., and Storey, E. (1998). Building-associated pulmonary disease from exposure to *Stachybotrys chartarium* and *Aspergillus versicolor*. *J. Occup. Environ. Med.* **40**, 241–249.

Ishizaka, K. *et al.* (1966). Physico-chemical properties of reaginic antibody. IV. Presence of a unique immunoglobulin as a carrier of reaginic activity. *J. Immunol.* **75**, 75–85.

Johanning, E., Biagini, R., Hull, D., Morey, P., Jarvis, B., and Landsbergis, P. (1996). Health and immunology study following exposure to toxigenic fungi *Stachybotrys chartarium* in a water-damaged office environment. *Int. Arch. Occup. Environ. Health* **68**, 207–218.

Kaltreider, H. B. (1993). Hypersensitivity pneumonitis. *West. J. Med.* **159**, 57–78.

Kauffman, H. F., Tomee, J. F., Van de Riet, M. A., Timmerman, A. J., and Borger, P. (2000). Protease-dependent activation of epithelial cells by fungal allergens leads to morphologic changes and cytokine production. *J. Allergy Clin. Immunol.* **105**, 1185–1193.

Kurup, V. D. (2003). Fungal allergens. *Curr. Allergy Asthma Rep.* **3**, 416–423.

Larson, F. O., Christensen, L. H. R., Clementsen, P., Skov, P. S., and Norn, S. (1996). Microfungi in indoor air are able to trigger histamine release by non-IgE mediated mechanisms. *Inflammation Res.* 45(suppl. 1), 23–24.

Leino, M., Makela, M., Reijula, K., Haahtela, T., Mussalo-Rauhamaa, H., Tuomi, T., Hintikila, E. L., and Alenius, H. (2003). Intranasal exposure to a damp building mold, *Stachybotrys chartarum*, induces lung inflammation in mice by satratoxin-independent mechanisms. *Clin. Exp. Allergy* 33, 1603–1610.

Marinkovich, V. A., and Hill, A. (1975). Hypersensitivity alveolitis. *JAMA* 231, 944–947.

Nark, P., Hensley, M., Saltos, N., Boyle, M., Toneguzzi, R., Sunpon, J. *et al.* (2003). Anti-inflammatory effect of itraconazole in stable allergic broncho-pulmonary aspergillosis. *J. Allergy Clin. Immunol.* 111, 952–957.

Pepys, J. (1969). Hypersensitivity disease of the lungs due to fungi and other organic dusts. *Monogr. Allergy* 4, 44.

Riddle, H. F. V., and Grant, J. W. B. (1968). Allergic alveolitis in a malt worker. *Thorax* 23, 271.

Rylander, R. (2002). Endotoxin in the environment: Exposure and effects. *J. Endotoxin Res.* 8(4), 241–252.

Rylander, R. (1994). Respiratory disease caused by biovaerosals-exposure and diagnosis. *In* "Proceedings of the International Conference NY." Fungi and Bacteria in Indoor Air Environments (E. Johanning and C. S. Yang, eds.), pp. 45–55. Saratoga Springs NY.

Samson, H. A., Mendelson, L., and Rosen, J. P. (1992). Fatal and near-fatal anaphylactic reactions to food in children and adolescents. *N. Eng. J. Med.* 327, 380–384.

Schubert, M. S. (2000). Medical treatment of allergic fungal sinusitis. *Am. J. Allergy Asthma Immunol.* 85, 90–101.

Sorenson, W. G. (1999). Fungal spores: Hazardous to health? *Environ. Health Perspect.* 107(Suppl. 3), 469–472.

Stevens, D., Schwartz, H., Lee, J., Moskovitz, B., Jerome, D., Catanzara, A. *et al.* (2000). A randomized trial of itraconazole in allergic bronchopulmonary aspergillosis. *N. Engl. J. Med.* 342, 756–762.

Terr, A. (2001). *Stachybotrys*: Relevance to human disease. *J. Allergy Asthma Immunol.* 87, 57–63.

Von Pirquet, C. P., and Schick, B. (1951). Serum Sickness. Williams and Wilkins, Baltimore.

# Role of Molds and Mycotoxins in Being Sick in Buildings: Neurobehavioral and Pulmonary Impairment

Kaye H. Kilburn

*University of Southern California*
*Keck School of Medicine*
*Environmental Sciences Laboratory*
*Alhambra, California 91803*

I. Introduction 339
A. Perspective 340
B. Tight Buildings 340
II. Neurobehavioral Tests 342
A. Abnormalities From Indoor Air 342
B. Sources of Chemicals 344
III. Mold-Associated Illness 345
A. Neurobehavioral Impairment with Mold Exposure 345
B. Other Psychological Testing 348
C. Sampling of Homes for Molds 349
D. Predicting the Course 349
IV. Evidence for Cause 350
A. Studies That Link This Disorder to Molds 351
B. Air Analysis for Mycotoxins 351
C. Biomarkers for Mycotoxins 352
D. Mechanism of Mycotoxins 352
E. Probable Pathogenesis 353
V. Conclusion 355
References 355

## I. Introduction

Sick (in the) building syndrome burst upon us 30 years ago during the first Middle East energy crisis. The initial response of the medical profession, public health officials, and many citizens was disbelief. People with sick building syndrome were considered to have crowd phenomena (Hefez, 1985; Landrigan and Miller, 1983) and even hysteria (Small and Borus, 1983), thus resembling earlier psychic problems associated with molds (Matossian, 1989). Studies of sickened occupants of office buildings in the United Kingdom, Denmark, and Sweden coupled with analyses of air samples showing VOCs (volatile organic compunds) made the problem credible, and acceptance followed (Burge *et al.*, 1987; Hollowell and Miksch, 1981; Molhuve *et al.*, 1986; Wallace, 1991). Serious efforts to relate it to indoor air



ADVANCES IN APPLIED MICROBIOLOGY, VOLUME 55
Copyright 2004, Elsevier Inc.
All rights reserved.
0065-2164/04 $35.00

turnovers per hour followed and belatedly, after months or years of symptoms, air turnovers were increased in some buildings (Menzies *et al.*, 1993). The changes did not buy amelioration, and people remained ill with headaches; irritated eyes, noses and throats; extreme fatigue; muscle pains; and impaired recall, memory, and concentration (Burge *et al.*, 1987; Kilburn, 2000; Molhane *et al.*, 1986; Wallace, 1991).

## A. Perspective

The nuclear submarine ushered in a new era of indoor air concerns in 1958 (Ebersole, 1960). In 1944, air fouled by accumulation of carbon dioxide to above 2.5% and humidity of 100% made staying submerged in submarines difficult despite spreading $CO_2$ absorber and releasing bottled oxygen. Nuclear vessels had abundant power for air conditioning, filtration of particles, and absorption of $CO_2$ and stayed below water for 60 days. Subsequently, problems shifted to Freon, the refrigeration gas that produced phosgene at ignition points such as burning cigarette tips and out-gassing of solvents from deck wax and fresh paint added to respirable particles from cigarette smoke.

Sickness and plagues in homes were described in the Bible, with the advice being to pile belongings in the middle and set it aflame. Dr. Theron Randolph (1945 and 1947) described a syndrome in women and children living in Chicago in the 1940s through 1950s of asthma, fatigue, muscle pains, intolerance to many chemicals, and multiple chemical sensitivity (Ashford and Miller, 1998). He counseled avoidance of petroleum products to which these patients were 1000 times more sensitive than usual, akin to atopy (Randolph and Moss, 1980).

## B. Tight Buildings

Reports of people sharing tight office buildings and children in school during Swedish winters (Dales *et al.*, 1991; Savilathi *et al.*, 2000) focused on the lung with asthma and the brain with fatigue, confusion, depression, and loss of memory and concentration. A notorious example was the U.S. Environmental Protection Agency building, Waterside Mall, on the north bank of the Potomac River in Washington, D.C. in 1987–88 (Radetsky, 1997). Hundreds of the several thousand employees became intolerant of being in that building and consequently had to be assigned elsewhere.

1. *Sealing Leaks*

Managers responded to the 1970s energy crisis by sealing buildings to conserve heat and cold. Windows were closed and locked and leaks were caulked. When air exchanges were reduced the concentrations of chemicals in indoor air increased (Molhave, 1986). Sometimes even carbon dioxide and humidity exceeded safe levels (Gammage and Kaye, 1985). People got sick. Initially they felt better away, but problems recurred on re-entry. Later symptoms did not remit even when away and were triggered by perfume, cigarette smoke, diesel exhaust, formaldehyde, and other chemicals, as well as previously inoffensive buildings.

Complaints from people in new factory-built, manufactured homes (Kilburn, 2000) and from those who insulated older homes by injecting spaces between the studs with urea formaldehyde foam insulation (UFFI) emphasized burning eyes, noses, and throats; shortness of breath; headache; extreme fatigue and losses of recall memory; ability to concentrate; dizziness and loss of balance; and reduced long-term memory (Dally *et al.*, 1981). People who worked at home on computers and young families in first homes shared the irritation just described, but associated problems included seizures, menstrual irregularities, asthma, depression, falling behind in school, and losing newly acquired capabilities (Kilburn, 2000).

2. *Formaldehyde*

Testing the indoor atmospheres showed formaldehyde at concentrations from 0.2 to 5 ppm (Dally *et al.*, 1981; Kilburn *et al.*, 1985). Current estimates of safe levels vary but have dropped to 80 parts per billion from 1–2 parts per million in Japan (Osawa, 2003). Its sources were carpets, drapes, particle board and pressed board, and a broad array of forest products consisting of wood particles including sawdust held in phenolformaldehyde resin (Ikeda and Park, 2003). This resin is cured by adding excess formaldehyde and outgases for years (Dally *et al.*, 1981).

Because people complained of respiratory and central nervous system dysfunction, testing was directed at pulmonary function and performance of the brain. Both subconscious and conscious functions were considered. The physiological tests encompassed balance, choice reaction time, blink reflex, color discrimination, and measuring the visual fields, hearing, grip strength, and vibration threshold (Kilburn, 2000). These are measurable functions of the brain that are important for daily life that are rarely measured in traditional testing.

Spirometry—recording the delivery of a maximal breath against time—measures volume (forced vital capacity) and flow (forced expiratory volume in 1 second) and flow averaged for 25% to 75% of vital capacity. Comparison to population-based prediction equations adjusts for age, sex, height, and cigarette-smoking (in years) for precise estimates. Additional testing is rarely needed as the indoor chemical exposures decrease the flow of expired air. In contrast, to measure brain performance takes 8 to 10 physiological and 13 psychological function tests.

## II. Neurobehavioral Tests

The neurobehavioral tests I have used are those that have contributed most to the evaluation of over 600 individuals exposed to many different chemicals and 25 groups of people and summarized in Chemical Brain Injury (Kilburn, 1998). These people shared exposures to chlorine, ammonia, hydrogen sulfide, arsenic, diesel exhaust, organophosphate, insecticides, polychlorinated biphenyls, indoor air, formaldehyde, and moldy buildings. Groups of people unexposed to chemicals were matched for comparisons (Kilburn and Warshaw, 1995a; Kilburn *et al.*, 1998). The precision of comparisons was improved by developing equations to predict a value for each measurement by using regression equations (Person's test) that were based on age, sex, educational attainment, height, and weight and thus adjusted for their influence. This produced "before exposure values" unattainable otherwise. Next, based on each test/measurement variability, the 95% confidence intervals were defined as 1.5 standard deviations of the mean. Values that exceeded or dropped below these levels were classified as abnormal. To count their total abnormalities, balance was given weight of 2 and visual field performance, 1 for each eye. Other functions had a weight of 1, except 0.5 per side for bilateral ones. The sum of abnormalities for subjects was averaged for a group mean, so one number was compared for groups.

### A. Abnormalities From Indoor Air

The 20 persons exposed to indoor air contaminated with formaldehyde solvents and mold in mobile homes included adults of five families (Kilburn, 2000). The mean values of 11 functions were significantly different from unexposed controls (Table I). Their abnormalities nearly equaled those of 22 workers exposed to formaldehyde in anatomy and pathology laboratories and those fabricating fiberglass aircraft

TABLE I

COMPARISON OF NEUROBEHAVIORAL ABNORMALITIES IN 20 INDOOR AIR–EXPOSED AND 22 FORMALDEHYDE-EXPOSED SUBJECTS

| | Indoor air | Formaldehyde |
|---|---|---|
| Simple reaction time | + | + |
| Choice reaction time | + | + |
| Balance | | |
| Eyes open | + | + |
| Eyes closed | + | + |
| Blink reflex R/L | 0/0 | 0/0 |
| Grip R/L | 0/0 | +/+ |
| Visual field performance R/L | +/+ | +/+ |
| Color discrimination R/L | +/+ | +/0 |
| Hearing loss R/L | +/0 | +/0 |
| Culture fair | 0 | + |
| Digit symbol score | + | + |
| Vocabulary score | 0 | 0 |
| Peg placement | 0 | + |
| Trail making A | 0 | + |
| Trail making B | 0 | + |
| Verbal recall | | |
| Immediate | + | + |
| Delayed | + | + |
| Information | 0 | 0 |
| Picture completion | 0 | + |
| Similarities | 0 | 0 |

+ = abnormal, 0 = not significantly different from unexposed referents.

cabin sections by using phenol formaldehyde. Choice reaction time, balance (especially with eyes closed), visual fields, digit symbol, recall, and finger tip number writing errors were abnormal. It was rarely possible to characterize these people's exposures to formaldehyde and volatile organic chemicals by air measurement. Estimated doses were below industrial exposures and for home makers nearly continuous without time to deplete body stores. These impairments implied intolerance. Frequencies of 24 of 35 symptoms, after patients rated each complaint on a scale from 1 to 11 (10 point), averaged double those of people unexposed to chemicals. Only 11 symptoms were not increased.

Feeling of anxiety, depression, anger, fatigue, and confusion were high and vigor low when using the Profile of Mood States (POMS 1971/1981). Their POMS scores were 4 times those of unexposed groups. Thus, objective measurements were abnormal for balance, reaction time, and vision performance joined by cognitive, recall, and memory functions by elevated symptom frequencies and high adverse mood scores.

### B. Sources of Chemicals

The two main sources of chemical buildup in indoor air are (1) the building's construction and decorating materials including adhesives, paints, and other applied materials; vinyl floor tile; carpets and drapes; and (2) activities in the building such as cleaning with solvents, applying waxes, cigarette smoking, air fresheners, photocopying, photographic processing, food services, refrigeration (with Freon), and personal adornment and odorants (perfume). A most serious toxic exposure is from pesticides sprayed indoors in the erroneous belief that insects can be eradicated. Sprayed (aerosolized) insecticides are toxic to the human brain (Kilburn, 1997, 1999; Kilburn and Warshaw, 1995b). Monthly spraying builds up concentrations that outgas from surfaces and fabrics along with decorating and construction chemicals.

#### 1. *Cleaning Agents*

Cleaning agents contribute to indoor air burdens with chlorine (for the smell of clean), phenols delivered as aerosols to shower stalls and toilets, organic solvents to remove floor wax, ammonia sprayed to clean glass, and degreasers that are chlorinated solvents like trichloroethylene. Grill cooking releases acrolein, a potent aldehyde.

#### 2. *Gases*

Glutaraldehyde is released in photographic processes and from cold sterilization of instruments, catheters, and hoses. Also, cigarette smoke contains formaldehyde and 2500 other chemicals that are not detoxified despite their passage in and out of smokers' lungs. Rotten egg gas ($H_2S$) returns from sewers thru waste pipes when J traps dry out or pressure builds from downstream obstruction to break water seals in J traps. It is a frequent indoor exposure, especially when some bathrooms or wash bowls are idle for long periods of time.

Until 1989, this was the inventory of problems from indoor air in sick buildings (Kreiss, 1990). Awareness translated into adding air exchanges, vigilance to investigate odors, and care to avoid occupancy and exposure during repair and renovation.

## III. Mold-Associated Illness

Understanding, avoidance, and more air exchanges seemed to decrease and control problems until recently, when as many as 1.5 million people in 500,000 homes had illnesses associated with molds growing indoors (Sharpe, 2002). The biblical plague described by Moses, found in Leviticus, returned with a vengeance around 1990! People described flu-like illnesses with profound fatigue; headache; eye, nose, and throat irritation; and sometimes bleeding from the nose, or blood in the sputum, the urine, or the stool. These affected people had memory loss, difficulty concentrating, dizziness and loss of balance, and feeling lost in familiar places. Shutting their eyes made balance precarious, whether in the shower washing their hair or moving about at night. Ability waned to recall faces, conversations, vital data, and phone numbers (Baldo *et al.*, 2002; Johanning *et al.*, 1996; Johanning and Landsbergis, 2001; Kilburn, 2000).

Asthma in children was an adverse effect of dampness and mold growth in homes reported from Canada (Dales, 1991). They were subsequently shown to have reduced blood lymphocyte counts (Dales, 1998). However, a hemorrhagic pneumonitis of 10 infants associated with inhalation of spores of *Stachybotrys atra* that were found in the lung in Cleveland, Ohio, in 1993–1994 underscored the emergence of a new mold disorder (Etzel, 2002). Another manifestation was sick court rooms with molds growing in Florida (Cary, 1993) and California (Ginis, 2001). School children in Scandinavia were more likely to have breathing difficulties in rooms excessively humid during winter months, and many mold genera *Aspergillus, Penicillium*, and others were identified (Sigsgaard *et al.*, 2001).

A young man exposed to moldy silage developed a flu-like illness followed by dementia with tremors. Silage grew *Aspergillus flavus* and many other species of mold (Gordon, 1993). This report and others (Auger *et al.*, 1994) opened the door on the effects of molds in the human brain.

### A. Neurobehavioral Impairment with Mold Exposure

In January 2001, I investigated and tested 10 people in public housing in New York City who associated mold with their symptoms and ill health. They showed slowed choice reaction time; excessive sway speed (abnormal balance); and deficits of cognition, recall, and memory (Table II). Black mold was growing in the moist bathrooms and bedrooms. By morphology and cultures, these were *Stachybotyrus chartarum*

TABLE II

NEUROBEHAVIORIAL ABNORMALITIES IN 10 NEW YORK AND 10 CALIFORNIA EXPOSED PEOPLE

| | New York | California |
|---|---|---|
| Simple reaction time | + | + |
| Choice reaction time | + | + |
| Balance | | |
| Eyes opened | + | + |
| Eyes closed | + | + |
| Blink reflex R/L | 0/0 | 0/0 |
| Grip strength R/L | 0/0 | 0/0 |
| Color discrimination R/L | +/+ | +/0 |
| Visual fields R/L | 0 | 0 |
| Hearing R/L | nd | +/0 |
| Cognition | | |
| Culture fair Sc | + | 0 |
| Digit symbol Sc | 0 | + |
| Vocabulary Sc | 0 | 0 |
| Verbal recall | | |
| Immediate | 0 | 0 |
| Delayed | 0 | 0 |
| Perceptual motor | | |
| Peg placement | 0 | + |
| Trail making A | 0 | 0 |
| Trail making B | + | + |
| Finger writing errors R/L | 0/0 | 0/0 |
| Information | 0 | 0 |
| Picture completion | 0 | 0 |
| Similarities | 0 | 0 |
| Average total | 9 | 10.5 |

+ = abnormal, 0 = not significantly different from unexposed referents, nd = not done.

(Croft *et al.*, 2002; Kilburn, 2002). There was no air sampling to quantify doses.

Returning to Los Angeles, I measured 10 people exposed in their homes in Los Angeles, Phoenix, and Dallas. Within 18 months, I evaluated 65 adults and 17 children. They painted a clear pattern of

TABLE III

ABNORMALITIES OF NEUROBEHAVIORAL FUNCTION IN 65 MOLD-EXPOSED AND 360 CHEMICALLY EXPOSED ADULTS FROM SOUTHWESTERN STATES

| | 65 Mold | 360 Chemical |
|---|---|---|
| Simple reaction time | + | + |
| Choice reaction time | + | + |
| Balance | | |
| Eyes opened | + | + |
| Eyes closed | + | + |
| Blink reflex R/L | +/+ | +/+ |
| Grip strength R/L | +/+ | +/+ |
| Color discrimination R/L | +/+ | +/+ |
| Visual fields R/L | +/+ | +/+ |
| Hearing R/L | 0/0 | 0/0 |
| Cognition | | |
| Culture fair Sc | 0 | + |
| Digit symbol Sc | + | + |
| Vocabulary Sc | + | + |
| Verbal recall | | |
| Immediate | + | + |
| Delayed | + | + |
| Perceptual motor | | |
| Peg placement | + | + |
| Trail making A | + | + |
| Trail making B | + | + |
| Finger writing errors R/L | 0/0 | 0/0 |
| Information | + | + |
| Picture completion | + | + |
| Similarities | 0 | 0 |
| Average total | 9.9 | 10.2 |

+ = abnormal, 0 = not significantly different from unexposed referents.

severe neurobehavioral impairment as compared with referent people (Kilburn, 1998) (Table III). After individual data were adjusted for the influence of sex, age, educational level, and other factors (Kilburn *et al.*, 1998), their tests showed slow simple and two-choice visual reaction times, increased speed of body sway with eyes open that worsened when eyes were closed, slowing of blink reflex latency, diminished

grip strength, increased color discrimination errors, and diminished visual field performance frequently with constricted fields. Of these tests, only losses of hearing were not statistically significant.

Cognitive functions for digit symbol substitution and vocabulary were significantly reduced and Culture Fair—which evaluates problem solving with 12 logical series, 14 maximal differences, 12 design completion, and 8 deriving and applying placements (Cattell, 1941; Cattell *et al.*, 1951)—was nearly abnormal. Verbal recall (Wechsler, 1945–81) was diminished, as were picture completion (spotting missing items in pictures) and well-known cultural information from the Wechsler Adult Intelligence Recall-revised (WAIS-R) (Wechsler, 1981). Also, scores on peg placement and trail making A (connecting 25 ascending numbers) and B (alternating numbers and letters) were significantly below the comparison group. Only finger tip number writing errors and similarities were not significantly diminished. Children had similar impairments that are not detailed here. Next, let us compare these findings with prior observations that focused on cognitive and memory functions but unfortunately did not measure balance, vision, and choice reaction time.

### B. Other Psychological Testing

Psychological testing compared 10 people exposed to molds in homes and workplaces and 10 people with apparently mild traumatic brain injury with psychomotor, verbal learning, spatial learning, and visuospatial memory tests and the Wechsler WAIS-III (a recent revision of WAIS-R) (Baldo, 2002). When results of these relatively insensitive tests were compared with normative values, no differences were found for either group. This outcome is not surprising because of the wide and large standard deviation of these data ranges. Although mold-exposed patients had lower scores on the Stroop color word test and Rey Complex Figure Test, none of the WAIS subtest scores were different. Patients were depressed on standard scales. In a New York series, 20 patients from moldy homes had excessive physical and cognitive symptoms and showed verbal memory impairment, trouble paying attention, and difficulty shifting sets and integrating visual information (Gordon *et al.*, 2001).

Studies before ours were limited by comparing exposed subjects to normative value ranges that are not tailored by calculating expected scores for each subject on each measurement. Such predicted values increase sensitivity and thus discriminatory power. A second limitation is poorly selected comparisons as, for example, mold-exposed

patients to those with "mild" traumatic brain damage. Third, physiological tests for balance, visual field performance, color discrimination, simple and choice reaction time, blink reflex, grip strength, and hearing profile measure realms of the brain beyond memory and cognition with tests having less variance producing greater sensitivity (Kilburn and Warshaw, 1995a,b; Kilburn *et al.*, 1998, 2002). Future studies should be designed for maximal discrimination by using such sensitive tests and appropriate comparisons; adjusting measurements for sex, age, educational level, and other demographic variables; and expressing observed values divided by the predicted values meaning percent predicted and comparing these means to those for unexposed subjects by analysis of variance to determine significance.

### C. Sampling of Homes for Molds

*Aspergillus* species were the most frequent molds obtained from the 65 patients' homes by applying transparent tape to surfaces, by air sampling, and by growth in culture. *Penicillium, Phoma*, and *Stachybotrys* were the most common genera.

As a biomarker, serum samples for these adults were measured for mold antibodies (IgG, IgM, IgA, and IgE) by modified enzyme-linked immunosorbent assays (ELISA) and for antibodies to trichothocenes, a type of mycotoxin produced by *Stachybotrys*; satratoxin, a particular trichothecene mycotoxin produced by *Stachybotrys chartarum*; and aflatoxin, a mycotoxin produced by *Aspergillus flavus*. Fifteen medical workers for Los Angeles and 46 community people from Wickenburg, Arizona, without mold illness or moldy workplaces or homes were simultaneously tested. Almost all mold-exposed and control subjects had antibodies to all of the molds, reflecting exposure. The proportions of the three groups with titers more than 2 standard deviations above the means were not significantly different. Mycotoxin antibodies were more frequent in controls than in those exposed to aflatoxin, 17% versus 9%; trichothocenes 17% versus 13%; satratoxin 23% versus 41% (manuscript in preparation). Saliva IgA secretory antibodies did not distinguish between the groups (Kilburn, 2003).

### D. Predicting the Course

Information about mycotoxin-induced diseases of the brain in other animals (Hintikka, 1977) cannot predict the course of these patients or the natural history of encephalopathy from mold, as few measurements have been made. Thus, my findings in 8 of the 65 patients who were

seen again 10 to 21 months after initial evaluations are important beacons in the darkness. All had moved to homes that were "presumed free" of molds. None had improved and 7 patients had deteriorated; indeed, often their abnormalities had doubled. One patient, a 29-year-old woman with the most abnormalities in the group, can no longer live independently. Therapy has been empirical, including antifungal chemotherapy presuming fungal colonization and cholesterol binding agents such as colestryamine that may complex trichothocenes in the gut and prevent their reabsorption. However, there are no data to suggest functional improvement after taking these agents or from other treatments.

## IV. Evidence for Cause

Let us consider the evidence for a causal connection of this syndrome to mycotoxins. The Cleveland episode of 1993–1994 showed *Stachybotrys atra* in 8 of 9 homes of 10 infants with pulmonary hemorrhage versus 12 of 28 homes of controls (Etzel *et al.*, 1998). Air and surface samples for viable fungi and airborne conidia showed this strong association. In New York City in 1995, 39 female and 14 male office workers had sick building syndrome associated with mold growth. Air sampling found scant *Stachybotrys atra* from the ground floor, moderate amounts in the basement, but extensive contamination of the sub-basement (Johanning *et al.*, 1996). Growth was greatest on moldy gypsum board and books. Satratoxin H, as well as other mycotoxins (phenylspirodrames), was isolated by high-pressure liquid chromatography (HPLC) (Johanning *et al.*, 2002). In the Phipps Apartments, homes of the 10 New York City people I studied in 2000, molds including *Stachybotrys* were identified in all (Croft, 2002). When mold afflictions extended to the southwestern states, many mold species were identified but without a predominance of *Stachybotrys atra* (personal observation). Others have found that *Stachybotrys atra/chartarum* is often well hidden in dwellings, which may explain why it is not thought to be dominant (David Straus, personal observation).

The data from moist and moldy eastern sites have been reproduced in the southwest. Mold species are difficult to distinguish unless airborne samples are obtained with Anderson separators. Despite somewhat inconsistent isolation of *Stachybotrys atra*, its causal role is likely. Observation of mold growth on surfaces in homes, microscopic identification, and culture demonstration of conidia in filters of air (aerosols) show the genus and species of molds but do not quantify exposure.

### A. Studies That Link This Disorder to Molds

Indoor dusts were vacuum collected on filters from three sites of suspected sick building syndrome in Montreal in 1993. Dust samples of 25 to 50 grams were extracted, partitioned, and prepared for thin-layer chromatography (TLC) and HPLC. Two sites yielded T-2 toxin, diacetoxyscirpenol, roridine A, and T-2 tetraol; the other site produced only roridine A. Quantities were not estimated (Smoragiewiez *et al.*, 1993).

Samples of building material from a water-damaged building in Finland were examined by light microscopy, and viable cells were counted and cultured. Water-extracted building materials were tested for *Limulus* activity (endotoxin) and cell toxicity. Boar spermatozoa, rabbit skin, and fetal feline lung cells showed 200 times the toxicity from this extract as from non-moldy gypsum board. Satratoxin G & H were assayed by HPLC. Fungi were identified as *Stachybotrys atra* and showed $\beta$-D-glucan-specific *Limulus* activity. Samples with bacteria showed endotoxin-specific *Limulus* activity. The water-damaged gypsum liner contained satratoxin measured by retention times by HPLC from methanolic extracts compared with reference G and H macrocyclic trichothecenes (Andersson, 1997).

Air samples from mold-contaminated houses in Cleveland yielded spores that inhibited protein synthesis in an assay using translation of firefly luciferase in rabbit reticulocytes. Compared with the standard MTT 3(4,5-dimethylthiazol-2-yl)-2,5-diphenyltetrazolium bromide, this assay improved sensitivity by 400 fold (Yike, 1999).

A strain of *Stachybotrys atra* was isolated from the lung of a child with pulmonary hemorrhage. This organism was shown to produce a new serum chymotrypsin-like proteinase. It was demonstrated to cleave major protease inhibitors, collagen, and biologically active peptides found in the lung (Kordula, 2002).

Fungal fragments along with spores from three species—*Aspergillus versicolor, Penicillium melinii,* and *Cladosporusm cladosporiocides*—were released during fungal aerosolization from cultures on agar and from ceiling tile surfaces. Fragments were 320× as numerous as spores and shared antigens that showed their common origin, and it was suggested by the authors that they could carry mycotoxins (Gorny, 2002).

### B. Air Analysis for Mycotoxins

This evidence recommends a quantitative assay of air from homes of symptomatic people for mycotoxins focused on measuring the trichothecenes and satratoxins, specifically. The growing list of mycotoxins

associated with recent indoor air syndromes includes gliotoxins from *Aspergillus fumigatus* (Nieminen *et al.*, 2002) and others (Jarvis *et al.*, 1995; Nielsen *et al.*, 1998; Ueno, 1977).

Inhalation exposure of 25 patients to indoor mycotoxins was assayed by using high-volume air samplers for 24 hours onto micropore-paper filters. The cytoxicity of mycotoxins was assayed with the MTT cell culture bioassay coupled with identification of mold cultures. Then an enzyme immune assay measured macrocyclic trichothecenes, and high-pressure liquid chromatography diode array detection (HPLC-DAD) and gas chromatograph mass spectrometer (GC-MS) analyzed for different mycotoxins. Seven samples were highly cytotoxic, 14 moderately so, and only 4 lacked toxicity. Thus mycotoxins were airborne along with fungal particles (Johanning *et al.*, 2002).

Whether these mycotoxins are particle bound or free as aerosols may be a moot point, because alveoli of human lungs receive submicronic particles up to 5 or even 7 $\mu$m mean aerodynamic diameter; 7 $\mu$m is the size of *Aspergillus niger* spores and the largest spore to deposit in pulmonary alveoli. Spore size questions could be answered by analyzing air sampled from above cultures growing in the laboratory. The manner of dispersal in air may be important in devising methods to ameliorate mold problems indoors and within walls.

### C. Biomarkers for Mycotoxins

Clearly, recovery of mycotoxins in indoor air samples sets the stage for chemists to seek them in human serum, blood cells, and tissue cells. The job is far from trivial. At least 18 mycotoxins are made by *Stachybotrys* (Ammann, 2001; Bata *et al.*, 1985; WHO, 1990). Pursuit of such identification and sampling, first in air as shown by Johanning *et al.* (2002) and Jarvis *et al.* (1995) and then in body fluids, would close the ring of causation. This would help answer questions of pathogenesis and impairment of lung, brain, and other organs of humans and domestic animals (Schiefer, 1990) and hopefully propose antidotes to be explored in evidence-based treatment trials.

### D. Mechanism of Mycotoxins

The next concern is the mode of action of mycotoxins. They are epoxides that would be postulated to bind to microtubules, mitochondria, and synaptic membranes (Muller *et al.*, 1975). Poisoning of the liver by aflatoxins is a major factor in Kwashiorkor, causing wasting in infants (Hendrickse, 1984). The mechanism of action of these mycotoxins is a large topic and deserves a separate review.

Since I have examined the general case of mold disease, I would like to postulate a world view, to address how our planet is mold infested, how molds spread, and some of their effects on other living systems.

### E. Probable Pathogenesis

The observation that indoor moisture encourages mold growth must factor into an explanation of the mold toxicity syndrome. The change in construction materials and assembly of office buildings and homes since 1950 enhances opportunities for mold growth and will be described. The second observation is that of the transoceanic transfer of dust between continents that can seed new species in ecologic niches such as moist inner walls and surfaces of buildings.

#### 1. *Moisture and Molds*

The emerging problem in tight buildings is mold growth on walls and ceilings. Walls and attics that do not "breathe" retain moisture. High humidity encourages growth of molds on the paper enclosing sheet rock (gypsum board), in insulation batts, and in insulation backing paper. Until recently this problem was considered to be rare, caused by humidifiers or recirculated water (Burge *et al.*, 1985), and not an indoor air problem. But recently many molds have been found growing indoors and making toxins such as trichothecenes, fumonisins, and aflatoxins.

#### 2. *Fungal Toxins*

Mycotoxins include chemicals from mushrooms that are more deadly (Goetz, 1985) than are solvents and formaldehyde found in building materials and carpets. Molds grow on moist walls, ceilings, and floors, making musty odors and discoloring surfaces. Molds growing in homes, particularly on inner walls (Andersson *et al.*, 1997; Etzel *et al.*, 1998; Kilburn, 2002), release toxic chemical products that can poison the occupants. I suspect that the switch to gypsum sandwiched between layers of paper that is often recycled encouraged molds. They grow on the moist cellulose, so paper is the medium. Tighter construction meant less venting and air circulation in walls and ceilings, so the high humidity condensed water on paper, an ideal condition for growing molds. Contrast these methods with the earlier lath and plaster era, in which lath walls were plastered with alkaline sand, cement, and lime that inhibited mold growth.

The familiar green mold on bread and oranges is likely to be a member of the genus *Penicillium*. A *Penicillium* mycotoxin is penicillin, the

first antibiotic (against bacteria). Many antibiotics are mold products that kill bacteria and thus rescue many patients from infection. The downside is that some mold chemicals, mycotoxins, have the potential to harm people. Additionally, molds produce spores that can persist for many centuries.

### 3. *Dust: A Mold Source and Evidence of One Small World*

Dust is not novel, but daily global contamination from foreign mold spores is new. A storm over the Gobi desert quickly spreads dust over China, Korea, and Japan and reaches western Canada and the United States a week later. This observation came from an international effort to characterize fine dust particles by using multiple land-, sea-, and space-based instruments. Heavier particles dropped into the sea, but sulfuric acid, mercury, and arsenic from Chinese factories and smelters reached North America, and dust from Manchuria produced the highest arsenic levels ever seen in Nevada air (Dolan, 1986; Griffin, 2002). These pollutants were examined for their potential in contributing to a cluster of childhood leukemias seen in the United States.

Likewise, the trade winds that sweep across the mid Atlantic along the route of Columbus pick up dust including mold spores from the Sahara and eastern deserts that remain airborne until delivered days later to the Caribbean Sea, Gulf states, and westward. These dust clouds can be tracked from satellites. They contain 100× the amount of particles found in polar air (Griffin *et al.*, 2001a,b, 2002).

In 2002, Douglas Seba suggested that global atmospheric dust loading was this millennium's major pollutant (personal communication with oceanographer Douglas Seba). It was tied to global warming, to dust loads from Africa reaching Florida and the Gulf coast states, particularly Texas, to establish a new record of dust deposition in 2000.

These observations may be tied to possible consequences of airborne seeding of mold spores. For example, in May 1993 a new building, the Courthouse of Martin County, Florida, north of Palm Beach, grew mold in walls that was associated with headaches, skin rashes, nausea, and vomiting, and some people were hospitalized (Clary, 1993). That same year, infants had lung hemorrhages in Ohio (Etzel *et al.*, 1998). The new court house had a $3.5 million renovation. By 2001, across the country, the Tulare Court House and nearby Corcoran prison caused mold illnesses in California (they closed the court house but not the prison) (Ginis, 2001). Other public buildings grew mold from Polk County, Florida to Modesto, California. Thinking of dust and disease in this light, consider the startling increase in newly diagnosed asthma, the best known disease from inhaled particles, in the last decade.

### 4. *Death of Coral Reefs, Asthma, and Brain Injury*

Eugene Shinn, a marine biologist, observed that molds from African dust clouds landing in Caribbean waters have been thought to cause disease and death of coral reefs that began in the 1970s (Griffin *et al.*, 2001a,b, 2002). One mechanism is the death of sea urchins that normally control algae growth on coral. Another is the death of reef-building coral caused by a soil fungus, *Aspergillus sydowii*, and overgrowth by algae. Coral reefs are embattled habitats worldwide (Hirsch, 2002), even the world's largest living organism, Australia's Great Barrier Reef (Los Angeles Times, 2003). Human brains appear to share this susceptibility.

## V. Conclusion

Heeding these warnings by addressing building methods, combined with establishing protective standards, will augment personal efforts to avoid exposure to chemicals. These actions, coupled with a long-term vision of what's needed for our collective health, will help create solutions to these currently insoluble problems. Facing the simple need for safe housing for all will open the door to solutions for stemming epidemics of chemically induced brain erosion, asthma, and immune disorders that are probably yet to peak.

## References


Ammann, H. (2001). "Indoor Air Quality and Human Toxicosis: Empirical Evidence and Theory." *In* "Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control" (E. Johanning, ed.), pp. 84–93. Mt. Sinai School of Med., Health Effects; Pathology; Epidemiology, New York.

Andersson, M. A., Nikulin, M., Köljalg, U., Andersson, M. C., Rainey, F., Reijula, K., Hintikka, E. L., and Salkinoja-Salonen, M. (1997). Bacteria, molds and toxins in water-damaged building materials. *Appl. Env. Microbiol.* 63, 387–393.

Ashford, N., and Miller, C. (1998). "Chemical Exposures Low Levels and High Stakes," 2nd Edition. John Wiley and Sons, New York.

Auger, P., Gourdeau, P., and Miller, J. (1994). Short communications: Epidemiology. *American Journal of Industrial Medicine* 25, 41–42.

Baldo, J., Ahmad, L., and Ruff, R. (2002). Neuropsychology performance of patients following mold exposure. *Applied Neuropsychology* 9, 193–202.

Bata, A., Harrah, B., Uyszaszi, K., Kis-Tamas, A., and Lasztity, R. (1985). Trichothecene toxins produced by *Stachybotrys atra* strains isolated from middle Europe. *Appl. Environ. Microbol.* 49, 678–681.

The Holy Bible. Leviticus 11:9.

Burge, P. S., Finnegan, M., Horsfield, N., Emery, D., Austwick, P., Davies, P. S., and Pickering, C. A. C. (1985). Occupational asthma in a factory with a contaminated humidifier. *Thorax* 40, 248–254.

Burge, S., Hedge, A., Wilson, S., Bass, J. H., and Robertson, A. (1987). Sick building syndrome: A study of 4373 office workers. *Ann. Occup. Hyg.* **31**, 493–504.

Cattell, R. B., Feingold, S. N., and Sarson, S. B. (1941). A Culture Fair Intelligence Test evaluation of cultural influence on test performance. *J. Educational Psychology* **32**, 81–100.

Cattell, R. B. (1951). Classical and Standard Score IQ Summarization of the IPATT: Culture free intelligence scale 2. *J. Consulting Psych.* **15**, 154–159.

Clary, M. (1993). Florida's plague: Sick building syndrome. Los Angeles Times, 5–11–93, A5.

Croft, W. A., Jastromski, B. M., Croft, A. L., and Peters, H. A. (2002). Clinical confirmation of trichothecene mycotoxicosis in patient urine. *J. Environ. Biol.* **23**, 301–320.

Dales, R., Burnett, R., and Zwanenburg, H. (1991). Adverse health effects among adults exposed to home dampness and mold. *Am. Rev. Respir. Dis.* **143**, 505–509.

Dales, R., Dulberg, C., Miller, D., Lazarovits, A., and White, J. (1998). Influence of residential fungal contamination on peripheral blood lymphocyte populations in children. *Arch. Environ. Health* **53**, 190–195.

Dally, K. A., Hanrahan, L. P., Woodbury, M. A., and Kanareck, M. S. (1981). Formaldehyde exposure in nonoccupational environments. *Arch. Environ. Health* **36**, 277–284.

Dolan, M. (1986). Fearsome arsenic smelter hill. *Los Angeles Times*, Jan 1.

Ebersole, J. (1960). The new dimensions of submarine medicine. *N. Engl. J. Med.* **262**, 599–610.

Etzel, R. A. (2002). Mycotoxins. *JAMA* **287**, 425–427.

Etzel, R. A., Montana, E., Sorenson, W. G., Kullman, G., Allen, T., Dearborn, D. G., Olson, D. R., Jarvis, B. B., and Miller, J. D. (1998). Acute pulmonary hemorrhage in infants associated with exposure to *Stachybotrys atra* and other fungi. *Arch. Pediatr. Adolesc. Med.* **152**, 757–762.

Gammage, R., and Kaye, S. (eds.) (1985). "Indoor Air and Human Health." Lewis Publishers: Chelsea, MI.

Ginis, K. (2001). Toxic mold found in Corcoran Prison. *The Fresno Bee*, 4/23/01, A13.

Goetz, C. G. (1985). "Neurotoxins in Clinical Practice." Spectrum Publications, New York.

Gordon, K. E., Masotti, R. E., and Waddell, W. R. (1993). Tremogenic encephalopathy: A role of mycotoxins in the production of CNS diseases in humans? *Can. J. Neuro. Sci.* **20**, 237–239.

Gordon, W. A., Johanning, E., and Haddad, L. (2001). Cognitive Impairment Associated with Exposure to Toxigenic Fungi. *In* "Bioaerosols, Fungi, and Mycotoxins: Health Effects, Assessment, Prevention, and Control" (E. Johanning, ed.). Mt. Sinai School of Medicine, New York.

Gorny, R. L., Reponen, T., Willeke, K., Schmechel, D., Robine, E., Boissier, M., and Grinshpun, S. A. (2002). Fungal fragments as indoor air biocontaminants. *Appl. Environ. Microbiol.* **68**, 3522–3531.

Griffin, D., Garrison, V., Herman, J., and Shinn, E. (2001a). African desert dust in the Caribbean atmosphere: Microbiology and public health. *Aerobiologia* **17**, 203–213.

Griffin, D., Kellogg, C., and Shinn, E. (2001b). Dust in the wind: Long range transport of dust in the atmosphere and its implications for global public and ecosystem health. *Global Change & Human Health* **2**, 20–32.

Griffin, D., Kellogg, C., Garrison, V., and Shinn, E. (2002). The global transport of dust. *American Scientist* **90**, 228–235.

Hefez, A. (1985). The role of the press and the medical community in the epidemic of "mysterious gas poisoning" in the Jordan West bank. *Am. J. Psychiatry* **142**, 833–837.

Hendrickse, R. G. (1984). The influence of aflatoxins on child health in the tropics with particular reference to kwashiorkor. *Trans. Roy. Soc. Trop. Med. Hyg.* **78**, 427–435.

Hintikka, E. L. (1977). Human *Stachybotryotoxicosis*. *In* "Mycotoxic Fungi, Mycotoxins, Mycotoxicoses" (T. D. Wyllie and L. G. Morehouse, eds.), Vol. 3, pp. 87–89. Marcel Dekker, Inc., New York.

Hirsch, J. (2002). Damage to coral reefs mounts, study says. A14. *Los Angeles Times*, 8/26/02.

Hollowell, C. D., and Miksch, R. R. (1981). Sources and concentrations of organic pollutants in indoor environments. *Bull. NY Acad. Med.* **57**, 962–977.

Ikeda, K., and Park, J. S. (2003). Long-term formaldehyde and VOCS measurements in Japanese homes. Proceedings of the 2003 International Symposium on Indoor Air Quality and Health Hazards, Tokyo.

Jarvis, B. B., Salemmi, J., and Morais, A. (1995). *Stachybotrys* toxins. *Nat. Tox.* **3**, 10–16.

Johanning, E., Gareis, M., Nielsen, K., Dietrich, R., and Märtlbauer, E. (2002). Airborne Mycotoxin Sampling and Screening Analysis. Proceeding: Indoor Air.

Johanning, E., Morey, P., Jarvis, B., Biagini, R., Hull, D., and Landsbergis, P. (1996). Health and immunology study following exposure to toxigenic fungi *Stachybotrys chartarum* in a water damaged office environment. *Int. Arch. Occup. Environ. Health* **68**, 207–218.

Johanning, E., and Landsbergis, P. (2001). Clinical Findings Related to Indoor Fungal Exposure-Review of Clinic Data of a Specialty Clinic. *In* "Bioaerosols, Fungi, and Mycotoxins: Health Effects, Assessment, Prevention, and Control" (E. Johanning, ed.), pp. 70–78. Mt. Sinai School of Med., Health Effects; Pathology; Epidemiology, New York.

Kilburn, K. H. (1997). Chlordane as a neurotoxin in humans. *So Med. J.* **90**, 299–304.

Kilburn, K. H. (1998). "Chemical Brain Injury." John Wiley, New York.

Kilburn, K. H. (1999). Evidence for chronic neurobehavioral impairment from chlorpyrifos. *Environ. Epidem. Toxicol.* **1**, 153–162.

Kilburn, K. H. (2000). Indoor air effects after building renovation and manufactured homes. *Am. J. Med. Sci.* **320**, 249–254.

Kilburn, K. H. (2002). Inhalation of moulds and mycotoxins. *Eur. J. Oncol.* **7**, 197–202.

Kilburn, K. H. (2003). Association of molds indoors with neurobehavioral and pulmonary impairment. *Arch. Environ. Health* **58**, 390–398.

Kilburn, K. H., and Warshaw, R. H. (1995a). Neurotoxic effects from residential exposure to chemicals from oil reprocessing facilities and Superfund sites. *Neurotox. Teratol.* **17**, 88–102.

Kilburn, K. H., and Warshaw, R. H. (1995b). Protracted neurotoxicity from chlordane sprayed to kill termites. *Environ. Health Perspec.* **103**, 690–694.

Kilburn, K. H., Seidman, B. C., and Warshaw, R. (1985). Neurobehavioral and respiratory symptoms of formaldehyde and xylene exposure in histology technician. *Arch. Environ. Health* **40**, 229–233.

Kilburn, K. H., Thornton, J. C., and Hanscom, B. E. (1998). Population based prediction equations for neurobehavioral tests. *Arch. Environ. Health* **53**, 257–263.

Kordula, T., Banbula, A., Macomson, J., and Travis, J. (2002). Isolation and properties of *Stachyrase* a, a chymotrypsin-like serine proteinase from *Stachybotrys chartarum*. *Infect. Immun.* **70**, 419–421.

Kreiss, K. (1990). The sick building syndrome: Where is the epidemiological basis? *Am. J. Pub. Health.* **80**, 1172–1173.

Landrigan, P. J., and Miller, B. (1983). The Arjenyattah epidemic. Home interview data and toxicological aspects. *Lancet.* **2**, 1474–1476.

Los Angeles Times (2003). Pollution threatens Great Barrier Reef. A14, 3/1/2003.

Matossian, M. K. (1989). "Poisons of the Past: Mold epidemics and history." Yale University Press, New Haven.

Menzies, R., Tamblyn, R., Farant, J. P., Hanley, J., and Nunes, F. (1993). The effect of varying levels of outdoor air supply on the symptoms of sick building syndrome. *N. Eng. J. Med.* **328**, 821–827.

Molhave, L., Buch, B., and Pederson, O. F. (1986). Human reactions to low concentrations of volatile organic compounds. *Environ. Int.* **12**, 167–175.

Muller, G., Spassowski, M., and Herschler, D. (1975). Metabolism of trichlorcthylene in man. *Arch. Toxicol.* **33**, 173–189.

Nielsen, K. F., Hansen, M. O., Larsen, T. O., and Tharne, U. (1998). Production of mycotoxins on artificially inoculated building materials. *Int. Biodeterioration Biodegradation* **42**, 1–7.

Nieminen, S., Maki-Paakkanen, J., Roponen, M., and Wright, A. (2002). Genotoxicity of gliotoxin, a secondary metabolite of *Aspergillus fumigatus*, in a battery of short-term test systems. *Mutat. Res.* **520**, 161.

Osawa, H. (2003). Status of the indoor air quality IAQ in Japanese houses based on the field survey of 2000. Proc Int'l Sym on Indoor Air Quality and Health Hazards.

Profile of Mood States (1971/1981). CA Educational and Industrial Testing Services, San Diego.

Radetsky, P. (1997). "Allergic to the Twentieth Century." Little, Brown & Co., Boston.

Randolph, T. (1945). Fatigue and weakness of allergic origin (allergic toxemia) to be differentiated from nervous fatigue or neurasthenia. *Annals of Allergy* **3**, 418–430.

Randolph, T. (1947). Allergy as a causative factor of fatigue, irritability, and behavior problems of children. *J. Pediatr.* **31**, 560–572.

Randolph, T., and Moss, R. (1980). "An Alternative Approach to Allergies." Lippincott and Crowell, New York.

Savilathi, R., Uitti, J., Laippala, P., Husman, T., and Toto, P. (2000). Respiratory morbidity among children following renovation of a water damaged school. *Arch. Environ. Health* **55**, 405–410.

Schiefer, H. B. (1990). Mycotoxicosis of domestic animals and their diagnosis. *Can. J. Physiol. Pharm.* **68**, 987–990.

Sharpe, R. (2002). Molds getting a costly hold on homes. *USA Today*, June 20, 2002.

Sigsgaard, T., Jensen, H., Nichum, E., Gravensen, S., Larsen, L., and Hansen, M. (2001). Symptoms Associated to Work in a Water Damaged School Building. *In* "Bioaerosols, Fungi, and Mycotoxins: Health Effects, Assessment, Prevention, and Control" (E. Johanning, ed.), pp. 99–105. Mt. Sinai School of Med., Health Effects; Pathology; Epidemiology, New York.

Small, G. W., and Borus, J. F. (1983). Outbreak of illness in a school chorus. Toxic poisoning or hysteria? *N. Engl. J. Med.* **308**, 632–635.

Smoragiewiez, W., Cossette, B., Boutard, A., and Krzystyniak, K. (1993). Trichothecene mycotoxins in the dust of ventilation systems in office buildings. *Int. Arch. Occup. Environ. Health* **65**, 113–117.

Ueno, Y. (1977). *In* "Trichothecenes: Overview Address in Mycotoxins in Human and Animal Health" (J. V. Rodricks, C. W. Hesseltine, and M. A. Mehlman, eds.). Pathotox Publishers, Forest Park South, IL.

Wallace, L. A. (1991). *In* "Volatile Organic Compounds in Indoor Air Pollution: A Health Perspective" (J. M. Samet and J. D. Spengler, eds.). Johns Hopkins Press, Baltimore.

Wechsler, D. (1945). A standardized memory scale for clinical use. *J. Psychol.* 19, 87–95 WMS-revised 1987, Psychological Corporation. San Antonio.

Wechsler, D. (1981). "Adult Intelligence Scale Manual-Revised." The Psychological Corporation. San Antonio, New York.

World Health Organization (1990). "Selected Mycotoxins: Ochratoxins, Trichothecenes, Ergot." Env. Health Criteria 105, Geneva.

Yike, I., Allan, T., Sorenson, W. G., and Dearborn, D. G. (1999). Highly sensitive protein translation assay for trichothecene toxicity in airborne particulates: Comparison with cytotoxicity assays. *Appl. Env. Microbiol.* 65, 88–94.

# The Diagnosis of Cognitive Impairment Associated with Exposure to Mold

WAYNE A. GORDON AND JOSHUA B. CANTOR

*Department of Rehabilitation Medicine*
*Mount Sinai School of Medicine, New York, New York 10029*

I. Introduction 361
II. What Is Neuropsychological Testing? 361
III. How Is Differential Diagnosis Used in Neuropsychology? 366
IV. Cognitive Impairment and Mycotoxin-Producing Fungi 367
V. Conclusion 373
References 373

## I. Introduction

The purpose of this chapter is to provide an introduction to existing knowledge about cognitive impairments related to exposure to mycotoxin-producing fungi. The bulk of this information is based on findings from neuropsychological evaluations. In preparing this manuscript, it was assumed that our readers would know little about the basic issues involved in neuropsychological assessment. Consequently, a general overview of the goals and methods of neuropsychological testing will be provided first. Since differential diagnosis is an essential component in neuropsychological assessment, especially as it applies to persons exposed to mycotoxin-producing fungi, a discussion of the process of differential diagnosis in neuropsychological evaluation will follow. Finally, a review of published findings in this area will be presented, followed by a description of our experiences in the neuropsychological evaluation of individuals who have been exposed to mycotoxin-producing fungi in either their home or at work and a review of our ongoing research in this area.

## II. What Is Neuropsychological Testing?

Lezak (1995) defines neuropsychology as "... the area of psychology/science that focuses on the behavioral expression of brain damage." Clinical neuropsychology utilizes psychometric techniques to elucidate brain-behavior relationships in a systematic way. The American Academy of Neurology (1996) has described neuropsychological testing as "... one means of garnering quantitative information about behavioral changes in patients with known neurological disease or who



ADVANCES IN APPLIED MICROBIOLOGY, VOLUME 55
Copyright 2004, Elsevier Inc.
All rights reserved.
0065-2164/04 $35.00

are considered to be at risk for brain dysfunction." The fact that neuropsychological tests are generally reliable, valid, and objective adds to the soundness of the findings that are derived from their use (American Academy of Neurology, 1996; Lezak, 1995). It is accepted that neuropsychological testing is useful when used for diagnostic purposes, patient care, rehabilitation planning, and research (American Academy of Neurology, 1996). The present chapter will discuss only the diagnostic use of neuropsychological testing.

When used for diagnostic purposes, neuropsychological testing is useful in describing the nature and extent of cognitive dysfunction, differentiating neurological from psychiatric symptoms, differentiating among neurological conditions, and describing recovery from or the outcome of a neurological disorder or event (Lezak, 1995). In conducting a neuropsychological evaluation, the neuropsychologist examines diverse aspects of cognitive function including processing speed, motor speed, attention/concentration, verbal abilities, visual perceptual abilities, intellectual function, memory, executive functions, and mood. A variety of tests are available to assess each of these areas, and various testing modalities are used, including standard face-to-face tasks administered by the examiner, computerized tests, self-report measures, and interviews. Since the neuropsychologist may draw on a variety of tests to examine different aspects of these domains of function, the completion of a thorough neuropsychological evaluation is a time-consuming process that can take at least 8 to 10 hours. Any or all aspects of these domains of cognitive function can be affected by cognitive impairment, since dysfunction can be related to the acquisition of information, the retention or learning of information, the manipulation and organization of information, or the communication of information. The impact of brain damage on cognitive function is often uneven and, as a result, some skills become impaired and others remain preserved. Thus discrepancies in the test performance of an individual are often used as a way of describing cognitive deficits.

There are certain types of neuropathology (e.g., mild traumatic brain injury, exposure to toxins) in which neuropsychological testing may be sensitive to dysfunction that cannot necessarily be detected by other types of diagnostic procedures. Thus, cognitive impairments may be identified with neuropsychological tests, despite evidence of "normal" intelligence, unremarkable neuroradiological studies, or a clinical neurological examination in which there are no findings of pathology. Indeed, conventional neurological diagnostic testing—such as magnetic resonance imaging (MRI), computerized axial tomography (CT) scans, electroencephalograms (EEGs), etc.—often fails to detect

impairments that are exhibited in a neuropsychological evaluation of an individual following toxic exposure (Hartman, 1995). The validity and utility of neuropsychological tests in assessing the cognitive functions of persons with traumatic brain injury is well documented in the literature (e.g., Barth *et al.*, 1989; Gronwall and Wrightson, 1974; Hugenholtz *et al.*, 1988; Levin *et al.*, 1987), despite the fact that many individuals with mild injuries show little or no evidence of pathology on traditional imaging techniques or clinical neurological exams (Mateer, 2000).

The "tools" of neuropsychologists are tests that have been standardized on large groups of "normal" individuals. Conclusions of deficit or impaired function are based on the comparison of the individual's performance with normative data or with another standard that can serve as a guideline for describing current function, such as a discrepancy between current functioning and pre-morbid performance. These two types of comparison may provide different information and result in different interpretations. For example, a person's performance may be "average" in comparison to the population on whom the test was standardized but discrepant from the person's pre-morbid performance. There are statistical methods for judging the extent of within-person variability on some measures. In addition, standards of performance based on societal expectations of cognitive function are often used. These benchmarks are grounded in expectations that are based on level of education and notions of the cognitive competence needed to perform certain tasks/professions. For example, a person who graduated from college and received an advanced graduate degree is expected to function cognitively at a higher level than a person who graduated from high school.

Except in rare instances in which a pre-morbid neuropsychological evaluation is available, pre-morbid ability or function must be evaluated by using documentation of prior abilities such as school records and transcripts, performance on standardized tests such as American university entrance examinations (e.g., Scholastic Aptitude Test [SAT], Graduate Record Examination [GRE]), employment records, and the verbal reports of others. In the absence of such documentation of prior performance, there is no baseline that can be used as a basis with which to compare current function. Without this baseline information, the conclusions that can be drawn about a person are largely speculative.

In making a determination that current cognitive impairment is related to a specific injury, medical event, or exposure to toxins, the neuropsychologist must also rule out possible alternative explanations that might account for the impairments. These can include medication

use, substance abuse, learning disabilities, malingering, history of other brain injury or neurological disease, psychiatric disorders, and general medical conditions known to cause cognitive impairment (e.g., certain endocrine disorders). Some aspects of gathering this information are quite routine, such as discussing current medication use and medication history. The neuropsychologist must be able to rule out the potential side effects of these medications as factors that may be influencing test performance.

However, gathering of information that may be more personal requires care and in-depth discussion. For example, in ruling out such factors as co-existing or pre-morbid neurological disorders, brain injury or concussion, information about these issues must be systematically collected. The nature of any pre-morbid learning disability must be understood as it relates to present cognitive function. For example, if the person currently reports cognitive difficulties that are different from those that were associated with prior learning difficulties, then it is likely that the present difficulties are of a different etiology from those that existed in the past. Similarly, substance abuse history needs to be evaluated in terms of frequency, duration, substance(s) used, and date of most recent use. While the interaction between substance use and cognitive function is well described in the clinical literature, declines in performance are usually dose related and in many instances, recovery of function has been described following a period of abstinence. Declines in day-to-day function would also be expected as a corollary of altered cognitive function. Thus corroboration of the extent to which daily function may or may not have been affected is needed in the absence of a baseline neuropsychological assessment. Psychiatric history also needs to be explored and the nature and extent of current mood disorders needs to be examined as part of the neuropsychological evaluation.

There is little doubt that health difficulties, financial problems, and other stressors related to exposure to mycotoxin-producing fungi in the home or place of work can result in some individuals experiencing significant psychological distress. Some people are quite overwhelmed by feelings of their world being out of control following their exposure. Thus, exposure can result in emotional reactivity. However, coexistence of cognitive impairment with this emotional distress does not indicate a causal relationship between the two (Kay, 1999). Indeed, many neurological disorders result in emotional disturbances that appear to be organic in origin rather than responses to stress (Starratt, 1998). The literature on the relationship between neuropsychological test scores and mood disorders is large and its review is beyond the

scope of this chapter. Some studies have documented an association between the two (Cassens *et al.*, 1990), while other research has not (Niederehe, 1986). Some of the controversy in this area is related to differences in the individuals studied (severe chronically depressed individuals, episodically depressed individuals, etc.) and to the fact that subjects were administered different tests in different studies. A consensus regarding the nature and extent of the relationship between affective disturbance and cognitive dysfunction has not emerged from the literature, and there are no guidelines that relate a specific affective disturbance of a given severity to a specific pattern of neuropsychological dysfunction.

When possible cognitive impairment is assessed, patient behavior during testing must also be carefully considered. The neuropsychologist will look for signs of lack of motivation to perform well, lack of effort, or malingering that could undermine the validity of the testing. These areas can also be assessed by using tests formulated for this purpose. These tests typically present tasks that look difficult but are actually fairly easy, even for a person with cognitive impairments. The assumption is that malingerers, assuming that the test is very challenging, will deliberately perform quite poorly. This remains, however, a difficult area to assess and one that, at present, is quite controversial. Part of the difficulty is that no widely accepted criteria are used to identify malingering or insufficient effort. This difficulty is complicated by the fact that the tests used to assess these domains are not generally well standardized on large groups of either "normal" or neurologically impaired persons. Most tests have been standardized on small samples of college students who in some instances have been instructed to behave as if they are malingering. In these instances the scores of the "malingering" students were compared with those of the non-malingering students. Differences between these two groups were then used to determine the pattern of performance associated with malingering (Hilsabeck *et al.*, 2001).

Thus, in making a judgment concerning the presence of cognitive impairment, the neuropsychologist uses information from a variety of sources. A single aberrant score is not used as the basis for the determination of impairment. Rather, it is the pattern of performance that forms the basis of the diagnosis. The determination of impaired performance is based on statistical inferences regarding the variations and discrepancies among the person's scores on a variety of tests. Thus performance in the "average" range on a series of memory tests for a person with "superior" intellectual ability would constitute a statistically significant discrepancy between performance in two areas of

cognitive functioning that might, in turn, suggest the presence of memory impairment. Isolated discrepancies or discrepancies of smaller magnitude are likely to reflect normal variations in ability and testing circumstances. This procedure forms an integral part of differential diagnosis, a technique that is used routinely in clinical neuropsychology and that integrates all the elements of neuropsychological assessment described above.

### III. How Is Differential Diagnosis Used in Neuropsychology?

Differential diagnosis is a widely accepted methodology in clinical practice that is used to form the foundation for making a diagnosis. The method is not unique to neuropsychology. It is used in many areas of health care in which a professional gathers diverse information to render an opinion of what diagnostic entity is the most parsimonious explanation of what "ails the person" (Lezak, 1995). In adopting this approach, the neuropsychologist must integrate information from diverse sources to establish whether a chain of logical causation exists between the cognitive impairment observed in the person and the event to which it is attributed (e.g., injury, illness, or exposure to a toxic substance). Hartman (1999) has outlined five separate links in the logical chain as it applies to the evaluation of persons exposed to toxins. First is an evaluation of the person's pre-morbid status. This link in the chain is to establish the person's level of achievement and cognitive functioning prior to their exposure. The second link in the chain involves making a determination that the person was indeed exposed to toxins. This judgment involves the examination of data substantiating the person's claim of having been exposed. The patient's symptoms or statement that they were caused by their exposure is not sufficient evidence of exposure. These statements must be supported by documentation such as environmental testing and air quality reports. The third link in the chain involves the determination of whether the person's self report of cognitive dysfunction is valid. This is accomplished by neuropsychological testing. The fourth link in the chain is establishing the temporal relationship between the onset of the person's symptoms and their exposure. The key point here is that the onset of the person's symptoms must *follow* their exposure. It is not necessarily the case that symptoms remit following removal from the exposure as some symptoms may be permanent. Finally, the person's symptom report must be consistent with test findings. Diverse professionals need to be brought to bear to assist in establishing the validity of various links in the causal chain.

### IV. Cognitive Impairment and Mycotoxin-Producing Fungi

The first person evaluated by the senior author of this chapter to determine the nature and extent of cognitive deficits secondary to mold exposure was referred to him in 1993. The patient was well educated and held an advanced degree from a prestigious university. At the time of his exposure he was working for a museum. The museum became flooded with sewage as a result of a break in a pipe. The patient became exposed to mycotoxin-producing fungi such as *Stachybotrys atra* during the clean-up of the museum. Following his exposure, he reported feeling fatigued most of the time and having multiple upper respiratory and sinus infections. He also reported a variety of cognitive symptoms, including difficulty in paying attention and completing tasks in a timely fashion, and short-term memory loss. He was no longer able to work, and his fatigue and physical symptoms precluded social participation. The examiner was intrigued by the correspondence between his self-report and the findings of neuropsychological testing and sought to learn more about the cognitive effects of mold exposure by completing a literature search. The search turned up no clinical or research studies in the area. A colleague in the Department of Infectious Disease at Mount Sinai School of Medicine confirmed that there was a dearth of information on this topic.

Since 1993, this situation has changed. A number of publications have appeared documenting negative health effects secondary to mold exposure (Augerson, 2000; Etzel, 2002; Sudakin, 1998) as well as two studies on cognitive dysfunction associated with mold exposure (Baldo *et al.*, 2002; Gordon *et al.*, 1999).

Given that the body of literature in this area is still relatively small, some might suggest that the conclusion that exposure to mycotoxin-producing fungi results in cognitive impairments is premature. In the first place, no set of cognitive impairments has been identified that is specific to mold exposure. Second, there is no known dose response to mycotoxin-producing fungi. Third, there are no epidemiological studies linking exposure to mycotoxin-producing fungi to cognitive impairment. Each of these issues is addressed below.

Despite the findings described above, to date, no set of cognitive impairments has been identified that is specific to mold exposure or to a specific type of mold exposure. However, since responses to different pathogens are often similar, identification of a specific set of mold-related cognitive impairments is not necessary to affirm that mycotoxin-producing fungi exposure can be related to cognitive impairments.

As with many other pathogens, there is no known dose response to exposure to mycotoxin-producing fungi. And as with other pathogens, this does not indicate that there is no relationship between exposure and pathology. For example, it is widely accepted that smoking causes lung cancer and many other health-related problems. Yet the dose response between smoking and illness remains unknown. Thus we do not know whether a dose relationship (how many cigarettes did the person smoke over a given period of time) or a threshold relationship (the person smoked beyond some accepted threshold) exists linking smoking to cancer or other health disorders. Similarly we do not know why some people who smoke become ill and others do not. Thus factors that are protective of the individual or put an individual "at risk" remain unknown. While dose-response relationships are not needed to document the effects of exposure, they can provide important information in determining what levels of exposure might be deemed safe.

Finally, there are no epidemiological studies linking exposure to mycotoxin-producing fungi to cognitive impairment. However, epidemiology cannot explain the effects on an individual of exposure to a given neurotoxin. While it is true that population-based studies of samples of individuals exposed to mycotoxin-producing fungi have not been undertaken, it is beyond the scope of this chapter to explore the reasons that may account for an absence of epidemiological research or to examine the appropriate use or misuse of epidemiological methods in this regard. Although at the present time the nature or extent of individual variation in response to exposure to mycotoxin-producing fungi has not been documented in large population-based samples, epidemiological studies are not the only valid standard of evidence needed to make assertions concerning mold-related cognitive impairment.

To date, more than 100 adults and 10 children who have been exposed to mold have been seen in our offices. We found that there was similarity in the self-report of symptoms and cognitive complaints of many of the patients. Upper respiratory difficulties, pneumonia, asthma, sinus infections, skin rashes, and gastrointestinal difficulties were all complaints that were frequently reported. The most commonly reported cognitive symptom was memory loss. The cognitive complaints of these individuals have not always been confirmed. In some instances individuals were found to be unimpaired or to have factors in their medical or psychological histories that prevented associating their cognitive complaints to their exposure. The rate of referral has steadily increased since 1993. All individuals were given the same basic battery that is administered to all individuals who are referred to the Neuropsychology service in the Department of Rehabilitation

Medicine. This battery is sometimes modified to clarify diagnostic questions or to suit the specific characteristics of the patient being evaluated. Over the 10 years since 1993, old versions of tests have been replaced by newer editions, which in turn have better normative data. Some tests have been added to the basic battery over time.

In the course of our research on cognitive problems related to mycotoxin-producing fungi exposure, we have sought to (1) document the extent and nature of the cognitive impairment that we have seen, (2) identify patterns of impairment, and (3) compare dysfunction in this group to that in other diagnostic groups. Drawing on the data described above, we have conducted two studies to date, examining cognitive impairment in persons exposed to mycotoxin-producing fungi. The first study (Gordon *et al.*, 1999) simply described patterns of impairment in the first 20 patients tested between 1993 and 1998. The second (Gordon *et al.*, in press) compared symptom reports in a sample of 31 mold-exposed patients to symptom reports in samples of persons with traumatic brain injury (TBI) and with no disability and examined which types of cognitive impairment were most prevalent in the group using neuropsychological tests.

In the first study that we conducted (Gordon *et al.*, 1999), the data derived from the testing of the first 20 individuals seen that supported the clinical impression of memory difficulties were examined. It was decided to present the findings as a composite or "snapshot" of 20 cases and not to analyze every test score (because this approach could be characterized as data mining or as a "fishing expedition") but instead to focus on examining test data that would correspond to common complaints of the individuals tested. It was reasoned that there should be some correspondence between self-report and test findings. Examination of the test data revealed that the level of performance on tests of intellectual function of the individuals in the sample was in the average range. Despite this, the distribution of scores on several other tests was negatively skewed to the low end of the normal curve. This finding was most apparent when performance on the Weschler Memory Scale–Revised Edition (Wechsler, 1987) and the California Verbal Learning Test (Delis *et al.*, 1987) was examined. Thus these findings supported the overall self-report of memory difficulties. In addition, difficulties with attention/concentration and set shifting were observed.

The second study that we undertook (Gordon *et al.*, in press) involved an examination of the data derived from the next group of patients seen. These patients were exposed for varying lengths of time to mycotoxin-producing fungi such as *Stachybotrys atra*, *Penicillium*, and *Aspergillus*. Some may have been exposed to additional types of

mycotoxin-producing fungi. Data collected from 31 of 38 patients were examined. It was decided to exclude the data collected from 7 of the individuals because of the presence of factors in their medical histories that would compete with mold as being the most likely source of their cognitive difficulties (e.g., psychiatric problems). In addition to examining neuropsychological test data, we compared the symptom reports of these mold-exposed individuals to those of a sample of 47 "controls" (individuals with no disability) and a group of 204 individuals with TBI. All participants with TBI met the criteria of the American Congress of Rehabilitation Medicine for TBI (Kay *et al.*, 1993). Thus all had experienced a blow to the head or violent movement of the head resulting in a period of loss of consciousness, loss of memory for events immediately before or after the accident, alteration of mental state at the time of accident (e.g., feeling dazed, disoriented, or confused), or focal neurological deficit(s). Thirty-two percent had mild TBI (less than 20 min of altered mental status), 13% had moderate TBI (20 min to 24 hr of altered mental status), and 55% had severe TBI (24 hr or more of altered mental status). Mean length of time since injury was 3.55 yr (SD = 5.84). The individuals in the comparison groups were selected from a database of participants from other studies on quality of life after brain injury conducted by the Research and Training Center on Community Integration of Individuals with TBI (RTC) at Mount Sinai School of Medicine. ANOVA and chi-square tests indicated that the groups were not significantly different in age, sex, or education. Demographic data on the three samples can be found in Table I.

TABLE I

DEMOGRAPHIC DATA

| | | Variables | | | | |
|---|---|---|---|---|---|---|
| | | Sex | | Years of education | | |
| Groups | Mean age | Male | Female | ≤12 Years | 12–16 Years | 16+ Years |
| Mold exposure (n = 31) | 44.23 (SD = 10.05) | 10 (32.3%) | 21 (67.7%) | 10 (32.3%) | 2 (6.5%) | 17 (54.8%) |
| TBI (n = 204) | 43.30 (SD = 10.79) | 102 (50%) | 102 (50%) | 56 (27.5%) | 67 (32.8%) | 78 (38.2%) |
| No disability (n = 47) | 44.38 (SD = 14.48) | 19 (40.4%) | 28 (59.6%) | 8 (17%) | 15 (31.9%) | 24 (51.1%) |

The symptom report of the mold-exposed group resembled that of the TBI group much more than that of the individuals with no disability. Some of the most frequently reported symptoms for both groups were "feeling impatient or irritable," "misplacing things," "thinking slowly," "feeling frustrated," "being easily distracted," "forgetting what you just said," "forgetting names of common objects or having trouble finding the right word to express your meaning," "difficulty concentrating," "feeling tired," and "losing your train of thought." While the mold-exposed group reported a mean of 33 (SD = 7) symptoms and the TBI group reported 37 (SD = 24) on average, the controls reported a mean of only 9 symptoms (SD = 12). The differences among these means were statistically significant ($P < .001$). In a previous paper, Gordon and colleagues (2000) found that there were 25 symptoms, 23 of them cognitive, that were sensitive and specific to individuals with TBI when compared with individuals with spinal cord injury, liver transplant, HIV/AIDS, and a group with no disability. In the present study, the mold-exposure group reported, on average, about 10 of these "sensitive and specific" symptoms (SD = 6), and the individuals with TBI reported a mean of 8 symptoms (SD = 6). The mean number reported by the controls was 1 (SD = 2.5). Obviously the difference among these means was statistically significant ($P < .001$). Although the numbers of subjects in each group were uneven, variances across groups were not, suggesting that differences in group sizes did not account for the differences. These findings led to the conclusion that symptom reports, and thus what "ails" people who are mold-exposed, are quite similar to symptom reports in individuals with known brain injury. Thus the experience of mold-related cognitive impairment is likely similar to that of TBI.

In examining the neuropsychological test data, we established criteria for impairment. The group in question was of average intelligence, and intelligence scores were normally distributed (mean Full Scale IQ = 108, SD = 16) in the group. Therefore impairment on a measure was defined as a score that fell more than 1 standard deviation below the normative mean. A total of 25 measures derived from nine tests were examined. All subjects exhibited impairment on at least 1 measure, with a mean of around 7 (SD = 5) impairments. Impairment was found most often on tests of memory and tests of the executive functions such as reasoning, mental set shifting, and critical thinking. In fact, in both of these cognitive domains, significantly more patients exhibited impairments than would have been expected by chance ($P = .049$ to $<.001$). Ninety percent of the group exhibited impairments on one or more memory measures, 45% on tests of executive functions, 39% on tests of attention, and 17% on tests of processing speed.

It was also found that the impairments in the group were generally not limited to one domain. Indeed, 65% of the sample had impairments in more than one domain of cognitive function. The virtual ubiquity of memory problems was further illustrated by the fact that, when multi-domain impairment was found, memory was generally one of the areas affected. All persons who exhibited attention and processing speed impairments also had memory impairments.

Finally, significant *relative* impairments were found in the sample. On the eight Memory Indexes of the WMS-III, 20% to 60% of subjects performed significantly worse ($P = .034$ to $<.001$) than would be expected given their IQs. On all but two of these indexes, this proportion was significantly greater than would be expected from population norms ($P = <.05$ to $<.01$). In each case, two to four times more subjects had IQ–Memory discrepancies than would be expected. Thus the mold-exposed group exhibited significantly more impairments than would be expected, both in comparison with group norms and in comparison with themselves.

Although the sample of individuals tended to be depressed, there was no correlation between depression scores and the number of impaired scores on neuropsychological tests. Thus the extent of cognitive impairment was not associated with the severity of depressed mood.

Results from a recent study by Baldo *et al.* (2002) are consistent with the findings described above. They compared the neuropsychological test performance of 10 mold-exposed individuals to 10 individuals with mild TBI. The mold-exposed individuals were exposed to *Stachybotrys atra*, *Penicillium*, and *Aspergillus*, among other molds. Baldo *et al.* defined impaired performance as being below the tenth percentile. The most consistent impairment was found on tests of visual memory, and the performance of the mold-exposed patients and those with mild TBI tended to be comparable. Both groups also exhibited similar patterns of performance on the Million Clinical Multiaxial Inventory, and they found a weak relationship between cognitive impairment and depression in a portion of their mold-exposed sample.

In a study of health problems in a group of persons exposed to *Stachybotrys chartarum* and *Aspergillus* in their work place, Hodgson and colleagues (1998) reported no evidence of neuropsychological impairment in subjects who were exposed relative to a comparison group of individuals who were not exposed. Unfortunately, the demographic characteristics of the two samples were not described, the battery of neuropsychological tests administered was not described, and the test findings were under-reported, with no descriptive statistics provided. This paucity of information makes it difficult to evaluate the implications of this finding. Perhaps most importantly, the authors did not state

he group were generally
sample had impairments
ı. The virtual ubiquity of
he fact that, when multi-
generally one of the areas
n and processing speed

ere found in the sample.
, 20% to 60% of subjects
< .001) than would be
ese indexes, this propor-
xpected from population
four times more subjects
be expected. Thus the
more impairments than
ith group norms and in

d to be depressed, there
s and the number of im-
us the extent of cognitive
rity of depressed mood.
2002) are consistent with
l the neuropsychological
iduals to 10 individuals
were exposed to *Stachy-*
nong other molds. Baldo
below the tenth percen-
found on tests of visual
posed patients and those
th groups also exhibited
llion Clinical Multiaxial
nship between cognitive
eir mold-exposed sample.
ersons exposed to *Stachy-*
vork place, Hodgson and
neuropsychological im-
ve to a comparison group
unately, the demographic
described, the battery of
ot described, and the test
iptive statistics provided.
evaluate the implications
he authors did not state



whether the exposed individuals reported cognitive difficulties in addition to their other ailments. If the individuals who were exposed were indeed asymptomatic—that is, did not report cognitive difficulties—these findings are not surprising and further support the validity and sensitivity of neuropsychological tests. The assertion has never been made that cognitive impairments secondary to mold exposure occur in all persons who are exposed to mold or even in a majority of cases. Rather, they seem to be found in a minority of persons. Thus, to claim an absence of neuropsychological impairment in a small sample of individuals exposed to mold offers no evidence against (or indeed for) the idea that mycotoxins can affect cognitive functioning.

## V. Conclusion

In conclusion, initial evidence from neuropsychological research suggests that some people experience significant, measurable cognitive impairment after exposure to mycotoxin-producing fungi. Multiple areas of cognitive functioning appear to be affected, although memory seems to be the domain of cognitive function most frequently affected. The symptoms reported are similar to those experienced by persons with known brain injury. Further research in this area is critical to examine the extent of the problem and its characteristics, including potential relationships between specific molds and specific impairments and dose responses if applicable.

## References


American Academy of Neurology, Therapeutics and Technology Assessment Subcommittee (1996). Assessment: Neuropsychological testing of adults. Considerations for neurologists. *Neurology* 47, 592–599.

Augerson, W. E. (2000). "A Review of the Scientific Literature as it Pertains to Gulf War Illnesses; Volume 5: Chemical and Biological Warfare Agents." RAND, Santa Monica, CA.

Baldo, J. V., Ahmad, L., and Ruff, R. (2002). Neuropsychological performance of patients following mold exposure. *Appl. Neuropsychol.* 9, 193–202.

Barth, J. T., Alves, W. M., Ryan, T. V., Macciocchi, S. N., Rimel, R. W., Jane, J. A., and Nelson, W. E. (1989). Mild head injury in sports: Neuropsychological sequelae and recovery of function. *In* "Mild Head Injury" (H. S. Levin, H. M. Eisenberg, and A. L. Benton, eds.), pp. 257–275. Oxford University Press, New York.

Cassens, G., Wolfe, L., and Zola, M. (1990). The neuropsychology of depression. *J. Neuropsychiatry Clin. Neurosci.* 2, 202–213.

Delis, D. C., Kramer, J. H., Kaplan, E., and Ober, B. A. (1987). "California Verbal Learning Test: Adult Version Manual." Psychological Corporation, San Antonio, Texas.

Etzel, R. A. (2002). Mycotoxins. *JAMA* 287, 425–427.

Gordon, W. A., Johanning, E., and Haddad, L. (1999). Cognitive impairment associated with exposure to toxigenic fungi. *In* "Bioaerosols, Fungi and Mycotoxins: Health

Effects, Assessment, Prevention and Control" (E. Johanning, ed.), pp. 94–98. Eastern New York Occupational and Environmental Health Center, New York.

Gordon, W. A., Haddad, L., Brown, M., Hibbard, M., and Sliwinski, M. (2000). The sensitivity and specificity of self-reported symptoms in individuals with traumatic brain injury. *Brain Inj.* **14**, 21–33.

Gordon, W. A., Cantor, J. B., Johanning, E., Charatz, H. J., Ashman, T. A., Breeze, J., Haddad, L., and Abramowitz, S. (In press). Cognitive impairment associated with toxigenic fungal exposure: A replication and extension of previous findings. *Appl. Neuropsychol.*

Gronwall, D., and Wrightson, P. (1974). Delayed recovery of intellectual functioning after mild head injury. *Lancet, ii* (7894), 1452.

Hartman, D. E. (1995). "Neuropsychological Toxicology: Identification and Assessment of Human Neurotoxic Syndromes." Plenum Press, New York.

Hartman, D. E. (1999). Neuropsychology and the (neuro)toxic tort. *In* "Forensic Neuropsychology" (J. J. Sweet, ed.), pp. 339–368. Swets and Zeitlinger, The Netherlands.

Hodgson, M. J., Morey, P., Leung, W., Morrow, L., Miller, D., Jarvis, B., Robbins, H., Halsey, J. F., and Storey, E. (1998). Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. *J. Occup. Environ. Med.* **40**, 241–249.

Hilsabeck, R. C., LeCompte, D. C., Marks, A. R., and Grafman, J. (2001). The Word Completion Memory Test (WCMT): A new test to detect malingered memory deficits. *Arch. Clin. Neuropsychol.* **16**, 669–678.

Hugenholtz, H., Stuss, D. T., Stethem, L. L., and Richard, M. T. (1988). How long does it take to recover from a mild concussion? *Neurosurgery* **22**, 853–858.

Kay, T., Harrington, D. E., Adams, R., Anderson, T., Cicerone, K., Dalberg, C., Gerber, D., Goka, R., Harley, P., and Hilt, J. (1993). Definition of mild traumatic brain injury. *J. Head Trauma Rehabil.* **8**, 86–87.

Kay, T. (1999). Interpreting apparent neuropsychological deficits: What is really wrong? *In* "Forensic Neuropsychology" (J. J. Sweet, ed.), pp. 145–183. Swets and Zeitlinger, The Netherlands.

Lezak, M. D. (1995). "Neuropsychological Assessment" 3rd ed. Oxford University Press, New York.

Levin, H. S., Mattis, S., Ruff, R. M., Eisenberg, H. M., Marshall, L. F., Tabaddor, K., High, W. M., and Frankowski, R. F. (1987). Neurobehavioral outcome following minor head injury: a three-center study. *J. Neurosurg.* **66**, 234–243.

Mateer, C. A. (2000). Assessment issues. *In* "Neuropsychological Management of Mild TBI" (S. A. Raskin and C. A. Mateer, eds.), pp. 34–72. Oxford University Press, New York.

Niederehe, G. (1986). Depression and memory impairment in the aged. *In* "Handbook for Clinical Assessment of Older Adults" (L. W. Poon, ed.), pp. 226–237. American Psychological Association, Washington, DC.

Starratt, C. (1998). Emotional disorders associated with neurological diseases. *In* "Clinical Neuropsychology: A Pocket Handbook for Assessment" (P. J. Snyder and P. D. Nussbaum, eds.), pp. 613–628. American Psychological Association, Washington, DC.

Sudakin, D. L. (1998). Toxigenic fungi in a water-damaged building: An intervention study. *Am. J. Ind. Med.* **34**, 183–190.

Wechsler, D. (1987). "Wechsler Memory Scale – Revised." The Psychological Corporation, San Antonio, Texas.

# Mold and Mycotoxins: Effects on the Neurological and Immune Systems in Humans

Andrew W. Campbell,* Jack D. Thrasher,† Michael R. Gray,‡ and Aristo Vojdani§

*Medical Center for Immune and Toxic Disorders, Spring, Texas

†Sam-1 Trust, Alto, New Mexico

‡Progressive Health Care Group, Benson, Arizona

§Immunosciences Laboratories, Beverly Hills, California

I. Introduction 375
II. Water Damage and Associated Molds 378
A. Mycobiota 378
B. Mycotoxins Produced by Toxigenic Molds 378
C. Human Exposure 380
III. Symptoms, Upper and Lower Respiratory Tract 380
A. Symptoms 380
B. Upper Respiratory Fungal Infections 382
C. Lower Respiratory Tract 383
D. Proinflammatory Cytokines and Biomarkers 385
IV. IgA, IgG, and IgE Antibodies to Molds and Mycotoxins 385
A. Salivary IgA Antibodies to Molds 385
B. Serum IgA, IgM, IgG, and IgE Antibodies to Molds 386
C. Cross-Reactivity of Antibodies to Molds 387
D. Antibodies to Extracellular Polysaccharides (EPS) 390
V. Alterations in T and B Cells, Natural Killer (NK) Cells, and Other Immune Parameters in Humans Exposed to Toxigenic Molds 390
A. Alterations in Percentage of T and B cells 390
B. Mitogen Activity 391
C. Autoantibodies 392
D. Immune Complexes 392
E. Concluding Remarks on Immunological Observations 393
VI. Neurological Abnormalities 393
A. Neurocognitive Deficits and Central Nervous System Dysfunction 394
B. Peripheral Motor and Sensory Neuropathy 396
C. Neuronal Antibodies 396
D. Demyelination of Peripheral Nerves 397
VII. Conclusion 397
References 398

## I. Introduction

The potential harmful effects of exposure to molds in inhabited buildings were recognized in early Biblical times. In the Old Testament (King James Version, Oxford 1888 Edition, Chapter XIV: Verses



ADVANCES IN APPLIED MICROBIOLOGY, VOLUME 55
Copyright 2004, Elsevier Inc.
All rights reserved.
0065-2164/04 $35.00

34 thru 47) Leviticus put forth a detailed protocol for the remediation of contaminated structures, including the destruction of dwellings and personal belongings if remediation failed. Currently it is recognized that water intrusion into buildings leads to amplification of molds (Andersson *et al.*, 1997; Gravesen *et al.*, 1999; Hodgson *et al.*, 1998; Jaakkola *et al.*, 2002; Johanning *et al.*, 1996; Nielsen, 2003; Peltola *et al.*, 2001), which often requires remediation.

Fungal fragments occur in indoor air as biocontaminants (Burge, 1990; Gorney *et al.*, 2002). Potentially toxic and immunogenic byproducts of fungi and molds include mycotoxins (Croft *et al.*, 1986; Johanning *et al.*, 2002; Nielsen *et al.*, 1999; Nieminen *et al.*, 2002; Tuomi *et al.*, 1998, 2000); 1,3-alpha-D-glucans (Andersson *et al.*, 1997), extracellular polysacharrides (EPS) (Duowes *et al.*, 1999; Notermans *et al.*, 1988; Wouters *et al.*, 2000); exodigestive enzymes (EDS) (Monod *et al.*, 2002), and solvents (Claeson *et al.*, 2002). In addition, trichothecenes, ochratoxin A, sterigmatocystin, and other mycotoxins have been identified in ventilation duct dust and in the air in buildings where occupants have experienced adverse health effects related to mold exposure (Croft *et al.*, 1986; Engelhart *et al.*, 2003; Jarvis, 2002; Johanning *et al.*, 2002; Nieminen *et al.*, 2002; Skaug *et al.*, 2000; Smoragiewicz *et al.*, 1993; Tuomi *et al.*, 1998). The worst-case scenario appears to be repeated episodes of water damage that promote fungal growth and mycotoxin production, followed by drier conditions leading to release of spores and hyphal fragments (Nielsen, 2003).

Occupants of affected structures develop multiple organ symptoms and have adverse effects of the upper and lower respiratory system, central and peripheral nervous system, skin, gastrointestinal tract, kidneys and urinary tract, connective tissue, and the musculoskeletal system (Anyanwu *et al.*, 2003a; Croft *et al.*, 1986; Gunnbjornsdottir *et al.*, 1998; Gray *et al.*, 2003; Hodgson *et al.*, 1998; Jaakkola *et al.*, 2002; Johanning *et al.*, 1996; Kilburn, 2002; Sailvilahti *et al.*, 2000). Human illness caused by fungi can result via one or all of the following: (1) mycotic infections (mycoses) (Anaissie *et al.*, 2002; Eucker *et al.*, 2001; Fraser, 1993; Grossi *et al.*, 2000), (2) fungal rhino-sinusitis (Braun *et al.*, 2003; Ponikau *et al.*, 1999; Thrasher and Kingdom, 2003), (3) IgE-mediated sensitivity and asthma (Barnes *et al.*, 2002; Lander *et al.*, 2001; Zureik *et al.*, 2002), (4) hypersensitivity pneumonitis and related inflammatory pulmonary diseases (Erkinjuntti-Pekkanen *et al.*, 1999; Ojanen, 1992; Patel *et al.*, 2001; Sumi *et al.*, 1994), (5) cytotoxicity (Desai *et al.*, 2002; Gareis, 1995; Jones *et al.*, 2002; Nagata *et al.*, 2001; Poapolathep *et al.*, 2002), (6) immune suppression/modulation (Berek *et al.*, 2001; Bondy and Petska, 2000; Jakab *et al.*, 1994), (7) mitochondrial

toxicity (Hoehler, *et al.*, 1997; Niranjan *et al.*, 1982; Pace, 1983, 1988; Sajan *et al.*, 1997; Wei *et al.*, 1984), (8) carcinogenicity (Dominguez-Malagon and Gaytan-Graham, 2001; Schwartz, 2002), (9) nephrotoxicity (Anyanwu *et al.*, 2003c; Pfohl-Leszkowicz *et al.*, 2002), (10) the formation of nuclear and mitochondrial DNA adducts (Hsieh and Hsieh, 1993; Petkova-Bochatrova *et al.*, 1998; Pfhlohl-Leszkowicz *et al.*, 1993). Finally, in the infectious state, molds secrete extracellular digestive enzymes (EDE) that cause tissue destruction, angioinvasion, thrombosis, infarction and other manifestations of mycosis (Ebina *et al.*, 1985; Kordula *et al.*, 2002; Kudo *et al.*, 2002; Monod *et al.*, 2002; Ribes *et al.*, 2000; Vesper *et al.*, 2000).

The pathological and inflammatory conditions associated with *Stachybotrys chartarum* in infants with pulmonary hemosiderosis have been characterized. *S. chartarum* isolated from the lungs of an affected infant produced a hemolysin (stachylysin), a siderophore, and a protease (stachyrase) (Kordula *et al.*, 2002; Vesper *et al.*, 2000). Stachylysin has also been demonstrated in the serum of adults ill from a building-related exposure (Von Emon *et al.*, 2003). In rodents, its presence has been demonstrated by an immunocytochemical method following installation of *S. chartarum* spores into lungs. The hemolysin increases in concentration from 24 to 72 hours following instillation of spores, indicating that production/release is a relatively slow process (Gregory *et al.*, 2003). In addition, strains of *S. chartarum* produce different quantities of toxic trichothecenes (Jarvis *et al.*, 1998). In an earthworm model, stachylysin increased the permeability of blood vessels, causing leakage through the vessel endothelium and walls (Vesper and Vesper, 2002). Additionally, pathology may result from the interference of pulmonary surfactant synthesis by *S. chartarum* spores and isosatratoxin-F in juvenile mice. Ultrastructural changes in type II alveolar cells—with condensed mitochondria, increased cytoplasmic rarefaction, and distended lamellar bodies with irregularly shaped lamellae—have been observed following exposure to *S. chartarum* (Mason *et al.*, 1998, 2001; McCrae *et al.*, 2001; Rand *et al.*, 2001). Thus, hemolysins, siderophores, and proteases also appear to have an important role in the pathogenesis of mold infections.

Recognizing the complexity of health problems associated with multiple mold exposure, we have previously reported a multi-center investigation of patients with chronic health complaints from exposure to multiple colonies of indoor fungi and molds. We utilized detailed health and environmental history–gathering questionnaires, environmental monitoring data, physical examination, pulmonary function testing protocols, routine clinical chemistries, measurements of lymphocyte phenotypic

markers (on T, B, and NK cells), antibodies to molds, mycotoxins, neuronal antigen antibodies, leukocyte apoptosis, neurocognitive testing, 16-channel quantitative EEGs (QEEG), nerve conduction studies (NCS), brainstem auditory evoked potentials (BAER), visual evoked responses (VER), and other neurological testing. The following is a summary of our findings on symptoms, pulmonary function, alterations in peripheral lymphocyte phenotypes, autoantibodies, and neurological abnormalities observed in patients by us and others. Currently we refer to the illness of these individuals as a "mold mycotoxicosis" involving the immune system, the lungs, the central and peripheral nervous systems, and generalized inflammatory and irritant responses to exposure to spores, hyphal fragments, mycotoxins, solvents, and other byproducts (e.g., EPS, EDS).

## II. Water Damage and Associated Molds

### A. Mycobiota

Water intrusion into buildings can lead to an amplification of molds. Molds growing on building materials (e.g., wall board, particle board, plaster board, ceiling tiles, carpeting) are classifiable according to their water activity, $a_w$ (Nielsen, 2003) as follows: (1) primary colonizers have an $a_w$ of $<0.8$ with an optimal water requirement approaching 1 for growth. The group includes *Penicillium chrysogenum* and *Aspergillus versicolor*, followed by other species of *Aspergillus* (*niger, fumigatus, sydowii, ustus*), several *Eurotium* species, *Penicillium* species (*brevicompactum, commune, corylophilum, pelicans*), *Paecilomyces variotti* and *Wallemia sebi.* (2) Secondary colonizers requiring a minimum of between 0.8 and 0.9 $a_w$ include species of *Alternaria, Cladosporium, Phoma*, and *Ulocladium*. (3) Tertiary colonizers (water-damage molds) that require 0.9 $a_w$ or greater include the most toxic molds: *Chaetomium globlosum, Stachybotrys chartarum, Memnoniella echinata*, and *Trichoderma* species (*viride, citrinoviride, harzianum* and *longibrachiatum*). For a more detailed review, see Nielsen (2003).

### B. Mycotoxins Produced by Toxigenic Molds

Fungi produce many metabolites, which are believed to play a crucial role in their natural habitats. In addition, many of the metabolites have been identified. Those that are toxic to animals and humans are called *mycotoxins*. Paradoxically, antibiotics isolated from molds are mycotoxins and are beneficial to humans. Table I lists the molds commonly found in water-damaged buildings and the toxic metabolites

TABLE I

TOXIGENIC MOLDS IN WATER-DAMAGED BUILDINGS

| Mold | Metabolites | Health concern |
|---|---|---|
| *Stachybotrys chartarum* | Spirocyclic drimanes; satratoxins G, H and F; hydroxyroridin E, verrucarin J; trichodermin; dolabellanes; atrones B and C; stachyotryamide; stachyotrylactams; stachylysin | Pulmonary hemosiderosis; Induces proinflammatory cytokines |
| *Alternaria tenuissima* | Alternariols; tentoxin; tenuazonic acids; altertoxin I | Unknown |
| *Aspergillus flavus* | Aflatoxin B1; kojic acid; aspergillic acid; 3-nitropropionic acid; cyclopiazonic acid | Carcinogenesis; aspergillosis |
| *Aspergillus fumigatus* | Fumigaclavines; fumitoxins; fumitremorgens; gliotoxins; tryptoquivalines; verruculogen | Tremors and CNS injury; Immune damage by gliotoxin; aspergillosis; |
| *Aspergillus niger* | Ochratoxin A | Nephropathy |
| *Aspergillus ochraceous* | Ochratoxin A, penicillic acid; xanthomegnin; viomellein, vioxanthin | Nephropathy |
| *Aspergillus ustus* | Kotanins | Unknown |
| *Aspergillus versicolor* | Sterigmatocystin; 5-methoxy-sterigmatocystin | Carcinogenesis; aspergillosis |
| *Penicillium chrysogenum* | Secalonic acid D | Unknown |
| *Chaetomium globosum* | Chaetomins; chaetoglobosins A and C | Cytoxicity; inhibition of cell division |
| *Memnoniella echinata* | Griseofulvin; dechlorogriseofulvins; trichodermin; trichodermol | Unknown |
| *Penicillium brevicompactum* | Mycophenolic acid; botryodiploidin. | Toxic (mutagenic) |
| *Penicillium expansum* | Patulin; citrinin; chaetoglobosin; Roquefortine C | Immune toxicity, cytotoxic; tremorgenic |
| *Penicillium polonicum* | Verrucosidins; penicillic acid; nephrotoxic glycopeptides | Tremors; cytotoxicity; nephropathy |
| *Trichoderma species* | Trichothecenes; trichodermol; trichodermin; gliotoxin; viridin | Toxicity associated with trichothecenes |

This table summarizes the toxigenic molds found and/or identified in water-damaged buildings. The mycotoxins isolated from the molds and their general toxic effects are also summarized. The information in this table was obtained from the review Nielsen (2003).

(mycotoxins) that they produce with general statements on their toxicity. Readers are referred to the literature cited in this chapter and in Nielsen (2003) for more detailed information.

### C. Human Exposure

Humans can be exposed to mycotoxins and metabolites of molds in the indoor environment via (1) ingestion (contaminated foods, dirt, and dust) (2) the skin (contaminated clothing and surfaces), and (3) inhalation. Inhalation is the primary mode of exposure in the inhalation of spores (3 to 7 $\mu$m), hyphal fragments, and particulate matter down to 0.05 $\mu$m. It has been shown that particles smaller than spores can be shed from colonies of molds (Gorney *et al.*, 2002; Kildeso *et al.*, 2000). Large quantities of particles $\leq$ 0.03 $\mu$m can be released from colonies, creating a 300-fold higher concentration of fungal fragments as compared with the number of spores released (Gorney *et al.*, 2002). There is no apparent correlation between the number of particles and the number of spores. Factors that influence the release of spores and particulates include low humidity (stimulates release), ventilation, external wind speeds, human activity, and pressure shocks (e.g., elevators, doors). Finally, because it is difficult to quantify the particulate matter shed by colonies, very few meaningful correlations have been found between spore concentrations and adverse health effects on humans from indoor exposure to toxigenic molds (Nielsen, 2003). Thus biomarkers for molds and mycotoxins have been and need to be further developed for exposure assessment.

One successful approach has been to use DNA adducts to determine exposure to aflatoxin B1 (Makarananda *et al.*, 1998) and ochratoxin A (Pfhohl-Leszkowicz, 1993a,b). However, another effective approach has been the development of immune assays to detect the presence of antibodies to mold-specific antigens and mycotoxins. Also, an appreciation of the adverse health effects can be obtained by utilizing neurophysiological, neuropsychological, and immunological diagnostic procedures (see below).

## III. Symptoms, Upper and Lower Respiratory Tract

### A. Symptoms

Occupants of water-damaged buildings express multiple organ symptoms. Table II summarizes observations made on 209 adults exposed at home and/or at the workplace. Complaints significantly different from controls occurred as follows: (1) central nervous system (headache,

TABLE II

FREQUENCY OF SYMPTOMS

| Symptom[a] | Mold Patients (N = ) 209 | Controls N = 28 | P value |
|---|---|---|---|
| Excessive Fatigue | 5.8 ± 1.9 | 4.3 ± 2.1 | 0.0001 |
| Headache | 5.2 ± 1.9 | 4.1 ± 2 | 0.005 |
| Nasal Symptoms | 5.1 ± 2.2 | 4.1 ± 2 | 0.02 |
| Memory Problems | 5.1 ± 2.1 | 3.3 ± 1.6 | 0.0002 |
| Spaciness | 4.8 ± 2.3 | 3.2 ± 1.8 | 0.0007 |
| Sinus Discomfort | 4.7 ± 2.2 | 3.6 ± 1.8 | 0.01 |
| Coughing | 4.6 ± 2.2 | 3.2 ± 1.6 | 0.001 |
| Watery Eyes | 4.6 ± 2.1 | 3.4 ± 1.7 | 0.004 |
| Throat Discomfort | 4.5 ± 2.1 | 3.4 ± 1.7 | 0.008 |
| Slurred Speech | 4.5 ± 2.3 | 3.1 ± 2 | 0.002 |
| Lightheadedness | 4.4 ± 2.2 | 3.2 ± 1.4 | 0.006 |
| Joint Discomfort | 4.4 ± 2.3 | 3.7 ± 2.1 | NS |
| Dizziness | 4.3 ± 2.1 | 3.1 ± 1.4 | 0.005 |
| Weakness | 4.2 ± 2.3 | 3 ± 1.7 | 0.008 |
| Bloating | 4.2 ± 2.2 | 3.2 ± 1.6 | 0.02 |
| Insomnia | 4.1 ± 2.2 | 3.8 ± 2 | NS |
| Weak Voice | 4.1 ± 2.2 | 2.8 ± 1.4 | 0.003 |
| Spasms | 4 ± 2.2 | 3.8 ± 2.1 | NS |
| Coordination Problems | 4 ± 2.2 | 2.9 ± 1.4 | 0.01 |
| Visual Changes | 3.9 ± 2.3 | 2.9 ± 1.4 | 0.02 |
| Rash | 3.9 ± 2.2 | 2.9 ± 1.7 | 0.02 |
| Numbness | 3.9 ± 2.2 | 3.4 ± 1.7 | NS |
| Cold Intolerance | 3.9 ± 2.4 | 3.1 ± 1.8 | NS |
| Heat Intolerance | 3.8 ± 2.4 | 3.6 ± 2 | NS |
| Chest Tightness | 3.8 ± 2,2 | 2.6 ± 1.3 | 0.006 |
| Chest Discomfort | 3.7 ± 2.2 | 3 ± 1.3 | NS |
| Urine Frequency | 3.7 ± 2.3 | 3.8 ± 2.1 | NS |
| Excessive Thirst | 3.6 ± 2.3 | 3.4 ± 2 | NS |
| Ringing Ears | 3.6 ± 2.2 | 4.4 ± 2.4 | NS |
| Wheezing | 3.6 ± 2 | 2.6 ± 1.3 | 0.02 |
| Swallowing Problems | 3.2 ± 2 | 3 ± 1.7 | NS |
| Flushing Skin | 3.1 ± 2.1 | 2.8 ± 1.6 | NS |
| Bladder Control | 3.1 ± 2 | 2.8 ± 1.4 | NS |
| Rapid Pulse | 3 ± 2 | 2.6 ± 0.9 | NS |

(*continued*)

TABLE II (Continued)

| Symptom[a] | Mold Patients (N = ) 209 | Controls N = 28 | P value |
|---|---|---|---|
| Palpitations | 2.8 ± 1.9 | 2.4 ± 0.8 | NS |
| Bruising | 2.8 ± 1.7 | 2.4 ± 0.9 | NS |
| Swelling Ankles | 2.7 ± 1.8 | 2.6 ± 1.5 | NS |
| Hearing Changes | 2.7 ± 1.8 | 2.6 ± 1.5 | NS |

This table summarizes the frequency of symptoms of the 38 most frequently reported symptoms in the patients vs the controls. To obtain these data, a total of 209 patients filled out questionnaires. Critical t-test analysis was performed and p values are given for each symptom of patients vs controls (NS = Not Significant).

[a]The symptoms compared were for females versus males. The females had significantly greater frequency for 21 of the 38 reported symptoms (data not shown; see Results section).

short-term memory loss, lightheadedness, dizziness, blurred vision, tinnitus, and cognitive function loss), (2) the upper respiratory tract (nasal congestion and chronic sinusitis), (3) the lower respiratory tract (cough, wheezing, chest tightness, exertional dyspnea, and irritation of the throat), and (4) general ill feeling (excessive fatigue, weakness, joint aches and pains, and rashes) (Campbell *et al.*, 2003; Gray *et al.*, 2003). In addition, others have shown similar increases in the incidence of neurological and respiratory symptoms in individuals ill from mold exposure in water-damaged buildings (Hodgson *et al.*, 1998; Johanning *et al.*, 1996; Kilburn, 2002; Vojdani *et al.*, 2003). Vojdani *et al.* (2003) reported that patients exposed to molds had significant increases in recurrent flu-like illnesses, anxiety, and symptoms of severe allergies. It has become increasingly obvious that exposure to multiple toxigenic molds in water-damaged buildings leads to an increased incidence of multiple organ symptoms in the affected individuals.

### B. Upper Respiratory Fungal Infections

Symptoms of upper respiratory involvement include nasal congestion, sinusitis, sinus pain, and nasal bleeding (chronic rhinosinusitis). Individuals with this condition do not respond to ordinary antibiotic therapy.

Several reports have appeared in the literature demonstrating that a large proportion of individuals with chronic rhinosinusitis (CRS) have infections with molds and yeast. CRS is characterized by the presence of eosinophilic mucin, fungal hyphae, Charcot-Leyden crystals, and the presence or absence of polyposis (Ponikau *et al.*, 1999; Taylor *et al.*,

2002). The incidence of fungal involvement in different case studies was 82% to 100% (Braun *et al.*, 2003; Dosa *et al.*, 2001; Ponikau *et al.*, 1999) and 100% (Taylor *et al.*, 2002). The fungal genera isolated and cultured from nasal secretions include such indoor contaminants as *Aspergillus* sp., *Alternaria, Chaetomium, Cladosporium, Epicoccum, Penicillium, Phoma, Trichoderma*, and others (Dosa *et al.*, 2002; Ponikau *et al.*, 1999; Taylor *et al.*, 2002). The isolation of fungi and the presence of eosinophils and eosinophilic mucin rule out type I (IgE) hypersensitivity (allergy) and strongly point to the role of invasive fungi as the cause of CRS (Braun *et al.*, 2003; Ponikau *et al.*, 1999).

### C. Lower Respiratory Tract

Molds can cause lung disease by different mechanisms: allergic asthma (Jaakkola *et al.*, 2002; Zureik *et al.*, 2002), infections (e.g., aspergillosis) (Fraser, 1993; Sumi *et al.*, 1994), and inflammation (e.g., hypersensitivity pneumonitis, and farmer's lung disease) (Fan, 2002; Ojanene, 1990, 1992; Patel *et al.*, 2001). Chest x-rays can be used to detect pathological changes associated with infections (e.g., aspergillosis and granulomatous lesions). Pulmonary function testing (PFT) is used to diagnose airway restriction caused by allergies to molds as well as inflammatory conditions (hypersensitivity pneumonitis and farmer's lung disease). PFT measures flow rates in the airways of the lungs. The forced vital capacity (FVC) is the maximum amount of air expelled during forced expiration. The fraction of the vital capacity expired in one second is the $FEV_1$. The importance of these measurements arises from the fact that during disease states, (e.g., asthma), the FVC may be normal while the $FEV_1$ is reduced because of increased airway resistance. However, these two measurements do not discriminate between the airways of different caliber and therefore are not able to distinguish between the status of the large, medium, and small airways. Airborne particulate matter and spores (bioaerosols) from fungi range from 0.03 to 10 microns. "Respirable particles" range from 5 microns to 0.005 microns and are capable of reaching the small airways and alveoli of lungs. Therefore, PFT measurements used must also detect inflammatory or obstructive changes within the small airways. The PFT measurements most suited for small airway obstruction are FEF 75% and FEF 25–75%. These measure the flow rates at 75% and 25–75% of the exhalation and are indicative of air flow through the small airways. A reduction in these PFT values is evidence of small airway obstruction. The results presented in Fig. 1 show the mean and standard deviation of PFT values in




Figure 1. The results of PFT testing on individuals exposed to molds in water-damage structures.

individuals with symptoms of airway obstruction following exposure to multiple colonies of molds in water-damaged buildings. The FEF 75% is the most significantly affected parameter, demonstrating that the airway symptoms are probably the result of obstruction of the small airways in these individuals.

Small airway obstruction separates these patients from the typical occurrence in asthmatic patients, which is generally more global, involving all levels of the bronchial tree. The observed small airway obstruction indicates that particulates from <0.3 to 5 microns are being delivered to the alveoli in the deepest regions of the lung. This model is supported by the lack of a rise in mycotoxin-specific IgA (see Table VI) and the findings of Rand *et al.* (2002, 2003) and, thus, represents the most likely exposure route of relevance in patients exposed to indoor bioaerosols when multiple mold colonies are present. Therefore, the FEF 75% appears to be a biomarker that can be used to identify injury to the small airways as result of particulates containing mycotoxins, EPS, and EDEs (Rand *et al.*, 2002, 2003).

D. Proinflammatory Cytokines and Biomarkers

Proinflammatory cytokines and other biomarkers have been demonstrated to be elevated in the nasal lavage fluid of individuals with upper respiratory symptoms in moldy buildings versus control subjects. Thirty-two full-time employees in a school building contaminated with *A. fumigatus* and *A. versicolor, Eurotium, Exophiala, Phialophora, Rhodotorula, Stachybotrys, Trichoderma, Ulocladium, Willenia*, and actinomycetes had increased concentrations of alpha-tumor necrosis factor (TNF), interleukin 6 (IL-6), and nitric oxide (Hirvonen *et al.*, 1999). Furthermore, Walinder *et al.* (2001) demonstrated increased concentrations of eosinophilic cationic protein, myeloperoxidase, and albumin in the nasal lavages of occupants in buildings with mold infestation of the gypsum board, insulation, wallpaper, and wood. Multiple genera, including *Stachybotrys*, were identified. Finally, Nielsen *et al.* (2001) have shown that an extract of metabolites from *Stachybotrys* independent of macrocyclic trichothecenes and atranones is capable of inducing in vitro macrophage production of alpha-TNF and IL-4. This suggests that in addition to mycotoxins, other metabolites (e.g., spirocyclic drimanes) have a role in the nasal inflammatory process seen in mold exposure individuals (Nielsen, 2003; Nielsen *et al.*, 2001). Further support comes from Leino *et al.* (2003), who have shown that exposure of mice to spores from *S. chartarum* increases monocytes, neutrophils, and lymphocytes in bronchial alveolar lavage fluid (BAL). The infiltration of inflammatory cells was associated with the induction of proinflammatory cytokines (IL-1, IL-6, TNF-alpha), chemokines (CCL3/MIP-1, CCL4/MIP-1, and CCL2/MCP-1), and mRNA levels in the lungs. This effect was independent of the mycotoxin satratoxin produced by this mold. Furthermore, the effects were observed with no significant increase in IgE, IgG2a, and IgG1 antibody levels after exposure to *S. chartarum*.

## IV. IgA, IgG, and IgE Antibodies to Molds and Mycotoxins

Molds release antigenic determinants (e.g., EPS, EDS, and proteins) that elicit an antigen-antibody response. In addition, mycotoxins can act as haptens, binding to proteins, forming a new antigenic determinant (NAD). The immune system then recognizes the NAD as foreign and makes antibodies directed against the NAD.

A. Salivary IgA Antibodies to Molds

IgA antibodies are the first line of defense against foreign invasion by preventing the attachment of microorganisms and toxins to epithelial

cells by complexing antigens (Challancombe, 1987). Recently Vojdani *et al.* (2003) tested for the presence of saliva secretory IgA antibodies against molds and mycotoxins in occupants with upper respiratory symptoms of a water-damaged building. The patients had significantly increased salivary IgA antibodies to *Alternaria*, *Aspergillus*, *Chaetomium*, *Cladosporium*, *Epicoccum*, *Penicillium*, *Stachybotrys*, satratoxin H, and other trichothecenes. It is probable that these IgA antibodies play a role in late-phase type-1 and type-2 hypersensitivity as well as type-3 delayed sensitivities to molds and their byproducts. For example, in farmer's lung disease, serum IgA antibodies against *A. fumigatus* and other molds are elevated and are correlated with the state of the disease (Knutsen *et al.*, 1994; Ojanen, 1992; Ojanen *et al.*, 1990). In addition, serum IgA antibodies to this organism are associated with exacerbations of bronchopulmonary aspergillosis along with elevated IgE, peripheral eosinophilia, and roentgenographic infiltrations (Apter *et al.*, 1989).

### B. Serum IgA, IgM, IgG, and IgE Antibodies to Molds

IgA, IgM, IgG, and IgE antibodies to 7 different molds (*Alternaria*, *Aspergillus*, *Stachybotrys*, *Chaetomium*, *Cladosporium*, *Epicoccum*, and *Penicillium*), satratoxin H, and other trichothecenes in 40 patients with multiple organ symptoms were compared with 40 age- and sex-matched controls (Vojdani *et al.*, 2003). The exposed individuals occupied a water-damaged building and were tested within days following evacuation of the premises. Quantitative enzyme-linked immunosorbent assay (ELISA) produced the following results: (1) IgG antibodies to the molds and the two mycotoxins were significantly elevated in the patients versus the controls. (2) Levels of serum IgA antibodies for each mold and the mycotoxins were significantly elevated in the patients, with the exception of *Epicoccum*. The highest titers in descending order were found for *Stachybotrys*, *Penicillium*, and *Chaetomium*. (3) IgM titers were significantly elevated in these patients versus the controls for *Stachybotrys*, *Cladosporium*, *Alternaria*, *Aspergillus*, satratoxin H, and other trichothecenes. No difference in IgM titers were observed between patients and controls for *Chaetomium*, *Epicoccum*, and *Penicillium*. (4) With respect to IgE antibodies, a significant increase in titers in these patients was found only for *Aspergillus* and satratoxin H. It appears from these observations that randomly selected controls without symptoms and apparent mold exposure have low titers of antibodies to a variety of mold and mycotoxins. However, mold-exposed symptomatic individuals have titers that are significantly elevated over the control values.

In another study, Vojdani *et al.* (2003), utilizing ELISA assay procedures, tested for IgA, IgM, and IgG antibodies against *S. chartarum, A. niger, P. notatum*, satratoxin H, and other trichothecenes in the following three groups: healthy donors (N = 500); 500 patients referred to the laboratory for various diagnostic tests for illnesses without apparent exposure to molds (N = 500); and randomly selected patients referred for illness associated with exposure to molds (N = 500). The results of this study are summarized in Tables III through VI. Briefly, the concentration of IgA, IgM, and IgG antibody titers were lowest in the blood donors, intermediate in the randomly selected patients, and highest in the mold-exposed patients for each of the molds. With respect to satratoxin H and trichothecene antibodies, the antibody titers had a different distribution. When the mold-exposed patients were compared with the healthy controls, IgG and IgM titers were significantly elevated, while IgA titers were not. When the mold-exposed patients were compared with the random patients, only the IgG titers were significantly different. Moreover, on inspection of the data on the random patients, it was noted that the standard deviation (SD) was large and overlapped with the mean value and SD of the mold patients. It appears from these observations that the randomly selected patients may have been exposed to molds without recognition by the attending physician that such exposure might have occurred. Barnes *et al.* (2002) reached similar conclusions. They demonstrated IgE and IgG antibodies to *Stachybotrys chartarum* in 9.4% and 42.2% of the sera of 139 blood donors. They concluded that sensitivity to *S. chartarum* is potentially much more widespread than previously appreciated. This fungus may affect the asthmatic and allergic population through both immunologic and toxic mechanisms. The significance of the fungus in the milieu of allergenic fungi may need to be re-evaluated.

### C. Cross-Reactivity of Antibodies to Molds

The use of antibodies to molds as a biomarker of exposure has been criticized (Musmand, 2003). The critique is based on two publications. One is an abstract the full results of which have never been published (Halsey *et al.*, 2001); therefore, it is impossible to determine anything about the methods used in this paper. The second is a position paper published on the Internet by the California Department of Public Services in which not a single experiment was conducted. Recently the question of cross-reactivity between mold antigens (*S. chartarum, A. niger, and P. notatum*) was investigated by using affinity-purified rabbit sera (Vojdani *et al.*, 2004). The results of this study showed that non-immunized rabbits

TABLE III

ANTIBODY LEVELS TO *PENICILLIUM NOTATUM*

| Antibody | Healthy Controls N = 500 | Mold Patients N = 500 | Z Score | P Values | Random Patients N = 500 | Mold Patients N = 500 | Z Score | P Value |
|---|---|---|---|---|---|---|---|---|
| IgG | 620 ± 535 | 2159 ± 2458 | 13.7 | <0.001 | 1383 ± 1839 | 2159 ± 2458 | 5.6 | <0.001 |
| IgM | 692 ± 551 | 1692 ± 2442 | 8.9 | <0.001 | 1241 ± 1530 | 1692 ± 2442 | 3.5 | <0.001 |
| IgA | 640 ± 572 | 1256 ± 2163 | 6.1 | <0.001 | 853 ± 1070 | 1256 ± 2163 | 3.7 | <0.001 |

Mean ± S.D. IgG, IgM, and IgA antibody levels in ELISA units to *Penicillium notatum* in controls, randomly selected patients and mold-exposed patients with Z test and P values.

TABLE IV

ANTIBODY LEVELS TO *ASPERGILLUS NIGER*

| Antibody | Healthy Controls N = 500 | Mold Patients N = 500 | Z Score | P Values | Random Patients N = 500 | Mold Patients N = 500 | Z Score | P Values |
|---|---|---|---|---|---|---|---|---|
| IgG | 618 ± 426 | 1795 ± 2316 | 11.1 | <0.001 | 1349 ± 1417 | 1795 ± 2316 | 3.7 | <0.001 |
| IgM | 782 ± 420 | 1725 ± 2449 | 8.5 | <0.001 | 1177 ± 1302 | 1725 ± 2449 | 4.4 | <0.001 |
| IgA | 732 ± 595 | 1346 ± 2456 | 5.4 | <0.001 | 849 ± 938 | 1346 ± 2456 | 4.2 | <0.001 |

Mean ± S.D. IgG, IgM, and IgA antibody levels in ELISA units to *Aspergillus niger* in controls, randomly selected patients and mold-exposed patients with Z test and P values.

TABLE V

ANTIBODY LEVELS TO *STACHYBOTRYS CHARTARUM*

| Antibody | Healthy Controls N = 500 | Mold Patients N = 500 | Z Score | P Values | Random Patients N = 500 | Mold Patients N = 500 | Z Score | P Values |
|---|---|---|---|---|---|---|---|---|
| IgG | 803 ± 530 | 2304 ± 2432 | 13.5 | <0.001 | 973 ± 1234 | 2304 ± 2432 | 10.9 | <0.001 |
| IgM | 629 ± 602 | 1940 ± 2478 | 11.5 | <0.001 | 1115 ± 1212 | 1940 ± 2478 | 6.7 | <0.001 |
| IgA | 665 ± 665 | 1511 ± 2660 | 6.9 | <0.001 | 760 ± 1086 | 1511 ± 2660 | 5.8 | <0.001 |

Mean ± S.D. IgG, IgM, and IgA antibody levels in ELISA units to *Stachybotrys chartarum* in controls, randomly selected patients and mold-exposed patients with Z test and P values.

TABLE VI

ANTIBODY LEVELS TO SATRATOXIN H

| Antibody | Healthy Controls N = 500 | Mold Patients N = 500 | Z Score | P Values | Random Patients N = 500 | Mold Patients N = 500 | Z Score | P Values |
|---|---|---|---|---|---|---|---|---|
| IgG | 767 ± 641 | 1523 ± 1352 | 11.3 | <0.001 | 1054 ± 1147 | 1523 ± 1352 | 5.9 | <0.001 |
| IgM | 611 ± 648 | 1320 ± 1590 | 9.2 | <0.001 | 1160 ± 1170 | 1320 ± 1590 | 1.8 | <0.060 |
| IgA | 715 ± 588 | 705 ± 868 | 2.1 | <0.440 | 747 ± 819 | 705 ± 868 | 0.78 | <0.430 |

Mean ± S.D. IgG, IgM, and IgA antibody levels in ELISA units to satratoxin H in controls, randomly selected patients and mold-exposed patients with Z test and P values.

develop IgG antibody titers to these molds that increase in concentration with age. The sera from these rabbits gave an impression of up to 52% cross-reaction with *Aspergillus*, *Penicillium*, and *Stachybotrys*. When using affinity-purified antibodies in cross-inhibition studies, the antigenic cross-reaction between *Stachybotrys* and *Aspergillus* was between 8.6% and 12.3%, and between *Stachybotrys* and *Penicillium* extracts it showed 9.3–9.6% antigenic similarities. Thus, for cross-reaction studies between different molds, affinity-purified antibodies and a sensitive and quantitative assay with natural antigens should be used. When using such an assay, it was concluded that cross-reactions between *Stachybotrys*, *Aspergillus*, and *Penicillium* exist but are much less widespread than previously believed. Based on these observations, antibodies to molds and mycotoxins as developed by this laboratory methodology are reliable biomarkers of mold and mycotoxin exposure.

### D. Antibodies to Extracellular Polysaccharides (EPS)

EPS can cause type I and type III inflammatory processes. They have been shown to be present in mold-contaminated buildings and can be used as a marker of mold contamination and exposure (Duowes *et al.*, 1999; Wouters *et al.*, 2000). Exposure to 1–3 beta-D-glucan caused airway inflammation with symptoms of dry cough, phlegm, and hoarseness (Rylander, 1997; Rylander *et al.*, 1998). IgG antibodies in immunized rabbits against EPS from several mold genera have been reported (Notermans *et al.*, 1987, 1988). The EPS antigens caused the production of fairly specific antibodies, with some cross-reactivity as determined by an ELISA. The EPS antigens produced by species of *Penicillium*, *Aspergillus*, and *Geotrichum* lost their immunological activity with heating at 100 °C at pH 1.8. The EPS antigens from *Mucor recemosus*, *Rhizopus olgosporus*, and *C. cladosporoides* were stable under the same conditions. It appears from these data that an ELISA for antibodies to EPS released by various molds could be developed as an additional biomarker for mold exposure.

## V. Alterations in T and B Cells, Natural Killer (NK) Cells, and Other Immune Parameters in Humans Exposed to Toxigenic Molds

### A. Alterations in Percentage of T and B cells

Peripheral blood lymphocytes can be identified and quantified by using fluorescent antibodies to cell surface antigens. Typical markers for T cells are designated as CD2, CD3, CD4, and CD8. B cells are identified by CD19 or CD20. In addition, other markers can be used to

identify activation of T and B cells, (e.g., CD25, CD26, HLR-DR+, CD8CD11b+). Patients chronically ill from exposure to toxigenic molds in water-damaged office buildings, schools, and homes have altered percentages of lymphocyte markers in their peripheral blood when compared with expected ranges (Gray *et al.*, 2003). The patients had increased B cells (CD20) (75.6%). T cell activation markers increased for the following cell types: CD5CD25 (68.9%), CD3CD26 (91.2%), CD8HLR-DR+ (62%), and CD8CD38 (56.6%). Decreases were observed for CD8CD11b+ (15.6%) and natural killer (NK) cells (CD3CD16CD56, 38.5%). Moreover, Thrasher *et al.* (2004) found that individuals with an ongoing exposure to molds in a water-damaged building had relative increases over controls of the following: total lymphocyte count, T cells (CD2, CD3, CD4, CD8, and CD3CD16), B (CD19) cells, and NK cells (CD3CD16CD56).

### B. Mitogen Activity

T and B cells respond to specific and nonspecific antigens by undergoing cell division (mitogenesis). Mitogenesis responses to nonspecific mitogens were as follows: phytohematogglutinin (PHA) was decreased by 26.2% in mold-exposed subjects, while only 5.9% had decreased response to Concanavalin A (ConA) (Gray *et al.*, 2003). PHA stimulates T cells, while Con A causes T and B cells to divide.

Mitotic responses to ConA, PHA, PWM (pokeweed mitogen), and LPS (lipopolysaccharides) were examined in patients with an ongoing exposure to toxigenic molds. In general, mitogenesis to PHA and Con A was significantly elevated over controls, indicating increased response of T cells to nonspecific antigens. In addition, mitogenic response to B cell stimulators (ConA, PWM, and LPS) was also significantly elevated. Although mitogenesis was increased, the patients could be subdivided into three distinct responses to each mitogen as follows: suppression, elevation, and extremely elevated (Thrasher *et al.*, 2004). Analysis of the NK cell (CD3CD16CD56) activity revealed that 42.4% of these patients had decreased killing of target cells. Furthermore, the CD4/CD8 (helper/suppressor) ratio was significantly elevated.

These two studies (Gray *et al.*, 2003; Thrasher *et al.*, 2004) indicated that alterations in the percentages of T and B cells, mitogenesis, and NK cell activity ccurred in mold-exposed humans. The alterations included an increase in activation markers, which may be a result of antigenic stimulation. Furthermore, the changes in mitogenic response to both nonspecific and specific mitogens indicate immune

suppression occurred in some individuals, while others experienced immune stimulation. The decrease in NK cells and their activity may indicate that there was a decrease in immune surveillance, which may have importance with respect to cancer and/or infectious diseases.

### C. Autoantibodies

Autoantibodies directed against self-antigens are known to occur in a variety of autoimmune diseases and degenerative neurologic disorders. Antinuclear autoantibodies (ANA) are the ones most commonly recognized and are usually associated with connective tissue disease (e.g., lupus). However, other autoantibodies can be directed against a variety of self-antigens and can also be used as biomarkers of toxic exposure (Thrasher *et al.*, 2002; Vojdani *et al.*, 1992, 1993). Humans exposed to toxigenic molds have abnormally elevated autoantibodies to the following: ANA, anti-smooth muscle, peripheral, and central nervous system myelin and eight different neural antigens including myelin basic protein, ganglioside G1, sulfatide, tubulin, crystallin, filament, MOG, and MAG (Campbell *et al.*, 2003; Gray *et al.*, 2003). Odds ratios for each autoantibody at 95% C.I. was significant, showing an increased risk for autoimmunity. Autoantibodies and autoimmune diseases are recognized as occurring from toxic exposures (Cooper *et al.*, 2002; Griem *et al.*, 1998). For the significance regarding the neural antigen autoantibodies, see Neurological Abnormalities, Section VI.

### D. Immune Complexes

Immune complexes occur when antigen and antibodies combine and have been implicated in numerous immunopathologic conditions, including systemic lupus erythematosus, rheumatoid arthritis, glomerulonephritis, and infectious induced inflammation (Abbas *et al.*, 1994). Deposition of immune complexes can occur from cell or tissue specific antibody-antigen reactions resulting in organ injury and/or immune complex diseases (Bigazzi *et al.*, 1986). Thus it would appear from these observations on increased immune complexes that inflammation and autoimmune reactions may exist in mold-exposed patients. Circulating immune complexes containing IgG, IgM, and IgA antibodies can generate a variety of substances associated with muscle damage and the acute phase response that can activate the classic pathway of complement (Sorensen *et al.*, 2003). Autoantibodies are also known to activate the complement system.

### E. Concluding Remarks on Immunological Observations

The increase in B cells, activation markers, and helper/suppressor ratio all indicate immune activation has occurred as demonstrated by Gray *et al.* (2003) and Thrasher *et al.* (2004). Increased activation marker (CD45RO) has been reported for symptomatic children with exposure to molds in contaminated homes (Dales *et al.*, 1998). These observations are consistent with production of proinflammatory cytokines as discussed above with antigenic stimulation. In addition, elevated immune complexes are further support for immune activation and antigenic stimulation. The presence of elevated immune complexes is compatible with increased production of antibodies to mold antigens as well as the presence of ANA, anti-smooth muscle, and anti-neural antigen antibodies. The observations on immune alterations discussed above are also consistent with the suggestion that mold exposure causes immune dysregulation (Hirvonen *et al.*, 1999; Wichman, *et al.*, 2002). Recently a review by Anyanwu *et al.* (2003b) showed that natural killer cell activity was adversely affected in patients with chronic exposure to indoor molds and may be implicated in causing neurological abnormalities.

## VI. Neurological Abnormalities

Neurological abnormalities caused by mycotoxins from molds have been described in the literature. The neurotoxic mycotoxins include trichothecenes, citreoviridin, patulin, fumonisin, penitrem, verruculogen, rubratoxin, ergot alkaloids, and tremorgens.

Wilson *et al.* were the first to isolate a tremorgenic mycotoxin in 1964. The mycotoxin penitrem has been shown to induce tremors and convulsions in experimental animals (Hayes, 1980). Jorntner *et al.* (1986) and Norris *et al.* (1980) studied the neurological effects of the mycotoxins penitrem A and verruculogen, which are known to cause a neurotoxicity characterized by sustained tremors. Their findings support a primary site of action of both of these mycotoxins as being presynaptic. Mycotoxins, being relatively nonpolar, pass through the blood-brain barrier and thereby have access to synapses. The neurotoxic effects of ergot alkaloids are known to affect the postganglionic parasympathetic synapses (Berde *et al.*, 1978).

Wang *et al.* (1998) in their study suggested that the primary site of trichothecene action is the brain. Chapman (2003) reported how trichothecene mycotoxins from *Stachybotrys* cause neurological disorders by being neurotoxic. The clinical signs of trichothecene mycotoxicosis include eye pain, dyspnea, tachycardia, vomiting, muscle tremors and

weakness, lack of coordination, and confusion. Patients affected develop seizures, central nervous system dysfunction, hypotension, and myelosuppression (Stahl *et al.*, 1985). Studies have shown that exposure to molds can cause optic demyelinating neuritis and multifocal choroiditis (Campbell *et al.*, 2003; Rudich *et al.*, 2003).

The nephrotoxic and hepatotoxic effects of mycotoxins have been well documented in several studies (Anyanwu *et al.*, 2003c; Bhat *et al.*, 1989; Etzel *et al.*, 1998). The mycotoxin rubratoxin was studied by Moss (1971) and was shown to cause liver and kidney damage and lesions of the central nervous system. Ciegler and Bennett (1980) stated that trichothecene mycotoxins cause clinical conditions that include skin irritations, vomiting, anorexia, diarrhea, hemorrhage, and convulsions.

Walsh *et al.* (1985) reviewed a large number of patients with necropsy-proven central nervous system aspergillosis and identified important epidemiological, pathological, and clinical features. In their study, the most common central nervous system lesions were subcortical hemorrhagic infarcts in the cerebral hemispheres or cerebellum, and they found that the most common entry of *Aspergillus* into the central nervous system was the lower respiratory tract. Aspergillosis of the central nervous system, lungs, and at least one other organ was found in almost 66% of the patients. Beal *et al.* (1982), in their neuropathological review, discovered that the pathologic hallmark of neurologic aspergillosis cases was the invasion of fungal hyphae into the blood vessel walls with subsequent necrosis and thrombosis and spread into the surrounding tissues.

### A. Neurocognitive Deficits and Central Nervous System Dysfunction

Pena (1970) noted subtle personality changes were observed as an initial sign in cases of disseminated aspergillosis. Young *et al.* (1970) noted in their study of 13 patients with disseminated aspergillosis that all had some degree of lethargy or fatigue. Malkin *et al.* (1998) in their study at National Institute of Occupational Safety and Health reported multiple neurological symptoms in occupants of an office building contaminated by several species of fungi, including *Penicillium, Aspergillus, Alternaria, Candida, Cladosporium, Epicoccum, Fusarium*, and *Pullularia*. Gordon *et al.* (1993) described a patient who after being exposed to *Aspergillus, Penicillium*, and *Rhizopus* developed fatigue, headache, progressive somnolence, slowness of thinking, and severe tremors. The patient had coarse fasciculations of the muscles of the face and tongue and was unable to stand unassisted. His EEG showed a general dysrythmia consistent with a toxic encephalopathy.

Baldo *et al.* (2002) studied the neuropsychological performance of 10 patients exposed to molds (*Stachybotrys atra, Penicillium*, and *Aspergillus*). The patients had a variety of symptoms: fatigue, respiratory problems, recurring bloody noses, nausea, frequent sore throats, and headaches, among others. The mold-exposed patients were impaired on a number of cognitive measures, with the most consistent deficits in visuospatial learning, visuospatial memory, verb, learning, and psychomotor speed. In addition, the mold-exposed patients had evidence of Axis I and Axis II pathology. There was a significant correlation among patient's scores on the Beck Depression Inventory, with a number of neuropsychological tests falling within the impaired range. The authors put forth a model by which to investigate the effects of mold exposure on the central nervous system.

Crago *et al.* (2003) further demonstrated that measures of exposure were highly predictive of neuropsychological test performance using two subtests from the Delis–Kaplan Executive Function System (D–KEFS) to measure executive or higher-level cognitive functions. Significant predictive power was observed for the D–KEFS Trail Making subtests of visual scanning, letter sequencing, number–letter sequencing, and motor speed; the D–KEFS Color–Word Inhibition/Switching subtest; the WAIS-III Digit Symbol Coding and Symbol Search subtests; and the IVA-CPT full-scale attention quotient and the visual and auditory attention quotients. Crago *et al.* (2003) also reported that significant predictive power was found for estimates of degree of exposure and for the QEEG variables of mean frequency delta, relative power theta, relative power alpha, absolute power delta, absolute power theta, and absolute power alpha. In addition, the QEEG findings in confirmed mold-exposed patients indicated a restriction in the range of functioning (narrowed frequency bands) of the frontal lobes, that is, increased (accelerated) mean frequency of the slower frequencies (delta range) and decreased (slowed) higher frequencies (beta range), indicating a collapse toward the middle of the frequency spectrum. These findings, coupled with observed increased levels of absolute and relative power theta and alpha waves in frontal sites, indicated hypoactivation of the frontal cortex consistent with insufficient excitatory input from the reticular activating system anatomically seated in the midbrain.

Finally, Kilburn (2002) reported on both objective neurological tests and neuropsychological evaluation of 20 mold-exposed patients. Objective tests showed impaired balance, reaction time, color discrimination, and visual fields in the mold-exposed patients. Neuropsychological tests showed impaired cognition, verbal recall, and trail making. Pulmonary function testing showed small airway obstruction was observed in 4

patients. Longer durations of exposure and aging appeared to increase the total abnormalities. He concluded "Moulds appear to cause chemical encephalopathy and these abnormalities."

Neurophysiological effects of mold exposure have been reported in children as compared with controls (Anyanwu *et al.*, 2003a). Brainstem auditory evoked response (BAER), electroencephalogram (EEG), visual evoked potential (VEP), and somatosensory evoked potential (SSEP) were used to test neurological abnormalities. Three of 10 children had an abnormal EEG following mold exposure. The frontal-temporal theta wave activity in the 10 patients seemed to indicate diffuse changes consistent with metabolic encephalopathies. Also, 1 to 3 hertz delta activity was asymmetric in the right hemisphere of 3 patients. BAER showed abnormalities in 9 patients with both 15′ and 35″ check sizes. A significant delay in waveform V occurred in the majority of patients, representing dysfunctional cognitive process and conductive hearing loss in both ears. VEP showed clear abnormalities in 4 of the children with P100 amplitudes and latencies decreased bilaterally. SSEP showed diffuse polyneuropathy in three patients. The authors concluded that exposure to toxic molds can affect neurological and behavioral status of children.

## B. Peripheral Motor and Sensory Neuropathy

Campbell *et al.* (2003) studied 119 patients with symptoms of neurotoxicity with documented measured exposure to molds. These patients complained of fatigue, memory loss, cognitive function loss, headaches, tremors, numbness and tingling, blurred vision, tinnitus, and muscle weakness. Ninety-nine of these patients had abnormal clinical neurological examinations, abnormal findings on neurophysiological testing, and elevated antibodies to neuronal antigens. Nerve conduction studies (NCVs) revealed three groups of abnormal patients (ABM) and one group of normal (NM): mixed sensory motor polyneuropathy (55 ABN); motor neuropathy (17 ABN); sensory neuropathy (27 ABN); and symptoms without neurophysiological abnormalities (20 NM, controls).

## C. Neuronal Antibodies

Elevated autoantibodies by ELISA to several neuronal antigens were found in patients with documented measured exposure to molds. The titers of the autoantibodies were significantly elevated over controls. These included IgA, IgG, and IgM antibodies to myelin basic protein, myelin associated glycoprotein, oligodendrocyte glycoprotein, ganglioside GM-1, chondroitin sulfate, crystalline, tubulin, and neurofilament.

### D. Demyelination of Peripheral Nerves

Campbell *et al.* (2003) concluded their observations on changes in nerve conduction velocities and the presence of neural antigen autoantibodies as follows: "The increased latency for motor and sensory nerves observed in the 55 patients with mixed neuropathy is suggestive of a demyelinating process (Busby *et al.*, 2003)." This was accompanied by a decrease in velocities for the median, ulnar, and peroneal nerves while the tibial nerve had a decrease in the amplitude. All three sensory nerves (median, ulnar, and superficial peroneal) exhibited increased latencies and decreased amplitudes. Thus the polyneuropathy observed in these patients appeared to be a demyelinating process with decreased number and size of fibers (decreased amplitude) and chronic involvement of the nerve (decreased velocities) (Busby *et al.*, 2003; Steck *et al.*, 1987). The motor neuropathies (17 patients) had decreases in latencies (peroneal and tibial nerves), decreased amplitudes (median and peroneal nerves), and decreased velocities (median, ulnar, peroneal, and tibial nerves). This appeared to be a diffuse neuropathy and may involve some demyelination (Berger *et al.*, 2003). Finally, the sensory neuropathies (27 patients) had increased latencies for all three nerves, with that of the superficial peroneal being not significant. The increased latencies and the decreased amplitude of the superficial peroneal suggested demyelination was occurring (Reindl *et al.*, 1999; Willison and Yuki, 2002).

## VII. Conclusion

Forgacs noted in 1962 that mold mycotoxicosis was called "the neglected disease." The manifestations and disorders in humans caused by molds and mycotoxins continues to be overlooked or unnoticed by many physicians. Each year studies continue to be published throughout the world medical and scientific literature elucidating and explaining the pathological processes and biomechanisms by which exposure to molds and mycotoxins cause sickness in humans. We have described in this chapter the most recent neuroimmune mechanisms of disease process in humans of molds and mycotoxins. The exact biological and chemical actions through which these mechanisms unfold is not completely understood. However, molds do produce metabolites (mycotoxins, solvents) and shed antigenic materials (spores, hyphae, extracellular polysaccharides, and enzymes), which are toxic (mycotoxins) and or cause immunologic responses (antigens). Science and medicine should continue its work in these areas and bring about the much-needed change from "the neglected disease" to "the accepted disease."

References


Abbas, A. K., Lichtman, A. H., and Pober, J. S. (1994). *In* Cellular and Molecular Immunology, 2nd ed., p. 393. WB Saunders and Company, Philadelphia.

Anaissie, E. J., Stratton, S. L., Dignani, M. C., Summerbell, R. C., Rex, J. H., Monson, T. P., and Walsh, T. J. (2002). Pathogenic *Aspergillus* species recovered from a hospital water system: 3-year prospective study. *Clin. Infect. Dis.* **34**, 780–789.

Andersson, M. A., Nikulin, M., Kooljalg, U., Anderson, M. C., Rainey, K., Reuula, K., Hintikka, E. L., and Salkinoja-Salonen, M. (1997). Bacteria, molds, and toxins in water-damaged building materials. *Appl. Environ. Microbiol.* **63**, 387–393.

Apter, A. J., Greenberger, P. A., Liotta, J. L., and Roberts, M. (1989). Fluctuations of serum IgA and its subclasses in allergic bronchopulmonary aspergillosis. *J. Allergy Clin. Immunol.* **84**, 367–372.

Anyanwu, E. C., Campbell, A. W., and Vojdani, A. (2003a). Neurophysiological effects of chronic indoor environmental exposure on children. *Scientific World Journal* **3**, 281–290.

Anyanwu, E. C., Campbell, A. W., Jones, J., and Ehiri, J. (2003b). The neurological significance of abnormal natural killer cell activity in chronic toxigenic mold exposures. *Scientific World Journal* **3**, 1128–1137.

Anyanwu, E. C., Campbell, A. W., Vojdani, A., and Ehiri, J. (2003c). Biochemical changes in the serum of patients with chronic toxigenic mold exposures: a risk factor for multiple renal dysfunctions. *Scientific World Journal* **3**, 1058–1064.

Baldo, J., Ahmad, L., and Ruff, R. (2002). Neuropsychological performance of patients following mold exposure. *App. Neuropsych.* **9**, 193–202.

Barnes, C., Buckley, S., Pacheco, F., and Portnoy, J. (2002). IgE-reactive proteins from *Stachybotrys chartarum*. *Ann. Allergy Asthma Immunol.* **90**, 29–33.

Berger, T., Rubner, P., Schautzer, F., Egg, R., Ulmer, H., Mayringer, I., Dilitz, E., Deisenhammer, F., and Reindl, M. (2003). Antimyelin antibodies as a predictor of clinically definite multiple sclerosis after a first demyelinating event. *N. Engl. J. Med.* **349**, 139–45.

Bhat, R., Beedu, S., Ramakrishna, Y., and Munshi, K. L. (1989). Outbreak of trichothecene mycotoxicosis associated with the consumption of mold damaged wheat products in Kashmir Valley, India. *Lancet* **1**, 35–37.

Bigazzi, P. E., Burek, C. L., and Rosen, R. (1986). Antibodies to tissue-specific endocrine, gastrointestinal and neurological antigens. *In* Manual of Clinical Laboratory Immunology (N. R. Rose, H. Friedman, and J. L. Fahey, eds.), p. 762. American Society of Microbiology, Washington D.C.

Beal, M. F., O'Carroll, C. P., Kleinman, G. M., and Grossman, R. I. (1982). Aspergillosis of the nervous system. *Neurol.* **32**, 473–479.

Berde, B., and Schild, H. (eds.) (1978). Ergot alkaloids and related compounds. Springer, New York.

Berek, L., Petri, I. B., Mesterhazy, A., Teren, H., and Molnar, J. (2001). Effects of mycotoxins on human immune functions in vitro. *Toxicol In Vitro.* **15**, 25–30.

Bondy, G. S., and Petska, J. J. (2000). Immunomodulation by fungal toxins. *J. Toxicol Environ. Health B Crit. Rev.* **3**, 109–143.

Braun, H., Buzina, W., Freudenschuss, K., Beham, A., and Stammberger, H. (2003). "Eosinophilic fungal rhinosinusitis": A common disorder in Europe? *Laryngoscope* **114**, 264–269.

Burge, H. A. (1990). Bioaerosols: prevalence and health effects in the indoor environment. *J. Allergy Clin. Immunol.* **86**, 687–704.

Busby, M., and Donaghy, M. (2003). Chronic dysimmune neuropathy. A subclassification based upon the clinical feature of 102 patients. *J. Neurol.* **250**, 714–724.

California Department of Public Services Environmental Health Investigations Branch (2000). Misinterpretation of *Stachybotrys* serology. Available at: http://www.dhs.ca.gov/ehib/ehib2/ topics/Serologyf2.htm.

Campbell, A. W., Thrasher, J. D., Madison, R. A., Vojdani, A., and Gray, M. R. (2003). Neural antigen autoantibodies and neurophysiology abnormalities in patients exposed to moulds. *Arch. Environ. Health* **58** (In press).

Campbell, A. W., Anyanwu, E. C., and Vojdani, A. (2003). Combination of high-dose intravenous immunoglobulins and itraconozole in treating chronic mycotic demyelinating optic neuritis. *Scientific World Journal* **3**, 640–646.

Ciegler, A., and Bennett, J. W. (1980). Mycotoxins and mycotoxicosis. *Bioscience* **30**, 512–515.

Challancombe, S. J. (1987). The induction of secretory IgA responses. *In* "Food allergy and Intolerance" (J. Brostoff and S. J. Challancombe, eds.). WB Saunders, Easturgn, East Sussex, England.

Chapman, J. (2003). *Stachybotrys (chartarum=atra=alternans)* and other problems caused by allergenic fungi. *Aller. and Asthm. Proc.* **24**, 1–7.

Claeson, A. S., Levin, H., Blomquist, G., and Sunesson, A. L. (2002). Volatile metabolites from microorganisms grown on humid building materials and synthetic media. *J. Environ. Monit.* **4**, 667–672.

Cooper, G. S., Miller, F. W., and Germolec, D. R. (2002). Occupational exposures and autoimmune diseases. *Inter. Immunopharmacology* **2**, 303–313.

Crago, B. R., Gray, M. R., Nelson, L. A., Davis, M., Arnold, L., and Thrasher, J. D. (2003). Neuropsychological and electrocortical effects of mixed mold exposure. *Archives Environ. Hlth.* 549–552.

Dales, R., Miller, D., White, J., Dulberg, C., and Lazarovits, A. I. (1998). Influence of residential fungal contamination on peripheral blood lymphocyte populations on children. *Arch. Environ. Health* **53**, 190–195.

Desai, K., Sullards, M. C., Allegood, J., Wang, E., Schemlz, E. M., Harl, M., Humpf, H. U., Liotta, D. C., Peng, Q., and Merrill, A. H. (2002). Fumonisins and fumonisin analogs as inhibitors of ceramide synthase and inducers of apoptosis. *Biochim. Biophys. Acta* **1585**, 188–192.

Dominguez-Malagon, H., and Gaytan-Graham, S. (2001). Hepatocellular carcinoma: an update. *Ultrastruct. Pathol.* **25**, 497–516.

Dosa, E., Coczi, I., Mojzes, L., Molnar, E. G., Varga, H. M., and Nagy, E. (2002). Identification and incidence of fungal strains in chronic rhinosinusitis patients. *Acta. Microbiol. Immunol. Hung.* **49**, 3337–3346.

Duowes, J., van der Sluis, B., Dockes, G., van Leusden, F., Wijnands, L., van Strien, R., Verhoff, A., and Brunerkreef, B. (1999). Fungal extracellular polysaccharides in house dust as a marker for exposure to fungi: Relations with culturable fungi, reported home dampness, and respiratory symptoms. *J. Allergy Clin. Immunol.* **103**, 494–500.

Ebina, K., Ichinowatari, S., and Yokota, K. (1985). Studies on toxin *Aspergillus fumigatus*. XXII. Fashion of binding Asp-hemolysin to human erythrocytes and Asp-Hemolysin-binding proteins of erythrocyte membranes. *Microbiol. Immunol.* **29**, 91–101.

Engelhart, S., Loock, A., Skutlarck, D., Sagunski, H., Lommel, A., Farver, H., and Exner, M. (2003). Occurrence of toxigenic *Aspergillus versicolor* isolates and sterigmatocystin in carpet dust from damp indoor environments. *Appl. Environ. Micribiol.* **68**, 3886–3890.

Erkinjuntti-Pekkanen, R., Reiman, M., Kokkarinen, J. I., Tukinnen, H. O., and Terho, E. O. (1999). IgG antibodies, chronic bronchitis, and pulmonary function values in farmer's lung patients and matched controls. *Allergy.* **54**, 1181–1187.

Etzel, R. A., Balk, S. J., and Bearer, C. F. (1998). Toxic effects of indoor molds. *Pediatr.* **101**, 712–714.

Eucker, J., Sezer, O., Graf, B., and Possinger, K. (2001). Mucormycoses. *Mycoses* **44**, 254–260.

Ezeamuzie, C. I., Al-Ali, S., Kahn, M., Kahn, Z., Dowaisan, A., Thomson, M. S., and Georgi, J. (2000). IgE-mediated sensitization to mould allergens among patients with allergic respiratory diseases in a desert environment. *Int. Arch. Allergy. Immunol.* **121**, 300–307.

Fan, L. L. (2002). Hypersensitivity pneumonitis in children. *Curr. Opin. Pediatr.* **14**, 323–326.

Flannigan, B., McCabe, E. M., and McGarry, F. (1991). Allergenic and toxigenic microorganisms in houses. *J. Appl. Bact. Sym* **70**(suppl), 61–73.

Forgacs, J. (1962). *Mycotoxicoses: The neglected diseases, Feedstuffs*, pp. 34, 124.

Fraser, R. S. (1993). Pulmonary aspergillosis: Pathologic and pathogenetic features. *Pathol. Annu.* **28**, 231–277.

Gareis, M. (1995). Cytotoxicity testing of samples originating from problem buildings. *In* "Proceedings of the International Conference: Fungi and Bacteria in Indoor Environments: Health Effects, Detection and Remediation" (Eckart Johanning, S. Chin, and Yang, eds.), pp. 139–144. Saratoga Springs, NY.

Gordon, K. E., Masotti, R. E., and Waddell, W. R. (1993). Tremorgenic encephalopathy: A role of mycotoxins in the production of CNS disease in humans. *Can. J. Neurol. Sci.* **20**, 237–239.

Gorney, R. L., Reponen, T., Willeke, K., Schmechel, D., Robine, E., Boissier, M., and Grinshpun, S. A. (2002). Fungal fragments as indoor air contaminants. *Appl. Environ. Microbiol.* **68**, 3522–3551.

Gravesen, S., Nielsen, P. A., Iverson, R., and Nielsen, K. F. (1999). Microfungal contamination of damp buildings—examples of constructions and risk materials. *Environ. Hlth. Perspect.* **107**(suppl. 3), 505–508.

Gray, M. R., Thrasher, J. D., Crago, R., Madison, R. A., Campbell, A. W., and Vojdani, A. (2003). Mixed mold exposure: Immunological changes in humans with exposure in water damaged buildings. *Archives Environ. Hlth.* **58**, 410–420.

Gregory, L., Rand, T. G., Dearborn, D., Yike, A., and Vesper, S. (2003). Immunocytochemical localization of stachylysin in *Stachybotrys chartarum* spores and spore-impacted mouse and rat lung tissue. *Mycopathologia* **156**, 109–117.

Griem, P., Wulferink, M., Stachs, B., Gonzalez, J. B., and Gleichmann, E. (1998). Allergic and autoimmune reactions to xenobiotics: How do they arise? *Immunol. Today* **134**, 133–141.

Grossi, P., Farina, C., Fiocchi, R., and Dalla Gasperina, D. (2000). Prevalence and outcome of invasive fungal infections in 1,963 thoracic organ transplant recipients: a multicenter retrospective study. Italian study group of fungal infections in thoracic organ transplant recipients. *Transplantation* **70**, 112–116.

Gunnbjornsdottir, M. I., Norback, D., Plaschke, P., Norman, E., Bjornson, E., and Janson, C. (2003). The relationship between indicators of building dampness and respiratory health in young Swedish adults. *Respir. Med.* **97**, 301–308.

Halsey, J. F., Jensen, J. T., and Miller, J. D. (2001). Immunological responses to *Stachybotrys chartarum* antigen. *J. Allergy Clin. Immunol.* **107**A1034.

Hayes, W. (1980). Mycotoxins: A review of biological effects and their role in human diseases. *Clin. Toxicology* **17**, 45–83.

Hirvonen, M.-R., Ruotsalainen, M., Roponene, M., Hyvarinen, A., Husman, T., Kosma, V. M., Komulainen, H., Savolainen, K., and Nevalainen, A. (1999). Nitric oxide and proinflammatory cytokines in nasal lavage fluid associated with symptoms and exposure to mold building microbes. *Resp. Crit. Care. Med.* **160**, 1943–1946.

Hodgson, M. J., Morey, P., Leung, W. Y., Morrow, L., Miller, D., Jarvis, B., Robbins, H., Halsey, J. F., and Storey, E. (1998). Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. *J. Occup. Environ. Med.* **40**, 241–249.

Hsieh, L. L., and Hsieh, T. T. (1993). Detection of aflatoxin B1-DNA adducts in human placenta and cord blood. *Cancer Res.* **53**, 1278–1280.

Hoehler, D., Marquardt, R. R., McIntosh, A. R., and Hatch, G. M. (1997). Induction of free radicals in hepatocytes, mitochondria and microsomes of rats by ochratoxin A and its analogs. *Biochim. Biophys. Acta* **1357**, 225–233.

Jaakkola, M., Nordman, H., Pilpari, R., Uitti, J., Laitinene, J., Karajainen, A., Hahtola, P., and Jaakkola, J. J. (2002). Indoor dampness and molds and development of adult-onset asthma: A population-based incident case-control study. *Envir. Hlth. Persp.* **110**, 543–547.

Jakab, G. J., Hmieleski, R. R., Hemenway, D. R., and Groopman, J. D. (1994). Respiratory aflatoxicosis: suppression of pulmonary and systemic host defenses in rats and mice. *Toxicol. Applied Pharm.* **125**, 198–205.

Jarvis, B. B. (2002). Chemistry and toxicology of molds isolated from water-damaged buildings. *In* "Mycotoxins and Food Safety" (J. W. DeVries, M. W. Trucksess, and L. S. Jackson, eds.), pp. 43–52. Kluwer Academic/Plenum Publishers.

Jarvis, B. B., Sorenson, W. G., Hintikka, E.-L., Nikulin, M., Zhou, Y., Jiang, J., Wang, S., Hinkley, S., Etzel, R. A., and Dearborn, D. (1998). Study of toxin production by isolates of *Stachybotrys chartarum* and *Memniella echinata* isolated during a study of pulmonary hemosiderosis in infants. *App. Environ. Microbiol.* **64**, 3620–3625.

Jones, C., Ciacci-Zanella, J. R., Zhang, V., Hendeson, G., and Dickman, M. (2002). Analysis of fumonisin B1-induced apoptosis. *Environ. Health Persp.* **109**(suppl 2), 315–320.

Jorntner, B. S., Erich, M., Katherman, A. E., Huckle, W. R., and Carterm, M. E. (1986). Effects of prolonged tremor due to penitrem A in mice. *Drug. Chem. Toxicol.* **9**, 101–116.

Johanning, E., Biagini, R., Hull, D.-L., Morey, P., Jarvis, B., and Landsbergis, P. (1996). Health and immunology study following exposure to toxigenic fungi (*Stachybotrys chartarum*) in a water-damaged office environment. *Int. Arch. Occup. Environ. Hlth.* **68**, 207–218.

Johanning, E., Gareis, M., Nielsen, K. F., Dietrich, R., and Martbauer, E. (2002). Airborne mycotoxins sampling and screening analysis. *In* (H. Levin, G. Bendy, and J. Cordell, eds.), Indoor Air 2002, The 9th International Conference on Indoor Air Quality and Climate, Monterey, CA, June 30–July 5, 2002, Vol 5, pp. 1–6. The International Academy of Indoor Air Sciences, Santa Cruz.

Karlsson-Borga, A., Jonsson, P., and Rolfsen, W. (1989). Specific IgE antibody to 16 widespread mold genera in patients with suspected mold allergy. *Ann. Allergy* **63**, 521–526.

Kildeso, J., Wurtz, V. M., Nielsen, K. F., Wilkins, C. K., Gravesen, S., Nielsen, P. A., Thrane, U., and Schneider, T. (2000). The release of fungal spores from water damaged building materials. *In* (O. Seppanen and J. Sateri, eds.), Proceedings of Healthy Buildings 2000, August 6–10, Espoo Finland. SYI Indoor Air Information Oy, Helsinki, pp. 131–318.

Kilburn, K. H. (2002). Inhalation of molds and mycotoxins. *Eur. J. Oncol.* **7**, 197–202.

Knutsen, A. P., Mueller, K. R., Hutcheson, P. S., and Slavin, R. G. (1994). Serum anti-Asp *ergillus fumigatus* antibody immunoblot and ELISA in cystic fibrosis with allergic bronchopulmonary aspergillosis. *J. Clin. Immunol.* **93**, 926–931.

Kudo, Y., Ootani, T., Kumangai, T., Fukuchi, Y., Ebina, K., and Yokota, K. (2002). A novel oxidized low-density lipoprotein-binding protein, Asp-hemolysin recognizes lysophosphatydylcholine. *Biol. Pharm. Bull* **25**, 787–790.

Kordula, T., Banbula, A., Macomson, J., and Ravis, J. (2002). Isolation and properties of Stachyrase A, a chymotrypsin-like serine proteinase from *Stachybotrys chartarum*. *Infection Immun.* **70**, 419–421.

Kurup, V., Shen, H.-D., and Banerjee, B. (2000). Respiratory fungal allergy. *Microbes Inf.* **2**, 1101–1110.

Lander, F., Meyer, H. W., and Norm, S. (2001). Serum IgE specific to moulds, measured by basophil histamine release, is associated with building-related symptoms in damp buildings. *Inflamm. Res.* **50**, 227–231.

Leino, M., Makela, M., Reijula, K., Haahtela, T., Rauhamaa, H., Tuomi, T., Hintikka, E. L., and Alenius, H. (2004). Intranasal exposure to a damp building mould, *Stachybotrys chartarum*, induces lung inflammation in mice by satratoxin-independent mechanisms. *Clin. Exper. Allergy* **33**.

Makarananda, K., Pengpan, U., Sriskulthong, M., Yoovathaworn, K., and Sriwatanakul, K. (1999). Monitoring of aflatoxin exposure by biomarkers. *J. Toxicol. Sci.* **23**(suppl 2), 155–159.

Malkin, R., Martinez, K., Marinkovich, V., Wilcox, T., Wall, D., and Biagini, R. (1998). The relationship between symptoms and IgG and IgE antibodies in an office environment. *Env. Resear.* **76**, 85–93.

Mason, C. D., Rand, T. G., Oulton, M., MacDonald, J. M., and Scott, J. E. (1998). Effects of *Stachybotrys chartarum (atra)* conidia and isolated toxin on lung surfactant production and homeostasis. *Nat. Toxins* **6**, 27–33.

Mason, C. D., Rand, T. G., Oulton, M., MacDonald, J. M., and Anthes, M. (2001). Effects of *Stachybotrys chartarum* on surfactant convertase activity in juvenile mice. *Toxicol. Appl. Pharm.* **172**, 21–28.

McCrae, K. C., Rand, T., Shaw, R. A., Mason, C. D., Oulton, M. R., Hasting, C., Cherlet, T., Thliveris, J. A., Mantsch, H. H., MacDonald, J. M., and Scott, J. E. (2001). Analysis of pulmonary surfactants by Fourier-transform infrared spectroscopy following exposure to *Stachybotrys chartarum (atra)* spores. *Chem. Phys. Lipids* **110**, 1–10.

Monod, M., Capoccia, S., Lechenne, B., Zaugg, C., Holdom, M., and Jouddon, O. (2002). Secreted proteases from pathogenic fungi. *Med. Microbiol.* **292**, 205–419.

Musmand, J. (2003). Dose *Stachybotrys* actually cause adverse effects? *Ann. Allergy Asthma Immunol.* **90**, 274–275.

Nagata, T., Suzuki, H., Ishigami, N., Dhinozuka, J., Uetsuka, K., Nakayama, H., and Doi, K. (2001). Development of apoptosis and changes in lymphocyte subsets in thymus, mesenteric lymph nodes and Peyer's patches of mice orally inoculate with T-2 toxin. *Exp. Toxicol. Path.* **52**, 3309–3315.

Nielsen, K. F. (2003). Mycotoxin production by indoor molds. *Fungal Genetics Biol.* **39**, 103–117.

Nielsen, K. F., Gravesen, S., and Neilsen, P. A. (1999). Production of mycotoxins on artificially and naturally infested building materials. *Mycopathologia* **145**, 43–56.

Nieminen, S. M., Karki, R., Auriola, S., Toivola, M., Laatsch, H., Laatikainen, F., Hyvarinen, A., and Von Wright, A. (2002). Isolation and identification of *Aspergillus fumigatus* mycotoxins on growth medium and some building materials. *Microbiology* **68**, 4871–4875.

Niranjan, B. F., Bhat, N. K., and Avadhani, N. G. (1982). Preferential attack of mitochondrial DNA by aflatoxin B1 during hepatocarcinogenesis. *Science* **214**(4528), 73–75.

Nielsen, K. F., Huttunen, K., Hyvarinen, A., Andersen, B., Jarvis, B. B., and Hirvone, M. R. (2001). Metabolite profiles of *Stachybotrys* isolates from water-damaged buildings and their induction of inflammatory mediators and cytotoxicity in macrophages. *Mycopatholgia* **154**, 201–205.

Norris, P. J., Smith, C. C., De Belleroche, J., Bradford, H. F., Mantle, P. G., Thomas, A. J., and Penny, R. H. (1980). Actions of tremorgenic fungal toxins on neurotransmitter release. *J. Neurochem.* **34**, 33–42.

Notermans, S., Dufrenne, J., Wijnands, L. M., and Engel, H. W. (1988). Human serum antibodies to extracellular polysaccharides (EPS) of moulds. *J. Med. Vet. Mycol.* **26**, 41–48.

Ojanen, T. (1992). Class specific antibodies in serodiagnosis of farmer's lung disease. *Br. J. Ind. Med.* **49**, 332–336.

Ojanen, T., Terho, E. O., Tukaninen, H., and Mantyyjarvi, R. A. (1990). Class specific antibodies during follow up of patients with farmer's lung disease. *Eur. Respir. J.* **3**, 257–280.

Pace, J. G. (1993). Effect of T-2 mycotoxin on rat liver mitochondria electron transport system. *Toxicon.* **21**, 675–680.

Pace, J. G. (1998). T-2 mycotoxin inhibits mitochondrial protein synthesis. *Toxicon.* **26**, 77–85.

Patel, A. M., Ryu, J. H., and Reed, C. E. (2001). Hypersensitivity pneumonitis: current concepts and future questions. *J. Allergy Clin. Immunol.* **108**, 661–670.

Peltola, J., Andersson, M. A., Haahtela, T., Mussalo-Rauhamaa, H., Rainey, F. A., Kroppenstedt, R. M., Samson, R. A., and Salkinoja, M. S. (2001). Toxic-metabolite-producing bacteria and fungus in an indoor environment. *Appl. Envir. Microbiol.* **67**, 3269–3274.

Pena, C. E. (1970). Aspergillosis. *In* "The pathology and anatomy of mycoses: human infection with fungi" (R. E. Baker, ed.), pp. 762–831. Springer; Berlin.

Petkova-Bochatrova, T., Stoichev, I. I., Chernozemsky, I. N., Castegnaro, M., and Pfhol-Leszkowicz, A. (1998). Formation of DNA adducts in tissue of mouse progeny through transplancental contamination and/or lactation after administration of a single dose of ochratoxin A to the pregnant mother. *Environ. Mol. Mutagen.* **32**, 155–162.

Pfhohl-Leszkowicz, A., Grosse, Y., Kane, A., Creppy, E. E., and Dirheimer, G. (1993a). Differential DNA adduct formation and disappearance in three mouse tissues after treatment with mycotoxin ochratoxin A. *Mut. Res.* **289**, 265–273.

Pfhohl-Leskzkowicz, A., Grosse, Y., Castegnaro, M., Nicolov, I. G., Chernozemsky, I. N., Bartsch, H., Betheder, A. M., Creppy, E. E., and Dirheimer, G. (1993b). Ochratoxin A-related DNA adducts in urinary tract tumors of Bulgarian subjects. *IARC Sci. Publ.* **124**, 141–148.

Pfohl-Leszkowicz, A., Petkova-Bocharova, T., Chernozemsky, I. N., and Castegnaro, M. (2002). Balkan endemic nephropathy and associated urinary tract tumours: A review on aetiolgical causes and the potential role of mycotoxins. *Food Addit. Contam.* **19**, 282–302.

Poapolathep, A., Ohtsuka, R., Kiatipattanasakul, W., Ishigami, N., Nakayam, H., and Doi, K. (2002). Nivalenol-induced apoptosis of thymus, spleen, and Peyer's patches of mice. *Exp. Toxicol. Pathol.* **53**, 441–446.

Ponikau, J. U., Sherris, D. A., Kern, E. G., Homburger, H. A., Frigas, E., Gaffey, T. A., and Roberts, G. D. (1999). The diagnosis and incidence of allergic fungal sinusitis. *Mayo. Clin. Proc.* **74**, 877–884.

Potter, P. C., Juritz, J., Little, F., McCaldin, M., and Dowdle, E. B. (1991). Clustering of fungal allergen-specific IgE antibody responses in allergic subjects. *Ann. Allergy* **66**, 149–153.

Rand, L., Rand, T. G., Dearborn, D., Yike, I., and Vesper, S. (2003). Immunocytochemical localization of stchylysin in Stachybotrys chartarum spores and spore-impacted mouse and rate lung tissue. *Mycopathologia* **156**, 109–117.

Rand, T. G., Mahoney, M., White, K., and Oulton, M. (2002). Microanatomical changes in alveolar type II cells in juvenile mice intrathecally exposed to *Stachybotrys chartarum* spores and toxin. *Toxicol. Sci.* **65**, 239–245.

Reindl, M., Linington, C., Brehm, U., Egg, R., Dilitz, E., Deisenhammer, F., Poewe, W., and Berger, T. (1999). Antibodies against the myelin oligodendrocyte glycoprotein and the myelin basic protein in multiple sclerosis and other neurological diseases: A comparative study. *Brain.* **122**, 2047–2056.

Ribes, J. A., Vanover-Sames, C. L., and Baker, D. J. (2000). Zygomycetes in human disease. *Clin. Microbiol. Rev.* **13**, 236–301.

Richard, J. L., Plattner, R. D., May, J., and Liska, S. L. (1999). The occurrence of ohratoxin A in dust collected from a problem household. *Mycopathologia* **146**, 99–103.

Rudich, R., Santilli, J., and Rockwell, W. (2003). Indoor mold spore exposure: A possible factor in the etiology of multifocal choroiditis. *Am. J. Opthalmol.* **135**, 402–404.

Rylander, R. (1997). Airborne 3-beta-D-glucan and airway disease in a day-care center before and after renovation. *Arch. Environ. Health* **52**, 281–285.

Rylander, R., Norrhall, M., Engdahl, U., Tunsater, A., and Hott, P. G. (1998). Airways inflammation, atopy, and (1→3)-beta-D-glucan exposures in two schools. *Am. J. Respir. Crit. Care Med.* **158**, 1685–1687.

Sajan, M. P., Satav, J. G., and Battacharya, R. K. (1997). Effect of aflatoxin B1 in vitro on rat liver mitochondrial respiratory functions. *Indian J. Exper. Biol.* **35**, 1187–1190.

Salvilahti, R., Uitt, J., Laippaia, P., Husman, T., and Roto, P. (2000). Respiratory morbidity among children following renovation of water-damaged school. *Arch. Environ. Health* **55**, 305–410.

Schwartz, G. G. (2002). Does ochratoxin A cause testicular cancer? *Cancer Causes and Control* **13**, 91–100.

Shelton, B. F., Kirkland, K. H., Flanders, W. E., and Morris, G. K. (2002). Profiles of airborne fungi in buildings and outdoor environments in the United States. *Appl. Environ. Microbiol.* **68**, 1743–1753.

Skaug, M. A., Eduard, W., and Stormer, F. D. (2000). Ochratoxin A in airborne dust and fungal conidia. *Mycopathologia* **151**, 93–95.

Smoragiewicz, W., Cossete, B., Boutrard, A., and Krzystyniak, K. (1993). Trichothecene mycotoxins in the dust of ventilation systems in office buildings. *Int. Arch. Occup. Environ. Health* **65**, 113–117.

Sorensen, B., Streib, J. E., Strand, M., Make, B., Giclas, P. C., Fleshner, M., and Jones, J. F. (2003). Complement activation in a model of chronic fatigue syndrome. *J. Allergy Clin. Immunol.* **112**, 397–403.

Stahl, C. J., Green, C. C., and Farnum, J. B. (1985). The incident at Tuol Chrey: Pathological and toxicologic examinations of a casualty after chemical attacks. *J. Forens. Science* **30**, 317–337.

Steck, A. J., Murray, N., Dellagi, K., Brouet, J. C., and Seligmann, M. (1987). Peripheral neuropathy associated with monoclonal IgM autoantibody. *Ann. Neur.* **22**, 764–767.

Sumi, Y., Natura, H., Takeuchi, M., and Miyakawa, M. (1994). Granulomatous lesions in the lung induced by inhalation of mold spores. *Virchows Arch.* **424**, 661–668.

Taylor, M. J., Ponikau, J. U., Sherris, D. A., Kern, E., Gaffey, T. A., Kephart, G., and Kita, H. (2002). Detection of fungal organisms in eosinophilic mucin using a fluorescein-labeled chitin-specific binding protein. *Otolarygol. Head Neck Surg.* **127**, 377–383.

Thrasher, J. D., Campbell, A. W., Vojdani, A., Madison, R. A., and Gray, M. R. (2004). Immune alterations in humans chronically exposed to toxigenic molds. (In preparation).

Thrasher, J. D., Heuser, G., and Broughton, A. (2001). Autoimmunity and other immunological abnormalities in humans chronically exposed to Chlorpyrifos. *Arch. Envir. Health* **57**, 181–187.

Thrasher, R. D., and Kingdom, T. T. (2003). Fungal infections of the head and neck: An update. *Otolarygol. Clin. North Am.* **36**, 577–594.

Tuomi, T., Johnson, T., Hemminki, K., Hintikka, E-L., Lindroos, O., Kalso, S., Koukila-Kähkölä, P., Mussalo-Rauhamaa, H., and Haahtela, T. (2000). Mycotoxins in crude building materials from water-damage buildings. *Applied Environ. Microbiol.* **66**, 1899–1904.

Tuomi, T., Saarinene, L., and Reijula, K. (1998). Detection of polar and macrocyclic trichothecene mycotoxins from indoor environments. *Analyst* **123**, 1835–1841.

Vesper, S. T., Dearborn, D. G., Elidemir, O., and Haugland, R. A. (2000). Quantification of siderophore and hemolysin from *Stachybotrys chartarum* strains, including a strain isolated from the lung of a child with pulmonary hemosiderosis. *Appl. Environ. Microbiol.* **66**, 2678–2681.

Vesper, S. J., and Vesper, M. J. (2002). Stachylysin may be a cause of hemorrhaging in humans exposed to *Stachybotrys chartarum*. *Infect. Immun.* **70**, 2065–2069.

Vojdani, A., Campbell, A., Anyanwu, E., Kashanian, A., and Vojdani, E. (2002). Antibodies to neuron-specific antigens in children with autism: Possible cross-reaction with encephalitogenic proteins from milk, *Chlamydia pneumoniae* and Streptococcus A group. *J. Neuroimmunology* **129**, 168–177.

Vojdani, A., Campbell, A., Kashanian, A., and Vojdani, E. (2004). Antibodies against molds and mycotoxins following exposure to toxigenic fungi in a water-damaged building. *Arch. Environ. Health* **58**, 324–336.

Vojdani, A., Campbell, A., and Brautbar, N. (1993). Immune functional abnormalities in patients with silicone breast implants. *Toxicol. Indust. Health* **8**, 415–429.

Vojdani, A., Ghoneum, M., and Brautbar, N. (1992). Immune alteration associated with exposure to toxic chemicals. *Toxicol. Indust. Health* **8**, 239–254.

Vojdani, A., Kashanian, A., Vojdani, E., and Campbell, A. W. (2003). Saliva secretory IgA antibodies against molds and mycotoxins in patients exposed to toxigenic fungi. *Immumopharm Immunotoxicol* **25**, 595–614.

Vojdani, A., and Thrasher, J. D. (2004). Cross-reactivity between antigens of fungal extracts studied by affinity-purified chromatography antibodies and ELISA inhibition. (*Manuscript in preparation*).

Vojdani, A., Thrasher, J. D., Madison, R. A., Gray, M. R., Campbell, A. W., and Heuser, G. (2003). Antibodies to molds and satratoxin in individuals exposed in water-damaged buildings. *Arch. of Environ. Health* **58**, 421–432.

Von Emon, J. M., Reed, A. W., Yike, I., and Vesper, S. J. (2003). ELISA measurement of stachylysin$^{TM}$ in serum to quantify human exposures to the indoor mold *Stachybotrys chartarum*. *JOEM* **45**, 582–591.

Walinder, R., Wieslander, G., Norback, D., Wessen, G., and Venge, P. (2001). Nasal lavage biomarkers: Effects of water damage and microbial growth in an office building. *Arch. Environ. Health* **56**, 30–36.

Walsh, T. J., Heir, D. B., and Kaplan, L. R. (1985). Aspergillosis of the central nervous system: Clinicopathological analysis of 17 patients. *Ann. Neurol.* **18**, 574–582.

Wang, J., Fiztpatrick, D. W., and Wilson, J. R. (1998). Effects of the trichothecene mycotoxin T-2 toxin on the neurotransmitters and metabolites in discrete areas of the rat brain. *Food Chem. Toxicol.* **36**, 947–953.

Wei, Y. H., Ding, W. H., and Wei, R. D. (1984). Biochemical effects of PR toxin on rat liver mitochondrial respiration and oxidative phosphorylation. *Arch. Biochem. Biophys.* **230**, 400–411.

Wichmann, G., Herbarth, O., and Lehmann, I. (2002). The mycotoxins citrinin, gliotoxin, and patulin affect interferon-gamma(greek symbol) rather than interleukin-4 production in human blood cells. *Environ. Toxicol.* **17**, 211–218.

Willison, H. J., and Yuki, N. (2002). Peripheral neuropathies and anti-glycolipid antibodies. *Brain* **125**, 2591–2625.

Wilson, B. J., and Wilson, C. H. (1964). Toxin from *Aspergillus flavus*: production on food material of a substance causing tremors in mice. *Science* **144**, 177–178.

Wouters, I. M., Douwes, J., Dockes, G., Thorne, S., Brunekreef, B., and Heederik, D. J. (2000). Increased levels of markers of microbial exposure in homes with indoor storage of organic household waste. *Appl. Environ. Microbiol.* **66**, 627–631.

Young, R. C., Bennett, J. E., Vogel, C. L., Carbone, P. P., and De Vita, T. (1970). Aspergillosis: The spectrum of disease in 98 patients. *Medicine* **49**, 147–173 (Baltimore).

Zureik, M., Neukirch, C., Leynaert, B., Liard, R., Bousquet, J., and Neukirch, F. (2002). Sensitization to airborne moulds and severity of asthma: Cross sectional study from European Community respiratory health survey. *BMJ* **325**(7361), 411–414.