SUPERIOR COURT OF THE STATE OF ARIZONA

FOR THE COUNTY OF MARICOPA

KARI KILIAN, CARMELLA CALABRESE, DAVE CRIVELLI, and SHERYL MORRIS,

Plaintiffs,

vs.

JWE MANAGEMENT CO.; CREEKSTONE BUILDERS, INC.; GLEN EAGLES AT THE PRINCESS RESORT, LLC; STEVE VITALI and JANE DOE VITALI; JOHN and JANE CORPORATIONS I - XXX,

Defendants.

NO. CV2000-014108

Deposition of ANDREW SAXON, M.D., taken on behalf of the Plaintiffs at 10833 La Conte Boulevard, Suite, Los Angeles, California, commencing at 1:10 p.m., Thursday, March 6, 2003, before DAVID D. SANCHEZ, CSR No. 5620.

EXHIBIT
tabbies
5

ANDREW SAXON, M.D.,

having been first duly sworn, was

examined and testified as follows:

EXAMINATION

BY MR. LANGERMAN:

Q. Can you please state your full name for the record.

A. Andrew Saxon. I have no middle initial.

Q. You are a medical doctor?

A. Correct.

Q. Dr. Saxon, have you ever had your deposition taken before?

A. Yes.

Q. On how many occasions?

A. I think I'm heading toward 30.

Q. You generally understand the nature of these proceedings?

A. Yes.

Q. In the Kilian versus JWE case when were you retained?

A. Last, last year I think sometime. I can't remember exactly. There's probably some correspondence in those boxes, but I don't recall.

Q. First half of the year, second half of

If that molecule is reactive, chemically reactive, and is able to bind to a protein and alter the shape of that protein so that the immune system now sees that hapten carrier complex, the immune system can react against it.

Haptens are small molecules, not all small molecules are haptens, many are nonreactive and the immune system ignores them completely because they don't have that property.

Q. Have you ever evaluated any patients who had exposure to haptegenic sinobiotic compounds?

A. Sure.

Q. What types of compounds?

A. TDI. I don't know how to spell it.

Q. Anything else besides that that you can think of?

A. Oh, sure. Poison, they all are haptegenic compounds, lots of them.

Q. Have you ever done any research on the toxic affects of mycotoxins?

A. No. Laboratory research meaning wet lab, sorry. I've certainly read a lot about it.

Q. Have you ever done any research on the immunological affects of mycotoxins?

A. Same answer. I mean we don't use --

actually I might have to -- let me think.

I read a lot about it. I'm familiar with it from scientific literature, but not in my laboratory have we done experiments.

Q. Would you refer to laboratory research as clinical research, or is that only referred to patients?

A. No, no. No, clinical research happens to do with patients. What I meant is doing an experiment, doing a hypothesis testing. I mean patients, that's laboratory research. As opposed to doing test tubes. If that's all research, I haven't done either, which one. That doesn't mean just talking to patients or having anecdote after anecdote. That ain't research. Rsearch is defined groups, testing things in patients. I've done both, but not personally with mycotoxins.

Q. Have you ever done --

A. No.

Q. Have you ever done any research regarding the neurotoxic affect of mycotoxins?

A. Same answer. Meaning that I am -- lots of reading, no hands-on research. Am I making myself clear? I'm not allowed to ask you questions.

Q. I'm just trying to learn.

are a big cause. They didn't mention mycotoxins. And as I recall, the ones I remember, drug abuse, and drugs we give patients, some of the drugs we give patients have high, atrogenic drugs have real neurotoxic affects for cancer.

Q. When you say "recent article," do you know roughly when this article came out?

A. Yes. I said roughly within the last year. It's one of those medical intelligence articles. I have a lifetime subscription. I get everything.

Q. Do you recall either the author's name, the rough title?

A. Toxic Leukoencephalopathy is the title, as I recall, but I don't remember the authors. They have a review like medical intelligence or something, it was one of those reviews.

Q. Have you ever evaluated a patient whom you concluded had mycotoxins?

A. Only in the hospital from some kind of mushroom poisoning. Not in other settings, no.

Q. Have you ever evaluated a patient whom you concluded had toxic leukoencephalopathy?

A. Yes, but not primarily. Meaning I get called to see patients. They wouldn't call me if they