IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

COPY

KARI KILIAN,

Plaintiff,

vs.

GLENEAGLES AT THE PRINCESS RESORT, LLC.,

Defendant.

CV 2000-014108

Phoenix, Arizona

April 14, 2004

1:30 p.m.

BEFORE: The Honorable KENNETH L. FIELDS, Judge

REPORTER'S TRANSCRIPT OF PROCEEDINGS

EXHIBIT 6

REPORTED BY:

Scott M. Coniam, RMR, CRR
Certified Court Reporter
Certificate Number 50269

PREPARED FOR:

Mr. Richard Langerman
Attorney at Law

A. No.

MR. PAUL: Nothing further.

THE COURT: Sir, that completes your testimony. Thank you very much.

THE WITNESS: Thank you.

THE COURT: Go ahead and call your next witness.

MR. PAUL: GlenEagles calls Dr. Andrew Saxon.

ANDREW SAXON,

Called as a witness herein, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

Q. BY MR. PAUL: Good afternoon.

A. Good afternoon.

Q. Would you please tell the jury your full name.

A. Andrew Saxon. No middle name.

Q. What is your occupation?

A. I'm a professor of medicine, chief of the division of clinical immunology and allergy at UCLA school of medicine, so I call myself a physician scientist.

Bioaerosol Conference was held this year in -- or, pardon me, in -- last September in Saratoga Springs, correct?

A. So I understand.

Q. You did not attend?

A. I did not attend.

Q. As part of your work, did you review the papers that were presented at the Third International Bioaerosol Conference?

A. I looked at some of them.

Q. But not all of them?

A. Again, they're -- it's a vast variety of things that -- some of which were not something I was tasked to look at particularly, no.

MR. PAUL: Your Honor, I object to any further questions on this on 26.1 grounds. Not been marked as an exhibit. Not part of the pretrial.

THE COURT: No.

Overruled at this time.

Q. BY MR. LANGERMAN: Dr. Saxon, I have in my hand defendant's Exhibit Number 367. This is a publication from the National Research Council from 1983 entitled, "Protection against trichothecene mycotoxins."

Did you review this publication as part of

your review of the body of scientific literature?
A. I'd have to look at it to see. I can't recall.
Is that whole thing the publication?
Q. Yes, sir.
A. Okay.
(Pause.)
A. I can't be sure. The reason I say that is I wouldn't have read the whole thing, I know that for a fact, but I may have looked at -- I can't be sure.
Q. Can you explain to the jury what the National Research Council is?
A. No.
Q. In the research published by the National Research Council, they make reference to chemotherapy trials involving a therapeutic agent derived from a trichothecene mycotoxin.
Are you familiar with those clinical trials?
A. I can't -- not those specific ones, but I'm familiar with the area for sure.
Q. Do you recall the clinical trials that were done in the late '70s in which trichothecene mycotoxins were used as a cancer agent?

A. I don't recall those specific trials, no. I'm familiar with the area, as I said, but you're asking about a specific trial from the '70s, I surely won't recall.

Q. When I took your deposition earlier this year, you told me that you did not review the articles that dealt with the neurotoxic effects of mycotoxins; is that correct?

A. Correct.

Q. And you're not here as an expert in the field of neurotoxicology, correct?

A. That is correct. Never held myself out to be in that -- an expert in things I'm not an expert in.

Q. Now, the work that you and Dr. Kelman and Dr. Hardin did resulted in a paper that was published about the adverse health effects associated with molds and mycotoxins, correct?

A. It led to it, sure.

Q. Were you aware that Global Tox was paid $40,000 for the research that was incorporated into this paper?

A. I have no knowledge of that, no. In fact, I think that's not my understanding at all.

Q. And you didn't receive any of that money?

What they meant is they looked at -- they gave the animals a dose of materials and then they looked at an end point to see if the animals -- they got sick or had lung hemorrhage or had some other adverse event you wouldn't want to happen. At the level at which they didn't see their adverse health effect.

Q. And in the paper, you refer to a study done by Dr. Rao in which a no-effect dose level of three times ten to the sixth spores per kilogram was found?

A. The paper does.

Again, I'm not holding myself out to be a toxicologist. I'm certainly familiar with that and that's right.

Per gram.

Or kilogram, did you say?

Q. Oops, I have the wrong -- pardon me.

Wrong unit.

A. Kilogram.

Q. You are correct, sir.

Can you turn to the next page. The second paragraph on page 7, there's a reference to a repeat-dose study that was done by Nikulin, correct?

A. Correct.

Q. In terms of Dr. Rao's study, we don't know the relative toxicity of the strains that she used, correct?

A. I have a problem with the term relative toxicity.

Q. And what's your problem, sir?

A. The problem is this, clearly these molds -- and I'm not a toxicologist, but I'm certainly aware enough it depends how you grow them and how you make them toxic. If you grow them certain ways, they won't make toxins. If you grow them other ways, they make a lot more toxin. So I'm not sure how you compare toxicity of a strain in that way and it's not something, you know, that -- so to say we grew one in one study and got it -- unless you grow them head to head under the same conditions -- so relative toxicity I don't think you can compare one study to another unless you actually compare them in an assay.

Q. And that's why all of the other researchers use the s. 29 and the s. 72 because there have been comparative studies regarding those two strains done by Dr. Jarvis and his team in Maryland, correct, sir?

A. I can't attest to that one way or the