IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

KARI KILIAN,

Plaintiff,

vs.

GLENEAGLES AT THE PRINCESS RESORT, LLC.,

Defendant.

CV 2000-014108

Phoenix, Arizona

April 20, 2004

9:30 a.m.

BEFORE: The Honorable KENNETH L. FIELDS, Judge

REPORTER'S TRANSCRIPT OF PROCEEDINGS

EXHIBIT

tabbies

7

REPORTED BY:

Scott M. Coniam, RMR, CRR
Certified Court Reporter
Certificate Number 50269

PREPARED FOR:

Mr. Richard Langerman
Attorney at Law

THE COURT: Redirect?

MR. PAUL: No, Your Honor.

THE COURT: Doctor, that completes your testimony. Thank you very much.

Go ahead and -- Dr. Saxon, I guess.

(Pause.)

THE COURT: Doctor, go ahead and resume.

THE WITNESS: Thank you.

ANDREW SAXON,

having been called as a witness herein, having been first duly sworn, was examined and testified as follows:

CROSS-EXAMINATION (Continued)

Q. BY MR. LANGERMAN: Dr. Saxon, since last Wednesday have you spoken to anyone about your testimony?

A. Mr. -- Patrick -- Paul.

Q. Mr. Paul.

When did you speak with him?

A. After we left here we just talked about stuff.

Q. What did you and he speak about?

A. What we went over. What we -- you were

asking me -- specifically you were asking me a lot of toxicology questions that you should have asked the toxicologist, we thought, but that's -- we talked about that primarily.

Q. Other than your conversation with Mr. Paul last Wednesday, have you spoken with anyone else about your testimony today?

A. Probably my wife.

Q. Did you review any documents since last week --

A. Yes.

Q. -- concerning your testimony?

Which documents?

A. I looked at a lot of the toxicology papers you were asking me about, so the ones that were referenced in the ACOEM one, I didn't recall a lot of specific so I went back and looked so I'd be a better witness for you today.

Q. In the ACOEM paper there are 83 references, correct?

A. Yes.

Q. And did you -- before this paper was published, did you read all of those references?

A. Probably not every single one. The vast majority. Some of that they probably read -- more

some of the toxicology were probably read solely by Dr. Kelman and Dr. Hardin, but I can't tell you which one specifically.

Q. Do you believe that all of the papers that are cited are authoritative texts in the fields of human health effects from mold and mycotoxins?

A. I can't say that. I'd have to look at everyone. You know, you cite things not just because they're authoritative because you want people to be aware of them, so I wouldn't probably throw a blanket statement out without looking at them individually.

Q. So you believe it's possible that some of the papers that you and your coauthors cited are not authoritative?

A. Well, I wouldn't use the word authoritative. They're -- when you cite papers, you do it for a variety of reasons. You're only -- there's thousands of papers either pointing to people to original reports that could be wrong. That could be authoritative. They're to make a point where people can look things up. They're not meant to be exhaustive, so you have to look at them one at a time.

MR. LANGERMAN: Your Honor, may I approach

the witness?

THE COURT: Go ahead.

Q. BY MR. LANGERMAN: Dr. Saxon, I've handed you Exhibit 340. That's a copy of the ACOEM paper?

A. Correct.

Q. Can you look at the 27th reference?

A. Sure. Yes.

Q. This is a report prepared by the National Research Council concerning trichothecene mycotoxins, correct?

A. Correct.

Q. Is that, in your opinion, a reliable authority on the subject of the health effects of trichothecene mycotoxins?

A. I can't answer that because that's not one of the ones I've reviewed and I don't recall. You asked me who they were. I don't recall that paper, no. I can't answer that one way or the other.

That's from 1983.

Q. Your paper was intended to be a comprehensive review of the state of the literature as of the end of 2002, correct?

A. Comprehensive overview from about, I'd say, the middle of 2002 because that's when it was sent for review at the American College of Occupational