IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| KARI KILIAN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. CV 2000-014108 |
| JWE MANAGEMENT CO, et al., | ) |
| Defendants. | ) |

Phoenix, Arizona
August 13, 2003

BEFORE: THE HONORABLE KENNETH L. FIELDS, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS

PREPARED FOR:
Mr. Marc A. Erpenbeck,
Attorney at Law

Sandy Ong-Wolf, RPR
Certified Court Reporter
Certification #50044

EXHIBIT
tabbies
8

first we do not have all of our experts presently and one is delayed at the airport in Albuquerque.

THE COURT: Mr. Langerman, do you have any witnesses here?

MR. LANGERMAN: No, Your Honor. My witnesses were told to come this afternoon. That's when they will be here.

THE COURT: Do you have anybody here?

MR. PAUL: I do have somebody.

THE COURT: Start with that person.

MR. PAUL: Call Dr. Andrew Saxon, Your Honor.

DR. SAXON: I guess I'm left over. Good morning, Your Honor.

THE COURT: Good morning.

ANDREW SAXON,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. PAUL:

Q Would you please state your name?

A Andrew Saxon.

Q What is your -- Would you briefly

sentence.

A Okay.

MR. PAUL: Your Honor, I don't have a page 317.

MR. LANGERMAN: Have you found it, Pat?

Q BY MR. LANGERMAN: Dr. Croft writes: Comparative pathology between man and animal clearly demonstrated human exposure via inhalation of the spores and the mycotoxin caused extensive loss of functional tissue due to inflammatory and caustic response to the mycotoxin. There was a severe loss of neurons of the brain in the cerebral hemisphere and well and in the brain stem and Purkinje cells of the cerebellum. That's what it reads, correct?

A That's what it says.

Q And then farther down in that same paragraph about two inches from the bottom Dr. Croft writes: "There was a severe loss of neurons observed in the dorsal and ventral nervous tissue of the spinal cord, clearly establishing that the central nervous system is severely affected in man and animals, correct?

A That is what it reads.

Q What's serology testing?

A Blood testing with using the serum

generally we think with antibodies.

Q One of the purposes of serology testing is to test for antibodies?

A Generally that's the purpose when we think of serologic testing.

Q What's an antibody?

A Antibody is a protein that your body makes when it in response to a foreign or cell substance that will then bind to that substance. That's what an antibody is.

Q The foreign substance is called an antigen?

A Itself is an autoantigen, right.

Q Under what circumstances are antibodies produced?

A It's almost unanswerable. It's a strong answer. When a body sees a foreign subtance a certain level, a certain root, a certain way so when the body recognizes it and foreign.

Q Are there any clinical applications of serology testing?

A Lots of them.

Q Can you name some of them?

A Using H. P. testing to confirm the diagnosis of hypersensitivity pneumonitis would be a

good one. Using HIV testing to confirm infection with human immunodeficiency bodies.

Q In the paper that you helped prepare for the American College of Occupational Environmental Medicine you noted that many laboratories now measure IgG by using solid phase immunoassays, correct?

A Yes.

Q That's a type of serology test?

A Yes.

Q IgG is a form of immunoglobulin, correct?

A Yes.

Q You yourself have done serology testing, correct?

A Yes.

Q In fact -- well, let's get some of these exhibits out. It will have a number at the top and I'm going to try to take them in order. Exhibit number 67 is an article that you wrote?

A Right.

Q This is an 1988 article about a serology methodology called E-L-I-S-A, correct?

A You know, again I know you have limited time but it is really not. It's a test and methodology. It wasn't designed for serum testing.

It was designed for testing things that came into test tubes. So it's a methodology for measuring antibodies. It wasn't meant for the human gene body. It wasn't meant from outside from another source.

Q In your 1988 article you developed a methodology to use ELISA testing to perform serological testing for immunoglobulin antibodies, correct?

A Again, I'm only objecting to what you are saying yes developed a lysosome test to measure antibodies. And if you put it using human serum for it it would be serologic test.

Q Could you pick up Exhibit 64?

A 64? Sure.

Q That's an article that you co-authored in 1989?

A Correct.

Q And it was about detecting autoantibodies, correct?

A Correct.

Q And this research involved the use of serology to test for autoantibodies, correct?

A Among other things, yes. It certainly did.

Q You would agree, sir, that serology

is a methodology to test blood serum for the presence of antibodies?

A Yep.

Q And you would agree with the principle that the presence of antibodies in the blood implied the person who has been exposed to the antigen specific to that antibody?

A No.

Q Why do you disagree with that?

A That's the reason. Sometimes they can be misleading in cross-activity. So you want them to be done correctly but just on the face of it, for example, the Stachybotrys serology doesn't meet that criteria. So that is the ultimate goal is to get it to the point where it is specific for that antigen.

Q Now you are talking about the misidentification of antibody but if you properly identify the antibody then you would agree that that implies that that person has been exposed to the specific antigen for that antibody.

A That is not actually true either, no, because the reason is that things look alike so in fact there is no way to stop it. There are antibodies that bind to one thing that can see another thing because they look alike. And a great example is you

get rheumatic fever. You react to this organism which is foreign. Then it starts reacting to your heart even though it's not the same thing. They look so much alike. You can't distinguish it. So that's the problem with cross-activity. It is not the way you would like it to be but it doesn't always look that way to you.

Q Let's change our focus to immunophenotyping.

A Okay.

Q First of all can you explain to the Judge what immunophenotyping is?

A Yes, I did. It's lymphocyte typing. And what is so -- there are these boring lymphocytes, white blood cells, only got about 20 percent of white blood cells. Until about 1988 everybody thought they were boring little white cells. And it turns out this is your whole immune system. So they all look alike under the microscope. Until they had a new way to look at them they all looked the same.

And then about the 1980s, 70s people started to be able to recognize them by their characteristic on the surface. So immuno is immune cell. Phenotyping means you look at the jeans. You can recognize Mr. Langerman from me. We look

differnt. We have different outside characteristics. So it's really just like that. You could say okay. I could recognize two major groups people with long hair and short hair. That's one phenotype but among that you have long hair with red dress. And so we now hundreds -- we now have a 170 specific markers you can look at on a white blood cell to see, you know, its specific characteristics. That's what immunophenotyping is. Sort of analyzing the cell in the blood or preferably even in the tissue to know what kind of cells they are.

Q You slightly jumped ahead.

A I'm sorry. I practiced for too long.

Q Lymphocytes are white cells?

A Yeah, they are subtied to that.

Q What does CD stand for in terms of immunophenotyping?

A Cluster designation is the word we use.

Q and you indicated that the -- well, first of all what is a cluster designation?

A Well, what it's -- you have to understand historically it's a funny word so if I have a unique marker on us like short hair why is it called

a cluster designation? What happened people trying to find out I have got an antibody that picks up some thing. They say well you have got something. That is really something important. Well if everybody has an antibody and only picks up that and nothing else antibody cluster designation that whole group of investigators, antibodies who see the same thing that's where the term cluster designation. We have workshops, workshops every few years. Everybody gets together and trades their antibodies. And they say okay this is unique antigen. It is not just some mistake in the laboratory. Now there is 170 CDs to which are just markers on lymphocytes.

Q You have employed immunophenotyping in your research; is that correct?

A Sure.

Q Can you pick up Exhibit Number 71?

A All right.

Q This is an article that you co-authored in 1992?

A Correct.

Q That involved among other things cytometric immunophenotyping, correct?

A Correct.

Q In this one you were using

immunophenotyping to analyze certain B cell lymphocyte subsets, correct?

A Because I'm precise we were really trying to identify certain B cells because they were so rare in these patients and then measure what was going on in and then just trying to say this are the cells we want to actually know how they work. We weren't trying to distinguish different types of immunophenotypoing. Yes, to look at the cells of interest.

Q Look at specific B cell subsets?

A Again, no. Again, I mean, and I recall we were looking at B cells not subsets, B cells subsets would be -- We were looking at B cells and what they were doing not different types of B cells. We could have done that. We did not do that in this paper and I recall.

Q Could you turn to Exhibit 66?

A Sure.

Q Are you looking at --

A Yes.

Q An article that you co-authored in 1992?

A M 'hum.

Q This research also involved

immunophenotyping?

A Absolutely.

Q It involved immunophenotyping of T cells?

A T cells, B cells, NK cells. The whole kamish.

Q Exhibit Number 68. This was an article you co-authored in 1994?

A Correct.

Q this also involved immunophenotyping research?

A Yes.

Q Other researchers besides your laboratory also used immunophenotyping?

A Absolutely.

Q It's widely used methodology?

A Absolutely.

Q Immunophenotyping has been used to identify changes in immune function associated with certain diseases?

A Yes.

Q For example, Aids research, level of CD 4 T lymphocytes is used and a marker of the progression of the disease?

A Correct.

Q Can you turn to Exhibit 83?
A M 'hum.
Q Are you looking at an 1989 article authored by -- I have it misspelled on my list. What's the primary author's name?
A At least you can pronounce it; you will make me screw it up.
Q Owatani?
A Owatani.
Q This particular research was done to analyze CD 5 cells and their relationship to Gray's Disease, correct?
A No.
Q What was it used --
A The reason I say that, Mr. Langerman, this is looking at a very specific CD 5 B cells which is not part of the Gray's panel because the Gray's panel got it backwards. He's got CD 5 T cells. These are CD B cells. These are very specific set of B cells that are highly controversial about their autoimmunity. It is very interesting whether they say they are autoimmunity or not. B cells not T cells.
Q But Dr. Owatani and his colleagues were analyzing what relationship if any there is

between CD 5 B cells and Gray's Disease, right?

A I just wanted to correct the B cells.

Q Phenotyping has also been used to identify changes in the immune function associated with exposure to environmental toxins, correct?

A It's been used for that purpose I'm going to say.

Q Can you turn to Exhibit 81?

A Yep.

Q Are you looking at a 1986 article authored by Dr. Dinkhouse and his associates?

A Yes.

Q In this one Dr. Dinkhouse's research was looking at lymphocyte subsets associated with exposure to solvents, correct?

A That's what he was doing.

Q Can you turn to Exhibit 84?

A M 'hum.

Q Are you looking at a 2002 article the principal author of which is Dr. Thrasher?

A M 'hum.

Q Is that a yes?

A I'm sorry, Yes. Excuse me.

Q And Dr. Thrasher is -- I mean 2002

article he and his colleagues were looking at immunophenotyping subsets associated with exposure to chlorpirothotes, correct?

A That's what they were doing.

Q Can you turn to Exhibit 93?

A You are looking at an abstract of an article written this year by Dr. Rhoads and his colleagues?

A Sure.

Q And in this particular research Dr. Rhoads and his colleagues were looking at immunophenotype subsets associated with exposure to jet fuel, correct?

MR. PAUL: Objection, foundation. This is an abstract and not a whole article.

THE COURT: Overruled. If the doctor can answer.

THE WITNESS: Well, that's what they say they are going to get from an abstract. I would never want to make a conclusion. They did not find anything different. They found there were no changes at all but they were using it for that -- trying to use it for that purpose. I mean that's what the whole Salvaggio paper is all about when is it appropriate to do this in a setting and when it isn't.

Q BY MR. LANGERMAN: And would you turn to Exhibit Number 90?

A Sure.

Q Again this is an abstract of an article written this year by Dr. Casa and I believe it's her colleagues.

A That is my conclusion too.

Q In this particular research, Dr. Casa was looking at immunophenotype subsets related to exposure to seron gas, correct?

A Yes.

MR. PAUL: Same objection and the prior exhibit, Your Honor.

THE COURT: Okay. Overruled.

Q BY MR. LANGERMAN: And finally can you turn to Exhibit 88?

A Yes.

Q This is an article published this year by Dr. Bisure and his colleagues, correct?

A Yes.

Q And in this particular article Dr. Bisure was doing immunophenotyping with respect to exposure to toxigenic molds, correct?

A To be precise on this this whole article -- he was among other things among 20

parameters he used immunophenotyping and one measure to see if there was any difference. That's what he was looking at, correct.

MR. LANGERMAN: Your Honor, we would offer Exhibits 83, 81, 84, 93, 90 and 88.

THE COURT: Any objection?

MR. PAUL: No objection.

THE COURT: Those exhibits are admitted.

THE CLERK: Can you repeat the numbers one more time?

MR. LANGERMAN: I would be happy to: 83, 81, 84, 93, 90, and 88.

THE CLERK: Thank you.

MR. LANGERMAN: Unless I forget I would also offer Exhibits 95 through 99.

MR. PAUL: Your Honor, there are -- I do have an objection on 97 and 99 are copies that I received that appear to be incomplete. I can't read the copies because of the poor quality. I just provided a copy.

THE COURT: The exhibits are already admitted. Copies will be provided to opposing counsel, legible copies.

Q BY MR. LANGERMAN: Earlier today you referenced a 1994 article by Dr. Salvaggio regarding