UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| KARI KILIAN,<br>Plaintiff,<br>vs.<br>EQUITY RESIDENTIAL TRUST; EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORPORATION, AND DOES I THROUGH X,<br>Defendants. | ) | CIV-02-1272-PHX-FJM |

DEPOSITION OF

ANDREW SAXON, M.D.

LOS ANGELES, CALIFORNIA

JANUARY 15, 2004

ATKINSON-BAKER, INC. COURT REPORTERS
330 North Brand Boulevard, Suite 250
Glendale, California 91203
(818) 551-7300

REPORTED BY: DAVID D. SANCHEZ, CSR NO. 5620

FILE NO.: 9D09D4D

EXHIBIT
10

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

KARI KILIAN, )
)
Plaintiff, )
)
vs. )CIV-02-1272-PHX-FJM
)
EQUITY RESIDENTIAL TRUST; EQUITY )
RESIDENTIAL PROPERTIES MANAGEMENT )
CORPORATION, AND DOES I )
THROUGH X, )
)
Defendants. )
)

Deposition of ANDREW SAXON, M.D., taken on behalf of Plaintiff at 10833 La Conte Avenue, Suite 52, Los Angeles, California, commencing at 1:01 p.m., Thursday, January 15, 2004, before DAVID D. SANCHEZ, CSR No. 5620.



APPEARANCES

FOR THE PLAINTIFF:
LAW OFFICES OF RICHARD LANGERMAN
BY: RICHARD LANGERMAN, ESQ.
3215 North Third Street
Phoenix, Arizona 85012

FOR THE DEFENDANTS:
SHORALL, McGOLDRICK, BRINKMANN, P.C.
BY: TOM SHORALL, JR., ESQ.
3030 North Central Avenue
Suite 1000
Phoenix, Arizona 85012



INDEX

WITNESS: ANDREW SAXON, M.D.
EXAMINATION PAGE
BY MR. LANGERMAN 5

| EXHIBITS NUMBER | PLAINTIFF'S DESCRIPTION | PAGE |
|---|---|---|
| 1 | ACOEM Evidence-based Statement | 11 |
| 2 | Rule 25 Disclosure Statement | 33 |
| 3 | Expert Report of Andrew Saxon, M.D. | 49 |

QUESTIONS WITNESS WAS INSTRUCTED NOT TO ANSWER:
(NONE)

INFORMATION TO BE SUPPLIED:
(NONE)



ANDREW SAXON, M.D.,
having been first duly sworn, was
examined and testified as follows:

EXAMINATION

BY MR. LANGERMAN:
**Q. Can you please state your full name for the record.**
A. Andrew Saxon.
**Q. You are a medical doctor?**
A. Correct.
**Q. Dr. Saxon, do you have any training in the field of toxicology?**
A. Yes.
**Q. What training do you have in the field of toxicology?**
A. As part of my job I work in immunotoxicology, and then participated in, for example, seminars for the regular toxicology programs. As well as pharmacology and medical school training subsequent to that.
**Q. Do you have any training in the field of neurology?**
A. Only as an internist. All internists, you know, have training in neurology, but not

subspecialty training in neurology.
Q. Do you claim to be an expert in the field of neurology?
A. No.
Q. Do you have any training in the field of mycology?
A. Yes.
Q. What training do you have?
A. Medical school, as well as where I did my post-doctoral degree as a fellow. I should say post-operative training. As part of the training in immunology and allergy is my knowledge. That's training, not teaching, but training.
Q. Do you hold yourself out as an expert in the field of mycology?
A. Aspects of it, you know. I mean, I'll just say aspects of it. I mean mycology -- I'll say aspects of it.
Q. Which aspects of mycology do you hold yourself out as an expert?
A. The allergy aspects of mycology is actually molds, the production of certain mold materials such as penicillin mold, certain aspects of infection with mold which we deal with, I would be an expert in.



Q. Do you have any training in the field of neurotoxicology?
A. No.
Q. When last we spoke you had not performed any laboratory research regarding molds and mycotoxins.
Is that still true?
A. Yes.
Q. You have done literature research in the field of molds and mycotoxins; is that correct?
A. I think scholarly, anatomical research. Right, correct.
Q. You are identified as the author of two different papers, they're similar, but different papers.
A. I'm sorry, I just want to correct one thing.
Q. Okay.
A. I won't call it nitpicking, but just to make it absolutely.
I mean we have done -- when I say I've never done any research, some of the patient related materials we have done on. For example, immunodeficiency patients related to mold infections.
So you could call that research related



to AIDS, mold infections. But it's -- I didn't think of it as research, clinical research related to patients as opposed to test tube research. And I don't think it changes much what I told you before, but just so the record is accurate.
Q. You haven't done any clinical studies involving molds and mycotoxins; correct?
A. No, not directly addressing that issue, those issues. Either of those, molds or mycotoxins.
Q. So it is correct that you have done none?
A. Done no clinical research directed at that.
In our research we have dealt with mold infections in immunocompromised people, and published on that. But it wasn't directed at mold, it was directed to immune issues.
Maybe I can give you an example if it would clarify it.
I won't try to help.
Q. You have authored one or more papers dealing with the review of the literature of the health affects associated with mold and mycotoxins.
A. I've reviewed, yes, I'm sorry.
Q. How many papers?



A. One that I have authored.
Q. I've seen two.
A. Well, I think I know what you're talking about. There's one paper, the ACOEM paper. The other is a basic. I wouldn't cite it in my CV. It is subsequently a group of people sort of use the same information. The only paper that appears is the first paper, the ACOEM paper.
Q. The subsequent version of the ACOEM paper was published by the Manhattan Institute and the U.S. Chamber of Commerce; correct?
A. I'm not sure who published it or where it's published. I'm aware of its existence.
Q. Did you receive any compensation from the Manhattan Institute?
A. No.
Q. You're not a member of the ACOEM; correct?
A. Correct.
Q. How is it that you became involved in the research that was done for the ACOEM?
A. I was contacted in the first half of the year. It's long enough ago. I don't remember the year.
I may have said it in other depositions,