# Microbial Toxins

Edited by

Solomon Kadis

Research Laboratories
Albert Einstein Medical Center
Philadelphia, Pennsylvania

Alex Ciegler

United States Department of Agriculture
Agricultural Research Service
Northern Utilization Research and Development Division
Peoria, Illinois

Samuel J. Ajl

Research Laboratories
Albert Einstein Medical Center
Philadelphia, Pennsylvania

VOLUME VIII

FUNGAL TOXINS

1972

ACADEMIC PRESS • NEW YORK AND LONDON

EXHIBIT
11

COPYRIGHT © 1972, BY ACADEMIC PRESS, INC.
ALL RIGHTS RESERVED
NO PART OF THIS BOOK MAY BE REPRODUCED IN ANY FORM, BY PHOTOSTAT, MICROFILM, RETRIEVAL SYSTEM, OR ANY OTHER MEANS, WITHOUT WRITTEN PERMISSION FROM THE PUBLISHERS.

ACADEMIC PRESS, INC.
111 Fifth Avenue, New York, New York 10003

*United Kingdom Edition published by*
ACADEMIC PRESS, INC. (LONDON) LTD.
24/28 Oval Road, London NW1 7DD

LIBRARY OF CONGRESS CATALOG CARD NUMBER: 78-84247

PRINTED IN THE UNITED STATES OF AMERICA

# Contents

List of Contributors ... ix
Preface ... xi
Contents of Other Volumes ... xiii

Section A

1. The Isolation and Identification of Toxic Coumarins

Donald E. Richards

I. Introduction ... 3
II. Coumarin ... 4
III. 3,3'-Methylenebis(4-hydroxycoumarin) ... 21
IV. Psoralens ... 36
V. Summary ... 42
References ... 43

2. The Biological Action of the Coumarins

Lester D. Scheel

I. Introduction ... 47
II. Coumarin ... 48
III. Hydroxycoumarins ... 51
IV. 4-Hydroxycoumarin ... 53
V. Psoralens ... 58
VI. Discussion ... 61
VII. Summary ... 64
References ... 64

3. The Natural Occurrence and Uses of the Toxic Coumarins

Vernon B. Perone

I. Introduction ... 67
II. Coumarins ... 67
III. Furocoumarins ... 71
IV. Hydroxycoumarins ... 81
V. Food Spoilage ... 85
VI. Summary ... 86
References ... 88

Section B

4. Stachybotryotoxicosis

Joseph Forgacs


I. History . . . . . . . . . . . . . . . . . . . .
II. Epizootiology . . . . . . . . . . . . . . . . . . . .
III. Clinical Characteristics . . . . . . . . . . . . . . . . . . . .
IV. Pathological Findings . . . . . . . . . . . . . . . . . . . .
V. Toxicity of *Stachybotrys* Fungi for Other Farm Animals . . . . . . . . . . . .
VI. Experimental Stachybotryotoxicosis in Small Animals . . . . . . . . . . . .
VII. Stachybotryotoxicosis in Man . . . . . . . . . . . . . . . . . . . .
VIII. Biological and Ecological Characteristics of the Genus *Stachybotrys* and Its Toxin . . . . . . . . . . . . . . . . . . . .
IX. Prophylaxis and Treatment . . . . . . . . . . . . . . . . . . . .
X. Isolating and Testing *Stachybotrys* Fungi for Toxicity . . . . . . . . . . . .
XI. General Comments . . . . . . . . . . . . . . . . . . . .
References . . . . . . . . . . . . . . . . . . . .


Section C Phytopathogenic Toxins

5. Phytopathogenic Toxins

H. H. Luke and V. E. Gracen, Jr.


I. Introduction . . . . . . . . . . . . . . . . . . . .
II. History . . . . . . . . . . . . . . . . . . . .
III. Concepts . . . . . . . . . . . . . . . . . . . .
IV. Terminology . . . . . . . . . . . . . . . . . . . .
V. Discussion . . . . . . . . . . . . . . . . . . . .
References . . . . . . . . . . . . . . . . . . . .


6. *Helminthosporium* Toxins

H. H. Luke and V. E. Gracen, Jr.


I. Introduction . . . . . . . . . . . . . . . . . . . .
II. *Helminthosporium victoriae* Toxins . . . . . . . . . . . . . . . . . . . .
III. *Helminthosporium sorokinianum* Toxins . . . . . . . . . . . . . . . . . . . .
IV. *Helminthosporium oryzae* Toxins . . . . . . . . . . . . . . . . . . . .
V. *Helminthosporium carbonum* Toxins . . . . . . . . . . . . . . . . . . . .
VI. Other *Helminthosporium* Toxins . . . . . . . . . . . . . . . . . . . .
VII. Discussion . . . . . . . . . . . . . . . . . . . .
References . . . . . . . . . . . . . . . . . . . .


7. *Alternaria* Toxins Related to Pathogenesis in Plants

G. E. Templeton


I. Introduction . . . . . . . . . . . . . . . . . . . .
II. Black Spot Disease of Japanese Pear—*Alternaria kikuchiana* . . . . . .

III. Early Blight Disease of Tomato and Potato—*Alternaria solani* . . . . . . . . . . . . 175
IV. Seedling Chlorosis of Cotton and Citrus—*Alternaria tenuis* . . . . . . . . . . . . . . 178
V. Leaf Spot of Zinnia—*Alternaria zinniae* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 187
VI. Summary and Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 191

8. A Phytotoxin from *Didymella applanata* Cultures

F. SCHURING AND C. A. SALEMINK

I. Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 193
II. The Cultivation of the Mold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 194
III. Test of Phytotoxicity with Raspberry Plants . . . . . . . . . . . . . . . . . . . . . . . . . . . 195
IV. Isolation of Phytotoxin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196
V. Determination of the Purity of the Toxin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 197
VI. Structure Elucidation of the Toxin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 198
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 209

9. Compounds Accumulating in Plants after Infection

JOSEPH KUĆ

I. Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211
II. Irish Potato Tuber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 212
III. Sweet Potato Root . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221
IV. Garden Pea and Pisatin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 224
V. Green Bean and Phaseolin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 227
VI. Soybean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 228
VII. Carrot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230
VIII. Apple . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232
IX. Pear . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 237
X. Orchid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 238
XI. Cotton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 239
XII. Other Plant Tissues and Stress Metabolites . . . . . . . . . . . . . . . . . . . . . . . . . . . 240
XIII. Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 242
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

10. The Toxic Peptides of *Amanita* Species

THEODOR WIELAND AND OTTO WIELAND

I. Occurrence, Analysis, and Characterization of the Toxins . . . . . . . . . . . . . . . 249
II. Chemistry of the Toxic Peptides . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 252
III. Toxicology of *Amanita* Toxins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 265
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 278

11. Mushroom Toxins Other than *Amanita*

ROBERT G. BENEDICT

I. Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 281
II. Protoplasmic Toxins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 284

CHAPTER 4

# Stachybotryotoxicosis

JOSEPH FORGACS

I. History ... 95
II. Epizootiology ... 98
III. Clinical Characteristics ... 100
A. Typical Form ... 100
B. Atypical Form ... 102
IV. Pathological Findings ... 103
V. Toxicity of *Stachybotrys* Fungi for Other Farm Animals ... 104
VI. Experimental Stachybotryotoxicosis in Small Animals ... 107
VII. Stachybotryotoxicosis in Man ... 110
VIII. Biological and Ecological Characteristics of the Genus *Stachybotrys* and Its Toxin ... 111
IX. Prophylaxis and Treatment ... 119
X. Isolating and Testing *Stachybotrys* Fungi for Toxicity ... 120
XI. General Comments ... 121
References ... 126

## I. History

During the latter part of 1931, a unique disease of unknown etiology occurred in horses in certain villages of the Ukrainian S.S.R. Subsequently, the malady attained enzootic proportions. This peculiar disease, which was characterized by an unusual clinical and anatomic complex, had a high mortality rate. Since the etiologic agent was not known initially, the terms "unknown" or "new" or the abbreviated form "NZ" (*neizvestnoe zabolevanie*—illness of unknown etiology) were used to designate the condition. Later, this abbreviation was supplanted by some by the notation "MZ" (*massovie zabolivanie*—massive illness) to signify its extensive nature.

Early studies conducted by Drobotko and co-workers (1946) indicated that the disease was neither contagious nor infectious. Healthy horses stabled adjacent to sick ones, but fed a different diet, did not develop the disease. Infectivity tests involving nasal smears taken from sick horses and applied to the throats of healthy animals failed to transmit the disease. Likewise, blood of ill horses or macerated tissues taken at necropsy from horses that died from the toxicosis did not transmit the disease upon injection into healthy horses. In addition, there was no evidence of transfer of the disease by ectoparasites or insects.

Epizootiological observations suggested a relationship between the toxicosis and straw used as roughage and bedding. A search for agricultural

Case 4:03-cv-04019-KES Document 219-14 Filed 12/07/04 Page 7 of 40 PageID #: 3910



poisons, toxic plants, toxic insects, recognized poisonous fungi such as ergot, and other ustilagenous fungi in the suspect straw as well as in hay and other fodder was to no avail.

Although outbreaks of this mysterious disease continued for approximately 7 years, the etiology remained unknown. In 1938, the cause of this disease was found to be associated with the fungus referred to in early Soviet literature as *Stachybotrys alternans* and later reclassified as *Stachybotrys alternans* var. *jateli*, the latter used to designate toxic strains of this species. The solution to this toxicosis was accomplished within 1 year by the combined efforts of a number of research workers from diverse disciplines. Sarkisov (1947) indicated that a brigade from the Institute of Microbiology of the Academy of Sciences of the Ukrainian S.S.R., headed by Professor V. G. Drobotko, and a brigade from the Main Administration of Veterinary Medicine under the direction of Professor K. I. Vertinskii made an extensive study of various aspects of this toxicosis. Other Soviet scientists contributed to various phases of this disease. According to Sarkisov (1947), Professor N. A. Naumov in cooperation with M. I. Salikov and V. G. Panashenko introduced new material on the problem of the nature of the fungus *S. alternans*. Detailed clinical description of the disease as well as methods of therapy were investigated by V. V. Spasski, N. I. Olenik, and A. H. Maiborod. Professor K. I. Vertinskii and F. M. Panomarenko made a detailed study of the pathology of this complex toxicosis. Methods of treating toxic fodder and safe animal husbandry practices were studied by Professor V. P. Dobrynin and coworkers.

Examination by Drobotko *et al.* (1946) of a straw stack on a farm where the disease was enzootic revealed a large black sooty layer of fungal growth, which was located beneath a depression where water had seeped. Feeding the fungus-infected straw to a horse caused initial symptoms to appear within 36 hours, and after approximately 3 weeks of interrupted feeding, the horse developed other clinical manifestations of the toxicosis and perished. Necropsy findings, likewise, were typical of the toxicosis. Sarkisov (1947) indicated that P. Iatel (also spelled Jatel) first isolated and called attention of the expedition to the fungus *Stachybotrys alternans* as the etiologic factor of the toxicosis in horses. Subsequently, Drobotko and co-workers (1946) found that nontoxic damp straw artificially inoculated with the fungus, after 12 days incubation, formed sufficient toxin to produce typical clinical and pathological manifestations of the toxicosis in horses that were fed the cultured straw. More conclusive evidence of the toxicity of this fungus was established by feeding horses pure cultures of the fungus. The mold was cultured on wort agar in Petri plates until good sporulation occurred, and then mixed, primarily, with

oats and fed to horses. Six animals were fed the contents of 30, 20, 10, 5, 3, and 1 plates of the fungus daily. Although all became ill, the intensity of the toxicosis and variations in clinical symptoms varied with dosage. The first horse that consumed the fungal contents of 30 Petri plates died on the fifth day; the second horse, after eating daily the fungal contents from 20 plates died on the ninth day; the third animal perished on the thirty-second day; the remaining three animals, although ill, remained alive, as did the control horses that received noninoculated agar, until the end of the test at 3 months. In horses that consumed 30 and 20 plates of fungal substratum, intensity of the toxicosis exceeded that observed in horses in field outbreaks, and, in addition, on histopathological examination, the liver showed marked fatty infiltration. The animal that received 10 plates of fungal substratum daily, developed the most typical manifestations of the field cases. Typical clinical manifestations with leukopenia but without an elevated body temperature were observed in the fourth horse. An inflammatory response on the oral mucosa and edema of the lips only occurred in the fifth and sixth animals.

Drobotko and associates (1946) also injected a horse parenterally (presumably intraperitoneally) with an ether extract of the fungus at a dosage equivalent to 10 Petri dish cultures of the fungus. The animal developed a granulocytic leukopenia and perished. Necropsy findings were typical of those observed in field cases.

Examination of available Soviet literature indicates that Drobotko (1942, 1945) and Drobotko and associates (1946) assigned the name stachybotryotoxicosis to this disease to correspond with the generic name of the causal fungus *Stachybotrys*.

Although the first outbreaks of stachybotryotoxicosis were reported in the Ukrainian S.S.R., Vyshelesski (1948) stated that a disease with similar characteristics was observed earlier in Hungary, although the etiologic agent was not established. Vyshelesski indicated that stachybotryotoxicosis prevailed not only in the Ukrainian S.S.R., but in Crimea, Moldavian S.S.R., and in many other oblasts, and stated that Sarkisov described extensive outbreaks of this equine disease in Bessarabia in 1936 and 1937. According to Sarkisov (1960), stachybotryotoxicosis has recurred more or less at a constant incidence in the Ukraine and sporadically in Moldavia.

Based on available literature, it appears that the toxicosis, shortly after its appearance in the Ukraine in about 1931, attained enzootic proportions for about a decade, and then apparently subsided, although sporadic cases recurred in previously enzootic areas. According to Shulyumov *et al.* (1960), who made a subsequent study of stachybotryotoxicosis in the southern Ukraine, outbreaks of this toxicosis in horses occurred in the

Odessa oblast in 1937 and 1938, were absent during the World War II years, and again reappeared during the winter of 1951 and 1952 on various farms, and, with the exception of 1954, outbreaks have occurred yearly at least until 1957.

Formerly, the horse was considered to be the only large farm animal susceptible to *Stachybotrys* toxin. In 1958, Forgacs and co-workers (1958a) in the United States reproduced experimentally the toxicosis in the horse, calf, sheep, and swine, using a toxic strain of *Stachybotrys atra*. Fortuskny *et al.* (1959) reported a natural outbreak of stachybotryotoxicosis among cattle that had consumed straw contaminated with *S. alternans*. This outbreak occurred on farms where the disease was known to be enzootic in horses. Other outbreaks in cattle have been reported (Nagornyi *et al.*, 1960; Matusevich *et al.*, 1960; Levenberg *et al.*, 1961; Kurmanov, 1961; Ismailov and Moroshkin, 1962), although Sarkisov as cited by Pidoplichko and Bilai (also spelled Bilay) in 1960 indicated that cattle are considerably more resistant to the toxin. Korneev (1948) produced various clinical signs of this toxicosis in white Swiss mice, guinea pigs, rabbits, and dogs, and Schumaier and co-workers (1963) found *S. atra* to be toxic to chicks. In addition, human beings exposed to aerosols of toxic strains of *S. alternans* or substrata infected with such strains have developed localized and systemic toxic manifestations (Drobotko, 1942, 1945; Drobotko *et al.*, 1946; Vyshelesski, 1948). Soviet scientists (Samsonov, 1960; Samsonov and Samsonov, 1960) have designated toxicoses due to inhalation of substrata infected not only with *S. alternans* but with other toxic fungi as well (*Aspergillus fumigatus*, *Aspergillus niger*, *Dendrodochium toxicum*, and others) as respiratory mycotoxicoses or pneumomycotoxicoses. It is reasonable to assume that other toxigenic fungi not yet studied will induce pneumomycotoxicoses.

Early Soviet studies focused on the etiology, clinical and pathological manifestations and on methods of controlling stachybotryotoxicosis. Thereafter, as outbreaks subsided, research activity on this toxicosis decreased. With the advent of more outbreaks in 1951 and 1952, however, interest in this disease again was renewed with emphasis on cultural, morphological, and physiological studies of various strains of *S. alternans* as related to toxicity, on rapid means of diagnosing stachybotryotoxicosis and detection of toxigenic strains of the causal fungus, and on newer methods of therapy and detoxification of infected fodder and feedstuffs.

## II. Epizootiology

According to Vertinskii (1940), who, together with his colleagues, made a thorough study of the clinical and pathological aspects of stachy-

botryotoxicosis during the initial outbreaks of this toxicosis, the disease is generally seasonal. The first cases appear in the fall when the animals are stabled and consume straw, hay, or other fodder containing preformed *Stachybotrys* toxin. The number of affected animals tends to increase during the winter months, reaching a peak from about February through April, and the toxicosis subsides when the horses are turned onto pasture and stall feeding of toxic straw or other fodder is discontinued.

The toxicosis may be endemic. If the climatic and other conditions are favorable for fungal growth and toxin production, the toxicosis may appear in succeeding years, or may be repetitive in nature, recurring several times during a single season. Since the toxicosis can recur among the same horses during a single season or during succeeding years, the toxin apparently is nonantigenic, and consequently no immunity appears to develop to stachybotryotoxicosis.

The spread of the toxicosis does not have a consistent epizootiological pattern. On the contrary, the rate of spread of this toxicosis may vary widely. On certain farms, signs of the disease appear among a considerable number of animals within a group. Within 1 week, the number of afflicted horses may rise to 40 to 60% of the group, and within 2 weeks, virtually the entire group becomes ill. On other farms, however, the toxicosis may afflict the entire band within 6 to 8 hours following exposure. In other instances, cases of individual sickness and death occur sporadically over a period of 3 to 4 months, followed by a general massive outbreak. Cases have been reported where, on some farms, the toxicosis affected only one group of horses, while on others 70 to 100% of the herd suffered from the disease.

Since colts that nurse lactating mares affected with stachybotryotoxicosis do not develop the toxicosis, it has been concluded that the toxin is not excreted in the milk. Age, breed, sex, physical condition, level of nutrition, nature of work performed, and conditions under which the horse previously had been maintained appear to have no influence on susceptibility of the animal to the toxicosis.

Mortality among affected horses depends upon the form and stage of the toxicosis which in turn depend upon the amount and potency of toxic substratum consumed. Mortality appears to be highest among horses afflicted with the atypical or "shocking" (acute) form and also among those suffering from the third stage of the typical (chronic) form, particularly if methods of therapy are not initiated promptly. Horses afflicted with the first or second stage of the typical form rarely perish, providing feeding of toxic fodder is interrupted promptly and before symptoms of the third stage develop.

As indicated earlier, the horse formerly was considered to be the only

large farm animal susceptible to the *Stachybotrys* toxin under field conditions. Subsequently, field outbreaks of this toxicosis have been reported in cattle (Fortuskny *et al.*, 1959; Nagornyi *et al.*, 1960; Matusevich *et al.*, 1960; Levenberg *et al.*, 1961; Kurmanov, 1961; Ismailov and Moroshkin, 1962). Tkachenko (1960) reported an outbreak of stachybotryotoxicosis in a hippopotamus and bison in a zoological park in the Soviet Union. A toxic strain of *S. alternans* was isolated from feed and litter and also from liver of the afflicted animals. In addition, histological examination of various organs taken at necropsy showed pathological changes typical of stachybotryotoxicosis.

## III. Clinical Characteristics

Stachybotryotoxicosis may occur in either of two forms, the typical, which arbitrarily has been divided into three stages, and the atypical or shocking form, which exists in one stage.

### A. Typical Form

According to most Soviet scientists who have contributed to stachybotryotoxicosis research, the typical form is observed most commonly under natural conditions. This form develops progressively while the horse consumes infected roughage or other feedstuffs that contain a low level of *Stachybotrys* toxin. The disease in this form progresses more or less sequentially through a series of clinical symptoms, manifestations of which later are reflected in a well-defined pathological process and changes in hematopoietic tissue, particularly in the bone marrow.

#### 1. First Stage

The outstanding manifestation of the first stage is a stomatitis observed within 2 to 10 days following exposure to the toxin. The stomatitis is accompanied by appearance of fissures at the corners of the mouth. Initially, there appears a superficial and later a deep necrosis in the depths of the wrinkles of the skin at the mucocutaneous junction. The necrotic areas are dirty, gray, tough, exfoliating scales, or deep, bleeding grooves. The corners of the mouth become swollen, and the contours are slightly edematous. If the inflammatory process continues, edema of the underlying tissues results in swelling of the lower and upper lips, causing the mouth to assume a hippopotamus-like appearance. In some horses, excessive salivation occurs, and the submaxillary lymph nodes become enlarged and painful to the touch. Rhinitis and conjunctivitis may develop concur-

rently. In some horses, these local lesions are limited merely to a slight exfoliation of the oral and buccal mucosa. Consequently, in such animals, manifestations of the first stage of the toxicosis can easily be overlooked.

No particular abnormalities in the general condition of the horse are observed. Occasionally, however, an increase in body temperature of 1 to 1.5°C and a brief period of neutrophilia may be observed. The duration of the first stage may vary from 8 to 12 days, but it may extend over a period of 30 days or longer.

In spite of continued ingestion of sublethal amounts of toxic roughage, the typical well-developed local lesions may subside in many cases within 2 weeks of the initial onset, and then be followed within 5 days by a clinically quiescent period, which is the second stage.

### 2. Second Stage

This stage is characterized by systemic manifestations. There appears a marked reduction in thrombocytes; instead of 40 to 60 thrombocytes per 3000 erythrocytes, there may be only 8–12, while toward the end of the second stage, there is a marked thrombocytopenia, the number of thrombocytes decreasing to 2 to 3 per 3000 red cells. Clot retraction time increases, and, in some cases, the blood fails to coagulate. Simultaneously, leukopenia and agranulocytosis develop. The number of leukocytes may drop to 2000 or less per cubic millimeter of whole blood. A nonreactive necrosis of the oral mucous membranes appears. Although respiration, cardiac function, and body temperature remain within normal limits in most cases, in rare instances it is possible to detect slight intestinal disturbances or atony. Duration of the second stage varies from 5 to 20 days.

### 3. Third Stage

This stage is characterized by hyperthermia, the body temperature rising as high as 41.5°C. Changes in the peripheral blood picture observed in the second stage continue into the third stage. Thrombocytopenia and leukopenia radically intensify. Values as low as 400 to 100 leukocytes per cubic millimeter of whole blood have been reported by Vertinskii (1940). Complete inability of the blood to clot is observed in all cases. The afflicted horses usually are depressed, although some may remain active and contented. The pulse is weak, and in some cases, arrhythmic. Disturbances in the alimentary tract occur frequently and often are accompanied by colic. Fresh necrotic areas without distinct zones of demarcation develop on the mucous membranes of the cheeks, gums, frenum of the tongue, hard and soft palate, and on the lips. The necrotic areas frequently become infected by various species of bacteria. According to Vyshelesski

(1948), the blood glucose level decreases by 50% of normal; serum bilirubin levels increase; inorganic phosphorus diminishes five- to tenfold, and the chloride content of the serum and urine decreases.

This stage lasts from 1 to 6 days and, in most cases, terminates in death. The agonal period may be brief and quiescent, although it is occasionally prolonged and violent. Pregnant mares usually abort shortly before death.

### B. Atypical Form

According to Soviet literature, the atypical or shocking form is not common. It develops after ingestion of large amounts of *Stachybotrys* toxin, but Forgacs and co-workers (1958a) in the United States, produced this form of the toxicosis in a horse after it consumed only 0.5 lb of highly toxic *S. atra*-infected straw over a period of 10 days. The atypical form may occur either in an individual case or among several members of a band of horses afflicted with the typical form of the toxicosis. Local signs of inflammation and necrosis of the lips and buccal cavity, generally observed in the first stage of the typical form, are absent in the atypical form. Nervous disorders comprise the main visible syndrome. Loss of reflex response, hyperesthesia, and hyperirritability, followed by loss of vision occur in the affected horse. The animal may become totally blind and stuporous. The horse avoids movement, stands with legs apart, or even crosses its forelegs and leans against an object for support. When induced to walk, it moves with an uncertain gait. There is anorexia, and although the horse drinks water avidly, it swallows with great difficulty. Body temperature increases 1.5°C above normal during the early stages of the toxicosis, and after 2 to 3 days, either returns to normal or remains elevated. In horses that recover, body temperature returns to normal on the second or third day.

Cardiac action at first is intensified and later greatly weakened. Atony of the gut, or, in rare cases, increased peristalsis and diarrhea, occur. The agonal period, as a rule, is prolonged and accompanied by incoordination and periodic clonic spasms and tremors. Death is due to respiratory failure.

In contrast to the typical form, animals afflicted with the shocking form have no blood dyscrasias. The symptoms just described appear within 72 hours following ingestion of the toxin. However, in some cases, there develop signs of shock, with a rapid rise in body temperature to over 41°C, weak pulse, shortness of breath, and cyanosis and hemorrhage of the visible mucosa. These signs develop within 10 to 12 hours following ingestion of the toxin, and practically all horses affected by this rapid form of the toxicosis perish.

## IV. Pathological Findings

The pathology of equine stachybotryotoxicosis has been thoroughly described by Vertinskii (1940). According to this Soviet veterinarian, the pathological picture of this toxicosis is characterized by profuse hemorrhage and necrosis in many tissues and is essentially the same for both the typical and atypical forms; variations encountered are typically limited to intensity. The subcutis and skeletal musculature, the serous and mucous membranes, and certain parenchymatous organs are primarily affected. Hemorrhages resembling large bruises, blemishes, streaks, and ecchymoses are found on the costal pleura, diaphragm, mesentery, and in the capsule of the spleen. Numerous hemorrhages are observed in the large intestine, lymphatic nodes, and in the parenchyma of the lung and liver, the suprarenals, the brain, spinal cord, and in the cerebral meninges.

Necrotic processes on the mucous membranes appear along practically the entire length of the digestive tract and are quite characteristic of this toxicosis. In the buccal cavity, the necrotic foci of the lips, soft and hard palate, frenum of the tongue, and tonsils are circular or ovoid in shape, clearly outlined, and yellowish gray in color. The esophagus rarely is affected, but in the stomach, hemorrhages, necroses, and catarrhal inflammatory processes prevail. The small intestine is in a state of subacute inflammation. The most typical and constant changes are found in the large intestine, where, macroscopically, two types of lesions are observed. One type consists of small, yellowish gray papules on the mucous surface and the other, as large deep-seated lesions extending into the submucosa and muscularis. In the more acute phase of the disease, areas of trophic necroses predominate, alternating with hemorrhages. In some instances, focal inflammatory processes are of a serohemorrhagic type.

The lymph nodes are enlarged and hemorrhagic, the nodes of the pharynx showing the greatest involvement.

Changes in the liver, kidneys, and heart muscle are in the nature of circumscribed degenerative processes of the albuminous or adipose-dystrophic type. The lungs are intensely congested, edematous, emphysemic, and frequently contain hemorrhages. Incipient focal bronchial pneumonia is comparatively rare.

In the endocrine glands, changes in the suprarenals are the most constant and are expressed by hypoplasia of the cortex and depletion of the cortical lipids in the typical form and by hemorrhages in this area in the peracute form.

The pathological changes due to stachybotryotoxicosis are unique in that they have no zone of demarcation around the necrotic foci. The tissue appears to be in a nonreactive state. In the lymphatic nodes, the

distended, serous-inflamed sinusoids are practically devoid of leukocytes. In the bone marrow, aside from necrotic foci, cellular forms are decreased, with an unusually small number of granulocytes.

Microscopically, the hemorrhagic areas contain nondescript pigmented, pleomorphic bodies which appear as aggregates in the epithelium and in the capillary walls of various organs.

Earlier attempts to identify the nature of these pigmented bodies by the use of various stains and reagents were fruitless, although some Soviet investigators were of the opinion that the pleomorphic bodies might be of fungal origin. They maintained that the fungal mycelia, while proliferating in the tissues, became pleomorphic and lost the morphological and staining characteristics shown by the fungus when cultured on Czapek's solution agar or other mycologic media. Sarkisov and Orshanskaiya (1944) described in great detail methods of isolating *S. alternans* from a wide variety of substrata, as well as from tissues taken at necropsy from horses that perished from the toxicosis. They indicated that during the initial phases of growth from tissues, the emerging aerial hyphae were quite different from those seen in repeated subcultures on ordinary mycologic media. These findings implied that at least some strains of *S. alternans* were pathogenic, some opportunistically so, and that depression of the hematopoietic tissue facilitated proliferation of the fungus within the host. Forgacs and co-workers (1958a) were unable to isolate *S. atra* from any tissues obtained from a calf which had leukopenia and died after feeding on straw infected with a toxic strain of their fungus.

## V. Toxicity of *Stachybotrys* Fungi for Other Farm Animals

During the initial outbreaks of stachybotryotoxicosis, and for several years thereafter, this toxicosis was considered to affect only horses. In 1958, Forgacs *et al.* (1958a) observed that not only horses, but calves, sheep, and swine also were susceptible to the toxin produced by one of their strains of *S. atra*. The calf, however, was considerably more resistant to the toxin than the horse. Sterile moist wheat straw on which the fungus had been cultured for 60 days at room temperatures (about 24°C) was dried, pulverized in a Wiley mill, suspended in tap water, and force-fed by stomach tube to the three animal species.

A calf weighing 250 lb received 6 lb of the toxic straw over a period of 14 days. The animal was force-fed daily 0.5 lb of the toxic straw from the first to the seventh day, on the ninth and tenth days; 1 lb on the thirteenth day, and 0.5 lb on the fourteenth day. Four days after the initiation of force-feeding, the animal developed a slight depression and lachrymation, and after 6 to 8 days, anorexia, watery stools, and increased systemic

depression also were observed. These abnormalities gradually intensified, and agranulocytosis, which became evident on about the ninth day, steadily progressed. The leukocyte count, which initially was 4500 per cubic millimeter of whole blood gradually decreased, and by the fifteenth day (2 days before death), the count was 150 per cubic millimeter (Table I). A pronounced increase was noticed in the blood clot retraction time. Blood clotting time changed from 9 minutes, observed on the first day, to 19 minutes on the fourteenth day, 3 days before the animal expired. Although body temperature remained within normal limits for 14 days, it rose rapidly to 41.8°C on the fifteenth day and remained elevated until shortly before death of the host. In the terminal stages, the calf experienced respiratory difficulty and dyspnea and died on the seventeenth day.

Gross necropsy findings corresponded, for the most part, to those observed in equine stachybotryotoxicosis. In addition, however, edema and a reddish amber-colored fluid in the submaxillary space, distention of the gall bladder, staining with bile pigment of adjacent mucosa and serosa, depletion of lipids in the adrenal cortex, atrophy and subcapsular petechiation in the spleen, and edema and injection of the intestinal mucosa accompanied by blood-tinted material in the lumen were seen.

Histological examination revealed areas of hemorrhage, congestion, and dilation in the collecting tubules of the kidneys; cytoplasmic vacuolation, areas of necrosis, and congestion of the sinusoids in the liver; sub-

TABLE I

BLOOD WHITE CELL COUNT OF CALF FED TOXIC *Stachybotrys atra* STRAW[a]

| Day of test | Amount of infected straw fed[b] (lb) | Leukocytes/ml | Differential cell count | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Neutrophiles | Filaments | Bands | Juveniles | Lymphocytes | | | Monocytes and granulocytes |
| | | | | | | | Large | Small | Total | |
| 0 | 0 | 4500 | 50 | 47 | 2 | 1 | 14 | 32 | 46 | 4 |
| 1 | 0.5 | 3750 | 54 | 48 | 4 | 2 | 16 | 29 | 45 | 1 |
| 2 | 0.5 | 2800 | 49 | 46 | 2 | 1 | 24 | 21 | 45 | 6 |
| 3 | 0.5 | 2300 | 53 | 47 | 3 | 3 | 9 | 30 | 39 | 8 |
| 4 | 0.5 | 1350 | 55 | 28 | 15 | 12 | 25 | 12 | 37 | 8 |
| 5 | 0.5 | 650 | 65 | 37 | 8 | 20 | 10 | 20 | 30 | 5 |
| 6 | 0.5 | 1100 | 52 | 43 | 7 | 2 | 2 | 36 | 38 | 10 |
| 7 | 0.5 | 1050 | 57 | 49 | 2 | 6 | 5 | 37 | 42 | 1 |
| 8 | 0 | 550 | 61 | 41 | 15 | 6 | 7 | 30 | 37 | 2 |
| 9 | 0.5 | 650 | 63 | 38 | 15 | 10 | 14 | 20 | 34 | 3 |
| 10 | 0.5 | 700 | 65 | 40 | 13 | 12 | 20 | 22 | 42 | 1 |
| 11 | 0 | 750 | 67 | 42 | 11 | 14 | 16 | 14 | 30 | 3 |
| 12 | 0 | 850 | 68 | 44 | 18 | 6 | 18 | 12 | 30 | 2 |
| 13 | 1.0 | 650 | 74 | 51 | 14 | 9 | 15 | 10 | 25 | 1 |
| 14 | 0.5 | 400 | 72 | 43 | 21 | 7 | 19 | 17 | 36 | 2 |
| 15 | 0 | 150 | 2 | 2 | 0 | 0 | 76 | 22 | 98 | 0 |

[a] Forgacs *et al.* (1958a). Reproduced through the courtesy of The New York Academy of Sciences.

[b] The calf, in a previous experiment, was fed *S. atra* straw; it developed agranulocytosis, but recovered.

mucosal edema and red-staining refractile bodies of varying size in the gall bladder; and dystrophy and depletion of the lymphoid elements and presence of blast cells, in the spleen.

A 130-lb ewe was force-fed only 6 oz of the cultured straw in a single dose. The animal, when first observed 12 hours after feeding, was prostrate and breathing heavily. The sheep progressively became weaker, and died 25 hours after feeding. Gross necropsy and histological findings resembled to some degree those in the calf.

A pig weighing 125 lb was force-fed a single dose of approximately 3.5 oz of the toxic straw and died 12 hours later. Gross necropsy findings consisted primarily of hemorrhage and congestion in various tissues. Histological findings resembled those observed in the calf.

Fortuskny and associates (1959) reported outbreaks of stachybotryotoxicosis in stabled cattle that consumed straw contaminated with *S. alternans*. The cases occurred in 1958 and 1959 in the Ukrainian S.S.R. on farms where this toxicosis was concurrent in horses. Approximately 4000 head of cattle were affected, and mortality was high. The clinical, gross, and histopathological expressions of infection among cattle resembled to a great extent those observed in the atypical or shocking form of equine stachybotryotoxicosis. The toxicosis in cattle developed within 2 to 3 days, and death occurred on the fourth to the sixth day, while thereafter the surviving animals surprisingly recovered. Changes in the cellular blood picture of the peripheral blood indicated that, as the toxicosis progressed, a leukopenia followed by a leukocytosis developed (total white count dropped from 3500 to 500 or less per cubic millimeter), and within 3 to 4 days, the white count returned to normal, only to be followed by a panleukopenia which prevailed until death. Blood clot retraction time also increased, and, in some cases, the blood failed to clot.

Initial clinical characteristics of this toxicosis in affected cows were described as hyperthermia, decreased milk flow, diarrhea, conjunctivitis, and focal hyperemia of the mucosa of the oral cavity, nose, and vagina. In addition, as the general state of the animal deteriorated, a profuse nasal mucous discharge occurred, salivation increased, and anorexia developed. Hypotonia, followed by atony, occurred. Pulse rate was increased to 120 per minute, and body temperature rose and was maintained at 40 to 42.2°C for some time. Small necrotic lesions occurred on the mucosa of the lips, gums, and cheeks, and small petechiae were present at the base of the lesions. Edema was present in the lips. Thereafter, profuse bloody diarrhea and cachexia occurred. Near the terminal stages, clonic spasms occurred; a dull cough and grinding of the teeth was noted; lactation ceased; pregnant cows aborted, and there was edema in the submaxillary region. Death, which occurred usually on the fourth to sixth day, was vio-

lent. Necropsy findings consisted primarily of a hemorrhagic diathesis and degenerative changes in the liver, with inflammation and necrosis in the gastrointestinal tract. In contrast to equine stachybotryotoxicosis, the disease among cattle appeared to be less severe in younger cattle than in older ones.

Tkachenko (1960) diagnosed stachybotryotoxicosis in a hippopotamus and a bison that consumed fodder contaminated with a toxic strain of *S. alternans*. The hippopotamus, at first, developed snorting and nasal secretions, followed by profuse salivation. Intermittent gastrointestinal disturbances were observed during the toxicosis. The general health of the animal rapidly deteriorated, and the hippopotamus died 2 months after initial onset of toxic manifestations.

Toxic symptoms in the bison initially consisted of anorexia, cessation of rumination, and presence of a bloody diarrhea which continued for approximately 7 days, then subsided for approximately 2 weeks, but reappeared with much greater intensity. The animal perished 3 days after the second onset of toxicosis.

Although Tkachenko described in great detail the pathological findings in the hippopotamus and bison, the general necropsy findings were indicative of a hemorrhagic diathesis with various changes in the vital organs and particularly degenerative changes in the liver, inflammation and necrosis in the gastrointestinal tract, and a decrease in cellular forms in the bone marrow.

## VI. Experimental Stachybotryotoxicosis in Small Animals

Korneev (1948) determined toxicity of *S. alternans* for mice, guinea pigs, rabbits, and dogs. He observed that when white Swiss mice were fed daily 2 gm of oats on which had been cultured a toxic strain of the fungus, they developed depression, cachexia, muscular incoordination, and difficulty in breathing within 2 days, followed by death on the third day. Gross necropsy findings consisted primarily of catarrhal-hemorrhagic inflammation of the stomach. Gray mice were equally susceptible. Autoclaving the infected oats did not destroy the toxin.

Guinea pigs that were fed 5 to 10 gm of unsterilized toxic oats *ad libitum* developed necrotic areas on the lips, diffuse necrosis of the buccal mucosa, and leukocytosis and died within 3 to 5 days. Gross necropsy findings included hemorrhage and necrosis of the mucosa of the mouth, tongue, and stomach.

In other experiments, guinea pigs were fed 1.5 to 2.0 gm of toxic oats daily and developed hyperemia of the mucous membranes of the mouth after 3 to 8 days, followed by edema and serous exudation and necrosis of

the lips, particularly the lower lip. The local lesions disappeared by the fifth to eighth day, even though the animals were continually fed the toxic oats. Between the tenth and sixteenth day, leukopenia, agranulocytosis, and thrombocytopenia became evident. Leukopenia became progressively more pronounced, and in some cases, the white cell count dropped to 500 per cubic millimeter of whole blood. In the terminal stages, body temperature became elevated to 42°C, and death occurred within 25 to 40 days after the start of the experiment. Gross necropsy findings were characterized by a general hemorrhagic diathesis, changes being similar to those observed in the third stage of equine stachybotryotoxicosis.

Rabbits that consumed fungus-infected oats mixed with noninfected oats, at the rate of 10 to 20 gm daily on an *ad libitum* basis, did not develop oral lesions; however, within 25 to 30 days, they exhibited minute areas of necrosis and slight edema of the lips. Leukopenia persisted for 3 to 10 days, followed by leukocytosis for 2 to 5 days. The latter period was followed by a rapid rise in body temperature and ultimately by death. Autopsy findings corresponded, for the most part, to those observed in the third stage of the equine toxicosis with the exception that ulceration of the intestine was rarely observed.

Dogs that were fed a single dose of 1.0 ml of unpurified toxin mixed with raw meat developed anorexia and depression and died on the fourth to the sixth day. The chief lesion observed at necropsy was a hemorrhagic inflammation of the gastrointestinal tract. Dogs receiving 0.25 ml of the unpurified toxin daily developed leukocytosis in 10 to 20 days, followed by a leukopenia and thrombocytopenia by the 45th day, a rapid rise in body temperature, and death due to paralysis. Since the dogs bolted the toxic diets, no lesions developed on the lips or in the buccal cavity; however, lesions in various tissues, characteristic of the third stage of the equine toxicosis, were the principal changes observed at necropsy.

Forgacs and co-workers (1958a) fed white Swiss mice, *ad libitum*, oats on which a toxic strain of *S. atra* had been cultured for 3 weeks at room temperatures. Two days after the first day of feeding, the mice developed atony and slight depression. These symptoms and cachexia were observed from the fourth day until death, which occurred on the eighth day. Gross necropsy findings included mottling and congestion in the liver, hemorrhage and congestion in the lungs and stomach, together with edema in the small intestine. On histological examination, hemorrhage and congestion together with focal necrosis, and leukocytic infiltration were observed in the liver, hemorrhage and congestion in the heart and lungs, together with leukocytic infiltration in the stomach and small intestine, and slight congestion in the kidneys.

Schumaier *et al.* (1963) found that whole wheat grain on which a highly

Case 4:03-cv-04019-KES Document 219-14 Filed 12/07/04 Page 20 of 40 PageID #: 3923



toxic strain of *S. atra* had been cultured and an extract prepared from such grain following 3 hours continuous extraction with diethyl ether in a Soxhlet apparatus were toxic to chicks. The toxic substrata were supplemented for noninfected wheat in a well-balanced basal diet. During a 13-day period, chicks fed either the mold substratum or the ether extract showed a profuse watery oral discharge, a generalized depression, paleness of combs, cachexia, and greatly reduced growth rates. Necropsy findings included necrotic lesions in the mouth and crop, but no gross changes in the remainder of the digestive tract or in other tissues. Histological examination of the crop lesions showed necrosis of the stratified squamous epithelium with an infiltration of neutrophiles and eosinophiles. These workers also observed that the fungus-cultured wheat, even after 3 hours continuous extraction with diethyl ether still was toxic to chicks. Attempts to recover *S. atra* from necrotic lesions following surface sterilization were fruitless.

Stachybotryotoxicosis primarily is considered an alimentary toxicosis in which various toxic manifestations (described earlier) develop, following ingestion of substrata contaminated with toxic strains of *S. alternans* or *S. atra*. It has been observed by various Soviet investigators that human beings working in areas where aerosols of such toxic fungi or their toxic substrata are present develop local and systemic effects following inhalation of the toxic substrata. However, as indicated by Samsonov (1960), although the local effects of toxic cultures of *S. alternans* have been tested dermally on animals and man, experiments demonstrating the pathological effects of introducing toxic cultures into the respiratory tract had been lacking. Therefore, Samsonov and Samsonov (1960) challenged a guinea pig by spraying spores of *S. alternans* into the lungs. Necropsy findings of such animals (no data were presented indicating the number of days the animal was on test prior to necropsy) showed that, in the lungs, a catarrhal-desquamative inflammation occurred in the tracheal and bronchial mucosa, and epitheloid degeneration, focal bronchopneumonia, areas of serous hemorrhagic interstitial inflammation, and atelectasis and compensatory emphysema were also seen. The heart showed degenerative changes of the muscle fibers and necrobiosis of the nuclei. Advanced degenerative changes were observed in the liver, with marked stasis in the capillaries. Degenerative changes also were observed in the kidneys. These workers used other fungi in similar studies and concluded that toxic fungal aerosols upon entering the respiratory tract settle on the mucous membranes where they exert irritating and caustic effects, resulting in a local serous inflammatory response, necrosis, and ulcerations. That no evidence of fungal proliferation was noted in the bronchopneumonic foci excluded these changes as being due to a mycosis. Patholog-

ical changes noted in other organs, particularly in the liver, spleen, kidneys, and heart, indicate that the toxic substance(s) present in the fungal morphological structures is absorbed in the lungs and acts systemically in the host.

## VII. Stachybotryotoxicosis in Man

According to Vertinskii (1940), Drobotko (1942, 1945), and Drobotko and associates (1946), as well as Vyshelesski (1948), in areas where equine stachybotryotoxicosis is enzootic, people, particularly those who handled fodder, frequently developed a toxicosis. In rare cases, human beings who used straw for fuel or who slept on straw mattresses also became ill. Vertinskii (1940) indicated that affected humans, in the majority of cases, developed a dermatitis localized chiefly on the scrotum, in the axillary region, and less frequently on the hands and other parts of the body. The dermatitis initially was characterized by a hyperemia, subsequently by serum exudation and encrustations, followed by necrosis. Drobotko and co-workers (1946) indicated that, in addition to a dermatitis, affected people developed a catarrhal angina, a bloody rhinitis, and cough, and complained of pain in the throat, burning in the nasal passages, and tightness in the chest. On occasion, a slight rise in body temperature was recorded. In some individuals showing the afore-mentioned symptoms, leukocytosis followed by a leukopenia also developed. In some cases, the white cell count dropped to 500 per cubic millimeter. Mycologic examination of suspect straw resulted in isolation of strains of *S. alternans* which were toxic when tested by the rabbit dermal toxicity test. In addition, the aerial fructifications of the fungus, when rubbed directly onto the skin of the forearm of some members of Drobotko's brigade induced local and systemic toxic responses similar to those observed in naturally occurring cases. Some of the scientists who worked with naturally or artificially infected straw also developed the toxicosis.

Samsonov (1960) reviewed toxicoses in human beings associated with inhalation of dust aerosols heavily contaminated with mold spores of a variety of fungi to find that Ismailson in 1927 was the first Soviet scientist to call attention to this type of mycotoxicosis in people who were employed in a binder twine factory. Samsonov defined such mycotoxicoses as respiratory or pneumomycotoxicoses. This scientist cited subsequent works of several Soviet investigators who observed respiratory and systemic effects in humans in occupations where dust aerosols were heavily laden with a variety of mold spores. Occupations included those in cottonseed oil processing plants, grain elevators, plants used for reprocessing moldy grain, plants used for processing malt grains in breweries, and in

Case 4:03-cv-04019-KES Document 219-14 Filed 12/07/04 Page 22 of 40 PageID #: 3925



textile mills, particularly those mills reprocessing materials containing various plant fibers. Samsonov characterized the general symptomology of the toxicoses in affected people as a general intoxication beginning with the nasal mucosa, ending in lung parenchyma, and involving the conjunctival mucosa. In some cases, a dermatitis occurred. Patients complained of irritation of the oral mucosa, severe malaise, nausea, fullness in the chest, shortness of breath, difficulty in exhaling, and evidenced sporadic cough accompanied by short periods of asphyxiation. A rise in body temperature of 1 to 1.5° frequently was noted, and temperature not infrequently rose to 39.5°C . On physical examination, only dry rales were detected in some cases, and X-rays of the lungs revealed only minor changes in the bronchii. Changes of a functional nature occurred in the cardiovascular system. Following interruption of exposure to the toxic aerosols, patients recovered quite rapidly; however, upon subsequent exposure, the disease recurred with more serious sequelae.

Mycologic examination of environmental aerosols, as well as of bronchial exudates of afflicted patients revealed identical flora, and comprised a variety of fungi, some of known toxigenic potentiality. Although there was no concerete evidence that some of the fungal isolates might have been responsible for the outbreaks of the toxicoses in humans, room for speculation certainly remained. Subsequently, Samsonov and Samsonov (1960) studied the clinical and pathological effects in guinea pigs of spores and mycelial fragments of some of these fungi, particularly *Dendrodochium toxicum*, *Stachybotrys alternans*, *Aspergillus fumigatus*, and *Aspergillus niger;* introduction was into the respiratory tract as aerosols. They observed local and systemic effects, as well as pathological changes in various tissues, particularly in the vital organs, indicating a systemic effect of the toxins following absorption in the lungs. The degree of clinical manifestations of toxicosis and the severity of lesions varied with the fungus, with *D. toxicum* being the most toxic, followed by *S. alternans*.

## VIII. Biological and Ecological Characteristics of the Genus *Stachybotrys* and Its Toxin

In the taxonomic key of Clements and Shear (1931), the genus *Stachybotrys* is classified in the class Fungi Imperfecti, order Moniliales, family Dematiaceae, and subfamily Macronemiae. As indicated in this taxonomic key, the genus *Stachybotrys*, which is saprogenous, is characterized by dark, capitate conidia which are borne exogenously on simple conidiophores having terminal umbellate basidia.

The genus *Stachybotrys* was first defined by Corda in Prague in 1837 from a strain growing on wallpaper in a house. Since the time of Corda,

many so-called new species and varieties of *Stachybotrys* have been described, but without critical study of morphological characteristics. Consequently, species limits within the genus are not clearly defined. Salikov (1940) recognized morphological differences, particularly between *Stachybotrys alternans* Bonorden and *Stachybotrys atra* Corda. Salikov characterized the genus *Stachybotrys* by the presence of hyaline to brown branching conidiophores at the upper portion of which are located cylindrical to clavate sterigmata on which are borne single, round to elongate, smooth or echinulate to spinulose conidia, ranging in color from dark brown to black. According to this mycologist, *S. alternans* Bonorden has hyaline to subhyaline conidiophores, sympodially branched, on which are borne seven dark red, clavate to ovoid sterigmata measuring $10 \times 4$-$5\ \mu$. The conidia are ellipsoidal, spinulose, and dark brown in color, and measure 8 to $12 \times 5$ to $7.5\ \mu$. *Stachybotrys atra* Corda, as defined by Salikov, has forklike branching conidiophores on which are located spindle-shaped sterigmata (no measurements were indicated). Conidia are smooth, brown, ovoid to ellipsoidal, measuring 8 to 9 $\mu$ in length (width not indicated). White (1951) in the United States did not consider *S. alternans* a valid species, and, earlier, Bisby (1943) in England apparently did not recognize the species differences noted by Salikov (1940) and reduced the classification to *S. atra*.

Pidoplichko and Bilai (1960) made further taxonomic subdivisions of *S. alternans* based primarily on toxigenicity. They named the toxic strains *Stachybotrys alternans* var. *jateli* Pidoplichko. The cytoplasm of the sterigmata of this toxic variety stains pink when treated with hydrochloric acid containing resorcin. According to Bakai (1960) (also spelled Bakay), the Soviets now recognize two varieties of *S. alternans*, namely *S. alternans* var. *jateli* (apparently described in 1936) which is toxic and *S. alternans* var. *atoxica* which is nontoxic. According to Pidoplichko and Bilai (1960), toxic strains of *S. alternans* prevail over the southern half of Europe, whereas, the nontoxic strains predominate in the northern half. Earlier, Sarkisov and Orshanskaiya (1944) thoroughly described the morphological characteristics of *S. alternans*, but made no morphological differentiation between toxic and nontoxic strains. In efforts to develop a more rapid method for diagnosing stachybotryotoxicosis, Bakai (1960) studied the morphological and cultural characteristics of toxic and nontoxic strains of *S. alternans*. Using 9-day-old cultures of *S. alternans* var. *jateli* on Sabouraud's dextrose agar, he observed a more rapid rate of growth, less cottony trailing hyphae, more delicate appressed network of aerial hyphae and a wide marginal zone at the periphery of the colony, as well as pronounced pigmentation of the medium on reverse. Cultural characteristics of the weakly toxic strains of this fungus were strikingly

similar to those of the nontoxic strains (*S. alternans* var. *atoxica*), but it was discovered that growth rate, macroscopic appearance of colonial growth, and degree of pigmentation were not consistent, but varied with cultural and environmental conditions. When examined in slide culture without a nutritive medium, in both the toxic and nontoxic strains, adjacent hyphae anastomosed, but subsequently the former gave rise to conidiophores and the latter did not. Furthermore, he observed that a minimum relative humidity of 98.5% was required for germination of spores of the toxic strains; for optimum growth, the temperature range was 22 to 26°C and the pH 6.2 to 6.9. The respective values for nontoxic strains were as follows: minimum relative humidity for germination of spores was 96.3%, temperature for optimum growth was 23 to 28°C, and pH was 6.0 to 6.6.

Forgacs and associates (1958a), while screening over 40 strains of *S. atra* for toxicity, found no correlation between cultural and morphological characteristics of toxic and nontoxic strains when growing on Czapek's solution agar and on an agar medium containing 2% milled wheat. These workers also noted no correlation between color and weight of an ether extract from straw on which their strains of *S. atra* had been cultured and dermal toxicity on rabbits.

Soviet scientists have indicated morphological differences, not only between *S. atra* and *S. alternans*, but between toxic and nontoxic strains of the latter; whereas, Bisby (1943) and White (1951) apparently have not recognized species differences. Since Soviet strains have not been available for critical examination, the author of this chapter makes reference to *S. alternans* and *S. atra* as separate species, at least until a critical comparison has been made of both species.

In the past, *Stachybotrys* fungi have been considered typical saprophytes that destroy cellulose. Although they have been considered good soil binders (Jensen, 1931; Meshustin and Gromyko, 1946), they are known to destroy books (Rybakova, 1955) and other materials containing cellulose. These fungi are not phytopathogenic, and although Sarkisov and Orshanskaiya (1944) and other Soviet scientists described procedures for isolating *S. alternans* from various organs of animals that succumbed to stachybotryotoxicosis, no concrete evidence was found in Soviet literature available to the author which would indicate that this fungus is truly pathogenic to normal animals. Certainly, futile attempts by Drobotko and co-workers (1946) to transmit this disease by parenteral injection into healthy horses of macerated tissues, which presumably contained *S. alternans* from horses that perished from stachybotryotoxicosis, would lend support to a lack of true pathogenicity of this fungus. Furthermore, Vertinskii (1940) stated that *S. alternans* cannot be considered a disease excitant possessing virulent properties. Parenteral injection of the

fungus causes only a local response, but not systemic invasion. Therefore, it would appear that with suppression of the defense mechanisms, the host is subject to tissue invasion by a vast array of opportunistic microorganisms, including *S. alternans*. Forgacs and associates (1958a) found that in a calf that died following a leukopenic episode, histological examination revealed that various tissues were found to be invaded by *Bacillus subtilis*.

Members of the genus *Stachybotrys* are world wide in distribution and have been isolated from soil and a wide array of natural substrata rich in cellulose, such as various hays and straw; cereal grains; hemp; plant debris of all sorts; dead roots of various crops and weeds; dead stems and leaves of wild-growing plants of members of the families Compositae, Cruciferae, Leguminosae, Papaveraceae, and others; wood pulp; cotton; fabrics of plant origin; paper; glue in book binderies; plant fiber processing plants; and a host of other sources. According to Vyshelesski (1948), *Stachybotrys* fungi have been isolated not only in many areas of the U.S.S.R., but also in Austria, Belgium, Denmark, England, France, Hungary, and South America. White *et al.* (1949) in the United States isolated species of this fungus and its related genus *Memnoniella* from various natural substrata and items of clothing. In addition, White's collection of *S. atra* represent isolates from various parts of the world. The author of this chapter, in examining various hays and fodders collected from various parts of the United States, did not find *Stachybotrys* a common fungus, although, it was readily isolated from wet paper and clothing, primarily from dump heaps where the products were in an advanced stage of decomposition.

The range in temperature favorable for growth of this fungus is wide. Vyshelesski (1948) indicated that *S. alternans* will proliferate at temperatures ranging from 2 to 40°C, although the optimum is from 20 to 25°C. Spores of the fungus remain viable at temperatures as low as −30 to −40°C. These temperature ranges, for the most part, are in agreement with those of Salikov (1940), and Vertinskii (1940). Bakai (1960) indicated that the optimum temperature for growth of toxic strains of *S. alternans* which he used in his study ranged from 22 to 25°C. At temperatures above 33 to 37°C, there was marked reduction in toxin production. Various moisture optima have been indicated for growth of the fungus. The most reliable data indicate that a relative humidity of only 30% is required for initial growth, and the optimum conditions of moisture at which the fungus flourishes range from 60 to 100%.

Although the conidia of this fungus survive temperatures as low as −40°C, under conditions of high humidity they die within 1 hour at 60 to 65°C, within 10 minutes at 85 to 86°C, and within 5 minutes at 100°C.

Conidia retain their viability during passage through the gastrointestinal tract, but they are destroyed during the biothermal decomposition of manure. However, spores not subjected to such thermogenic fermentations remain viable for many years. When exposed to sunlight, actively growing cultures show a suppression of mycelial formation, but an increase in spore formation and pigmentation (Bakai, 1960). Viability of both conidia and mycelia of this fungus are destroyed readily by ordinary disinfectants. The cell wall of morphological structures, however, resists disintegration by various chemicals. Tkachenko (1960), in attempting to prepare allergens from *S. alternans* found that he could not disrupt the conidial wall with dilute or concentrated hydrochloric or sulfuric acid, and 60% aqueous solution of sodium hydroxide caused only slight disintegration after boiling for 40 minutes. Only concentrated nitric acid destroyed the conidial wall, following boiling for 40 minutes.

The fungus can overwinter in the soil, on plant stems and debris, wood shavings, paper, various kinds of forage and fodder, cereal grains, on fallen leaves, in old manure heaps, and on other substrata. On farms where the disease has occurred, the fungus has been isolated at least 20 years later. Forgacs and associates (1958a) observed that *S. atra* flourished and produced toxin on moist straw for at least 414 days (Table II). Shulyumov *et al.* (1960) maintained that, in growing on straw, *S. alternans* maintained the capacity to form toxin for 4 years.

TABLE II
EFFECT OF INCUBATION PERIOD OF STRAW INOCULATED WITH *Stachybotrys atra* ON DERMAL TOXICITY OF EXTRACTS[a]

| Incubation period (days) | Weight of ether-extractable material (mg/0.125 ml) | Dermal reaction[b] |
|---|---|---|
| 10 | 0.6 | SE |
| 19 | 1.3 | N |
| 25 | 1.6 | N |
| 33 | 1.6 | N |
| 47 | 1.7 | N |
| 74 | 1.6 | N |
| 109 | 1.0 | N |
| 125 | 0.9 | N |
| 160 | 0.8 | N |
| 220 | 0.8 | N |
| 414 | 0.4 | N |

[a]Forgacs *et al.* (1958a). Reproduced through the courtesy of The New York Academy of Sciences.

[b]Reaction observed 24 hours after three daily doses; SE = slight erythema; N = necrosis.

*Stachybotrys* fungi grow readily on natural substrata. Shulyumov and co-workers (1960) found that their strains of *S. alternans* developed best on oat and barley grains, on barley and wheat straw, and on corn stover. The fungi grew somewhat more slowly on wheat grain and oat straw, but very slowly on corn cobs. Schumaier *et al.* (1963), however, observed that their strains of *S. atra* grew quite readily and formed toxin on sterilized wheat grain. Although *Stachybotrys* fungi grow readily on such accepted mycological media as Czapek's solution agar, Sabouraud's dextrose agar, wort agar, and others, they do not proliferate as rapidly as many other fungi, including many *Aspergilli, Cladosporia, Fusaria,* mucoraceous molds, *Penicillia, Alternaria* species, and others that are common inhabitants of natural substrata such as hays and fodders. Consequently, members of the genus *Stachybotrys* frequently are overgrown by any of the afore-mentioned fungi, and thus overlooked during initial mycologic cultural examinations of suspect natural substrata.

As indicated earlier, toxic and nontoxic strains of both *S. alternans* and *S. atra* occur. Although several methods have been proposed by Soviet investigators for differentiating toxic from nontoxic strains, the most reliable to date is the rabbit dermal toxicity test. Ether extracts prepared from substrata on which toxic strains had grown produce a dermal inflammatory reaction when applied topically on the skin of a rabbit (Sarkisov and Orshanskaiya, 1944). According to Pidoplichko and Bilai (1960), P. D. Iatel was the first to make organic solvent extracts of *S. alternans* for use in the rabbit dermal toxicity test. Other Soviet literature indicates that development of the rabbit dermal toxicity test was the result of cooperative efforts of Sarkisov and Iatel. Evidently, Iatel worked under the capable direction of Professor Sarkisov, who has contributed immensely not only to research on stachybotryotoxicosis, but on other mycotoxicoses as well (Sarkisov, 1954). Forgacs *et al.* (1958a) found that a dermal inflammatory response, characterized initially by hyperemia and edema and subsequently by serum exudation and necrosis, can also be produced in horses and cattle. Following topical applications of a dermally toxic ether extract suspended in olive oil, both animal species also showed evidence of systemic toxicity which manifested itself as injection of the conjunctival mucous membranes, lacrymation, anorexia, and systemic depression. Respiration of the Cheyne-Stokes type increased to 120 per minute in the calf.

Forgacs and associates (1958a) tested over 40 strains of *S. atra* in detail and observed that the toxic strains varied in their ability to form the dermally toxic substance (Table III). These workers, using a special strain under laboratory conditions, found that the dermally toxic substance was

Case 4:03-cv-04019-KES Document 219-14 Filed 12/07/04 Page 28 of 40 PageID #: 3931



TABLE III
COLOR, WEIGHT, AND TOXICITY OF ETHER EXTRACTS FROM VARIOUS STRAINS OF *Stachybotrys atra* INCUBATED 170 DAYS[a]

| Strain tested | Color of extracts | Dose (mg/0.125 ml) | Dermal reaction[b] Test strain | Control strain |
|---|---|---|---|---|
| 816 | Yellow-green | 0.80 | 0 | N |
| 817 | Yellow-green | 0.92 | 0 | N |
| 820 | Green | 0.78 | N | N |
| 873 | Amber | 0.72 | SE | N |
| 875 | Yellow | 0.64 | SE | N |
| 926 | Amber | 1.21 | SE | N |
| 947 | Dark green | 0.75 | SE | N |
| 1006 | Green | 0.71 | SE | N |
| 1034 | Green | 0.98 | SE | N |
| 1041 | Yellow | 0.75 | 0 | N |
| 1065 | Green | 1.06 | SE | N |
| 1067 | Amber | 0.88 | SE | N |
| 1069 | Amber | 0.84 | N | N |

[a]Forgacs *et al.* (1958a). Reproduced through the courtesy of The New York Academy of Sciences.

[b]Reaction observed 24 hours after 3 daily doses; 0 = no reaction; SE = slight erythema; N = necrosis.

formed within 10 days, attained a high level in 19 days that was still present at 414 days, when the study was terminated (Table II).

Although the dermal toxin is soluble in various organic solvents, anhydrous ethyl ether appears to be the optimal solvent. The toxic substance can be extracted effectively from infected straw within 3 hours, the bulk of the material being removed during the first hour (Table IV). From observations of tissue changes in horses that died from acute stachybotryotoxicosis, Forgacs and co-workers (1958a) concluded that the toxin present in infected straw reacted with the gastric juice of the stomach and was absorbed in water-soluble form. This observation was confirmed by digestion of dermally toxic straw with pepsin at a low pH, which rendered the toxin water soluble and left the extracted straw nontoxic. Nonextracted, dermally toxic straw, when fed to a horse, produced an acute syndrome followed by death within 17 hours, whereas the pepsin-treated, water-extracted straw was nontoxic to a second horse.

According to Drobotko (1945), and Drobotko *et al.* (1946), Fialkov at the Academy of Sciences at Moscow isolated the crystalline toxin and determined its empirical formula. Pidoplichko and Bilai (1960) indicated that Fialkov and Serebriani in 1949 isolated the toxin from a wort agar

TABLE IV
INFLUENCE OF TIME OF EXTRACTION OF *Stachybotrys atra*-INOCULATED STRAW ON REMOVAL OF DERMALLY TOXIC SUBSTANCE[a]

| | Ether solubles | | |
|---|---|---|---|
| Extraction time (hours) | Percent extracted | Weight (mg/0.125 ml) | Reaction[b] |
| 1 | 1.28 | 1.750 | PE |
| 2 | 0.12 | 0.577 | ME |
| 3 | 0.08 | 0.117 | ME |
| 4 | 0.05 | 0.061 | 0 |
| 5 | 0.03 | 0.061 | 0 |
| 6 | 0.03 | 0.037 | 0 |
| 7 | 0.03 | 0.036 | 0 |

[a]Forgacs *et al.* (1958a). Reproduced through the courtesy of The New York Academy of Sciences.

[b]Dermal reaction on rabbits; PE = pronounced erythema; ME = moderate erythema; 0 = no reaction.

culture of *S. alternans,* which they named stachybotryotoxin, having an empirical formula of either $C_{25}H_{34}O_6$, or $C_{26}H_{38}O_6$. They indicated that the toxin is representative of a newly discovered group of naturally occurring cardiac toxins. The author has found no reference to the structure of the toxin, although presumably the chemical structure has been determined. It appears that, under favorable cultural conditions, *S. alternans* produces more than one toxin.

Apparently the toxin is extremely potent. It has been suggested that 1 mg of the pure toxin will cause death in a horse. Forgacs *et al.* (1958a) found that 0.00175 $\mu$g of a crude ether extract from toxic straw suspended in 0.125 ml of olive oil produced a hyperemia when applied topically to the skin of a rabbit. These authors purified the extract, and although they obtained some refined preparations showing strong dermal toxicity, they did not crystallize the toxin. Some Soviet workers maintain that there exist both dermally and orally toxic factors in toxic straw; however, the relationship between the two entities remains vague.

*Stachybotrys alternans* toxin is resistant to sunlight, ultraviolet light, and X-rays; it is thermostable, withstanding temperatures of 120°C for at least 1 hour; it is not inactivated by 2% concentrations of inorganic or organic acids, but is readily destroyed by alkalis (Vertinskii, 1940, Dobrynin, 1946; Vyshelesski, 1948; Poliakov, 1948). Since the toxin is inactivated by various alkalis, various Soviet scientists have devised procedures using several alkaline materials, including gaseous ammonia, for detoxification of fodders and feedstuffs. Immunity to stachybotryo-

toxicosis does not develop, since the disease may reappear in a given band of horses within the same season or in succeeding years.

## IX. Prophylaxis and Treatment

In areas where outbreaks of stachybotryotoxicosis have occurred, spores of *S. alternans* literally are omnipresent and are disseminated readily during normal agronomic practices, particularly during the summer and fall. Accordingly, essentially all forage, fodder, and feedstuffs become contaminated with conidia of *S. alternans*. Since the fungal spores will not germinate in substrata containing less that 20% moisture, the primary and most important step in prevention of stachybotryotoxicosis comprises prompt harvesting of roughage and other feedstuffs and storing under dry conditions. Straw, or hay, which has become wet in the field and subsequently dried, should not be stacked for feeding. When hay or straw is stored in the field, proper methods of stacking to prevent seepage of water have been recommended. In areas where the fungus is widespread, straw, or hay, from the upper portion of stacks is not used for feeding horses. In stacks showing a black fungal growth, it has been recommended that the moldy layer be discarded, and the inner layers which grossly appear mold free be used for feeding only after laboratory examination has indicated absence of toxin. Early studies concerned with prevention of this toxicosis recommended that toxic roughage be destroyed or fed to cattle, since it was considered nontoxic to such animals. With subsequent reports of field outbreaks of stachybotryotoxicosis in cattle, presumably this recommendation has been withdrawn.

Based on early information that *Stachybotrys* toxin is destroyed readily by alkalis, Dobrynin (1946) and Poliakov (1948) described methods for successfully detoxifying infected fodders using basic substances, including sodium, potassium, calcium, and ammonium hydroxide, and gaseous ammonia. Chlorine gas also was used. According to Pidoplichko and Bilai (1960), Reynfeld, Bakai, and others in 1944 developed a simple method for completely detoxifying roughage using gaseous ammonia. Bakai (1960) indicated further that treating toxic straw with ammonia in hot water vapor for 4 hours rendered the straw nontoxic, and, following evaporation of the gas, the processed straw had a pleasant odor and was readily consumed by farm animals with no ill consequences.

Prevention of endemic spread of the fungus dictates sound sanitary agricultural practices, particularly in reducing conditions favorable for proliferation and dissemination of the fungus. To this end, it has been recommended that stubble and debris left in the field either be quickly plowed

toxicosis does not develop, since the disease may reappear in a given band of horses within the same season or in succeeding years.

## IX. Prophylaxis and Treatment

In areas where outbreaks of stachybotryotoxicosis have occurred, spores of *S. alternans* literally are omnipresent and are disseminated readily during normal agronomic practices, particularly during the summer and fall. Accordingly, essentially all forage, fodder, and feedstuffs become contaminated with conidia of *S. alternans*. Since the fungal spores will not germinate in substrata containing less that 20% moisture, the primary and most important step in prevention of stachybotryotoxicosis comprises prompt harvesting of roughage and other feedstuffs and storing under dry conditions. Straw, or hay, which has become wet in the field and subsequently dried, should not be stacked for feeding. When hay or straw is stored in the field, proper methods of stacking to prevent seepage of water have been recommended. In areas where the fungus is widespread, straw, or hay, from the upper portion of stacks is not used for feeding horses. In stacks showing a black fungal growth, it has been recommended that the moldy layer be discarded, and the inner layers which grossly appear mold free be used for feeding only after laboratory examination has indicated absence of toxin. Early studies concerned with prevention of this toxicosis recommended that toxic roughage be destroyed or fed to cattle, since it was considered nontoxic to such animals. With subsequent reports of field outbreaks of stachybotryotoxicosis in cattle, presumably this recommendation has been withdrawn.

Based on early information that *Stachybotrys* toxin is destroyed readily by alkalis, Dobrynin (1946) and Poliakov (1948) described methods for successfully detoxifying infected fodders using basic substances, including sodium, potassium, calcium, and ammonium hydroxide, and gaseous ammonia. Chlorine gas also was used. According to Pidoplichko and Bilai (1960), Reynfeld, Bakai, and others in 1944 developed a simple method for completely detoxifying roughage using gaseous ammonia. Bakai (1960) indicated further that treating toxic straw with ammonia in hot water vapor for 4 hours rendered the straw nontoxic, and, following evaporation of the gas, the processed straw had a pleasant odor and was readily consumed by farm animals with no ill consequences.

Prevention of endemic spread of the fungus dictates sound sanitary agricultural practices, particularly in reducing conditions favorable for proliferation and dissemination of the fungus. To this end, it has been recommended that stubble and debris left in the field either be quickly plowed

under after harvest or burned. Straw or hay not used for feeding should not be allowed to accumulate, and since spores of *S. alternans* are not destroyed in passage through the gastrointestinal tract, corrective measures should be taken in handling manure both in stables and in the field.

Prevention of epizootics also lies in early diagnosis of stachybotryotoxicosis. With the appearance of symptoms of the first stage, particularly those involving the mucosa of the lips, feeding of suspected roughage promptly is interrupted and bedding material is removed. Generally, this results in prompt recovery of the animal.

Since the second stage usually is quiescent, clinically, it is more difficult to diagnose the disease at this time; however, it has been recommended that animals routinely be subjected to hematological examination, particularly clot retraction time. Horses showing blood dyscrasias are treated as those showing initial manifestations of the toxicosis. Earlier recommendations also suggested use of various medications for treatment of local lesions and for systemic therapy. Moseliani (1940) questioned the efficacy of the therapeutic measures, since none of the medications employed in his studies produced any beneficial effect. The current measures used in therapy of equine stachybotryotoxicosis include detoxification and stimulation of the host, regulation of the cardiovascular system and other organs, and prevention of sepsis, particularly in animals whose defense mechanisms have been affected (Shulyumov *et al.*, 1960). Combined parenteral administration of adrenalin, a tissue extract, and antibiotics apparently have resulted in a positive clinical response; particularly in horses in the first or second stage of the typical form of stachybotryotoxicosis, although results in horses in the third stage have not been entirely successful.

## X. Isolating and Testing *Stachybotrys* Fungi for Toxicity

Sarkisov and Orshanskaiya (1944) described in great detail proper collection and handling of field specimens and laboratory methods for isolating *S. alternans* from various types of roughage, grain, excreta of sick or dead horses, and from tissues taken at necropsy. These workers also described methods for performing the rabbit dermal toxicity test. Forgacs (1962c), and Forgacs and Carll (1962) also described techniques which they and their associates used for isolating not only *S. atra,* but other fungi as well, from coarse fodder, grain, broiler mash, litter, and other substrata. For testing the fungal isolates for toxicity, these workers used the rabbit dermal toxicity test which they modified to meet the requirements of their respective studies. In addition, they employed other methods for testing their fungal isolates for toxicity. For detailed descrip-

tions of the afore-mentioned procedures, the interested reader may refer to the publications indicated above.

## XI. General Comments

The etiology, clinical manifestations, and pathogenesis of equine stachybotryotoxicosis was described first by Soviet scientists. The only other available published literature outside the Soviet Union on this toxicosis in large animals is that by Forgacs and co-workers (1958a) and by Forgacs (1962a,b,c, 1964, 1965a,b, 1966c). Attempts by Forgacs *et al.* (1958a) to produce the three stages of the typical form of equine stachybotryotoxicosis were not entirely successful, since horses refused to eat *S. atra*-infected straw, presumably due to local irritating effects of the substratum. Two horses previously starved for 48 hours were fed *ad libitum* 0.25 lb of the ground toxic straw mixed with 0.25 lb of cane sugar and 1 gallon of oats. The horses readily consumed only three to four mouthfuls of the material. Apparently the odor and taste were not objectionable, but after the fourth mouthful, some unpleasant sensation occurred, because the animals refused to eat more of the toxic mixture. Nevertheless, both horses developed local and systemic reactions typical of the first stage of the typical form of stachybotryotoxicosis. A third horse, after considerable inducement, consumed over a period of 10 days, approximately 0.5 lb of the toxic milled straw mixed with blackstrap molasses and oats. This animal also developed signs of the first stage of the typical form, but on the eleventh day, signs of the atypical form suddenly developed and the animal died. Similarly, two horses, force-fed by stomach tube 1.5 and 2.0 lb, respectively, of toxic milled straw suspended in water, developed the atypical form of the toxicosis and perished within 17 hours. A calf was force-fed 6 lb of a similar slurry in graded doses over a period of 14 days and developed local and systemic manifestations of a toxicosis, with blood dyscrasias typical of the third stage of the typical form of the equine toxicosis, it died on the seventeenth day. Gross necropsy findings in the horses and calf were similar to those described by Soviet scientists for equine stachybotryotoxicosis.

Early studies by Soviet workers on stachybotryotoxicosis indicated that the horse was the only large farm animal subject to this toxicosis. In fact, it was considered safe to feed toxic straw to cattle, since they were considered resistant to the toxin (Vyshelesski, 1948). Pidoplichko and Bilai (1960) maintained that fodder contaminated with *S. alternans* is considered practically harmless to cattle and stated that Sarkisov indicated the cow to be approximately 100 times more resistant to *Stachybotrys* toxin than the horse. Resistance of the former was postulated to be

Case 4:03-cv-04019-KES Document 219-14 Filed 12/07/04 Page 34 of 40 PageID #: 3937



due to the detoxifying effect of the alkaline reaction of the saliva of the ruminant. However, Forgacs and associates (1958a) in the United States found that not only the horse, but calf, sheep, and swine also are susceptible to the toxin. Later, field outbreaks of stachybotryotoxicosis were reported in cattle in the Soviet Union (Fortuskny *et al.*, 1959; Nagornyi *et al.*, 1960; Matusevich *et al.*, 1960; Levenberg *et al.*, 1961; Kurmanov, 1961; Ismailov and Moroshkin, 1962). Perhaps, the strains of *S. alternans* previously toxic to the horse and not cattle mutated when proliferating on natural substrata to give rise to more toxic strains. Forgacs and associates (1958a) observed that one of their nontoxic strains of *S. atra* (Strain 1002), upon repeated subculturing on straw, became extremely toxic, and straw on which this altered culture had grown not only was lethal to the horse, but to the calf and sheep as well.

As to why equine stachybotryotoxicosis suddenly appeared in the Ukraine about 1931 as a new disease in enzootic form remains vague. Certainly, it long had been established that *Stachybotrys* fungi are distributed over many parts of the world and are present in the natural mycologic population of soil and various decomposing natural substrata rich in cellulose. In fact, Corda, as early as 1837 in Prague, first described the genus from a fungus which he isolated from wallpaper. Perhaps sporadic isolated cases occurred prior to 1931 but remained undiagnosed for various reasons, such as lack of economic importance, an initial dearth of qualified diagnosticians familiar with this group of diseases, or other reasons. Outbreaks of various mycotoxicoses have occurred in other parts of the world in livestock and poultry prior and subsequent to stachybotryotoxicosis, but having somewhat the same epizootiologic pattern. These include sweet clover poisoning in cattle in the United States and Canada (Schofield, 1924), cornstalk disease in horses in the midwestern United States (Schwarte *et al.*, 1937), moldy corn toxicosis in swine and cattle in the southeastern United States (Sippel *et al.*, 1953), certain cases of bovine hyperkeratosis in the United States (Carll *et al.*, 1954, Forgacs *et al.*, 1954; Carll and Forgacs, 1954), poultry hemorrhagic syndrome in the United States (Forgacs *et al.*, 1955, 1958b, 1963; Forgacs, 1962a,b,c, 1964, 1966a,b) and other parts of the world, as well as other mycotoxicoses. The history, clinical findings, and other aspects of these and other mycotoxicoses have been reviewed in the English language earlier by Forgacs and Carll (1962), and by Forgacs (1962a,b,c); the interested reader may refer to these reports. It can be postulated, perhaps, that the causal toxic fungi of the afore-mentioned mycotoxicoses could have resulted from naturally induced mutations of parent strains and changes in agronomic practices, together with unusual climatic conditions conducive to growth of the respective fungi. These factors could have contributed to

the initial outbreaks of the toxicoses and as a result introduced a preponderance of these fungi into the natural mycologic population, with subsequent enzootic outbreaks of a mycotoxicosis.

Members of the genus *Stachybotrys*, particularly *S. atra* which also contains both toxic and nontoxic strains, have been isolated from diverse parts of the world. In examining his *Stachybotrys* accession list of his stock culture collection, the author found that toxic and nontoxic strains of this fungus have been isolated from various substrata from as far north of the equator as Finland, and from New Guinea and the Solomon Islands to the south. Thus geographic distribution of toxic strains of this fungus is wide indeed.

To the best knowledge of the author, no authenticated outbreaks of equine stachybotryotoxicosis have been reported in the United States. Perhaps cases have occurred in the past but remained undiagnosed. The author was informed of a suspect case that occurred in North Carolina in 1960 in a band of horses that consumed a shipment of baled hay that was heavily molded with a black fungus (Ryan, 1969). Although the clinical and pathological findings in the afflicted horses were typical of the shocking form of equine stachybotryotoxicosis, it is regrettable that no efforts were made to isolate the causal fungus. Whether authenticated cases may occur in the future in the United States remains to be determined, but with a reduction in draft horses on farms, and a lack of diagnosticians familiar with stachybotryotoxicosis, the probability is poor. To complicate the picture even more, *Stachybotrys* fungi are difficult to isolate from a natural substratum by ordinary mycologic techniques, particularly in the presence of other less fastidious fungi which readily overgrow culture plates, leaving the more fastidious fungi undetected. However, current changes in agronomic practices, particularly in allowing baled hay to remain in the field unprotected from the elements from fall till spring, may pose a potential health hazard, particularly to cattle that are allowed to forage such hay, not only from possible mycotoxins elaborated by *S. atra*, but by a host of other fungi such as the cryophilic molds, whose optima of growth and toxin formation lies near or slightly above the freezing point. The author has examined a considerable number of such hay samples over the past 5 years, and to date has not isolated *S. atra*, but found most samples to be heavily laden with a variety of fungi, some which represent known toxigenic groups, particularly of the genera *Aspergillus*, *Fusarium*, *Penicillium*, and especially members of the family Dematiaceae. Even though sufficient toxin may not be elaborated to cause serious illness or even death among cattle that consume such molded forage, consumption of sublethal amounts of toxin over prolonged periods of time may depress the hematopoietic centers and thereby leave the host subject

to opportunist infection by various microorganisms of low initial virulence. Perhaps of equal importance is that animals that consume sublethal quantities of mycotoxins show poor feed conversion and thus net gain is low. This has been demonstrated well by various workers in the case of moldy feed toxicosis in chickens (poultry hemorrhagic syndrome).

Although some aspects of stachybotryotoxicosis have been studied thoroughly, there are other areas in need of further investigation. There appears a need for reevaluating the taxonomic status of *S. alternans* and *S. atra*. It appears expedient that strains of *S. alternans* used by Soviet scientists, as well as those of *S. atra* used by investigators in the western countries, be subjected to arbitrary critical morphological and taxonomic studies to determine whether indeed they both represent two valid species.

The ecological significance and potential health hazards of *Stachybotrys* fungi is in need of further study, particularly in the Western world. Efforts should be made to determine the potential health hazard that *Stachybotrys* fungi may pose to animal health in outbreaks of unknown etiology in farm animals in which the clinical and pathological findings resemble those described for stachybotryotoxicosis. Accordingly, fodders and other feedstuffs should be examined mycologically for *Stachybotrys* fungi. Concurrently, the role of other toxigenic fungi also should be determined.

As indicated by Sarkisov (1960), one of the major problems in controlling stachybotryotoxicosis is timely detection of infection of fodder and feedstuffs with toxic strains of *S. alternans*. He stressed that the best available and most dependable diagnostic method presently in use by Soviet scientists, which consists of isolating the fungus and subsequently establishing its toxicity, must be considered inadequate and must be superceded by a more rapid method of identifying the toxin in the natural or suspect substratum. Thus, it would appear that studies should be initiated on determining the chemical structure of *Stachybotrys* toxin with the ultimate aim of using such information for devising a rapid chemical method for both qualitative and quantitative measurement of the toxin not only in a variety of animal feedstuffs, but also in food consumed by human beings. Once chemically characterized, the crystalline toxin should be studied pharmacologically and toxicologically to determine its tissue distribution, excretion, mode of action, detoxification in the body, and means of counteracting the effect once the toxin has entered the body. Although the resorcin test has been suggested for differentiating toxic from nontoxic strains of *S. alternans*, the method apparently has not been accepted widely for field conditions. Tkachenko (1960), in preliminary studies,

employed allergenic methods for diagnosing this toxicosis in horses, but it appears that results so far are only in the exploratory stage.

Additional studies are needed on the biochemical activity of *Stachybotrys* fungi. Whether in nature there exist physiological races of these fungi which produce more than one toxin should be determined. It appears plausible that, depending on precursors, environmental conditions, strain variation, and other factors, *Stachybotrys* fungi could produce more than one toxin, each having somewhat different physiological and toxicologic properties.

Regarding the toxicologic properties of *Stachybotrys* toxin, no data have been found indicating the chronic effect in animals of sublethal graded doses of the toxin. Certainly, the potential carcinogenic properties of the toxin should be studied, since this would have a bearing upon the welfare and health of humans who are exposed to sublethal aerosols of the toxic substrata. Although Samsonov and Samsonov (1960) described clinical and pathological findings in guinea pigs experimentally challenged with *Stachybotrys* pneumomycotoxicosis, following a single respiratory dose, no data are available on tissue changes in animals on long-term studies.

Preventing outbreaks of stachybotryotoxicosis in animals lies chiefly in sound agronomic and sanitary practices, such as prompt harvesting of fodders and storing them under dry conditions, plowing under straw and other plant refuse, and general sanitary procedures associated with the feeding of animals and disposal of manure. Perhaps use of antifungal compounds for treating harvested fodders should be investigated. Such agents could either prevent fungal growth or alter metabolism of mycotoxins, as has been demonstrated by Forgacs and co-workers (1962b, 1963) in their investigations on moldy feed toxicosis in poultry. One method would be a systemic fungicide that could be applied to the growing crops in the field and that would alter metabolism of not only parasitic fungi growing on the plant but of saprophytic toxic fungi as well that subsequently infect harvested fodder or feedstuffs.

Finally, as has been indicated earlier, stachybotryotoxicosis affects not only animals, but also human beings exposed to aerosols from *Stachybotrys*-infected substrates (Vertinskii, 1940; Drobotko, 1942, 1945; Drobotko *et al.*, 1946; Vyshelesski, 1948). Toxicity in humans is characterized primarily by a systemic effect. Samsonov (1960) named such mycotoxicoses as pneumomycotoxicoses, and Samsonov and Samsonov (1960) reproduced such toxicoses in guinea pigs by introducing into the respiratory tract spores not only of *S. alternans*, but of other toxic fungi as well. Furthermore, there is abundant evidence in published Soviet litera-

ture that leaves many other fungi suspect as agents in pneumomycotoxicoses. Many of these fungi have been studied in the Western world and have been found toxic to animals when infected substrata were fed *ad libitum* or administered orally. Some fungi, because of their xerophytic nature, are dispersed readily by air currents and thus contaminate adjacent areas. This is true particularly of many *Aspergilli* and *Penicillia*, some of which are toxic. Accordingly, the investigator who works with toxic fungi should take the necessary precautions to avoid inhalation of fungal spores and aerosols. This applies not only to isolation techniques, which should be carried out under an exhaust-equipped hood, but particularly to drying and grinding of substrata, the manipulations of which always should be done in an area adequately equipped with a filtering exhaust system. The individual performing the drying, grinding, and extraction of toxic substrates should wear rubber gloves, protective clothing, and a well-fitting efficient gas mask and should change clothing and shower before reentering a noncontaminated area. When extracting toxic straw or other substrates with organic solvents, particular care must be exercised to prevent the extract from contacting the skin, since the toxins are readily absorbed and elicit a systemically toxic effect, as can be verified by the author and some of his colleagues. This applies particularly to *Stachybotrys* toxin, which is very toxic to man when dissolved in an organic solvent.

## References


Bakai, S. M. (1960). *In* "Mycotoxicoses of Man and Agricultural Animals" (V. I. Bilai, ed.), pp. 163–167. Izd. Akad. Nauk Ukr. S.S.R., Kiev.

Bisby, G. R. (1943). *Brit. Mycol. Soc. Trans.* 26, 133.

Carll, W. T., and Forgacs, J. (1954). *Military Surgeon* 115, 187.

Carll, W. T., Forgacs, J., and Herring, A. S. (1954). *Am. J. Hyg.* 60, 8.

Clements, F. E., and Shear, C. L. (1931). "The Genera of Fungi." Hafner, New York.

Dobrynin, V. P. (1946). *Konevadstvo* 16, 27.

Drobotko, V. G. (1942). "Stachybotryotoxicosis, a New Disease of Horses and Humans." Report presented at the Academy of Science, U.S.S.R.

Drobotko, V. G. (1945). *Am. Rev. Soviet Med.* 2, 238.

Drobotko, V. G., Marushenko, P. E., Aizeman, B. E., Kolesnik, N. G., Iatel, P. D., and Melnichenko, V. D. (1946). *Vrachebnoe Delo* 26, 125.

Forgacs, J. (1962a). *Proc. Maryland Nutr. Conf. Feed Mfrs., Washington, D.C. 1962* pp. 19–31. Dept. of Poultry Husbandry, Univ. Maryland.

Forgacs, J. (1962b). *Feedstuffs* 34, 124.

Forgacs, J. (1962c). *Proc. 66th Ann. Meeting, U. S. Livestock San. Assoc., Washington, D.C.* pp. 426–448.

Forgacs, J. (1964). *New Hampshire Poultry Health Conference, Durham, N. H., 1964* pp. 16–26. Poultry Dept., Univ. New Hampshire.

Forgacs, J. (1965a). *In* "Mycotoxins in Foodstuffs" (G. N. Wogan, ed.), pp. 87-104. M.I.T. Press, Cambridge, Massachusetts.
Forgacs, J. (1965b). *25th Ann. Meeting, Inst. Food Technologists, Kansas City, Mo., 1965* Abstr. No. 58, pp. 59-60.
Forgacs, J. (1966a). *Feedstuffs*, March 12, 38, 18, 66, 71.
Forgacs, J. (1966b). *Feedstuffs*, March 19, 38, 26, 28, 30, 71.
Forgacs, J. (1966c). *Food Technol.* **20**, 46.
Forgacs, J., and Carll, W. T. (1962). *Advan. Vet. Sci.* **7**, 273.
Forgacs, J., Carll, W. T., Herring, A. S., and Mahlandt, B. G. (1954). *Am. J. Hyg.* **60**, 15.
Forgacs, J., Koch, H., and Carll, W. T. (1955). *Poultry Sci.* **34**, 1194.
Forgacs, J., Carll, W. T., Herring, A. S., and Hinshaw, W. R. (1958a). *Trans. N. Y. Acad. Sci.* **20**, 787.
Forgacs, J., Koch, H., Carll, W. T., and White-Stevens, R. H. (1958b). *Am. J. Vet. Res.* **19**, 744.
Forgacs, J., Koch, H., Carll, W. T., and White-Stevens, R. H. (1962a). *Avian Diseases* **6**, 363.
Forgacs, J., Koch, H., and White-Stevens, R. H. (1962b). *Avian Diseases* **6**, 420.
Forgacs, J., Koch, H., and White-Stevens, R. H. (1963). *Avian Diseases* **7**, 56.
Fortuskny, V. A., Govrov, A. M., Tebybenko, I. Z., Biochenko, A. S., and Kalitenko, E. T. (1959). *Veterinariya* **36**, 67.
Ismailov, I. A., and Moroshkin, B. F. (1962). *Veterinariya* **4**, 27.
Jensen, H. L. (1931). *J. Agr. Sci.* **21**, 81.
Korneev, N. E. (1948). *Veterinariya* **25**, 36.
Kurmanov, I. A. (1961). *Veterinariya* **38**, 41.
Levenberg, I. G., Ivantsvov, L. I., and Prostakov, M. P. (1961). *Veterinariya* **38**, 38.
Matusevich, V. G., Fekilstov, M. H., and Rozhdestvenskii, V. A. (1960). *Veterinariya* **37**, 71.
Meshustin, E. H., and Gromyko, E. P. (1946). *Mikrobiologiya* **15**, 169.
Moseliani, D. V. (1940). *Veterinariya* **17**, 42.
Nagornyi, I. S., Possiginskii, M. M., Govzdov, A. V., and Rybka, N. V. (1960). *Veterinariya* **37**, 69.
Pidoplichko, N. M., and Bilai, V. I. (1960). *In* "Mycotoxicoses of Man and Agricultural Animals" (V. I. Bilai, ed.), pp. 3-37. Izd. Akad. Nauk Ukr. S.S.R., Kiev.
Poliakov, A. A. (1948). *In* "Rukovodstvo po Veterinarnoi Dezinfeksii," pp. 154-158. Ogiz-Selskhozgiz, Moscow.
Ryan, T. B. (1969). Personal communication to J. Forgacs.
Rybakova, S. G. (1955). *Mikrobiologiya* **24**, 608.
Salikov, M. I. (1940). *Sov. Botan.* **6**, 53.
Samsonov, P. F. (1960). *In* "Mycotoxicoses of Man and Agricultural Animals" (V. I. Bilai, ed.), pp. 131-140. Izd. Akad. Nauk Ukr. S.S.R., Kiev.
Samsonov, P. F., and Samsonov, A. P. (1960). *In* "Mycotoxicoses of Man and Agricultural Animals" (V. I. Bilai, ed.), pp. 140-151. Izd. Akad. Nauk Ukr. S.S.R., Kiev.
Sarkisov, A. Kh. (1947). *Veterinariya* **24**, 25.
Sarkisov, A. Kh. (1954). "Mycotoxicoses." *Goz. Izd.* Selskohoziastvennoi Literatury, Moscow.
Sarkisov, A. Kh. (1960). *In* "Mycotoxicoses of Man and Agricultural Animals" (V. I. Bilai, ed.), pp. 155-163. Izd. Akad. Nauk Ukr. S.S.R., Kiev.
Sarkisov, A. Kh., and Orshanskaiya, V. N. (1944). *Veterinariya* **21**, 38.
Scholield, F. W. (1924). *J. Am. Vet. Med. Assoc.* **64**, 553.
Schumaier, G., DeVolt, H. M., Laffer, N. C., and Creek, R. D. (1963). *Poultry Sci.* **62**, 70.

Case 4:03-cv-04019-KES Document 219-14 Filed 12/07/04 Page 40 of 40 PageID #: 3943



Schwarte, L. H., Biester, H. E., and Murray, C. (1937). *J. Am. Vet. Med. Assoc.* **90**, 76.

Shulyumov, Ye. S., Kuzmin, A. F., and Fedko, P. A. (1960). *In* "Mycotoxicoses of Man and Agricultural Animals" (V. I. Bilai, ed.), pp. 167-180. Izd. Akad. Nauk Ukr. S.S.R., Kiev.

Sippel, W. L., Burnside, J. E., and Atwood, M. B. (1953). *Proc. 90th Ann. Meeting, Am. Vet. Med. Assoc., Toronto, Canada* pp. 174-181.

Tkachenko, A. F. (1960). *In* "Mycotoxicoses of Man and Agricultural Animals" (V. I. Bilai, ed.), pp. 187-195. Izd. Akad. Nauk Ukr. S.S.R., Kiev.

Vertinskii, K. I. (1940). *Veterinariya* **17**, 61.

Vyshelesski, S. N. (1948). "Special Epizootiology," pp. 374-382. Ozig-Selskozgiz, Moscow.

White, W. L. (1951). Personal communication to J. Forgacs.

White, W. L., Yeager, C. C., and Shotts, H. (1949). *Farlowia* **3**, 399.