2

# MYCOTOXINS

*edited by*

I.F.H. PURCHASE
B.V.SC., M.R.C.V.S., PH.D., M.R.C. PATH.,

*Head, Experimental Pathology Unit*
*Central Toxicology Laboratory*
*Imperial Chemical Industries Limited*
*Alderley Park, Near Macclesfield, Cheshire*
*Great Britain*

ELSEVIER SCIENTIFIC PUBLISHING COMPANY
AMSTERDAM — OXFORD — NEW YORK 1974

EXHIBIT
tabbies
12

ELSEVIER SCIENTIFIC PUBLISHING COMPANY
335 Jan van Galenstraat
P.O. Box 211, Amsterdam, The Netherlands

AMERICAN ELSEVIER PUBLISHING COMPANY, INC.
52 Vanderbilt Avenue
New York, New York 10017

Library of congress card number: 74-83314
ISBN 0-444-41254-9
With 111 illustrations and 57 tables

Copyright © 1974 by Elsevier Scientific Publishing Company, Amsterdam

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher, Elsevier Scientific Publishing Company, Jan van Galenstraat 335, Amsterdam

Printed in The Netherlands

## CONTRIBUTORS TO THIS BOOK

B. Altenkirk — National Research Institute for Nutritional Diseases, Tiervlei, C.P. (Republic of South Africa)
L.G. Atherton — Atlantic Regional Laboratory, National Research Council for Canada, Halifax, Nova Scotia (Canada)
Steven D. Aust — Department of Biochemistry, Michigan State University, East Lansing, Mich. (U.S.A.)
Michael R. Boyd — Department of Pharmacology, School of Medicine, Vanderbilt University, Nashville, Tenn. 37232 (U.S.A.)
D. Brewer — Atlantic Regional Laboratory, National Research Council for Canada, Halifax, Nova Scotia (Canada)
W.H. Butler — MRC Toxicology Unit, Medical Research Council Laboratories, Woodmansterne Road, Carshalton, Surrey (Great Britain)
Clyde M. Christensen — Department of Plant Pathology, University of Minnesota, Minneapolis, Minn. (U.S.A.)
Robert M. Eppley — Division of Chemistry and Physics, Bureau of Foods, Food and Drug Administration, U.S. Department of Health, Education and Welfare, Washington, D.C. (U.S.A.)
Makoto Enomoto — Department of Pathology, St. Marianna University School of Medicine, Kawasaki (Japan)
J. Harwig — Food Research Laboratories, Health Protection Branch, Department of National Health and Welfare, Tunney's Pasture, Ottawa, Ontario, K1A OL2 (Canada)
Hiroshi Iizuka — Institute of Applied Microbiology, University of Tokyo, Tokyo (Japan)
A.Z. Joffe — Laboratory of Mycology and Mycotoxicology, Department of Botany, The Hebrew University of Jerusalem (Israel)
Palle Krogh — Institute of Hygiene and Microbiology, Royal Veterinary and Agricultural University, Copenhagen (Denmark)
W.F.O. Marasas — Plant Protection Research Institute, Pretoria (Republic of South Africa)
C.J. Mirocha — Department of Plant Pathology, University of Minnesota, Minneapolis, Minn. (U.S.A.)
Paul M. Newberne — Department of Nutrition and Food Science, Massachusetts Institute of Technology, Cambridge, Mass. (U.S.A.)
K. Ohtsubo — The Institute of Medical Science, The University of Tokyo, Shirokanedai, Minato-ku, Tokyo-108 (Japan)
I.F.H. Purchase — Central Toxicology Laboratory, Imperial Chemical Industries Ltd., Alderley Park, Macclesfield, Cheshire (Great Britain)
Joseph V. Rodricks — Division of Chemistry and Physics, Bureau of Foods, Food and Drug Administration, U.S. Department of Health, Education and Welfare, Washington, D.C. (U.S.A.)
M. Saito — The Institute of Medical Science, The University of Tokyo, Shirokanedai, Minato-ku, Tokyo-108 (Japan)
P.M. Scott — Health Protection Branch, Health and Welfare Canada, Ottawa, Ontario K1A OL2 (Canada)
Eugene B. Smalley — Department of Plant Pathology, University of Wisconsin, Madison, Wis. 53607 (U.S.A.)
Frank M. Strong — Department of Biochemistry, University of Wisconsin, Madison, Wis. 53607 (U.S.A.)
A. Taylor — Atlantic Regional Laboratory, National Research Council for Canada, Halifax, Nova Scotia (Canada)

CONTRIBUTORS (*Continued*)

Ikuko Ueno — Department of Carcinogenesis and Cancer Susceptibility, Institute of Medical Science, University of Tokyo, Tokyo (Japan)
Yoshio Ueno — Department of Chemical Microbiology, Faculty of Pharmaceutical Sciences, Tokyo University of Science, Ichigaya, Tokyo (Japan)
J.J. van der Watt — Division of Toxicology, National Research Institute for Nutritional Diseases, South African Medical Research Council, P.O. Box 70, Tiervlei, C.P. 7503 (Republic of South Africa)
S.J. van Rensburg — National Research Institute for Nutritional Diseases, Tiervlei, C.P. (Republic of South Africa)
Benjamin J. Wilson — Center in Environmental Toxicology, Department of Biochemistry, Vanderbilt University, Nashville, Tenn. 37232 (U.S.A.)

of
ien-
onal
503
C.P.
try,

# PREFACE

Mycotoxins and the diseases caused by them were relatively obscure in the scientific literature until the discovery of aflatoxin in the early 1960s. Since then there has been a growing interest in them with a resulting rapid increase in the number of publications describing the mycological, chemical, toxicological and epidemiological aspects of mycotoxins and the isolation of many new toxins. The field is now bewilderingly complex with a great variation in the detail and extent of the knowledge of different mycotoxins. This has not detracted from the great importance attached to a full knowledge of all aspects of mycotoxicoses based on the potent activity, the widespread occurrence and the real or potential hazard to human health of mycotoxins. This book has been compiled as a handbook for students, or for those faced with possible mycotoxicoses in the field and to a lesser extent for research workers working in this and related fields. For this reason the chapters have been arranged, as far as possible, with a common format. The chapters have been written around a particular group of toxins or fungi or diseases as the information warrants.

In a book of this length it is impossible to cover all aspects of all mycotoxicoses. There are particular subjects which fall just outside the field of mycotoxins. An example of this is celery dermatitis. This disease has been known for many years as a dermatitis affecting the hands of workers handling celery. For many years it was thought to be caused by celery oil but in 1961 Birmingham and co-workers (Arch. Dermatol., 83 (1961) 73) attributed the disease to contact with the pink rot fungus *Sclerotinia sclerotiorum*. This fungus attacks healthy celery plants and in the infected tissue phototoxic furanocoumarins (mainly 4,5′,8-methylpsoralen and 8-methoxypsoralen) are present. Contact of these compounds with the skin in the presence of light at a wavelength of 3650 Å produces dermatitis in 48 hours.

Other diseases have not been included. The range of diseases known as *Aspergillus toxicoses* occurring in chickens and other animals have been known for many years. The knowledge on these diseases is, however, not well developed. Another area not covered is the recently described association between spina bifida in man in the United Kingdom and damaged potatoes.

Other subjects may also have been excluded, but the major mycotoxicoses, about which some detail is available, are described in this text.

*Alderley Park,*
*July 1974*

I.F.H. Purchase

# CONTENTS

List of Contributors to this book . . . . . . . . . . . . . . . . . v
Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . vii
Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . ix

Chapter 1 — AFLATOXIN . . . . . . . . . . . . . . . . . . . . . 1
by W.H. Butler

Outbreaks of disease attributable to the fungus, 1 — Isolation of toxic metabolites of the fungus, 3 — Biosynthesis, 5 — Environmental and laboratory conditions favouring production of toxic metabolites, 6 — Analysis for toxic metabolites, 7 — Bioassay system, 8 — Natural occurrence, 10 — Biological activity in experimental systems, 10 — Metabolism and mode of action of the aflatoxins, 19 — Risks to man, 22 — References, 24 —

Chapter 2 — *PITHOMYCES CHARTARUM*: A FUNGAL PARAMETER IN THE AETIOLOGY OF SOME DISEASES OF DOMESTIC ANIMALS . . . . . . . . . . . . . . . . . . . . . . . . 29
by L.G. Atherton, D. Brewer and A. Taylor

Taxonomy and morphology of *Pithomyces chartarum*, 30 — Ecology of *Pithomyces chartarum*, 34 — Geographical distribution, 34 — Habitats of *Pithomyces chartarum*, 34 — Ecology of *Pithomyces chartarum* on pasture, 34 — Methods of determining populations of fungal spores, 35 — Seasonal changes of populations of *Pithomyces chartarum*, 38 — Metabolism of *Pithomyces chartarum*, 41 — (*1*) Growth and nutrition of *P. chartarum* strain C, 41 — (2) Sporulation of *P. chartarum*, 42 — (*3*) Production of toxic metabolites by *P. chartarum*, 44 — (*4*) Comparison of different isolates of *P. chartarum*, 45 — (*5*) Biosynthesis of sporidesmins, 45 — Quantitative estimations of sporidesmins, 49 — Toxicity of sporidesmin in mammals, 53 — (*1*) The response of mammals to different doses of sporidesmin, 53 — (*2*) Clinical signs of sporidesmin intoxication in sheep, 54 — (*3*) Morbid anatomy of sporidesmin intoxication, 55 — (*4*) Histology, 56 — (*5*) Changes in liver function following sporidesmin intoxication, 58 — (*6*) Biochemical changes in blood and liver constituents after sporidesmin intoxication, 60 — Control of facial eczema, 63 — Acknowledgements, 64 — References, 64 —

Chapter 3 — *CLAVICEPS PURPUREA* — ERGOTISM . . . . . . . . 69
by S.J. van Rensburg and B. Altenkirk

Outbreaks of disease attributable to the fungus, 71 — Chemical and physical properties of the toxic metabolites, 74 — Type I — Derivatives of lysergic acid, 75 — Type II — The clavine alkaloids, 80 — Biosynthesis of ergot alkaloids, 82 — Pigments of ergot, 82 — Environmental and laboratory conditions favouring the growth of ergot, 84 — Analysis for the toxic metabolites, 86 — Natural occurrence of metabolites, 87 — Biological activity in experimental systems, 88 — Peripheral vasoconstriction, 88 — Epinephrine reversal, 89 — Uterine tests, 89 — Seminal vesicle standardization, 90 — Mode of action of ergot constituents, 91 — Peripheral effects, 91 — Neurohormonal actions, 92 — Central effects, 92 — Poisoning following therapeutic use, 93 — References, 94 —

Chapter 4 — *RHIZOCTONIA LEGUMINICOLA* — SLAFRAMINE . . 97
by Steven D. Aust

Occurrence, 97 — Isolation of slaframine, 98 — Molecular structure of slaframine, 100 — Analysis for slaframine, 102 — Biosynthesis of slaframine, 103 — Physiological mode of action of slaframine, 103 — Summary, 108 — References, 109 —

Chapter 5 — *PHOMOPSIS LEPTOSTROMIFORMIS* . . . . . . . . 111
by W.F.O. Marasas

Lupinosis — the syndrome, 112 — (*a*) Geographical distribution, 112 — (*b*) Clinical signs and pathological changes, 113 — (*c*) Weather conditions associated with outbreaks of lupinosis, 118 — (*d*) Fungi in the aetiology of lupinosis, 118 — *Phomopsis leptostromiformis* — the causal fungus, 120 — (*a*) Taxonomy and morphology, 120 — (*b*) Synonymy, 121 — (*c*) Geographical distribution, 122 — (*d*) Pathogenicity, 122 — (*e*) Toxicity, 124 — Acknowledgement, 125 — References, 125 —

Chapter 6 — OESTROGENIC MYCOTOXINS SYNTHESIZED BY FUSARIUM . . . . . . . . . . . . . . . . . . . . . . . . . 129
by C.J. Mirocha and Clyde M. Christensen

Chemistry and physiological activity, 131 — Naturally occurring derivatives of zearalenone, 133 — Biological activity, 134 — (*1*) Swine, 134 — (*2*) Poultry, 139 — (*3*) Dairy cattle, 141 — (*4*) Regulation of sexual reproduction in *Gibberella zeae* (*Fusarium roseum* "Graminareum"); 142 — Occurrence of zearalenone in feedstuffs, 142 — Biosynthesis of zearalenone, 144 — Analytical methods, 145 — Extraction and clean-up, 145 — Quantitation, 146 — Acknowledgement, 147 — References, 147 —

Chapter 7 — *PENICILLIUM CYCLOPIUM* . . . . . . . . . . . . 149
by I.F.H. Purchase

Diseases caused by *P. cyclopium*, 150 — Cyclopiazonic acid, 150 — Biosynthesis of cyclopiazonic acid, 151 — Environmental conditions favouring production of cyclopiazonic acid, 153 — Biological activity of cyclopiazonic acid, 155 — Penitrem A, 158 — Environmental conditions favouring production of the toxin, 159 — References, 161 —

Chapter 8 — *PENICILLIUM RUBRUM* — RUBRATOXINS . . . . . 163
by Paul M. Newberne

Growth of *Penicillium rubrum* and production of toxins, 165 — Physical and chemical properties of rubratoxins A and B, 167 — Biosynthesis, 169 — Analytical method, 170 — Biological activity, 170 — References, 179 —

Chapter 9 — STACHYBOTRYS AND STACHYBOTRYOTOXICOSIS . 181
by Joseph V. Rodricks and Robert M. Eppley

Stachybotryotoxicosis in farm animals and man, 181 — Biological tests for toxic Stachybotrys, 184 — (*A*) Dermal toxicity, 184 — (*B*) Animal feeding studies, 185 — (*C*) Other types of biological activity, 188 — Metabolites of Stachybotrys, 189 — Toxic effects of 12,13-epoxy-$\Delta^9$-trichothecenes, 194 — Conclusion, 195 — References, 196 —

Chapter 10 — TOXIC TRICHOTHECENES . . . . . . . . . . . . 199
by Eugene B. Smalley and Frank M. Strong

Chemical nature, 199 — Production, 200 — (*A*) Trichothecene-producing fungi, 200 — (*B*) Trichothecene production in culture, 206 — (*C*) Chemical synthesis, 208 — (*D*) Biosynthesis, 209 — Physical and chemical properties, 210 — (*A*) Spectra, 210 — (*B*) Chemical properties, 211 — Biological properties, 211 — (*A*) General toxicity, 211 — (*B*) Toxicology, 214 — (*C*) Metabolism and excretion, 215 — Analytical methods, 215 — (*A*) Biological methods, 215 — (*B*) Physical methods, 217 — Practical importance, 219 — (*A*) Natural occurrence and pathogenicity of trichothecene-producing fungi, 219 — (*B*) Role of trichothecene-producing fungi in mycotoxicoses, 220 — References, 224 —

Chapter 11 — TOXICITY OF *FUSARIUM POAE* AND *F. SPOROTRICHIOIDES* AND ITS RELATION TO ALIMENTARY TOXIC ALEUKIA 229
by A.Z. Joffe

Characterisation of the fungi, 229 — Methods of testing toxicity, 231 — The toxins, 233 — (*a*) Composition of the toxins, 233 — (*b*) Conditions of toxin formation, 235 — (*c*) Persistence of toxins, 239 — (*d*) Comparative toxicity of the two species to animals, 239 — Effects of the toxins on animals, man and plants, 241 — (*a*) Effects on animals, 241 — (*b*) Effects on man, 247 — (*c*) Effects on plants, 251 — (*d*) Relation between toxicity to animals and to plants, 255 — Aetiology, epidemiology and treatment of ATA, 256 — (*a*) Sources of toxins causing ATA, 256 — (*b*) Relation between toxicity of cereals and incidence of ATA, 256 — (*c*) Weather and the incidence of ATA, 257 — (*d*) Summary of factors affecting outbreaks of ATA, 259 — (*e*) Prophylaxis and treatment, 259 — References, 260 — Notes added in proof, 262 —

Chapter 12 — TRICHOTHECENE TOXINS OF FUSARIUM SPECIES . 263
by M. Saito and K. Ohtsubo

Outbreaks of disease attributable to the fungus, 264 — Toxic metabolites of the fungus, 265 — Chemistry of nivalenol, fusarenon-X and neosolaniol, 266 — Biosynthesis, 268 — Biological activity of the toxins, 271 — Mode of action of nivalenol and fusarenon-X, 278 — Acknowledgements, 279 — References, 279 —

Chapter 13 — CITREOVIRIDIN FROM *PENICILLIUM CITREO-VIRIDE* BIOURGE . . . . . . . . . . . . . . . . . . . . . . 283
by Yoshio Ueno

Occurrence of cardiac beriberi, 284 — (*I*) Clinical symptoms, 284 — (*II*) Statistical evidence in Japan, 285 — (*III*) Occurrence, 290 — Toxic metabolite of *P. citreoviride*, 291 — Chemical properties of citreoviridin, 293 — Production, 293 — Analysis for citreoviridin, 296 — Distribution of the toxic fungi, 298 — Toxicology, 299 — References, 301 —

Chapter 14 — *PENICILLIUM ISLANDICUM* (TOXIC YELLOWED RICE) — LUTEOSKYRIN — ISLANDITOXIN — CYCLOCHLOROTINE . . 303
by Makoto Enomoto and Ikuko Ueno

Outbreaks of disease attributable to the fungus, 303 — Toxic metabolites of the fungus, 304 — Chemical and physical properties of metabolites, including structure,

306 — Biosynthesis of the toxic metabolites, 307 — Environmental and laboratory conditions favouring production of the toxic metabolites, 308 — Chemical analysis for the toxic metabolites, 308 — Luteoskyrin, 308 — Chlorine-containing peptide (cyclochlorotine), 310 — Natural occurrence of the toxic metabolites, 310 — Biological activity in experimental systems, 311 — Luteoskyrin, 311 — Cyclochlorotine, 317 — Toxicity of anthraquinone-type pigments, homologous to luteoskyrin, 318 — Mode of action of the toxic metabolites, 319 — Luteoskyrin, 319 — Cyclochlorotin, 322 — References, 323 —

Chapter 15 — TOXINS PRODUCED BY SWEET POTATO ROOTS INFECTED WITH *CERATOCYSTIS FIMBRIATA* AND *FUSARIUM SOLANI* . . . . . . . . . . . . . . . . . . . . . . . . 327
by Benjamin J. Wilson and Michael R. Boyd

Toxic metabolites produced by mould-damaged sweet potatoes, 328 — Chemical and physical properties of the toxins, 330 — Chemical synthesis of sweet potato toxins, 333 — Biosynthesis, 335 — Isolation and analysis, 337 — Natural occurrence and environmental conditions for bioproduction, 339 — Biological activities of the toxins in experimental systems and a consideration of the mode of action, 341 — Acknowledgement, 342 — References, 342 — Note added in proof, 344 —

Chapter 16 — OCHRATOXIN A AND RELATED METABOLITES . . 345
by J. Harwig

Outbreaks of disease attributable to *P. viridicatum* and *A. ochraceus*, 346 — Ochratoxin-producing fungi, 347 — Toxic metabolites of *A. ochraceus* and *P. viridicatum*, 349 — Laboratory and environmental conditions favouring ochratoxin A production, 352 — Natural occurrence of ochratoxin A, 358 — Biological activity of ochratoxins, 360 — Carcinogenic potential of ochratoxin A, 363 — References, 364 —

Chapter 17 — STERIGMATOCYSTIN . . . . . . . . . . . . . . 369
by J.J. van der Watt

Toxic metabolites, 370 — Chemical and physical properties of the toxic metabolites, 370 — Biosynthesis, 373 — Environmental and laboratory conditions favouring production of the toxic metabolites, 374 — Analysis for toxic metabolites, 375 — Natural occurrence, 376 — Biological activity in experimental systems, 376 — Mode of action, 380 — References, 381 —

Chapter 18 — PATULIN . . . . . . . . . . . . . . . . . . . . . . 383
by P.M. Scott

Mycotoxicoses associated with patulin-producing fungi, 383 — Physical and chemical properties of patulin, 384 — Biosynthesis, 387 — Substrates favouring patulin production, 388 — Analysis for patulin, 389 — Natural occurrence, 395 — Biological activity of patulin in experimental systems, 396 — References, 399 —

Chapter 19 — MALTORYZINE . . . . . . . . . . . . . . . . . . 405
by Hiroshi Iizuka

Formation of maltoryzine, 406 — (*1*) Preparation of malt rootlet extract, 406 — (*2*) Composition of malt rootlet extract media, 406 — (*3*) Seed cultures, 407 — (*4*) Tank culture, 407 — (*5*) Toxicity test, 407 — (*6*) Toxicity observed in the case of

tank culture, 407 — Extraction, purification and isolation of maltoryzine, 408 — (*1*) Concentration of cultured liquid, 408 — (*2*) Solubility of the precipitate, 408 — (*3*) Toxicity of the ethanol extract, 408 — (*4*) Toxicity of alkaline ether extract, 409 — (*5*) Toxicity of acid ether extract, 409 — (*6*) Paper chromatography, 409 — (*7*) Cellulose column partition chromatography, 411 — Physical and chemical properties, 411 — Decomposition of maltoryzine, 414 — (*1*) Ozonisation, 414 — (*2*) Ketonic decomposition, 415 — (*3*) Acid decomposition, 415 — (*4*) Structure of the side chain of maltoryzine, 417 — Chemical structure of maltoryzine, 417 — References, 417 —

Chapter 20 — MYCOTOXIC NEPHROPATHY . . . . . . . . . . . 419
by Palle Krogh

Mycotoxic porcine nephropathy, 419 — Clinical aspects, 419 — Pathology, 419 — Kidney function, 423 — Epidemiology, 423 — Aetiology, 424 — Public health aspects of nephrotoxic mycotoxins, 426 — References, 427 —

Subject Index . . . . . . . . . . . . . . . . . . . . . . . . 429

MALS

nvest.,

) 584.

p. 16,

Chapter 3

# *CLAVICEPS PURPUREA* – ERGOTISM

S.J. VAN RENSBURG and B. ALTENKIRK

*National Research Institute for Nutritional Diseases, Tierulei, C.P. (Republic of South Africa)*

Knowledge of the unique properties of ergot is so old that complete understanding of historical studies is plagued by semantic difficulties. Thus, without any degree of certainty, scholars have claimed that the ancient Chinese knew and used ergot for obstetrical purposes some 5000 years ago. The ancient Greek physician Hippokrates (460–357 B. C.) recommended coarsely powdered barley flour cooked in water to further childbirth. Since barley alone could not be expected to have much effect, it is assumed that the barley was ergotized. Furthermore, the drug Hippokrates invariably mentioned when dealing with the uterus or uterine conditions was "melanthium". The exact meaning of the word "melanthium" is controversial, since the only descriptions of the drug were "arising out of grain" and "to sort out of grain".

Ancient Romans were acutely aware of blighted and spoiled grain and from 700 B. C. observed a religious wine festival to the god Robigus who guarded the planted grain fields. The festival was celebrated on April 24 because this was the time that some kernels started to turn black. Julius Caesar ascribed epidemics to "spoiled" grains. The Roman naturalist Plinius who perished in Pompeii during the eruption in 79 A. D. left a reasonably accurate morphological description of ergot, together with environmental conditions for its development and some associations with toxicity.

There is little doubt that ancient Arabs knew ergot and recognized it as a powerful poison at least 1000 years ago. They described it as occurring in two forms, one black with the shape of small horns and the other with a stalk-like shape like a clove which was blackish tinged with yellow.

The identification of widespread epidemics in ancient times is surprisingly difficult due to the vague terminology used in describing symptoms and the prevalence of infectious diseases. The earliest description of an epidemic which could conceivably have been caused by ergot occurred amongst the Spartans when they were at war with the Athenians in the year 430 B. C. In the year 857 on the lower Rhine in Germany an epidemic characterized by necrosis of the limbs and death was recorded. Good descriptions of the outbreak of fire plague in Paris during 945 are strongly suggestive of ergot-

*References p. 94*

ism. Innumerable epidemics throughout Europe but mainly in France were reported during the ensuing 600 years. Often they were accompanied by war and famine, up to 40 000 people succumbing under conditions of dreadful suffering. Somewhat bizarre descriptions usually mention the screams of pain, the unbearable stench of rotting flesh, detachment of limbs and death or even, at times, miraculous cures. Desperate survivors at times even resorted to cannibalism.

The influential position of the church on the Middle Ages resulted, as a natural consequence, in many invocations to the Saints for help. St. Anthony, the founder of monastic life, emerged as the most important. His remains are buried in a country church at Dauphiné and many afflicted pilgrims who had journeyed there reported cures. So it was that a wealthy noble named Gastron vowed before St. Anthony that if his son was cured he would donate all his wealth to the church to aid other victims. The donation led to the foundation of a hospital brotherhood which was a major advance in the evolution of hospital care. To this day, the disease is commonly known as St. Anthony's Fire, where the holy fire (post-ischaemic inflammation) consumes the limbs which then turn black (necrosis, gangrene) before detachment.

Strangely there are no accurate descriptions which prove the existence of ergot in Europe, let alone its prevalence, during the great epidemics of the Middle Ages. Although it was mentioned and undoubtedly used as a herbal medicine in Europe during the 16th century, the first known published illustration dates to the middle of the 17th century. Some women consumed three sclerotia to increase contractions during childbirth, yet only an isolated few had vague suspicions about its association with bread poisoning. Not until the Parisian lawyer and physician, Denis Dodart, became interested in botany and presented a classical paper to the French Royal Academy of Science in 1673, did the aetiology of "holy fire" become firmly established. Nevertheless, 100 years were to pass before there was any significant reduction of epidemics.

The precise botanical identification of ergot was controversial for two centuries after Dodart incriminated it aetiologically. Prior to Dodart's paper, some considered it a plant separate and foreign to rye, although the belief that it arose as a result of metamorphosis of a kernel of grain was generally accepted. Excessive rain and sunshine (when mildew growth was plentiful) overnourished the grain resulting in individual kernels which hypertrophied and changed colour — from dark, almost black to purple, brown or straw coloured. Each hypertrophied "kernel", which was actually a single sclerotium, was a slightly curved structure 1.5 to 6 cm in length which bore a striking resemblance to a cockspur, which is *ergot* in French. Slowly evidence accumulated that ergot was a fungus, with much confusion being caused by its three stages until Tulasne elucidated the basic elements of the life cycle in 1853. The various stages were now classified as a single fungus and named *Claviceps purpurea*. It was soon realized that ergot sclerotia were not always due to *Claviceps purpurea* alone and today about 50 other species



of Cla
and m
essenti
T
cupied
plete. I
chemic
35% oi
and a
clinical
with al
presenc
but ina
be ergo
tallize,
Swiss c
hydrate
pound,
for futu
constitu
ergoxan
lated. N
Arthur
because
haemon
Th
reviews

Outbrea

Th
rather b
of holy
meticulo
accuracy
instances
Nec
first 38
lassitude
severe m
the appe
weeks th
accompa
nated wi
numbed
and wrin

*References*

of Claviceps have been documented. Similarly, rye was not the only host, and many hundreds of species of the grass family, which supply man with essential cereal and forage crops, have been incriminated.

The isolation and identificatien of the constituents of ergot have occupied chemists for more than two centuries and the task is as yet incomplete. Initially, the object was to see if there was any difference between the chemical composition of ergot and rye. Ergot was shown to contain 25 to 35% oils, and no gluten as did rye. Various minerals, a violet, a yellowish-red and a yellow pigment were isolated more than 150 years ago, yet the first clinically useful active extract, prepared by purifying an aqueous extract with alcohol, only came into use 50 years later. Slowly evidence for the presence of alkaloids accumulated culminating in Tannet's isolation of pure but inactive "ergotinine" crystals in 1875, which was only recently shown to be ergocristinine. He also isolated an active substance which would not crystallize, and termed it ergotinine amorphe. It was only in 1906 that Kraft, a Swiss country pharmacist, showed that the amorphous substance was the hydrate of the crystalline ergotinine, and thus at last a pure active compound, which Kraft named hydroergotinine, was known which was a model for future chemists. At about the turn of the century several other important constituents of ergot including pigments, ergochrysin, secalonic acid and ergoxanthein, a glycoside, ergothioneine and even acetylcholine were isolated. Most eventful of all was the year 1918 when the brilliant young Arthur Stoll isolated crystals of ergotamine, a highly active drug which, because of its constant activity, revolutionized the treatment of post-partum haemorrhage.

These and other aspects of ergotism have been the subject of several reviews [1—7].

### Outbreaks of disease attributable to the fungus

The exceedingly distressing and variable symptoms of ergotism lead to rather bizarre early descriptions of the disease, somewhat biased by the fear of holy fire (gangrene) and bewitchment (nervous symptoms). Accurate and meticulous descriptions were written during the later Middle Ages, and then accuracy was verified by comparison with modern outbreaks and isolated instances of ergotism, usually as a result of attempts to induce abortion.

Necrotic or gangrenous symptoms seemed to predominate during the first 38 epidemics described during the Middle Ages. Symptoms began with lassitude, sometimes a cold or prickling sensation in the limbs, followed by severe muscular pains, particularly in the calf. Intellect was dulled though the appetite and pulse remained normal during the early stages. Within a few weeks the affected limbs became swollen and inflamed; this change was accompanied by violent burning pains and sensations of intense heat alternated with those of icy coldness. Gradually the affected parts became numbed and the pains sometimes ceased suddenly. The skin was cold, livid and wrinkled, but sometimes became covered with red or violet vesicles.

*References p. 94*

Unaffected parts of the skin, in particular the face and whites of the eyes were often yellow, indicating that the patient was suffering from jaundice. Feet and legs were more commonly affected and eventually turned a charcoal black. The gangrenous part shrank and became mummified. Gradually the lesion spread upwards and sometimes moist gangrene intervened. The severity of peripheral necrosis varied from the mere shedding of nails and the loss of fingers or toes to the loss of all four limbs. Most frequently the feet were affected. In severe cases violent pains for 24 h were the only premonitory signs followed by the rapid onset of gangrene.

Convulsive ergotism was characterized by predominant symptoms of the involvement of the nervous system. Usually there was no gangrene but occasionally mixed outbreaks have been described where both gangrene and nervous symptoms occur in the same or different patients. The nervous form has been given numerous names — sometimes implicating the cause or region — most frequently associated with a prominent symptom such as formication (described as a tingling sensation as if ants or mice were crawling under the skin). In addition, itching, numbness of hands and feet, twitching, muscular cramps and sustained spasms and convulsions were described. The terrible pain associated with this syndrome was often described in a graphic manner. Typically the fists were clenched, hands were in acute flexion and the feet were extended. Depending on the involvement of extensors or flexors, the body was "rolled in a ball" or extended as in tetanus. Sudden acute convulsions followed by extended periods of relaxed drowsiness caused confusion with epilepsy. Between convulsions a voracious appetite and insomnia were frequent.

Patients sometimes succumbed after a few convulsions within hours of the onset of symptoms, but usually they died after some weeks. The only significant post mortem findings were bleeding and softening of the brain and lesions of the posterior horns of the spinal cord.

In severe non-fatal cases the disease lasted up to 2 months and full mental recovery was rare. The patients appeared to become increasingly sensitive to ergot and relapses were frequent. Mortality varied between 11 and 60%. Later authors described a milder form in which all the inhabitants of a village could be affected during an epidemic. Mild formication, numbness, fatigue, giddiness, chest discomfort and sometimes mild diarrhoea and vomiting lasted for several weeks.

Although ergot potentiates uterine contractions in the term sensitized uterus, there is no evidence that it is truly abortifacient. The isolated instances of abortion during gangrenous epidemics are probably no more frequent than the incidence following any serious disease and certainly there is no evidence that the chronic convulsive type ever produced abortion. Similarly attempts to procure abortion are frustratingly unsuccessful, not rarely leading to increased dosage with tragic consequences.

Many patients gave birth to living children at term and the disease was never communicated to breastfed infants. During an epidemic weaning may be followed by an acute onset. In convulsive ergotism particularly there

seems little doubt that children generally are more susceptible. No conclusive evidence of any sex differences in the susceptibility of children or adults exists. Both forms of ergotism do produce amenorrhea but there is little evidence that lactation is significantly suppressed in the human.

Early epidemics cannot be identified with great certainty since descriptions of symptoms were rather vague and indeed unequivocal proof of the existence of ergot only dates back some 500 years. In the Middle Ages, between the year 837 up to 1347, some 50 epidemics were recorded in central Europe. They occurred mainly in France and all were of the gangrenous type.

Either the chronicles were quiescent or possibly few epidemics occurred during the 14th, 15th and 16th centuries. Only vague references to the disease were made during this period, some in the form of frescoes in chapels. The recrudescence of ergotism was characterized by the emergence of the convulsive form — 65 epidemics of this type occurred from 1581 to 1889. Of these, 29 were in Germany and the remainder occurred in Russia, Sweden, Italy, Finland, Holland, England, Switzerland, Norway, Hungary and the United States. The gangrenous form again occurred in France and although there were mixed epidemics, none in this country were of the purely convulsive type. Great epidemics raged in France and Germany, particularly from 1770 to 1780; up to 8000 people are said to have died in a single district during such epidemics. The outbreaks generated much scientific and government interest; Dodart's clear exposition of the aetiology a century before had not gained universal acceptance but was now confirmed. The great famine of 1770 which precipitated the epidemics emphasized the importance of supplementary crops and consequently potatoes and maize became staples in the diet in addition to ryebread. The ultimate result was that no further great epidemics occurred in civilized countries.

Well marked outbreaks and smaller epidemics continued during the 19th century throughout Europe, starting with the severe winter of 1812—13 which defeated Napoleon in Russia. The last gangrenous epidemic occurred in southern France in 1855 but the convulsive form persisted in other countries. The last German epidemic of considerable extent was predicted in the local paper during a wet summer and when the first cases appeared contaminated grain was confiscated and the millers were fined. Outbreaks continued particularly in northern and eastern Europe well into the 20th century, the last being recorded in Russia and England in 1928. Cases of ergotism are now generally only seen after attempts to induce abortion or after drug overdosage, although history has shown that it may well reappear after long quiescent periods. Idiopathic peripheral limb gangrene is still a well recognized clinical entity in Central Africa and has been observed in pregnant women after the ingestion of herbal concoctions of unknown composition to facilitate labour [8,9]. Some patients show syndromes with striking clinical similarities to ergotism.

The persistence of ergotism for centuries after its cause was known is understandable. Ignorance and obstinacy played a part — one man ate a

*References p. 94*

glassful of ergot to prove its innocuousness. He died the next day. On the other hand, severe famine and dire necessity precipitated most big epidemics. Up to three-quarters of the grain harvested consisted of impurities, of which ergot was often the major contaminant. Rye was usually the first harvest of the season and at times it was the sole food available, being processed into bread, dumplings, pancake, porridge, soup *etc.* Much evidence exists that ergot sclerotia were more toxic when fresh than when stored. In times of need, the grain that fell out during harvesting was milled immediately and used locally. This portion was particularly rich in ergot and thus ergotism became a disease primarily of agricultural labourers. As early as 1597 the Marbury Medical faculty recognized the increased susceptibility of malnourished individuals to convulsive ergotism. Dairy products, particularly scarce in the affected parts of Germany, were advocated as remedies. Some evidence exists that vitamin A will reduce spinal lesions induced by ergot.

Enormous amounts of ergot were apparently consumed during the great gangrenous epidemics in France. Most reports indicate that about a quarter of the grain consisted of ergot. Undoubtedly the individual susceptibility to particularly the gangrenous form varied greatly, and whole families were not usually affected as was the case in the convulsive form. Recent outbreaks have proved that death from gangrene can follow the consumption of about 100 g of ergot over a few days. During the last Russian epidemics it was found that disease occurred when the flour contained 1% ergot, and death from the convulsive form occurred after the use of flour containing 7% ergot. A 2% contamination is adequate to cause epidemics. A quantity 10 times less produced mild cases in Manchester in 1927.

Serious attempts by governments to control the disease started in 1722 when the Prussian government exchanged good grain for ergotized rye. Legislation to prevent the occurrence of epidemics was introduced notably in Saxony in 1764 — several years before the great epidemic in Europe of 1770—72. The French government, with the aid of the clergy, attempted to educate the population. With the gradual decrease of home milling during the 19th century, legislative control was facilitated. Larger sclerotia were removed by sieving, the smaller oil-rich sclerotia were removed by stirring the grain in water. The most effective purification method is to increase the density of the water with, *e.g.*, salt — a fact only realized in the 20th century.

## Chemical and physical properties of the toxic metabolites

The constituents of ergot are many; each small sclerotium contains some 10 different groups of substances with a total of over 100 compounds. Groups of compounds found in ergot include estolides, many diverse amines, amino acids, glucans whose main chain consists of 1—3 linked β-D-glucopyranosyl units, pigments, enzymes and fatty acids. Some of the more unusual compounds include 2,3-dihydroxybenzoic acid, guanine propionate, 12-hydroxystearic acid, (+)-threo 9,10-dihydroxystearic acid, D,L-α-amino-

heptanoic acid, paspalin, paspalicin, clavicipitic acid, indoleisopropionic acid and ergothioneine. The most important substances in toxicology and medicine isolated from ergot are the alkaloids. The discovery of ergotamine by Stoll in 1918 ushered in the era of modern ergot alkaloid chemistry [10].

Structurally ergot alkaloids are classified either as derivatives of lysergic acid or as clavine alkaloids.

*Type I — Derivatives of lysergic acid*

The lysergic acid derivatives are of the acid amide type and are subdivided into: (*a*) Simple lysergic acid amides which include ergine and ergometrine and (*b*) Derivatives of lysergic acid of the peptide type.

The peptide type of derivatives are further subdivided into: (*i*) the ergotamine group; (*ii*) the ergotoxine group; (*iii*) the ergoxine group. The latter subdivision is based on the hydrolysis products given by these alkaloids. Upon mild alkaline hydrolysis the ergot alkaloids of the peptide type decompose to give lysergic acid, 2 amino acids (one of which is always L-proline and the other either L-phenylalanine, L-leucine, L-isoleucine or L-valine), an α-keto acid (pyruvic acid, dimethylpyruvic acid or α-ketobutyric acid) and one equivalent of ammonia. The ergotamine group of alkaloids yields pyruvic acid while dimethylpyruvic acid is the α-keto acid produced by hydrolysis of the ergotoxine group. The ergoxine group yields α-keto butyric acid on hydrolysis.

*Type I(a)*

The simple derivatives of lysergic acid are derivatives of D-isolysergic acid and D-isolysergic acid (II). These are C-8 atom epimers. Both contain the indole group built into a tetracyclic ring system named ergoline (III) [11] (Fig. 1). The D-lysergic acid and the D-isolysergic acid are readily interconvertible in alkaline medium. They have been isolated from ergot and are also obtained by rigorous alkaline hydrolysis of type I ergot alkaloids. The first synthesis of lysergic acid was accomplished in 1954, [12]. The stereochemistry and absolute configuration of both isomers is known.

Fresh ergot from the sclerotia of *Claviceps purpurea* and saprophytic cultures of *C. paspali* contain the pharmacologically, highly active D-lysergic acid alkaloids. These are all levorotatory or only slightly dextrorotatory and their names end in *-ine*. Isolysergic acid is the characteristic component of those strongly dextrorotatory alkaloids of weak activity whose names end in *-inine* (see Table I). The unstable 8,9-double bond structural isomer of lysergic acid has been reported from submerged cultures of a Portuguese *C. paspali* strain [13].

Ergine (IV) (lysergic acid amide) (see Fig. 2) and erginine (isolysergic acid amide) are the main constituents of the alkaloid mixture from ergot of *Paspalum distichum* L. They have also been isolated as the main components, together with other alkaloids of the clavine group, from seeds of *Rivea corymbosa* (L.) Hall. f. and *Ipomoea tricolor* Cav. [14]. These seeds were

*References p. 94*

TABLE I

ALKALOIDS OF LYSERGIC AND ISOLYSERGIC ACIDS

| | m.p. °C | $(\alpha)_D^{20}$ | $(\alpha)_{5461}^{20}$ | Ref. |
|---|---|---|---|---|
| Ergine | 242 | — | +15 | 81 |
| Erginine ($C_{16}H_{17}ON_3$) | 132—234 | +480 | +608 (pyridine) | |
| Ergocornine | 182—184 | —188 | —226 | 19 |
| Ergocorninine ($C_{31}H_{39}O_5N_5$) | 228 | +409 | +624 | |
| Ergocristine | 160—175 | —183 | —217 | 82 |
| Ergocristinine ($C_{35}H_{39}O_5N_5$) | 226 | +366 | +460 | |
| α-Ergocryptine | 212—214 | —190 | —226 | 19 |
| α-Ergocryptinine ($C_{32}H_{41}O_5N_5$) | 240—242 | +480 | +508 | |
| β-Ergocryptine | 173 | —174 | — | 20 |
| β-Ergocryptinine ($C_{32}H_{41}O_5N_5$) | 220 | +424 | — | |
| Ergometrine (Ergonovine) | 162 (from ethylacetate) 212 (from acetone) | +41 (ethanol) | +60 (ethanol) | 83—86 |
| Ergometrinine ($C_{19}H_{23}O_5N_3$) | 196 | +414 | +520 | |
| Ergosecaline | — | — | — | 87 |
| Ergosecalinine ($C_{24}H_{28}O_4N_4$) | 217 | ª 298° | — | |
| Ergosine | 220—230 | —183 | —220 | 18 |
| Ergosinine ($C_{30}H_{37}O_5N_5$) | 228 | +420 | +522 | |
| Ergostine | 204—208 | —169 | — | 21 |
| Ergostinine ($C_{34}H_{37}O_5N_5$) | 215—216 | +357 | — | |
| Ergotamine | 180 (acetone) | —160 | —192 | 10 |
| Ergotaminine ($C_{33}H_{35}O_5N_2$) | 241—243 (benzene) | +369 | +462 | |
| Lysergic acid | 238 | +32 (pyridine) | | 4 |
| Isolysergic acid | 218 | — | +368 (pyridine) | |
| Lysergide ($C_{20}H_{25}N_3O$) | 80—85 | +17 (pyridine) | — | 4 |
| Lysergic acid methylcarbinolamide ($C_{18}H_{21}O_2N_3$) | 135 | +29 (DMF) | — | 81 |
| Lysergic acid-L-valinemethylester ($C_{22}H_{27}O_3N_3$) | 80—85 | —103 | — | 88 |
| Isolysergic acid-L-valinemethylester | 167 | +421 | — | |
| Methylergometrine (Methylergonovine) ($C_{20}H_{25}N_3O_2$) | 172 | —45 (pyridine) | — | |

ª $(\alpha)_D^{18}$




Lysergic acid (I) — Isolysergic acid II — Erogoline III

Fig. 1. General formulae.




| | R$_1$ | R$_2$ | R$_3$ | Name |
|---|---|---|---|---|
| (IV) | H | H | H | ergine |
| (V) | CH(CH$_3$)(CH$_2$OH) | H | H | ergometrine (ergonovine) |
| (VI) | CH(CH$_3$)(OH) | H | H | lysergic acid methylcarbinolamide |
| (VII) | CH(CH(CH$_3$)$_2$)(COOCH$_3$) | H | H | lysergic acid-L-valinemethylester |
| (VIII) | CH(CH$_2$CH$_3$)(CH$_2$OH) | H | H | methylergometrine (methylergonovine) |
| (IX) | $C_2H_5$ | $C_2H_5$ | H | lysergide |
| (X) | CH(CH$_2$CH$_3$)(CH$_2$OH) | H | CH$_3$ | methysergide |

Fig. 2. Simple lysergic acid derivatives (Type Ia).

used centuries ago by Central American Indians as the magic drug called "Ololinqui". The occurrence of lysergic acid alkaloids in the plant family of Convolvulaceae is a completely unexpected phytochemical discovery as these alkaloids had been found only in the lower fungi of the genus Claviceps.

Ergometrine (V) (lysergic acid L-2-propanolamide), the specific uterotonic ergot alkaloid was discovered in 1935 in four different laboratories almost simultaneously and described under four different names. Although the names ergometrine and ergobasine have remained in use in Europe, ergonovine was adopted in the United States of America as the official name. The structural elucidation was reported by Jacobs and Craig [15] and the synthesis of ergometrine effected by Stoll and Hofmann [16].

*References p. 94*




| | $R_1$ | $R_2$ | $R_3$ | Name |
|---|---|---|---|---|
| (XI) | H | H | $CH_2C_6H_5$ | ergotamine |
| (XII) | H | H | $CH_2CH(CH_3)_2$ | ergosine |
| (XIII) | H | H | $CH(CH_3)_2$ | ergosecaline |
| (XIV) | $CH_3$ | $CH_3$ | $CH_2C_6H_5$ | ergocristine |
| (XV) | $CH_3$ | $CH_3$ | $CH_2CH(CH_3)_2$ | α-ergocryptine |
| (XVI) | $CH_3$ | $CH_3$ | $CH(CH_3)_2$ | ergocornine |
| (XVII) | $CH_3$ | $CH_3$ | $CH(CH_3)CH_2CH_3$ | β-ergocryptine |
| (XVIII) | H | $CH_3$ | $CH_2C_6H_5$ | ergostine |

Fig. 3. Peptide derivatives of lysergic acid.

Ergometrinine (ergonovinine), the C-8 epimer of ergometrine, occurs only in small quantity in ergot together with the isomeric alkaloid.

Lysergic acid methylcarbinolamide (VI) was isolated together with ergine and erginine from saprophytic cultures of *Claviceps paspali*. It decomposes easily in a weak acid solution to form ergine and acetaldehyde.

In many ergot drugs traces of D-lysergic acid-L-valine methyl ester (VII) can be detected.

Synthetic derivatives of great pharmaceutical importance include methylergonovine (VIII) (Methergine ®), lysergide (IX) (lysergic acid diethylamide, LSD) and methysergide (X) (1-methyl-lysergic acid butanolamide).

*Type I (b)*

(*i*) *Ergotamine group.* These ergot alkaloids are characterised by the pyruvic acid liberated on alkaline hydrolysis. The two main pairs of alkaloids belonging to this group are ergotamine (XI), ergotaminine and ergosine (XII), ergosinine (see Fig. 3). Ergosecaline (XIII), whose structure is not entirely elucidated, gives lysergic acid, ammonia, pyruvic acid and valine as cleavage products and thus can be tentatively grouped in this section.

Ergotamine (XI) isolated from Swiss ergot was the first chemically homogeneous and fully active ergot alkaloid to find widespread medical application [17]. Ergotaminine, the isolysergic acid isomer of ergotamine, is not easily dissolved in most solvents, and as a result, it crystallizes rapidly from the equilibrium set up between ergotamine and ergotaminine in hydroxyl-containing solvents. As is the case with most of the isolysergic acid derivatives, ergotaminine is pharmacologically inactive.

Ergosine (XII) and ergosinine, which were isolated from Iberian ergot, have so far found no medicinal application [18].

(*ii*) *Ergotoxine group.* The 4 known pairs of alkaloids in this group each give dimethylpyruvic acid on hydrolysis.

Ergocristine (XIV), which was isolated from Iberian ergot, is a constituent of the alkaloid mixture known as ergotoxine [19]. The other constituents are α-ergocryptine (XV), the main alkaloid in ergot of Japanese and South American wild grasses, and ergocornine (XVI). Recently β-ergocryptine (XVII), isomeric with α-ergocryptine has been reported [20]. These two isomers differ in the peptide portion of the alkaloid. α-Ergocryptine yields L-leucine upon hydrolysis, and β-ergocryptine L-isoleucine.

The original 3 ergotoxine alkaloids, ergocristine, ergocornine and α-ergocryptine, which crystallize as a 1:1:1 mixture, and which for many years were thought to be a single compound named ergotoxine, find medical application as the hydrogenated derivatives under the name Hydergin ® for the treatment of peripheral and cerebral vascular disorders and of essential hypertension.

(*iii*) *Ergoxine group.* Only a single pair of ergot peptide alkaloids is known to produce α-keto butyric acid on hydrolysis. Ergostine (XVIII) is found in very small quantities as a minor alkaloid in Swiss ergot [21]. A total synthesis of ergostine and its isomer ergostinine has been developed.

The total synthesis of the peptide portion of the peptide alkaloids has been achieved. This has enabled alkaloids to be synthesised that have not yet been found in nature [22].

Pharmacologically inactive acid-alkaloids are produced by the peptide alkaloids and the corresponding dihydro-derivatives in acid solution [23]. The peptide moiety is affected in an unknown way. After intense irradiation with UV light one molecule of water is added to the Δ [9,10] double bond of lysergic acid-derived alkaloids to give lumi-derivatives.

*Type II — The clavine alkaloids*

These differ from classical lysergic acid derivatives in that the carboxyl group of the lysergic acid has been reduced to hydroxymethyl or methyl group. The clavine alkaloids occur mainly in sclerotia of Claviceps species that parasitize wild grasses in the Far East and in Africa. Saprophytic cultures of these strains also can produce clavines. Trace amounts are found in sclerotia and saprophytic cultures of *C. purpurea* and *C. paspali*. Clavine-

*References p. 94*

type alkaloids also occur in the genera of the family Convolvulaceae and in certain fungi. The chemistry of clavine alkaloids has been comprehensively described by Hofmann [24]. Table II gives a list of the known clavine alkaloids and some of their characteristics. Fig. 4 shows their structures.




Fig. 4. Clavine alkaloids. *Starting with Chanoclavine-I only ring D is shown.

CLA\

TABLE II
CLAVINE ALKALOIDS

Refere

TABLE II

CLAVINE ALKALOIDS

| Name | m.p. °C | $(\alpha)_D^{20}$ | Formula | Keller's col. reaction | Ref. |
|---|---|---|---|---|---|
| Agroclavine | 206 | −151 | $C_{16}H_{18}N_2$ | violet-blue | 89 |
| Chanoclavine-I (Secaclavine) | 222 | −240 (pyr) | $C_{16}H_{20}N_2O$ | violet-blue | 90, 91 |
| (−) Chanoclavine-II | 174 | −332 (pyr) | $C_{16}H_{20}N_2O$ | | 92 |
| Costaclavine | 182 | +44 (pyr) | $C_{16}H_{20}N_2$ | | 90 |
| Cycloclavine | 165—166 | +63 | $C_{16}H_{16}N_2$ | | 93 |
| Dihydrolysergol-I | | | $C_{16}H_{20}N_2O$ | | 43 |
| Elymoclavine | 249 | −109 (EtOH) | $C_{16}H_{18}N_2O$ | violet-blue | 94 |
| Elymoclavine-O-β-D-fructoside | | | $C_{22}H_{28}N_2O_6$ | | 95 |
| Festuclavine | 242—244 | −69 | $C_{16}H_{20}N_2$ | violet-blue | 96 |
| Fumigaclavine A | 85 | −57 | $C_{18}H_{22}N_2O_2$ | | 97 |
| Fumigaclavine B | 245 | −113 | $C_{16}H_{20}N_2O$ | | 97 |
| Isochanoclavine-I | 181 | −216 (pyr) | $C_{16}H_{20}N_2O$ | | 92 |
| Isolysergol | | | $C_{16}H_{18}N_2O$ | | 98 |
| Isopenniclavine | 163—165 | +146 (pyr) | $C_{16}H_{18}N_2O_2$ | green | 91 |
| Isosetoclavine | 234—237 | +107 (pyr) | $C_{16}H_{18}N_2O$ | green | 91 |
| Lysergene | 247—249 | +407 | $C_{16}H_{16}N_2$ | green | 99 |
| Lysergine | 286 | +65 (pyr) | $C_{16}H_{18}N_2O_2$ | violet-blue | 99 |
| Lysergol | 249—250 | +50 (pyr) | $C_{16}H_{18}N_2O$ | blue | 99, 14 |
| Molliclavine | 253 | +30 (pyr)[a] | $C_{16}H_{18}N_2O_2$ | green | 100 |
| Norsetoclavine | | | $C_{15}H_{16}N_2O$ | | 101 |
| Penniclavine | 222 | +153 (pyr) | $C_{16}H_{18}N_2O_2$ | green | 39 |
| Pyroclavine | 204 | −90 (pyr) | $C_{16}H_{20}N_2$ | violet-blue | 90 |
| Setoclavine | 229—234 | +174 | $C_{16}H_{18}N_2O$ | green | 91 |

[a] $(\alpha)_D^{17}$

*References p. 94*

Clavine alkaloids are pharmaceutically unimportant but current research is progressing concerning their therapeutic application.

## Biosynthesis of ergot alkaloids

By the use of isotope techniques and saprophytic cultures the biosynthesis of the ergoline skeleton has been elucidated. The ergoline ring system in ergot fungi and higher plants is constructed from L-tryptophan (XIX) and mevalonic acid (XX). The *N*-methyl group of the ergot alkaloids is derived from methionine *via* a transmethylation reaction. The connection of the isoprene unit with the tryptophan occurs at the 4-position of the indole nucleus by way of 4-dimethylallyltryptophan (XXI), which compound has recently been isolated from saprophytic cultures of Claviceps [25] (see Fig. 5). The precursors of tryptophan in ergot are indole, anthranilic acid and indolylpyruvic acid.

### *Pigments of ergot*

The ergot of *Claviceps purpurea* growing on rye contains a mixture of pigments from which the first crystalline product was isolated in 1877. Only




Fig. 5. Biosynthetic pathways to ergot alkaloids.




(XXII) R = H Endocrocin
(XXIII) R = OH Clavorubin

(XXIV) Ergochrome AA (4,4′) (secalonic acid A)
(XXV) Ergochrome BB (4,4′) (secalonic acid B)

(XXVI) Ergochrome CC (2,2′) (ergoflavin)
(XXVII) Ergochrome AB (4,4′) (secalonic acid C)

(XXVIII) Ergochrome AC (2,2′) (ergochrysin A)
(XXIX) Ergochrome BC (2,2′) (ergochrysin B)

(XXX) Ergochrome AD (2,2′)
(XXXI) Ergochrome BD (2,2′)
(XXXII) Ergochrome CD (2,2′)
(XXXIII) Ergochrome DD (2,2′)

Fig. 6. Pigments of ergot.

in recent years has the resolution of the mixture into its components permitted structural elucidation to be carried out.

Endocrocin (XXII) and clavorulin (XXIII) are hydroxyanthraquinone carboxylic acids. The majority of ergot pigments are weakly acid, pale yellow substances that are 2,2′- or 4,4′-dimers of the 4 monomeric xanthones designated by the letters A, B, C and D in Fig. 6. Franck *et al.* designated the pigments as ergochromes and by using two letters and two numbers it is possible to characterize the dimers and the type of linkage [26,27]. For some pigments trivial names are retained.

Ergoflavin (XXVI), the principal pigment from ergot, was crystallized in pure form by Freeborn [28] in 1912. The complete structure was elucidated in 1963 [29,30]. The structural elucidation of the other ergochromes has been mainly achieved by research groups in Canada, England and especially in Germany.

With the aid of saprophytic cultures the biogenesis of these natural

*References p. 94*




Fig. 7. Biosynthesis of ergochromes.

products has been elucidated. Biosynthetically ergochromes arise by cleavage of an anthraquinone precursor (see Fig. 7). Support for this hypothesis has been provided by Franck *et al.* who showed that secalonic acid C (XXVII) produced in the presence of [2-$^{14}$C]acetate had the expected distribution of radioactivity [31]. More recently Franck *et al.* have shown that ergochromes produced in the presence of [1-$^{14}$C]acetate, [2-$^{14}$C]acetate, or [2-$^{3}$H$_2$]acetate have labelled patterns consistent with their derivation *via* endocrocin [32—34]. A possible biogenetic pathway of ergochrome AA (4,4′) (secalonic acid A) (XXIV) starting from acetic acid (XXXIV) *via* the hypothetical heptaketopalmitic acid (XXXV) and endocrocin (XXII). The postulated benzophenonecarboxylic acid (XXXVI) is probably formed by oxidative ring fission of the anthrone or its hydroperoxide rather than in the anthraquinione (XXII) itself (see Fig. 7).

## Environmental and laboratory conditions favouring the growth of ergot

Centuries before ergot was known to be a fungus, it was noted by numerous early writers that ergot was plentiful during unusually wet seasons. Some even mentioned that it occurred when mildew was plentiful. As early as 1539, Brock in Germany noted the importance of hot spells alternating with sudden rains. Local factors are important since certain valleys or even fields were more prone to be ergotized. Moist soils encouraged ergot growth and some outbreaks were associated with marshy country. In France, however, light sandy soils were incriminated. Since moisture could affect temperature, the interaction of these factors caused some confusion.

In Dodart's classical exposition of the aetiology of ergotism, he mentioned that rainy springs followed by warmer than usual summers favoured ergot growth. Climatic conditions before the great epidemic starting in 1770

were unusual. The winter was not continuously severe yet the spring was late. In June during the flowering of rye there was much cold and mist followed by heavy rains. The maturing rye kernels were then subjected to heat waves and drought. Unusual climatic conditions have favoured epidemics indirectly by causing a scarcity of food. A large proportion of the crop was lost following frost in May prior to the last Russian epidemic in 1927. The wet and cold summer extended the flowering period of the surviving rye, rendering it more liable to infection.

The hitherto inexplicable effect of climatic conditions became obvious only when Tulasne elucidated the three basic stages of the life cycle of Claviceps in 1853. The small banana-shaped, brittle, blackish ergot is the sclerotium or resting stage of *Claviceps purpurea*. During harvesting many sclerotia fall to the ground where they slowly absorb moisture and by the next spring commence to germinate. At this stage the presence of moisture is important. Many tiny mushrooms appear to grow out of a single sclerotium. The head of each "mushroom" produces numerous submicroscopic filamentous ascospores — up to a million ascospores may be produced in this way by a single sclerotium. These spores must reach the pistil of the flowering rye to develop further. Dry windy weather will facilitate the dissemination of spores. Climatic conditions prolonging the flowering period will increase the chances of infection. The greater susceptibility of rye is based on the fact that rye, unlike other cereals, depends largely on cross-fertilization and opens its glumes in order to receive pollen from other plants.

Damp weather or dew causes moisture to accumulate at the base of the pistil and it is there that the ascospore begins to germinate. Long filamentous hyphae enter the ovary and remainder of the pistil, resulting in envelopment of the organs by mycelia within a week. The twisted strands of hyphae give rise to asexual spores called conidia. The hyphae further excrete a sweet mucilaginous substance — honeydew — which envelops numerous conidia. The honeydew attracts insects and also spreads the infection by dripping on to spikelets of grain below. Meanwhile, the hyphae replace the entire kernel and the density increases. Maturation of the new sclerotium is encouraged by warm weather.

Satisfying present-day commercial demand for ergot required some ingenuity since the rye plant is only susceptible to infection during the few days of flowering. Stroking the flowers at the right stage induces instant opening and machines which did this and simultaneously sprayed them with cultures were developed. More efficient are the recent automated techniques for direct inoculation of the rye with spore suspensions. Limiting factors are weather dependence and a single crop per year.

Significant progress on the laboratory culture of Claviceps is relatively recent and several methods have been patented. Submerged cultures give satisfactory yields of clavine alkaloids and simple lysergic acid derivatives but not as yet of the peptide alkaloids. The first step of commercial significance was the discovery that the fungus strain *Claviceps paspali* (Stevens and Hall) is capable of producing considerable quantities of lysergic acid derivatives

*References p. 94*

:OTISM
cleav-
othesis
acid C
ed dis-
n that
cetate,
ion *via*
ne AA
*via* the
). The
ned by
in the
t
ced by
easons.
s early
nating
r even
growth
, how-
t tem-
: men-
oured
1770

Case 4:03-cv-04019-KES Document 219-15 Filed 12/07/04 Page 29 of 93 PageID #: 3972



especially lysergic acid amide by means of saprophytic submerged culture. Lysergic acid, which is used as starting material for the production of pharmaceuticals, is not obtained by this process on an industrial scale. Another strain of *Claviceps paspali* obtained from the ergot of *Paspalum dilatatum* of Portuguese origin produces free isomeric lysergic acids in good yield by the submerged culture technique.

A detailed survey of the production of ergot alkaloids has been made by Gröger [7].

## Analysis for the toxic metabolites

Numerous methods have been described for the qualitative and quantitative estimation of these compounds.

Characteristic colour reactions are given by ergot alkaloids with sulphuric acid, Keller reagent and van Urk's reagent. A representative formula for the Keller reagent would be 0.1% glyoxylic acid and 0.5% ferric chloride to glacial acetic acid. The test involves the observation of the colour that develops when the reagent is mixed with the alkaloid and concentrated sulphuric acid (see Table II).

One of the simplest and most sensitive tests for the indole nucleus of the ergolines is the van Urk test. Originally van Urk used a 1% solution of paradimethylaminobenzaldehyde in alcohol. Allport and Cocking modified the reagent so that the usual solution is now made by dissolving 125 mg paradimethylaminobenzaldehyde in a 65% solution of nitrate-free concentrated sulphuric acid to which 0.1 ml of a 5% aqueous ferric chloride solution is added [35]. The reagent must be freshly prepared at least once weekly.

Most quantitative methods are based on the modified van Urk reaction. Ergolines are also quantitatively estimated by titration, ultraviolet absorbance and spectrophotofluorometric methods [24,36,37].

The estimation of the total alkaloid content is insufficient for pharmaceutical preparations because these lysergic acid derivatives easily isomerise to the isolysergic acid derivatives in which the pharmaceutical effect is practically lost. Ideally all components of the alkaloid mixture should be separated and separately estimated. Chromatographic procedures are the best for separation of the individual alkaloids.

Hofmann has used aluminium oxide columns to separate certain of the simple peptide derivatives of lysergic acid [24]. It was by use of this method that the ergotoxine complex was separated.

Paper chromatographic methods have been extensively and successfully used. Ergometrine and ergometrinine were separated by Forster on unbuffered paper [38]. By the use of impregnated papers the pharmaceutically important ergotamine and ergotoxine group and the corresponding dihydroderivatives were successfully separated [39]. The clavine group of alkaloids has also been separated by paper chromatography [40—42].

Thin-layer chromatographic procedures for the resolution and quantita-

tive determination of ergot alkaloids have also been employed. This would appear to be the method of choice and is receiving most attention in the current literature. The literature has been reviewed by Agurell [43] and Santavý [44]. Pioneering work in this field was done by Rachelmeyer *et al.* [45—47]. The thin-layer chromatographic behaviour of lysergide and 14 related ergot alkaloids has been investigated by Fowler *et al.* [48].

Methods for the quantitative measurements of single alkaloids after chromatographic separation have been repeatedly described. Densitometry, spectrophotofluoremetry and colorimetric methods have been successfully applied [47—53].

### Natural occurrence of metabolites

For a long time the ergotine derivatives have been regarded as specific for the genus Claviceps. Recently ergot alkaloids were isolated from fungi outside the genus Claviceps (*Aspergillus fumigatus, A. clavatus, A. nidulans, Rhizopus nigricans, Penicillium chermesinum, P. concavo-rugulosum*) and from higher plants (*Rivea corymbosa, Ipomoea violacea, I. argyrophylla* Vatke, *I. hildebrandtii* Vatke, *I. tricolor* Cav.).

The highly organospecific ergot fungal infection can only develop in the female sex organs of the grasses [54]. The biology of the ergot fungi has been summarized by Gröger [7].

Taxonomically the genus Claviceps presents many problems. Critical reviews have been given by Langdon [55] and Skalický and Starý [56].

Lists of the host plants to various Claviceps species have been published repeatedly [57]. One of the pioneers of ergot research classified the ergot fungi into 16 races [58].

According to Gröger [59] the genus Claviceps may be divided into 3 groups according to their alkaloid-producing ability. Ergot poisoning in animals is usually due to infestation of the growing grasses: perennial rye grass (*Lolium perenne*), cocksfoot (*Dactylis glomerata*) timothy (*Phleum pratense*), crested dog's tail (*Cynosurus cristatus*), oat grass (*Avena pubescens*) and Yorkshire fog (*Holcus lanatus*) are among British grasses susceptible to attack [60]; while in America wheat grasses (*Agropyron* spp.) redtop (*Agrostis alba*), smooth bromegrass (*Bromus inermis*), reed grasses (*Calamagrostis* spp.), wild rye (*Elymus* spp.) red canary grass (*Phalaris arundinacea*), and blue grasses (*Poa* spp.) have been implicated [61].

The 1962 list by Lynn R. Brady, the 1957 publication by Vincenzo Grasso and the 1947 list by Toyohiko Kawatani record all host plants known [57,62]. Apart from 4 species in the family Juncacea and 17 in the family Cyperaceae the almost thousand other host plants for Claviceps fungi belong to the family Gramineae — the grass family. This family (Gramineae) embraces about 620 genera and their thousands of species distributed throughout the world supply us with our cereal and forage crops — Festuceae for fodder grasses, Hordeeae for wheat, barley and rye, Avenae for oats, Oryzae for rice, Paniceae for millet and Maydeae for Indian corn. Ergot is a parasite on all of these [6].

*References p. 94*

Both corn and rice are reported to be parasitized by ergot. *Claviceps gigantea*, the species infesting corn was described in 1964 [63]. The sclerotium is longer than that of other ergots being up to 8 cm long and 5 cm thick. Chemical analysis by Mas showed it to contain two substances resembling ergot alkaloids [14]. Rice is attacked by fungi which develop sclerotia but whether these sclerotia contain alkaloids is uncertain [65]. Claviceps attacking rice is a distinct species — *Claviceps zizaniae* (Fyles) Comb. Nov. [66].

Nowadays ergot is harvested by the ton. Mechanical inoculation has made possible the controlled production of large quantities of crude ergot in all parts of the world.

Saprophytic cultivation in glass tanks sounds deceptively easy; nothing is needed except a fungus and a culture medium. Wang in 1966 made an excellent review of the subject in her thesis on the saprophytic production of ergot alkaloids [67].

**Biological activity in experimental systems**

The French physician Tullier dosed various farm animals with ergot in 1630 and reported that they all died. For the next three centuries unbelievable difficulties with biological work were encountered and much controversy raged. This was partly due to the complex nature of ergot and its many extracts, but mainly due to the fact that the science of animal experimentation did not exist. Principles of experimental design, selection of appropriate animals, dosage and environment had to be developed. Ergot, by initially causing chaos, contributed greatly to the principles of pharmacological testing and standardization since it was a desperately needed pharmaceutical. The systematic chemical hunt for active principles which started well into the 19th century provided a great impetus.

*Peripheral vasoconstriction*

For centuries ergot had been used to stop haemorrhage at childbirth. When it became clear that gangrenous ergotism followed circulatory disturbances, experimental studies of the effects on the circulation commenced.

Frogs were injected subcutaneously and the effects on the circulation observed in the web, tongue and mesentery. Some used rabbits and observed the ear, retina or mesentery. Cyanosis of the rooster's comb, used qualitatively by early European workers, was adopted for quantitative assay by American manufacturers at the turn of the century. It soon became obvious that transient vasoconstriction was a particularly non-specific parameter. A century ago German workers at Strasbourg began to notice other effects and measured them objectively, even using controls. They studied the calibre of blood vessels, heart and muscular activity, salivation, respiration, reflexes and pupillary changes.

Rat tails readily undergo necrosis following the administration of various ergot alkaloids. Anderson and Wells [68] induced gangrene by the sub-

cutaneous or intraperitoneal injection of ergotamine tartrate and found no difference in the response by either route. The sex of the rat had no influence on the response. When single injections ranging between 3.3 and 50mg/kg were given it was observed that the incidence of gangrene with the smallest dose was very low, while with the largest dose a high mortality occured. In the process of developing gangrene the appearance of the rats' tails passed progressively through several poorly defined stages. The earliest indication of impending necrosis was the appearance of a demarcating region of redness and tenderness, distal to which there was an area of extreme pallor, with dark discolouration of the tip of the tail. This change was designated arbitrarily as the onset of gangrene. Half the animals which developed gangrene began to do so within 3 days and 100% within 7 days of the injection.

### *Epinephrine reversal*

In England in 1905, Dale noticed that epinephrine injected into cats after they had been given ergot produced a drop in blood pressure, which was exactly the reverse of what should have happened, and one of the most specific actions of ergot known today. Simultaneously Sollman and Brown in America observed the same reaction. Large doses of ergot extracts given intravenously to dogs obliterated the pressor effects of epinephrine. When epinephrine was injected into the spleen of an ergotized animal it became dilated.

Many attempts were made to perfect the simple blood pressure assay for ergot, with consistently unreliable-results. Swiss workers then refined the blood pressure reversal test and it is widely used today.

Epinephrine will normally inhibit peristalsis of the small intestine. Spanish workers demonstrated that when guinea pig intestinal strips had been exposed to ergot and epinephrine was added, instead of being inhibited the contractions became stronger than ever. Thus ergot not only reverses the stimulating action of epinephrine, but also its inhibitory actions.

### *Uterine tests*

Longitudinal strips of muscular structures from the uterus were used in a biological test advocated by Kehrer in Germany in 1907. Strips obtained from the uterus of cats were placed in Ringer's solution and small amounts of ergot were added. The amount which caused an increase in the contractions of the strip was noted. The response of material taken from cats in various stages of reproduction was excessively variable and the lack of a standard preparation at the time limited the value of the tests.

The methods utilizing the isolated cat or guinea pig uterus were better than most existing assays but unless pure alkaloids were used the amines and other extraneous constituents of ergot preparations interfered with the test. It was still not possible to correlate test findings with therapeutic effects.

*References p. 94*

Clarke and Broom abolished this unsatisfactory state of affairs when they reported their classical method in 1923. They used the isolated uterus of pregnant or non-pregnant rabbits. Longitudinal strips of about 1 cm were cut while the uterus was immersed in Ringer's solution. Strips were placed in separate baths and epinephrine solutions of 1:1 000 000 concentration added. After observing the amount of contraction the epinephrine solution was washed out. 5 minutes later the ergot preparations were added and left to stand for 5 more minutes and then the bath fluid was changed. Then epinephrine was again added and the uterine response – if any – recorded. The end point in this biological titration was that amount of ergot preparation which abolished the response to epinephrine in one dose. By using a known strength of ergotamine in the duplicate bath a quantitative determination could be made. The test was rapid, convenient, inexpensive and exceedingly sensitive, but not very specific.

Thus a mere 45 years ago the best qualitative assay method was epinephrine reversal of blood pressure in the cat. For quantitation, the method used was the Clark and Broom epinephrine reversal in the isolated rabbit uterus, using ergotamine, the only available pure alkaloid, as a standard. With these methods it was finally established that only alkaloidal fractions were pharmacologically active. Soon more alkaloids were isolated. The question of relative physiological actions arose, and again the bio-assay field was plunged into chaos.

In 1938 Rothlin reported his now standard method of assaying the oxytocic components of ergot. *In situ* contractions of the uterus and vagina as one organ were recorded. Fixed doses of a standard were injected alternately with the unknown, which was varied until the two responses were similar. Assays using the isolated uterus were improved. The state of the organ was standardized by using uteri from immature rabbits which had been pretreated with oestrogens. The latent time for a response, expressed as the logarithm, was used rather than attempting biological titration as the measure of potency and this improved the precision of assay tremendously.

### *Seminal vesicle standardization*

The Swiss workers of Basle devised an almost ideal method in 1945, which was a modification of the Clark and Broom method of 1923. Instead of measuring the adrenergic blocking activity in the isolated rabbit uterus, seminal vesicles from guinea pigs were substituted. The test organs were small, sensitive and obtained in pairs of similar size. They displayed virtually no spontaneous activity, always responded to epinephrine by contraction and kept their sensitivity for prolonged periods.

As late as 1947 large collaborative studies were organised in order to identify ideal assay methods of ergot powder and fluid extracts of ergot. They failed, because ergot has a variety of physiological actions, some of which they were not aware of at the time. No single biological assay method can measure them all, especially in samples whose chemical composition was variable.

## Mode of action of ergot constituents

Prior to the isolation of ergotamine in 1918, many alkaloids and acids had been isolated but their biological activity was often disappointing. Many workers focussed their attention on other groups of compounds, particularly the basic amines. Fractions containing variable mixtures of amino acids were equally disappointing.

Burger and Dale isolated isoamylamine and tyramine in 1909 and a short time later histamine and acetylcholine. All these amines were active and some were even supplied commercially for obstetrical use. Meanwhile, the ergotoxine complex — a variable combination of ergocornine, ergocryptine and ergocristine — was being investigated. Fortunately, all three alkaloids had similar pharmacological properties and most of the effects of ergot were unravelled. All the work had to be repeated with ergotamine. The results were similar but some minor effects were important clinically. For instance, ergotamine had a weaker suppressive action on the respiratory centre.

The description of the action of the many compounds isolated in recent times has become an exceedingly involved field, with numerous tests having to be performed on each new compound. The task was simplified by Cerletti in 1958 who proposed an activity spectra scheme whereby any known alkaloid could be classed into one of 6 groups. These criteria are essentially the ability to cause vasoconstriction, uterine contraction, adrenergic blockade and serotonin antagonism. Central effects were classed into two groups; firstly, vomiting, bradycardia, inhibition of vasomotor centre and baroceptive reflexes; secondly, excitatory syndrome, mydriasis, hyperglycaemia and hyperthermia. These 6 categories can be further broken down into 3 action groups.

### *Peripheral effects*

These effects of ergot alkaloids, due to smooth-muscle stimulation, include vasoconstriction and oxytocic effects. All smooth muscle, vascular or non-vascular, is contracted. The action is a direct one since there is no relation to innervation nor to any of the chemical mediators, but the actual mechanism is not known. The smooth-muscle excitant action is pronounced in the natural alkaloids but greatly reduced in the hydrogenated derivatives and some hydrogenated alkaloids have actions which are the reverse of natural alkaloids. They may produce vasodilation, lower the blood pressure and even inhibit the uterotonic effects of natural alkaloids.

The constriction of intracranial arteries produced by ergot is useful in the treatment of migraine, but the decreased flow through peripheral, mesenteric or coronary arteries may cause local ischaemia. Ergotamine tartrate is the most effective ergot alkaloid in the treatment of migraine and, if given during prodrome, the attack may be completely aborted. Caffeine is sometimes given as well because it is a vasoconstrictor of intracranial vessels and enhances absorption of ergotamine from the gastrointestinal tract.

*References p. 94*

As a migraine prophylactic methysergide (a synthetic alkaloid with a potent antiserotonin action) has measurable value in selected patients. As many as 20% of patients cannot tolerate methysergide and its chronic use has been associated with retroperitoneal fibrosis, a previously extremely rare syndrome. This reaction is assumed to be due to the chronic arterial constrictive action of methysergide.

Only at term is uterine muscle more sensitive to ergot than is other smooth muscle. In the absence of pregnancy or early in pregnancy, dangerous amounts of ergot are required to demonstrate the uterine stimulating effect and even then the effect is stronger on the cervix. Ergot cannot therefore be used in any context as an abortifacient. During the third trimester the sensitivity of the uterus gradually increases and ergometrine can be used to induce labour and contract the uterus postpartum. For the induction and stimulation of labour it is much easier to adjust the dosage of oxytocin than that of an ergot alkaloid. For the prevention of postpartum bleeding ergometrine or methylergometrine is most commonly used.

Hypertension is the important side-effect of ergometrine. Oxytocin does not have this effect and methylergonovine is supposed to cause less elevation of blood pressure.

*Neurohormonal actions*

The neurohormonal effects of ergot are those of serotonin antagonism and adrenergic blockage. They are produced by interference with amines at the receptor site of the myoneural junctions. The antiserotonin effect is exploited clinically by methysergide prophylaxis for migraine and other vascular headaches, in the treatment of the carcinoid syndrome and in certain rheumatic affections. The hydrogenated ergot alkaloids, particularly of the ergotoxine group, cause vasodilation and are used clinically to treat high blood pressure and cerebral circulatory disorders. They also improve tissue metabolism by normalizing and stabilizing the phosphatases.

*Central effects*

The central effects of the ergot alkaloids are complicated. Stimulation or inhibition of the medulla oblongata produces bulbomedullary effects which include bradycardia, vomiting and inhibition of the vasomotor centre. LSD-25, D-lysergic acid diethylamide and lysergide are synonyms for the compound with the most potent central action. The drug affects the midbrain to produce the symptoms of hyperthermia, hyperglycemia, mydriasis, piloerection, tachypnoea and hyperreflexia.

Bové has named LSD-25 the "drug of the century" [6]. Since Hoffmann's discovery of the hallucinogenic properties of this synthetic compound in 1943 more than 2000 scientific papers and numerous reports in other journals have appeared. Excellent reviews on the status of lysergide in medicine and psychotherapy have been made by Hoffer and Osmond [4].



gated.
to a s
that v
during
produ
there
[69].
relatio
proge

*Poiso*

loids,
are nc
ing in
instan
few d
later
grain.
tween
dosag
amine
The e
doses.
doses
small
increa
report
Anotl
ery rc
newbo
mistal
that i
rapidl
moses
been i
altern
therap

*Refere*

The action of LSD on species other than man has also been investigated. One extraordinary study showed that after administration of the drug to a spider it became less susceptible to external distractions and spun a web that was more meticulously regular in pattern than is usually the case.

Shelesnyak *et al.* showed in 1963 that a single dose of ergocornine during the post-ovulatory phase of the menstrual cycle interfered with the production of progesterone and led to the prevention of decidualization and therefore nidation — the nesting of the fertilized egg in the wall of the uterus [69].

Other articles in 1965 and 1966 showed that there is a very clear relationship between structure of the alkaloids and their ability to affect progesterone metabolism.

The clavine alkaloids have not yet been used therapeutically.

### *Poisoning following therapeutic use*

Considering the extremely widespread therapeutic use of ergot alkaloids, particularly in obstetrics and for migraine, reports of serious toxicity are not excessive. Its manifestation may, however, be disastrous and interesting information has been obtained from such episodes. Only rare, isolated instances of natural poisoning by ergot have been reported during the last few decades; the widely reported outbreak at Port St. Esprit in 1951 was later attributed to an organic phosphorus preparation used to spray the grain.

The tolerance to ergot alkaloids undoubtedly varies enormously between patients. Toxic symptoms are not always a consequence of errors of dosage, but have been ascribed to unusual sensitivity. Less than 4 mg ergotamine tartrate orally, has been reported to cause gangrene of both legs [70]. The extreme pain of migraine has provided an incentive to take massive doses, but more often poisoning is a consequence of excessive use of small doses over many years. Provocative tests with such patients using doses as small as 1 mg have elicited serious symptoms [71]. No scientific proof of increasing sensitivity exists, but nevertheless, such patients are reminiscent of reports by early chroniclers of a progressive increase in sensitivity to ergot. Another understandably frequent cause of poisoning is the practice in delivery rooms of administering ergotamine and vitamin K to the mother and newborn respectively. If the syringes are kept on the same tray, a simple mistake results in the infant receiving the ergotamine at a dosage 20 times that intended for the mother.

Respiratory depression and other neurological symptoms may develop rapidly in newborn infants receiving accidental doses [72]. Erythema, ecchymoses on the extremeties, oedema and pulmonary manifestations have also been reported [73].

Most of the classical symptoms, including sensations of intense burning alternating with those of icy coldness, have been confirmed in recent severe therapeutic accidents in adults. In patients using ergot alkaloids regularly for

*References p. 94*

Case 4:03-cv-04019-KES Document 219-15 Filed 12/07/04 Page 37 of 93 PageID #: 3980



migraine, insidious symptoms, which may not be recognized for many years, include pains in the legs and arms, cold hands and feet and nervous disturbances [71]. Acute intermittent attacks of these symptoms have been described [74]. Continued use of ergotamine — sometimes daily for many months — may result in the acute onset of arterial insufficiency in the limbs [75]. Arteriography may reveal local or general narrowing of the aorta, renal, iliac and femoral arteries. The arterial walls are smooth and there is no evidence of atheroma or occlusion. Plethysmography has revealed reduced flow and increased peripheral resistance in the calf and ankle. Biopsies of the skin, muscle and vasculature may be normal and the conduction velocity of nerves remains unchanged.

Acute poisoning with gangrene has been reported after the patients had taken 5 and 72 mg ergotamine and 9 mg ergometrine [76—78]. Treatment has included the use of vasodilators, anticoagulants and infusion of low molecular weight dextran. The use of sympathetic block in ergot toxicity is controversial since the main vasoconstrictor effect seems to be due to a direct action on the receptors of the blood vessels proper. However, sympathetic denervation, in the form of either paravertebral block, sympathectomy or spinal anaesthesia appears to give impressive results. In an unusual case where the upper limbs were the most affected, there seems little doubt that brachial plexus blocks were of considerable value [79].

Ergotism and complications occur readily when used in the presence of contraindications. These are: (*1*) peripheral vascular disease; (*2*) hypertension; (*3*) ischaemic heart disease; (*4*) liver diseases; (*5*) severe infections, especially puerperal; (*6*) renal disease; (*7*) old age; (*8*) anaemia; (*9*) thyrotoxicosis. Experimentally, thyrotoxicosis increases the incidence of ergotamine-induced gangrene of the tail of the rat. There is evidence that thyroxine acts by prolonging the vasoconstrictor action of the alkaloid [80].

## References

1 G. Barger, Ergot and Ergotism, Gurney and Jackson, London, 1931, p. 1.
2 J.E. Saxton, The indole alkaloids, in R.H.F. Manske (Ed.), The Alkaloids, Vol. VII, Academic Press, New York, 1960, pp. 4—199.
3 A. Stoll and A. Hofmann, The ergot alkaloids, in R.H.F. Manske (Ed.), The Alkaloids, Vol. VIII, Academic Press, New York, 1965, pp. 726—783.
4 A. Hoffer and H. Osmond, The Hallucinogens, Academic Press, New York, 1967, p. 83.
5 A. Stoll and A. Hofmann, The chemistry of the ergot alkaloids, in S.W. Pelletier (Ed.), Chemistry of the Alkaloids, Van Nostrand Reinhold, New York, 1970, pp. 267—300.
6 F.J. Bové, The Story of Ergot, Karger, Basel, 1970, p. 3.
7 D. Gröger, Ergot, in S. Kadis, A. Ciegler and S.J. Ajl, (Eds.), Microbial Toxins, Vol. VIII, Academic Press, New York, 1972, pp. 321—373.
8 R.D. Barr, A.D. Roy and J.R.M. Miller, Brit. Med. J., 4 (1972) 273.
9 D. Bhana and H. Baddeley, East. Afr. Med. J., 47 (1970) 506.
10 A. Stoll, Swiss Patent 79 879 (1918).
11 W.A. Jacbos and R.G. Gould, J. Biol. Chem., 120 (1937) 141.
12 E.C. Kornfeld, E.J. Fornefeld, G.B. Kline, G.B. Mann, M.J. Jones and R.B. Woodward, J. Am. Chem. Soc., 76 (1954) 5256.



13 H.
14 A.
15 W
16 A.
17 A.
18 S.
19 A.
20 W.
rie
21 W.
Ch
22 P..
H(
23 W.
24 A.
25 J.I
26 B.
27 B.
28 A.
29 J.\
Sc
30 A.
Cl
31 B.
32 B.
33 D.
(1
34 W.
35 N.
36 I.
37 G.
38 G.
39 A.
40 R.
41 S.
42 S.
43 S.
44 F.
bu
45 H.
46 K.
28
47 M.
an
48 R.
49 K.
50 K.
51 L.
52 A.
53 K.
54 E.
55 R.
56 V.
57 L.
58 M

13 H. Kobel, E. Schreier and J. Rutschmann, Helv. Chim. Acta, 47 (1964) 1052.
14 A. Hofmann and H. Tscherter, Experientia, 16 (1960) 414.
15 W.A. Jacobs and L.C. Craig, Science, 82 (1935) 16.
16 A. Stoll and A. Hofmann, Helv. Chim. Acta, 26 (1943) 944.
17 A. Stoll, Helv. Chim. Acta, 28 (1945) 1283.
18 S. Smith and G.M. Timmis, J. Chem. Soc., (1937) 396.
19 A. Stoll and A. Hofmann, Helv. Chim. Acta, 26 (1943) 1570.
20 W. Schlientz, R. Brunner, A. Rüegger, B. Berde, E. Stürmer and A. Hofmann, Experientia, 23 (1967) 991.
21 W. Schlientz, R. Brunner, P.A. Stadler, A.J. Frey, H. Ott and A. Hofmann, Helv. Chim. Acta, 47 (1964) 1921.
22 P.A. Stadler, S. Guttmann, H. Hauth, R.L. Huguenin, E.D. Sandrin, G. Wersin and A. Hofmann, Helv. Chim. Acta, 52 (1969) 1549.
23 W. Schlientz, R. Brunner, F. Thudium and A. Hofmann, Experientia, 17 (1961) 108.
24 A. Hofmann, Die Mutterkornalkaloide, Enke, Stuttgart, 1964, p. 1.
25 J.E. Robbers and H.G. Floss, Arch. Biochem. Biophys., 126 (1969) 967.
26 B. Franck and I. Zimmer, Chem. Ber., 98 (1965) 1514.
27 B. Franck, G. Baumann and U. Ohnsorge, Tetrahedron Letters, (1965) 2031.
28 A. Freeborn, Pharm. J., 88 (1912) 586.
29 J.W. Apsimon, J.A. Corran, N.G. Greasey, K.Y. Sim and W.B. Whalley, Proc. Chem. Soc., (1963) 209.
30 A.T. McPhail, G.A. Sim, J.D.M. Asher, J.M. Robertson and J.V. Silverton, Proc. Chem. Soc., (1963) 210.
31 B. Franck and F. Hüper, Angew. Chem. Intern. Ed., 5 (1966) 728.
32 B. Franck, F. Hüper, D. Gröger and D. Erge, Chem. Ber., 101 (1968) 1954.
33 D. Gröger, D. Erge, B. Franck, U. Ohnsorge, H. Flasch and F. Hüper, Chem. Ber., 101 (1968) 1970.
34 W.B. Turner, Fungal Metabolites, Academic Press, New York, 1971, p. 167.
35 N.L. Allport and T. Cocking, Quart. J. Pharm. Pharmacol., 5 (1932) 341.
36 I. Gyenes and J. Bayer, Pharmazie, 16 (1961) 211.
37 G.E. Foster, J. Pharm. Pharmacol., 7 (1955) 1.
38 G.E. Foster, J. McDonald and T.S.G. Jones, J. Pharm. Pharmacol., 1 (1949) 802.
39 A. Stoll and A. Rüegger, Helv. Chim. Acta, 37 (1954) 1725.
40 R. Voigt, Pharmazie, 14 (1959) 607.
41 S. Yamatodani, Ann. Rept. Takeda Res. Lab., 19 (1960) 1.
42 S. Agurell and E. Ramstad, Lloydia, 25 (1962) 67.
43 S. Agurell and E. Ramstad, Acta Pharm. Suec., 2 (1965) 231.
44 F. Santavý, in E. Stahl (Ed.), Dunnschichtchromatographie, Ein Laboratoriumshandbuch, Springer, Berlin, 1967, pp. 405—449.
45 H. Rochelmeyer, Pharm. Ztg. Ver. Apotheker-Ztg., 103 (1958) 1269.
46 K. Teichert, E. Mutschler and H. Rochelmeyer, Deut. Apotheker-Ztg., 100 (1960) 283 and 477.
47 M. Klavehn, H. Rochelmeyer and J. Seyfried, Deut. Apotheker-Ztg., 101 (1961) 75 and 477.
48 R. Fowler, P.J. Gomm and D.A. Patterson, J. Chromatog., 72 (1972) 351.
49 K. Genest, J. Chromatog., 19 (1965) 531.
50 K. Genest and C.G. Farmilo, J. Pharm. Pharmacol., 16 (1964) 250.
51 L.J. McLaughlin, J.E. Goyan and A.G. Paul, J. Pharm. Sci., 53 (1964) 306.
52 A. Hofmann, Pharm. Weekblad, 100 (1965) 1261.
53 K. Roder, E. Mutschler and H. Rochelmeyer, Pharm. Acta Helv., 42 (1967) 407.
54 E. Gäumann, Pflanzliche Infektionslehre, Birkhäuser, Basel, 1951, p. 1.
55 R.F.N. Langdon, Univ. Queensland Papers, Dept., Botany, 3 (1954) 61.
56 V. Skalický and F. Starý, Preslia, 34 (1962) 229.
57 L.R. Brady, Lloydia, 25 (1962) 1.
58 M. Abe and S. Yamatodani, Progr. Ind. Microbiol., 5 (1964) 205.

59 D. Gröger, in M. Lange-de la Camp (Ed.), Das Art- und Rassenproblem bei Pilzen in taxonomischer, morphologischer, cytologischer, psychologischer, biochemischer und genetischer Sicht, Fischer, Jena, 1968, pp. 169—179.
60 C.M. Edwards, Vet. Rec., 65 (1953) 158.
61 J.M. Kingsbury, Poisonous Plants of the United States and Canada, Prentice-Hall, New Jersey, 1964.
62 V. Grasso, Boll. Staz. Patol. Veg. (3), 15 (1957) 317.
63 S.F. Fuentes, M.L. de la Isla, A.J. Ullstrup and A.E. Rodriguez, Phytopathology, 54 (1964) 379.
64 E.E. Mas, Bol. Soc. Quim. Peru, 4 (1938) 3.
65 G.T. Sinner and L.C. Schramm, J. Pharm. Sci., 57 (1968) 889.
66 M.E. Pantidou, Can. J. Botany, 37 (1959) 1233.
67 C.J. Wang, Diss., University of Michigan, Ann Arbor, 1966.
68 L.H. Anderson and J.A. Wells, Proc. Soc. Exptl. Biol. Med., 67 (1948) 53.
69 M.C. Shelesnyak, B. Lunenfeld and B. Honig, Life Sci., 1 (1963) 73.
70 W. Bross, T. Cisek, T. Czerada and S. Kaziminski, Lancet, 1 (1963) 85.
71 I. Enge and E. Sivertssen, Am. Heart J., 70 (1965) 665.
72 G.G. Brereton-Stiles, W.S. Winship, N.M. Goodwin and R.F. Roos, S. Afr. Med. J., 46 (1972) 2052.
73 W.M. Edwards, Clin. Pediat., 10 (1971) 257.
74 G. Glazer, K.A. Myers and E.R. Davies, Postgrad. Med. J., 42 (1966) 562.
75 M.S. Fedotin and C. Hartman, New Engl. J. Med., 283 (1970) 518.
76 M. London, F. Magora, S. Rogel and H. Romanoff, Angiology, 21 (1970) 565.
77 J.J. Cranley, R.J. Krause, E.S. Strasser and C.D. Hafner, New Engl. J. Med., 269 (1963) 727.
78 R.E. Devitt, E. Chater and D.S. Colbert, J. Ir. Med. Ass., 63 (1970) 441.
79 P. Hudgson and J.A.L. Hart, Med. J. Aust., 2 (1964) 589.
80 J.A. Wells and L.H. Anderson, Proc. Soc. Exptl. Biol. Med., 74 (1950) 374.
81 F. Arcamone, C. Bonino, E.B. Chain, A. Ferretti, P. Pannella, A. Tonolo and L. Vero, Nature, 187 (1960) 238.
82 A. Stoll and E. Burckhardt, Z. Physiol. Chem., 250 (1937) 1.
83 H.W. Dudley and C. Moir, Brit. Med. J., 1 (1935) 520.
84 M.S. Kharasch and R.R. Legault, Science, 81 (1935) 388 and 614.
85 A. Stoll and E. Burckhardt, Compt. Rend., 200 (1935) 1680.
86 M.R. Thompson, Science, 81 (1935) 636.
87 M. Abe, T. Yamano, S. Yamatodani, Y. Kozu, M. Kusumoto, H. Komatsu and S. Yamada, Bull. Agr. Chem. Soc. Japan, 23 (1959) 246.
88 W. Schlientz, R. Brunner and A. Hofmann, Experientia, 19 (1963) 397.
89 M. Abe, Ann. Rept. Takeda Res. Lab., 10 (1951) 73.
90 M. Abe, S. Yamatodani, T. Ymamano and M. Kusumoto, Bull. Agr. Chem. Soc. Japan, 20 (1956) 59.
91 A. Hofmann, R. Brunner, H. Kobel and A. Brack, Helv. Chim. Acta, 40 (1957) 1358.
92 D. Stauffacher and H. Tscherter, Helv. Chim. Acta, 47 (1964) 2186.
93 D. Stauffacher, P. Niklaus, H. Tscherter, H.P. Werner and A. Hofmann, Tetrahedron, 25 (1970) 5879.
94 M. Abe, T. Yamano, Y. Kozu and M. Kusumoto, J. Agr. Chem. Soc. Japan, 25 (1952) 458.
95 H.G. Floss, H. Günther, U. Mothes and I. Becker, Z. Naturforsch., 22b (1967) 399.
96 M. Abe and S. Yamatodani, J. Agr. Chem. Soc. Japan, 28 (1954) 501.
97 J.F. Spilsbury and S. Wilkinson, J. Chem. Soc., (1961) 2085.
98 S. Agurell, Acta Pharm. Suec., 3 (1966) 7.
99 M. Abe, S. Yamatodani, T. Yamano and M. Kusumoto, Agr. Biol. Chem. (Toyko), 25 (1961) 594.
100 M. Abe and S. Yamatodani, Bull. Agr. Chem. Soc. Japan, 19 (1955) 161.
101 E. Ramstad, W.N. Chan Lin, R. Shough, K.J. Goldner, R.P. Parikh and E.H. Taylor, Lloydia, 30 (1967) 441.


Chapte
RHIZC
STEVE
Departn
N
forages
sympat
*Rhizoc*
also pr
pound
lysine.
transfo
both cl
Occurr
Ti
red clo
the ha
livesto
1949 t
three
and re
of pro
eventu
The pr
new s
harvest
climat
occurr
*R*
in a re
report
west a
myceli
rence
(25—2
restrict
*Referen*

Chapter 7

# PENICILLIUM CYCLOPIUM

I.F.H. PURCHASE

*Central Toxicology Laboratories, Imperial Chemical Industries Ltd., Alderley Park, Macclesfield, Cheshire (Great Britain)*

The fungus *Penicillium cyclopium* has been isolated from a variety of foodstuffs in many parts of the world. With the upsurge of interest in mycotoxicoses in the last decade, reports have appeared of the isolation of toxigenic strains. Scott [1] reported the isolation of 228 mould strains (representing 59 species) from legumes and cereals and tested them for toxicity in 1-day-old Pekin ducklings. 46 of these strains were toxic, but of the 5 strains of *P. cyclopium* tested, none proved to be toxic. One strain of *P. urticae*, later shown to be *P. cyclopium* [2], isolated from groundnuts, was toxic to rats, mice and ducklings. Cyclopiazonic acid was isolated from this strain. Later work on this strain showed that it was toxic to mice (100% mortality in 14 days) producing lesions very similar to those of pure cyclopiazonic acid [3].

Wilson *et al.* [4] reported the isolation of 2 strains of *P. cyclopium* from compounded feedstuffs which caused mortality and 1 from groundnuts. All 3 strains produced a neurotoxin designated penitrem A. Later work cast some doubt on the identity of these strains which were then classified as *P. crustosum* [5]. The same toxin was, however, recovered from strains of *P. cyclopium* [5].

*Penicillium cyclopium* was isolated from wheat grain and katsuibushi in Japan [6]. Assay of cultures of *P. cyclopium* on various semi-synthetic media did not reveal any production of cyclopiazonic acid. Extracts of mycelium and filtrate of all 3 strains examined were toxic producing a cytotoxic effect on the bone marrow and liver damage in mice [7]. Martin *et al.* [8] examined 635 food samples collected in Southern Africa for fungal flora. *Penicillium cyclopium* was regularly present on all foodstuffs examined (maize, groundnuts, sorghum, various legumes, maize meal, groundnut meal) but had a maximum affinity for maize meal and beans and the least affinity for groundnuts. A total of 531 of these isolates was tested for toxicity in day-old ducklings and 6 of the 21 isolates of *P. cyclopium* were found to be toxic.

Thus, *P. cyclopium*, which is a common isolate from foodstuffs, is frequently capable of producing toxic metabolites and 12 out of 32 strains tested by the authors mentioned above were toxic. For this reason alone, *P. cyclopium* is potentially of importance as a food and feed contaminant.

*References p. 161*

Case 4:03-cv-04019-KES Document 219-15 Filed 12/07/04 Page 42 of 93 PageID #: 3985



## Diseases caused by *P. cyclopium*

In 1968 Wilson *et al.* [4] reported two outbreaks of disease which occurred after the ingestion of mouldy food which was contaminated with *P. cyclopium*. Several prize sheep died after exhibiting symptoms which included anorexia, depression, humping of the back, diarrhoea, slobbering, generalized weakness and convulsions. One surviving animal had residual nervous symptoms, and its owner classed it as a "dummy" because of its lack of response to stimuli. The other outbreak occurred when two horses died after eating pelletted feed which had become wet and mouldy during delivery to the farm. The horses died suddenly and no details of symptoms or of post-mortem findings were available [9].

A third outbreak of disease in England was reported in 1970 [10,11]. 12 calves showed ataxia and muscular tremors in the hind quarters which were followed by convulsions and subsequently death. *Penicillium cyclopium* was isolated from the feedstuff (crushed barley) and cyclopiazonic acid, identified by thin layer chromatograph (TLC) analysis, was isolated.

### *Cyclopiazonic acid*

Holzapfel [12] was the first to report the isolation of a major toxic metabolite of *P. cyclopium*. The strain of *P. cyclopium* used in this study was isolated from groundnuts and was toxic to ducklings, mice and rats [1]. It was grown on sterilized moistened maize meal. The toxin was extracted with chloroform-methanol, purified by solvent partition and chromatography on formamide-impregnated cellulose powder followed by ion-exchange column chromatography. The major toxic compound was cyclopiazonic acid ($C_{20}H_{20}N_2O_3$) with the structural formula shown in Fig. 1.

Subsequently two metabolites chemically related to cyclopiazonic acid were isolated from shake cultures of *P. cyclopium* [13], but neither have been tested for toxicity. Cyclopiazonic acid imine (molecular formula $C_{20}H_{21}N_3O_2$) and bissecodehydrocyclopiazonic acid (molecular formula $C_{20}H_{22}N_2O_3$) have the structural formulae presented in Figs. 2 and 3.










Fig. 1. The structure of cyclopiazonic acid.

Fig. 2. The structure of cyclopiazonic acid imine.

Fig. 3. The structure of bissecodehydrocyclopiazonic acid.

TABLE I

PHYSICAL CHARACTERISTICS OF CYCLOPIAZONIC ACID AND ITS DERIVATIVES

| | Mol. wt. | Melting point °C | UV absorption | |
|---|---|---|---|---|
| | | | λ max | Log ε |
| Cyclopiazonic acid | 336 | 245—246 | 225<br>253<br>284 | 4.60<br>4.22<br>4.31 |
| Cyclopiazonic acid imine | 336 | 277—278 | 224<br>244<br>275<br>286<br>293 | 4.58<br>4.03<br>4.16<br>4.32<br>4.35 |
| Bissecodehydrocyclopiazonic acid | 338 | 168—169 | 225<br>276<br>296 | 4.55<br>4.28<br>4.07 |

The physical characteristics of these three compounds are presented in Table I.

Cyclopiazonic acid gives a blue-violet Ehrlich colour reaction and an orange-red $FeCl_3$ colour reaction. Bissecodehydrocyclopiazonic acid gives the same colour reaction with $FeCl_3$ but may be differentiated from cyclopiazonic acid by the absence of a colour reaction with Ehrlich's reagent.

*Biosynthesis of cyclopiazonic acid*

Holzapfel and Wilkins [14] provided evidence that cyclopiazonic acid is derived from 1 molecule of tryptophan, 1 molecule of mevalonic acid and 2 molecules of acetic acid. The toxic strain (CSIR 1082) of *P. cyclopium* was grown on a synthetic medium with sodium nitrate as the nitrogen source and glucose as the carbon source. In a shake culture the maximum yield of cyclopiazonic acid was obtained when mycelial growth had practically ceased.

In this system 24.7% of the $^{14}C$ from DL-tryptophan universally $^{14}C$-labelled in the benzene ring was incorporated into the cyclopiazonic acid. This efficient incorporation of DL-tryptophan was regarded as evidence that it is a direct precursor of cyclopiazonic acid. Incorporation from [1-$^{14}$C]-sodium acetate and [2-$^{14}$C]mevalonic acid was 3.5 and 7.0% respectively. Cyclopiazonic acid, labelled from [2-$^{14}$C]mevalonic acid was degraded chemically. It was found that the majority (98.4%) of the activity of the labelled cyclopiazonic acid was retained in the amino acid, and its methyl ester, derived by cleavage of ring E of *O*-methyldesacetylcyclopiazonic acid by a retro-Claisen reaction. Oxidation of *O*-methyldesacetylcyclopiazonic acid yielded acetic acid which represented the carbon 10 and *gem*-dimethyl-group and which contained 47.6% (representing 95.2% of the original label because of the presence of 2 methyl-groups) of the activity. Degradation of

*References p. 161*



Case 4:03-cv-04019-KES Document 219-15 Filed 12/07/04 Page 44 of 93 PageID #: 3987



this acetic acid indicated that the label was present in the *gem*-dimethyl-group and that none was derived from carbon 10. Holzapfel and Wilkins considered that mevalonic acid is incorporated into cyclopiazonic acid, after conversion into γ,γ-dimethylallyl pyrophosphate.

Similarly, cyclopiazonic acid, labelled from [1-$^{14}$C]sodium acetate, was degraded by chemical means. Cyclopiazonic acid reacted with 0.1 *N* $H_2SO_4$ in methanol to give desacetylcyclopiazonic acid (64% of original activity) and acetic acid (35% of original activity). Degradation of the acetic acid indicated that the activity was derived from carbon 17. Hydrolysis of *O*-methyldesacetylcyclopiazonic acid, derived from desacetylcyclopiazonic acid, yielded the amino acid which was isolated as its methyl ester (48% of original activity) and acetic acid (33% of original activity). This acetic acid derived its label from carbon 8. Oxidation of *O*-methyl-desacetylcyclopiazonic acid yielded acetic acid. Degradation of this acetic acid indicated that the label was derived from carbon 10 (14% of original activity) and not the *gem*-dimethyl-group.

From the above evidence the incorporation of acetate and mevalonate into cyclopiazonic acid can be represented by the scheme in Fig. 4.

Holzapfel and Wilkins [14] noted that the concentration of bissecodehydrocyclopiazonic acid (given the trivial name β-cyclopiazonic acid as opposed to cyclopiazonic acid with the trivial name α-cyclopiazonic acid) in shake cultures increases rapidly in the early stages of fermentation when cyclopiazonic acid is present in trace amounts. The concentration of β-cyclopiazonic acid decreases rapidly as soon as cyclopiazonic acid concentration increases. This observation suggested that β-cyclopiazonic acid was a precursor of cyclopiazonic acid.

Radioactively labelled β-cyclopiazonic acid was prepared in a shake culture with a synthetic medium containing [1-$^{14}$C]acetate and a low zinc ion or ferrous ion concentration (which favoured accumulation of β-cyclopiazonic acid at 7 days).

The β-cyclopiazonic acid prepared in this way was added to a shake




Fig. 4. Schematic presentation of the biosynthesis of cyclopiazonic acid.



culture o
piazonic
acid isola
activity
mentatio
a direct
Schabort
convertin
Scha
β- into α-
tion of β
either 2,6
tor. The
Ehrlich c
tography
piazonic
spectrome
Five
α-cyclopia
fied from
and did n
flavoprote
The
enzymes h
Apart fro
methosulp
electron a
carrier. M
fluoroben
latter effe
a role in th

*Environm*
No d
in fatal ca
poisoning
strate.
In th
article as
held in th
sterilized
incubated
sporulatio
that a sha
supported
$NaNO_3$ (

*References p*

culture of *P. cyclopium* on a complete synthetic medium at 6 days. Cyclopiazonic acid is synthesized rapidly from this stage and the cyclopiazonic acid isolated 48 h later contained 67% of the added label. A further 18% of activity was found in the β-cyclopiazonic acid recovered at the end of fermentation. This result provided further evidence that β-cyclopiazonic acid is a direct precursor of cyclopiazonic acid. Confirmation was obtained by Schabort [15] who isolated 5 iso-enzymes from *P. cyclopium* capable of converting β-cyclopiazonic acid into cyclopiazonic acid.

Schabort and co-workers [16—18] proposed a two-stage conversion of β- into α-cyclopiazonic acid. The kinetics of the first step, the dehydrogenation of β-cyclopiazonic acid, were estimated spectrophotometrically using either 2,6-dichlorophenolindophenol or cytochrome C as the electron acceptor. The conversion of β- to α-cyclopiazonic acid was assayed either by the Ehrlich colour reaction (given only by α-cyclopiazonic acid), paper chromatography or ultraviolet (UV) spectrophotometry. Confirmation that β-cyclopiazonic acid was converted to α-cyclopiazonic acid was obtained by mass spectrometry.

Five iso-enzymes of the enzyme responsible for converting β- into α-cyclopiazonic acid (β-cyclopiazonate oxidocyclase) were isolated and purified from the mycelium of *P. cyclopium*. They had an optimum pH of 6.8 and did not require zinc or ferrous ion for their activity. The enzymes were flavoproteins with molecular weights of approx. 50 000.

The biochemical and biophysical characteristics of these five iso-enzymes have been described in detail by Schabort and co-workers [16—18]. Apart from 2,6-dinitrophenolindophenol and cytochrome C, phenazine methosulphate was an effective electron acceptor and oxygen could act as an electron acceptor with phenazine methosulphate as an intermediate electron carrier. Most bivalent metal ions inhibited the reaction as did 2,4-dinitro-1-fluorobenzene and L-1-tosylamide-2-phenylethylchloroethyl ketone. The latter effects indicate that amine groups and histidine imidazole groups play a role in these reactions.

*Environmental conditions favouring production of cyclopiazonic acid*

No details of the conditions which encouraged the production of toxin in fatal cases of poisoning are available. In the one reported outbreak of poisoning by cyclopiazonic acid crushed barley was implicated as the substrate.

In the initial screening by Scott [1] of *P. cyclopium* (referred to in his article as *P. urticae* strain G391 and later reclassified as *P. cyclopium* and held in the CSIR collection as 1082) for toxicity, the fungus was grown on sterilized maize meal with a moisture content of about 40%. The culture was incubated at 26° for 2 to 3 weeks until abundant mycelial growth and sporulation occurred. Later work by Wilkins and others [13,14,16,] showed that a shake culture (150 rev./min at 25°) using a Czapek-type medium supported growth of *P. cyclopium*. The medium contained: glucose (60 g); $NaNO_3$ (4.2 g); $MgSO_4$ $7H_2O$ (0.5 g); KCl (0.5 g); $K_2HPO_4$ (1 g);

References p. 161

$Na_2B_4O_7 \cdot 1\ OH_2O$ (0.7 mg); $(NH_4)_6Mo_7O_{24} \cdot 4\ H_2O$ (0.5 mg); $CuSO_4 \cdot 5\ H_2O$ (0.3 mg); $MnSO_4 \cdot H_2O$ (0.11 mg); $ZnSO_4 \cdot 7\ H_2O$ (17.6 mg); $FeSO_4 \cdot 7\ H_2O$ (10 mg); deionized water (1 l). In the early stages of growth β-cyclopiazonic acid was present in high concentration. Later (5—7 days) when growth rate, measured as the rate of increase of total mycelial nitrogen, had practically ceased, α-cyclopiazonic acid levels increased rapidly and simultaneously with a decrease in β-cyclopiazonic acid levels. Cyclopiazonic acid imine accumulated during later stages of the fermentation. Higher levels of β-cyclopiazonic acid were obtained by culturing under the same conditions using the synthetic medium described above except that the $ZnSO_4 \cdot 7H_2O$ was reduced to 0.07 mg/1.

*Analytical methods.* In the early work on the structure and biosynthesis of cyclopiazonic acid several methods of isolation and identification were described. Thus, $CHCl_3$:MeOH (1+1) was used to extract the toxin from moulded maize meal and chloroform was used in the case of synthetic media [14,18]. Purification of the primary extract was achieved by solvent partition between chloroform and water and 95% MeOH and hexane. A more effective purification stage depends on the fact that cyclopiazonic acid behaves as a monobasic acid. Extraction of a chloroform solution by aqueous $NaHCO_3$, acidification of the bicarbonate extract and re-extraction with chloroform is an effective purification procedure [12]. For preparative work column chromatography on formamide-impregnated cellulose or ion-exchange resin has been described [12].

Quantitation of the cyclopiazonic acid in the purified extract can be achieved in several ways. The colour reaction with Ehrlich's reagent was used by Schabort [18] to estimate the quantity of cyclopiazonic acid. To a methanolic solution of the extract (2 ml), 1 ml 10% 4-dimethylaminobenzaldehyde (Ehrlich's reagent) and 2 ml concentrated HCl were added. The absorbance of this mixture was read after 15 min at 580 nm and the quantity of toxin estimated by comparison with a standard curve.

Ultraviolet spectrophotometry [18] has also been used and the quantity may be estimated from the absorbance at 225, 253 or 284 nm and the log $\epsilon$ values of 4.60, 4.22 and 4.31 for a methanolic solution.

A qualitative method for the detection of cyclopiazonic acid has been described by Steyn [19]. The water-soluble and lipid material was removed from the primary extract by liquid-liquid partition. Cyclopiazonic acid was further purified by the removal of neutral material as discribed above. Chromatoplates were prepared from a slurry of Silica Gel G (Merck) and 0.4 *N* aqueous oxalic acid (1+2). Glass plates were spread with a 0.25 mm layer of the slurry and air-dried. The purified extract was spotted on to the plate and the plate developed in chloroform:methylisobutylketone (4+1) in a saturated tank. After drying at room temperature, the plate was viewed under long-wave UV light. Cyclopiazonic acid had an $R_F$ value of 0.65 and green fluorescent colour. Its identity could be confirmed by colour reagents. After spraying with concentrated $H_2SO_4$ and heating to 110° for 10 min, cyclopiazonic acid became red-brown. Spraying with 1% ethanolic solution of

$SO_4$ · 5
$FeSO_4$ ·
growth
7 days)
al nitro-
dly and
piazonic
er levels
e condi-
hat the

ynthesis
on were
in from
ic media
nt parti-
A more
acid be-
aqueous
on with
ive work
or ion-

t can be
was used
d. To a
ylamino-
e added.
and the

e quanti-
and the

has been
removed
acid was
ve. Chro-
nd 0.4 *N*
layer of
plate and
n a satu-
ed under
nd green
its. After
in, cyclo-
lution of



ferric chloride gave a red-brown colour and Ehrlich's reagent gave a violet colour. On prolonged standing of the silica gel plates impregnated with oxalic acid, cyclopiazonic acid gave a violet-red colour. Further confirmation may be obtained by omitting oxalic acid from the slurry, when cyclopiazonic acid loses its mobility.

No sensitive quantitative method has been described for the estimation of cyclopiazonic acid.

*Biological activity of cyclopiazonic acid*

Cyclopiazonic acid is toxic to rats [2] and by implication to mice [1], ducklings [1] and calves [10]. The only published detailed work on its toxicity concerns the rat.

Cyclopiazonic acid, dissolved in 1 *N* sodium bicarbonate, was dosed intraperitoneally to male Wistar-derived rats (mean weight 108 g) [2]. Rats receiving doses greater than 8 mg/kg died within 2 h. After about 5 min the rats were disinclined to move, became ataxic and resented being handled. 10 to 30 min later the rats became immobile and died within the next 90 min in extensor spasm with cyanotic mucous membranes. Rats receiving 2.5 or 4.5 mg/kg died 1—3 days after dosing and those receiving lower doses recovered and survived to 10 days. The $LD_{50}$ was estimated as 2.3 mg/kg.



Fig. 5. Portal tract from the liver of a rat killed 10 days after receiving cyclopiazonic acid (67.5 mg/kg *per os*). Single cell necrosis and changes in the arrangement of chromatin in the hepatocyte nuclei are present. Margination of the chromatin in bile duct cell nuclei is also prominent. H and E. × 720. (From ref. 2 by permission from Academic Press, New York).

*References p. 161*

Oral administration produced a different syndrome. Mortality occurred up to 6 days after dosing and the animals were prostrate for several hours before death. The $LD_{50}$ values were 36(32—41) mg/kg in males and 63(52—67) mg/kg in females. The difference in the symptoms and toxicity of cyclopiazonic acid when given orally or intraperitoneally was ascribed to the acidic nature of the toxin. After intraperitoneal administration, absorption was rapid producing nervous symptoms. Oral administration into the acidic stomach probably rendered the cyclopiazonic acid insoluble with absorption occurring only from the more alkaline small intestine. Ducklings receiving oral doses died quickly with nervous symptoms indicating a rapid absorption from the crop.

Histopathological examination of organs from cyclopiazonic acid-treated rats revealed two basic types of lesions. At high doses single cell necrosis was seen in many organs. At these and lower doses the major effect was on cells lining ducts. Rats dying within 36 h of dosing were all females. There was focal or single cell necrosis of hepatocytes. Cells lining the bile ducts were enlarged with large nuclei containing a thin marginal band of chromatin (Fig. 5). At higher doses (67 and 83 mg/kg) this enlargement of bile duct lining cells, particularly in the smaller bile ducts, appeared to occlude the lumen and necrosis of these cells occurred. Post-mortem autolysis affected the bile duct cells and in some cases they had deteriorated to such an extent that no bile ducts were visible. Tubular cells in the cortico-



Fig. 6. Degenerative changes in the renal medulla of a rat killed 10 days after receiving cyclopiazonic acid (45 mg/kg *per os*). Two distinct changes are visible — pyknosis and enlargement of the nucleus with margination of the chromatin. H and E. × 450. (From ref. 2 by permission from Academic Press, New York).



medull
in the
ing mar
Th
particul
the pan
of nucl
Th
were v
showed
less cell
Extensi
dial fib
lesions
dose of
appear
observe
16 h an
granule
death i
other o



Fig. 7. S
acid (50
changes
and E. ×

*Referenc*

medullary junction of the kidneys were necrotic. The tubular epithelial cells in the medulla were either necrotic or enlarged with swollen nuclei containing marginal chromatin (Fig. 6).

The islets of Langerhans had distinct degenerative changes and necrosis particularly of cells in the periphery of the islets. The exocrine portion of the pancreas was also affected with necrosis of acinar cells and enlargement of nuclei and cytoplasm of duct cells (Fig. 7).

The rats dying 4—6 days after dosing were males. The lesions observed were very similar to those described for females. In addition the spleen showed signs of atrophy with a folded capsule. The red and white pulp were less cellular than controls and necrosis of lymphocytes was observed (Fig. 8). Extensive hyaline degeneration of the myocardium and necrosis of myocardial fibres with haemorrhage into the necrotic areas was also seen. The lesions in animals killed at 10 days were less severe. Rats receiving an oral dose of 50 mg/kg were killed at intervals. The liver lesions were the first to appear at 8 h and were most severe at 24 h. The renal tubular lesions were observed between 8 and 192 h. The pancreatic changes were first observed at 16 h and were still present, although mild, at 192 h. There was an absence of granules in the islets of Langerhans, suggesting that the coma preceding death in orally dosed animals was the result of hypoglycaemia. Lesions in other organs were also recovering by 96 and 192 h.



Fig. 7. Section of the pancreas of rat killed 8 days after receiving a dose of cyclopiazonic acid (50 mg/kg *per os*). Cell nuclei on the periphery of the islet show degenerative changes and characteristic nuclear abnormalities are present in the pancreatic ducts. H and E. × 720. (From ref. 2 by permission from Academic Press, New York).

*References p. 161*



Fig. 8. Degenerative changes in the spleen of a male rat dying 6 days after a dose of cyclopiazonic acid (36.7 mg/kg *per os*). H and E × 180. (From ref. 2 by permission from Academic Press, New York).

The effect of three mycotoxins, one of which was cyclopiazonic acid, on deoxyribonuclease was studied by Schabort and Roberts [20]. Cyclopiazonic acid activated bovine pancreas deoxyribonuclease slightly, the increase in activity being 10% at a concentration of 10 $\mu$M. Binding to DNA or DNAase could not be measured for technical reasons.

*Penitrem A*

Wilson and co-workers [4,5,9] have isolated a toxin from the strain of *P. cyclopium* causing disease in sheep and horses in Tennessee.

The toxin, known as penitrem A, was prepared by extraction from the culture with ethyl ether, purification by column chromatography using 200 mesh Florisil as the stationary phase, and 3% methanol in chloroform or ethyl ether:petroleum ether 1:1. Final purification was by recrystallization from ethyl ether:petroleum ether. It is a white feather-like crystalline substance with the molecular formula $C_{37}H_{44}O_6NCl$ with a molecular weight of 633. The nucleus of this toxin is probably a steroid. Crystals decomposed at 180–200° without melting. Penitrem A is soluble in polar solvents, sparingly soluble in aliphatic hydrocarbons and very slightly soluble in acidified and alkalinized water. It decomposed rapidly in alcohol at 25° when treated with acid changing to a yellow and then green non-toxic compound. Similar-

ly, it was unstable in chloroform exposed to light changing from brown to green to dark blue.

The UV absorption spectrum of this compound had peaks at 233 and 295 nm with $\epsilon$ values of 31 500 and 16 200 respectively. Slight variations in the spectra are observed in 0.1 $N$ NaOH and 0.1 $N$ HCl.

Extracts from cultures of *P. cyclopium* frequently contain a compound which has a similar $R_F$ value to penitrem A. It turns pink on spraying with 2% ferric chloride in butanol and later turns brown. It is weakly fluorescent under UV light and has been tentatively identified at 9$\alpha$,11$\beta$-ergosta-5,7,22-trien-3$\beta$-ol. The crystals are larger than those of penitrem A and colourless. Penitrem A is more soluble in methanol than the steroid and this may help in purification.

*Environmental conditions favouring production of the toxin*

Penitrem A is produced on several natural substrates and synthetic media. Wilson [9] describes a liquid medium (3% dehydrated mashed potatoes, 2% skimmed milk solids, 2% sucrose and streptomycin 10 μg/ml) which supports growth and toxin production. *P. cyclopium* is grown on a stationary culture with a large surface area at 25°. Toxin production commences at 7 days and is maximal at 14 days (about 30 mg/l) when the pH is 6.5—7.2. Toxin concentration decreases on longer incubation. No toxin production occurs in shake cultures.

The toxin is present in the mycelial mat only. Mycelial mat weight is not necessarily related to toxin yield although when toxin is formed higher yields are obtained with optimal mycelial growth.

The bromo-toxin may be prepared by substituting KBr for KCl in a synthetic medium and traces of the iodo-toxin and the dehalogenated molecule have been detected in media with KI substituted for KCl and without Cl respectively.

Although *Penicillium cyclopium* is used by Wilson [9] to describe the species producing the tremorigenic toxin, there is some confusion about the exact identification of the strain. It was classified as *P. crustosum* by the Centraal Bureau voor Schimmelcultures [9]. Penitrem A has been isolated from authentic strains of *P. cyclopium* and also apparently from strains of *P. palitans* and *P. viridicatum*.

*Analysis*. The toxin may be extracted with ethyl ether. The quantity of toxin may be assayed by TLC using silica gel G as the stationary phase and ethyl ether-cyclohexane (3+1) as the developing solvent. After developing the plate, it is sprayed with 2% ferric chloride in butanol when the toxin appears as a green spot at $R_F$ 0.6. The green colour is probably a degradation product and similar colours are produced by spraying with acids. The quantity of toxin may be estimated by UV in the visible region after spraying with acid. Visual comparison with standards provides a less accurate method.

*Biological activity*. Penitrem A produces neurological and renal effects in experimental animals [4,5,9]. The neurological effects are seen in several

*References p. 161*

species, with chickens, rabbits and guinea pigs being more resistant than rats and mice to the lethal effects and hamsters being the most resistant species tested. Sheep, cattle and horses are also susceptible, with mortality occurring under field conditions. The neurotoxicity begins within 5 to 30 min of administration. In mice small doses administered orally or intraperitoneally (250 μg/kg in propylene glycol or in aqueous suspension) cause perceptible tremors which persist for several hours. Larger doses produce an increase in irritability, weakness of the limbs, inability to grasp, pinna loss, slight exophthalmos and marked tremors. With doses of 2.5 mg/kg or higher the tremors progressed to clonic or tetanic convulsions and often death. The $LD_{50}$ appears to be greater than 10 mg/kg, since only 1 out of 3 animals died after receiving this dose. Symptoms seen may also include tachypnoea, diarrhoea, diuresis, loss of corneal reflex, mydriases and lacrymation. Survivors' convulsions reverted back to tremors and tremblings which persisted for 24 or 72 h. Repeated small doses produced no tachyphyllaxis. Rats are less susceptible to the early convulsive effects but other neurological signs may be more severe. A dose of 2.5 mg/kg may cause difficulty in locomotion for 2—3 weeks. Coarse tremors, spastic paralysis and circling are also seen.

The toxin is about 10 to 20 times more potent as a tremorgen than acroline or tremorine. It has no anti-pseudocholinesterase activity.

Stern [21] has studied the influence of a number of compounds on the tremors produced by Penitrem A. Of the 46 compounds administered only glycine, mephenesin, oxyaminoacetic acid, and diazepam abolished the tremors. Amino acids had no effect. Anticholinergic compounds (atropine, scopolamine, ethylbenztropine, coramiphen) had no effect at low doses but increased the tremor at higher doses. There was an additive effect with known tremorgens (oxotremorine, physostigmine, armine and acediclin). A large number of pharmacologically active compounds had no effect (catecholamines, α -and β-blockers, histidine, 5-hydroxytryptophan, L-dopa, γ-hydroxy-butyrate, α-methyl-*m*-tyrosine, hexamethonium). Penitrem A reduced brain acetylcholine levels but had no effect when injected directly into the brain in the globus pallidus, nucleus caudatus or nucleus niger. No tremors occurred below the level of spinal transection. Stern suggested that penitrem A generated the tremors at the level of the spinal cord. It inhibited the interneurones inhibiting the α-motor cells of the anterior horn. The α-motor cells have a spontaneous rhythm with a frequency very similar to that of the tremor produced by penitrem A which is normally masked by inhibiting mechanisms. When the inhibition is abolished by penitrem A, spontaneous activity develops.

Using the rat phrenic nerve-diaphragm preparation, Wilson *et al.* [22] studied the effect of penitrem A on the neuromuscular junction. The toxin was given intraperitoneally (2.5 mg/kg) and the animals killed 2 h later. Penitrem A produced an increase in all four parameters estimated (resting potential, end plate potential amplitude, end plate potential duration and miniature end plate potential frequency). When the toxin was applied direct-

ly to the preparation there was a marked increase in miniature end plate potential frequency which persisted after normal bathing fluid was returned. Other effects were similar to those produced by intraperitoneal administration. As penitrem A had little effect on diaphragm cholinesterase activity, it probably produced its effect by influencing pre-synaptic transmitter release. The increased frequency of miniature end plate potentials suggests stimulation of release of transmitter packets. The increase in amplitude could be due either to increased transmitter packets or increased sensitivity of the post-synaptic membrane. The fact that 24 h after an intraperitoneal dose of penitrem A no neuromuscular effects were seen in spite of the presence of tremors, confirms Stern's suggestion of a spinal site of action.

Diuresis is produced in both rats and mice by intraperitoneal or oral administration of penitrem A [5,9]. Over a period of 4.5 h after administration of the toxin (2.0 mg/kg) in 10—15 ml saline total urinary electrolytes excreted increased ($Na^+$ 345 to 1830 micro equivalents, $K^+$ 150 to 505, $Ca^{2+}$ 7 to 81, $Mg^{2+}$ 30 to 151, $Cl^-$ 370 to 1902, glucose 2 mg to 60 mg, volume 1.95 ml to 18.05 ml). This diuretic effect continued for several hours and was less marked at a lower dose (0.5 mg/kg). Wilson [5,9] suggests that the toxin prevents kidney tubular reabsorption.

## References


1 D.B. Scott, Mycopathol. Mycol. Appl., 25 (1965) 213.
2 I.F.H. Purchase, Toxicol. Appl. Pharmacol., 18 (1971) 114.
3 S.J. van Rensburg, I.F.H. Purchase and J.J. van der Watt, Hepatic and renal pathology induced in mice by feeding fungal cultures, in I.F.H. Purchase (Ed.), Mycotoxins in Human Health, Macmillan, London, 1971, pp. 153-161.
4 B.J. Wilson, C.H. Wilson and A.W. Hayes, Nature, 220 (1968) 77.
5 B.J. Wilson, Recently discovered metabolites with unusual toxic manifestations, in I.F.H. Purchase (Ed.), Mycotoxins in Human Health, Macmillan, London, 1971, pp. 223-229.
6 H. Kurata, S. Udagawa, M. Ichinoe, S. Natori and S. Sakaki, Field survey of mycotoxin-producing fungi contaminating human foodstuffs in Japan with epidemiological background, in I.F.H. Purchase (Ed.), Mycotoxins in Human Health, Macmillan, London, 1971, p. 101-106.
7 M. Saito, M. Enomoto, M. Umeda, K. Ohtsubo, T. Ishiko, S. Yamamoto and H. Toyokawa, Field survey of mycotoxin-producing fungi contaminating human foodstuffs in Japan with epidemiological background, in I.F.H. Purchase (Ed.), Mycotoxins in Human Health, Macmillan, London, 1971, pp. 159-183.
8 P.M.D. Martin, G.A. Gilman and P. Keen, The incidence of fungi in foodstuffs and their significance based on a survey in the eastern Transvaal and Swaziland, in I.F.H. Purchase (Ed.), Mycotoxins in Human Health, Macmillan, London, 1971, pp. 281-290.
9 B.J. Wilson, Miscellaneous Penicillium toxins, in Microbial Toxins, Vol. 6, Academic Press, New York, 1971, pp. 479-485.
10 J. Harrison, Trop. Sci., 13 (1971) 57.
11 A. Hacking, personal communication (1973).
12 C.W. Holzapfel, Tetrahedron, 24 (1968) 2101.
13 C.W. Holzapfel, R.D. Hutchinson and D.C. Wilkins, Tetrahedron, 26 (1970) 5239.

14 C.W. Holzapfel and D.C. Wilkins, Phytochemistry, 10 (1971) 351.
15 J.C. Schabort, Intern. Symp. on Control of the Human Environment, p. 62, Johannesburg (1969) (Abstracts).
16 J.C. Schabort and D.C. Wilkins, J.S. Afr. Chem. Inst., 22 (1969) 59.
17 J.C. Schabort and D.J.J. Potgieter, Biochim. Biophys. Acta, 250 (1971) 329.
18 J.C. Schabort, D.C. Wilkins, C.W. Holzapfel, D.J.J. Potgieter and A.W. Neitz, Biochim. Biophys. Acta, 250 (1971) 311.
19 P.S. Steyn, J. Chromatog., 45 (1969) 471.
20 J.C. Schabort and H.A. Roberts, Biochem. Pharmacol., 20 (1971) 243.
21 P. Stern, Iugoslav. Physiol. Pharmacol. Acta, 7 (1971) 187.
22 B.J. Wilson, T. Hoekman and W.-D. Dettbarn, Brain Res., 40 (1972) 540.

·XINS

1955)

1967)

:, 720

ıl., 27

2.
more,

ınd K.

ıl. VI,

ıdon),

ıt Ad-
Phar-

*Chapter 9*

# STACHYBOTRYS AND STACHYBOTRYOTOXICOSIS

JOSEPH V. RODRICKS and ROBERT M. EPPLEY

*Division of Chemistry and Physics, Bureau of Foods, Food and Drug Administration, U.S. Department of Health, Education and Welfare, Washington, D.C. (U.S.A.)*

In early 1939 former Soviet Premier Nikita Kruschev arrived in the Ukraine with orders from Premier Stalin to organize and improve the region's agricultural operations. In his recently published memoirs [1], Kruschev recalls that his first task was to appoint a number of scientific commissions to investigate a frequently fatal disease of unknown origin which was at that time, and had been since 1931, severely affecting the Ukrainian horse population. Within a relatively short time, reports Kruschev, the cause of the disease had been located. The chronicle of those early investigations can be found in a series of communications from the head of one of the investigating groups, Professor V.G. Drobotko [2—4], and in a number of summary accounts [5,6] of the pioneering work of Drobotko and other Soviet investigators. In 1938, 7 years* after the first outbreak of the disease, the Soviet workers had confirmed that it was associated with fungus-contaminated feed and had classified it as a mycotoxicosis; in particular, the disease could be reasonably designated as stachybotryotoxicosis since it could be demonstrated that it was caused by unknown toxic agents elaborated by certain strains of the saprophytic mould, *Stachybotrys alternans*. Stachybotryotoxicosis has been studied and, as recently as 1972, reviewed in great depth by Forgacs [6—8]. The present survey leans heavily on the reviews of Forgacs insofar as it deals with the clinical and pathological characteristics of this mycotoxicosis, but adds appreciable information regarding the chemistry of the involved microorganism. Recent studies in our laboratories provide strong albeit indirect evidence [9] that the compounds responsible for stachybotryotoxicosis belong to the series of sesquiterpenes known as 12,13-epoxy-$\Delta^9$-trichothecenes.

## Stachybotryotoxicosis in farm animals and man

Stachybotryotoxicosis was first reported in the Ukraine in 1931; it affected horses and to some extent, it appears, human beings as well [2,10].

* Kruschev is perhaps in error in his recollection that he ordered the study groups into action in 1939. Of course, there had been considerable research on the matter before Kruschev arrived on the scene.

*References p. 196*

The investigation into the aetiology of the disease, which had been found to be non-infectious, proceeded on the assumption that the horses were receiving a toxic chemical as a result of some type of feed contamination. That the toxic agent was of fungal origin was suggested by the discovery, on a farm where the disease was enzootic, of hay heavily contaminated, indeed blackened, with *Stachybotrys alternans*. Subsequently, naturally infected hay, artificially inoculated hay, and pure cultures of *S. alternans* were each fed to healthy horses and in all instances the clinical characteristics of the illness were reproduced [2,7]. These studies clearly demonstrated that the illness in horses was mould-related and was most probably due to some toxic metabolite of *S. alternans*.

The illness, or intoxication, presents itself clinically in horses in one of two forms: the typical form, which seems to proceed in three stages, and the atypical form, which has but one stage. The latter form seems to occur only after the animal has eaten large quantities of fungus-contaminated hay or straw; the signs of illness appear within 72 h of ingestion. The typical form develops after long ingestion of smaller amounts of toxic fodder. Both forms of the illness can be and often are fatal. The major clinical characteristics of equine stachybotryotoxicosis are summarized in Table I.

At autopsy haemorrhage is observed in almost all organs, and most especially on the mucous and serous membranes of the gastrointestinal tract and in the subcutis and skeletal musculature. Necrotic ulcers are found on the mucous membranes of the mouth, throat, stomach and intestines. The lymph nodes are enlarged and filled with blood. The lungs are often haemorrhagic and are always oedematous. These and other pathologic observations are common to both the typical and atypical forms of equine stachybotryotoxicosis. A clinical and pathological account of this disease is related in full by Forgacs [7].

Stachybotryotoxicosis has been diagnosed in other animals and in man. It is thought that either inhalation of aerosols generated during the handling of infected hay or direct skin contact with the hay, or both, can induce stachybotryotoxicosis in man. Drobotko [2,3] and Vertinskii [10] report that in areas where equine stachybotryotoxicosis was common a similar illness was observed among humans handling mouldy animal fodder. In humans a skin rash developed which frequently became a moist dermatitis; there was inflammation and pain in the mouth, burning sensations in the nose and sometimes nasal bleeding. Very often there was chest pain and a rise in body temperature. Drobotko also reports human stachybotryotoxicosis in areas far removed from regions where horses were diseased, especially in those homes where infected straw was used for bedding. Fungi isolated from such straw were cultured and their extracts tested on shaved rabbit skin for dermatitis production; only isolates of *Stachybotrys alternans* provoked a reaction. Members of the scientific teams investigating the illness developed a skin rash after coming in contact with naturally contaminated and artificially inoculated hay. These skin reactions in humans are similar to those which have been described by laboratory workers who have handled mem-



TABLE I

MAJOR C
AS REVIE

| Typical for |
|---|
| *Stage I* |
| Usually last<br>Irritation o:<br>Swelling an |
| *Stage II* |
| Lasts 15 to<br>As in Stage |
| *Stage III* |
| Lasts 1 to 6<br>Fever up to<br>Necrotic ulc<br>Leukopenia<br>Fresh necro<br>Pulse weak, |

bers of t
[11,12]; c
will be d
among the
In ad
cosis have
bison. In
population
form of th
sis. A nun
been repor
fatal disea
illnesses to
hippopotai
*alternans*-ir
breaks of
gary. Ther
animals in
available tc

Biological

Fungi
Moniliales,
saprophyte

*References p.*

TABLE I

MAJOR CLINICAL CHARACTERISTICS OF EQUINE STACHYBOTRYOTOXICOSIS AS REVIEWED BY DROBOTKO [2, 3] AND BY FORGACS [7]

| Typical form | Atypical form |
|---|---|
| *Stage I*<br>Usually lasts 8 to 12 days.<br>Irritation of mouth, throat, nose and lips.<br>Swelling and soreness of glands.<br>*Stage II*<br>Lasts 15 to 20 days.<br>As in Stage I, with leukopenia appearing gradually.<br>*Stage III*<br>Lasts 1 to 6 days with death common.<br>Fever up to 41.5°.<br>Necrotic ulcers on mucous surfaces of mouth and throat.<br>Leukopenia persists with agranulocytosis developing.<br>Fresh necrotic areas develop on mucous membranes of cheeks, gums, frenum, lips.<br>Pulse weak, diarrhoea frequent. | Loss of reflex response and vision.<br>Poor control of movement.<br>Hyperirritability.<br>Appetite depressed.<br>Body temperature elevated.<br>Cardiac activity initially intensified, followed by weakening.<br>Prolonged agonal period accompanied by tremors.<br>Shock symptoms occasionally.<br>Blood abnormality absent.<br>Death from respiratory failure. |

bers of the 12,13-epoxy-$\Delta^9$-trichothecene series of fungal metabolites [11,12]; observations such as these provide support to the hypothesis which will be developed later that certain 12,13-epoxy-$\Delta^9$-trichothecenes are among the compounds responsible for stachybotryotoxicosis [9].

In addition to the reports cited above, field cases of stachybotryotoxicosis have been reported for cattle, poultry, swine, a hippopotamus, and a bison. In 1958 and 1959, again in the Ukraine, the illness struck the horse population but also spread to include thousands of head of cattle [13]. The form of the toxicosis in cows resembled atypical equine stachybotryotoxicosis. A number of other outbreaks of stachybotryotoxicosis in cattle have been reported from the Soviet Union [14—16]. Sarkisov [5] has described a fatal disease of hens during the period 1940—1946 and has attributed the illnesses to ingestion of *S. alternans*-contaminated feedstuffs. The deaths of a hippopotamus and of a bison in a zoo are associated with the ingestion of *S. alternans*-infected fodder [17]. Palyusik [18] has recently reported outbreaks of stachybotryotoxicosis among poultry, horses and swine in Hungary. There have been other outbreaks of stachybotryotoxicosis in farm animals in Eastern Europe in recent years, but these reports have not been available to us [19,20].

## Biological tests for toxic Stachybotrys

Fungi of the genus Stachybotrys are in the class Fungi Imperfecti, order Moniliales, family Dematiaceae, subfamily Macronemiae; they are typical saprophytes which are distributed throughout the world. They have been

*References p. 196*

isolated not only from straw and hay, as has been mentioned, but also from soil, dead plant tissues, and a variety of cellulose-rich materials. *Stachybotrys alternans* has been isolated from tissues of animals that died of stachybotryotoxicosis; however, the experimental evidence argues that this fungus is not a primary pathogen. Rather, animals suffering from stachybotryotoxicosis are very susceptible to attack by a variety of microorganisms, including *S. alternans* [2,7,10].

Although the Soviet investigators of stachybotryotoxicosis identify *S. alternans* as the involved organism, a number of investigators consider this species as synonymous with *S. atra* [18,21]. Korpinen and Ylimäki [22] have isolated toxigenic strains of *S. chartarum* and consider *S. atra* and *S. alternans* synonymous with this species. Although he has reproduced the clinical and pathological characteristics of stachybotryotoxicosis in experimental animals using isolates of *S. atra*, Forgacs [7] insists that there has been no comparison of *S. alternans* as used by Soviet scientists and those *S. atra* strains which have been the subject of much investigation by Western scientists. In keeping with Forgacs' recommendation, we shall refer to the various species of Stachybotrys isolates which have been implicated in stachybotryotoxicosis as identified by the authors, realizing that these identifications may not be valid.

*(A) Dermal toxicity*

Following the establishment of the relationship between a well defined disease and certain strains of Stachybotrys and the finding that some metabolite or combination of metabolites of this fungus were most probably involved, investigators began to search for the toxin(s). Soviet research workers screened many fungal isolates and found that diethyl ether extracts of toxic hay or of certain strains of *S. alternans* produced dermal toxicity when applied to the shaved skin of rabbits [23,24]. The rabbit dermal toxicity test has come to be a standard test for differentiating toxic from non-toxic isolates of Stachybotrys. Using this test as a guide, Soviet investigators describe 2 important strains of *S. alternans*; a toxic strain (var. *jateli*) which is common in the southern regions of Eastern Europe and a non-toxic strain (var. *atoxica*) which predominates in the north.

40 strains of *S. atra*, grown under laboratory conditions, were studied by Forgacs and co-workers [25] in the United States, using the rabbit dermal toxicity test as the indicator of toxin production. These investigators found that the toxic fraction was ether-soluble, that the amount of ether-soluble extract varied greatly, and that the intensity of the dermal inflammation was not related to the total weight of ether extract [25]. Of the 40 strains tested, 26 produced intradermal reactions and 15 of these produced severe inflammation. Extracts from 2 of these strains also proved to be dermally toxic to cattle and horses. Forgacs *et al.* demonstrated that as little as 0.00175 μg of a crude ether extract of some of the more potent strains of *S. atra* could bring about hyperaemia when applied topically to rabbit skin.

*(B) Animal feeding studies*

Although the history of the investigations into the chemistry of the metabolites of species of Stachybotrys will be dealt with in the next section, it will clarify the development of this review to introduce some of the early work on the isolation of toxic Stachybotrys metabolites. Palyusik [18] and Pidoplichko and Bilai [24] outline work done in 1949 by Fialkov and Serebriani in which two compounds, designated as stachybotryotoxin A and stachybotryotoxin B, each presumably dermally active, were isolated from the ether extracts of toxic strains of *S. alternans*. Stachybotryotoxin A was precipitated from ether by the addition of petroleum ether and compound B crystallized from ether solution upon evaporation of the solvent. It now appears that these two isolates are most probably complex mixtures containing small amounts of highly potent dermal toxins and, perhaps, other toxic compounds as well [9]. In carrying out animal feeding studies some workers used mouldy feed, others used ether extracts of toxic feed or of cultures of Stachybotrys, and others used the isolates designated by Fialkov and Serebriani as stachybotryotoxins A and B. The language surrounding the experimental study of stachybotryotoxicosis is somewhat confused because some investigators use the term stachybotryotoxin when referring to an obviously crude extract, but use it at other times to refer to what is thought to be purified compound. Where possible, the term stachybotryotoxin will not be used in the following outline of animal feeding studies. An attempt will be made to describe the technique used by each investigator to prepare toxic isolate for study. In the section on chemistry, we will return to these questions to attempt to clarify the matter further.

*Mice.* Korneev [26] reports that oats inoculated with toxin-producing strains of *S. alternans*, fed at the rate of 2 g per day to mice, produced symptoms of intoxication within 48 h and death within 76 h. Necropsy revealed haemorrhage in the stomach. Both white Swiss mice and grey mice were susceptible.

Using a toxic strain of *S. atra* cultured for 3 weeks on oats and feeding white Swiss mice *ad libitum*, Forgacs *et al.* [25] observed the development of atony, depression, incoordination, and loss of appetite after 4 days, and the continued development of these symptoms until the eighth day, when death occurred. Pathologic examination revealed mottled and congested livers, haemorrhage and congestion in the lungs, stomach, and heart, and leukocytic infiltration of the stomach, liver, and small intestine.

Palyusik [18] prepared an ether extract from oat cultures and from agar cultures of *S. alternans*. A toxic material was precipitated from the ether solution by the addition of petroleum ether, and the precipitate was collected by filtration and washed with petroleum ether. The precipitate produced dermal toxicity in rabbits; the $LD_{50}$ (i.p.) for albino mice was 51.6 mg per kg of body weight. The lack of proof of chemical homogeneity places doubt on the usefulness of this $LD_{50}$ value.

*References p. 196*

3 strains of *S. chartarum* isolated in Scandinavia yielded toxins which produced the clinical and pathologic characteristics normally associated with stachybotryotoxicosis [22]. 2 of the strains were found in samples of mouldy grain and the third was isolated from a commercial feed which was suspected of causing abortions in pigs. Each of the strains was cultured on a grain mixture and, after 2 months of cultivation at room temperature, was fed to a test group of two white mice, one male and one female; the grain mixture comprised the entire diet. A control group received the same grain mixture, sterilized but not inoculated with the fungal strains. All 3 strains produced toxic effects. The first signs of disease appeared after 3 days; all the mice in the test groups died within 10 days. Depression and apathy, incoordination, shivering, and peritoneal pain developed in all animals of the test group. Ears, nose, and paws became cyanotic; the nose became swollen and lost hair. Pathologic examination revealed haemorrhages in the stomach, small intestines, and the cerebral meninges. Necrosis was observed all along the digestive tract and in the mucous membrane. Though only a small number of animals was used, these observations together with some chemical evidence to be cited later provide strong evidence that these isolates of *S. chartarum* were indeed producers of some of the toxins associated with stachybotryotoxicosis.

*Guinea pigs.* Guinea pigs fed 1.5 to 2.0 g daily of toxic oats prepared by inoculation with *S. alternans* were observed to develop congestion of the mouth and necrosis of the lower lip after 3 days [25]. In 10 to 16 days leukopenia, thrombocytopenia and agranulocytosis developed; body temperature increased and death occurred in 25 to 40 days. Gross necropsy revealed haemorrhages and other manifestations typical of equine stachybotryotoxicosis.

The $LD_{50}$ (i.p.) for the guinea pig of a petroleum ether precipitate from an ethyl ether extract of oat cultures and agar cultures of toxic *S. alternans* has been reported to be 62.4 mg/kg. The chemical composition of the precipitate was unknown [18].

Spores of *S. alternans* were introduced into the lungs of guinea pigs by spraying, as a test of the idea that local or systemic effects in man might be produced by inhalation of toxin-containing aerosols generated during the handling of feed contaminated with toxic strains of *S. alternans* [27]. Necropsy findings on animals receiving the spray disclosed the presence of lung inflammation and congestion, focal bronchopneumonia, emphysema, and a number of other degenerative changes in the heart, liver, spleen, and kidney. Many of these effects resembled those seen in human and animal stachybotryotoxicosis. No fungal growth was observed, indicating that some toxic metabolite(s) of the fungus can be absorbed in the lungs and act systemically [7].

*Cattle, sheep and swine.* Forgacs [7] and Forgacs *et al.* [25] have described in detail studies in which strains of toxic *S. atra* were cultivated on

Case 4:03-cv-04019-KES Document 219-15 Filed 12/07/04 Page 62 of 93 PageID #: 4005



sterile wheat straw for 60 days at room temperature and fed to a 250 lb calf, a 130 lb ewe, and a 125 lb pig. All animals eventually died, the ewe 25 h after a single feeding of 6 oz. of toxic straw, the pig 12 h after a single dose of 3.5 oz. of toxic straw, and the calf 3 days after receiving a total of 6 lbs of toxic straw over a 14-day period; the clinical symptoms observed in these animals and the findings of gross necropsy and histology reveal an intoxication very similar to equine stachybotryotoxicosis and to that reported for Soviet field cases of stachybotryotoxicosis in cattle [13].

Stachybotryotoxicosis has been induced in hogs by feeding straw infected with *S. alternans* [28]. Sows receiving the toxic feed had dry necroses on the teat tegument and suckling piglets developed necroses on the mouth, snout and mucous membrane. Continuous feeding of the infected toxic straw resulted in the deaths of 57—65% of the animals receiving the fodder [28].

*Poultry.* A number of studies have demonstrated that chicks are susceptible to stachybotryotoxicosis. Schumaier *et al.* [29] fed an ether extract of wheat, on which a toxic strain of *S. atra* had been cultured, to chicks for 13 days and observed depression, loss of appetite and reduced growth rates. There was a watery discharge from the mouth, and necropsy revealed necrotic lesions in the mouth and crop. When the chicks received contaminated wheat directly the same effects were seen. Palyusik [30] has reported that 5- to 7-day-old chicks develop stachybotryotoxicosis when fed oats infected with *S. atra* or an ether extract of such oats, or a material obtained as a precipitate when petroleum ether is added to the ether extract. Birds exhibited normal appetites early in the feeding trial, but the appearance of oral lesions after 24 h resulted in decreased food consumption. Oral lesions became very severe in 2 to 3 days, and the majority of deaths occurred in 6—12 days. Palyusik points out that stachybotryotoxicosis in chicks may be mistakenly diagnosed as the diphtheroid form of fowl pox.

The petroleum ether precipitate described above, which is of unknown chemical composition, was added to the chick diet at the level of one part per thousand and fed continuously; from this part of the study an $LD_{50}$ for 6-day-old chicks was determined to be 795.3 mg/kg body weight [30]. An ethanol solution of the precipitate was prepared, diluted with water, and the ethanol was evaporated. The remaining aqueous solution was administered to the chicks and an $LD_{50}$ was determined. In this case the $LD_{50}$ was found to be 188.7 mg/kg body weight; interestingly, the chicks died without developing the oral lesions typical of stachybotryotoxicosis.

Palyusik *et al.* [31] have also produced stachybotryotoxicosis in 1-day-old goslings; these authors speculate that a widespread, unknown disease of goslings which had been diagnosed by some as "goose influenza" could very well be a mycotoxicosis and may well be, in part, stachybotryotoxicosis. The experimental stachybotryotoxicosis induced in 1-day-old goslings showed clinical and pathological manifestations very similar to those seen in chicks.

*Other animals.* In addition to those animals discussed in the foregoing,

*References p. 196*

stachybotryotoxicosis has been induced experimentally by feeding Stachybotrys-contaminated materials to dogs [26], horses [2,7,10] and rats [18].

### *(C) Other types of biological activity*

Bodon and Palyusik [32] have studied the cytotoxic effects of materials isolated by ether extraction of oat cultures of *S. alternans*. The addition of petroleum ether to the ether extract resulted in the precipitation of an almost colourless powder. It was this material, of unknown chemical composition, which was examined by the tissue culture technique. Using calf-kidney epithelial cells in monolayer cell cultures and administering an aqueous colloidal suspension of the precipitate at levels of 23.5 $\mu$g/ml and at six serial 10-fold dilutions of this level, these workers observed cytotoxic effects characterized by a decrease in the amount of cellular RNA, focal cell destruction, and shrunken cells showing granulation of the nuclear chromatin; in some cases the nuclear membrane was absent but in others it remained normal. Cell cultures inoculated with some of the high dilution solutions contained many bi- or multinuclear cells. The authors recommend this test as a very sensitive bioassay for toxins of *S. alternans*; however, it was not demonstrated that the isolate tested was a single chemical compound or even a mixture of closely related chemical types.

Phytotoxicity is elicited by some of the metabolites obtained from cultures of *S. alternans* [33]. 20-day-old cultures of the mould were extracted with methylene chloride, followed by chloroform, methanol, and petroleum ether extractions. Column chromatography gave a material which, at a concentration of 1 mg/ml, produced the characteristic inflammation of the rabbit ear skin, and at concentrations of 10—1000 $\mu$g/ml decreased the rate of germination of rye and radish seeds and the growth of roots of lettuce and rye seedlings. The physical and chemical data given for the isolate tested indicate that the material is not a pure chemical compound.

A precipitate produced by the addition of petroleum ether to an ether extract of *S. alternans* was found to be lethal to the protozoon *Paramecium caudatum*; the lowest concentration of this chemically uncharacterized substance which produced the test was 20 $\mu$g/ml [18].

Eppley and Bailey [9] have found that the common brine shrimp (*Artemia salina*) is very sensitive to some of the toxic metabolites of *S. atra* and have used this organism to monitor the isolation of a variety of pure, toxic materials.

## Metabolites of Stachybotrys

The major features of the biological effects of Stachybotrys toxins have now been outlined; the work of Forgacs [7] can be consulted if greater detail is required. We have sought to present this background before filling in the chemical details, since it seems certain, as we have already noted, that there has been no toxicological evaluation of any chemically homogeneous



metaboli
toxicosis
through
the conc
incomple
gations i
nature o
these inv
by Palyu
and Sere
of the cu
This mat
tive rabb
number
A combu
two mole
1949 wh
mined th
oid nucl
undeterm
pure com
Usir
Pashevich
$C_{24}H_{44}$(
report ha
secondar
followed
ther dou
also desc
ether ext
some evi
botryoto
solvents.
botryoto
A m
co-worke
method c
rial is eq
compone
B. Stachy
point 62-
302.8 (C
botryoto
skin infla
its chemi
Rec

*References*

metabolite of any of the species of Stachybotrys implicated in stachybotryotoxicosis. The details of some key Russian work have been available only through secondary sources, but a careful reading of these sources has led to the conclusion that the substances described by the Russian workers were incompletely defined and of questionable purity. Prior to very recent investigations in our laboratories the major attempts to deal with the chemical nature of Stachybotrys metabolites were those of Fialkov and Serebriani; these investigations have been described by Pidoplichko and Bilai [24] and by Palyusik [18]. Using cultures of *S. alternans* grown on wort agar, Fialkov and Serebriani isolated a colourless, amorphous powder by ether extraction of the cultures followed by the addition of petroleum ether to the extract. This material, which was named stachybotryotoxin A, demonstrated a positive rabbit skin toxicity test, and is the same type of material which a number of investigators have used for toxicological studies (see p. 184). A combustion analysis of stachybotryotoxin A revealed the possibility of two molecular formulas: $C_{25}H_{34}O_6$ or $C_{26}H_{38}O_6$. This work was done in 1949 when spectroscopic capability was limited. The investigators determined that the material designated as stachybotryotoxin A possessed a steroid nucleus, at least four hydroxy groups, and an unsaturated lactone of undetermined ring size. There is no evidence that stachybotryotoxin A was a pure compound; the evidence does indicate that this isolate was impure.

Using the isolation technique described by Fialkov and Serebriani, Pashevich prepared stachybotryotoxin A but found an empirical formula of $C_{24}H_{44}O_4$, and presented evidence for carboxylic acid functionality; this report has not been available for study and has come to us only through a secondary source [18]. Pashevich's work has not, to our knowledge, been followed by complete characterization of the isolate. This finding casts further doubt on the purity of stachybotryotoxin A. Fialkov and Serebriani also described stachybotryotoxin B, a crystalline material obtained when an ether extract of cultures of *S. alternans* is allowed to evaporate. There is some evidence that stachybotryotoxin B is a chemical relative of stachybotryotoxin A but it is reported to be less toxic and less soluble in organic solvents. Nothing else is known of the chemical characteristics of stachybotryotoxin B.

A material was isolated from cultures of *S. alternans* by Seredyuk and co-workers [33] and given the trivial name of stachybotryotoxin. The method of isolation used by these workers makes it unlikely that this material is equivalent to either stachybotryotoxin A or B, but it may be one component of the isolates which have been called stachybotryotoxins A and B. Stachybotryotoxin exhibits an empirical formula of $C_{16}H_{27}O_5$, melting point 62—69° and an experimentally determined molecular weight (Rast) of 302.8 ($C_{16}H_{27}O_5$ has a calculated molecular weight of 299). A stachybotryotoxin concentration of 1 mg/ml produced the characteristic rabbit skin inflammation. There are no data regarding the purity of this material or its chemical constitution.

Recent work has resulted in some clarification of the chemistry of

stachybotryotoxins. In all of the fractionation work outlined below, brine shrimp were used to follow the biological activity. This organism is reliable for monitoring the isolation of toxic Stachybotrys metabolites in that compounds demonstrated to be active against the brine shrimp also give a positive rabbit skin toxicity test. The brine shrimp bioassay has the advantages of being relatively rapid (16 h per test) and requiring very small amounts of test materials [34]. A strain of *Stachybotrys atra* which had been demonstrated as capable of producing stachybotryotoxicosis (strain number M-1126, Food and Drug Administration, Department of Health, Education and Welfare; Strain Number QM-1533, Quartermaster Corps, U.S. Army; Strain Number 1006, Harvard University, Cambridge, Mass.) was cultured on sterilized oats [9]. After 1 month the cultures were air-dried and extracted with diethyl ether in a Soxhlet apparatus for 20 h. The ether extract was concentrated and hexane added to the concentrate. The precipitate which formed was collected and dried and both the filtrate and the precipitate were toxic to brine shrimp. When examined by thin-layer chromatography (TLC) the toxic precipitate showed the presence of a large number of compounds (developing solvent: isopropanol/chloroform, 3/97.) This precipitate should be equivalent to stachybotryotoxin A. Although it might be argued that the *S. atra* as used in our laboratories is not equivalent to the *S. alternans* used by the Russian workers, it has been postulated, and accepted by some, that *S. atra* and *S. alternans* are synonymous species and in any event the described toxicology for the strain used by us closely resembles the toxicology described by the Russians.

Yus'kiv [35] has described a colour test for Stachybotrys toxins which is based on the reaction of the toxin with resorcinol in acidic solution; this test has been considered a reliable indicator of toxic components of materials isolated from Stachybotrys cultures [18,22]. The stachybotryotoxin A isolated in our laboratories gave a positive test with resorcinol, but when the resorcinol reagent described by Yus'kiv was sprayed on the TLC plate on which our isolate had been spotted and developed, three red spots appeared; however, in subsequent fractionation of our stachybotryotoxin A, all three of these compounds were absent from fractions toxic to the brine shrimp. Those compounds which do exhibit toxicity to brine shrimp are almost certainly responsible for at least part of the toxic effects of *S. atra* (especially the dermal inflammation, the effects on the mouth and gastrointestinal tract, and the haemorrhages) in larger animals and man; thus, the resorcinol test must be used with caution because it detects only compounds usually associated with the Stachybotrys toxins. Of course, the resorcinol-positive fraction may contain compounds which are toxic but which do not produce an effect on the brine shrimp.

Our stachybotryotoxin A, a complex mixture, was dissolved in chloroform and the solution added to hexane (1/10, chloroform/hexane) to give a non-toxic precipitate. The filtrate was evaporated to near dryness and applied to a silica gel column. The column was eluted with isopropanol/chloroform (1/99, V/V) and the course of the fractionation followed using TLC and the brine shrimp bioassay.



Tv
tion, or
other w
a know
ity to th
rabbit e
compar
reason
botrys t
Th
the use
which v
shrimp
compou
their de
the kno
term sat
was esta
netic re
sample
TLC pla
shrimp.
Sat
characte
The cha
may be
was a n
compon
shrimp t
the pres
could be
cal featu




MELLEI

Fig. 1.

*References*

ow, brine
is reliable
that com-
ve a posi-
antages of
nts of test
ionstrated
.26, Food
l Welfare;
1 Number
lized oats
th diethyl
icentrated
rmed was
e toxic to
the toxic
(develop-
l be equiv-
S. atra as
ed by the
hat S. atra
described
ology de-

cins which
ution; this
s of mate-
yotoxin A
; when the
C plate on
appeared;
., all three
ne shrimp.
are almost
(especial-
ointestinal
resorcinol
ds usually
ol-positive
ot produce

in chloro-
) to give a
ss and ap-
nol/chloro-
using TLC



Two compounds were isolated during the chromatographic fractionation, one of which proved to be the well known steroid ergosterol, and the other was found to be the compound known as mellein (Fig. 1). The latter is a known metabolite of *Aspergillus ochraceus* [36]. Mellein showed no toxicity to the brine shrimp, but did produce a mild skin reaction when applied to rabbit ears. However, the dermal response elicited by mellein was very mild compared to that produced by other metabolites of *S. atra*, and for this reason it can be concluded that mellein is of little importance as a Stachybotrys toxin.

The column chromatographic fractionation procedure, coupled with the use of preparative TLC, resulted in the isolation of five pure compounds which were highly toxic to brine shrimp; compounds giving positive brine shrimp responses also gave positive rabbit skin toxicity tests [34]. These five compounds were designated as satratoxins C, D, F, G and H, according to their descending order on TLC plates. Satratoxin D was soon identified as the known fungal metabolite roridin E (Fig. 2) [37], and for this reason the term satratoxin D was dropped. That satratoxin D is equivalent to roridin E was established by direct comparison (UV, infrared, mass and nuclear magnetic resonance (NMR) spectra and TLC characteristics) with an authentic sample of roridin E [38]. Other compounds present in the mixture seen on TLC plates (*i.e.*, compounds "A", "B", "E") were not toxic to the brine shrimp.

Satratoxins C, F, G, and H, and roridin E do not possess the steroid characteristics ascribed to stachybotryotoxin A by Fialkov and Serebriani. The characteristics of stachybotryotoxin A described by the Russian workers may be explained in at least two ways, if it is accepted that their material was a mixture: (*1*) a steroidal, unsaturated lactone may exist as a major component of the mixture, but fail to give a positive rabbit skin or brine shrimp toxicity test and would thus not be detected by our method; or (*2*) the presence of large amounts of ergosterol in stachybotryotoxin A mixture could be responsible for the observation of a steroidal nucleus. Other chemical features observed by the Russian workers could be due to some of the




MELLEIN

Fig. 1.




RORIDIN E

Fig. 2.

References p. 196

other compounds present. The compounds which we have called satratoxins C, F, G, and H are produced in very small amounts (see Table II) by the isolate of *S. atra* used in our work, and are thus quantitatively minor components of the stachybotryotoxin A mixture. Nevertheless, these compounds appear to represent the major toxic components of the stachybotryotoxin A mixture [9]. In Table II are listed some of the properties of these *S. atra* metabolites.

Roridin E (Fig. 2) is a metabolite of the soil fungus *Myrothecium verrucaria* [37], and is one of a series of complex sesquiterpenoids classified as 12,13-epoxy-$\Delta^9$-trichothecenes [12,39]. There are well over twenty naturally occurring compounds in this series of sesquiterpenoids; all are fungal metabolites and have in common the tetracyclic ring system exemplified by the roridin E hydrolysis product, verrucarol (Fig. 3). It is the nature of the ring substituents which distinguishes one member of the series from another. Some members are similar to roridin E in that a macrocyclic ring system is fused to the tetracyclic terpenoid (*e.g.*, roridins A [40], and D [41], and verrucarins A [42], B [43], and J [44]; other members of the series do not possess a macrocyclic ring system (*e.g.*, diacetoxyscirpenol [45], T-2 toxin [46], fusarenone [47], trichothecin [48], nivalenol [49], *etc.*). A recent and very comprehensive review by Bamburg and Strong [12] should be consulted for further details regarding these metabolites.

Satratoxins G and H have been isolated in sufficient quantities for further investigation. Upon hydrolysis with methanolic KOH both of these compounds yield the known compound verrucarol (Fig. 3) [38]; thus both of these substances are members of the 12,13-epoxy-$\Delta^9$-trichothecene group. Satratoxins G and H have been studied using spectroscopy, but the nature of the substituents attached to the verrucarol nucleus have not as yet been determined. Molecular weight characteristics, coupled with the UV spectral features of these compounds (Table II), support the hypothesis that satratoxins G and H both possess macrocyclic ring systems having the unsaturated ester moieties present in roridin E but differing from this compound in other ways. The low resolution mass spectra of satratoxins G and H are shown in Fig. 4. Satratoxin F has not been available in sufficient quantities for characterization by chemical studies; however, UV, NMR, and mass spectra indicate that this compound is also a member of the series of 12,13-epoxy-$\Delta^9$-trichothecenes. Structural work is continuing on all four of these materials but is slow because of the severely limited amounts of compounds available. None of these compounds appears to be equivalent to any presently known member of the trichothecene series.

Thus *Stachybotrys atra* can be added to the already large list of fungi which are capable of elaborating 12,13-epoxy-$\Delta^9$-trichothecenes, and which now includes *Myrothecium verrucaria, M. roridum, Trichothecium roseum, Fusarium equiseti, F. scirpi, F. nivale, F. concolor, F. tricinctum* and *Trichoderma lignorum* [12]. Because of the similarity between the known toxic effects of a number of 12,13-epoxy-$\Delta^9$-trichothecenes and the major clinical and pathological effects observed in animals suffering from stachybotryo-



TABLE II
PROPERTIES OF TOXIC COMPOUNDS ISOLATED FROM OAT CULTURES OF *STACHYBOTRYS ATRA* [9]

| Compound | Yield | $R_F$ on | Melting | Molecular | Molecular | UV | Significant | $LD_{50}^c$ |
|---|---|---|---|---|---|---|---|---|

*References p*

ratoxins
by the
compo-
pounds
toxin A
S. atra

ium ver-
sified as
natural-
fungal
lified by
e of the
another.
ystem is
1], and
s do not
-2 toxin
ent and
be con-

ities for
of these
us both
thecene
but the
ot as yet
the UV
esis that
; the un-
his com-
G and H
t quanti-
and mass
of 12,13-
of these
mpounds
present-

of fungi
d which
roseum,
Tricho-
wn toxic
r clinical
ybotryo-



TABLE II

PROPERTIES OF TOXIC COMPOUNDS ISOLATED FROM OAT CULTURES OF *STACHYBOTRYS ATRA* [9]

| Compound | Yield from 6 kg oat culture (mg) | $R_F$ on silica gel TLC[a] | Melting point, (°C) | Molecular weight | Molecular formula[b] | UV spectra (methanol) | Significant infrared absorptions, ($cm^{-1}$) | $LD_{50}$[c] |
|---|---|---|---|---|---|---|---|---|
| Satratoxin C | 2 | 0.95 | — | 484 | — | — | — | 150 |
| Roridin E[d] (Satratoxin D) | 3 | 0.50 | 170—176 | 514 | $C_{29}H_{38}O_8$ | 222 nm ($\epsilon$ = 19 600) 260 nm ($\epsilon$ = 18 700) | 3400—3500, 1710, 1645, 1600 | 130 |
| Satratoxin F | 2 | 0.42 | 164—168 | 542 | — | 250 nm ($\epsilon$ = 5 900) | 3400—3500, 1750, 1715, 1625, 1600 | 150 |
| Satratoxin G | 8 | 0.28 | 167—170 | 544 | $C_{28}H_{32}O_{11}$ | 256 nm ($\epsilon$ = 6500) | 3400—3500, 1750, 1710, 1625, 1598 | 150 |
| Satratoxin H | 12 | 0.20 | 162—166 | 528 | $C_{29}H_{36}O_9$ | 225 nm ($\epsilon$ = 14 700) 255 nm ($\epsilon$ = 10 400) | 3400—3500, 1770, 1650, 1595 | 200 |

[a] Isopropanol-$CHCl_3$ (3:97, v/v). When tested with a variety of solvent systems and spray reagents, all compounds showed one spot on TLC plates.
[b] Based on high resolution mass spectroscopy.
[c] ng of compound per 0.5 ml of test medium to kill 50% of the brine shrimp (*Artemia salina*) [34].
[d] Known metabolite of *Myrothecium verrucaria* (see text) [37].




VERRUCAROL

Fig. 3.

toxicosis, Bamburg and Strong [12] had proposed that this mycotoxicosis might be partially attributable to the presence of these types of compounds. Our findings support this hypothesis.

### Toxic effects of 12,13-epoxy-$\Delta^9$-trichothecenes

Since purified epoxytrichothecenes derived from *S. atra* have been tested only on rabbit skin and brine shrimp, it will be useful to note some of the animal feeding studies which have been carried out with another member of this series of compounds. T-2 toxin, an epoxytrichothecene elaborated by the fungus *Fusarium tricinctum*, has been administered orally to experimental animals [50]. At subacute dosage levels symptoms such as haematuria, vomiting, loss of weight, thirst, and ataxia appeared in the animals. Following an initial phase during which there was degeneration of myelocytes in bone marrow, a leukocytosis appeared; this was in turn followed by severe leukopenia. Pathological findings were severe inflammation of the gastrointestinal tract: lesions in the lymph nodes, thymus, and testes; and degeneration of nerve cells. In cattle, feeding of T-2 toxin produced massive haemorrhage of the large intestine [12].




Fig. 4. Low resolution mass spectra of satratoxins G and H.

CONCLUS

The
given in
this grou
and in h
other rel
at least p

Conclusi

It h
in this bo
its metab
for toxin
lites of *St*
until now
in those c
greater d
methods
field is r
chemists,
12,13-epo
Bamburg,
Ch. Tam
provide a
$\Delta^9$-tricho
Stac
which 12
[12] hav
cenes are
a mycoto
These au
pathologi
toxicosis
"scab" ba
Stac
condition
Forgacs [
contamin
evaluating
regardless
hazards,
locate the

*References*

/cotoxicosis
compounds.

: have been
iote some of
her member
iaborated by
) experimen-
haematuria,
ıals. Follow-
yelocytes in
ed by severe
the gastroin-
nd degenera-
ısive haemor-







The simple description of the facts derived from animal feeding studies given in the last paragraph, coupled with the facts that many members of this group of compounds are known potent dermal toxins, both in animals and in humans [12], allow the tentative conclusion that the roridin E and other related 12,13-epoxy-$\Delta^9$-trichothecenes (satratoxins C, F, G, and H) are at least partially responsible for stachybotryotoxicosis.

## Conclusion

It has been impossible to proceed, as have many of the other chapters in this book, by first discussing a mould and its properties, the chemistry of its metabolites, the analytical methods for those metabolites, the conditions for toxin production, and so on. Since the chemistry of the toxic metabolites of *Stachybotrys atra* is only beginning to emerge, it has been impossible, until now, to study the conditions for the production of these toxins except in those crude ways which have been outlined in this chapter and presented in greater detail in the work of Forgacs [7]. Likewise, no direct analytical methods are available and biosynthetic studies do not exist. Obviously, the field is ripe for investigation by mycologists, analytical chemists, organic chemists, biochemists, and toxicologists. The excellent work on other 12,13-epoxy-$\Delta^9$-trichothecenes which has come out of the laboratories of J. Bamburg, F.M. Strong and co-workers at the University of Wisconsin, Prof. Ch. Tamm and co-workers at the University of Basel, and others, should provide a sound background for future studies of the complex 12,13-epoxy-$\Delta^9$-trichothecenes which now seem to be involved in stachybotryotoxicosis.

Stachybotryotoxicosis is perhaps just one of many mycotoxicoses in which 12,13-epoxy-$\Delta^9$-trichothecenes may be involved. Bamburg and Strong [12] have already made a case for the idea that 12,13-epoxy-$\Delta^9$-trichothecenes are likely suspects as the causative agents for alimentary toxic aleukia, a mycotoxicosis responsible for widespread human disease and death [51]. These authors have also presented evidence, largely based on clinical and pathological data, that these compounds may be involved in mouldy corn toxicosis of poultry, pigs, and cattle, fescue foot, pink rot of fruit, and "scab" barley disease.

Stachybotryotoxicosis seems preventable, as are most mycotoxicoses, if conditions conducive to mould growth in foods and feedstuffs are avoided; Forgacs [7] has described the sanitary practices required to avoid *S. atra* contamination of forage. What seems critical at this stage is the need for evaluating the chronic toxic effects of all 12,13-epoxy-$\Delta^9$-trichothecenes, regardless of fungal source, to learn which are potential human health hazards, and the development of assay techniques which may be used to locate these compounds in food supplies.

*References p. 196*

## References


1 N. Kruschev, Kruschev Remembers, with Introduction. Commentary and Notes by Edward Crankshaw, Little, Brown, Boston, 1970, pp. 111–114.
2 V.G. Drobotko, Stachybotryotoxicosis, a New Disease of Horses and Humans, Report presented at the Academy of Science, U.S.S.R., 1942.
3 V.G. Drobotko, Am. Rev. Sov. Med., 2 (1945) 238.
4 V.G. Drobotko, P.E. Marushenko, B.E. Aizeman, N.G. Kolesnik, P.D. Iatel and V.D. Melnichenko, Vrach. Delo, 26 (1946) 125.
5 A.K. Sarkisov, Veterinariya, 24 (1947) 25.
6 J. Forgacs and W.T. Carll, Advan. Vet. Sci., 7 (1962) 278.
7 J. Forgacs, Stachybotryotoxicosis, in S. Kadis, A. Ciegler and S.J. Ajl (Eds.), Microbial Toxins, Vol. VIII, Academic Press, New York, 1972, pp. 95–126.
8 J. Forgacs, Stachybotryotoxicosis and moldy corn toxicosis, in G.M. Wogan (Ed.), Mycotoxins in Foodstuffs, M.I.T. Press, Cambridge, Mass., 1965, pp. 87–93.
9 R.M. Eppley and W.J. Bailey, Science, 181 (1973) 758. (Much of this work is taken from R.M. Eppley, Ph. D. Thesis, University of Maryland, College Park, Md.,).
10 K.I. Vertinskii, Veterinariya, 17 (1940) 61.
11 J.R. Bamburg, Ph. D. Thesis, University of Wisconsin, Madison, Wis., 1969.
12 J.R. Bamburg and F.M. Strong, 12,13-Epoxytrichothecenes, in S. Kadis, A. Ciegler and S.J. Ajl (Eds.), Microbial Toxins, Vol. VII, Academic Press, New York, 1971, pp. 207–292.
13 V.A. Fortuskny, A.M. Govrov, I.Z. Tebybenko, A.S. Biochenko and E.T. Kalitenko, Veterinariya, 36 (1959) 67.
14 I.G. Levenberg, L.I. Ivantsvov and M.P. Prostakov, Veterinariya, 38 (1961) 38.
15 I.A. Kurmanov, Veterinariya, 38 (1961) 41.
16 I.A. Ismailov and B.F. Moroshkin, Veterinariya, 4 (1962) 27.
17 A.F. Tkachenko, Comparative data on stachybotryotoxicosis of the bison and the hippopotamus, in V.I. Bilai (Ed.), Mycotoxicoses of Man and Agricultural Animals (English Transl.), Office of Tech. Ser., U.S. Dept. of Commerce, Washington, 1960, pp. 187–195.
18 M. Palyusik, Acta Vet. Hung., 20 (1970) 57.
19 G. Danko and J. Tanyi, Magy. Allatorv. Lap., 23 (1967) 225.
20 P. Pavlov, G. Dimitrov, H. Stankoushev and K. Surtmadjiev, Vet. Med. Nauki, Sofija, 4 (1967) 49.
21 G.R. Bisby, Brit. Mycol. Soc. Trans., 26 (1943) 133.
22 E-L. Korpinen and A. Ylimäki, Experientia, 28 (1972) 108.
23 A.K. Sarkisov and V.N. Orshanskaiya, Veterinariya, 21 (1944) 38.
24 N.M. Pidoplichko and V.I. Bilai, Toxic fungi which develop in food products and fodder, in V.I. Bilai (Ed.), Mycotoxicoses of Man and Agricultural Animals (English Transl.), Office of Tech. Ser., U.S. Dept. of Commerce, Washington, 1960, pp. 3–37.
25 J. Forgacs, W.T. Carll, A.S. Herring and W.R. Hinshaw, Trans. N.Y. Acad. Sci., 20 (1958) 787.
26 N.E. Korneev, Veterinariya, 25 (1948) 36.
27 P.F. Samsonov and A.P. Samsonov, The respiratory mycotoxicoses, experimentally, in V.I. Bilai (Ed.), Mycotoxicoses of Man and Agricultural Animals (English Transl.), Office of Tech. Ser., U.S. Dept. of Commerce, Washington, 1960, pp. 140–151.
28 V. Volintir, I. Popescu, I. Jivănescu, R. Mogaminzat, M.P. Vlah and S. Constantinescu, Rev. Zool. Med. Vet., 1 (1971) 68.
29 G. Schumaier, H.M. DeVolt, N.C. Laffer and R.D. Creek, Poultry Sci., 62 (1963) 70.
30 M. Palyusik, Sabouraudia, 8 (1970) 4.
31 M. Palyusik, I. Szép and F. Szöke, Acta Vet. Hung., 18 (1968) 363.
32 L. Bodon and M. Palyusik, Acta Vet. Hung., 20 (1970) 289.
33 L.S. Seredyuk, A.A. Svishcuk and P.A. Moroz, Fiziol. Biokhim. Osnovy Vzaimod. Rast. Fitotsenozakh, (1971) 133; Chemical Abstracts, 76 (1972) 137.





34 R.M. E
35 R.V. Y
36 T. Yab
37 W. Zürc
38 Profess Switzerl
39 V. Her Terpenc pp. 80–
40 B. Böhn
41 B. Böhn
42 J. Gutzw
43 J. Gutzw
44 E. Fetz,
45 E. Flury
46 J.R. Ban
47 J.F. Gro
48 W.O. Go
49 T. Tatsu 2519.
50 W.F.O. Degurse,
51 A.Z. Joi Microbia

Case 4:03-cv-04019-KES Document 219-15 Filed 12/07/04 Page 72 of 93 PageID #: 4015



Notes by
s, Report
and V.D.
.), Micro-
gan (Ed.),
k is taken
d.,).
A. Ciegler
rk, 1971,
Kalitenko,
8.
and the
Animals
on, 1960,
ki, Sofija,
ducts and
s (English
pp. 3—37.
l. Sci., 20
imentally,
Transl.),
151.
stantines-
1963) 70.
Vzaimod.




34 R.M. Eppley, J. Ass. Off. Anal. Chem., 57 (1974) 618.
35 R.V. Yus'kiv, Mikrobiol. Zh., 28 (1966) 68.
36 T. Yabuta and Y. Sumiki, J. Agric. Chem. Soc. (Japan), 9 (1933) 1264.
37 W. Zürcher and Ch. Tamm, Helv. Chim. Acta, 49 (1966) 2594.
38 Professor Ch. Tamm, Institut für Organische Chemie der Universität Basel, Basel, Switzerland kindly provided samples of roridin E and verrucarol.
39 V. Herout, Biochemistry of sesquiterpenoids, in T.W. Goodwin (Ed.), Aspects of Terpenoid Chemistry and Biochemistry, Academic Press, New York, 1971, pp. 80—82.
40 B. Böhner and Ch. Tamm, Helv. Chim. Acta, 49 (1966) 2527.
41 B. Böhner and Ch. Tamm, Helv. Chim. Acta, 49 (1966) 2547.
42 J. Gutzwiller and Ch. Tamm, Helv. Chim. Acta, 48 (1965) 157.
43 J. Gutzwiller and Ch. Tamm, Helv. Chim. Acta, 48 (1965) 177.
44 E. Fetz, B. Böhner and Ch. Tamm, Helv. Chim. Acta, 48 (1965) 1669.
45 E. Flury, R. Mäuli and H.P. Sigg, Chem. Commun., (1965) 26.
46 J.R. Bamburg, N.V. Riggs and F.M. Strong, Tetrahedron, 24 (1968) 3329.
47 J.F. Grove, Chem. Commun., (1969) 1266.
48 W.O. Godfredsen and S. Vangedal, Proc. Chem. Soc., (1964) 188.
49 T. Tatsuno, M. Saito, M. Enomoto and H. Tsunoda, Chem. Pharm. Bull., 16 (1968) 2519.
50 W.F.O. Marasas, J.R. Bamburg, E.B. Smalley, F.M. Strong, W.L. Ragland and P.E. Degurse, Toxicol. Appl. Pharmacol., 15 (1969) 471.
51 A.Z. Joffe, Alimentary toxic aleukia, in S. Kadis, A. Ciegler and S.J. Ajl (Eds.), Microbial Toxins, Vol. VII, Academic Press, New York, 1971, pp. 139—189.

*Chapter 13*

# CITREOVIRIDIN FROM *PENICILLIUM CITREO-VIRIDE* BIOURGE

YOSHIO UENO

*Department of Chemical Microbiology, Faculty of Pharmaceutical Sciences, Tokyo University of Science, Ichigaya, Tokyo (Japan)*

Acute cardiac beriberi, which is called "shoshin-kakke" in Japanese, has been prevalent during the last three centuries in rice-eating countries including Japan. This disease is characterized by violent and tragic symptoms such as ascending paralysis, convulsions and respiratory arrest. Numerous people investigating the disease presented many speculative theories about its cause and these theories may be classified into three categories, namely infection, avitaminosis and intoxication. Since the famous discovery of vitamin $B_1$ and the contemporaneous disappearance of the disease, the second theory of vitamin deficiency has been generally accepted as the explanation for the cause of beriberi including the acute type of cardiac beriberi. As for the last theory of intoxication, Sakaki [1] in 1891 succeeded in demonstrating that an ethanol extract from naturally mildewed rice grains contained neurotoxic compound(s) which caused convulsions, paralysis and death in frogs, rabbits and mice. This is the first experimental approach to the aetiology of cardiac beriberi from the standpoint of the intoxication theory, although both the causal fungi and the toxic principle were not identified at that time.

In 1918, the late professor I. Miyake started screening fungi for toxicity under the working hypothesis that a "rice-fungus-toxin" might be responsible for the disease. Subsequently he found two "yellow rice" samples invaded by Penicillium sp., one harvested in Taiwan (Formosa) and imported into Japan in 1936 and the other harvested in Japan between 1934 and 1939 [2]. In 1947, he [3] designated the fungus as *P. toxicarium* Miyake sp. nov., which was recently revised to *P. citreo-viride* Biourge by his collaborator, Naito [4].

Toxicological study of the metabolites of this fungus was started by Uraguchi with artificially moulded rice grains, so-called "yellow rice" (Ō-henmai in Japanese). He demonstrated that the ethanol-ether extract of the mouldy rice contained a neurotoxic metabolite which affected several kinds of animals and that the symptoms were progressive paralysis of the ascending type, lowering of body temperature, convulsions and respiratory failure, all of which were similar to the reported clinical manifestations of cardiac beriberi in man [5].

In 1947, a chemical study on the metabolite of *P. citreo-viride* was performed by Hirata and his collaborators [6,7] and they isolated a yellow

*References p. 301*

pigment, citreoviridin, although at that time no toxicological study was undertaken. Recently, the author reexamined the chemical and biological properties of the toxic principle of *P. citreo-viride* in cooperation with Prof. Uraguchi, and the results were reported at the symposia on "Mycotoxins" at the 1st International Congress of Plant Pathology held in London in 1968 [8] and on "Mycotoxins in Human Health" held in Pretoria in 1970 [9].

In addition to these mycological and toxicological studies, Uraguchi [8] pointed out, on the basis of his statistical observations, that the rapid disappearance of fatal beriberi in Japan in the early 19th century coincided with the increase in the extent of rice inspection and that the discovery and medical application of vitamin $B_1$ were made somewhat later than the start of decrease in incidence.

## Occurrence of cardiac beriberi

### *(I) Clinical symptoms*

Beriberi (kakke) may be classified on clinical symptoms into several types. *Acute cardiac beriberi* (shoshin-kakke in Japanese), the most tragic type usually progressed very rapidly with vomiting, convulsions, ascending paralysis, lowering of body temperature and respiratory arrest as major symptoms. Once the disease started, the patient usually died within 3 days and no method of saving the patient was available because of the rapid progression of the disease. Other types were *atrophic beriberi* and *wet beriberi* which were characterized by atrophy, anaemia or dropsy, without severe paretic signs. The whole course of the disease extended over a 2—30-week period depending upon the degree of severity; in some cases motor disturbance remained in the legs 1—2 years after development.

Irisawa *et al.* [10] described (in Japanese) the clinical syndrome of fatal cases of beriberi; Uraguchi [8] translated this description as follows:

"On affection, it begins with palpitation, cardiac distress, tachypnoea, *etc.* Dyspnoea gets worse with nausea or vomiting. Within a few days, the condemned patient falls into indescribable agony, moaning in pain and struggling with jactitation, or sometimes with violent maniacal excitement, which presents a heart-rending sight.

"On clinical examination, the heart is usually dilated to the right, the first sound at the apex prolonged, and systolic murmur is audible. The second pulmonary sound is accentuated. Blood pressure is depressed; pulse is quickened, sometimes exceeding 120 per min, and softer with palpitation. Dyspnoea gradually increases, with cold and cyanotic extremities, anaemic and dry skin, and husky voice. The pulse becomes more enfeebled. The pupil is dilated. At last consciousness is disordered or almost lost, and respiration fades to final arrest."

Furthermore, Uraguchi [8] added the very lucid description by Wright [11], as follows:

"Within a varying time — from 5 to 72 h — nervous symptoms appear.

The kneejerks either become exaggerated, or more usually are found to be absent. The perineal and anterior tibial muscles rapidly weaken and become flaccid. Foot-drop follows, and in pronounced cases the flaccid paresis marches rapidly to the leg, thigh, hip, finger, wrist, arm and shoulder girdle muscles.

"The laryngeal and pharyngeal muscles may become involved. The tongue has been affected in some of my cases. The internal ocular muscles may not escape. All forms of sensation may be disturbed or fail entirely. The calf and arm muscles become tender and pressure of them is resented by the patient. The sensory disturbance may be coextensive with the motor paresis, or may be confined to the legs and hand.

"There are varying degrees of oedema. In my experience a slight pretibial oedema is always present. Beginning as such it may rapidly develop into a general anasarca — the wet beriberi of the older writers.

"The nervous mechanism of the circulatory system is early involved, perhaps as early as the sensory motor system. There is first cardiac irritability, then palpitation on the slightest exertion, with a low-tension, rapid, irregular pulse. The veins of the neck and the epigastrium pulsate largely. Signs of venous engorgement become apparent. Rapid dilatation of the right heart occurs. The precordia heaves alarmingly, contrasting markedly with the low-tension, weak pulse. Haemic murmurs are heard. There are reduplications of various sounds. Cardiac exhaustion becomes apparent. Delirium cordis soon dominates the situation. Dyspnoea frets the patient, he gasps for air, clutches his chest, rolls from side to side, while his face betrays a terrible anxiety. He at last passes to death in an agony distressful to behold. The mind is clear to the last. I have had patients give me a clear answer as to their feelings, then wildly stare for a moment and suddenly pass."

### *(II) Statistical evidence in Japan*

Severe epidemics of shoshin-kakke prevailed in East Asia and other rice-eating countries including Japan which was heavily plagued with this disease. Therefore, numerous investigations were carried out into the epidemiology of the disease and many excellent reviews and books on kakke were published. In this report, the author quotes statistical data from the excellent publication by Toyama entitled "Aetiological Studies on Beriberi" [12], and from other publications.

#### *(a) Social levels and beriberi*

The incidence of beriberi was connected with the social class or the occupation of patients. From the Genroku Era (1600) to the early Meiji Era (1870), beriberi was reported to have prevailed among the people who belonged to the high social class of princes and generals; during the middle Meiji Era (1880—1900), high percentages of the patients were found among the middle class: bonzes and scholars (37%), merchants (29%), engineers and craftsmen (11%), government officials (7%) and peasants (5%). Further in-

*References p. 301*

vestigation revealed a close relationship between the development of fatal beriberi and the occupation of the patient. In the last decade of the Meiji Era (1900—1910), the high incidence moved from the middle class to lower classes; examples of the death rate per 1000 cases were as follows: soldiers and sailors (68), fishermen (64), shipping men (63), navy officers (61), mechanical engineers (57), merchants (17) and peasants (5).

These statistical data strongly support the theory that the epidemic of beriberi shifted with passage of time from the higher social classes to the lower classes of people. This is quite peculiar, because malignant epidemics such as cholera and other infectious diseases commonly occur among lower-class people, and a change in the social class of the majority of patients with passage of time is not usually demonstrable.

*(b) Population increase and fatal beriberi*

Acute cardiac beriberi appeared first in Edo (now Tokyo) in the late 17th century, when a rapid population increase and marked political and social changes took place. Similar cases were reported in big cities such as Osaka and Yokohama.

Table I shows yearly incidences of fatal beriberi and populations from 1899 to 1908 in Japan, and statistical data for three big cities are listed in Table II. The average death rate was around 1—2 per 10 000 but increased to 4—10 in Tokyo, Osaka and Yokohama, indicating clearly that the incidence of fatal beriberi in big cities was higher than in other locations. Uraguchi [8] stressed that social problems such as changes in dietary habits accompanied by improved techniques for rice preparation, storage and transportation in town existed concomitantly with the higher incidence in city dwellers.

*(c) Seasonal change of beriberi incidence*

Numerous studies have revealed that the incidence of beriberi increased in early summer and late autumn. According to Toyama [12], during

TABLE I

INCIDENCE OF FATAL BERIBERI CASES

| Year | Number of deaths | Population (× 1000) | Death rate/10 000 |
|---|---|---|---|
| 1899 | 9034 | 44269 | 2.03 |
| 1900 | 6500 | 44831 | 1.45 |
| 1901 | 7180 | 45404 | 1.58 |
| 1902 | 11099 | 45990 | 2.41 |
| 1903 | 10783 | 46577 | 2.31 |
| 1904 | 9408 | 47108 | 1.93 |
| 1905 | 11703 | 47641 | 2.46 |
| 1906 | 7766 | 48187 | 1.61 |
| 1907 | 8767 | 48754 | 1.80 |
| 1908 | 10786 | 49319 | 2.19 |

OCCUR

TABLE II

INCIDENCE OF FATAL BERIBERI CASES IN THE THREE BIG CITIES OF JAPAN

Referenc

ınt of fatal
ıe Meiji Era
ıs to lower
vs: soldiers
icers (61),

ıpidemic of
ısses to the
. epidemics
ıong lower-
ıtients with

in the late
ılitical and
ies such as

ıtions from
re listed in
ıcreased to
ə incidence
ıaguchi [8]
companied
ortation in
lers.

i increased
2], during

ı rate/10 000



TABLE II

INCIDENCE OF FATAL BERIBERI CASES IN THE THREE BIG CITIES OF JAPAN

| Year | Tokyo | | Osaka | | Yokohama | |
|---|---|---|---|---|---|---|
| | Number of deaths | Death rate/10 000 | Number of deaths | Death rate/10 000 | Number of deaths | Death rate/10 000 |
| 1901 | 1450[a] | 8.85 | | | | |
| 1902 | 1990 | 11.65 | | | | |
| 1903 | — | — | | | | |
| 1904 | 1708 | 9.13 | | | | |
| 1905 | 1016 | 5.16 | | | | |
| 1906 | 917 | 4.44 | | | | |
| 1907 | 942 | 4.40 | | | | |
| 1908 | 1216 | 5.61 | | | | |
| 1909 | 1038 | 4.77 | | | 174 | 4.27 |
| 1910 | 1121[b] | 5.12 | 1377[b] | 11.11 | 128[b] | 3.05 |
| 1911 | 909 | 4.19 | 1315 | 10.32 | 137 | 3.09 |
| 1912 | 434 | 2.00 | 586 | 4.40 | 36 | 0.79 |
| 1913 | 575 | 2.65 | | | 73 | 1.84 |
| 1914 | | | | | 110 | 2.68 |

Population
[a] 1901 (Meiji 34) Tokyo 1,638,094
[b] 1910 (Meiji 43) Tokyo 1,805,800
Osaka 1,239,373
Yokohama 419,830

1911–1921, the Kanebo Spinning Industry, one of the most famous cotton spinning companies in Japan, improved the nutrition of several thousand weavers in order to reduce the prevalence of beriberi. The incidence of the disease, mostly atrophic and paralytic types of beriberi, was maximal during spring and summer. Statistical analysis by Uryu [13] revealed that the number of fatal beriberi cases during 1899–1938 formed a clear wave-like curve with the highest incidence in summer and the lowest in winter.

Besides the seasonal effect, several reports pointed out that climatic conditions, such as heavy rain and low temperature, strongly influenced the prevalence of beriberi.

Although gastrointestinal diseases are common in summer, the prevalence of beriberi at this time of the year, with its warm, humid conditions, is worthy of attention because of the environmental and ecological conditions which favour growth and toxin production by the fungus, as will be discussed later.

### *(d) Sex and age differences*

In 1882, beriberi disease was very prevalent in Tokyo, and the Kakke Hospital recorded 555 cases; 450 outpatients and 105 inpatients. Statistical analysis disclosed the very interesting phenomenon that female outpatients and inpatients numbered only 20 and 5, respectively, and that the death rate was 21 cases, or 20% of all inpatients. Furthermore, the percentages of patients in various age groups were as follows; 2.19% below 14 years of age, 74.26% 14–25 years, 14.01% 26–35 years, 6.26% 36–45 years, 2.44% 46–55 years, 1.2% over 56. Several other reports also pointed out that young men were more susceptible to the acute type of cardiac beriberi than were old. These results indicate that men, especially young men, are highly susceptible to the tragic disease of beriberi.

According to Fukushima [14], the Hospital of Kyoto University recorded 300 cases of infant beriberi during 1921–1931. Of these patients 193 were male and 107 female; 19% of the cases were fatal. It was noteworthy that the incidence was high in early summer when heavy rain continued during the rainy season from May to June and furthermore that 50% of their mothers were also attacked by beriberi.

### *(e) Rice inspection and concomitant disappearance of cardiac beriberi*

Shoshin-kakke was frequently encountered in Japan from the end of the 17th century until the beginning of the 18th century, but at the present time it is rarely seen in this country. As for the time of disappearance of the disease, data have been obtained from the recently published statistical study by Miyake *et al.* [15], which covered all the autopsied cases of cardiac beriberi during the preceding 80 years in the Department of Pathology at the University of Tokyo. In this study clinical observations as well as pathological changes, such as dilatation of the right ventricle of heart, were employed for diagnosis of cardiac beriberi. As is shown in Table III, a total of between 10 and 20 cases were reported annually up to 1909, and only a few cases per



TABLE I
NUMBEF
PATHOL

| Year |
|---|
| 1883–18 |
| 1888 |
| 1889 |
| 1890 |
| 1891 |
| 1892 |
| 1893 |
| 1894 |
| 1895 |
| 1896 |
| 1897 |
| 1898 |
| 1899 |
| 1900 |
| 1901 |
| 1902 |
| 1903 |
| 1904 |
| 1905 |
| 1906 |
| 1907 |
| 1908 |
| 1909 |
| 1910 |

year afte
(1916–1
Fro
on rice in
beri was
Japanese
damaged
against 6(
prefectur
the more
that were
caused by
If it

*References*

TABLE III

NUMBER OF CARDIAC BERIBERI CASES AUTOPSIED IN THE DEPARTMENT OF PATHOLOGY, UNIVERSITY OF TOKYO

| Year | Total autopsied cases | Cardiac beriberi | Year | Total autopsied cases | Cardiac beriberi |
|---|---|---|---|---|---|
| 1883—1887 | 195 | 2 | 1911 | 327 | 9 |
| 1888 | 132 | 20 | 1912 | 549 | 4 |
| 1889 | 119 | 26 | 1913 | 483 | 1 |
| 1890 | 209 | 12 | 1914 | 576 | 9 |
| 1891 | 162 | 8 | 1915 | 357 | 7 |
| 1892 | 187 | 4 | 1916 | 437 | 19 |
| 1893 | 136 | 3 | 1917 | 337 | 8 |
| 1894 | 114 | 6 | 1918 | 371 | 4 |
| 1895 | 143 | 9 | 1919 | 328 | 9 |
| 1896 | 244 | 13 | 1920 | 275 | 1 |
| 1897 | 201 | 8 | 1921 | 260 | 4 |
| 1898 | 248 | 11 | 1922 | 273 | 8 |
| 1899 | 305 | 13 | 1923 | 257 | 4 |
| 1900 | 430 | 12 | 1924 | 219 | 2 |
| 1901 | 443 | 11 | 1925 | 230 | 3 |
| 1902 | 474 | 19 | 1926 | 213 | 0 |
| 1903 | 402 | 14 | 1927 | 179 | 0 |
| 1904 | 424 | 21 | 1928 | 191 | 0 |
| 1905 | 378 | 2 | 1929 | 209 | 0 |
| 1906 | 434 | 14 | 1930 | 201 | 1 |
| 1907 | 365 | 6 | 1931 | 238 | 0 |
| 1908 | 441 | 17 | 1932 | 221 | 2 |
| 1909 | 521 | 16 | 1933 | 261 | 0 |
| 1910 | 372 | 5 | 1934 | 275 | 2 |
| | | | 1935 | 262 | 0 |
| | | | 1936 | 251 | 0 |
| | | | 1937 | 263 | 0 |

year after 1910 except for the temporary incidence rise during World War I (1916—1917).

From the epidemiological data mentioned above and statistical analysis on rice inspection data, Uraguchi [8] pointed out that the decrease in beriberi was closely related to the increased frequency of rice inspection by the Japanese government. According to his data, official rice inspection to check damaged or mouldy rice covered only 30% of all prefectures until 1909 as against 60% of the whole country in 1911, which meant that rice-exporting prefectures were placed under government control. These data indicate that the more extensive the rice inspection, the fewer the cases of cardiac beriberi that were detected. This finding supports the view that cardiac beriberi was caused by the intake of damaged or mouldy rice.

If it is assumed that cardiac beriberi is caused by a mycotoxin, the shift

*References p. 301*

of beriberi cases from the upper social class to the lower class, the high incidence of beriberi in people who lived in town or in confined places such as ships, and the seasonal variation of incidence are all explained by the following ecological considerations; (*1*) the technique for preparing polished rice was first utilized by upper class people and later spread to lower classes; (*2*) transportation or unsatisfactory storage of polished rice, which is more susceptible to fungal attack than unpolished rice, increased contamination by fungi, and (*3*) the mycotoxin-producing ability of fungi was influenced by seasonal or climatic conditions such as temperature and humidity.

*(III) Occurrence*

Several types of beriberi appeared in Asian countries such as Korea, Taiwan, Indonesia and India, and several cases were also reported in Hawaii, South America and Africa. The following data are quoted from the excellent review by W. Liao, entitled "Tokyo-Kakkebyo-Kenkyu (Studies on Oriental Kakke-diseases)" [16] and from other reports.

(*Korea*) Incidence of beriberi was high in towns; 41 cases in 1913, 63 cases in 1914 and 14 cases until the middle of 1915, and 92 male and 26 female out of the total 118 cases. Most of the patients (65%) contracted the disease from May to August, and 69% were young. Furthermore, in the same district of Korea, the incidence was higher among Japanese than among Koreans, indicating that food habits were one of the important factors in the incidence of beriberi.

(*Taiwan*) In 1877, a violent endemic, named Keelung-disease, appeared in Keelung, one of the big towns in Formosa, and 10 out of 12 patients were reported to have died from cardiac beriberi. In 1888, gold deposits were located in a suburban district of Keelung, and over 60% of workers suffered from the tragic disease with symptoms such as dropsy, paretic signs, acceleration of heart rate, respiratory failure and agony, and many died. In 1902–1903, 50% of the workers in the camphor industry were attacked by the disease with the same symptoms; but fatal cases were rare.

(*Malaya*) Malaya is one of the countries well known for a high incidence of beriberi. In Singapore, for example, fatal beriberi cases in 1911 were 40 per 10 000 persons, which was around ten times higher than the incidence in Tokyo.

(*Hawaii*) In 1912, there were 22 fatal cases of beriberi, among which were 17 Japanese and 5 Filipinos, and all of them consumed polished rice as major foodstuff. An interesting finding was that the Japanese people in Hawaii imported the polished rice from their home country at that time.

These examples indicate that acute cardiac beriberi as well as other types of beriberi occurred sporadically in rice-eating countries, and certain people such as fishermen, sailors, miners or those who habitually eat imported polished rice, were liable to be stricken by the epidemic. It is notice-

able that the area with a high incidence of acute cardiac (or fatal) beriberi also had a high incidence of wet or atrophic beriberi at the same time. Toxicologically, this presumably means that several types of beriberi are aetiologically identical and the major difference probably results from differences in dose and duration of intake of the toxic agent.

At the present time, avitaminosis is generally accepted as the cause of beriberi. However, as far as acute cardiac beriberi or shoshin-kakke is concerned, the patient dies within a short period of 2—3 days and such a rapid course of the disease has not been demonstrated in vitamin $B_1$-deficient animals. Neither dilation of the right ventricle nor hypertrophy of adrenal medulla, which are characteristic findings in cardiac beriberi cases, were demonstrable in the vitamin deficiency. Furthermore, according to Ogata [17], vitamin $B_1$-deficient animals recovered from their avitaminosis when liver removed from typical shoshin-kakke patients was administered to them. This proved that the liver of patients dying from cardiac beriberi contained adequate amounts of the vitamin at the time of death.

In addition to the above experimental evidence, the history of vitamin $B_1$ discovery is not compatible with the avitaminosis theory of cardiac beriberi. Suzuki *et al.* [18] first reported a constituent which was effective in controlling beriberi in rice bran in 1910 and Funk [19] identified the vitamin in 1911. In the Hospital of Kyoto University, parenteral administration of vitamin $B_1$ to the patients started in 1922. However, according to Uraguchi [8], the rapid decrease of cardiac beriberi cases started in 1910, the year of vitamin $B_1$ discovery or about 10 years before its practical use as a medicine.

From the above considerations, Uraguchi [8,20] proposed the theory of the mycotoxic aetiology of cardiac beriberi.

## Toxic metabolite of *P. citreo-viride*

Adopting an ethanol-ether extraction method, Sakaki [1] and Uraguchi [5] obtained from naturally or artificially moulded rice a crude material which killed experimental animals such as mice, cats, dogs and frogs. This finding indicated that the toxic metabolite was alcohol- and ether-soluble. Sakabe *et al.* [7] reported the isolation of a yellow pigment, citreoviridin, from the ethanol-soluble fraction of the mouldy rice.

Recently, employing lethal toxicity in mice as a bioassay tool, the author re-examined the isolation of the toxic metabolite from *P. citreo-viride*-moulded rice as follows [21].

### *(a) Culture*

*P. citreo-viride* Biourge was inoculated on an Ushinsky agar slant (glycerin 40 ml, ammonium lactate 10 g, NaCl 5 g, aspartate 4 g, $K_2HPO_4$ 2.5 g, $MgSO_4$ 0.4 g, $CaCl_2$ 0.1 g and water 1 l, pH 7) and incubated at 15—20° for 2 weeks. The substrate for the toxin production was 5% polished rice and before fermentation it was immersed in tap water for 30 min and autoclaved

*References p. 301*

for 20 min. After inoculation with the fungal spores, the rice grains were fermented at 20° for 3—4 weeks. The yellow rice thus obtained was dried at 60—70° and powdered.

*(b) Isolation of the toxic metabolite*

The isolation procedure is schematically presented in Fig. 1. Each fraction was dissolved into olive oil and administered intraperitoneally (i.p.) or subcutaneously (s.c.) to mice and the toxicity was determined from the death rate, the time lapse before death and the symptoms of poisoned mice.

The mouldy rice powder (4 kg) was extracted several times with ethanol, and from the combined extracts a brown oily "ethanol extract" (20 g) was obtained. On dissolving the brown oil in hot benzene followed by standing overnight at 4°, a non-toxic brown precipitate was deposited. By dropwise addition of *n*-hexane to the yellow benzene solution, the "ethanol—crude toxin" (2 g) was precipitated as yellow powder. The toxicity test in mice revealed that, in a dose of 20—100 mg/kg i.p., the ethanol crude toxin caused paresis in the hind legs followed by respiratory failure 10—60 min after administration.

Column chromatographic fractionation of the crude toxin on silica gel with *n*-hexane—acetone (1:1) as solvent gave six fractions, of which only the 5th fraction (520 mg) was toxic. On crystallization from methanol, toxic yellow needles (400 mg) were obtained. Extraction of the mouldy rice powder in a preparative Soxhlet extractor first with *n*-hexane followed by ether yielded the "ether—crude toxin", from which the yellow crystalline mycotoxin was isolated.

From m.p., UV spectrum and other chemical properties, the crystalline product was identified as citreoviridin, as described below. The same com-




Fig. 1. Isolation of citreoviridin from the mouldy rice grains.

pound was isolated from *Eupenicillium ochrosalmoneum* Udagawa [21] and *P. pulvillorum* Turfitt [22].

*Chemical properties of citreoviridin*

Hirata and his collaborators started to work on fungal metabolites of *P. citreo-viride* in 1940 and they isolated citreoviridin [7]. In the experiment summarized above the author confirmed that the toxic metabolite of *P. citreo-viride* was identical with citreoviridin [21].

The compound, crystallized from methanol, has m.p. 107—111° and a molecular formula of $C_{23}H_{30}O_6 \cdot CH_3OH$, $[\alpha]_D^{20}$ —107° (C = 1 in $CHCl_3$). On storage under reduced pressure the methanol molecule is lost. The ethanol solution of the pigment exhibits maximum peaks at 388 nm ($\epsilon$ 48 000), 294 nm (27 000), 286 nm (24 600), 234 nm (10 200), 204 nm (17 000). The IR spectrum (KBr) gave absorptions at 3500, 1689, 1654, 1530, 1452, 1405, 1249, 1150, 1094, 1069, 999, 821 and 811 $cm^{-1}$. The toxin is soluble in ethanol, ether, benzene, chloroform and acetone, but insoluble in *n*-hexane and water.

On acetylation, it forms a monoacetate, (m.p. 99—101°) and on *p*-nitrobenzoylation, a mono- (m.p. 178°) and di-nitrobenzoate (m.p. 269—271°).

From the NMR spectrum and chemical degradation, the structure of citreoviridin was found to be composed of three components, an α-pyrone chromophore, a conjugated polyene moiety and a hydrofuran ring, as shown in Fig. 2 [7].

A photochemical reaction of citreoviridin in the presence of iodine yields isocitreoviridin [22]. On exposure to UV illumination (366 nm), the mycotoxin emits brilliant yellow fluorescence [21].

*Production*

*(I) On natural media*

The author [21] employed sterilized rice grains for the production of citreoviridin. Unpolished rice grains were first roughly ground in a mechanical mortar, and then immersed in tap water for 20—30 min. The damage to the surface of the grains and the high content of water allowed rapid invasion of the fungus.

A detailed study of the culture requirements of *P. citreo-viride* for




Fig. 2. Citreoviridin.

References p. 301

higher production of citreoviridin was undertaken by the author [21]. *P. citreo-viride* is liable to lose the mycotoxin-producing ability during storage of the strain, and furthermore, culture temperature and relative humidity have a marked influence on the yield of citreoviridin.

In order to prevent the decrease in toxin-producing ability, the fungal strain was cultured on Ushinsky-agar slants at 20° for 2—3 weeks and stored at 4° until used. In some cases, the fungal spores were inoculated on sterilized rice grains, and after cultivation at 15—20° for 3 weeks the mouldy grains were stored at 4°. Special techniques such as single spore isolation are needed for selection of the mycotoxin-producing strain, when albino-type spores are detected on the culture slant.

As for environmental factors influencing production of citreoviridin, the author examined the effect of culture temperature on mycotoxin production on rice. Chemical analysis revealed that the relative yield of citreoviridin on polished rice was high when the fungus was cultured at rather low temperatures (12—22°) as shown in Fig. 3 and the high water content increased the content of the mycotoxin.




Fig. 3. Effect of culture temperature of the production of citreoviridin by *P. citreo-viride* on rice grains.

The toxicity test in mice also demonstrated that the infested rice grains were more toxic when cultured at lower temperatures such as 12°, as is shown in Table IV.

The yield of citreoviridin from moulded rice grains ranged from 0.2 g to 1.0 g from 1 kg of the dried powder. The author also demonstrated that *Eupenicillium ochrosalmoneum* Scott and Stolk (*P. ochrosalmoneum* Udagawa) produced citreoviridin on rice grains, but the yields were less than that by *P. citreo-viride*.

[21]. P.
g storage
ıumidity

ıe fungal
ıd stored
on steril-
mouldy
ation are
›ino-type

›oviridin,
›xin pro-
›f citreo-
ather low
›ntent in-

itreo-viride

ice grains
12°, as is

n 0.2 g to
ated that
lmoneum
: less than



TABLE IV

EFFECTS OF CULTURE TEMPERATURE ON THE PRODUCTION AND THE LETHAL TOXICITY OF THE CRUDE TOXIN

Polished rice, 100 g, was inoculated with *P. citreo-viride* and incubated for 2 weeks at different temperatures. The mouldy rice was dried and extracted with ethanol.

| Temperature (°C) | Ethanol extract (g/100 g rice) | Death rate of mice (mg/10 g s.c.) | |
|---|---|---|---|
| | | 5 | 10 |
| 12 | 0.94 | 2/2 (88, 55)[a] | 2/2 (39, 46) |
| 18 | 2.03 | 2/2 (60, 66) | 2/2 (40, 60) |
| 24 | 2.04 | 1/2 (120) | 2/2 (71, 89) |
| 27 | 2.57 | 0/2 | 2/2 (80, 100) |
| 36 | 0.96 | 0/2 | 0/2 |

[a] Lifetime in minutes.

According to Nagel *et al.* [22], *P. pulvillosum* Turfitt produces high concentrations of citreoviridin on maize meal.

*(II) On synthetic media*

Synthetic media are preferred for the isolation of a mycotoxin as well as for study of its biogenetic system.

The author made several attempts to develop a suitable synthetic medium, and also examined environmental factors influencing the production of citreoviridin [23].

Of the five synthetic liquid media tested (Mannit, Czapek-Dox, Glycerin-Czapek-Dox, Waksman and Ushinsky media) a stationary culture with Ushinsky medium supported the highest level of production of both the mycelium and citreoviridin (Fig. 4).




Fig. 4. Production of citreoviridin on the liquid medium. *P. citreo-viride* was grown in a stationary culture at 20° for 2 weeks in 500-ml Erlenmeyer flasks, each containing 150 ml of the culture medium indicated in the figure.

*References p. 301*

Photometric determination revealed that citreoviridin was recovered from the mycelium in a yield of 2.2% of its dry weight. On mass cultivation of *P. citreo-viride* with this medium at 20° for 3 weeks, 127 g of the dried mycelium yielded 1.1 g of the ethanol—crude toxin, from which 420 mg of the crystalline citreoviridin was isolated. With submerged cultivation, however, the yield was extremely low.

An important finding was that the culture temperature influenced the yield of citreoviridin in the same manner as in solid culture; at 20—24° the growth of the fungus was rather slower than at 27—37°, while the maximum yield of citreoviridin was obtained below 20° with a decrease in yield as the culture temperature increased. These findings suggest that citreoviridin production by *P. citreo-viride* is favoured by low temperature and high humidity.

*(III) Ecology of P. citreo-viride*

Miyake *et al.* [2] and Naito [4] reported that the growth of *P. toxicarium* Miyake (now *P. citreo-viride* Biourge) occurred when the water content of rice grains reached 14.6%. Other fungi require 1% higher water content for growth. Naito [4] observed that the fungal growth was greatest and the pigment formation highest in rice grains followed by corn and wheat.

This means that *P. citreo-viride* can grow preferentially on rice grains soon after the grains become wet under unsatisfactory storage conditions. Furthermore, Miyake *et al.* [2] stated that this fungus was detected frequently not only in imported rice but also in the domestic rice produced in the district facing the Japan Sea, where the weather is colder and less sunny than in the district facing the Pacific Ocean.

On the basis of these ecological considerations of the toxigenicity of *P. citreo-viride*, Uraguchi [8,20] suggested that the high prevalence of acute cardiac beriberi in the past was a consequence of the introduction of polished rice into diets of the major rice-producing areas and that unsatisfactory storage of this rice allowed mould damage to occur. Seasonal changes in the incidence and its acceleration by heavy rain are also presumed to be connected with the ecological behaviour of the fungus.

*Analysis for citreoviridin*

*(I) Chemical methods*

Citreoviridin is soluble in ethanol and benzene, and absorbs light in visible region; $\lambda_{max}^{EtOH}$ 388 nm (48 000). These chemical features were applied by the author to the analytical procedure for citreoviridin in mouldy rice as well as in biological materials such as tissues and excreta [21]. The spectrophotometric method for determining citreoviridin was standardized as described below. All the experiments should be carried out under dim light.

The method described below is one that has been found to give optimum results. The activity of the plates and the choice of developing solvents appear to be critical for the success of this procedure.

recovered
:ultivation
: the dried
420 mg of
tion, how-

ienced the
0—24° the
maximum
·ield as the
·iridin pro-
i high hu-

of *P. toxi-*
water con-
water con-
:eatest and
wheat.
rice grains
:onditions.
:ected fre-
:oduced in
less sunny

:enicity of
:e of acute
on of pol-
ıtisfactory
ıges in the
to be con-

bs light in
:s were ap-
in mouldy
[21]. The
ındardized
under dim

give opti-
ıg solvents



*Apparatus*: Chromatoplates, 20 × 10 cm; UV lamp, principal wavelength 365 nm.
*Reagents*: *n*-hexane, benzene, acetone, all solvents should be of analytical-reagent grade; Kieselgel G, obtainable from E. Merck & Co. Inc.
*Procedure*: Prepare slurry by adding two parts by weight of water to one part of dry Kieselgel G and shaking the mixture vigorously in a stoppered flask for 1 min. Coat the plates with a layer of Kieselgel G of thickness 500 $\mu$ with a conventional spreader. Allow the plate to stand for 30 min and then activate it by drying at 110° for 1 h.

In case of cereal grains, extract 50 g of finely ground, homogenized powder with 250 ml of *n*-hexane in Waring blender for 5 min, and re-extract the residue twice with 250 ml of ethanol for 10 min. Transfer the ethanol solution to a coloured flask, and concentrate the solution to dryness at 50° under reduced pressure and dissolve the residue in 1 ml of benzene.

In the case of biological materials such as tissues and faeces of animals, homogenize the samples with 5 vol. of ethanol in a Potterglass homogenizer. Urine samples are acidified by adding HCl to a final concentration of 0.1 *N*, followed by extraction with 2 vol. of benzene. Concentrate the ethanol or benzene solutions to dryness and redissolve the residue in a small volume of acetone.

Apply a 0.2 ml portion of the acetone-soluble fraction of extracts in a line approx. 6 cm wide across a chromatoplate. Develop the chromatoplate and air-dry the plate to examine it briefly under UV light. Mark the brilliant yellow band due to citreoviridin, and then scrape the Kieselgel G containing the citreoviridin from the plate and extract it with ethanol for 5 min. Filter off the ethanol and wash the gel three times with ethanol, making the combined ethanol filtrate up to 5 ml. The $R_F$ values are as follows:

0.45 (*n*-hexane—acetone, 1:1)
0.50 (ethylacetate—toluene, 1:1)
0.35 (chloroform—methanol, 9:1)

Record the UV absorption spectrum of the ethanolic solution in a 10-mm cell and calculate the amount of citreoviridin present in the sample. One $\mu$g of pure citreoviridin in 1 ml of ethanol gives 0.120 *A* at 388 nm, and the recovery of citreoviridin added to the samples ranges from 90 to 95%.

The author applied this chemical method for the determination of citreoviridin in the crude toxin samples and for study of the distribution and excretion of the mycotoxin in rats [21].

*(II) Bioassay*

After administration of a single dose of citreoviridin near the $LD_{50}$ to mice, characteristic symptoms such as lameness in the posterior extremities, impairment of voluntary movement, tremor, convulsions and respiratory arrest appears. These toxicological and clinical signs are used as an indicator of the neurotoxic mycotoxin of *P. citreo-viride*. The author proposed a standardized method of bioassay for cereal grains invaded by citreoviridin-producing fungi, as follows: The finely ground powder is extracted directly

*References p. 301*

with 2 vol. of ethanol, and the resulting ethanol solution is evaporated to dryness under reduced pressure. The benzene-soluble fraction of the residue is dissolved in olive oil for subcutaneous administration to mice. When the characteristic symptoms described above are observed within several hours of administration, it is highly possible that the extract contains citreoviridin, and the minimum detectable amount ranges between ten and several tens of $\mu$g of citreoviridin per mouse.

### *Distribution of the toxic fungi*

Since the discovery by Sakaki [1] that an ethanol extract of naturally moulded rice causes paresis and respiratory arrest in animals, Miyake and his collaborators, Naito and Tsunoda, carried out an extensive microbial survey on domestic and imported rice. It should be stressed that their survey for neurotoxic fungi under the "rice-fungus-toxin" hypothesis was expanded and led to the discovery of the hepatotoxic "Yellow Rice" of *P. islandicum* and the nephrotoxic one of *P. citrinum*. Furthermore, recent research by Tsunoda on a toxic Fusarium sp., which is responsible for the "barley (wheat)-fungus-toxin", also revealed the aetiology of Akakabi (red-mould)-mycotoxicosis in Japan. The efforts of these mycologists thus played an important role in the resolution of mycotoxicosis problems in Japan.

Miyake *et al.* [2] detected *P. citreo-viride* for the first time in rice imported from Formosa in 1937, and in domestic rice harvested in 1937—1939, and they noted that many batches of rice were infested by this fungus under a system of free-marketing. These ungraded batches were withdrawn from commercial dealings when government inspection was introduced. Thereafter, Tsunoda *et al.* [24] and Tsuruta *et al.* [25] examined the fungal pollution of cereal grains imported during 1954—1957 and found that *P. citreo-viride* was detected in 7.4% of the total samples examined and that a high incidence was observed in samples from Thailand, Burma, Italy, Spain and others. These findings suggest that *P. citreo-viride* is distributed in rice throughout the world.

Kurata *et al.* [26] and Miyaki *et al.* [27] also detected the fungus in domestic rice harvested in 1965 and 1967, respectively, although the incidence was very low in comparison with other toxic fungi. Several strains were detected in wheat flour [28], "home-made" Miso (bean-paste) [29] and maize [22].

Besides these mycological surveys, no other (chemical) survey for citreoviridin has been reported. In Japan, rice inspection and the storage of harvested grains under controlled temperature and humidity conditions are preventing heavy fungus pollution. However, the author fears that the fungus, as well as citreoviridin, may be present in cereals harvested in areas where climatic conditions, such as shortage of sunshine, low temperature and high humidity, favour the growth of the fungus.

ıporated to
the residue
. When the
ral hours of
treoviridin,
eral tens of

of naturally
ake and his
obial survey
survey for
expanded
*islandicum*
research by
he "barley
ed-mould)-
played an
an.
ime in rice
l in 1937—
this fungus
withdrawn
introduced.
l the fungal
und that *P.*
. and that a
Italy, Spain
ated in rice

e fungus in
gh the inci-
eral strains
paste) [29]

survey for
e storage of
nditions are
rs that the
ed in areas
erature and



## *Toxicology*

### *(1) Acute toxicity*

According to Uraguchi [5], the ethanol extract of *P. citreo-viride*-moulded rice typically induces acute poisoning when given i.p., s.c., or p.o. to cats, dogs and other animals. Early symptoms are progressive paralysis of the hind legs, vomiting or convulsions. Respiratory distress appears gradually, and at an advanced stage, cardiovascular disturbance and hypothermia is marked. In the final stage, dyspnoea, gasping, and Cheyne-Stokes respiration is followed by respiratory arrest. These symptoms are marked in higher animals such as cats and dogs.

In mice, the s.c. $LD_{50}$ of the extract fluctuated, depending upon the preparation, from 1 to 10 g/kg with mortality occurring after 65—480 min. Usually no fatal cases are observed 1 day after poisoning, and the $LD_{50}$ values by various routes were in a ratio of 10 (s.c.) : 8 (i.p.) : 30 (p.o.).

In dogs which were dying 1 h after i.p. injection, the heart looked spherical due to the dilatation of the right ventricle, and stagnation in the systemic circulation with unoxygenated, diluted blood in arteries was observed.

Employing electrophysiological techniques, Uraguchi was able to describe the process as follows; (*1*) spinal and medullary depression are responsible for progressive paralysis, (*2*) the toxin selectively inhibits motor neurones or internuncial neurones along the spinal cord and motor nerve cells in the medulla oblongata, (*3*) the attack on the respiratory center is the cause of death, and (*4*) effects on peripheral nerves and striated muscle are not seen.

A study of the toxicity of the purified mycotoxin is now in progress. In cats and dogs the isolated compound induced symptoms identical with those produced by the alcohol extract of mouldy rice [8]. The $LD_{50}$ of citreoviridin in male mice was 11 (s.c.), 7.5 (i.p.) and 29 (p.o.) mg/kg, and in female rats, the s.c. $LD_{50}$ was 3.6 mg/kg [21].

After a single dose near the $LD_{50}$, the poisoned mice died mostly within 0.5—6 h (s.c.), 0.5—3 h (i.p.) and 1—4 h (p.o.). Acute symptoms developed such as lameness of the posterior extremities, impairment of voluntary movement and tremors, and the mice became unable to stand due to advancing paralysis. Later depression, coma, gasping and convulsions followed by respiratory arrest occurred. On autopsy, the right ventricle was dilated.

Subacute experiments showed that, in mice administered toxin orally in doses of 5, 7.5 and 10 mg/kg/day (0.5 $LD_{50}$) about half of the male and female mice died. In mice administered the toxin s.c. at a dose of 3 mg/kg for 7 weeks, the death rate was 14/18 in the male and 2/10 in the female. These results show that the cumulative toxicity of citreoviridin is not demonstrable by short-term feeding and that the male is more susceptible than the female to the subacute intoxication by citreoviridin.

Subacute administration induced damage to the central nervous system

*References p. 301*

in cats. In 20 cats given the crude citreoviridin (20—30% purity) in various doses between 1 and 20 mg/kg (i.v.), 10—30 mg/kg (s.c.) or 12.5—60 mg/kg (p.o.), the following two cases showed interesting symptoms: (*1*) in a female cat (1.6 kg body weight) administered citreoviridin i.v. four times in 2.5 h (a total dose of 15.4 mg/kg) ascending paralysis occurred in the acute stage and was followed by loss of eyesight several days after the administration. Pathological examination after 1 year revealed atrophy of the optic nerve; (*2*) in a female cat (1.1 kg body weight) administered citreoviridin s.c. in two doses of 30 mg/kg and then in one or two doses of 15 mg/kg per week for one month, paroxysmal convulsions occurred after completion of the administration. The clonic and tonic convulsions occurred sporadically and continued for about 10 min at intervals of 1—2 weeks. After this stage, the cat became nervous and abnormal behaviour such as anxiety was found. These symptoms indicate that the neurotoxic action of citreoviridin impairs the central nervous system in cats.

Employing the spectrophotometry and TLC methods described previously, the author investigated absorption, distribution and excretion of citreoviridin in rats [21]. Citreoviridin administered s.c. to female rats disappeared rapidly from the injection site. This indicates that in spite of its lipophilic property the rate of absorption from the injection site is rapid and also explains the rapid onset of the toxicity of citreoviridin. Among the four major organs, the liver showed the highest content of mycotoxin; 3, 1.7 and 0.7% of the total dose were recovered as citreoviridin from the liver 8, 20 and 52 h respectively, after administration.

As for the excretion route, about 3 and 1% of the mycotoxin administered s.c. to rats were detected from the faeces at 21 and 45 h, respectively, and no detectable amount was recovered from the urine. The low recovery of citreoviridin from the tissues and excreta is indicative of *in vivo* metabolic degradation of citreoviridin. In dogs and cats administered the mycotoxin, a small amount of citreoviridin was detected in the vomit.

The influence of vitamins and other nutritional factors upon the development of acute toxicity of the crude toxin was examined. Uraguchi [31] demonstrated that pretreatment of mice with a small dose (0.002 mg) of vitamin $B_1$ was to some extent effective in reducing the acute intoxication. An excessive dose (2.0 mg) caused acceleration of poisoning when the toxin was given immediately after the administration of vitamin $B_1$ but an inhibition of poisoning when the toxin administration was deferred. Vitamin C at doses between 0.02—20 mg caused prolongation of the lethal time in poisoned mice.

These findings indicate that the development of acute poisoning depends upon the nutritional condition of the animal.

*(II) Chronic toxicity*

Sakai *et al.* [32] administered orally to rats various doses of the crude extract of *P. citreo-viride*-moulded rice and DAB, separately or in combination, and observed their body weights, symptoms and death rate for 6 to 16



mont
rats
55%
the e
fatal
cells

and
were

*viride*
detail
clarif

beris
presu
ty of
toxic
*citrec*
caus
tion
ecolc
have

Refer

1 J.
2 I.
Ja
3 I.
4 H.
5 K.
6 Y.
7 N.
8 K.
9 Y.
*vir*
Ma
10 T.
19
11 H.
12 Ch.
13 E.
14 T.
15 H.
74
16 W.
Jap

Case 4:03-cv-04019-KES Document 219-15 Filed 12/07/04 Page 92 of 93 PageID #: 4035



ty) in various
:.5—60 mg/kg
) in a female
ıes in 2.5 h (a
:ute stage and
:ation. Patho-
ıerve; (2) in a
in two doses
week for one
ıe administra-
nd continued
ıe cat became
These symp-
.rs the central

scribed previ-
excretion of
ale rats disap-
ı spite of its
e is rapid and
ıong the four
in; 3, 1.7 and
ıe liver 8, 20

ɔxin adminis-
respectively,
low recovery
*vo* metabolic
nycotoxin, a

on the devel-
raguchi [31]
).002 mg) of
intoxication.
ıen the toxin
ɔut an inhibi-
Vitamin C at
time in poi-

ɔoisoning de-

of the crude
in combina-
e for 6 to 16



months. On feeding a large dose (one-sixth of $LD_{50}$ p.o.) over 30% of the rats died in 10 days and with a small dose (one-hundredth of $LD_{50}$ p.o.) 55% of the rats died in 3 months. The body weight curves were depressed in the early stage of intoxication and depressed growth appeared again later in fatal cases. Histologically, atrophy, pleomorphism and other changes of the cells were observed in the liver of rats dying later in the experiment.

Torikai [33] also carried out a long-term feeding experiment with rats and mouldy rice, but no significant pathological changes except anaemia were detected.

As a whole, characteristic features of the chronic toxicity of *P. citreo-viride*-moulded rice or its extract have not been clearly established, and detailed characteristics of the toxicity of purified citreoviridin remain to be clarified.

In summary, cardiac beriberi, which is differentiated from other beriberis and used to prevail mostly in rice-eating countries of Asia in the past, is presumed to be caused by eating ungraded or mouldy rice. From the similarity of the clinical manifestations of acute cardiac beriberi in humans with toxicological features in poisoned animals, citreoviridin from *Penicillium citreo-viride* is suspected of being a pollutant of the mouldy rice and the cause of cardiac beriberi. Introduction of improved techniques of preparation and storage of rice affected the incidence of beriberi. In this respect, ecological studies of fungal metabolism as well as dietary habits of man have contributed much to an understanding of mycotoxicoses.

## References

1 J. Sakaki, Z. Tokio-Med. Gesellsch., 5 (1891) 21 (in Japanese).
2 I. Miyake, H. Naito and H. Tsunoda, Beikokuriyo Kenkyujo Hokoku, 1 (1940) 1 (in Japanese).
3 I. Miyake, Nisshin Igaku, 34 (1947) 161 (in Japanese).
4 H. Naito, Studies on Moulds Injurous to Stored Rice, Doct. Thesis (in Japanese).
5 K. Uraguchi, Nisshin Igaku, 34 (1947) 155 (in Japanese).
6 Y. Hirata, J. Chem. Soc. Japan, 68 (1947) 63 and 74 (in Japanese).
7 N. Sakabe, T. Goto and Y. Hirata, Tetrahedron Letters, 27 (1964) 1825.
8 K. Uraguchi, J. Stored Prod. Res., 5 (1969) 227.
9 Y. Ueno, Production of citreoviridin, a neurotoxic mycotoxin of *Penicillium citreo-viride* Biourge, in I.F.H. Purchase (Ed.), Symposium on Mycotoxins in Human Health, MacMillan, London, 1971, pp. 115—132.
10 T. Irisawa, R. Tazawa, T. Sákamoto and N. Fujii, Beriberi, Nanzando Shoten, Tokyo, 1936, pp. 40—41 (in Japanese).
11 H. Wright, Brit. Med. J., 1905 (1905) 1095.
12 Ch. Toyama, Aetiological Study on Beriberi, Ohtaka Press, 1921 (in Japanese).
13 E. Uryu, Keio Igaku, 24 (1944) 229 (in Japanese).
14 T. Fukushima, Nyuji Igaku Zasshi, 12 (1932) 371 (in Japanese).
15 H. Miyake, K. Ota, Y. Kondo, Y. Oda, Y. Tohoda and S. Hayashi, Tokyo J. Med. Sci., 74 (1965) 94 (in Japanese).
16 W. Liao, Studies on Oriental Kakke-diseases, Kariya-shoten, Tokyo, 1936 (in Japanese).

17 T. Ogata, S. Kawakita, S. Suzuki and S. Kagoshima, Nisshin Igaku, 13 (1924) 742 (in Japanese).
18 U. Suzuki and T. Shimamura, Tokyo Kagaku Kaishi, 32 (1911) 4 (in Japanese).
19 C. Funk, J. Physiol., 43 (1911) 395.
20 K. Uraguchi, Pharmacology of Mycotoxins, in H. Raskova (Ed.), International Encyclopedia of Pharmacology and Therapeutics, Section 71, Pergamon, Oxford, 1971, pp. 143—298.
21 Y. Ueno and I. Ueno, Jap. J. Exptl. Med., 42 (1972) 91.
22 D.W. Nagel, P.S. Steyn and D.B. Scott, Phytochemistry, 11 (1972) 627.
23 Y. Ueno, Jap. J. Exptl. Med., 42 (1971) 107.
24 H. Tsunoda, O. Tsuruta and M. Takahashi, Bull. Food Res. Inst., 13 (1958) 29 (in Japanese).
25 O. Tsuruta and H. Tsunoda, Bull. Food Res. Inst., 14 (1956) 32 (in Japanese).
26 H. Kurata, S. Udagawa, M. Ichinohe, Y. Kawasaki, M. Takeda, M. Tazawa, A. Koizumi and H. Tanabe, J. Food Hyg. Soc. Japan, 9 (1968) 1.
27 K. Miyaki, M. Yamazaki, Y. Horie and S. Udagawa, Ann. Rept. Inst. Food Microbiol., Chiba Univ., 23 (1970) 31 (in Japanese).
28 H. Kurata and M. Ichinohe, J. Food Hyg. Sci. Japan, 8 (1967) 237 (in Japanese).
29 Y. Yamazaki, Y. Horie, S. Suzuki, H. Fujimoto, Y. Maebayashi, K. Miyaki and S. Hatakeyama, J. Food Hyg. Sci. Japan, 12 (1971) 370 (in Japanese).
30 K. Uraguchi, F. Sakai and S. Mori, Nisshin Igaku, 42 (1955) 690 (in Japanese).
31 K. Uraguchi, Nisshin Igaku, 35 (1948) 166 (in Japanese).
32 F. Sakai and K. Uraguchi, Nisshin Igaku, 42 (1955) 609 (in Japanese).
33 T. Torikai, Jap. J. Gastroenterol., 41 (1942) 478.