3



# Short Communications

## Tremorgenic mycotoxins and incoordination syndromes

P. G. MANTLE, J. B. DAY, C. REBECCA HAIGH, *Biochemistry Department, Imperial College*, R. H. C. PENNY, *Department of Medicine, Royal Veterinary College, University of London*

*Veterinary Record* (1978) 103, 403

INCOORDINATION syndromes of unknown aetiology in sheep and cattle have been observed sporadically in England over the past 40 years. Known variously as migram disease or marsh staggers or diagnosed as ryegrass staggers (Chesney 1953, Clegg and Watson 1960, Anon 1976), the symptomatology of the disorders has much in common. They occur particularly in dry summers under conditions when grazing is short. Several outbreaks occurred on the Romney Marshes and in Nottinghamshire, Northamptonshire, Norfolk and Yorkshire during the exceptional drought of 1976, but the cause was not established.

At the same time, research on the aetiology of ryegrass staggers and paspalum staggers in New Zealand proved conclusively that a group of tremorgenic mycotoxins in the sclerotia of the paspalum ergot fungus (*Claviceps paspali*) were the causal agents of paspalum staggers, and presented evidence for the hypothesis that other tremorgenic mycotoxins from soil-borne moulds could be involved in ryegrass staggers (Di Menna and others 1976, Mantle and others 1978). Evidence that tremorgenic penicillia are common in the surface soil of staggers-prone New Zealand pastures, and could be found, still alive in large numbers, in the faeces of staggering animals (Di Menna and Mantle 1978) gives further weight to this hypothesis. Although incoordination, when animals are forced to run, is the most dramatic feature of both paspalum staggers and ryegrass staggers, tremor is a component of the field syndromes.

Protracted experimental dosing of sheep with tremorgenic fungus has elicited symptomatology in many ways similar to that displayed by animals with ryegrass staggers, confirming a similar experiment in New Zealand (P. H. Mortimer and P. G. Mantle, unpublished). The most common tremorgen produced by New Zealand soil penicillia is penitrem A, but verruculogen and fumitremorgin B are metabolites of *Penicillium piscarium* (Gallagher and Latch 1977) and we have shown that *P estinogenum* strains, isolated from sheep faeces or soils in New Zealand (Di Menna and Mantle 1978), produce verruculogen. Thus, two possible causal agents of ryegrass staggers in New Zealand are penitrem A and verruculogen.

In order to establish whether such mycotoxins should be considered with respect to staggers disorders in England, we have investigated the mycoflora of samples of surface soil from pastures on the South Downs and in Devon. *Aspergillus fumigatus* was isolated from both regions and this common mould, when grown in laboratory culture, produced mycelia which were tremorgenic to the mouse and contained verruculogen. The Devon soil also contained *Penicillium nigricans* which, in the laboratory, yielded penitrem A. Little is known of the factors affecting the ecology of these moulds in soil but, as they are either thermophilic or moderately thermotolerant, it could be expected that warm summer conditions would increase their population in soil. Tremorgenic mycotoxins should therefore be regarded as serious candidates in the search for the causal agent(s) of incoordination syndromes in farm animals.

*Acknowledgements.*—We acknowledge Wellcome Trust support for J.B.D., and thank Dr A. Onions, Commonwealth Mycological Institute, for confirming *P nigricans*.

REFERENCES

ANON, (1976). *Veterinary Record*, 88, 447.
CHESNEY, E. W. L. (1953). *British Veterinary Journal*, 109, 257.
CLEGG, F. G. & WATSON, W. A. (1960). *Veterinary Record*, 72, 731.
DI MENNA, M. E., MANTLE, P. G. & MORTIMER, P. H. (1976). *New Zealand Veterinary Journal*, 24, 45.
DI MENNA, M. E. & MANTLE, P. G. (1978). *Research in Veterinary Science*, 24, 347.
GALLAGHER, R. T. & LATCH, G. C. M. (1977). *Applied Environmental Microbiology*, 33, 730.
MANTLE, P. G., MORTIMER, P. H. & WHITE, E. P. (1978). *Research in Veterinary Science*, 24, 49.

## Control of feral cat populations by long-term administration of megestrol acetate

J. REMFRY, *Universities Federation for Animal Welfare, 8 Hamilton Close, Potters Bar, Herts*

*Veterinary Record* (1978) 103, 403-404

COLONIES of feral cats are found on demolition sites, dockyards, hospital grounds and even new housing estates. Small colonies are often welcomed where there are rodents and also around long-stay hospitals where they are a source of interest to patients and staff.

The size of a colony can be stabilised by preventing the females from breeding and then allowing their natural territorial behaviour to discourage the entry of outsiders. Trapping and spaying is one way of doing this. If trapping is difficult, then prevention of oestrus may be considered.

The use of progestagens for oestrus control in the cat has been reviewed by Evans and Jemmett (1978).

Control of feral cat populations by long-term low dosage of medroxyprogesterone acetate (Perlutex; Leo Laboratories), 2·5 to 5 mg orally once weekly, has been practised in Esbjerg, Denmark since 1971 with considerable success (Leo-information 1976). In 1976-7, 504 female feral cats were registered for dosage. Twenty were thought to become pregnant and of these five aborted, one died during parturition and the remaining 14 produced normal litters. Six cats died or were destroyed because of mammary tumours, pyometra, cystic ovaries or accident (Linnet 1977, personal communication). To investigate the practicality of this method in Britain, a small trial was carried out under natural conditions, using megestrol acetate (Ovarid; Glaxo).

The site chosen was a recently closed-down hospital in south Herts where 14 cats had stayed behind. These cats could be approached only by the ex-member of staff who came to feed them.

The scheme started in mid-January 1977; four feeding places were established and the times of feeding (four days a week) fixed. Drawings were made of each cat as an aid to identification, and sex noted if known.

In mid-February administration of megestrol acetate started. The initial dosage was 5 mg (1 tablet) once weekly for four weeks because ovarian activity had probably already begun. The continuation dosage was 2·5 mg (½ tablet) once weekly. The dose was administered by wrapping it in a morsel of minced meat and care was taken to ensure that each cat, male or female, received one morsel. Dosing was continued for 10 months, until mid-October 1977, when the cats had to be removed from the site so they were as far as possible trapped, humanely killed, sexed and examined.

Of the 14 cats present at the start of the trial six were male, seven female and one unknown. Three males were trapped and killed. All were in good condition. Two males were found dead; one shut inside a building and one in a road accident. One male and one unknown disappeared. The results of the seven females are summarised in Table. 1. Only one cat received its dose each week; the others were more or less erratic in their attendance. Nevertheless, repro-

EXHIBIT 13

tabbies