


Figure 2. Mass spectra of cicutol.

roots can be extracted and compared within minutes to an extract from a positive case as demonstrated by mass spectroscopy or ultra violet absorption analysis. Laboratories with limited instrumentation can procure a demonstratedly genuine extract from elsewhere and use it when necessary as a standard for TLC and paper chromatographic methods using the simple extraction procedure reported here.

## REFERENCES


1. Anet EFLJ, Lythgoe B, Silk HH, Trippett S: Oenanthotoxin and Cicutoxin. Isolation and Structure. J Chem Soc 309-322, 1953.

2. Hulbert LC, Oehme FW: Plants Poisonous to Livestock, Selected Plants of the United States and Canada of Importance to Veterinarians. Kansas State University Printing Service, Manhattan, KS, pp 81-82, 1977.


---

# Acute Mycotoxicosis in Sheep: Field Cases


Hagir B Suliman MVSc, A F Mohamed BVSc, N A Awadelsied MSc, and A M Shommein PhD

Department of Veterinary Pathology and Diagnosis, Veterinary Research Administration, PO Box 8067, El Amarat, Khartoum, Sudan


(Received December 3, 1986; Accepted December 15, 1986)

ABSTRACT. Inappetance, apathy and neurological signs were seen in a flock of sheep at an out-station of Khartoum, that were fed on groundnut cake meal contaminated with aflatoxins (750 ppb). The gross and microscopic lesions were confined to the liver. The biochemical analysis of the serum was consistent with the presence of liver damage. The presence of aflatoxins in the feeds and tissues of the dead sheep supports that the condition was due to aflatoxin poisoning.

It is becoming obvious that certain batches of groundnut cake meals may cause intoxication in turkey poults, ducklings, chickens (3), pigs (11), calves and adult cattle (12). Aflatoxin has been shown to be the hepatotoxic factor frequently associated with groundnut cake meals being contaminated with the fungus species, Aspergillus flavus. Patterson (14) reports that sheep and goats are relatively resistant, while Abrams (1) states that sheep are not susceptible to amounts of aflatoxin normally encountered in rations but are affected by highly toxic meals. Lewis (10) found very little pathological changes in sheep fed aflatoxin for 5 years.

This investigation reports the first field cases of aflatoxin poisoning in sheep in Sudan.

## CASE REPORT

The sheep involved were from a flock of about 84 breeding head confined to a farm at an out-station near Khartoum. The flock was composed of adult rams, ewes and lambs. The animals were fed a basic ration of green leucerne, dry adult Sudan grass (Sorghum Sudanense), and they were supplemented with groundnut cake meal.

The disease appeared a few weeks after feeding a new lot of groundnut cake meal to the animals. The young rams and lambs were mostly affected and showed acute signs with sudden inappetence, apathy, tachypnea, frothing at the mouth, diarrhea and nodding of the head, followed by convulsions and death. Older sheep showed less severe and chronic effects. Deaths were confined to young rams and lambs.



EXHIBIT 15 tabbles

A postmortem examination of the dead sheep from the flock was made. Tissues from the parenchymatus organs were collected, fixed in 10% formalin, embedded in paraffin wax, sectioned at 4-6 μ, and stained with H&E. Fresh liver samples were taken, sectioned using a cryostatic microtome, and stained with Sudan 111.

Blood smears, blood in Edta, and serum were collected from 20 of the affected animals, examined for blood parasites and subjected to hematological examination using the methods described in Schalm (16). The serum was analyzed for total protein by the biuret method and for bilirubin (6). The activities of serum aspartate: 2-oxoglutarate aminotransferase, EC (2.6.1.1) (AST) and γ-glutamyl transpeptidase, EC (2.3.2.2) (GGT) were assayed using Boehringer Mannheim GMbH Diagnostica kits sets.

Samples of groundnut cake meal were collected from the feed troughs of the affected animals and cultured for the presence of pathogenic fungi. Feed samples from the troughs were taken and subjected to the analytical procedure for estimation of aflatoxins (6). Liver samples from the dead animals were collected and assayed qualitatively for aflatoxins using a modified method of Romer (15).

## Laboratory Results

Macroscopically the most prominant and significant lesions were seen in the liver. It was yellow pale and enlarged in some cases. Pneumonic areas were seen in the apical lobe of the lungs. Microscopically the liver displayed massive hyperplasia of the bile ducts, where cellular infiltration and proliferation of the bile ducts epithelia was observed (Fig 1). This was accompanied by microfocal liver cell necrosis, centrolobular hepatocyte degeneration, and fatty infiltration and granulation of nuclei. The lungs had focal areas of pneumonia. The renal



Figure 1. Portal tract in a liver of intoxicated sheep showing proliferation of the bile duct and cellular infiltration. H&E, x 40.



Figure 2. Kidney of intoxicated sheep showing proliferation of the glumeruli. H&E, x 100.

tissues revealed proliferative glomerulonephritis (Fig 2). The spleen had proliferation of the blood vessels intima, and some of them were occluded by the proliferated cellular parts (Fig 3).

The hematological and biochemical analyses of blood and serum are presented in Table 1.

Culture of the groundnut samples resulted in luxurious growth of Aspergillus flavus. Analysis of the feed material showed that it contained 750 ppb aflatoxins. Examination of the liver tissues revealed that it contained aflatoxin $B_1$.

## DISCUSSION

The present investigation showed that groundnut cake meal which contained 750 ppb aflatoxin was associated with acute intoxication in young sheep and lambs. It is the first report of its kind in sheep in the Sudan.



Figure 3. Spleen of the intoxicated sheep showing proliferation of the blood vessels intima. H&E, x 40.

Table 1. Mean ± SD and range of hematological and serum constituent findings of the intoxicated sheep.

| Parameters | Mean ± SD | Range | Normal range | Ref |
|---|---|---|---|---|
| Hemoglobin (g/dl) | 7.0±0.9 | 5.9-8.2 | 8.2-13.9 | 2 |
| Hematocrit (L/L) | 0.22±0.04 | 0.19-0.32 | 0.25-0.37 | 2 |
| Erythrocyte count (x10/L12) | 6.8±1.5 | 5.2-8.4 | 8.4-15.8 | 2 |
| Leucocyte count (x10/L12) | 8.2±2.1 | 4.8-12.6 | 4.8-13.8 | 2 |
| Neutrophils (%) | 36.0±13.8 | 28-59 | 4-54 | 2 |
| Lymphocyte (%) | 64.0±9.6 | 41-72 | 40-86 | 2 |
| Total protein (g/l) | 60.5±10.2 | 55-69 | 60-85 | 7 |
| Bilirubin (µmol/l) | 8.6±3.5 | 2.8-14 | 0-6.8 | 7 |
| AST (U/L) | 135±30.5 | 101.5-157 | 15-25 | 2 |
| GGT (U/L) | 98±13.6 | 69-127 | 48±16.4 | 8 |

The clinical signs displayed by the intoxicated sheep were typical of aflatoxicosis induced experimentally in whethers (4) and correspond to aflatoxin poisoning in ruminants as reported by Kely (9) and Mertens (13). Compared to the severity of the effects, the mortality rate was low (16.6%) and confined to the young rams and lambs.

The main gross and microscopic changes in the dead sheep were confined to the liver, although such lesions were not specific for aflatoxicosis but do provide presumptive support of aflatoxin poisoning.

The changes in the PCV, Hb and blood elements were unremarkable. The increase in the total protein, bilirubin concentrations and the activities of AST and GGT in the serum of the affected sheep were reliable indicators of toxicosis.

## REFERENCES


1. Abrams L: Mycotoxins in Veterinary Medicine, J S Afr Vet Med Ass 39:767-771, 1965.
2. Adam SEI, Obeid HM, Ashour N, Tartour G: Serum enzyme activities and hematology of normal and diseased ruminants in Sudan. Acta Vet Brno 43:225-232, 1974.
3. Asplin FD and Carnaghan RBA: The toxicity of certain groundnut meals for poultry with special reference to their effect of ducklings and chickens. Vet Rec 73:1215-1219, 1961.
4. Bernar DHA, William TS, Larry DR: Acute toxicity of aflatoxin $B_1$ in whethers. Nature, 225:1062-1063, 1970.
5. Coomes TJ and Feuell AJ: Tropical Products Institute Report G 13:24, 1975.
6. Dangerfield WG and Finlayson R: Estimation of bilirubin in serum. J Clin Path 6:173-177, 1953.
7. Doxey DL: SI units, the new method of recording laboratory results for diagnostic purposes. Vet Rec 100:555-556, 1977.
8. Jones DG: Stability and storage characteristics of enzymes in sheep blood. Res Vet Sci 38:307-316, 1985.
9. Kely A: Aflatoxicosis in cattle. In Mycotoxic fungi mycotoxins, Mycotoxicosis. An encyclopedic handbook, Vol 2, Wyllie TD and Morehouse LD, eds. Marcel Dekker, New York, pp 9-28, 1978.
10. Lewis G, Harkson LM, Allcroft R: The effect of feeding toxic groundnut meal to sheep over period of five years. Vet Rec 80: 312-314, 1967.
11. Loosmore RM and Harding JDJ: A toxic factor in Brazilian groundnut causing liver damage. Vet Rec 73:1362-1364, 1961.
12. Loosmore RM and Markson LM: Poisoning of cattle by Brazilian groundnut meal. Vet Rec 73:813-814, 1961.
13. Mertens DR: Biological effects of mycotoxins upon rumen function and lactating dairy cows. In Interaction of mycotoxins in animal production, Proc National Academy of Sci, Washington DC. pp 118-136, 1979.
14. Patterson DSP and Allcroft R: Metabolism of aflatoxin in susceptible and resistant animal species. Food Cosmet Toxicol 8: 43-53, 1970.
15. Romer TR: Screening method for the detection of aflatoxin in mixed feeds and other agricultural commodities with subsequent confirmation and quantitative measurement of aflatoxin in positive samples. J Ass Off Analyt Chemist 58:500-506, 1975.
16. Schalm OW: Veterinary hematology. Balliere Tindall and Cassel Ltd, 1965.


## FARM CHEMICAL SAFETY PROGRAM

A Farm chemical safety campaign of National Agricultural Chemicals Association involves videotape presentation, mailing of tapes to 3,600 radio stations and distribution of placards and stickers to 40 state associations, 18 farm groups and others. "Any user of farm chemicals can employ this program at virtually no expense; simply use gloves, have water available and wash the gloves and hands and follow label instructions," NACA said. The sticker uses the theme, "Rubber Glove Zone." One of these videotapes entitled, "Farm Chemical Safety is in Your Hands" (11 min: 53 sec) is an excellent VHS tape.

## NEW BOARD IN TOXICOLOGY

The American Board of Applied Toxicology (ABAT) plans to offer its first credentialing procedure and certification exam this coming year in conjunction with the 1987 Annual Meeting in Vancouver. For further information contact Joseph C Veltri, PharmD, The Intermountain Regional Poison Control Center, 50 North Medical Drive, Building 428, Salt Lake City, Utah 84132.

People who receive criticism poorly often give it poorly.