EXHIBIT
16



# Papers and Articles

# A fodder mycotoxicosis of ruminants caused by contamination of a distillery by-product with *Aspergillus clavatus*

J. S. Gilmour, D. M. Inglis, J. Robb, M. Maclean

*Veterinary Record* (1989) **124**, 133-135

**Cattle and sheep, grazed successively on the same pasture and given the same supplementary feeding, developed ataxia and several animals became recumbent. Three cattle died within two weeks and the worst affected sheep were killed for laboratory examination. The supplementary diet which consisted largely of a distillery by-product, malt culms, was submitted for mycological examination and fed to two housed lambs. *Aspergillus clavatus* was cultured from the culms, and both the affected sheep and the housed lambs showed cerebrospinal degenerative changes. The clinical signs and neuropathology were closely similar to a mycotoxicosis, attributed to *A clavatus*, which is seen infrequently in cattle in France, Bulgaria, South Africa and China.**

INTOXICATION of agricultural animals by fungal metabolites elaborated in fodder has been recognised in the United Kingdom for some time; examples are ergot poisoning, aflatoxicosis and poisoning by the products of several *Fusarium* species (Bartik and Piskac 1981). In some circumstances the toxic materials may remain active in compounded feeds. *Aspergillus clavatus* is a cosmopolitan soil fungus, found on seeds and other stored products. It is particularly well adapted for growth during malting and is the causative organism of an extrinsic allergic alveolitis – 'malt workers' lung' (Flannigan 1986). However, this fungus has also been implicated in the intoxication of cattle consuming infected grain in France (Moreau and Moreau 1960), Bulgaria (Tomov 1965, Nikov and others 1965), South Africa (Kellerman and others 1976) and China (Jiang and others 1982). Evidence for the occurrence of this mycotoxicosis in the UK is presented here.

## Materials and methods

### *Clinical history*

A group of nine cattle comprising seven 18-month-old fattening steers, one milk cow and one calf all became ill within two days in mid-October 1985. The principal signs included frothing from the mouth and ataxia with 'knuckling', particularly of the hindlimbs, but no loss of appetite was apparent. Three of the fatteners became recumbent and died within one to two weeks and one behaved maniacally and was killed. In the other five animals the signs did not progress, but their gait remained abnormal. The group had been grazing the same large pasture for at least five months and during this time received a supplementary diet, the main ingredient of which was distiller's culms. The quantity of supplement available to the group had been doubled two weeks before the illness, but it was withdrawn on the day the illness first appeared. At the same time the animals were removed from the pasture but veterinary assistance was not obtained.

Eleven seven-month-old lambs were moved on to the same large pasture in November of the same year and also offered the supplement of malt culms, made from the same batch. In mid-January all 11 lost their appetite. Five days later two were found recumbent and were removed for veterinary investigations, and the other nine were housed. On the sixth day, these nine lambs were intermittently frothing at the mouth, appeared to be stiff in the hindquarters, and several were 'knuckling'. The culms supplement was replaced by silage and the lambs' appetite gradually returned and the clinical signs abated without treatment.

### *Laboratory investigations*

Blood samples for haematology, biochemistry and serology were collected from the seven most severely affected lambs. The two recumbent lambs were given a lethal dose of sodium pentobarbitone and examined post mortem. Samples from the spleen, mesenteric lymph nodes and bile were cultured at 37°C on blood agar, McConkey's agar, selenite broth and desoxycholate agar for the presence of bacteria. Brain, spinal cord (in only one case) and portions of liver, kidney, spleen, lung and heart were fixed in 10 per cent formol saline for histological examination. Blocks of brain were selected from transverse slices through the frontal pole, anterior caudate nucleus, thalamus, occipital pole including hippocampus and anterior corpora quadrigemina, cerebellar peduncles and medulla, the last at three equidistant levels, and from a sagittal section through the cerebellar vermis. The spinal cord was sectioned transversely and parasagittally at the cervical and lumbar enlargements and at the level of T16. These and representative blocks of the other organs were post-fixed in du Bosq's solution for two hours at 60°C, dehydrated in alcohol and embedded in paraffin wax. Sections were cut 6 μm thick and stained with haematoxylin and eosin. Selected blocks were recut at 12 μm and stained with Luxol fast blue and Holmes' silver impregnation.

Samples of liver were analysed for their content of copper, mercury and organochlorine, and a sample of kidney was analysed for lead.

The supplementary diet being fed to the affected cattle and sheep consisted of distiller's culms (51 per cent by weight), sugar beet pulp (5·55 per cent), pot ale syrup (2·27 per cent), minerals (Harbro Hymag) (0·45 per cent) and water (41 per cent). The sheep were fed this mixture, prepared the previous day, at approximately 0·6 kg per sheep per day. It was observed that some of the culms had formed lumps among which a fungal mycelium was seen. A sample of the culms was sub-

**J. S. Gilmour**, BVM&S, FRCVS, **M. Maclean**, Moredun Research Institute, 408 Gilmerton Road, Edinburgh, EH17 7JH
**D. M. Inglis**, BVM&S, MRCVS, Scottish Agricultural Colleges, Veterinary Investigation Centre, Mill of Craibstone, Bucksburn, Aberdeen, AB2 9TS
**J. Robb**, SDD, NDD, MSc, East of Scotland College of Agriculture, West Mains Road, Edinburgh, EH9 3JG



FIG 1: Red nucleus showing loss of Nissl substance and swelling of most neurones accompanied by nuclear loss or eccentricity. Haematoxylin and eosin × 70



FIG 2: Spinal cord (L S) ventral horn shows neuronal changes similar to those in Fig 1. White matter vacuolation visible. Haematoxylin and eosin × 70

mitted for mycological examination which included growth on potato dextrose agar at 25°C and on malt extract agar at 37°C. The fungi isolated were then grown in a liquid medium; the resultant culture and a sample of culms were extracted with organic solvents and tested for toxicity using tissue cultures (Robb and others 1982).

Further samples of the culms and quantities of the beet pulp, pot ale syrup and minerals being fed to the affected sheep were mixed as above and offered in the same quantity to two housed six-month-old blackface lambs. Hay and water were available ad libitum. The lambs were killed by an intravenous injection of a lethal dose of sodium pentobarbitone after observation for five weeks on this diet. The brains and spinal cords were removed and processed for histological examination as above.

## Results

Analysis of the seven blood samples showed that the concentrations of calcium, magnesium, inorganic phosphate, transketolase and urea were within the normal ranges. Several individual lambs had activities of aspartate transaminase and glutamate dehydrogenase above their normal ranges. No haematological abnormality was detected and no antibody to louping-ill virus was found. Gross examination of the two recumbent lambs revealed no significant changes. No significant bacteria were cultured; the concentrations of lead, copper and mercury in the tissues were within the normal ranges and no residues of organochlorine were detected.

Histologically, acute degeneration resembling chromatolysis was present in many neurones of the red and vestibular nuclei in each lamb (Fig 1). The same neuronal change was seen both in the ventral horn of the grey matter of the spinal



FIG 3: Spinal cord white matter. Axonal swelling and disruption. Holmes' silver × 350

cord (Fig 2) and in the spinal ganglia. Acute axonal swelling and disruption (Fig 3) and intramyelinic oedema (Fig 4) with digestion vacuoles containing foamy phagocytes occurred in all white matter tracts of the spinal cord. In the lamb from which only the brain had been submitted, a non-suppurative encephalitis was present, consisting of perivascular accumulations of lymphocytes, glial foci and neuronophagia; all such changes were restricted to the brainstem. In this animal an early bronchopneumonia was also present, characterised by an excess of neutrophils and large mononuclear cells in the alveolar septa and some bronchioles.

Mycological examination of the samples of culms revealed a profuse growth ($15 \times 10^6$/g) of *A clavatus*. Solvent extracts of the culms and of the *A clavatus* culture were lethal to cells in the tissue culture.

In the feeding trial the lambs ate approximately half of the culms mixture offered but at no time showed signs of neurological or other disease. However, examination of the brain and spinal cord from each of the lambs revealed some of the changes seen in the naturally occurring condition. No neuronal change was present either in the brain or spinal grey matter, but in both lambs a small proportion of the neurones in the spinal ganglia showed chromatolytic-like change (Fig 5). Furthermore, in both spinal cords the same acute, reactive and degenerative changes as described above were present; they were not extensive, but scattered within the tracts of the segments examined.

## Discussion

The diagnosis of intoxication by a metabolite or metabolites of *A clavatus* was based on the isolation of a toxin-producing



FIG 4: Spinal cord white matter. Many axon sheaths swollen with separation of layers (arrows), sometimes forming digestion vacuoles (arrowhead). Luxol fast blue × 350



FIG 5: Spinal ganglion. Several neurones (arrows) show loss of Nissl substance and some show nuclear eccentricity and pyknosis. Haematoxylin and eosin × 175

strain of that fungus from food consumed by the sheep, and on the display of clinical signs and neuropathological changes similar to those seen in cattle experiencing a mycotoxicosis associated with *A clavatus* in South Africa (Kellermann and others 1976). The feeding trial in which the associated neuropathology was partially reproduced lent support to the diagnosis. The pneumonia and encephalitis observed in one of the affected lambs was thought to be secondary to, or concurrent with the mycotoxicosis. Louping-ill was considered to be an unlikely cause of the encephalitis because no ticks inhabit the area and the serological examination was negative.

The diagnosis of mycotoxicosis in the affected cattle in this study was retrospective and based on clinical signs alone, but the subsequent events in the sheep on the same diet provided strong circumstantial support. A dose relationship may be suggested because the illness closely followed the doubling of the quantity of supplement available.

The prominent clinical feature common to the animals affected here and in South Africa was ataxia, manifested by stiffness of the hindquarters and 'knuckling' which progressed to recumbency and, in cattle, to death. The sheep also lost their appetite and frothing from the mouth was seen in both species. This may be compared with the excessive salivation described by Kellerman and others (1976) although they proposed that this sign was related to an inability to swallow. Signs which were reported in the outbreak in South Africa, but not here, included hyperaesthesia and tremors. A dose difference may explain this difference between the outbreaks, but it is possible that a different toxin or range of toxins may have been present, although produced by the same fungus (see below). Similar explanations may apply to the differences between the signs reported in intoxications of cattle attributed to *A clavatus* in France (Moreau and Moreau 1960), Bulgaria (Tomov 1965, Nikov and others 1965) and in China (Jiang and others 1982). Neuropathological examination was not reported in the French or Bulgarian outbreaks, but cerebrocortical haemorrhage and malacia were described in the disease in China. These signs suggest the involvement of a different toxin because they differ substantially from the lesions described here and by Kellermann and others (1976). No neuronal changes in the spinal ganglia were reported by Kellerman and others (1976) but, otherwise, their description of chromatolytic-like changes, together with irregularly occurring microcavitation and degeneration in spinal white matter, is very similar to the changes recorded in these sheep. Furthermore, Kellermann and others (1976, 1984) in separate circumstances performed feeding trials using *A clavatus*-infected foodstuffs which had been implicated in the cattle disorder. Young cattle and sheep were used and the clinical signs and neuropathological changes produced in both species were similar to the naturally occurring disease. In the trial reported here, no clinical signs were observed in the two sheep, but spinal neuropathology was present in both, manifested as changes similar, but less severe in character, to the naturally occurring disease.

In the intoxications described above, *A clavatus* was either the only or the dominant fungus isolated from the foodstuff and thus appears to be the likely source of toxin. However, this fungus is known to produce several toxic metabolites, including patulin, tryptoquivaline, tryptoquivalone, nortryptoquivalone and three secondary amines, the cytochalasins E and K, ascladiol and kojic acid (Blyth and Lloyd 1971, Glinsukon and others 1973). Kellerman and others (1976) cited experimental evidence that patulin poisoning in mice produced similar clinical signs to the bovine mycotoxicosis seen in France, but they failed to demonstrate patulin in the toxic fodder and were unable to find evidence of tryptoquivalone or tryptoquivaline, in the material. Thus the specific metabolite of *A clavatus* which was responsible for the toxicity in these outbreaks remains unidentified, and the variations in the signs and pathology serve as a reminder that different toxic metabolites may have predominated in different outbreaks.

Another unclarified aspect is the pathogenesis of the lesion. Kellerman and others (1984) suggested a toxic injury to the motor neurones but could not explain an apparently 'selective susceptibility of certain groups of neurones'. However, in the present outbreak considerable spinal degeneration occurred and this change was also reported by Kellerman and others (1976). It may be, therefore, that the toxin causes a primary axonal injury and that the change seen in the neurone body is a secondary response analogous to the chromatolysis which follows experimental axon section (Nissl 1892). Examination of peripheral nerves might clarify this suggestion, because chromatolytic-like alterations were seen in the spinal ganglia. Whether a neuromuscular effect is present in this condition is not known, though Kellerman and others (1976) described hyaline degeneration and necrosis in skeletal muscle in acutely affected cattle. Oedema and petechiation were also observed in these muscles; thus a more complex toxic effect, or one in which more than one toxin is active may be a feature of this problem.

*Acknowledgements*.—The authors thank the technical staff of their departments; the microbiology and biochemistry departments of Moredun Research Institute, the Department of Agriculture and Fisheries for Scotland's Agricultural Sciences Divison at East Craigs, for the serological and analytical results, and Mr Brian Easter for photography.

**Reference**


BARTIK, M. & PISKAC, A. (1981) Veterinary Toxicology. Amsterdam, Elsevier. p204

BLYTH, W. & LLOYD, M. (1971) *Sabouraudia* 9, 263

FLANNIGAN, B. (1986) *International Biodeterioration* 22, 79

GLINSUKON, T., YUAN, S. S., WIGHTMAN, R., KITAWA, Y., BUCHI, G., SHANK, R. C., WOGAN, G. N. & CHRISTENSEN, C. M. (1973) *Plant Food for Man* 1, 113

JIANG, C. S., HUANG, S. S., CHEN, M. Z., YU, Z. Y., CHEN, L. H. & SANG, Y. Z. (1982) *Acta Veterinaria et Zootechnica Sinica* 13, 247 Abstract in *Veterinary Bulletin* (1983) 53, 575

KELLERMAN, T. S., NEWSHOLME, S. J., COETZLER, J. A. W. & VAN DER WESTHUIZEN, G. C. A. (1984) *Onderstepoort Journal of Veterinary Research* 51, 271

KELLERMAN, T. S., PIENAAR, J. G., VAN DER WESTHUIZEN, G. C. A., ANDERSON, L. A. P. & NAUDE, T. W. (1976) *Onderstepoort Journal of Veterinary Research* 43, 147

MOREAU, C. & MOREAU, M. (1960) *Comptes Rendus de l'Academie d'Agriculture de France* 46, 441

NIKOV, S., SIMOV, I., KOROLEVA, V. & ZHELEV, V. (1965) *Nauchni trudove. Vissh veterinarnomeditsinski institut 'Prof. G. Pavlov'* 15, 169 Abstract in *Veterinary Bulletin* (1966) 36, 565

NISSL, F. (1892) *Allgemeine Zeitschrift für Psychiatrie* 43, 197

ROBB, J., KIRKPATRICK, K. & NORVAL, M. (1982) *Veterinary Record* 111, 389

TOMOV, A. (1965) *Veterinary Medicine Nauki, Sofia* 2, 997 Abstract in *Veterinary Bulletin* (1966) 36, 786