# AN OUTBREAK OF SUSPECTED PHALARIS STAGGERS IN SHEEP IN THE WESTERN CAPE PROVINCE

A VAN HÁLDEREN*, JENNIFER R GREEN* and D J SCHNEIDER*

## ABSTRACT

An outbreak of suspected *Phalaris* staggers in South Africa is described. Approximately 40 out of 600 sheep that had been grazing for 3 weeks on a wheat stubble land heavily infested with *Phalaris* grass were affected. Clinical signs included nervous tremors, ataxia and convulsions. New cases occurred even after removal from the affected pasture. The most prominent microscopic lesion seen in the 2 sheep autopsied was an accumulation of intracytoplasmic brown pigment in the neurons of the brain.

Key words: Sheep, *Phalaris* staggers, intracytoplasmic neuron pigment.

Van Halderen A., Green J.R., Schneider D.J. **An outbreak of suspected *Phalaris* staggers in sheep in the western Cape Province.** *Journal of the South African Veterinary Association* (1990) 61 No. 1, 39-40 (En). Regional Veterinary Laboratory, Private Bag X5020, 7600 Stellenbosch, Republic of South Africa.

## INTRODUCTION

*Phalaris* toxicosis has been described in sheep and cattle grazing on specific species of *Phalaris* grasses (canary grasses) under certain environmental conditions[1 3 4]. In South Africa *P. minor* has been implicated in outbreaks of *Phalaris* staggers in the western Cape Province (D.J. Schneider, 1978, Regional Veterinary Laboratory, Stellenbosch, unpublished data). *P. minor* is an introduced weed and is common on disturbed lands[2]. Poisoning occurs where *Phalaris* is the dominant plant in pastures and new, lush growth appears to be most toxic[1 5].

Three distinct syndromes have been described in sheep: a sudden death or cardiac form; an acute form with transient nervous signs and a chronic poisoning or Phalaris staggers which is a progressive neurological disorder that occurs when sheep have been grazing Phalaris pastures for 2 to 3 weeks[4 5]. Signs of hyperexcitability, tremors, stiffness and convulsions are precipitated or exacerbated by exercise and sheep may either recover gradually if left undisturbed or eventually die[1 3 4 5]. Three tryptamine alkaloids closely related to the neurotransmitter serotonin have been implicated as the causative toxins[3 5].

*Regional Veterinary Laboratory, Private Bag X5020, 7600 Stellenbosch, Republic of South Africa

Received: April 1989 Accepted: October 1989

## HISTORY

Six hundred Merino ewes (year-olds and culls) were pastured on a 102 ha wheat stubble land on a farm in the Moorreesburg district of the western Cape Province. After 3 weeks on these pastures, the sheep were brought in for shearing on 11th August 1988. Signs of tremors, stiffness and convulsions were noticed in 8 of these sheep when chased. Affected sheep were treated with calcium borogluconate and magnesium hypophosphite (MFC, Maybaker). Response to treatment was poor and 6 d later, 5 sheep had died and approximately 32 new cases had appeared. The flock had not been returned to the suspected camp and had been in a lupin land since the first signs were noticed. Eighty cattle that had grazed with the sheep in the same camp for 2 weeks, were immediately removed although no clinical signs of disease were seen in these animals.

## CLINICAL SIGNS

A live, year-old sheep was submitted to the Regional Veterinary Laboratory, Stellenbosch. This sheep showed signs of mild tremors, ataxia, hyperexcitability and head shaking, but when approached the tremors became so severe that the sheep fell on its side and paddled. There was a marked increase in heart and respiratory rates, but body temperature remained normal. These clinical signs gradually subsided when the sheep was left undisturbed. A second sheep collected on the farm for autopsy showed identical signs.

## LABORATORY INVESTIGATIONS:

Blood was collected from the anterior vena cava of the above-mentioned 2 sheep in 10 mℓ heparinised vacuum tubes. Calcium, magnesium, phosphorus, blood urea nitrogen, haemoglobin and total plasma proteins were measured by wet chemistry spectrophotometry using a Spectronic 21 digital spectrophotometer (Bausch & Lomb Inc., Rochester, New York, U.S.A.) Sodium and potassium were determined by the flame photometry method using an IL543 digital flame photometer (Instrumentation Laboratory, Viale dell' Industria, 3-20037, Paderno Dugnano, Italy).

The 2 sheep were euthanased and full post mortem investigations were conducted. Brain, lung, muscle, liver, kidney, heart and small intestinal samples were collected in 10% buffered formalin and were routinely prepared and stained with haematoxylin and eosin for light microscopy.

Liver samples were collected in analytical formalin for trace element determination by means of the atomic absorption method using a PYE UNICAM SP9 atomic absorption spectrophotometer (Philips Pye Unicam Ltd., York Str., Cambridge CB1 2PX, England).

Fresh liver and rumen content samples were collected from the first sheep for toxicological examination for lead and heavy metals, using the atomic absorption method (Philips Pye Unicam).

Brain, spleen, liver and lung samples were collected from the first sheep for bacterial culture. Medulla samples were



EXHIBIT
17
tabbies



Fig. 1: Pigment in cytoplasm of neuron : HEx 1000

plated out on Columbia blood agar base (Oxoid, Basingstoke, England) for *Listeria* isolation and incubated aerobically and in $CO_2$. The other organ samples were plated out on Columbia agar and on MacConkey Agar no. 3 (Oxoid)

## RESULTS

Plasma concentrations of phosphorus, calcium, magnesium, potassium, sodium, and total plasma proteins were within normal range for both sheep. Haemoglobin and haematocrit values as well as blood urea nitrogen were also within normal range.

Liver and rumen content collected from the first sheep were negative for lead and heavy metals.

No significant pathogenic bacteria were isolated from tissue samples collected from the first sheep.

Very low liver copper levels respectively 9 and 20 ppm (dry basis), were recorded for the 2 sheep. Molybdenum, manganese, iron and zinc values were within the normal range.

The only macroscopically visible pathology in both cases was a mild lung oedema. Pigmentation of the brain and kidney cortex as has been described with *Phalaris* staggers was not macroscopically evident[4,5].

The most significant finding in both cases was a dark brown, intracytoplasmic pigment in the neurons of the lateral geniculi, thalamus and brain stem. In the first sheep autopsied, there was also intracytoplasmic pigment present in the renal epithelium. There was also mild demyelinisation of the medulla oblongata in both cases, although this may have been associated with the low copper levels.

A mild perivascular lymphocyte infiltration was evident in the medulla oblongata of the second sheep.

Other changes found in both cases were moderate congestion and oedema of the lungs and mild hydropic degeneration of the liver parenchyma.

## DISCUSSION

The clinical signs and pathological changes were consistent with those described with *Phalaris* staggers[1,3,4,5]. The farm was visited on 25th August 1988, but unfortunately the affected camp had been ploughed over about a week before. The farmer confirmed, however, that canary grass grows abundantly on the farm every year and that heavy growth of young canary grass was noticed in the affected camp prior to ploughing. *Phalaris* staggers was diagnosed in cattle and sheep on 2 neighbouring farms in August and September 1978, when *Phalaris minor* grew abundantly after good rains following an anusually dry winter (D.J. Schneider, 1978, Regional Veterinary Laboratory, Stellenbosch, unpublished data). In this case, however, the rainfall for the previous 4 months was within the normal range. Approximately 15 animals were still visibly affected at the time of the visit to the farm. By 6th January 1989, all but 2 of the remaining affected animals appeared to have recovered completely. No signs of staggers were seen in the 80 head of cattle that had grazed in the same camp for 2 weeks.

## ACKNOWLEDGEMENTS

The Director (Animal Health) is thanked for permission to publish this article. We also wish to thank Dr. E. Dalton, Moorreesburg, for referring the case, Mr. P. van der Merwe for the photography and Mrs. R. de Kock for typing the manuscript.

## REFERENCES

1. Blood D C, Radostits O M, Henderson J A 1983 Veterinary Medicine 6th edn. Baillière Tindall, London: 1166-1167
2. Bond P, Goldblatt P 1984 Plants of the Cape Flora. National Botanic Gardens. Cape Town: 109
3. East N E, Higgins R J 1988 Canary grass (*Phalaris* spp.) toxicosis in sheep in California. Journal of the American Veterinary Medical Association 192: 667-669
4. Hartley W J 1978 Chronic *Phalaris* poisoning or *Phalaris* staggers. In: Keeler R F, Van Kampen K R and James L F (ed.) Effects of poisonous plants on livestock. Academic Press New York: 391-393
5. Kellerman T S, Coetzer J A W, Naudé T W 1988 Plant poisonings and mycotoxicoses of livestock in Southern Africa. Oxford University Press, Cape Town: 71-72