fecting germination of
nd *in vivo*. Ind Phyto-

of grape berries and
dia of *Botrytis cinerea*.

ingistasis: relation to
ology 1967; 57: 894.
trix and spore germi-
Trans Brit Mycol Soc

ment of cytokinins in
ci) Panjab Univ 1987;

RP. Effect of age and
of biological activitie
eptibility of rice. Ind I

ology of leaf surfac
. London, New York;

y R. Factors affectin
elminthosporium oryzae
402–6.
. Recovery of germin
*cinerea* Pers by sever
Soc Japan 1970; 36

affecting germination b
e conidia. Trans Bri

ds: Fungi and Bacteria
; 1969: 239.
Spore germination of
in relation to leaching
: 41–4.

Angra-Sharma, c/o Dr.
and Development (PI)
, Anand 388 001, India

*Mycopathologia* 114: 35–39, 1991.
© 1991 *Kluwer Academic Publishers. Printed in the Netherlands.*

# *Aspergillus clavatus* as the probable cause of a lethal mass neurotoxicosis in sheep

A. Shlosberg[1], I. Zadikov[1], S. Perl[1], B. Yakobson[1], Y. Varod[2], D. Elad[1], E. Rapoport[3] & V. Handji[1]
[1] *Kimron Veterinary Institute, P.O. Box 12, Bet-Dagan, Israel 50250;* [2] *'Hahaklait', Haifa, Israel;* [3] *Veterinary Services, Bet-Dagan, Israel*

Received 29 March 1990; accepted in revised form 7 October 1990

*Key words: Aspergillus clavatus*, mycotoxicosis, neurotoxicosis, sheep

## Abstract

Sprouted barley grains, the waste product of malt extract production, were incriminated as the cause of a lethal (96% mortality) neurotoxic syndrome in sheep fed the grains. Clinical manifestations, comprising tremors, lameness, abnormal gait, paralysis and death indicated a tremorgenic mycotoxicosis. Whilst 50% of the flock died within 17 days, mortality continued over more than 5 months. Pathological findings were limited to neuronal degeneration and necrosis in the midbrain. Germinating grains were shown to be contaminated with growth of *Aspergillus clavatus*.

## Introduction

Fungi commonly contaminate feed and foodstuffs [1]. Usually such growths are harmless, often they are produced intentionally to improve the taste or texture of foods and relatively rarely do fungi induce harm by ingestion of their secondary metabolites [2–5]. Diagnosis of the latter cases, mycotoxicoses, is invariably difficult on clinical grounds, considering the plethora of potential toxins and their differing target tissue specificity. This is particularly applicable when considering mycotoxins such as aflatoxin, which when present in very low concentrations in feedstuffs, can reduce the efficacy of the immunological system of animals, hindering their capacity to resist disease or to be protected by vaccines; in such instances the 'signs' of a mycotoxicosis are in fact those of an infectious disease [6]. In many suspect mycotoxicoses, analyses of feedstuffs is the most reliable means of diagnosis.

An exception to these precepts is the group of tremorgenic mycotoxins, which induce clinical tremor. Perhaps due to the ease of perception of this neuromuscular manifestation, which is not seen commonly in many other toxicoses or diseases, tremorgenic mycotoxins are becoming well known and more frequently diagnosed in livestock [7–18].

This report details a neurotropic mycotoxicosis in sheep caused by *Aspergillus clavatus*. This condition has been reported infrequently in cattle and rarely in sheep [19–21]. This case warranted further dissemination due to its peculiar character which differs considerably from well described reports of previous cases, indicating the diversity of toxin production by a single fungal species.

tabbies
EXHIBIT
18

## Material and methods

### *Flock history*

The 2 affected flocks of sheep comprised 168 Merino and Finnish-Merino crossed ewes (80 of which were pregnant) and rams with an additional 30 young replacements. The flocks were housed in semi-open sheds, 200 m apart, with other flocks of sheep nearby, in the same communal smallholding farm. Their daily diet comprised about 200 g clover hay, 1.5 kg cotton waste and 250 g of a concentrated feed formulated for sheep. In addition each was given 2.5 kg of sprouted barley grains, which was the waste product from a factory making malt extract; the grains were brought daily and freshly fed. This feeding regime had been successfully practised for over 2 years with no nutritional or disease problems. On June 19th 1988, one ewe was found dead and on the next day 2 more were recumbent and died within a few hours. On June 24th, 10 ewes and 2 rams were severely affected, and it was soon apparent that a severe, distinct, clinical syndrome was emerging.

### *Clinical manifestations*

On the sixth day of the syndrome, about 10 sheep showed mild ataxia, with swaying of the hindlimbs. The 12 severely affected animals were all recumbent, at first in a sternal position and at a later stage of paralysis in a lateral position. Their demeanour was normal but in all recumbent sheep a marked muscular tremor was evident. This was most obvious in the muscle mass of the lateral aspect of the hindlegs, and the shoulder and neck area. When quiescent animals were lifted, they often developed fits, comprising marked tremor and clonic convulsions. Recumbent sheep died within 72 hours. New cases (recumbent sheep) were recorded each day and a peak was reached at about d 14 of the syndrome, by which time 40% of the 2 flocks had died. By d 15, the clinical syndrome had changed a little, in that much of the flock could be seen to exhibit lameness in all limbs and gait abnormalities. The hindlimb lameness was mainly manifested by shifting and lifting of the feet; in addition swaying, stiffness and occasional knuckling was seen. Forelimb abnormalities comprised a marked raising of the feet, as though in pain, although palpation did not reveal any focus of pain, and a lifting of the feet onto raised objects, which in many instances was a recumbent sheep. Gait abnormalities included stumbling, 'walking on eggs' and paresis. Recumbent animals showed less tremor and died in a shorter time than in the initial cases. Although signs of central nervous system involvement such as nystagmus and hyperaesthesia were not apparent, several sheep, when their vulva was touched, developed a transient state of tremor, dorsal opisthotonus, and mouth movements previously described (in cases of scrapie) as 'nibbling' [22]. All animals throughout the toxicosis ate well and maintained excellent body weight.

By d 30, the clinical syndrome had evolved further, with most of the remaining animals showing lameness, and in addition many animals repeatedly pawed or tapped the ground with a foreleg, or held it extended in front of them. Recumbent animals barely showed tremor, and died within a few hours. By mid-December, 96% of the 168 adult sheep had died (Fig. 1); the 7 remaining sheep had started to lose weight and the farmer had them slaughtered.

Of ewes that lambed, all the offspring were




*Fig. 1.* Time distribution of deaths in *Aspergillus clavatus* poisoned sheep.

ıbnormalities. The
ly manifested by
addition swaying,
ckling was seen.
›rised a marked
in pain, although
:us of pain, and a
objects, which in
bent sheep. Gait
ling, 'walking on
animals showed
ır time than in the
f central nervous
nystagmus and
ınt, several sheep,
ed, developed a
sal opisthotonus,
ısly described (in
[22]. All animals
ll and maintained

ıme had evolved
ng animals show-
ı many animals
e ground with a
ı front of them.
wed tremor, and
-December, 96%
d (Fig. 1); the 7
lose weight and
d.
: offspring were



rtality

*Aspergillus clavatus*

normal and grew well provided they were weaned quickly or bottle fed if their mother ailed. In the group of 30 young ewes which were distributed on both the farms, but housed separately from the adult sheep, no signs of this syndrome or other manifestations were seen; no mortality was recorded in this group.

### *Laboratory investigations*

The abrupt onset of signs and mortality in many animals immediately raised a suspicion of poisoning. Samples (blood, liver, kidney) from affected sheep were examined for abnormally high levels of chlorinated hydrocarbon pesticides (by gas chromatography), mercury and lead (by atomic absorption spectrometry), which could cause central nervous system manifestations. The cause of the paralysis was investigated by examining for botulism in dead sheep (liver and intestinal contents) and for polyether ionophores in the feed. These analyses and other routine toxicological tests on tissues, feed and environmental samples proved negative.

Post mortem findings in the sheep were minimal and non-consistent. Animals most frequently showed secondary pathological changes consequent to recumbency e.g. lung oedema, froth in the trachea, pressure sores and wounds on their limbs. Thorough examinations failed to incriminate any infectious disease.

As it became apparent, in the second week, that the group of replacements were not affected, an investigation of their diet showed it to be identical to that of the adults, apart from the germinated barley grains, which they had not received at all. A short perusal of the literature linked the combination of feeding of germinated grains and the characteristic clinical signs to a similar syndrome, diagnosed by Kellerman *et al.* [20, 21] in South Africa, caused by contamination of sprouted grains with the fungus *Aspergillus clavatus*.

The barley grains were not fed after d 4, as the factory had closed for a summer recess. The remnants of these grains and their containers were sampled and examined for fungal growth; some samples revealed blue-green apparent fungal growth. Sabouraud dextrose agar supplemented with 10% gentamycin at 28 °C was used for primary cultures. Any colonies of *Aspergillus*-like fungi were subcultured on Czapek-Dox agar at 28 °C. Definitive identification was made by microscopic examination of subsequent colonies [23]. Due to a heavy overgrowth of *Mucor* spp., *A. clavatus* was not found. Weekly samples were taken once the factory reopened in September, and in October, *A. clavatus* was isolated; thereafter it was isolated regularly. The factory germination beds were examined but no gross fungal contamination was evident, probably because the equipment had been thoroughly cleaned in the recess. Only in March were mats of blue-green fungi found amongst the germinating grains, and in the subsequent months *A. clavatus* was consistently isolated from these clumps of grains.

Samples of tissues from freshly dead sheep were taken for histopathological examinations. After conventional fixing and embedding in paraffin wax, sections were cut at 5 μm and stained with haematoxylin and eosin. Tissues examined were liver, kidney, skeletal muscle, heart muscle, lungs and various areas of the brain (frontal lobe, occipital lobe, hippocampus, thalamus, cerebellar peduncles, medulla, sagittal sections through the cerebellar vermis). Significant lesions of degeneration were seen only in the brain. Swollen neurones with central chromatolysis and/or margination of chromatin were consistently found in the hippocampus and medulla (Fig. 2). A few glial foci in these areas were also seen. In several liver sections fatty degeneration was present.

A pure culture of *A. clavatus* was transferred to Sabouraud glucose broth at 30 °C and grown for 7 days. For experimental transmission experiments, 500 g barley grains were added, with 500 mL water, to 2 L flasks which were autoclaved. Crude inoculum from the Sabouraud medium was inoculated into the 2 L flasks which were kept in the dark or in daylight at 25 °C. Mycelia were removed after 20 d from the flask in the light, blended with water and injected i.p. into laboratory mice, daily for 7 d and observations



*Fig. 2.* Swollen neurones in medulla of affected sheep showing margination of nucleus and central chromatolysis.

were made for a further 14 d. In addition the mouldy barley was taken from the flask, dried, ground and incorporated at 70% into duck feed as a balanced ration; it was then fed to 10, 7 day old Muscovy ducks (*Cairina moschata*) for 10 days. Two ewe lambs were fed about 1 kg $d^{-1}$ for 10 days of dried sprouted grains which remained from the original outbreak, and were observed for a further 21 days. Mice, ducks and lambs were not visibly affected by the treatments. The animals were all sacrificed; no remarkable necropsy findings were observed. Histopathological sections of the brains did not reveal the typical changes as seen in the field case in sheep.

## Discussion

Although the syndrome was not experimentally reproduced in sheep fed suspect grains, or using *A. clavatus* contaminated grains in mice or ducklings, there is overwhelming circumstantial evidence to demonstrate *A. clavatus* induced neurotoxicity. Infectious or metabolic diseases or toxicoses were ruled out by laboratory examinations or by the absence of specific clinical or pathological findings. In addition the incidence of the syndrome only in sheep fed the sprouted grains (even in the same flocks) eliminated any infectious cause. Since the outbreak, the factory has disposed of the grains directly to a waste disposal unit; no further instances of the syndrome have been recorded. The fact that *A. clavatus* moulded grains were fed at the time of appearance of a tremorgenic syndrome strongly recalls the descriptions of Kellerman *et al.* [20, 21]. As in one of their cases, the grains had been fed previously for long periods, with no ill health. Several weeks before the initial cases (in late May 1988), a particularly severe and rare heat wave in Israel brought temperatures above 40 °C for several days. It has been recorded that *A. clavatus* growth was profoundly elevated when ambient temperature was raised from 16 to 20 to 25 °C [24]. It is hypothesized that the transient high ambient temperature in the heat wave caused a flush of growth of *A. clavatus* (and probably secondary metabolite production) in the germinating grains, and the sheep received, for several days, an extremely high dose of neurotoxin. Further batches of grains would not contain the tremorgens, thus explaining their lack of toxicity in experimental animals. The condition could be reproduced experimentally only in cattle or sheep (T.S. Kellerman, personal communication).

It is interesting to note the similarities and dissimilarities between this case and the well described syndromes as seen in sheep in South Africa [20, 21] and England [19] (Table 1). The present case resembles the case in South Africa, but on clinical grounds would probably not be regarded as the same syndrome as that seen in England. From these data it would appear that

*Table 1.* Main clinical manifestations in *A. clavatus* toxicoses in sheep in Israel and in reported cases in South Africa (20, 21) and in England (19). 0 = none, 1 = mild, 2 = moderate, 3 = severe.

| Clinical sign | Israel | South Africa | England |
|---|---|---|---|
| Lameness | 3 | 1 | 0 |
| Paralysis | 3 | 2 | 1 |
| Latency | 3 | 0 | 0 |
| Lethality | 3 | 2 | 0 |
| Tremor | 2 | 3 | 0 |
| Abnormal gait | 2 | 2 | 2 |
| Hyperaesthesia | 0 | 2 | 0 |
| Anorexia | 0 | 2 | 2 |
| Chewing | 0 | 2 | 0 |



*Fig. 2.* Swollen neurones in medulla of affected sheep showing margination of nucleus and central chromatolysis.

were made for a further 14 d. In addition the mouldy barley was taken from the flask, dried, ground and incorporated at 70% into duck feed as a balanced ration; it was then fed to 10, 7 day old Muscovy ducks (*Cairina moschata*) for 10 days. Two ewe lambs were fed about 1 kg $d^{-1}$ for 10 days of dried sprouted grains which remained from the original outbreak, and were observed for a further 21 days. Mice, ducks and lambs were not visibly affected by the treatments. The animals were all sacrificed; no remarkable necropsy findings were observed. Histopathological sections of the brains did not reveal the typical changes as seen in the field case in sheep.

## Discussion

Although the syndrome was not experimentally reproduced in sheep fed suspect grains, or using *A. clavatus* contaminated grains in mice or ducklings, there is overwhelming circumstantial evidence to demonstrate *A. clavatus* induced neurotoxicity. Infectious or metabolic diseases or toxicoses were ruled out by laboratory examinations or by the absence of specific clinical or pathological findings. In addition the incidence of the syndrome only in sheep fed the sprouted grains (even in the same flocks) eliminated any infectious cause. Since the outbreak, the factory has disposed of the grains directly to a waste disposal unit; no further instances of the syndrome have been recorded. The fact that *A. clavatus* moulded grains were fed at the time of appearance of a tremorgenic syndrome strongly recalls the descriptions of Kellerman *et al.* [20, 21]. As in one of their cases, the grains had been fed previously for long periods, with no ill health. Several weeks before the initial cases (in late May 1988), a particularly severe and rare heat wave in Israel brought temperatures above 40 °C for several days. It has been recorded that *A. clavatus* growth was profoundly elevated when ambient temperature was raised from 16 to 20 to 25 °C [24]. It is hypothesized that the transient high ambient temperature in the heat wave caused a flush of growth of *A. clavatus* (and probably secondary metabolite production) in the germinating grains, and the sheep received, for several days, an extremely high dose of neurotoxin. Further batches of grains would not contain the tremorgens, thus explaining their lack of toxicity in experimental animals. The condition could be reproduced experimentally only in cattle or sheep (T.S. Kellerman, personal communication).

It is interesting to note the similarities and dissimilarities between this case and the well described syndromes as seen in sheep in South Africa [20, 21] and England [19] (Table 1). The present case resembles the case in South Africa, but on clinical grounds would probably not be regarded as the same syndrome as that seen in England. From these data it would appear that

*Table 1.* Main clinical manifestations in *A. clavatus* toxicoses in sheep in Israel and in reported cases in South Africa (20, 21) and in England (19). 0 = none, 1 = mild, 2 = moderate, 3 = severe.

| Clinical sign | Israel | South Africa | England |
|---|---|---|---|
| Lameness | 3 | 1 | 0 |
| Paralysis | 3 | 2 | 1 |
| Latency | 3 | 0 | 0 |
| Lethality | 3 | 2 | 0 |
| Tremor | 2 | 3 | 0 |
| Abnormal gait | 2 | 2 | 2 |
| Hyperaesthesia | 0 | 2 | 0 |
| Anorexia | 0 | 2 | 2 |
| Chewing | 0 | 2 | 0 |

stances of the syn-
əd. The fact that
ere fed at the time of
; syndrome strongly
f Kellerman *et al.*
ases, the grains had
; periods, with no ill
; the initial cases (in
' severe and rare heat
ratures above 40 °C
been recorded that
undly elevated when
ised from 16 to 20 to
ed that the transient
the heat wave caused
*vatus* (and probably
iction) in the germi-
received, for several
lose of neurotoxin.
ould not contain the
their lack of toxicity
e condition could be
nly in cattle or sheep
ommunication).
; similarities and dis-
case and the well
n in sheep in South
1 [19] (Table 1). The
ase in South Africa,
uld probably not be
rome as that seen in
it would appear that

ons in *A. clavatus* toxicoses
cases in South Africa (20,
:, 1 = mild, 2 = moderate.

| uth Africa | England |
|---|---|
| | 0 |
| | 1 |
| | 0 |
| | 0 |
| | 0 |
| | 2 |
| | 0 |
| | 2 |
| | 0 |

the unknown toxins in toxic *A. clavatus* cultures are probably manifold. The South African cultures presumably have the widest range of toxins, some of which were also present in cultures from Israel and England. This work shows the importance of a careful appraisal of both clinical syndromes and laboratory data.

## References


1. Northold MD, Bullerman LB. Prevention of mold growth and toxic production through control of environmental conditions. J Food Prot 1982; 45: 519–26.
2. Hitokoto H, Morazumi S, Wauke T, Kurata H. Distribution of mycotoxin-producing fungi in marketing food in Japan. In: Kurata H, Ueno Y, eds. Toxigenic fungi – Their Toxins and Health Hazards. Kodansha, Tokyo and Amsterdam: Elsevier, 1984.
3. Leistner L. Toxigenic Penicillia occurring in feeds and foods. In: Kurata H, Ueno Y, eds. Toxigenic Fungi – Their Toxins and Health Hazards. Kodansha, Tokyo and Amsterdam: Elsevier, 1984.
4. Pestka JJ. Fungi and mycotoxins in meats. In: Pearsonson AM, Dutson TR, eds. Advances in Meat Research, Vol. 2. Westport CT: AVI Publishing Co., 1984.
5. Tsai WYJ, Bullerman LB. Toxicity of molds isolated from moldy surplus commodity cheese. J Food Prot 1985; 48: 910.
6. Hamilton PB. Mycotoxins in farm animals. Refuah Vet 1982; 39: 17–45.
7. Cole RJ. Fungal tremorgens. J Food Prt 1981; 44: 715–22.
8. Cole RJ. Tremorgenic mycotoxins: an update. In: Ory RL, ed. Antinutrients and Natural Toxicants in Food. Westport, CT: Food & Nutrition Press, 1987: 17–33.
9. Gallagher RT, Keogh RG, Latch GCM, Reid CSW. The role of fungal tremorgens in ryegrass staggers. NZJ Agric 1977; 20: 431–40.
10. Di Menna ME, Mantle PG, Mortimer PH. Experimental production of a staggers syndrome in ruminants by a tremorgenic *Penicillium* from soil. NZ Vet J 1976; 24: 45–6.
11. Wilson BJ, Wilson CH, Hayes AW. Tremorgenic toxin from *Penicillium cyclopium* grown on food materials. Nature 1968; 220: 77–8.
12. Glinsuron T. Isolation and purification of cytochalasin E and two tremorgens from *Aspergillus clavatus*. Plant Foods for Man 1974; 1: 113–9.
13. Clardy J, Springer JP, Buchi G, Matsuo K, Wightman R. Tryptoquivaline and tryptoquivalone, two tremorgenic metabolites of *Aspergillus clavatus*. J Am Chem Soc 1975; 97: 663–5.
14. Mantle PG, Mortimer PH, White EP. Mycotoxic tremorgens of *Claviceps paspali* and *Penicillium cyclopium*: a comparative study of effects on sheep and cattle in relation to natural staggers syndromes. Res Vet Sci 1977; 24: 49–56.
15. Wilson BJ, Wilson CH. Toxin from *Aspergillus flavus*: production on food materials of a substance causing tremors in mice. Science 1964; 144: 177–8.
16. Whitehair CK, Young HC Jr, Gibson ME, Short GE. A nervous disturbance in cattle caused by a toxic substance associated with mature Bermuda grass. Feed Day Reports 1951; 57–9.
17. Cole RJ. Paspalum staggers: isolation and identification of tremorgenic metabolites from sclerotia of *Claviceps paspali*. J Ag Food Chem 1977; 25: 1197–201.
18. Cole RJ. Tremorgenic mycotoxins. In: Rodricks CW, Hesseltine CW, Mehlman MA, eds. Mycotoxins in Human and Animal Health. Pathotox Publishers, 1977.
19. Gilmer JS, Inglis DM, Robb J, Maclean M. A fodder mycotoxicosis of ruminants caused by contamination of a distillery by-product with *Aspergillus clavatus*. Vet Rec 1989; 124: 133–5.
20. Kellerman TS, Newsholme SJ, Coetzer JAW, Van Der Westhuizen GCA. A tremorgenic mycotoxicosis of cattle caused by maize sprouts infested with *Aspergillus clavatus*. Onderstepoort J Vet Res 1984; 51: 271–4.
21. Kellerman TS, Pienaar JG, Van Der Westhuizen GCA, Anderson LAP, Naude TW. A highly fatal tremorgenic mycotoxicosis of cattle caused by *Aspergillus clavatus*. Onderstepoort J Vet Res 1976; 43: 147–54.
22. Parry HB. Scrapie Disease in Sheep. London: Academic Press, 1983.
23. Raper KB, Fennel DI. The Genus Aspergillus. Baltimore: Williams & Wilkins Co., 1965.
24. Flannigan B, Day SW, Douglas PE, McFarlane GB. Growth of mycotoxin-producing fungi associated with malting of barley. In: Kurata H, Ueno Y, eds. Toxigenic Fungi – Their Toxins and Health Hazards. Tokyo: Kodansha and Amsterdam: Elsevier, 1984.