# Ryegrass Staggers in Heifers: A New Mycotoxicosis in Argentina

E Odriozola, T Lopez, C Campero and C Gimenez Placeres
Grupo de Sanidad Animal, Departamento de Produccion Animal,
Estacion Experimental Agropecuaria Balcarce, Instituto Nacional de
Tecnologia Agropecuaria, CC 276 (7620) Balcarce, Buenos Aires, Argentina

ABSTRACT. Aberdeen Angus (AA) and crossbred AA x Hereford 8-9 mo old heifers (560 animals) showed a typical perennial ryegrass (PRG) staggers syndrome after grazing 26 d in a 25-hectare paddock of pure Lolium perenne. Effects were observed in about 50% of the herd. When forced to move, the animals showed incoordination, weakening of the forelimbs, falling on the chest and neck, and moving in this position during the first steps before recovering a normal gait. In severely affected animals all of the 4 limbs had extreme rigidity. All the affected animals had generalized tremors. Twelve days after removal from this pasture the animals had no symptoms. The symptoms described, the pasture conditions (mostly PRG stubble and short PRG green plants in slow growth), a positive mouse bioassay of extracts obtained from the basal part of the PRG plants, and the microscopic finding of Acremonium lolii hyphae in the leaf sheaths of the same plant material produced diagnostic evidence to confirm this as a PRG staggers case, the first reported in Argentina.

The toxicity of Lolium perenne, perennial ryegrass (PRG), and the resulting PRG staggers (PRGS) have been reported in different countries, ie New Zealand (4), Australia (1), Great Britain and Wales (28), Canada (21), and the US (10). Early studies on L perenne toxicity showed it was frequently infected with the endophytic fungus Acremonium lolii (27). No toxicity was found in contaminated seeds of PRG or endophytic cultures when fed to mice, rats, birds, or sheep (3,27). It was argued that a so-widely distributed fungus as A lolii could not be responsible for local outbreaks of PRGS in New Zealand (4). It was shown that different plants, including PRG, could absorb tremorgenic toxins produced by soil Penicillium spp and that tremorgen-producing Penicillium spp spores could be found in the feces of sheep affected by PRGS (5,8,11,28,30). However, penicillia populations were similar in PRGS-producing and non-producing pastures and staggers increased in some pastures sprayed with fungicides (7,19).

The specificity of A lolii for PRG was noted by other authors (7,13). Further studies led to the isolation and structure elucidation of the tremorgens lolitrems A, B (the major component in toxic PRG), C and D (12,15) from PRGS-producing pastures.

Perennial ryegrass is a Graminaceous species broadly used as a component in seed mixtures for implanting permanent pastures in the humid pampas of Argentina. Although PRG may be the most important component of the mixtures (50% or more, plus varying amounts of clover, fescue and Bromus spp), it is almost never used as a pure pasture. We describe here a case of PRGS in Argentinian cattle, a mycotoxicosis not previously recorded in this country.

## CASE REPORT

### History

A herd of 560 weaned Aberdeen Angus (AA) and crossbred AAxHereford, 8-9 mo old heifers, in good body condition and under current management conditions had no access to any other forage or supplement. In April 1991 the heifers started grazing the stubble of a pure 2-y old 25 hectare PRG seedcrop (sown from New Zealand imported seed) that had been harvested 3 mo before. There were abundant dead PRG leaves among the furrows as well as short (about 12 cm high) PRG in slow regrowth. Summer and early autumn rains were normal for the region, while moderate temperatures prevailed after the end of summer.

### Clinical Signs

After 26 d of grazing, the owner reported 3 heifers dead without signs. Postmortem examinations were not done, and a diagnosis could not be made. It was decided to move the cattle to another paddock where a phalaris pasture was available. While moving the animals, about 50% of them showed different degrees of incoordination and weakness of the forelimbs, which were retracted toward the rear of the body. When trying to run, they fell on their chests and necks, and moved in this posture during the first few steps before recovering a normal gait, although generalized muscular tremors persisted. In the most affected heifers, all 4 limbs became extremely rigid, which produced collapse and brief recumbencies with total paralysis. If left undisturbed, these animals returned to apparent normality a few minutes later. Rectal temperatures remained normal in the affected heifers throughout the episode. Removal of the cattle from the PRG pasture produced a gradual recovery. Effects were still evident 7 d after moving from the toxic pasture, but 12 d after this change no more signs were observed.

Blood samples were taken from some of the affected animals for calcium (Ca), magnesium (Mg) and phosphorus (P) analysis. Green plant material was collected in different places of the paddock by cutting PRG at ground level. This material was pooled. Dead dry PRG leaves were collected from the spaces among furrows and pooled in the same way. Most of this dead material consisted of fully developed, non-harvested leaves, plus some dry flowering stems cut during the previous seed harvest.

### Laboratory Analyses

Serum Ca and Mg were analysed by atomic absorption spectrophotometry. Phosphorus was



EXHIBIT
tabbies
19

analyzed by spectrophotrometry using the molybdenum blue method. The Ca, Mg, and P serum concentrations were normal.

Tremorgenic substances were extracted from the 2 batches of plant material using the method of Gallagher and Hawkes (16). Solvent residues in the final chloroformic crude extracts were eliminated by dissolving the extracts in corn oil and evaporating under vacuum in a warm (40 C) water bath with simultaneous nitrogen bubbling. Two N-NIH Swiss mice (25 g average live weight) were each injected ip with 0.5 ml of each oil solution. These animals were watched for nervous signs every 5 min. The biological tests produced signs only in the 2 mice injected with the extract from the green plant material. These signs started 20-30 min after the injection and consisted of tremors, weakening of the rear limbs and circular walking. No nervous effects were noticed in the 2 mice injected with the extract from the dead PRG leaves. Both the mice with clinical effects were sacrificed 48 h after the start of signs since the condition of the animals worsened and they were unable to walk, to feed or drink.

Ryegrass leaf sheath samples were examined microscopically for the presence of A lolii using 0.1% aniline blue as the stain. Hyphae of A lolii were found in the PRG leaf sheaths as long straight lines of fungal tissue in the intercellular spaces.

Daily data on rainfall and on temperature during the summer and early autumn were obtained from our meteorological station. Rainfall was normal for our summers (353 mm total the first 4 mo of the year). The average maximum temperature in April (20.9 C) was 4 C lower than in March and 6 C lower than in February.

## DISCUSSION

The data indicates that we observed a case of PRGS. Morbidity in the herd (above 50%, with slight mortality and symptoms) was consistent with that described in the literature (4). Circumstances did not allow for necropsy of the dead heifers which could have led to microscopic observations of muscle fiber degeneration and axonal degeneration of Purkinje's cells in the cerebellum, both considered to be produced by altered neuronal metabolism, neuronal exhaustion and repetitive anoxic conditions during seizures (4,22,26). It has been a consistent finding by other authors that outbreaks of PRGS occur in pure stands of PRG, which was the situation in our case.

A definite relationship between the shortness of pasture and PRGS occurrence has been shown; sheep grazing PRG less than 2.5 cm high showed signs of PRGS, while animals grazing the upper portion of the same pasture plants did not (18). This was similar to the results of our experiments with mice, in which those given extracts from the short green plant material showed effects, while the mice receiving extracts of the fully-developed, but dry interfurrow plant material, did not. In the few cases in which well-developed pure PRG produced PRGS, the results of subsequent experiments involved the grazing of the upper parts of the PRG plants without toxic effects, while the lower parts of the same plants produced PRGS (18).

Our results in producing toxicity in mice only with slow growing PRG, but not with the dead leaves of fully grown PRG from the same stand, seem to indicate that the traslocation of lolitrems is limited or that they are only produced under conditions of stress. Other authors have reported that most outbreaks occur in relatively dry pastures, with slow PRG growth, or from just developing new growth (4,19). These were the conditions prevailing in the PRG when we saw the sick heifers; most of the available pasture was stubble or new PRG in slow regrowth just after mild April weather conditions promoted growth of the grass that had been delayed after the high summer (January-February) temperatures. The lower April temperatures not only promoted PRG regrowth, but also increased endophytic growth and permitted higher neurotoxin levels (2,14). Slow growth or regrowth under low to mild temperatures seems required for the expression of toxicity. Some authors note that PRGS does not occur in winter or early spring despite the abundance of senescent or dead plant material from PRG and extremely close grazing (8).

Lolitrem B toxicity is more protracted and lasts longer than the toxicity produced by Penicillium spp tremorgens (25). We found this true in our mice dosed with PRG extracts when their toxicity was compared to the course of tremorgenicity in mice we injected with verruculogen from crude extracts of P verruculosum cultures (unpublished results), or when heifers dosed orally with Claviceps paspali sclerotia developed the full effects of Paspalum staggers (20). In both circumstances the mice and heifers developed signs faster (10 sec and 3 d, respectively), and also returned to normal more rapidly (24 h and 7 d, respectively), than the animals with PRGS.

Our microscopic observations showed that most of the A lolii hyphae were in the leaf sheaths, with very few hyphae in stems and leaves. This is consistent with the observation that PRGS is generally associated with grazing the base of plants in PRG pastures (7).

Although PRGS are currently considered produced by the lolitrems, it must be noted that paxilline (PX), a tremorgen from P paxilli, co-occurs with lolitrem B in infected PRG and that A lolii in culture produces much larger amounts of PX than of lolitrem B (29). There is also evidence indicating that PX is a biosynthetic precursor of lolitrem B (24), which suggests that probably PX is also involved in the PRGS, but with lolitrem B having a more prolonged and intense action.

Since PRG is broadly used in mixed pastures in Argentina, the finding of a case of PRGS could be alarming. Despite this, it must be

noted that the conditions of poisoning in our case were particular and of infrequent occurrence in the Pampean farms, where PRG is used as an important but not unique component of the local pastures (it is mixed with fescue, white clover and Bromus spp). It is possible that in certain circumstances some degree of poisoning might be permanently occurring without being noticed, since the effects are slight if PRG ingestion is moderated and the mortality could be nil. However, contaminated seed is already on the Argentinian market and it could favor the spreading of a disease which has never before been a problem in local cattle production activities.

The oral administration of $MgSO_4$ + KCl can rapidly alleviate the signs of PRGS (23). Prochloraz completely controls the endophyte in seeds; propiconazole exerts high but not total control, but there is some phytotoxicity (17). Considering the beneficial effects of the endophyte in protecting the PRG against insect attack (9), the best approach to preventing this disease currently is through animal management that avoids grazing short predominantly PRG pastures during the summer and early autumn by waiting until fall rains produce abundant and less toxic pasture growth (10). It seems advisable to have alternative pastures available to move PRG-grazing cattle to as soon as the first adverse effects are seen. Differential diagnosis with Phalaris staggers and Paspalum staggers is also required to assure a definitive response.

## ACKNOWLEDGMENTS

We are grateful to Dr S Cseh for the biochemical analysis, to assistants Ms Marina Dosantos and Ms Maria Salomon for their cooperation in the chemical analyses and mouse bioassays, and to Ms Susana Godoy for typing work.

## REFERENCES

1. Aasen A, Culvenor C, Finnie E, et al: Alkaloids as a possible cause of ryegrass staggers in grazing livestock. Aust J Agr Res 20: 71-86, 1969.
2. Breen J: Temperature and seasonal effects on expression of Acremonium endophyte-enhanced resistence to Schizaphis graminum (Homoptera:Aphididae). Environ Entomol 21: 68-74, 1992.
3. Cunningham I: Non-toxicity to animals of ryegrass endophyte and other endophytic fungi of New Zealand grasses. NZJ Agr Res 1: 489-497, 1958.
4. Cunningham I, Hartley W: Ryegrass staggers. NZ Vet J 7: 1-7, 1959.
5. Day J, Mantle P: Tremorgenic forage and ryegrass staggers. Vet Record 106: 463-464, 1980.
6. Di Menna M, Mantle P: The role of penicillia in ryegrass staggers. Res Vet Sci 24: 347-351, 1978.
7. Fletcher L, Harvey I: An association of a Lolium endophyte with ryegrass staggers. NZ Vet J 29: 185-186, 1981.
8. Fletcher L, Piper E: Some factors besides Acremonium lolii which influence ryegrass staggers in grazing stock. Proceedings Intl Symposium on Acremonium/grass interactions. In Quisenberry S, Joost R Eds: Louisiana Agr Exp Sta, Baton Rouge, Louisiana: 216-220, 1990.
9. Funk C, Halinsky P, Johnson M, et al: An endophytic fungus and resistence to sod webworms: association in Lolium perenne. L Bio/Techn 1: 189-191, 1983.
10. Galey F, Tracy M, Craigmill A, et al: Staggers induced by consumption of perennial ryegrass in cattle and sheep from northern California: JAVMA 199: 466-470, 1991.
11. Gallagher R, Keogh R, Latch G, et al: The role of fungal tremorgens in ryegrass staggers. NZJ Agr Res 20: 431-440, 1977.
12. Gallagher R, White I, Mortimer P: Ryegrass staggers: isolation of potent neurotoxins lolitrem A and lolitrem B from staggers-producting pastures. NZ Vet J 29: 189-190, 1981.
13. Gallagher R, Campbell A, Hawkes A, et al: Ryegrass staggers: the presence of lolitrem neurotoxins in perennial ryegrass seed. NZ Vet J 30: 183-184, 1982.
14. Gallagher R, Smith G, di Menna M, et al: Some observations on neurotoxin production in perennial ryegrass. NZ Vet J 30: 203-204, 1982.
15. Gallagher R, Hawkes A, Steyn P, et al: Tremorgenic neurotoxins from perennial ryegrass causing ryegrass staggers disorder of livestock: structure elucidation of lolitrem B. J Chem Soc Chem Commun Com 59: 613-616, 1984.
16. Gallagher R, Hawkes A: Estimation of neurotoxin levels in perennial ryegrass by mouse bioassay. NZJ Agr Res 28: 427-431, 1985.
17. Harvey I, Fletcher L, Emms L: Effects of several fungicides on the lolium endophyte in ryegrass plants, seeds, and in culture. NZJ Agr Res 25: 601-606, 1982.
18. Keogh R: Induction and prevention of ryegrass staggers in grazing sheep. NZJ Exptl Agr 1: 55-57, 1973.
19. Latch G, Falloon R, Christensen M: Fungi and ryegrass staggers. NZJ Agr Res 19: 233-242, 1976.
20. Lopez T, Odriozola E, Mutti G: Efectos toxicos de Paspalum dilatatum (pasto miel) contaminado con Claviceps paspali, en bovinos. Vet Arg 3: 863-870, 1986.
21. Mackinstosh C, Orr M, Gallagher R, et al: Ryegrass staggers in Canadian wapiti deer. NZ Vet J 30: 106-107, 1982.
22. Mason R: Axis cylinder degeneration associated with ryegrass staggers in sheep and cattle. Aust Vet J 44: 428, 1968.
23. McColl P, Orchard V: A simple treatment for "rye-grass staggers"? NZ Vet J 29: 84, 1981.
24. Miles C, Wilkins A, Gallagher R, et al: Synthesis and tremorgenicity of paxitriols and lolitriol: possible biosynthetic precursors of lolitrem B. J Agr Food Chem 40: 234-238, 1992.
25. Mortimer P, White E: Rye grass staggers. Comparison of tremorgenic effects. NZ Min of Agr and Fisheries. Agric Res Div Annual Report 1979/80: 93, 1978.
26. Munday B, Mason R: Lesions in ryegrass staggers in sheep. Aust Vet J 43: 598-599, 1967.
27. Neill J: The endophyte of ryegrass (Lolium perenne). NZJ Sci Technol A 21: 280-291, 1940.
28. Shreeve B, Patterson D, Robberts B, et al: The occurrence of soil-borne tremorgenic fungi in England and Wales. Vet Record 104: 509, 1979.
29. Weedon C, Mantle P: Paxilline biosynthesis by Acremonium loliae; a step towards defining the origin of lolitrem neurotoxins. Phytochem 26: 969-971, 1987.
30. White E, Smith G, di Menna M, et al: Absorption and translocation of Penicillium by ryegrass plants. NZ Vet J 28: 123-124, 1980.