*Research communication — Navorsingsberig*

# A tremorgenic mycotoxicosis in cattle caused by *Paspalum distichum* (L.) infected by *Claviceps paspali*

C J Botha[a], T S Kellerman[a,b] and N Fourie[c]

**ABSTRACT**

This is the first reported outbreak of paspalum staggers in cattle following ingestion of *Paspalum distichum* (L.) infected by *Claviceps paspali* in South Africa. A day after starting to graze on an ergotised paspalum field, 43 animals exhibited various degrees of generalised tremors and ataxia. Four animals became paretic and went into sternal recumbency. All affected animals recovered. The condition was reproduced by feeding ergotised grass to a calf. Signs of intoxication were observed 48 h after ingestion of *c.* 30 g/kg of the semi-dry plant material. The calf developed tremors and a slight ataxia, which became more pronounced following light exercise.

**Key words:** cattle, *Claviceps paspali*, mycotoxicosis, *Paspalum distichum*, tremorgenic.

Botha C J, Kellerman T S, Fourie N **A tremorgenic mycotoxicosis in cattle caused by *Paspalum distichum* (L.) infected by *Claviceps paspali*.** *Journal of the South African Veterinary Association* (1996) 67(1): 36–37 (En.). Department of Pharmacology and Toxicology, Faculty of Veterinary Science, University of Pretoria, Private Bag X04, Onderstepoort, 0110 South Africa.

## INTRODUCTION

*Claviceps paspali* colonises the unfertilised ovaries of various *Paspalum* species, which it replaces with masses of fungal tissue referred to as sclerotia or ergots[2,8]. The fungus most commonly parasitises *Paspalum dilatatum* (dallis grass), although it may also infect *P. notatum* (bahia grass) and *P. distichum* (couch paspalum). Ingestion of sclerotia of *C. paspali* can lead to a tremorgenic syndrome known as paspalum staggers. Cattle are more susceptible to the condition than sheep[3,8,10].

Clinical signs include tremors, ataxia, hyperreactivity, falling, prostration and paresis/paralysis. At rest certain animals might appear to be normal, but tremors and ataxia may become evident upon exercise. Affected animals retain their appetite and usually recover spontaneously. No specific pathological lesions have been reported in paspalum staggers[3,10].

The ergotised seedheads are regarded as highly toxic. A steer developed clinical signs one day after being dosed with 2 g/kg infected seeds[3] and severe clinical signs were evident in cattle following the administration of 1 g/kg sclerotial bodies daily for 4 days[8].

Various fungi synthesise secondary metabolites capable of inducing tremors in animals. These fungal tremorgens are classified into 4 groups: a large, unique group of structurally related indole-containing compounds, a fumitremorgen-verruculogen group, a territrem group and a tryptoquivaline group[14]. The tremorgenic mycotoxins of the first group all contain a nitrogen atom in an indole-diterpenoid nucleus and are derived from tryptophan and geranylgeraniol[4,9]. These include paspalitrem A and B and paspalinine produced by *C. paspali*; lolitrem B by the perennial ryegrass endophyte, *Acremonium loliae*; aflatrem by *Aspergillus flavus*; paxilline by *Penicillium paxilli*; penitrems by various *Penicillium* species and janthitrems by *Penicillium janthinellum*[14]. The tremorgenic mycotoxins are primarily produced during the sclerotial stage of *C. paspali* and although ergot alkaloids may also be present, they do not contribute to neurotoxicity[8].

The exact mechanism of action of the tremorgenic mycotoxins is obscure. Recently it has been shown that 4 fungal tremorgens (paspalinine, aflatrem, paxilline and verruculogen) inhibit the function of the GABA-receptor by binding at or near the receptor's chloride channel, thus preventing chloride influx[4]. Selala *et al.*[11] demonstrated that paxilline, penitrem B and verruculogen enhance the release of acetylcholine in an *in vitro* model of an electrically stimulated guinea-pig ileum. Mantle[7] reported enhanced unstimulated release of 2 excitatory amino acid neurotransmitters, aspartic and glutamic acid, from cerebrocortical synaptosomes of sheep suffering from severe ryegrass staggers.

## NATURAL OUTBREAK

Recently an outbreak of a tremorgenic syndrome in cattle was investigated on the highveld of the Mpumalanga Province, South Africa. The outbreak, involving both male and female animals, occurred in early winter in a mixed dairy herd (Jersey, Friesland, Ayrshire and their crosses) grazing on a maize land from which the stover had been removed. A day after introducing 121 cattle (3 bulls, 76 cows and 42 heifers) onto the field, 43 animals developed nervous signs. They were immediately removed from the camp. Some of the affected lactating cows were fed a small amount of sorghum beer residue ('maroek'); however, bulls, dry cows and heifers that did not receive the residue also exhibited signs of toxicity.

Clinical signs included generalised body tremors, ataxia (swaying of the hind quarters and stilted gait), head nodding, forward/backwards rocking motions, falling and paresis. Four animals were sternally recumbent. When 2 of the recumbent cows were prodded and assisted to stand, they took a few steps and fell. According to the owner 1 cow was down for 9 days. A severe drop in milk production was recorded. None of the cattle died.

Inspection of the stubble maize field revealed a low-growing ergotised grass (Fig. 1). The grass was subsequently identified as *Paspalum distichum* (L.) (couch paspalum, kweekpaspalum) by the National Botanical Institute, Pretoria. The fungus was identified on the morphology of the sclerotia as *Claviceps paspali* by the Plant Protection Research Institute, Pretoria.

## EXPERIMENTAL CONFIRMATION

A 83.9 kg heifer calf from the Onderstepoort Veterinary Institute's Bonsmara

[a]Department of Pharmacology and Toxicology, Faculty of Veterinary Science, University of Pretoria, Private Bag X04, Onderstepoort, 0110 South Africa.

[b]Toxicology Section, Onderstepoort Veterinary Institute, Private Bag X05, Onderstepoort, 0110 South Africa.

Received: October 1995. Accepted: January 1996.

EXHIBIT 20

tabbles'

--)

enhance
n *in vitro*
mulated
orted en-
2 excita-
mitters,
cerebro-
suffering

norgenic
gated on
ga Prov-
, involv-
animals,
ted dairy
and their
nd from
moved. A
bulls, 76
field, 43
ns. They
rom the
ing cows
um beer
ills, dry
ceive the
icity.
ied body
nd quar-
ing, for-
s, falling
sternally
cumbent
to stand,
cording
r 9 days.
ion was

field re-
rass (Fig.
lentified
ch pas-
National
fungus
y of the
he Plant
toria.

ON
nderste-
nsmara



Fig. 1: ***Claviceps paspali*** **sclerotia (arrows) on seedheads of** ***Paspalum distichum*** **(L.).**

herd was housed in a pen with a concrete floor and allowed to adapt for a week. On the day before commencement of the trial, the calf was clinically examined and bled for determination of serum aspartate transaminase (AST) and gammaglutamyl transferase (GGT) activities. The chemical pathology parameters were within normal limits and the calf was considered to be clinically healthy. At the start of the trial (Day 0) 3 kg of the ergotised grass was offered as the only feed to the calf. Although little of the grass was eaten, signs of intoxication were noticed on D 2, 48 h after commencement of feeding. These consisted of generalised tremors and slight ataxia; the calf walked with a high-stepping gait and the clinical signs became more pronounced after moderate exercise. The infected paspalum grass was removed on D 3 and replaced with a good-quality lucerne hay. The tremors persisted until D 4, whereafter they appeared only following exercise. On D 8 the calf had recovered completely and no further tremors could be elicited with exercise. The calf only consumed 2512 g (approximately 30 g/kg) of the semi-dry ergotised grass.

## DISCUSSION

As far as can be ascertained this is the first reported outbreak of paspalum staggers in cattle in South Africa where only *P. distichum* was involved. The diagnosis was confirmed by successful reproduction of an identical tremorgenic syndrome in a calf fed ergotised grass from the toxic field. Good rains had fallen during the previous season and climatic conditions probably favoured the growth of *C. paspali*. The plant material was considered highly toxic since 43 animals on the farm were affected within 24 h. In the case of the experimental calf, only c. 30 g/kg of the semi-dry grass was ingested before muscle tremors and ataxia developed.

A number of tremorgenic syndromes in cattle have been described in South Africa. The clinical manifestations of paspalum staggers, perennial ryegrass staggers, *Cynodon dactylon* (kweek) tremors and *Melica decumbens* (staggers grass, dronkgras) poisoning are very similar or even indistinguishable from each other. The aetiology of the last 2 intoxications is still obscure, although in *M. decumbens* an endophyte is presumably involved. Recently, endophytes, but no lolitrems, have been identified in *M. decumbens* collected from a paddock during a natural incident of poisoning in cattle[6]. A single suspected outbreak of perennial ryegrass staggers in cattle has also been recorded in the Underberg district of KwaZulu-Natal[6].

The nervous signs of paspalum staggers should be differentiated from *Aspergillus clavatus* poisoning. *A. clavatus*, which grows on sorghum beer residue ('maroek') or sprouting maize, causes a highly fatal tremorgenic mycotoxicosis in cattle[5]. Thus the high mortality rate, as well as typical pathological lesions associated with *A. clavatus* poisoning, distinguish it from paspalum staggers.


## ACKNOWLEDGEMENTS

We thank Dr D H Havelaar for referring the case and Mr B P Maartens and Mrs L Labuschagne for technical assistance. Our gratitude is also extended to personnel of the Botanical Research Institute, Pretoria, and to Miss E J van der Linde of the Plant Protection Research Institute, Pretoria, for identification of the grass and fungus, respectively.


## REFERENCES


1. Cole R J, Dorner J W 1986 Role of fungal tremorgens in animal disease. In: Steyn P S, Vleggaar R (eds) *Mycotoxins and phycotoxins. A collection of invited papers presented at the sixth international IUPAC symposium on mycotoxins and phycotoxins.* Elsevier Science Publishers, Amsterdam: 501–511
2. Cole R J, Dorner J W, Lansden J A, Cox R H, Pape C, Cunfer B, Nicholson S S, Bedell D M 1977 Paspalum staggers: isolation and identification of tremorgenic metabolites from sclerotia of *Claviceps paspali*. *Journal of Agricultural Food Chemistry* 25: 1197–1201
3. Ehret W J, Adelaar T F, Kriek N P J 1968 An outbreak of *Claviceps paspali* poisoning (paspalum staggers) in beef cattle. *Journal of the South African Veterinary Medical Association* 39: 100–105
4. Gant D B, Cole R J, Valdes J J, Eldefrawi M E, Eldefrawi A T 1987 Action of tremorgenic mycotoxins on $GABA_A$ receptor. *Life Sciences* 41: 2207–2214
5. Kellerman T S, Coetzer J A W, Naudé T W 1988 *Plant poisonings and mycotoxicoses of livestock in southern Africa* (1st edn). Oxford University Press, Cape Town
6. Kellerman T S, Prozesky L, Schultz R A, Rabie C J 1993 Neuromycotoxicoses of livestock on pastures in South Africa, with special reference to diplodiosis. *New Zealand Veterinary Journal* 41: 212–213
7. Mantle P G 1983 Amino acid neurotransmitter release from cerebrocortical synaptosomes of sheep with severe ryegrass staggers in New Zealand. *Research in Veterinary Science* 34: 373–375
8. Mantle P G, Mortimer P H, White E P 1977 Mycotoxic tremorgens of *Claviceps paspali* and *Penicillium cyclopium*: a comparative study of effects on sheep and cattle in relation to natural staggers syndromes. *Research in Veterinary Science* 24: 49–56
9. Mantle P G, Penn J 1989 A role for paxilline in the biosynthesis of indole-diterpenoid penitrem mycotoxins. *Journal of the Chemical Society. Perkin Transactions* 18: 1539–1540
10. Nicholson S S 1989 Tremorgenic syndromes in livestock. *Veterinary Clinics of North America: Food Animal Practice* 5: 291–300
11. Selala M I, Laekeman G M, Loenders B, Musuku A, Herman A G, Schepens P 1991 In vitro effects of tremorgenic mycotoxins. *Journal of Natural Products* 54: 207–212