THIS MATERI... MAY BE PROTECTED BY U.S. COPYRIGHT LAW. (TITLE 17, U.S. CODE) NO FURTHER TRANSMISSION OF THIS DOCUMENT IS PERMITTED.

penetrating CBG is followed by pithing. However, the question as to whether emboli can reach arterial circulation and be deposited in edible tissues needs further investigation. Further research is required and possibly a review of procedures for the stunning and slaughter of cattle in UK abattoirs.


## ACKNOWLEDGEMENTS

This work was funded by the Ministry of Agriculture, Fisheries and Food (SE 1830). The capture ELISA for syntaxin 1-B was developed as part of an EC-funded shared cost project (CT97-3301).



### References

ANON (1996) Press release 66/96. Meat and Livestock Commission

ANON (1997) Abattoir welfare survey, November. Meat Hygiene Service

BARGER, S. W. & VAN ELDIK, L. J. (1992) S100β stimulates calcium fluxes in glial and neuronal cells. *Journal of Biological Chemistry* 267, 9689-9694

GARLAND, T., BAUER, N. & BAILEY, M. (1996) Brain emboli in the lungs of cattle after stunning. *Lancet* 348, 610

HATFIELD, S. & CHALLA, V. R. (1980) Embolism of cerebral tissue to lungs following gunshot wound to head. *Journal of Trauma* 20, 353-355

IRONSIDE, J. W. (1998) Neuropathological findings in new variant CJD and experimental transmission of BSE. *FEMS Immunology and Medical Microbiology* 21, 92-95

KRAILADSIRI, P., SEGHATCHIAN, J., AMIRAL, J., VISSAC, A. M. & CONTRERAS, M. (1997) Annexin V: a new marker of platelet storage lesion. *Transfusion Science* 18, 223-226

McMILLAN, J. B. (1956) Embolism of cerebral tissue in lungs following severe head injury. *American Journal of Pathology* 32, 405-415

MUNRO, R. (1997) Neural tissue embolism in cattle. *Veterinary Record* 140, 536

SKOGSEID, I. M., NORDBY, H. K., URDAL, P., PAUS, E. & LILLEASS, F. (1992) Increased serum creatine kinase BB and neuron specific enolase following head injury indicates brain damage. *Acta Neurochirurgica* 115, 106-111

TAYLOR, K. C. (1996) Brain emboli in the lungs of cattle. *Lancet* 348, 749

WOOLGAR, J. A., BOUSTEAD, C. M. & WALKER, J. H. (1990) Characterisation of annexins in mammalian brain. *Journal of Neurochemistry* 54, 62-71


# Suspected tremorgenic mycotoxicosis (ryegrass staggers) in alpacas (*Llama pacos*) in the UK

L. A. HOLMES, N. W. FRAME, R. K. FRAME, J. P. DUFF, G. C. LEWIS

RYEGRASS staggers is a condition affecting grazing animals and in particular ruminants (Mackintosh and Orr 1993). The disease is recognised in several areas of the world including Europe, New Zealand and Australia. Cases of toxicosis in Europe have been reviewed by Lewis (1997). The cause is ingestion of the tremorgenic toxins lolitrems, which are produced by the endophytic fungus *Neotyphodium lolii* growing within ryegrass (*Lolium* species) plant tissues. The toxins are particularly concentrated in the lower leaf sheath and seed head of the ryegrass host (Mackintosh and Orr 1993), and increased toxin levels may occur when ryegrass growth is slow or restricted, for example, during dry weather. The endophyte requires grass seed heads or vegetative tiller production for its own propagation, and it has been suggested that toxin is produced as a fungal adaptation to indirectly reduce grazing pressure on the ryegrass, to allow the development of seed heads or tillers. The tremorgenic toxins cause functional changes in nervous tissue and result in tremors, incoordination and, in severe cases, ataxia. These clinical signs are usually reversible; however, prolonged exposure may cause residual tremor and ataxia. Medications have not been shown to affect the clinical outcome but, in most cases, the condition resolves after the animals are removed from the affected pasture.

This report describes an outbreak of suspected ryegrass staggers affecting five alpacas, representing five per cent of a herd grazing ryegrass pasture in Cumbria during the autumn of 1997. The diagnosis was based on the clinical history, the clinical signs, the response to removal from the pasture and the identification of endophyte from pasture ryegrass.

In late September 1997, four alpacas were examined after the owner observed that they were 'shaking.' Two, four-month-old male crias, a four-month-old female cria and a 14-month-old male youngster were affected. The animals were not all in the same group, but they were all homebred and were grazing paddocks with fresh mains supply water and had access to shelters. No other species shared the grazing. There was no supplementary feeding, and the weather had been warm and dry for several weeks before the incident.

General observation revealed that all animals were in good body condition, bright, alert and eating and drinking normally. Head tremor and tremor/swaying of the neck was most obvious at rest, giving a 'snake charming' appearance. Limb coordination appeared normal. No other signs were found on clinical examination, and blood samples were collected from the jugular vein of all four animals. Each animal was treated with vitamin $B_1$, (Vitamin $B_1$; Bimeda) at a dose of 15 mg/kg intramuscularly and the animals were then returned to pasture.

By day 2, the severity of the clinical signs in all four animals had increased, with the three crias having developed body swaying in addition to the other signs, and the 14-month-old animal showing increased head and neck tremors. In addition, one adult female (the mother of one of the three affected crias) had a head tremor. Repeat clinical examinations revealed no other signs. All five animals were treated with vitamin $B_1$ at the same dose as before, and with vitamin E and selenium (Dystosel; Intervet) given intramuscularly at a dose of 3 mg/kg vitamin E and 0·07 mg/kg selenium. The animals were then returned to pasture.

On day 3, the five animals showed no progression of clinical signs and convulsions were not seen. The animals were reexamined and treated with vitamin $B_1$ at the same dose as before. At this stage, ryegrass staggers was considered as a possible diagnosis and the animals were housed and fed hay and concentrates. The blood of six unaffected animals was sampled for comparison.

As a result of these observations, on day 3, the clinical signs were considered to be sufficiently specific to record them on videotape. The videotape was referred to the Royal (Dick) School of Veterinary Studies, Edinburgh, where the signs were considered to be characteristic of ryegrass staggers.

On subsequent days no treatment was administered, and within 48 hours of housing there was a significant clinical improvement. Within four days, all animals appeared clinically normal; the signs did not recur.

A grass sample from pasture grazed by the affected animals was sent for examination for endophytes at the Institute of Grassland and Environmental Research, Okehampton, Devon.

The erythrocyte parameters were within the species reference ranges (Fowler 1989) in both the affected and the unaffected groups. The leucocyte counts varied greatly among the individuals in both groups, but all were within the reference ranges quoted (Fowler 1989).

EXHIBIT 21

*Veterinary Record* (1999) 145, 462-463

L. A. Holmes, BVM&S, MRCVS,
N. W. Frame, BVM&S, CertEP, CertVA, MRCVS,
R. K. Frame, BVM&S, CertBR, MRCVS, The Clinic, Brunswick Square, Penrith, Cumbria CA11 7LP
J. P. Duff, MVB, BSc, MSc, MRCVS, Veterinary Laboratories Agency, Calthwaite, Cumbria CA1 9RR
G. C. Lewis, MIBiol, CBiol, Institute of Grassland and Environmental Research, Okehampton, Devon EX20 2SB