# Tremorgenic mycotoxicosis in four dogs from a single household

Søren R. Boysen, DVM; Elizabeth A. Rozanski, DVM, DACVECC, DACVIM; Daniel L. Chan, DVM; Terri L. Grobe, DVM; Michael J. Fallon, DVM; John E. Rush, DVM, MS, DACVIM, DACVECC


- Penitrem A and roquefortine are tremorgenic mycotoxins that are rarely identified but should be considered as a cause of continual tremors and seizures in dogs, especially if there is exposure to moldy foods.
- A diagnosis of tremorgenic mycotoxicosis can be confirmed by submitting stomach contents for penitrem A and roquefortine analysis.
- Pentobarbital sodium administration is recommended to control tremors associated with mycotoxins.


Six healthy dogs with no prior history of health problems (5 Shih Tzus and 1 Great Pyrenees) were confined to a fenced area under supervision when 4 of the dogs (3 Shih Tzus and the Great Pyrenees) went out of view behind the house for a few minutes. All 6 dogs were reportedly behaving normally when they were brought indoors. Approximately 45 minutes after being outside, 1 of the Shih Tzus vomited a dark colored fluid, and within 2 hours, all 4 dogs developed ataxia and tremors, which progressed to constant muscle contractions and seizure-like activity. A compost pile was present in the back yard. The referring veterinarian initially treated all 4 affected dogs. Dogs were then transferred to the Tufts University Foster Hospital for Small Animals for further care.

The first dog was a 7-year-old sexually intact male Shih Tzu weighing 11 kg (22.2 lb) that was admitted for acute onset of whole-body tremors and seizures. The referring veterinarian treated the dog initially for uncontrolled whole-body tremors, ataxia, inability to walk, and a rectal temperature of 41.1°C (106°F). Initially, treatment consisted of two 5-mg (0.45 mg/kg [0.20 mg/lb]) IV boluses of diazepam 5 minutes apart and a cool water bath. Diazepam was considered ineffective in controlling the tremors, and 100 mg (9 mg/kg [4.5 mg/lb]) of pentobarbital sodium was given IV. The cooling efforts were discontinued when the rectal temperature reached 37.7°C (100°F); the dog was wrapped in warm towels, and lactated Ringer's solution was administered IV.

On admission to the veterinary teaching hospital, the dog was laterally recumbent, had minimal response to stimulation, and had whole-body tremors. The heart rate was 60 beats/min, the rectal temperature was 33.6°C (95.2°F), and the respiratory rate was 18 breaths/min. Results of initial point-of-care testing revealed that the dog had a PCV of 30%, total solids concentration of 4.5 g/dL, BUN concentration of 5 to 15 mg/dL,[a] and a blood glucose concentration of 59 mg/dL. Initial indirect blood pressure as measured by Doppler technique revealed a systolic pressure of 110 mm Hg. The dog was placed on a recirculating warm water blanket, connected to a continuous ECG monitor, and was started on IV administration of lactated Ringer's solution at 25 mL/h (2.3 mL/kg/h [1.1 mL/lb/h]) with 20 mEq KCl/L. The tremors were controlled with 2.5 mg (0.23 mg/kg [0.11 mg/lb]) of diazepam given IV. Twelve hours after admission, the dog was awake, responsive, could maintain a sternal body position, had mild tremors, and was steadily improving. By 36 hours, the tremors had ceased, and the dog was walking normally and eating and drinking well. The dog was considered clinically normal 48 hours after admission and was discharged from the hospital.

The second dog was a 5-year-old male castrated Shih Tzu weighing 9 kg (20 lb). Clinical signs were similar to those described for dog 1. The dog was brought to the referring veterinarian with hyperthermia (rectal temperature, 41.6°C [107°F]) and had seizure-like activity. Treatment consisted of two 5-mg IV boluses of diazepam (0.56 mg/kg [0.25 mg/lb]), a cool water bath, and an IV bolus of 100 mg (11.1 mg/kg [5 mg/lb]) of pentobarbital sodium. The dog was described as sedate with no evidence of seizures or tremors following the pentobarbital sodium administration. An hour after the first dose of pentobarbital sodium, a second dose of 100 mg was administered because of recurrence of tremors. Two hours after admission, a final dose of 2.5 mg (0.28 mg/kg [0.125 mg/lb]) of diazepam was given IV.

On admission to the veterinary teaching hospital, the dog was recumbent with a rectal temperature of 35.4°C (95.7°F), heart rate of 100 beats/min, and respiratory rate of 10 to 30 breaths/min. The dog was assessed as comatose with minimal to no response to noxious stimuli. The peripheral pulses were weak to absent. Laboratory testing revealed a PCV of 50%, total solids concentration of 5.6 g/dL, BUN concentration of 5 to 15 mg/dL, and blood glucose concentration of 65 mg/dL. Pulse oximetry revealed an oxygen saturation ($Spo_2$) of 84 to 87%, and the indirect systolic blood pressure, as measured via a Doppler technique, was 50 mm Hg. Attempts to obtain a blood sample for arterial blood gas measurements were unsuccessful. A bolus of 200 mL (20 mL/kg [9 mL/lb]) lactated Ringer's solution and 50 mL (5 mL/kg [2.3 mL/lb]) hydroxyethyl

From the Department of Clinical Sciences, School of Veterinary Medicine, Tufts University, North Grafton, MA 01536 (Boysen, Rozanski, Chan, Rush) and the Fallon Animal Clinic Inc, 79 Massachusetts Ave, Lunenburg, MA 01462 (Grobe, Fallon).
Address correspondence to Dr. Rozanski.





EXHIBIT
22
tabbies

TABLE 1: Biochemical and haematological results from four affected and six unaffected alpacas

| | Affected alpacas | | Unaffected alpacas | | Sheep | Cattle |
|---|---|---|---|---|---|---|
| | Range | Mean | Range | Mean | Range | Range |
| Magnesium (mmol/litre) | 0·98-1·13 | 1·07 | – | – | 0·07-1·3 | 0·07-1·3 |
| Lead (µmol/litre) | 0·01 | 0·01 | – | – | 0·24-1·2 | 0·24-1·2 |
| GSH-Px (µmol/litre) | 12·5-22·7 | 18·77 | 16·1-48·5 | 28·17 | >50 | >50 |
| Copper (µmol/litre) | 7·7-13·4 | 8·73 | 7·1-10·6 | 8·72 | 9-19 | 9-19 |
| Vitamin $B_{12}$ (pmol/litre) | <74-423 | 180·5 | <74-608 | 289·8 | >221 | >90 |

GSH-Px Glutathione peroxidase

The results of biochemical laboratory examinations are recorded in Table 1. Magnesium and lead serum concentrations appeared normal, whereas plasma selenium (as measured by the glutathione peroxidase assay), serum copper and vitamin $B_{12}$ concentrations were very variable in both groups and generally below the recommended ruminant ranges. Despite a literature search, reliable reference ranges for these minerals in alpacas could not be found.

The pasture sample contained a high proportion of ryegrass. The presence of the endophyte fungus, *N lolii*, was detected by direct microscopy in four of the 10 ryegrass shoots examined. The sample was subsequently analysed by the Ecole Veterinaire de Lyon, France, where a provisional result of 0·7 ppm tremorgenic toxin lolitrem B was found by high performance liquid chromatography analysis. The Institute indicated that they wished to validate the result by retesting, but no further information was received.

The clinical signs were not considered similar to clinical conditions frequently encountered in other domesticated species in this area of the north of England. These included cerebrocortical necrosis, white muscle disease (nutritional myopathy), lead poisoning, hypomagnesaemia, encephalitis and encephalopathies. There was no response to treatment for cerebrocortical necrosis, and biochemistry results did not suggest the involvement of magnesium deficiency or lead poisoning. The lack of progression of signs suggested that bacterial meningoencephalitis (in the absence of antibiotic treatment) and transmissible spongiform encephalopathy were not causes.

Ryegrass staggers was the strongly suspected diagnosis. This was based first on the clinical history, where ryegrass pasture infected with *N lolii* had been grazed following a period of dry weather; and secondly the clinical signs, particularly the deterioration in the animals when on pasture and their subsequent improvement when removed from pasture. The detection of tremorgenic toxin in the grass was an unconfirmed result but suggested the presence of toxin on the pasture.

This incident shared similarities with findings reported from another investigation into head shaking in an individual alpaca (Morgan 1992). A later communication on this undiagnosed but recovered animal, suggested that it might have been a ryegrass staggers case (Mackintosh and Orr 1993). Ryegrass staggers is one of a small number of diseases where diagnosis is still primarily based on clinical history. There are few consistently characteristic laboratory findings, and for these reasons, the approach of Morgan (1992) is an example of a logical diagnostic investigation in this type of disease. The authors would also advocate to clinician colleagues, the value of making an early video recording in difficult cases; in particular, those where nervous clinical signs are observed, the species is unfamiliar or where the clinical presentation is considered unusual. The recording can then be referred to a centre of clinical excellence or to a specialist in the species.

Cases of ryegrass staggers in alpacas have been recorded in New Zealand and Australia (Blood and Radostits 1989) where the disease is well recognised in ruminants. The reported morbidity in ruminants varied from 5 to 75 per cent, and mortality was 0 to 5 per cent (Blood and Radostits 1989). It has been suggested, with respect to the tremorgenic toxin levels found in grass in this case, that ryegrass staggers would not be expected in ruminants until tremorgen levels exceeded 2 ppm. However, it is also suggested that camelids appear to be particularly sensitive to the toxin and that, additionally, there may be variations in individual sensitivity (Fraser and others 1991).

The significance of the mineral levels of selenium, cobalt and copper is uncertain. However, both affected and clinically normal groups had a similar mineral status, so any possible deficiency would not appear to be relevant in this particular disease. No further cases of ryegrass staggers were observed in the rest of the herd, despite it remaining at pasture. Supplementary feeding to the remainder of the animals with good quality bought-in hay and a low level of concentrates had started during the treatment period. This, and rainfall in the intervening period, may have 'diluted' the tremorgenic toxins on the pasture and therefore reduced the quantity ingested.

Control measures for ryegrass staggers range from reducing grazing time on infected pastures to the complete spraying out of pasture and reseeding with ryegrass certified as endophyte free (Mackintosh 1995). Neither was considered necessary here, as recurrence after the rainfall was considered unlikely and early recognition and corrective management by the owner could be relied upon. Old pastures had been permanent on the farm for at least 15 years, although some reseeding had been undertaken in the spring of 1997, by direct drilling into the old pastures with an unknown seed mixture. Affected animals had recently grazed both reseeded and non-reseeded areas.

There is likely to be an association between the dry weather conditions in the autumn of 1997 and the occurrence of clinical disease. In Cumbria, prolonged dry weather in the autumn is an uncommon occurrence; therefore control could be based on awareness of the condition, with prompt action to remove animals from pasture should clinical signs appear under similar, predisposing weather conditions. This approach was considered to be sufficient for control on this farm.

## ACKNOWLEDGEMENTS

The authors would like to thank Dr Sylvie Bony, Ecole Veterinaire de Lyon, France, for the analysis of the ryegrass sample for lolitrems, and Professor I. G. Mayhew, Royal (Dick) School of Veterinary Studies, Edingburgh, for clinical assistance.

### References

BLOOD, D. C. & RADOSTITS, O. M. (1989) Diseases caused by chemical agents-II. In Veterinary Medicine. 7th edn. London, Baillière Tindall. pp 1329-1330

FOWLER, M. (1989) Medicine and Surgery of South American Camelids. Ames, Iowa State University Press

FRASER, C. M., BERGERON, J. A., MAYS, A. & AIELLO, S. E. (1991) Toxicology. In Merck Veterinary Manual. 7th edn. Rahway, Merck & Co. p 1725

LEWIS, G. C. (1997) *Neotyphodium*/Grass Interactions. New York, Plenum Press. pp 377-382

MACKINTOSH, G. C. (1995) Australian Camelid Veterinary Network Newsletter. 4th edn. June 1995

MACKINTOSH, C. & ORR, M. (1993) Ryegrass staggers in alpacas! *Veterinary Record* 132, 120

MORGAN, K. L. (1992) Ataxia and head tremor in an alpaca. *Veterinary Record* 131, 216-217

starch[b] was given IV. The dog was intubated because of hypoventilation, and manual intermittent positive pressure ventilation,[c] with supplemental oxygen, was initiated. Gastric lavage with warm tap water was performed and was followed by administration of 21 g (2.3 g/kg [1.1 g/lb]) of activated charcoal via a stomach tube. Shortly after administration of the activated charcoal, the dog regurgitated and a small amount of activated charcoal was observed in the endotracheal tube. Mechanical ventilation was then initiated with a volume-limited ventilator.[d] The mode of ventilation chosen was synchronous intermittent mandatory ventilation with an initial inspired oxygen content ($FiO_2$) of 100%, oxygen flow of 40 L/min, and set respiratory rate of 20 breaths/min. The dog was treated with 32 mg (3.5 mg/kg [1.6 mg/lb]) of pentobarbital sodium and 100 to 200 mg (11 to 22 mg/kg [5 to 10 mg/lb]) of methocarbamol,[e] IV, every 2 to 4 hours as needed to control tremors and provide adequate sedation for effective ventilation. After 15 hours of intermittent positive pressure ventilation, the tremors ceased, and the dog was able to maintain adequate oxygen saturation (96 to 100%) while breathing room air and was successfully weaned from ventilatory support.

Thoracic radiography was performed after the dog was weaned from the ventilator and revealed a triangle-shaped soft tissue opacity in the right middle lung lobe consistent with aspiration pneumonia. A transtracheal aspiration was obtained for bacterial culture and susceptibility testing, and broad-spectrum antimicrobial treatment was begun (cefazolin, 22 mg/kg, IV, q 8 h; enrofloxacin, 2.5 mg/kg [1.14 mg/lb], IV, q 12 h). The dog was eating and drinking and walking normally by 48 hours after ingestion of the toxin and was discharged from the hospital with instructions to receive enrofloxacin (5 mg/kg, PO, q 12 h) and cephalexin (27.8 mg/kg [12.6 mg/lb], PO, q 8 h) for 2 weeks. Bacterial cultures of the sample obtained by transtracheal aspiration grew a mixed population of *Proteus mirabilis*, *Escherichia coli*, *Enterobacter aerogens*, and Group G *Streptococcus* spp that were sensitive to the antimicrobials the dog was receiving.

The third dog was a 2-year-old sexually intact male Shih Tzu weighing 8.5 kg (18.7 lb), which had similar clinical signs as the first 2 dogs. The dog was brought to the referring veterinarian with severe generalized tremors and a rectal temperature of > 41.6°C. Treatment included an IV bolus of 10 mg (1.2 mg/kg [0.54 mg/lb]) of diazepam, a cool water bath, IV administration of lactated Ringer's solution, and an IV bolus of 200 mg (23.6 mg/kg [10.7 mg/lb]) of pentobarbital sodium. Muscle tremors returned 45 minutes after the pentobarbital sodium injection, and an additional 75 mg (8.8 mg/kg [4.0 mg/lb]) of pentobarbital sodium was given IV.

On admission to the veterinary teaching hospital, the dog had a rectal temperature of 36.1°C (97.1°F), a heart rate of 200 beats/min, and a respiratory rate of 80 breaths/min. The dog was laterally recumbent, unresponsive to noxious stimuli, and was having mild whole-body tremors. The dog was intubated to protect the airway and to facilitate respiratory support. Results of initial point-of-care testing revealed that the dog had a PCV of 33%, total solids concentration of 5.4 g/dL, BUN concentration of 5 to 15 mg/dL, and a blood glucose concentration of 69 mg/dL. The tremors became progressively worse, and 4 hours after admission, 2.5 mg (0.3 mg/kg [0.13 mg/lb]) of diazepam was given IV. When this failed to improve the tremor activity, 300 mg (35.3 mg/kg [16 mg/lb]) of methocarbamol and 32 mg (3.8 mg/kg [1.7 mg/lb]) of pentobarbital sodium were given IV. Over the next 30 minutes, the respiratory rate slowly decreased and the dog became apneic. Manual ventilation was initiated, and 0.9 mg (0.1mg/kg [0.05 mg/lb]) of flumazenil[f] was given IV to reverse the diazepam. Mechanical ventilation by use of the synchronous intermittent mandatory ventilation mode was started with an $FiO_2$ of 100%, flow of 40 L/min, and set respiratory rate of 30 breaths/min. The $SpO_2$ was 96 to 100% (measured with pulse oximetry) on these settings. The stomach was lavaged, and 17 g (2 g/kg [0.91 g/lb]) of activated charcoal was administered via the stomach tube. The dog was maintained on intermittent positive pressure ventilation for 12 hours, during which time the vital signs remained normal. Pentobarbital sodium was administered as needed (2 to 4 mg/kg [0.9 to 1.8 mg/lb], IV) to control excessive tremors. After 12 hours of intermittent positive pressure ventilation, the dog was weaned off the ventilator. The dog was discharged from the hospital 96 hours after admission.

The fourth dog was a 2-year-old castrated male Great Pyrenees weighing 45 kg (100 lb), which was the last of the 4 dogs that had whole-body tremors and seizures. Approximately 80 minutes after being outside, the dog developed a stiff gait and began arching its back. On admission to the referring veterinarian, the dog had severe generalized tremors and had a rectal temperature of > 41.6°C. Treatment included an IV bolus of 15 mg (0.3 mg/kg) of diazepam followed by 388 mg (8.6 mg/kg [3.88 mg/lb]) of pentobarbital sodium. The dog was placed in a cool water bath and started on IV administration of lactated Ringer's solution.

On admission to the veterinary teaching hospital, the dog had a rectal temperature of 34°C (93.3°F), a heart rate of 200 beats/min, and a respiratory rate of 28 breaths/min. The dog was unresponsive to noxious stimuli and had whole-body tremors. A dose of 1,000 mg (22 mg/kg) of methocarbamol was given and repeated in 2 hours when twitching recurred. An IV bolus of 7.5 mg (0.2 mg/kg [0.09 mg/lb]) of diazepam was also given on admission and repeated 1 hour later. At the time of admission, the dog had a PCV of 37%, a total solids concentration of 5.6 g/dL, BUN concentration of 5 to 15 mg/dL, and a blood glucose concentration of 84 mg/dL.

Two hours after admission, 150 mg of pentobarbital sodium was given because of continued tremors. Intravenous administration of lactated Ringer's solution was started at 125 mL/h (2.7 mL/kg/h [1.23 mL/lb/h]) supplemented with 20 mEq KCl/L. Multiple doses of 1,000 to 1,500 mg of methocarbamol (22 to 33 mg/kg [10 to 15 mg/lb]) were given every 2 hours over the first 12 hours to help control tremors and twitching. Twelve hours after admission, the dog had normal

vital signs, an $Sp_{O_2}$ of 96%, and mild tremors. Thirty-six hours after admission, IV administration of lactated Ringer's solution was discontinued as the dog was eating and drinking well. Mild facial twitching was still evident. At 48 hours after admission, the dog was clinically normal and was discharged the following day.

At reexamination 14 days after discharge, all dogs were clinically normal with no evidence of lasting sequelae. Analysis of the gastric contents from dog 2, using thin-layer chromatography,[a] was performed at the Michigan State University Animal Health Diagnostic Laboratory Toxicology Section and yielded positive results for penitrem A and roquefortine C and negative results for bromethalin and strychnine.

Mycotoxins are fungal metabolites that produce undesirable effects. Effects of mycotoxins vary depending on the chemical structure of the toxin, toxin concentration present in foods, and the species affected.[1,2] The most common mycotoxin identified in foods worldwide has been aflatoxins,[3] which are associated with hepatotoxicity in dogs.[4-6] More recently, the existence of mycotoxins causing muscle tremors, ataxia, convulsions and death in dogs has been reported.[7-13,h] The 2 tremorgenic mycotoxins that have been reported to affect dogs are penitrem A and roquefortine, which are both produced by *Penicillium* spp.[7,8,10,13-16,h] Suspected mycotoxicosis has been implicated in dogs after exposure to garbage, moldy dairy foods, moldy walnuts or peanuts, stored grains, moldy bread, moldy blue cheese, and moldy spaghetti.[7,8,10,11,14,15,17,18,h] In many instances, the dogs are left unsupervised and ingestion of the toxin is not witnessed, making the diagnosis difficult and one that is often made on the basis of possible exposure, history, and clinical signs. With early aggressive treatment the prognosis is good, and recovery from neurogenic mycotoxin intoxication is generally complete and without residual signs.[7,8,10,19]

The veterinary literature contains few reports on the signs and management of affected dogs. The first naturally occurring instance of a mycotoxin causing neurotoxic effects in dogs was reported in 1979, and since then, we could identify only 6 additional reports in the veterinary literature.[7-12,14,19,h]

Mycotoxin ingestion may be clinically suspected with an acute onset of tremors in an otherwise healthy dog, particularly in a dog that has had access to garbage. Other differentials such as cerebellar disorders, tremor syndrome of white dogs, hypomyelination, dysmyelination, metabolic disorders, and infections could be considered.[19] However, in dogs of our report, the development of clinical signs simultaneously in 4 dogs provided strong support for a common source of intoxication. Other toxins that might cause similar symptoms include strychnine, metaldehyde, bromethalin rodenticides, lead, hexachlorophene, organophosphates, carbamates, chlorinated hydrocarbons, zinc phosphide, methylated xanthines (caffeine, theophylline, theobromine), pyrethroids, and the insecticide deithyltoluamide.[12,14,19]

The pathophysiologic mechanisms of the tremorgenic effects of penitrem A and roquefortine are not clearly understood. Several mechanisms of action have been proposed, and the mechanism may vary both between toxins and the individual susceptible species. Little is known about the mechanism of action of roquefortine, but there are several reports that have looked at penitrem A in various species. Penitrem A has been shown to induce tremors by acting as an antagonist to production of glycine in the CNS in mice.[10] Glycine is an important neurotransmitter of inhibitory neurons in the vertebrate CNS.[20] Studies in mice have also shown that drugs such as mephenesin or nalorphine, which increase glycine concentrations, halt tremors caused by penitrem A.[10] Others suggest that the toxin acts centrally by inhibition of inhibitory interneurons or by influencing presynaptic amino acid neurotransmitter release mechanisms.[10,21] In rats, penitrem A can cause foci of necrosis in the cerebellum.[22] The toxic dose has not been determined but is known to vary among species.[10] It has also been suggested that mycotoxins may act synergistically,[15,23] and the presence of both penitrem A and roquefortine may have resulted in a more severe clinical course seen in some of the dogs of our report.

The onset of clinical signs has been described as occurring within 2 to 3 hours of ingestion, and the duration of illness has been reported to last from hours to days.[10,16] Onset of clinical signs was seen within 2 hours of suspected moldy compost ingestion in all 4 dogs of our report. The severity of the symptoms varied among dogs. The mildest symptoms and shortest duration of illness were seen in the dog that vomited. Vomiting is associated with mycotoxin ingestion,[18] being reported for 13 of 25 suspected mycotoxin ingestions reported to the National Animal Poison Control Center between 1998 and 2000.[15] The mechanism by which neurogenic mycotoxins stimulate vomiting has not been described and may reflect the presence of other vomitogenic materials in compost. The removal of the toxin from the gastrointestinal tract through emesis in dog 1 likely explains the milder clinical course, compared with the other dogs of our report. The other dog with a milder form of the disease and shorter duration of treatment was the Great Pyrenees. We speculate this dog may not have ingested as much moldy compost (on a mg/kg basis) or that the area of the compost ingested may have contained lower concentrations of the toxins. The toxic effects of mycotoxins are reported to vary, depending on the type and concentration of toxin ingested.[8-11] Toxins ingested in low quantities may cause fine muscle tremors, whereas larger exposure may result in severe tremors progressing to seizures and death.[11] The 2 dogs of our report that received ventilatory support may have ingested a higher concentration of toxin or developed problems secondary to treatments initiated to try to control the tremors and subsequent hyperthermia. In both dogs, intermittent pressure ventilation was used to maintain adequate ventilation and was felt to be necessary as a result of the high dose of pentobarbital sodium used to try to control the tremors. Untreated tremors may result in hypoglycemia, dehydration, and recurrent hyperthermia.[19]

Diagnosis of tremorgenic mycotoxin ingestion is suspected on the basis of history and clinical signs and can be confirmed by examining the stomach or intesti-

SMALL ANIMALS

nal contents of animals. Although information on metabolism of penitrem A and roquefortine in dogs is lacking, results of research in sheep and rats indicate that the major route of excretion of penitrem A and roquefortine is through the biliary system.[24,25] In affected dogs where stomach or intestinal contents are unavailable, submission of bile for laboratory examination may prove useful.[12] It has also been suggested that the first stool sample passed following clinical recovery may be helpful in establishing a diagnosis, although this has not been shown experimentally.[12]

The treatment goals following tremorgenic mycotoxin ingestion include minimizing absorption from the gastrointestinal tract, controlling seizures and tremors, and providing supportive care. Diazepam alone may not effectively control severe mycotoxin-induced tremors.[12] In a study by Lowes et al,[12] 3 of 6 dogs had a complete absence of response to IV administration of diazepam when it was given as the primary treatment in dogs with confirmed roquefortine C toxicosis. Diazepam was used as the initial treatment in all 4 dogs of our report, and all 4 dogs were considered to have a poor response to diazepam, requiring additional treatment with pentobarbital sodium. It has been suggested that the failure of mycotoxin-induced neurologic signs to respond to IV administration of diazepam may be of diagnostic significance in differentiation from other neurologic toxins.[12] In instances of metaldehyde and strychnine toxicoses, diazepam is considered an excellent initial treatment,[12] although longer-acting agents such as pentobarbital sodium should be considered as well. Previous reports and results of experimental studies in mice suggest pentobarbital sodium is an effective means of controlling mycotoxin-induced seizures.[7,8,10,13] Methocarbamol (55 to 200 mg/kg [25 to 91 mg/lb], IV) and pentobarbital sodium (3 to 15 mg/kg [1.4 to 6.8 mg/lb], administered to effect) are currently recommended for tremor control.

Additional supportive care including fluids and thermoregulation is also advised. Animals often are admitted with hyperthermia and become hypothermic with treatment. Elevation in body temperature is a common occurrence in dogs that have tremors or seizures where endogenous heat production exceeds the dog's ability to dissipate heat. All 4 dogs of our report had rectal temperatures in excess of 41.1°C (106°F) on admission to the referring veterinarian. When the body temperature exceeds 41.1°C (106°F), active efforts at cooling are justified. If attempted, such efforts should be stopped when the rectal temperature reaches 39.4°C (103°F) to prevent hypothermia, which was seen in all 4 of our dogs on admission to the veterinary teaching hospital. The hypothermia in these dogs was likely a result of active cooling methods and concurrent use of sedatives such as pentobarbital sodium. Such fluctuations in body temperature make continual monitoring necessary.

[a]Azostix, Bayer Corp, Elkhart, Ind.
[b]6% Hetastarch in 0.9% sodium chloride, Abbott Laboratories, North Chicago, Ill.
[c]Ambu resuscitator mark III, Ambu Inc, Linthicum, Md.
[d]Newport breeze E150 ventilator, Newport Medical Instruments Inc, Newport Beach, Calif.
[e]Methacarbamol, Elkins-Sinn Inc, Cherry Hill, NJ.
[f]Flumazenil, Roche Animal Health & Nutrition, Nutley, NJ.
[g]Braselton WE, Johnson M. TLC convulsant screen extended by gas chromatography-mass spectrometry (GC/MS) (abstr), in *Proceedings*. 10th Int Symp Vet Lab Diagn, 2001.
[h]Smith R. Roquefortine in dead dogs (abstr). *Vet Hum Toxicol* 1987; 29:322.

## References


1. Fink-Gremmels J. Mycotoxins: their implications for human and animal health. *Vet Q* 1999;21:115–120.
2. Hollinger K, Ekperigin HE. Mycotoxicosis in food producing animals. *Vet Clin North Am Food Anim Pract* 1999;15:133–165.
3. Jelinek CF, Pohland AE, Wood GE. Worldwide occurrence of mycotoxins in foods and feeds—an update. *J Assoc Off Anal Chem* 1989;72:223–230.
4. Liggett AD, Colvin BM, Beaver RW, et al. Canine aflatoxicosis: a continuing problem. *Vet Hum Toxicol* 1986;28:428–430.
5. Wilson BJ, Teer PA, Barney GH, et al. Relationship of aflatoxin to epizootics of toxic hepatitis among animals in southern United States. *Am J Vet Res* 1967;28:1217–1230.
6. Ketterer PJ, Williams ES, Blaney BJ, et al. Canine aflatoxicosis. *Aust Vet J* 1975;51:355–357.
7. Richard JL, Arp LH. Natural occurrence of the mycotoxin penitrem A in moldy cream cheese. *Mycopathologia* 1979;67:107–109.
8. Arp LH, Richard JL. Intoxication of dogs with the mycotoxin penitrem A. *J Am Vet Med Assoc* 1979;175:565–566.
9. Richard JL, Bacchetti P, Arp LH. Moldy walnut toxicosis in a dog, caused by the mycotoxin penitrem A. *Mycopathologia* 1981;76:55–58.
10. Hocking AD, Holds K, Tobin NF. Intoxication by tremorgenic mycotoxin (penitrem A) in a dog. *Aust Vet J* 1988;65:82–86
11. Puls R, Ladyman E. Roquefortine toxicity in a dog. *Can Vet J* 1988;29:569.
12. Lowes NR, Smith RA, Beck BE. Roquefortine in the stomach contents of dogs suspected of strychnine poisoning in Alberta. *Can Vet J* 1992;33:535–538.
13. Hayes WA, Presley DB, Neville JA. Acute toxicity of penitrem A in dogs. *Toxicol Appl Pharmacol* 1976;35:311–320.
14. Braselton EW, Rumler PC. MS/MS screen for the tremorgenic mycotoxins roquefortine and penitrem A. *J Vet Diagn Invest* 1996;8:515–518.
15. Schell MM. Tremorgenic mycotoxin intoxication. *Vet Med* 2000:283–286.
16. Cole RJ. Tremorgenic mycotoxins. In: Hui YH, Gorham RJ, Murrell KD, et al, eds. *Foodborne disease handbook, volume 2: diseases caused by viruses, parasites and fungi*. New York: Marcel Dekker Inc, 1994;583–595.
17. Ciegler A, Pitt JI. Survey of the genus *Penicillium* for tremorgenic toxin production. *Mycopathol Mycol Appl* 1970;42:1–2.
18. Pitt JI. Penicillium. In: Rodricks JV, Hesseltine CW, Mehlman MA, eds. *Mycotoxins in human and animal health*. Park Forest South, Ill: Pathotox Publishers Inc, 1977;617–630.
19. Wagner SO, Podell M, Fenner WR. Generalized tremors in dogs: 24 cases (1984–1995). *J Am Vet Med Assoc* 1997;211:731–735.
20. Breton P, Bizot JC, Buee J, et al. Brain neurotoxicity of penitrem A: electrophysiological, behavioral and histopathological study. *Toxicon* 1998;36:645–655.
21. Norris PJ, Smith CCT, Belleroche JD, et al. Actions of tremorgenic fungal toxins on neurotransmitter release. *J Neurochem* 1980;34:33–42.
22. Cavanagh JB, Holton JL, Nolan CC, et al. The effects of the tremorgenic mycotoxin penitrem A on the rat cerebellum. *Vet Pathol* 1998;35:53–63.
23. Ciegler A. Fungi that produce mycotoxins: conditions and occurrence. *Mycopathologia* 65:5–11.
24. Laws I, Mantle PG, Smith BL. Excretion and transformation of $^{14}C$ penitrem A mycotoxin in sheep bile. *Res Vet Sci* 1987;43:199–202.
25. Laws I, Mantle PG. Elimination of roquefortine in the rat. *Mycotox Res* 1987;3:3–6.

weeks, and residual fibrosis at the extravasation sites was considered minimal.

Many chemotherapeutic agents cause severe cytotoxic reactions when extravasated during cycles of chemotherapy, resulting in tissue necrosis with ulceration and sloughing of skin during the following weeks. Surgical treatments and skin grafting are often necessary to achieve healing. The sequelae of extravasation may result in discontinuation of chemotherapy or euthanasia of the animal. Hyaluronidase appears to be a safe treatment for the adverse effects of extravasation of various chemotherapeutic agents and may be used effectively to reduce the severity of cutaneous toxicosis.—E. P. Spugnini (*J Am Vet Med Assoc* 2002;221:1437–1440).

### Tremorgenic mycotoxicosis in four dogs from a single household

Mycotoxins are fungal metabolites that induce undesirable effects. The effects of these mycotoxins vary depending on the chemical structure of the toxin and degree of toxicity. Mycotoxins that induce muscle tremors, ataxia, and convulsions are termed tremorgenic mycotoxins. Our report documents the clinical course of 4 dogs from a single household that were simultaneously affected by tremorgenic mycotoxins. Diagnosis of tremorgenic mycotoxicosis was confirmed by stomach content analysis from 1 of the dogs. The mycotoxins identified were penitrem A and roquefortine, which are both produced by *Penicillium* spp. Treatment goals following tremorgenic mycotoxin ingestion include minimizing absorption, controlling tremors and seizures with methocarbamol and pentobarbital sodium administration, and providing supportive care. Two of the affected dogs required ventilatory support. With early aggressive treatment, prognosis is good and recovery is complete without sequelae. It is helpful for the clinician to be familiar with the typical clinical signs at the time of admission, treatment, and clinical course of dogs with tremorgenic mycotoxicosis.—S. R. Boysen et al (*J Am Vet Med Assoc* 2002;221:1441–1444).

### Clinical features and outcome in dogs and cats with obsessive-compulsive disorder: 126 cases (1989–2000)

This study examined diagnosis of obsessive-compulsive disorder (OCD) in 103 dogs and 23 cats of various breeds and included long-term follow-up and social and demographic factors often postulated to be involved in OCD. Most animals developed OCD at the age of social maturity and required long-term treatment to successfully control clinical signs. Certain types of OCD were associated with certain breeds, and OCD affected numerous family members of affected animals. Client compliance with behavior modification protocols and drug treatment was surprisingly good, and most treated dogs and cats improved dramatically. Data support the use of clomipramine, a tricyclic antidepressant, over other similar drugs.—K. L. Overall and A. E. Dunham (*J Am Vet Med Assoc* 2002;63:1445–1452).

### Use of keyhole lung biopsy for diagnosis of interstitial lung diseases in dogs and cats: 13 cases (1998–2001)

Records of 11 dogs and 2 cats examined via keyhole lung biopsy and with histologic evidence of an interstitial lung disease were reviewed. All animals had clinical respiratory signs (most commonly coughing) and abnormal thoracic radiographic findings (most commonly an interstitial pattern). Cytologic findings were nonspecific. Histologic examination revealed interstitial pulmonary fibrosis, bronchiolitis obliterans with organizing pneumonia, or unclassified lesions. Outcome included no response to treatment, euthanasia, partial or complete remission while receiving medication, and cure. Results of ancillary respiratory diagnostic tests can rule out infectious and neoplastic disorders that may mimic interstitial lung diseases; however, their use in the diagnosis of interstitial lung diseases is limited. Results suggest that keyhole lung biopsy is an effective means for obtaining a specimen for histologic diagnosis in dogs and cats with interstitial lung diseases.—C. R. Norris et al (*J Am Vet Med Assoc* 2002;221:1453–1459).

## EQUINE

### Nasal adenocarcinoma with diffuse metastases involving the orbit, cerebrum, and multiple cranial nerves in a horse

A 9-year-old Trakehner gelding was examined because of right exophthalmus. Clinical findings included a lack of menace response in the right eye, reduced direct and consensual right pupillary light reflexes, ventrolateral strabismus of the right eye, mild right-sided facial asymmetry, a head tilt to the left, and increased extensor tone in the right limbs. Findings were suggestive of a multifocal lesion affecting the right forebrain; right optic, oculomotor, and facial nerves; and left vestibulocochlear nerve. Ultrasonographic examination of the right eye revealed a vascular retrobulbar mass. Computed tomographic imaging revealed a mass that filled the nasal cavity and invaded the forebrain. Necropsy revealed an undifferentiated nasal adenocarcinoma affecting the orbit with metastases to the right parotid gland, cranial cervical lymph nodes, fascial planes of the neck, and lungs. No evidence of direct involvement of the right facial and left vestibulocochlear nerves was found, suggesting the possibility of paraneoplastic peripheral neuropathy. J. L. Davis et al (*J Am Vet Med Assoc* 2002;221:1460–1463).