4

THIS MATERIAL MAY BE PROTECTED BY U.S. COPYRIGHT LAW. (TITLE 17, U.S. CODE) NO FURTHER TRANSMISSION OF THIS DOCUMENT IS PERMITTED.

Pharmacology 16: 287–294 (1978)

# Neurobehavioral Studies of Tremorgenic Mycotoxins Verruculogen and Penitrem A

T.J. Sobotka, R.E. Brodie and S.L. Spaid

Division of Toxicology, Food and Drug Administration, Washington, D.C.

**Key Words.** Acetylcholinesterase · Behavior · Conditioned avoidance response · Dopamine · Motor activity · Mycotoxins · Norepinephrine · Penitrem A · Verruculogen

**Abstract.** Verruculogen (V) and penitrem A (PA) represent a group of toxic secondary metabolites of mold contaminants of foodstuffs known as 'tremorgenic mycotoxins', which produce a unique neurotoxic syndrome characterized by sustained tremors, limb weakness, ataxia and convulsions. In the present study the intraperitoneal median tremorgenic dose in mice for V was found to be 0.92 mg/kg and that for PA, 0.19 mg/kg. Behavioral and neurochemical parameters were assessed following acute exposure to varying neurotoxic and subneurotoxic doses of these mycotoxins. Measures of spontaneous motor activity (photoactometer) and exploratory reflex behaviors (open field) were markedly depressed by both V and PA. Notably, at dose levels of V or PA that were not accompanied by any overt signs of neurotoxicity, significant neuromotor depression was still observed. Acquisition of a conditioned avoidance shuttle response was disrupted, but only at a high neurotoxic dose level of V. Neurochemical analyses revealed no clear catecholaminergic or cholinergic involvement in the neurotoxic syndrome of either V or PA.

Numerous mold or fungal contaminants of foodstuffs produce toxic secondary metabolites known as mycotoxins (2, 10). Several mycotoxins, isolated primarily from the *Penicillium* and *Aspergillus* genera, produce a unique neurotoxicity syndrome characterized by sustained tremors and accompanied by other neurological signs such as limb weakness, ataxia and convulsions (4, 14, 15). Representative of such tremorgenic mycotoxins are verruculogen (V) and penitrem A (PA). The chemical structure of V is known and contains an indole nucleus (4). Its molecular formula is $C_{30}H_{37}N_3O_7$. PA with a molecular formula of $C_{37}H_{44}NO_6Cl$ has not yet been structurally defined (15). Most of the toxicological data about these tremorgens has been generally limited to descriptions of overt neurological reactions (3, 4, 11, 12, 17, 18). While some neurochemical and pharmacological data have become available (7, 8, 12), no neurobehavioral data have thus far been reported for any of the known tremorgenic

EXHIBIT 23

mycotoxins. The present report describes some of our initial findings on the neurochemical and behavioral effects of V and PA.

## Materials and Methods

V[1] was isolated from *Penicillium verruculosum*. PA[2] was isolated from *Penicillium cyclopium*. Adult male CF-1 outbred albino mice (Carworth, Wilmington, Mass.), weighing approximately 25–35 g, were used in this study. Animals were housed in groups of 10 mice/cage and were fed food and water *ad libitum*.

V was administered in corn oil, using a dose factor of 0.01 ml/g body weight. PA was given in propylene glycol in a constant volume of 0.1 ml/animal. Control animals received the vehicle alone (corn oil or propylene glycol). Since only limited supplies of V and PA were available at the time of this study and because the reported effective oral dose, at least of V, is considerably higher than the parenteral dose (4), we chose the intraperitoneal route of administration.

A median tremorgenic dose ($TD_{50}$) was determined for each compound by the method of *Bliss* (1). Behavioral assessment of V and PA in this study consisted of dose-response measures of spontaneous motility and exploratory motor activity. V was further tested for effects on cognitive function in a simple conditioned avoidance response task. Neurochemically, V and PA were tested for effects on brain catecholamine levels. V was also tested for anticholinesterase activity in both *in vivo* and *in vitro* systems.

### Behavioral Procedures

*Spontaneous motor activity.* Groups of 6–9 mice were dosed with V at 0 (corn oil), 0.1, 0.2, 0.4, 0.8 or 1.6 mg/kg or with PA at 0 (propylene glycol), 0.05, 0.1 or 0.2 mg/kg. Immediately after dosing, each animal was placed individually in photoactometers (Stoelting Co., Chicago, Ill.). Spontaneous motor activity was then monitored for 3 h.

[1] Supplied by Dr. *Richard Cole*, Department of Agriculture, National Peanut Research Laboratory, Dawson, Ga.

[2] Supplied by Dr. *Benjamin Wilson*, Vanderbilt University, Nashville, Tenn.

*Open-field exploratory activity.* Groups of 5–10 mice received V at doses of 0 (corn oil), 0.2, 0.4, 0.8 or 1.6 mg/kg or PA at doses of 0 (propylene glycol), 0.05, 0.1 or 0.2 mg/kg. 30 min after dosing, each animal was tested once for open-field exploratory activity. Exploration was monitored in a 12 × 20 inch chamber marked off in 3-inch squares. The number of squares crossed and the number of rearings were counted during a 5-min test period.

*Conditioned avoidance response.* 30 min after single i.p. doses of V at 0 (16 mice), 0.8 (8 mice) or 1.6 (6 mice) mg/kg, each subject was tested in a conditioned avoidance learning task. A standard two-compartment shuttle box for mice (Stoelting Co., Chicago, Ill.) was used. Each animal was given a single test session of 100 trials. Each trial consisted of 3 sec of a combined visual and acoustic conditioning stimulus (CS) followed by an additional 3 sec of the CS plus an unconditioned foot-shock stimulus (UCS). An interval of approximately 20 sec separated each trial. The total number of avoidances (response during CS presentation only), escapes (response during presentation of CS and UCS) and no responses was recorded for the session.

### Neurochemical Procedures

*Acetylcholinesterase (AChE): in vivo determination.* 45 min after dosing with 0 (corn oil) or 3.2 mg kg/V (4 mice at each dose), animals were sacrificed. Whole brains were removed and assayed for AChE activity using the colorimetric procedure of *Ellman et al.* (6). Acetylthiocholine was used as substrate.

*AChE: in vitro analysis.* AChE activity was determined by using the procedure of *Ellman et al.* (6). V, suspended in 30% dimethylsulfoxide (DMSO), was added to a diluted mouse brain homogenate at final *in vitro* concentrations of $1 \times 10^{-4}$, $1 \times 10^{-5}$ and $1 \times 10^{-6}$ *M*. A suspension of V in 30% DMSO had to be used, since V is completely soluble only in 100% DMSO; at this latter concentration DMSO substantially inhibits *in vitro* AChE activity.

*Catecholamines.* Whole brain levels of norepinephrine and dopamine were determined 45 min after dosing with V at 0 (corn oil), 1.6 or 3.2 mg/kg. Groups of 5–6 mice were used at each dose. Catechols were extracted with solvent and measured spectrofluorometrically according to *Welch and Welch* (13).

Whole brain catecholamine levels were similarly determined in PA-treated mice 60 min after doses of 0 (propylene glycol), 0.8 or 1.6 mg/kg and 3 h after




Fig. 1. Effects of V on spontaneous motor activity. Adult male CF-1 mice were dosed intraperitoneally with V in corn oil and spontaneous motor activity was determined for 3 h after dosing. The values at each dose and time period were statistically compared to the respective control (corn oil dosed) activity at that time period; points that are significantly different from the control values are circled.




Fig. 2. Effects of PA on spontaneous motor activity. Adult male CF-1 mice were dosed intraperitoneally with PA in propylene glycol and spontaneous motor activity was determined for 3 h after dosing. The values at each dose and time period were statistically compared to the respective control (propylene glycol dosed) activity at that time period; points that are significantly different from control values are circled.

doses of 0 (propylene glycol), 0.05, 0.1 or 0.2 mg/kg. All behavioral and neurochemical data were statistically evaluated using the Student t test.

## Results

### *Neurotoxicity*

The i.p. $TD_{50}$ for V is 0.92 mg/kg (95% confidence limits 0.66–1.18). This is considerably higher than that for PA, 0.19 mg/kg (95% confidence limits 0.14–0.24).

Characteristically, neurotoxic doses of V induced a reaction sequence of hyperresponsiveness to stimuli (eyes closed, ears pinned back and occasional vocalization), general immobility and a whole body tremor best described as an 'intention' tremor, since it generally occurs when the animal moves. Tremors occurred within 30 min following injection and subsided within 4–5 h. At the highest dose of V (3.2 mg/kg), 78% of the mice exhibited intermittent myoclonic seizures; most of these animals progressed to a state of maximum tonic seizure that terminated in death. Neither convulsions nor mortalities occurred at lower doses of V.




Fig. 3. Open-field exploratory behavior of V-treated mice. 30 min after dosing with V, open-field reflex exploratory behaviors (number of squares crossed and number of rearings) were recorded in a 5-min observation period. Each value was statistically compared to the vehicle-dosed (corn oil) control mice. * = Significant difference from control.




Fig. 4. Open-field exploratory behavior of PA-treated mice. 30 min after dosing with PA open-field reflex exploratory behaviors (see figure 3) were recorded in a 5-min observation period. Each value was statistically compared to the vehicle-dosed (propylene glycol) control mice. * = Significant difference from control.

As with V, neurotoxic doses of PA also resulted in hyperreactivity to stimuli and a whole body intention tremor. PA-treated mice exhibited unprovoked tail-rattling but, in the presence of a strange mouse, no aggressive episodes occurred. Unique to PA treatment was the occurrence of periodic immobility progressing almost to the point of catalepsy, except that the animals could be roused by sensory stimuli. This generally occurred prior to the onset of tremor. At the highest dose of PA used (0.8 mg/kg), only 1 animal convulsed and this seizure ended in death.

*Behavioral Effects*

At tremorgenic doses of V (0.8 and 1.6 mg/kg), marked suppression of spontaneous motor activity occurred throughout the 3 h period of observation, beginning within 15 min of dosing (fig. 1). Maximum motor depression occurred within 2 h after dosing. Notably, depression of spontaneous motility was also found at lower doses of V (0.1, 0.2 and 0.4 mg/kg) in the absence of any other overt sign of neurotoxicity. This motor depression reached statistical significance only at the 0.2 and 0.4 mg/kg doses and only after a latency of 2 and 3 h, respectively.

In a similar fashion, PA, at a dose equivalent to its $TD_{50}$ (0.2 mg/kg), induced significant motor depression beginning within 15 min and lasting approximately 2 h after dosing (fig. 2). Maximum motor depression occurred within 1 h after dosing. At lower doses of PA,

Case 4:03-cv-04019-KES Document 219-26 Filed 12/07/04 Page 5 of 10 PageID #: 4088



0.1 mg/kg (a minimum tremorgenic dose) and 0.05 mg/kg (a subtremorgenic dose), spontaneous motility was still significantly depressed, even in the absence of any overt signs of neurotoxicity. Significant motor depression at these latter doses occurred only after latencies of 1 and 2 h, respectively.

Measurements of open-field behavior within 30 min after dosing with either V or PA revealed a marked depression of exploratory activity (fig. 3, 4). As seen in measures of spontaneous motility, even at lower doses of V (0.4 mg/kg) and PA (0.05 mg/kg), which do not induce overt signs of neurotoxicity, neuronal dysfunction is still evidenced by the significant depression of the reflex exploratory behaviors.

Depressed acquisition of a conditioned avoidance response (CAR) was observed 30 min after dosing with V. This behavioral deficit occurred only at the higher neurotoxic dose of V, 1.6 mg/kg, but not at the lower neurotoxic dose of 0.8 mg/kg. The CAR deficit consisted primarily of an increased 'no response' score and a concomitant, but not statistically significant, decrease in 'avoidances'. The 'percent no responses' for the control, 0.8 and 1.6 mg/kg dose groups were 1.6, 2.6 and 12, respectively ($p < 0.05$, different from vehicle control), and the 'percent avoidances' were 18.2, 21.0 and 6.5, respectively.

### *Neurochemistry*

The possible involvement of a cholinergic component in the neurobehavioral toxicity of V was assessed by analysis of brain AChE activity. Mice were given a single toxic dose of V, 3.2 mg/kg. 45 min after dosing, all animals displayed severe neurotoxicity (tremor and convulsions). However, no changes were detected in whole brain AChE activity (table I). *In vitro* analysis confirmed the lack of V-related inhibition of AChE activity at V concentrations up to $1 \times 10^{-4}$ *M*.

Analysis of steady state levels of brain norepinephrine and dopamine levels in similar studies in which mice were exposed to overtly neurotoxic doses of V or of PA revealed no significant changes in these catecholamines (table I).

## Discussion

The qualitative characteristics of the neurotoxic syndrome were similar for both V and PA and occurred essentially as described in the literature (4, 14, 15). Mice become hyperresponsive to stimuli, sluggish and ataxic. They exhibit intention tremors lasting several hours and, at higher doses, intermittent myocolonic seizures progressing to tonic convulsions that usually result in death. In the present study we further found that, unique to PA, the mice showed an exaggerated 'freezing' or cataleptic-like behavior usually associated with the tremorgenic doses. This may be consistent with *Stern*'s (12) report that PA accentuates bulbocapnine-induced catalepsy.

*Cole et al.* (4) in their description of V toxicity reported a $TD_{50}$ of 0.39 mg/kg. This is considerably lower than the $TD_{50}$ of 0.92 mg/kg found in this study. Such a difference may reflect an actual difference in biological potency between our sample of V and that used by *Cole et al.* (4). Alternatively, other variables may be involved such as animal strain differences, sex, nutritional factors or age. The $TD_{50}$ for our sample of PA of 0.19 mg/kg appears to be consistent with effect levels reported in the literature (12, 14, 15).

As would be expected, behavioral abnormalities were evident at the tremorgenic or overtly neurotoxic dose levels. Spontaneous motor

Case 4:03-cv-04019-KES Document 219-26 Filed 12/07/04 Page 6 of 10 PageID #: 4089



activity and exploratory reflex behaviors were severely depressed by both V and PA. A neurotoxic dose of V was also found to depress the acquisition of a simple CAR task. Notably, however, at dose levels of V or PA that were not accompanied by any overt signs of neurotoxicity, the techniques of behavioral assessment (even the relatively simple techniques employed in this study) still revealed the presence of significant depression of spontaneous motility and exploratory reflex behavior, thereby implying that the mycotoxins are still

Table I. Effects of V and PA on mouse brain AChE activity and norepinephrine and dopamine levels

| Dose | Time to sacrifice | AChE activity[1] *in vivo* | AChE activity[1] *in vitro*[3] | Norepinephrine[2] | Dopamine[1] |
|---|---|---|---|---|---|
| *Verruculogen* | | | | | |
| 0 (vehicle) | – | – | 0.1362 ± 0.01 | – | – |
| $1 \times 10^{-4}$ *M* | – | – | 0.1429 ± 0.003 | – | – |
| $1 \times 10^{-5}$ *M* | – | – | 0.1401 ± 0.004 | – | – |
| $1 \times 10^{-6}$ *M* | – | – | 0.1352 ± 0.007 | – | – |
| 0 (corn oil) | 45 min | 0.0698 ± 1.006[4] (4) | – | 397.4 ± 16 (6) | 684.1 ± 61 (6) |
| 1.6 mg/kg | 45 min | – | – | 406.7 ± 25 (6) | 733.0 ± 40 (6) |
| 3.2 mg/kg | 45 min | 0.0626 ± 0.003 (4) | – | 404.0 ± 32 (5) | 743.0 ± 64 (5) |
| *Penitrem A* | | | | | |
| 0 (propylene glycol) | 1 h | – | – | 350 ± 13 (6) | 645 ± 38 (6) |
| 0.8 mg/kg | 1 h | – | – | 351 ± 21 (5) | 693 ± 27 (5) |
| 1.6 mg/kg | 1 h | – | – | 378 ± 28 (5) | 664 ± 31 (5) |
| 0 (propylene glycol) | 3 h | – | – | 325 ± 28 (5) | 729 ± 55 (5) |
| 0.05 mg/kg | 3 h | – | – | 332 ± 24 (5) | 776 ± 56 (5) |
| 0.10 mg/kg | 3 h | – | – | 325 ± 24 (5) | 727 ± 53 (5) |
| 0.20 mg/kg | 3 h | – | – | 361 ± 20 | 769 ± 87 (5) |

[1] Activity represented by rate of acetylthiocholine hydrolysis expressed as change in absorbance units/min ± SEM.
[2] Values are ng/g tissue ± SEM.
[3] Replicate measures.
[4] The number of animals used is given in parentheses.

exerting biological effects. The use of more sensitive neurobehavioral techniques may possibly reveal more subtle effects on complex nervous system functions of even lower doses of these mycotoxins.

Pharmacological and neurochemical studies indicate that V neurotoxicity may be mediated by a loss of central inhibitory γ-aminobutyric acid function (7, 8). Similar studies indicate that PA toxicity may be mediated by a loss of inhibitory glycine function (12). The present study appraised the possible involvement of the cholinergic and/or catecholaminergic systems, since motor dysfunctions, such as tremor, catalepsy and convulsion, have been associated with alterations in these neurotransmitter systems (5, 9). No changes in norepinephrine or dopamine levels were found, however, even at rather high neurotoxic levels of either V or PA. V was also found to have no effect on brain AChE activity. While PA was not tested in this study for effects on cholinesterase, *Wilson* (14) and *Wilson et al.* (16) reported no PA-related effects on cholinesterase activity. It must be stressed that the lack of effect on cholinesterase activity is merely presumptive evidence of no cholinergic system involvement. A more definite conclusion must await determinations of transmitter levels and turnover rates.

In summary, the present study demonstrates that the presence or absence of overt signs of toxicity does not adequately define the limits of effects of tremorgenic mycotoxins on the nervous system. Techniques of functional analysis, such as behavioral tests, revealed that subneurotoxic doses of V and PA still exert significant neuromotor defects in the form of depressed spontaneous motor activity and exploratory reflex behaviors in mice. Finally, neurochemical analysis indicated no clear catecholaminergic or cholinergic involvement in the neurotoxic syndrome of either V or PA.

## References


1 Bliss, C.I.: The statistics of bioassay (Academic Press, New York 1952).

2 Ciegler, A.; Kadis, S., and Ajl, S.J.: Microbial toxins, vol. 6. Fungal toxins (Academic Press, New York 1971).

3 Cole, R.J.; Kirksey, J.W., and Wells, J.M.: A new tremorgenic metabolite from *Penicillium paxilli*. Can. J. Microbiol. *20:* 1159–1162 (1974).

4 Cole, R.J.; Kirksey, J.W.; Moore, J.H.; Blankenship, B.R.; Diener, U.L., and Davis, N.D.: Tremorgenic toxin from *Penicillium verruculosum*. Appl. Microbiol. *24:* 248–256 (1972).

5 Connor, J.: Comparison of the effects of electrical stimulation and iontophoretic dopamine on neurons of the nigroneastriatal pathway; in Ho and McIsaac, Brain chemistry and mental disease, pp. 113–122 (Plenum Press, New York 1971).

6 Ellman, G.L.; Courtney, K.D.; Andres, V., Jr., and Featherstone, R.M.: A new and rapid colorimetric determination of acetylcholinesterase activity. Biochem. Pharmac. *7:* 88–95 (1961).

7 Hotujac, L. and Stern, P.: Pharmacological examination of verruculogen induced tremor. Acta med. iugosl. *28:* 223–229 (1974).

8 Hotujac, L.; Muftić, R.H., and Filipović, N.: Verruculogen, a new substance for decreasing GABA levels in CNS. Pharmacology *14:* 297–300 (1976).

9 Moore, K.: Biochemical correlates of the behavioral effects of drugs; in Rech and Moore, An introduction to psychopharmacology, pp. 130–131 (Raven Press, New York 1971).

10 Newberne, P.M.: Mycotoxins, toxicity, carcinogenicity and the influence of various nutritional conditions. Envir. Hlth Perspect. *9:* 1–32 (1974).

11 Phillips, R.D. and Hayes, A.W.: Effect of penitrem-A on liver and brain constituents in the mouse. Abstr. 15th Annu. Meet., Soc. Toxicology Atlanta 1976, p. 95.

12 Stern, P.: Pharmacological analysis of the tremor induced by cyclopium toxin. Iugosl. Physiol. Pharmacol. Acta *7:* 187–196 (1971).

13 Welch, A.S. and Welch, B.L.: Solvent extraction method for simultaneous determination of norepinephrine, dopamine, serotonin, and 5-hydroxyindoleacetic acid in a single mouse brain. Analyt. Biochem. *30:* 161–179 (1969).

14 Wilson, B.J.: Miscellaneous *Aspergillus* toxins; in Ciegler, Kadis and Ajl, Microbial toxins, vol. 6, chap. 3, pp. 207–295 (Academic Press, New York 1971).
15 Wilson, B.J.: Miscellaneous *Penicillium* toxins; in Ciegler, Kadis and Ajl, Microbial toxins, vol. 6, chap. 8, pp. 459–521 (Academic Press, New York 1971).
16 Wilson, B.J.; Hockman, T., and Dettbarn, W.D.: Effects of a fungus tremorgenic toxin (penitrem A) on transmission in rat phrenic nerve-diaphragm preparations. Brain Res. *40:* 540–544 (1972).
17 Wilson, B.J.; Wilson, C.H., and Hayes, A.W.: Tremorgenic toxin from *Penicillium cyclopium* grown on food materials. Nature, Lond. *220:* 77–78 (1968).
18 Yamazaki, M.; Suzuki, S., and Miyaki, K.: Tremorgenic toxin from *Aspergillus fumigatus* fres. Chem. pharm. Bull., Tokyo *19:* 1739–1740 (1971).

Received: July 16, 1977

Dr. Thomas J. Sobotka, Division of Toxicology, Food and Drug Administration, Washington, DC 20204 (USA)

Request # 12586460

JAN 05, 2004

Email (PDF) To: richard@langermanlaw.com

Richard Langerman,
3216 N. 3rd St. #200
Phoenix, AZ 85012

E-MAIL

DOCLINE: Journal Copy Epayment

| | |
|---|---|
| Title: | Pharmacology. |
| Title Abbrev: | Pharmacology |
| Citation: | 1978;16(5):287-94 |
| Article: | Neurobehavioral studies of tremorgenic mycotoxins |
| Author: | Sobotka TJ; Brodie RE; Spaid SL |
| NLM Unique ID: | 0152016 Verify: PubMed |
| PubMed UI: | 643898 |
| ISSN: | 0031-7012 (Print) 1423-0313 (Electronic) |
| Publisher: | Karger, Basel (Switzerland) : |
| Copyright: | Copyright Compliance Law |
| Authorization: | KT |
| Need By: | N/A |
| Maximum Cost: | **$15.00** |
| Patron Name: | Langerman, Richard |
| Referral Reason: | Other |
| Library Groups: | RLPSR,RESOURCE,CABL,AZHIN,EFTS |
| Phone: | 1.520.626-6840 |
| Fax: | 1.602.230-8180 |
| Comments: | **would like the articles as soon as possible** |
| Routing Reason: | Routed to CAUSOC in Serial Routing - cell 5 |
| Received: | Jan 05, 2004 ( 07:15 PM EST ) |
| Lender: | University of Southern California Norris Medical Library/ Los Angeles/ CA USA (CAUSOC) |

ILL-L
RECD 1/5 1ST JA 1/5 2ND ____
REPLIED ____ TA ____ SENT ____
FEE ____ FAX ____ RUSH ____ TOTAL $ ____
STATS

... copyright law (TITLE 17,U.S. CODE)

If there are problems with this document:

Missing Pages: Pg# ____

Edges Cut Off: Pg# ____

Bad Copy: Pg# ____

Other: ____

Return this page to us via ARIEL or FAX. We will resend the needed pages ASAP.
Thank You!
USC Norris Medical Library Interlibrary Loan
Tel (323) 442-1116 Fax [illegible]