# Clinical studies on tremorgenic mycotoxicoses in sheep

R. H. C. PENNY, FRCVS, PhD, DVSc, *Department of Medicine, Royal Veterinary College, University of London*, B. M. O'SULLIVAN, BVSc, PhD, *Department of Veterinary Medicine, University of Cambridge*, P. G. MANTLE, PhD, DSc, B. I. SHAW, PhD, *Biochemistry Department, Imperial College, University of London, London SW7*

*Veterinary Record* (1979) **105**, 392-393

**The clinical responses of sheep dosed orally over seven to 14 weeks with the dried mycelium of a soil-borne mould containing the tremorgenic mycotoxin penitrem A are described. An initial tremoring response was gradually overshadowed by an incoordination syndrome similar to that seen in ryegrass staggers. In spite of protracted staggers symptomatology, correlated with in vitro changes in the release of neurotransmitter amino acids from corpus striatum nerve ending preparations, no histopathology was evident in the wide range of neural and other tissue studied. The biochemical nature of this reversible mycotoxicosis is discussed.**

INTEREST has been shown in New Zealand and England in recent years concerning the aetiology of ryegrass staggers and the topic has already been extensively reviewed (Gallagher and others 1977, Mantle and others 1978a, b, Shreeve and others 1978). The present communication describes and discusses the results of a protracted experiment using the tremorgenic mould *Penicillium verrucosum* var *cyclopium* containing principally the mycotoxin penitrem A, but also a small amount of the less active penitrem B.

### Experimental procedure

Twelve lambs (Cheviot cross, 52 to 76 lb [23 to 35 kg]) were given a single oral (stomach tube) dose of dried mycelium containing 45 mg penitrems. Three hours later varying degrees of tremoring response were evident, but the severity was not related to body-weight; certain individuals were more sensitive to the tremorgen than others. The six lambs with the most prominent response were chosen for the treated group and the others used as controls. The two groups were reasonably matched on a body-weight basis, though the two heaviest animals were in the control group. Sheep were provided with water and hay freely available. Their subsequent treatment programme ranged from 50 to 101 days (37 to 82 doses) and was designed to maintain a near constant degree of tremoring response of head and body which came short of making feeding difficult or producing recumbency. Consequently, an initial daily dose of 15 mg penitrems was administered to the treated group; controls received water.

The first dose produced fine tremors within 24 hours in one sheep only, notably the heaviest animal. Five were tremoring (one severely) within two days and all had responded within three days. The dosing was maintained for a further six days and thereafter was varied in amount, or occasionally omitted, according to the individual's response.

Within a week of starting dosing, signs of incoordination and apparent interference of postural reflexes when animals were forced to move progressively overshadowed the skin and muscle fasciculations of the primary tremoring response. When the sheep were forced to run, these secondary symptoms became rapidly more severe, progressing to a bounding gait with less and less forward movement. This usually resulted either in sternal recumbency with hind legs extended posteriorly or lateral recumbency often accompanied by varying degrees of clonic spasm. However, if supported in sternal recumbency, animals were able to walk again within at most 10 minutes. Except when handled, sheep fed and drank normally and there was no weight loss over the experimental period.

Treated and control animals were destroyed in pairs, at intervals, to provide corpus striatum for neurochemistry and tissues for histopathology. The brain and cord were immersed in 10 per cent formol saline for seven days and transverse sections were cut from the optic tract (including cortex), thalamus, superior and inferior colliculi, pons (including cerebellum), medulla (two levels) and obex. Transverse and longitudinal sections were taken at spinal cord levels C1, 3, 7, T7, 12; L2, 6. Tissues were embedded in paraffin wax and sections were stained with haematoxylin and eosin. Samples were also taken from heart, liver, spleen, kidney, lungs, adrenals, gastrocnemius and semimembranosus muscles, proximal and distal sciatic nerve, sensory nerve and distal tendon.

No significant abnormalities were detected in the central or peripheral nervous system or in any of the other organs examined. Lesions involving mild individual fibre swellings were seen in some sections of semimembranosus muscle but these were considered to have been due to trauma.

### Discussion

This experiment follows from a six week study in New Zealand in 1976 (P. H. Mortimer and P. G. Mantle, unpublished results) in which groups of six animals were given daily an oral dose of *P cyclopium* mycelium containing 5, 10 or 15 mg penitrems. The 10 mg regime was tolerated without response but the 15 mg group all developed varying degrees of a staggers syndrome, from which they recovered when dosing ceased. It is assumed, therefore, that the similar staggers syndrome produced in the present study, concerning which no histopathology could be detected, was potentially reversible. There was in vitro evidence of increased spontaneous release of the transmitter amino acids aspartate, glutamate and γ-amino butyric acid from corpus striatum synaptosomes but there was no change in the synthesis or release of dopamine in this tissue (Norris and others 1979). The conclusion that penitrem toxicosis is mediated only through a reversible biochemical pathology conforms with the absence of any consistent histopathology in naturally-occuring ryegrass staggers. It provides further published support for the view (Di Menna and others 1976, Mantle and others 1978a, Di Menna and Mantle 1978) that tremorgenic mycotoxins could be involved in the aetiology of certain staggers disorders.

The absence of histopathology, even in chronic penitrem toxicosis with prominent clinical symptoms, is a notable feature of the action of this mycotoxin and supports a general impression that the symptomatology is not painful.

The oral route of administration, while being that by which naturally-occuring tremorgenic moulds might present a hazard to animals, is not obligatory for obtaining tremor symptoms. An almost immediate response was obtained by giving pure tremorgen by the intravenous route, approximately 25 μg penitrem A per kg eliciting severe tremor bordering on convulsions with, notably, vertical and horizontal nystagmus, from all of which animals fully recovered in five to six hours. A more potent tremorgenic mycotoxin, verruculogen (Mantle and others 1978b), gave a similar response at only about 6 μg per kg, 3 μg per kg being sufficient to elicit mild tremor and 12 μg per kg being lethal. Acute tremor could be eliminated by deeply sedating the animal with pentobarbitone sodium (200 mg per ml) intravenously.

EXHIBIT 24 tabbies

Similar evidence for the potency of penitrem A and verruculogen has been given by Gallagher and others (1977) who, even in the range of symptomatology displayed by a group of acutely affected animals dosed intravenously, recognised considerable similarity to the signs of ryegrass staggers.

The present assessment of chronic experimental tremorgenic mycotoxicosis recognises an even closer similarity to ryegrass staggers, particularly in the overshadowing of tremor by incoordination exacerbated by movement. The severity of symptomatology elicited and maintained in this experiment falls within categories 4 and 5 described by Keogh (1973). Tremorgenic moulds are widely distributed in nature and can be found in the faeces of sheep displaying ryegrass staggers (Di Menna and Mantle 1978). Consequently, although a cause and effect relationship is far from proven, a role for tremorgenic mycotoxins in ryegrass staggers is perhaps the best hypothesis currently available.

Norris and others (1979) found a difference between the effects of penitrem A and verruculogen on amino acid neurotransmitter release from rat cerebrocortical synaptosomes. Gallagher and others (1977), on the basis of brief experimental evidence (with which our own trials agree), raised the possibility of synergism between tremorgens. The conclusion that tremorgenic mycotoxicoses, and possibly also ryegrass and, or, other staggers, are due primarily to a reversible biochemical lesion requires further experimental evidence and current studies are concentrating on this aspect. The possibility of synergism at the neurochemical level is an intriguing prospect and, in terms of relating tremorgenic mycotoxicoses to ryegrass staggers, needs to be supported by studies on the soil ecology of tremorgenic moulds.

*Acknowledgements.*—We are grateful to the Wellcome Trust for its support.

REFERENCES

DI MENNA, M. E., MANTLE, P. G. & MORTIMER, P. H. (1976). *New Zealand Veterinary Journal.* 24. 45.

DI MENNA, M. E. & MANTLE, P. G. (1978). *Research in Veterinary Science.* 24. 347.

GALLAGHER, R. T., KEOGH, R. G., LATCH, G. C. M. & REID, C. S. W. (1977). *New Zealand Journal of Agricultural Research.* 20. 431.

KEOGH, R. G. (1973). *New Zealand Journal of Experimental Agriculture.* 1. 55.

MANTLE, P. G., MORTIMER, P. H. & WHITE, E. P. (1978a). *Research in Veterinary Science.* 24. 49.

MANTLE, P. G., DAY, J. B., HAIGH, C. R. & PENNY, R. H. C. (1978b). *Veterinary Record.* 103. 403.

NORRIS, P. J., SMITH, C. C. T., DE BELLEROCHE, J., BRADFORD, H. F., MANTLE, P. G., THOMAS, A. J. & PENNY, R. H. C. (1979). *Journal of Neurochemistry.* (In press).

SHREEVE, B. J., PATTERSON, D. S. P., ROBERTS, B. A., MACDONALD, S. M. & WOOD, E. N. (1978). *Veterinary Record.* 103. 209.

TDC Article

# Pyloric stenosis in the dog

J. PEARSON, BVSc, PhD, FRCVS, *Department of Veterinary Surgery, University of Bristol, Langford House, Langford, Bristol*

*Veterinary Record* (1979) **105**, 393-394

Several conditions are capable of interfering with normal function of the pylorus but the term pyloric stenosis usually implies hypertrophy of the pyloric musculature which may be either congenital or acquired. This particular definition of benign stenosis however is not entirely satisfactory because in some cases the pylorus is not hypertrophied and the dysfunction is presumably due to pylorospasm. It has been suggested that muscular hypertrophy develops as a result of primary spasm and this may be so in animals which develop pyloric dysfunction later in life. However, the presence of gross muscular hypertrophy in puppies only a few weeks of age strongly suggests that it may occur as a primary congenital abnormality. Identical clinical signs may occasionally result from severe fibrosis of the pylorus probably caused by trauma. Benign gastric ulceration may also lead to pyloric fibrosis and interfere with sphincter function. Neoplastic stenosis of the pylorus is almost always due to invasive adenocarcinoma formation although submucosal polyps have also been recorded at this site.

## Clinical signs

The clinical signs of congenital pyloric stenosis usually develop soon after weaning and for this reason the condition is often regarded as an exclusively juvenile disorder. In fact, signs of benign stenosis may be manifested for the first time in animals of any age and in such cases the condition is certainly acquired. The predominant clinical sign is vomiting which varies in frequency from several times each day to once or twice a week. In individual animals there is often a fairly constant interval between eating and vomiting and the vomitus may be easily recognised as part of the previous meal or as food eaten two or three days before. The vomiting is sometimes noticeably projectile in nature but this occurs only in a minority of cases.

In some animals, surprisingly, the vomitus is mainly fluid. In certain breeds, eg, bulldog, which swallow air, the fluid may be frothy in appearance. It is arguable that the vomiting in these animals is due to cardiac incompetence and reflux rather than pyloric stenosis but it is often relieved by procedures which improve gastric drainage.

Other frequent clinical signs, eg, gastric dilatation and loud borborygmi, abdominal discomfort or even pain, and sometimes nausea, are attributable to pyloric occlusion and are relieved completely by vomition. Affected animals are usually ravenously hungry again immediately after vomiting. The effect of frequent vomiting on general bodily condition depends largely on the age of the animal. Adult dogs may maintain a reasonably normal weight but puppies rapidly become thin and stunted and in exceptionally severe cases, dehydration and weakness develop and growth is virtually arrested.

Both acquired and congenital dysfunction may occur in dogs of many breeds but the boxer is probably most often affected with congenital stenosis. A classical case of pyloric stenosis would be a three- or four-month-old, rather puny boxer puppy, underweight, undergrown, but still alert and active despite a history of vomiting several times a day since weaning.

## Diagnosis

In making a diagnosis, consideration of two particular factors is helpful. First, pyloric stenosis is often a juvenile disorder with the onset of vomiting soon after weaning. It is therefore important to exclude oesophageal abnormalities such as megalo-oesophagus, vascular ring and other strictures, and even oesophageal foreign bodies. Regurgitation caused by oesophageal disorders typically occurs during or very soon after eating (although cases of megalo-oesophagus may

This article was prepared under the auspices of the Education, Technical and Development Committee of the British Veterinary Association