nation of
7, 88–95.
1971) Mi-
to nerve

rogeneity
411–413.
ferentially
S Lett 99,

. J. (1974)
synaptic

tic plasma
mentation
hys. Acta

ns charac-
f a distinct
173–183.
linking of
Cell Biol.

lbert N. E.
o simplify
otein sam-

., and Sel-
vity of the
action iso-
chem. 18,

G. (1971)
. Biochim.

ional elec-
7–4021.
multaneous
ochrome c
, Tokyo 67,

position of
marmorata
chem. 90,

1976) Isola-
in synaptic
6, 53–67.
of external-
d undiffer-
ochem. 95,

; vesicles in
ly purified
rain Res. (in

*Journal of Neurochemistry*
34(1):33–42, January. Raven Press, New York
© 1980 International Society for Neurochemistry

0022-3042/80/0101-0033/$02.00/0

# Actions of Tremorgenic Fungal Toxins on Neurotransmitter Release

P. J. Norris, C. C. T. Smith, J. De Belleroche, H. F. Bradford, P. G. Mantle, A. J. Thomas, and R. H. C. Penny

**Abstract:** The neurochemical effects of the tremorgenic mycotoxins Verruculogen and Penitrem A, which produce a neurotoxic syndrome characterised by sustained tremors, were studied using sheep and rat synaptosomes. The toxins were administered *in vivo*, either by chronic feeding (sheep) or intraperitoneal injection 45 min prior to killing (rat), and synaptosomes were subsequently prepared from cerebrocortical and spinal cord/medullary regions of rat, and corpus striatum of sheep. Penitrem A (400 mg mycelium/kg) increased the spontaneous release of endogenous glutamate, GABA (γ-aminobutyric acid), and aspartate by 213%, 455%, and 277%, respectively, from cerebrocortical synaptosomes. Verruculogen (400 mg mycelium/kg) increased the spontaneous release of glutamate and aspartate by 1300% and 1200%, respectively, but not that of GABA from cerebrocortical synaptosomes. The spontaneous release of the transmitter amino acids or other amino acids was not increased by the tremorgens in spinal cord/medullary synaptosomes. Penitrem A pretreatment reduced the veratrine (75 μM) stimulated release of glutamate, aspartate, and GABA from cerebrocortical synaptosomes by 33%, 46%, and 11%, respectively, and the stimulated release of glycine and GABA from spinal cord/medulla synaptosomes by 67% and 32% respectively. Verruculogen pretreatment did not alter the veratrine-induced release of transmitter amino acids from cerebrocortex and spinal cord/medulla synaptosomes. Penitrem A pretreatment increased the spontaneous release of aspartate, glutamate, and GABA by 68%, 62%, and 100%, respectively, from sheep corpus striatum synaptosomes but did not alter the synthesis and release of dopamine in this tissue. Verruculogen was shown to cause a substantial increase (300–400%) in the miniature-end-plate potential (m.e.p.p.) frequency at the locust neuromuscular junction. The response was detectable within 1 min, rose to a maximum within 5–7 min, and declined to the control rate over a similar period. No change in the amplitude of the m.e.p.p.'s was observed. These effects of the tremorgens on transmitter release are interpreted in terms of their mode of action. Key words: Tremor—Neurotransmitter—Amino acid—Mycotoxin.

Over the past decade several indolic mycotoxins, metabolites of both saprophytic and plant parasitic fungi, have been shown to cause tremor, incoordination, and convulsions in laboratory and farm animals (Wyllie and Morehouse, 1977; Cole et al., 1977; Mantle et al., 1977). Some tremorgenic mycotoxins are extremely potent, and the possible involvement of these substances in certain naturally occurring neurological disorders of animals has recently been reviewed (Mantle et al., 1978). Several pharmacological studies on the tremorgens Penitrem A and Verruculogen have been published (Stern, 1971; Wilson et al., 1972; Hotujac and Stern, 1974; Hotujac et al., 1976; Sobotka et al., 1978), and

From the Department of Biochemistry, Imperial College of Science, London SW7 2AZ, and the *Royal Veterinary College Field Station, Potters Bar, Hertfordshire. Address reprint requests to H. F. Bradford.

Received April 17, 1979; revised June 20, 1979; accepted June 28, 1979.

*Abbreviations used:* GABA, γ-Aminobutyric acid; m.e.p.p., Miniature end-plate potential.



EXHIBIT
25
tabbies

the present study describes biochemical changes in neurotransmission in animals affected by these tremorgenic mycotoxins.

## MATERIALS AND METHODS

Female Sprague–Dawley rats (200–250 g) and Cheviot sheep (25–29 kg) of both sexes were used.

### *Isolation and Purification of Toxin*

Tremorgenic isolates of *Penicillium estinogenum* and *Penicillium cyclopium* were grown in surface culture (Mantle et al., 1978; Di Menna and Mantle, 1978) and the respective tremorgenic metabolites, Verruculogen and Penitrem A, were isolated and purified by J. B. Day at Imperial College, using thin-layer chromatography.

### *Administration of Toxin*

Dose–response studies on the clinical effects of tremorgens were made using rats. These involved the intraperitoneal injection of ethanolic solutions [10% (v/v) ethanol in water] of pure toxin (Penitrem A at 0.15–2 mg/kg) or aqueous suspensions of tremorgen-containing mycelium (*Penicillium estinogenum*, 80–800 mg/kg; *Penicillium cyclopium*, 60–600 mg/kg). Controls received the respective vehicle alone.

Studies on the actions of tremorgens on central synapses followed the intraperitoneal injection of rats with aqueous suspensions of tremorgenic mycelium (400 mg/kg). Various regions of the CNS of the rats were removed at 45 min after injection, when clinical effects were at their maximum. Synaptosomes were prepared from these regions as described below.

Three sheep were dosed by stomach tube with aqueous suspensions of *Penicillium cyclopium* mycelium containing Penitrem A, initially daily with 450 mg ($\equiv$15 mg Penitrem A), and then as required to maintain a constant level of general tremoring. The treatment periods were 50, 51, and 52 days, the number of doses 37, 38, and 43, and total Penitrem A 515, 580, and 650 mg, respectively. If excited or made to run the sheep would collapse but speedily recovered. A control for each Penitrem-dosed sheep received water. Both dosed and control sheep were stunned and exsanguinated and their brains and spinal cords were removed within 30 min.

### *Tissue Dissection*

Whole rat cerebral cortex and spinal cord/medulla were removed after exsanguination and exposure of the relevant anatomies. Sheep corpus striatum was removed from animals stunned with a concussion gun and exsanguinated, and carried to the laboratory in ice-cold 0.32 mM-sucrose. The period between death and tissue fractionation was approximately 2 h.

### *Preparation of Synaptosomes*

Synaptosomes (isolated nerve endings) were prepared from the relevant tissues by a modified version of the method of Gray and Whittaker (1962). The method was that described by Bradford *et al.* (1973), with the exceptions that the crude nuclear pellet was resuspended in an equal volume of 0.32 mM-sucrose and resedimented in order to improve the yield of rat spinal cord synaptosomes, the crude mitochondrial fraction was resedimented by centrifugation at 17,000 *g* for only 20 min, and the gradient was centrifuged at 75,000 *g* for 60 min.

### *Incubation Procedure*

**a. Amino acid release**

Pellets of synaptosomal fractions were resuspended in Krebs–phosphate medium of composition (mM): NaCl, 124; KCl, 5; $KH_2PO_4$, 1.2; CaCl, 0.75; $MgSO_4$, 1.3; $Na_2HPO_4$, 20; glucose, 10, and at pH 7.4. Synaptosomal protein concentrations of approximately 4 mg/ml were used in experiments on Verruculogen action, and 1–2 mg protein/ml in those on Penitrem A action. Warburg respirometer vessels or small (5 ml) conical flasks were used, the latter being continuously oxygenated. Incubation was at 37°C for 35 min before addition of veratrine (75 μM final concn.) or incubation medium in the case of controls. Incubation was then continued for a further 10 min.

**b. Amino acid uptake**

Synaptosomes were resuspended as above and incubated at 37°C for 5 min prior to the addition of [U-$^{14}$C]glutamate (final concn. 30 μM at 5 μCi/ml) or [U-$^{14}$C]GABA (final concn. 20 μM at 4.5 μCi/ml) for a further 5 min.

**c. Dopamine release**

Synaptosomes prepared from sheep corpus striatum were incubated in Krebs–phosphate medium of composition as above, but including 1.8 mM-L-ascorbate, 0.54 mM-nialamide, and 10 μM-L[U-$^{14}$C]tyrosine (573 mCi/mmol) for 30 min. Veratrine stimulation was for the last 10 min of incubation where appropriate (final concn. 75 μM). At the end of incubation synaptosomes were sedimented at room temperature in a bench ultracentrifuge, and the tissue extracts and medium supernatants were then analysed separately by the same procedure. The samples were extracted with perchloric acid (final concn. 0.4 M) containing sodium metabisulphate (15 mM), carrier dopamine (0.5 μmol), and internal standards of L[U-$^{14}$C]valine (7.5–12.5 nCi) and norleucine (30–100 nmol). The extracts were then fractionated and analysed by automated cation-exchange chromatography linked to fluorimetric analysis and an "on-line" scintillation counter as described elsewhere (De Belleroche et al., 1976).

### *Tissue Extraction for Amino Acid Analysis and Radiolabel Counting*

Subsequent to incubation, synaptosomes were sedimented from the medium by centrifugation at room temperature in a bench ultracentrifuge. The clear supernatant was poured into an equal volume of trichloroacetic acid [final concentration 5% (w/v)] and recentrifuged to remove any precipitated protein. Synaptosomal pellets

were extracted with 1 ml of trichloroacetic acid [10% (w/v)]. The medium supernatant and the tissue extract were stored at 0–4°C pending analysis.

In the amino acid uptake studies the medium supernatants were discarded, and the tissue extracts were retained for radiolabel counting.

### Amino Acid Analysis

Prior to analysis, amino acids were removed from neutralised trichloroacetic acid extracts by passage through a simple semi-automatic apparatus for the purification of amino acids from extracts of tissues and body fluids (Blanshard et al., 1975). The ammonia eluate was taken to dryness in a Buchler Evapomix (Buchler Instruments, New York) and was dissolved for analysis in small volumes (1–3 ml) of 0.025 M–HCl containing the appropriate concentration of norleucine (5–50 μM) as internal standard. Measurement of the amino acids in 150 μl of prepared sample was made with a Chromaspek J180 with fluorimeter J143 (Rank-Hilger, Margate, Kent, U.K.). Programmed gradient elution was used with an acid buffer (10.5 g citric acid, 11.7 g NaCl, 7 ml Brij 35 (10%), distilled water to 1000 ml). The run time was 75 min. Fluorimetric analysis used orthophthalaldehyde with mercaptoethanol as the fluorogenic agent (800 mg orthophthalaldehyde, 3 ml mercaptoethanol, distilled water to 1000 ml) with a borate buffer (30.5 g $K_2B_4O_7 \cdot 4H_2O$) was added to the reagent stream before the fluorogenic agent. This produced a fluorescence yield for proline of 62% of the norleucine fluorescence with a coefficient of variation at the 1 nmol level of 2.4% compared with 2.1% for glutamic acid. The range for the other amino acids was from 1.2% for isoleucine (lowest) to 3.6% for arginine (highest). Peak areas were calculated "on-line" with a Digico Micro 16V computer using the standard routines supplied by Rank-Hilger.

### Radiolabel Counting

The 1-ml volumes of trichloroacetic acid tissue extract were dissolved in 20 ml of liquid scintillant (toluene, 1 litre; methoxyethanol, 800 ml; 2(4-*tert*-butylphenyl)-5(4-biphenyl)-1,3,4-oxadiazol, 6 g) prior to counting, employing a Packard Tricarb scintillation counter.

### Potassium Determination

Potassium was measured using the supernatants from the trichloroacetic acid-lysed synaptosomal fractions by means of a flame photometer (Evans Electroselenium Ltd., Halstead, Essex) with a potassium filter. Standards were dissolved in 10% trichloroacetic acid containing sodium at twice the concentration of the standard potassium.

### Protein Determination

The protein content of the lysed synaptosomal pellets was determined in triplicate by the method of Lowry et al. (1951) using bovine serum albumin as standard.

### Electrophysiological Measurements

*Extensor tibialis* muscle preparations from *Schistocerca gregaria* were used. The muscles were exposed whilst being left intact in the tibial segment of the hind leg. Preparations were incubated at room temperature in perspex chambers as described by Usherwood and Machili (1968), and in Locust–Ringer of composition (mM): NaCl, 140; KCl, 10; $CaCl_2$, 2; $NaH_2PO_4$, 4; $Na_2HPO_4$, 6, and at pH 6.8. Glass microelectrodes of tip diameter <0.5 μm, filled with 1 M-KCl, were used to penetrate individual muscle fibres. Their d.c. resistance was 10–50 Ω and this was checked during the experiments to monitor tip breakage. The electrode was fitted into a non-polarisable electrode which consisted of AgCl-coated silver wire sealed into a 4-cm length of glass tubing filled with 1% agar in 1 M-KCl. This non-polarisable electrode was connected to one grid of a cathode-follower probe by a short flexible lead. The cathode-follower probe formed the input stage of a d.c. preamplifier whose output was displayed on a cathode ray oscilloscope and simultaneously fed to a pulse counter with a pen-recorder output. The latter had a facility for collecting pulses of different amplitude ranges by selection of the threshold levels. The counter was designed and built by one of us (A.J.T.) to measure the rate of discharge of miniature-end-plate potentials (m.e.p.p.). The output of the preamplifier was also recorded on magnetic tape for later analysis.

Three-barrelled microinjection pipettes were drawn by hand from microelectrode glass fused together before drawing, and were made rigid with rubber sheathing and sealing wax applied between the main stems of the barrels. Tip diameters were approximately 150 μm. The injection pipette was attached to a micromanipulator positioned close to the incubation chamber and each of its barrels was connected by means of polyvinyl chloride tubing to a Hamilton syringe mounted near the chamber. The positions of the microinjection pipette and microelectrode were viewed through a binocular microscope. After selecting and penetrating a muscle fibre with a high and stable membrane potential (50–80 mV) and detecting miniature-end-plate potentials, the addition pipette was moved into position at a standard distance of 2–3 mm from the recording electrode. In practice, this was equivalent to four fibres distance. Small volumes (10 μl) of the solutions to be tested were ejected onto the fibre and their effects on m.e.p.p. discharge rate and on muscle fibre membrane potential (observed on the cathode ray oscilloscope) were recorded. Locust–Ringer was always added first as control and was without effect in the 5–10-μl range. Potassium chloride was then added to test the response of the fibre. Subsequent to the m.e.p.p. rate returning to normal, the effect of absolute alcohol administration (which was used as a carrier for the toxin) was studied.

The maximal concentration of agent at the fibre surface (i.e. the dilution factor) was calculated by constructing a graph of the relationships between $K^+$ concentration (in the addition pipette) and degree of membrane depolarisation observed on ejecting 10 μl onto the fibre. This was then equated with the theoretical degree of depolarisation caused by standard external KCl solutions, to give the required dilution factor. This factor was then applied to Verruculogen solutions to give the maximal concentration

at the muscle fibre. Hence, the barrel concentration of Verruculogen used was 500 μg/ml; the dilution factor indicated that the local concentration of Verruculogen at the muscle fibre was approximately 25 μg/ml.

## RESULTS

### Tremorgenic and Other Effects of the Mycotoxins

Rats

Aqueous suspensions of Verruculogen-containing mycelium (80–800 mg/kg) were administered intraperitoneally to female rats. After 5–30 min, according to dose, the animal became apparently lethargic, but whole-body tremor was evident when the animal was forced to move. Incontinence and diarrhoea followed rapidly, and at the higher doses, dyspnoea was apparent. Tremor subsided within 4–5 h at lower doses (80–500 mg mycelium/kg), but at the higher doses (in excess of 500 mg mycelium/kg), the animals exhibited intermittent bilateral clonic–tonic seizures terminating in death within 2 h. At the lower doses of Verruculogen, however, neither convulsions nor mortalities occurred.

Penitrem A administered in the same fashion at doses of 0.15–2 mg/kg for pure toxin and 80–500 mg/kg for Penitrem A-containing mycelium induced a similar pattern of response to that described above for Verruculogen, whose major features were a hyper-reactivity to stimuli and a whole-body intentional tremor. However, at higher doses of Penitrem A (above 500 mg mycelium/kg) seizures were only occasionally seen, and these rarely resulted in death.

Both agents caused a dramatically uncoordinated gait, and a degree of paralysis was observed in the rear legs of the animals, particularly at higher doses (above 400 mg mycelium/kg).

Sheep

Tremoring was well established in all sheep after three doses, although a variation in the speed of response was seen which was not related to body weight. The first sign was observed in one sheep within hours of dosing as a fine tremor of the head region, but in all sheep this spread to body and legs as dosing continued. When not disturbed, sheep continued to eat readily, and they maintained weight despite severe, whole-body tremoring. However, if handled or exercised they soon became incoordinate and collapsed, either in a convulsion or into sternal recumbency with hind legs outstretched. Their posture frequently resembled that adopted by a ewe with hypocalcaemia. Recovery followed in some 5–10 min. Body temperature did not vary.

### Effects of Tremorgens on Respiratory Rates and Potassium Content of Rat Synaptosomes

Following *in vivo* administration of the mycotoxins, synaptosomes which were prepared from cerebral cortex were incubated in a Krebs–phosphate medium containing 10 mM-glucose. They showed linear rates of respiration over at least 60 min. In the presence of the depolarising concentrations of ver-

**TABLE 1.** *Respiration and potassium content of rat cerebrocortical and spinal/ medullary synaptosomes prepared from animals previously dosed with mycotoxins*

| | Potassium content (μequiv./100 mg protein) | | Respiration (μmol $O_2$/100 mg protein/h) | |
|---|---|---|---|---|
| | Control | Stimulated | Control | Stimulated |
| Untreated | | | | |
| Cerebrocortical | 28 ± 3 | 16 ± 1 | 46.7 ± 4.3 | 121.7 ± 12 |
| Spinal/medulla | 22 ± 1 | 16 ± 1 | nd | nd |
| *P. cyclopium* | | | | |
| Cerebrocortical | 27 ± 3 | 18 ± 2 | 57.7 ± 3.5 | 93.5 ± 10.5 |
| Spinal/medulla | 22 ± 2 | 15 ± | nd | nd |
| *P. estinogenum* | | | | |
| Cerebrocortical | 27 ± 3 | 17 ± 2 | 65 (2) | 126 (2) |
| Spinal/medulla | 22 ± 2 | 16 ± 1 | nd | nd |

Synaptosomes prepared from rats injected intraperitoneally with 400 mg/kg mycelial mycotoxin were incubated in Krebs–phosphate medium containing 10 mM-glucose in Warburg respirometer vessels. Stimulation began at 35 min and lasted 10 min. Veratrine was added to a final concentration of 75 μM where appropriate.

Subsequent to incubation, the synaptosomal pellet, obtained as described under Methods, was extracted with 10% TCA; this extract was analysed for $K^+$ content.

The values presented here were obtained from six or more experiments and represent the mean value ± S.E.M. No determinations were made in those instances labelled nd. The respiration data obtained from synaptosomes prepared from rats dosed with *P. estinogenum* mycelia were from only two experiments.

Case 4:03-cv-04019-KES Document 219-28 Filed 12/07/04 Page 5 of 11 PageID #: 4101



:sulted in
ordinated
ved in the
gher doses

heep after
speed of
d to body
one sheep
f the head
y and legs
ed, sheep
aintained
:emoring.
n became
onvulsion
legs out-
nbled that
Recovery
rature did

y Rates
tosomes

mycotox-
from ce-
phosphate
y showed
nin. In the
ns of ver-




FIG. 1. Effect of *P. cyclopium* (Penitrem A) administered *in vivo* (400 mg/kg) on amino acid release by rat cerebrocortical synaptosomes. Synaptosomes were incubated at 37°C in Krebs–phosphate medium containing 10 mM-glucose for 45 min, the last 10 min of incubation being in the presence of veratrine, to a final concentration of 75 μM, where appropriate. Subsequent to incubation, the synaptosomes were sedimented in a bench ultracentrifuge and the clear supernatant was purified and analysed employing an amino acid analyser as described under Methods. Histobars representing values obtained from untreated rats (U) and dosed rats (D) are the means ± S.E.M. for six or more experiments. The blacked portion of each bar indicates the value obtained for amino acid release to the incubation medium in the absence of veratrine, and the white portion, the value obtained in the presence of the depolarising agent.

These experimental conditions and conventions apply also to Figs. 2, 3, and 4.

veratrine, administered as described under Methods, there was a significant increase in oxygen uptake and in lactate production. The effect of veratrine was to cause an increase (161%) in oxygen taken up in control synaptosomes. The respiratory rates of synaptosomes prepared from animals injected with Penitrem A or Verruculogen were increased by 81% and 94% respectively by veratrine addition.

Potassium loss during veratrine stimulation was extensive, though no significant differences were observed between cerebrocortical synaptosomes prepared from control or tremorgen-treated ani-




FIG. 2. Effect of *P. cyclopium* (Penitrem A) administered *in vivo* (400 mg/kg) on amino acids release by rat spinal cord/medullary synaptosomes.

mals. Similar results were obtained from spinal medullary synaptosomes (Table 1).

### Effects of Tremorgens on Amino Acid Release by Synaptosomes

Penitrem A administered to rats increased the release of endogenous glutamate (213%), GABA (455%), and aspartate (277%) from cerebrocortical synaptosomes subsequently prepared and incubated (Fig. 1), but was without effect on these or other amino acids in spinal cord synaptosomes (Fig. 2). Verruculogen given in an amount designed to elicit a similar degree of tremoring produced (in cerebrocortical synaptosomes) a much larger increase in glutamate (1300%) and aspartate (1200%) release, but was apparently without effect on GABA (Fig. 3). The other nine amino acids measured were not changed by these treatments, and values for alanine, threonine, and serine are included (Figs. 1 and 3) as representative of this group. The effect of Verruculogen administered to rats on amino acid release from spinal/medullary synaptosomes is shown in Fig. 4.

Administration *in vivo* of these two agents also affected the extent of any further release of these amino acids induced by the depolarising agent veratrine (i.e. the depolarisation-induced *signal*). Thus, Penitrem A caused a reduction in the stimulated release signal of putative amino acid transmitters compared with control samples (Fig. 1). The glutamate signal was reduced by 33%, and those of aspartate and GABA by 46% and 11%, respectively, in cerebrocortical synaptosomes. These reductions in the effectiveness of veratrine to release transmitters must be seen in the light of the considerable increases in the background release of these compounds caused by the administration of Penitrem A before the addition of veratrine (Fig. 1).

Somewhat different results were obtained when the amino acid release from spinal medullary synaptosomes was measured. For this preparation, the background levels of amino acid release from synaptosomes prepared from Penitrem A–treated rats was similar to those for synaptosomes prepared from control animals. However, on treatment with veratrine, the stimulus-induced release of glycine and GABA was reduced by 67% and 32% respectively when compared with the signal obtained from control synaptosomes (Fig. 2).

Cerebrocortical synaptosomes prepared from animals injected with Verruculogen were found to produce relatively high background levels of glutamate and aspartate in the incubation medium as compared with those produced by control synaptosomes (Fig. 3). In this case, however, the additional amounts of transmitter amino acids released by veratrine stimulation remained approximately equivalent to those produced by veratrine in synaptosomes from rats not treated with the mycotoxin (Fig. 3).

Figure 4 shows the results obtained from release studies on synaptosomes prepared from the spinal medullary region of rats treated with Verruculogen. It was observed that there was no significant difference between either spontaneous or stimulus-evoked amino acid release by synaptosomes prepared from animals dosed with Verruculogen and those from animals dosed with water.

Synaptosomes prepared from the corpus striatum of sheep dosed orally over a period of several weeks with *Penicillium cyclopium* mycelium (Penitrem A),




**FIG. 3.** Effect of *P. estinogenum* (Verruculogen) administered *in vivo* (400 mg/kg) on amino acid release by rat cerebrocortical synaptosomes. (See caption to Fig. 1 for conditions and meaning of symbols.)

Case 4:03-cv-04019-KES Document 219-28 Filed 12/07/04 Page 7 of 11 PageID #: 4103






FIG. 4. Effect of *P. estinogenum* (Verruculogen) administered *in vivo* (400 mg/kg) on amino acid release by rat spinal cord/medullary synaptosomes.




FIG. 5. Effect of *P. cyclopium* (Penitrem A) administered *in vivo* to sheep, as described under Methods, on amino acid and dopamine release by sheep corpus striatum synaptosomes subsequently prepared. Amino acid release was measured from synaptosomes incubated at 37°C in Krebs–phosphate medium containing 10 mM-glucose for 30 min, the last 10 min of incubation being in the presence of veratrine, to a final concentration of 75 $\mu$M, where appropriate.

Dopamine release was measured from synaptosomes incubated at 37°C in Krebs–phosphate medium containing 10 mM-glucose, 1.8 mM-L-ascorbate, 0.54 mM-nialamide, and 10 $\mu$M-L-[U-$^{14}$C]tyrosine (513 mCi/mmol) for 30 min. the last 10 min of incubation being in the presence of the depolarising agent, to a final concentration of 75 $\mu$M, where appropriate.

At the end of incubation, both experimental groups were sedimented at room temperature in a bench ultracentrifuge, and the clear supernatants were analysed for amino acids or dopamine as appropriate. The amino acid samples were purified and analysed, employing an amino acid analyser as described under Methods. The dopamine samples were extracted with perchloric acid (final concn. 0.4 M) containing sodium metabisulphite (15 mM), carrier dopamine (0.5 $\mu$mol), and internal standards of L-[U-$^{14}$C]valine (7.5–12.5 nCi) and norleucine (30–100 nmol). The extracts were fractionated and analysed as described under Methods.

Histobars representing values obtained from untreated sheep (U) and dosed sheep (D) are the means ± S.E.M. for three sheep in each class. The blacked portion of each bar indicates the value obtained for release to the incubation medium in the absence of veratrine, and the white portion, the value obtained in the presence of the depolarising agent.

when incubated in Krebs–phosphate medium containing 10 mM-glucose, showed (Fig. 5) an increase in the spontaneous release of aspartate (68%), glutamate (62%), and GABA (100%).

Measurement of the total amino acid content of cerebrocortical and spinal cord synaptosomes from treated and untreated rats showed that Penitrem A administered *in vivo* as the mycelium (*P. cyclopium*) did not produce a detectable, significant lowering of the tissue content of these compounds (Table 2). This was in spite of its actions in releasing glutamate and aspartate to the incubation medium (Figs. 1 and 3). However, as the additional amounts of these amino acids released were similar to the S.E.M. values for the mean tissue contents (i.e. about 20%), detecting a significant corresponding decrement in the tissue content would be difficult, particularly if any substantial re-synthesis of the amino acids occurred following their loss to the medium.

The spontaneous and stimulus-induced release of dopamine from synaptosomes of sheep corpus striatum were measured, employing preparations from control and Penitrem A–treated sheep. There was found to be no significant difference in the extent of dopamine release by the synaptosome preparation (Fig. 5).

## Effects of Tremorgens on Amino Acid Uptake by Synaptosomes

The effects of intraperitoneally injected mycelium containing Penitrem A were also examined by measuring the uptake of putative amino acid transmitters by rat cerebrocortical synaptosomes prepared from these animals. There was no significant difference between the uptakes of [U-$^{14}$C] GABA or [U-$^{14}$C] glutamate by synaptosomes from treated and untreated animals.

## Effects of the Tremorgens at Locust Neuromuscular Junctions

The actions of tremorgens on miniature-end-plate potentials (m.e.p.p.'s) were studied using a system which allowed small volumes of the mycotoxin solution to be applied to locust neuromuscular junctions. The locust muscle was chosen as it appears to employ glutamic acid as its neurotransmitter (Usherwood, 1974).

The recording electrode was positioned in the muscle fibre post-synaptic to the junction, and the resting potentials of the fibres, whose responses were to be studied, were selected to be in the range −50 to −80 mV. The resting rate of spontaneous m.e.p.p. production was recorded on a multichannel pulse analyser, which allowed pulses of different amplitudes to be sorted and integrated and their frequency displayed on a multichannel pen-recorder. When Verruculogen (500 μg/ml of absolute ethanol) was applied in 10-μl amounts to the muscle surface, a substantial rise in m.e.p.p. frequency occurred which was detectable within 1 min and rose to a maximum response (300–400% increase in rate) within 5–7 min, before falling to the original control rate over a similar period (Fig. 6). The concentration of the mycotoxin at the muscle surface was likely to be about 25 μg/ml. Subsequent additions produced almost identical responses, and after periods of 12–18 min following the first application of Verruculogen, control rates of spontaneous m.e.p.p. production and transmembrane potentials in the fibre were unchanged, showing that there was no long-term effect of the mycotoxin on these parameters. In addition, the magnitude of the response to Verruculogen at this time was unchanged. Addition of KCl (75–300 mM) in locust–Ringer produced its expected membrane depolarisation in

TABLE 2. *Effect of Penitrem A on intrasynaptosomal amino acid content*

| | Aspartate | Glutamate | Glycine | Threonine | Serine | Alanine | GABA |
|---|---|---|---|---|---|---|---|
| Cerebral cortex | | | | | | | |
| Untreated | | | | | | | |
| Control | 2791 ± 588 | 4143 ± 673 | 962 ± 40 | 159 ± 14 | 471 ± 84 | 617 ± 49 | 1124 ± 146 |
| Stimulated | 1021 ± 159 | 2507 ± 292 | 576 ± 109 | 144 ± 13 | 508 ± 13 | 597 ± 96 | 405 ± 44 |
| Penitrem A | | | | | | | |
| Control | 2640 ± 600 | 4766 ± 1790 | 916 ± 108 | 164 ± 28 | 329 ± 34 | 779 ± 130 | 1343 ± 233 |
| Stimulated | 1135 ± 207 | 2671 ± 408 | 433 ± 72 | 122 ± 12 | 311 ± 59 | 398 ± 72 | 450 ± 77 |
| Spinal/medulla | | | | | | | |
| Untreated | | | | | | | |
| Control | 2638 ± 205 | 2140 ± 231 | 2117 ± 222 | 418 ± 66 | 962 ± 151 | 620 ± 99 | 1514 ± 270 |
| Stimulated | 1869 ± 195 | 1775 ± 165 | 1605 ± 246 | 349 ± 63 | 502 ± 116 | 527 ± 66 | 1033 ± 119 |
| Penitrem A | | | | | | | |
| Control | 2593 ± 299 | 1934 ± 379 | 2719 ± 477 | 316 ± 31 | 639 ± 46 | 589 ± 106 | 1363 ± 253 |
| Stimulated | 1355 ± 180 | 1995 ± 523 | 1895 ± 579 | 283 ± 28 | 702 ± 76 | 549 ± 105 | 1109 ± 280 |

Synaptosomes prepared from rats injected intraperitoneally with 400 mg/kg mycelial mycotoxin were incubated in Krebs–phosphate medium containing 10 mM-glucose for 45 min, the last 10 min in the presence of 75 μM-veratrine where appropriate. Subsequent to incubation, the synaptosomal pellet, obtained as described under Methods, was extracted with 10% TCA and this extract was purified and analysed on an amino acid autoanalyser.

The values presented here were obtained from six or more experiments and represent the mean value ± S.E.M.

Case 4:03-cv-04019-KES Document 219-28 Filed 12/07/04 Page 9 of 11 PageID #: 4105






Fig. 6. The effect of Verruculogen on the rate of discharge of miniature-end-plate potentials measured on Extensor tibialis muscle preparations from *Schistocerca gregaria*. After penetration of a muscle fibre with a high and stable membrane potential (50–80 mV), and detecting miniature-end-plate potentials, the addition pipette was moved into position at a standard distance of 2–3 mm from the recording electrode. Small volumes (10 μl) of absolute ethanol or Verruculogen (500 μg/ml in absolute ethanol) were ejected onto the fibre and their effects on miniature-end-plate potentials were recorded on a pulse counter with a pen recorder output as described under Methods. The figure presented here includes the results from one experiment which was typical of the six experiments performed.
Arrow indicates time of application of ethanol (O——O) or Verruculogen (●——●).

proportion to concentration, and this was accompanied by a reversible rise in m.e.p.p. frequency.

Penitrem A additions were without effect on either membrane potential or m.e.p.p. frequency. Although this mycotoxin was readily soluble in absolute alcohol, it came out of solution when ejected from the addition pipette and probably did not make proper contact with muscle fibre.

## DISCUSSION

No consistent changes could be detected by light microscopy in the structure of neural tissue taken from many brain regions of sheep previously chronically dosed with Penitrem A and showing severe symptoms of tremor over an 8-week period (Penny et al., 1979). As these same sheep were used in the present studies, this suggests that the primary site of action of the tremorgens is at the biochemical level and even over long periods is not reflected at the histological level. Thus, studies at the neurochemical level are most likely to provide a description of the mode of action of these agents.

Previous studies have provided evidence that central amino acid transmitter systems may be affected by the fungal mycotoxins Penitrem A and Verruculogen (Stern, 1971; Hotujac et al., 1974, 1976), and an action on peripheral cholinergic synapses was indicated by the enhancement by Verruculogen of m.e.p.p. frequency and posttetanic potentiation in a phrenic nerve-diaphragm preparation. Mechanisms of action involving central dopaminergic, noradrenergic, or cholinergic transmitter systems seem to be unlikely since both mycotoxins administered at high doses were without influence on the levels of catecholamines and had no effect on acetylcholinesterase activity (Sobotka et al., 1978; Wilson, 1971; Wilson et al., 1972).

The results reported here support a mechanism in which a primary site of action of both Penitrem A and Verruculogen is presynaptic and involves central synapses operated by amino acid transmitters. Since the total contents of amino acid transmitters were unchanged in synaptosomes prepared from tremoring animals, interference with transmitter synthesis seems an unlikely mode of action. Synaptosomes from sheep corpus striatum showed effects of the mycotoxin on amino acid transmitters but none on dopamine synthesis or release, indicating that the mycotoxins show some degree of specificity in their action.

### Penitrem A and Verruculogen: Differences in Their Actions

Although both mycotoxins had an action specifically on amino acid transmitters rather than other amino acids, the qualitative differences in their actions are sufficient to indicate differences in their precise mechanisms of action. Thus, whilst Penitrem A pretreatment increased the release of transmitter amino acids from incubated synaptosomes, it reduced the release due to veratrine. This reduction does not appear to be related to the high background amino acid levels in the incubation medium caused by the mycotoxin, since a similar reduction in the veratrine-induced signal occurred with spinal/medullary synaptosomes, where no such background release was evoked.

Verruculogen, on the other hand, produced high background levels of putative transmitter amino acids from cortical synaptosomes *without* causing a reduction in the signal due to added veratrine. Thus, whilst both agents showed the capacity to cause specific accumulation of transmitter amino acids in the incubation medium, only Penitrem A modified the amplitude of the veratrine-induced signal. As no effect of these two agents on [U-$^{14}$C]glutamate or [U-$^{14}$C]GABA uptake could be demonstrated, it is unlikely that the increases in background levels in the medium are due to inhibition of amino acid transmitter uptake. Instead, a direct enhancement of release is indicated.

### Action at the Neuromuscular Junction

The large and reversible increase in the rate of m.e.p.p. generation at the locust neuromuscular junction treated with Verruculogen strongly implies that this agent increases the output of glutamate at this synapse. The effect was of relatively short time course and was completely reversible. As no displacement of muscle membrane potential was observed, it seem unlikely that the toxin causes enhanced m.e.p.p. frequencies by acting as a depolarising agent, as is the case for KCl additions.

### Relevance for the Neurotoxicity Syndrome

Taken together these results suggest that the mycotoxins act by interfering with amino acid neurotransmitter release mechanisms. There appears to be a direct enhancement of glutamate, aspartate, and GABA release in cortical synaptosomes coupled with a reduction in the stimulus-evoked release by Penitrem A. The measurement of m.e.p.p. frequency provides a "bioassay" of glutamate release, and the increase in the frequency of spontaneous m.e.p.p.'s produced by Verruculogen may be taken as evidence for an enhanced release of transmitter which, with incubated synaptosomes, would lead to the observed high background levels of the compounds in the incubation medium.

Thus, when tremorgenic moulds are ingested in sufficient quantity by sheep in the field, or administered experimentally, the tremorgens would be expected to lead rapidly to anomalous release of both excitatory and inhibitory transmitters at central and peripheral synapses. A subsequent loss of coordination of neural mechanisms controlling muscle action would be the expected result. The relatively nonpolar properties of the mycotoxins would enable them to pass the blood-brain barrier and gain rapid access to many of the synapses present. The pattern of clinical response observed to follow administration to rats and sheep fits in well with such proposed sites of action for these tremorgens.

This reversible biochemical pathology and the absence of histopathology is in accord with the course of certain naturally occurring neurological disorders in sheep and cattle, concerning which evidence for the involvement of tremorgenic mycotoxins has recently been proposed (Mantle et al., 1977; Di Menna and Mantle, 1978; Mantle et al., 1978).

### ACKNOWLEDGMENT

This work was supported by a grant from the Wellcome Trust for interdisciplinary research into veterinary medicine.

We should like to convey our thanks to J. A. Hardy and to J. B. Day for assistance with parts of this project, and to C. Dykes for untiring maintenance of analyser facilities.

### REFERENCES

Blanshard K. C., Bradford H. F., Dodd P. R., and Thomas A. J., (1975) A simple semi-automatic apparatus for the purification of amino acids from extracts of tissues and body fluids. *Anal. Biochem.*, 67, 233–244.

Bradford H. F., Bennett G. W., and Thomas A. J., (1973) Depolarising stimuli and the release of physiologically active amino acids from suspensions of mammalian synaptosomes. *J. Neurochem.* 21, 495–505.

Cole R. J., Dorner J. W., Lansden J. A., Cox R. H., Pape C., Confer B., Nicholson S. S., and Bedell D. M., (1977) Paspalum staggers: Isolation and identification of tremorgenic metabolites from sclerotia of *Claviceps paspali*. *Agricultural and Food Chemistry* 25, 1197–1201.

De Belleroche J., Dykes C. R., and Thomas A. J., (1976) The automated separation of dopamine, its amino acid precursors and metabolites, and the application of the method to the measurement of specific radioactivities of dopamine in striatal synaptosomes. *Anal. Biochem.* 71, 193–203.

Di Menna M. E. and Mantle P. G., (1978) The rôle of *Penicillia* in Ryegrass Staggers. *Res. Vet. Sci.* 24, 347.

Gray E. G. and Whittaker V. P., (1962) The isolation of nerve endings from brain: An electron microscopic study of cell fragments by homogenisation and centrifugation. *J. Anat.* 96, 79–88.

Hotujac L. and Stern P., (1974) Pharmacological examination of Verruculogen induced tremor. *Acta Med., Iugosl.* 28, 223–229.

Hotujac L., Muftic R. H., and Filipovic N., (1976) Verruculogen, a new substance for decreasing GABA levels in CNS. *Pharmacologist* 14, 297–300.

Lowry O. H., Rosebrough N. H., Farr A. L., and Randall R. J. (1951) Protein measurement with the Folin phenol reagent. *J. Biol. Chem.* 193, 265–275.

Mantle P. G., Mortimer P. H., and White E. P. (1977) Mycotoxic tremorgens of *Claviceps pascali* and *Penicillium cyclopium:* A comparative study of effects of sheep and cattle in relation to natural staggers syndromes. *Res. Vet. Sci.* 24, 49–56.

Mantle P. G., Day J. B., Haigh C. R., and Penny R. H. C. (1978) Tremorgenic mycotoxins and incoordination syndromes. *Vet. Rec.* 103, 403.

Penny R. H. C., O'Sullivan B. M., Shaw B. I. and Mantle P. G. (1979) Clinical investigation of tremorgenic mycotoxicoses in sheep. *Vet. Rec. (in press).*

Sobotka T. J., Brodie R. E., and Spaid S. L. (1978) Neurobehavioral studies on tremorgenic mycotoxins verruculogen and Penitrem A. *Pharmacology* 16, 287–294.

Stern P. (1971) Pharmacological analysis of the tremor induced by cyclopium toxin. *Jugoslav. Physiol. Pharmacol. Acta* 7, 187–196.

Usherwood P. N. R. (1974) Nerve-muscle transmission, in *Insect Neurobiology* (Treherne J. E., ed), pp. 245–305. North-Holland, Amsterdam.

Usherwood P. N. R. and Machili P. (1968) Pharmacological properties of excitatory neuromuscular synapses in the locust. *J. Exp. Biol.* 49, 341–361.

Wilson B. J. (1971) Miscellaneous Penicillium toxins, in *Microbial Toxins* (Ciegler A., Kadis S. and Ajl, S. J., eds), vol. 6, pp. 459–521. Academic Press, New York/London.

Wilson B. J., Hockman T., and Dettbarn W. D. (1972) Effects of a fungus tremorgenic toxin (Penitrem A) on transmission in rat phrenic nerve-diaphragm preparations. *Brain Res.* 40, 540–544.

Wyllie T. D. and Morehouse L. G. (1977-8) *Mycotoxic Fungi. Mycotoxins, Mycotoxicoses: An Encyclopaedic Handbook.* vol. 1 and 2. Marcel Dekker, New York.