C. Bridger

NZIE, A. & COOPER, J. E. (197
hology 80, 575-584
S, L. H. & HOWARD, C. J. (1976)
07
L., GALE, C. & KING, N. B. (196
tary Research 24, 287-294
L., GALE, C. & KING, N. B. (196
tary Research 25, 128-134
SINGER, R. C. & WATHKO, L. P.
Veterinary Research 23, 548-553
S, J., & GOURLAY, R. N. (1977)
ce 23, 128-130
AY, R. N. & COLLINS, J. (1978)
tematic Bacteriology 28, 473-477
, R. N., THOMAS, L. H. & STOTT
rinary Science 21, 227-231
I., SATO, K., OMORI, T. &
apanese Journal of Microbiology 16
itish Veterinary Journal 112, 431-432
R, R. E. (1952) Journal of Compara
W. R. (1939) Veterinary Record 51
E. (1950) Journal of Comparative
I. D. A. & THOMSON, R. G. (1969)
rative Medicine 33, 237-243
, RHODES, M. B. & TWIEHAUS
ology 10, 45-64
RE, FISHERIES AND FOOD (1964
143
Bulletin 36, 259-273
SHIRE, J. H. (1971) Advances in
arative Medicine 15, 159-199
Advances in Veterinary Science 1
DIERKS, R. E. (1975) Archives of
xperimental Medicine 33, 441-470
Bulletin 41, 509-522
I., COLLINS, A. P., CROUCH, S.
., LUTHER, P. D. & CASWELL
85, 257-270
iratory Disease in Housed Calves
450
E. J. (1975) Research in Veterinary
. J. (1981) Veterinary Record 108
J., COLLINS, A. P., JEBBETT,
77) Research in Veterinary Science
J., JEBBETT, J. & HAMILTON,
52, 251-258
, JONES, P. W., JEBBETT, N. J.
erinary Record 107, 304-307
, C. A., STAIR, E. L., RHODES
VIEHAUS, M. J. (1974) American
35, 1209-1216

Research in Veterinary Science 1982, 33, 183-187

# A comparative study of sheep and pigs given the tremorgenic mycotoxins verruculogen and penitrem A

[illegible] W. PETERSON, R. H. C. PENNY

Department of Medicine, Royal Veterinary College, University of London

[illegible] DAY, P. G. MANTLE

Department of Biochemistry, Imperial College, London

**The moulds *Penicillium simplicissimum* and *P crustosum* and the tremorgenic mycotoxins, verruculogen and penitrem A, isolated from them, were given to sheep and pigs to compare their potencies. Pigs were generally less susceptible and in both species penitrem A was less potent than verruculogen. Five-month-old lambs seemed more susceptible to mycelium containing verruculogen than were 15-month-old sheep given a similar oral dose relative to bodyweight. Repeated daily dosing of lambs and sheep for five days with *P simplicissimum* failed to enhance the effect, indicating that verruculogen toxicity was not cumulative. Long and short acting barbiturate anaesthesia blocked the effects of lethal doses of tremorgens. Sedation with diazepam diminished, but did not block, mycotoxin-induced tremors suggesting that there was no specific action of this anticonvulsant sedative on tremorgens.**

THE tremorgenic mycotoxins verruculogen and penitrem A are fungal secondary metabolites with a specific effect on the central nervous system. Since these toxins produce sustained tremor in the absence of other neurotoxic effects it has been suggested that tremorgenic mycotoxins are the causative agents of a naturally occurring tremor syndrome in ruminants called ryegrass staggers (Di Menna et al 1976, Gallagher et al 1977, Mantle et al 1978, Shreeve et al 1978). The proposed link between these mycotoxins and ryegrass staggers has been reinforced by the isolation of certain verruculogen or penitrem-producing moulds from the soil of staggers-prone pastures and from the faeces of affected sheep (Di Menna et al 1976, Di Menna and Mantle 1978).

The nature of the tremor produced by these mycotoxins is clinically indistinguishable from that occurring in ryegrass staggers, in which tremor begins in the head of mildly affected sheep and spreads to the limbs and whole body of those more severely affected (Keogh 1973). Movement increases the tremor response and with prolonged exercise extreme incoordination and convulsive episodes may occur.

In the present study the degree of tremor produced by moulds containing mycotoxin and the pure toxins verruculogen and penitrem A were compared and the observations were extended to a monogastric species, the pig. An age-dependent response, the effect of repeated administration and the effectiveness of anaesthesia and sedation in preventing or controlling tremor are also described.

## Materials and methods

Two species of *Penicillium* grown in culture provided the tremorgenic mycotoxins. *P simplicissimum*, producing mainly verruculogen but also small amounts of fumitremorgin B (Day et al 1980), was originally isolated from faeces of sheep affected with rye-grass staggers in New Zealand (Di Menna and Mantle 1978). *P crustosum*, producing the penitrems, was isolated from soil in New Zealand (Di Menna et al 1976) and cultured as described by Mantle et al (1978). Freeze-dried homogenised mycelia from these cultures were also used for the oral dosing of sheep and pigs. Verruculogen and penitrem A were extracted from mycelia as described by Day et al (1980) and Kyriakidis et al (1981), respectively. The verruculogen used contained approximately 10 per cent of the structurally related tremorgen fumitremorgin B. Fumitremorgin B is estimated to have about 1/10th of the activity of verruculogen (Mantle and Penny 1981) and so would be expected to contribute very little to the tremorgenic activity of the toxin preparation used. The *P crustosum* mycelium also contained a comparable amount of roquefortine (Kyriakidis et al 1981), a



EXHIBIT
tabbies
27

toxin that produces motor dysfunction in the mouse at a dose 10 to 15 times greater than the dose of penitrem A required to elicit tremor (Scott et al 1976). The penitrem A extracted from this mycelium was chromatographically homogeneous and was not contaminated with roquefortine.

The toxins were stored at 4°C before use. They were dissolved in acetone or ethanol and diluted 10-fold with water. The following anaesthetic and sedative drugs were used in the commercially available intravenous preparations: pentobarbitone sodium BP (vet) (Veterinary Nembutal; CEVA), thiopentone sodium BP (vet) (Intraval sodium; May & Baker), methohexitone sodium (Brietal sodium; Elanco) and diazepam (Valium; Roche).

*Acute dosing*

Cheviot sheep (23 to 53 kg) and Large White cross Landrace pigs (32 to 50 kg) were used for both oral and intravenous dosing studies. The mycelium of *P simplicissimum* or *P crustosum* was suspended in water and delivered to the rumen of the sheep or the stomach of the pig through a pliable plastic tube passed via a tubular gag. Doses are expressed as mg dry mycelium per kg bodyweight. Penitrem A or verruculogen were tested for tremorgenic effect following administration via the radial or jugular vein of sheep or ear veins of pigs. After dosing animals were put into a large pen and time of onset of tremor and its severity were observed.

*Repeated dosing*

To test the possibility of a cumulative effect of verruculogen and, or, age susceptibility, five five-month-old lambs and five 15-month-old sheep were dosed by stomach tube with *P simplicissimum* mycelium, 73 mg/kg, daily for five days. For the duration of the study the animals were housed in pens and given free access to hay and water. The mycelium was given at 10.00 each day and the tremorgenic response assessed at 15 minute intervals for a period of 90 minutes. A rating scale similar to that described by Keogh (1973) was used to quantify the responses (Table 1).

TABLE 1: Tremorgenic rating scale (Keogh 1973)

| Level | Description |
|---|---|
| 0 | No symptoms |
| 1 | Head and neck tremor only |
| 2 | Whole body tremor when forced to move |
| 3 | Continuous whole body tremor, incoordination |
| 4 | Very severe tremor, falling down with short periods of convulsions |
| 5 | Severe convulsions usually resulting in death |

*Effect of sedation*

It was discovered during dosing studies that very severe tremors, and even lethal effects of the tremorgens, could be controlled by anaesthetising animals with pentobarbitone sodium. To confirm these observations both sheep and pigs were anaesthetised with pentobarbitone, thiopentone or methohexitone. Five to 30 minutes later animals were given intravenous injections of penitrem A or verruculogen at varying doses, some of which would have been lethal to the unanaesthetised animal. One sheep was given verruculogen and severe tremors were allowed to develop for three minutes, at which time intravenous pentobarbitone sodium was given to control this response. The non-barbiturate sedative, diazepam, was also given intravenously in subanaesthetic doses to test control of tremors produced by verruculogen.

## Results and discussion

*Acute dosing*

The symptomatology of tremor produced by the tremorgenic mycotoxins used was similar to that described previously (Keogh 1973, Gallagher et al 1977, Mantle et al 1978, Penny et al 1979). A qualitative difference was noted in the tremor produced in the pig compared with the sheep. At low doses, or soon after oral administration of higher doses, tremor in the sheep was first apparent in the facial muscles and in movements of the head and ears. Tremor then progressed to the entire body, including fore and hind limbs. In the pig, however, the tremor was first seen in the tail and hindquarters, typically in the anterior muscles of the thigh, and was seen in the head region only after tremor had spread throughout the body.

In both sheep and pigs, tremor was greatly exaggerated by forced exercise. This was most apparent at low doses or after the more severe tremor with a higher dose had passed off and the animal was inactive. In this situation even a little exercise greatly exacerbated the tremor.

The degree of tremor and the time of onset varied with the species and the tremorgen preparation (Table 2). Oral dosing with tremorgenic mycelium produced tremor in the pig as in the sheep, indicating that no factor associated with ruminant digestion predisposed the sheep to the effects of these toxins.

Pigs were less susceptible than sheep to the tremorgens when given similar doses relative to bodyweight. This difference was best seen following injections of verruculogen because a larger range of doses was used in this experiment (Table 2). Verruculogen doses in the range $3 \cdot 0$ to $4 \cdot 0$ $\mu g/kg$ produced mild to moderate tremor in sheep. A

TABLE 2: Tremorgenic activity of *P simplicissimum* and *P crustosum* mycelia and their toxins, verruculogen and penitrem A

| Tremorgen | Animal (number) | Dose | Time to onset | Degree of tremor* |
|---|---|---|---|---|
| *P simplicissimum* mycelium (administered by stomach tube) | Lambs (5) | 73 mg/kg | 30 min | 2 |
| | Sheep (5) | 110 mg/kg | 30 min | 2 |
| | Pig (2) | 150 mg/kg | 30 min | 2 |
| Verruculogen (administered iv) | Sheep (2) | 1·5 μg/kg | 3-5 min | 1 |
| | Sheep (5) | 3·0 μg/kg | 5 min | 1 |
| | Sheep (2) | 4·5 μg/kg | 2-4 min | 2 |
| | Sheep (1) | 13·3 μg/kg | 2 min | 4 |
| | Pig (5) | 6·0 μg/kg | 5 min | 1 |
| | Pig (1) | 7·0 μg/kg | 4 min | 1 |
| | Pig (2) | 8·2 μg/kg | 4 min | 2 |
| | Pig (1) | 13·3 μg/kg | 2 min | 3 |
| *P crustosum* mycelium (administered by stomach tube) | Pig (2) | 100 mg/kg | 2 hours | 1 |
| Penitrem A (administered iv) | Sheep (2) | 25 μg/kg | 5 min | 3 |
| | Pig (1) | 24 μg/kg | 8 min | 3 |

*For grading scale see Table 1

similar degree of tremor was seen in the pig at approximately twice the dose range (6·0 to 8·2 μg/kg). The largest dose of verruculogen used, 13·3 μg/kg, was lethal to sheep, death being due to respiratory or circulatory failure after clonic convulsions. A pig given this dose of tremorgen had severe tremor, but started to recover after two hours without developing convulsions.

Penitrem A was less potent than verruculogen in both sheep and pigs. A dose of 24 to 25 μg/kg produced a severity of tremor similar to that seen with 13·3 μg verruculogen per kg. This is consistent with reported effects of these two toxins in sheep (Gallagher et al 1977). Sobotka et al (1978) also studied the effects of these toxins after intraperitoneal injection to mice, and found penitrem A to be five times more potent than verruculogen although their effective doses of verruculogen were considerably higher than those reported by Cole et al (1972). The toxins used in the present study consistently showed verruculogen to be more potent than penitrem A in pigs and sheep, and in mice and rats after intraperitoneal administration (unpublished results).

Included in the present study was a comparison of the effects of *P simplicissimum* mycelium on sheep of different ages. The five-month-old lambs consistently showed moderate tremor with 73 mg dried mycelium per kg, while 110 mg/kg was required to produce the same degree of tremor in a group of five 15-month-old sheep (Table 2).

### *Repeated dosing*

On the first day of oral dosing with *P simplicissimum* mycelium, four of the five lambs displayed whole body tremor (level 2), while only two of five sheep showed tremor at level 2 (Table 3). In both groups the first symptoms appeared 30 minutes after dosing, reached a maximum at 45 to 60 minutes and were greatly diminished or absent at 90 minutes. This time course was repeated daily during the five day period and there was no change in the severity of response (Table 1) measured either as the number of animals at each tremor level or as the group mean tremor, over the five days.

The conclusion from this study is that there is no cumulative effect of the toxin from repeated dosing with mycelium containing verruculogen, contrary to that seen with mycelium containing penitrem in an earlier study (Penny et al 1979). This is consistent with the apparently shorter duration of tremorgenic action of *P simplicissimum* relative to the mycelium containing penitrem. Penny et al (1979) reported that even though animals did not show tremor after the first dose of mycelium, once they started to show tremor a few days later they still displayed tremor

TABLE 3: Repeated dosing of sheep and lambs with *P simplicissimum* mycelium

| Animal | Day | Number of animals reaching tremor level* 0 | 1 | 2 | 3 | 4 | 5 | Mean level |
|---|---|---|---|---|---|---|---|---|
| Sheep (group of 5) | 1 | 2 | 1 | 2 | — | — | — | 1·0 |
| | 2 | 1 | 2 | 2 | — | — | — | 1·2 |
| | 3 | 1 | 2 | 1 | 1 | — | — | 1·4 |
| | 4 | 2 | 2 | — | 1 | — | — | 1·0 |
| | 5 | 3 | 1 | — | 1 | — | — | 0·8 |
| Lambs (group of 5) | 1 | — | 1 | 4 | — | — | — | 1·8 |
| | 2 | — | 2 | 2 | 1 | — | — | 1·8 |
| | 3 | — | 3 | 2 | — | — | — | 1·4 |
| | 4 | — | 2 | 2 | 1 | — | — | 1·8 |
| | 5 | — | 2 | 3 | — | — | — | 1·6 |

*For grading scale see Table 1

ttle

ing dosing studies that very
even lethal effects of the
controlled by anaesthetising
bitone sodium. To confirm
sheep and pigs were anaes-
tone, thiopentone or metho-
utes later animals were given
penitrem A or verruculogen
of which would have been
tised animal. One sheep was
severe tremors were allowed
inutes, at which time intra-
sodium was given to control
non-barbiturate sedative,
ven intravenously in sub-
control of tremors produced

of tremor produced by the
used was similar to that
cogh 1973, Gallagher et al
Penny et al 1979). A qualita-
l in the tremor produced in
he sheep. At low doses, or
istration of higher doses,
first apparent in the facial
ents of the head and ears.
to the entire body, including
he pig, however, the tremor
nd hindquarters, typically in
ie thigh, and was seen in the
mor had spread throughout

s, tremor was greatly exag-
. This was most apparent at
nore severe tremor with a
. off and the animal was
even a little exercise greatly

and the time of onset varied
he tremorgen preparation
with tremorgenic mycelium
ig as in the sheep, indicating
d with ruminant digestion
he effects of these toxins.
ptible than sheep to the
nilar doses relative to body-
was best seen following
n because a larger range of
experiment (Table 2). Ver-
range 3·0 to 4·0 μg/kg
erate tremor in sheep. A

**TABLE 4: Effect of anaesthesia or sedation on mycotoxin-induced tremor**

| Animal | Drug | Dose mg/kg | Tremorgen | Dose μg/kg | Degree of tremor* |
|---|---|---|---|---|---|
| Sheep | Pentobarbitone | 6·2 | Verruculogen | 14† | – |
| | Pentobarbitone | 23·0 | Verruculogen | 33 | – |
| | Diazepam | 0·25 | Verruculogen | 10† | 1 |
| Pig | Pentobarbitone | 29·0 | Verruculogen | 24 | – |
| | Pentobarbitone | 29·0 | Verruculogen | 90 | – |
| | Pentobarbitone | 30·0 | Penitrem A | 127 | – |
| | Methohexitone | 11·0 | Verruculogen | 18 | – |
| | Thiopentone | 24·0 | Verruculogen | 32 | – |
| | Diazepam | 0·25 | Verruculogen | 5 | 1 |
| | Diazepam | 0·25 | Verruculogen | 10 | 1 |
| | Diazepam | 0·25 | Verruculogen | 10 | 1 |
| | Diazepam | 0·50 | Verruculogen | 15 | 2 |

* For grading scale see Table 1

† Tremorgen given before drug treatment and degree of tremor recorded five minutes after the drug was given

symptoms when dosed again 24 hours later and became progressively more incoordinate. In the present study all animals were tremor-free at the time of repeat dosing throughout the five days. This finding is in accord with the recent study (Perera et al 1982) which shows that verruculogen is quite rapidly converted by sheep liver to more polar metabolites which are excreted in the bile.

The comparison of repeated dosing in the two age groups suggests that the threshold level of response was lower for the younger animals, since all lambs showed some response each day while one, two or three of the five sheep showed no tremor on some days. However, those animals that responded did so to the same extent so that the mean effect on the severity of tremor was little different between the groups.

### *Effect of sedation*

Animals were anaesthetised with long-acting (pentobarbitone), medium-acting (thiopentone) or short-acting (methohexitone) barbiturates by slow intravenous injection before intravenous verruculogen or penitrem A administration. In all cases signs of tremor were blocked, even with tremorgen doses several times the effective dose (Table 4). In the pig given verruculogen (90 μg/kg) after pentobarbitone anaesthesia, transient circulatory disturbances were noted in the first hour after dosing. The heart developed a grossly irregular beat with intermittent fibrillation, but no tremor was noted at this time nor 90 minutes later when the animal began to regain consciousness. In a sheep dosed first with verruculogen (14 μg/kg) severe tremor developed within 1 minute, but a dose of 6·2 mg/kg pentobarbitone at three minutes relieved all symptoms for the duration of anaesthesia and on recovery.

The ability of animals to survive otherwise lethal doses of tremorgen by blocking the tremor with an anaesthetic suggests that the toxicity of these mycotoxins is due to completely reversible processes. This conclusion is consistent with the lack of histopathology after several weeks' chronic treatment of sheep with mycelium containing penitrem (Penny et al 1979).

The benzodiazepine, diazepam, was given at subanaesthetic doses to determine if a more specific anatagonism of mycotoxin-induced tremor could be seen with this drug (Table 4). All doses of diazepam given to pigs produced some muscular incoordination immediately after intravenous injection. However, 10 minutes after diazepam, when verruculogen was given, the animals were walking normally. At the 5 and 10 μg/kg doses of tremorgen, only slight muscle fasciculations or very brief periods of mild tremor after running were seen; diazepam had obviously diminished the effect of the tremorgen. The pig receiving 15 μg verruculogen per kg after 0·50 mg diazepam per kg was more severely affected, with whole body tremor at five minutes and much increased tremor at 10 minutes, but this tremor was still less severe than with 13 μg verruculogen per kg but without diazepam.

In the sheep, severe tremor was produced by intravenous injection of 10 μg verruculogen per kg, followed five minutes later by 0·25 mg diazepam per kg (Table 4). This reduced the tremor to a very low level after an initial period of incoordination normally seen after the diazepam injection. Thus diazepam was capable of controlling tremors induced by sublethal doses of tremorgen, but the fact that the tremor was not completely blocked suggests that there is no special reason to recommend the use of diazepam in preference to barbiturates.

**Acknowledgement**

We gratefully acknowledge the financial support of this work by The Wellcome Trust.

*Received for publication October 23, 1981*

| Dose μg/kg | Degree of tremor* |
|---|---|
| 14† | – |
| 33 | – |
| 10† | 1 |
| 24 | – |
| 90 | – |
| 127 | – |
| 18 | – |
| 32 | – |
| 5 | 1 |
| 10 | 1 |
| 10 | 1 |
| 15 | 2 |

y of these myco-
e processes. This
lack of histo-
mic treatment of
nitrem (Penny et

vas given at sub-
a more specific
tremor could be
ses of diazepam
ular incoordina-
nous injection.
pam, when ver-
s were walking
es of tremorgen,
ery brief periods
seen; diazepam
effect of the
verruculogen per
as more severely
five minutes and
, but this tremor
verruculogen per

oduced by intra-
ulogen per kg,
ng diazepam per
or to a very low
incoordination
injection. Thus
tremors induced
the fact that the
d suggests that
mend the use of
es.

inancial support

October 23, 1981



## References


COLE, R. J., KIRKSEY, J. W., MOORE, J. H., BLANKENSHIP, B. R., DIENER, U. L. & DAVIS, N. D. (1972) *Applied Microbiology* 24, 248–256

DAY, J. B., MANTLE, P. G. & SHAW, B. I. (1980) *Journal of General Microbiology* 117, 405–410

DI MENNA, M. E. & MANTLE, P. G. (1978) *Research in Veterinary Science* 24, 347–351

DI MENNA, M. E., MANTLE, P. G. & MORTIMER, P. H. (1976) *New Zealand Veterinary Journal* 24, 45–46

GALLAGHER, R. T., KEOGH, R. G., LATCH, G. C. M. & REID, C. S. W. (1977) *New Zealand Journal of Agricultural Research* 20, 431–440

KEOGH, R. G. (1973) *New Zealand Journal of Experimental Agriculture* 1, 55–57

KYRIAKIDIS, N., WAIGHT, E. S., DAY, J. B. & MANTLE, P. G. (1981) *Applied and Environmental Microbiology* 42, 61–62

MANTLE, P. G., MORTIMER, P. H. & WHITE, E. P. (1978) *Research in Veterinary Science* 24, 49–56

MANTLE, P. G. & PENNY, R. H. C. (1981) *Veterinary Annual* 21, 51–62

PENNY, R. H. C., O'SULLIVAN, B. M., MANTLE, P. G. & SHAW, B. I. (1979) *Veterinary Record* 105, 392–393

PERERA, K. P. W. C., MANTLE, P. G. & PENNY, R. H. C. (1982) *Research in Veterinary Science* 32, 347–350

SCOTT, P. M., MERRIEN, M. & POLONSKY, J. (1976) *Experientia* 32, 140–142

SHREEVE, B. J., PATTERSON, D. S. P., ROBERTS, B. A., MACDONALD, S. M. & WOOD, E. N. (1978) *Veterinary Record* 103, 209–210

SOBOTKA, T. J., BRODIE, R. E. & SPAID, S. L. (1978) *Pharmacology* 16, 287–294