GOURLAY, R. N. & LEACH, R. H. (1970) *Journal of Medical Microbiology* 3, 111–123
GOURLAY, R. N., THOMAS, L. H. & HOWARD, C. J. (1976) *Veterinary Record* 98, 506–507
HALE, H. H., HELMBALDT, C. F., PLASTRIDGE, W. N. & STULA, E. F. (1962) *Cornell Veterinarian* 52, 582–591
RAZIN, S. & ROTTEM, S. (1963) *Journal of General Microbiology* 33, 459–470
SHIMIZU, T. (1982) *Japanese Journal of Veterinary Science* 44, 981–983
TAYLOR-ROBINSON, D. (1967) *Annals of the New York Academy of Sciences* 143, 517–518
THOMAS, L. H., HOWARD, C. J. & GOURLAY, R. N. (1975) *Veterinary Record* 97, 55–56
WINDSOR, G. D., EDWARD, D. G. ff. & TRIGWELL, J. A. (1975) *Journal of Medical Microbiology* 8, 183–187

*Research in Veterinary Science* 1983, 34, 373–375

# Amino acid neurotransmitter release from cerebrocortical synaptosomes of sheep with severe ryegrass staggers in New Zealand

P. G. MANTLE

*Department of Biochemistry, Imperial College, London*

**Enhanced unstimulated release of the excitatory amino acid neurotransmitters aspartic acid and glutamic acid was measured in cerebrocortical synaptosomes prepared from sheep showing severe symptoms of ryegrass staggers. A similar pattern of deviation from neurologically normal animals was seen whether the sheep had contracted the disorder naturally or whether they had been deliberately caused to develop the disorder by grazing specific pastures rich in endophyte infected ryegrass. Deranged neurotransmitter release may reasonably be involved in the chemical pathology of ryegrass staggers and the findings are in accord with the putative synonymy of lolitrem toxicosis and ryegrass staggers.**

THE neurological disorder known as ryegrass staggers affects sheep and cattle particularly in parts of New Zealand during dry summer periods and outbreaks occasionally occur elsewhere, including England (Anon 1982), during drought. Tremorgenic toxins have been implicated as aetiological agents (Mantle and Penny 1981) and, more recently, particular interest has been focused on the neurotoxins lolitrem A and lolitrem B isolated from toxic ryegrass rich in an endophytic fungus (Gallagher et al 1981, Fletcher and Harvey 1981).

Since specific neurochemical changes have been observed in rats and sheep given tremorgenic mycotoxins to induce symptoms similar to ryegrass staggers (Norris et al 1980, Peterson et al 1983), but no neurochemical studies have been made on animals naturally affected by ryegrass staggers, the technique to explore neurotransmitter release from sheep cerebrocortical synaptosomes was set up in New Zealand early in 1982. Fortunately this coincided with an unusually dry summer in the North Island, some severe outbreaks of ryegrass staggers occurred and the neurochemical findings have been reported briefly (Mantle 1982).

## Materials and methods

### Animals

Sheep of the Romney breed displayed severe symptoms of ryegrass staggers in two contexts at Ruakura Agricultural Research Centre, Hamilton, New Zealand in February 1982. One group comprised several lambs (weighing approximately 25 kg each) among a large number of animals dosed with sporidesmin as part of a breeding programme for facial eczema resistance. The severely staggering animals selected for neurotransmitter studies (grade 5 on the scale 1 to 5 [Keogh 1973]) did not show clinical signs of facial eczema but were, at post mortem examination, found to have liver damage typical of toxic challenge by sporidesmin.

The other group comprised lambs put to graze pasture specially sown with ryegrass rich in the lolium endophyte fungus; the most severely affected animal was grade 4, others were grade 3.

Controls for the two groups were lambs put to graze endophyte free ryegrass, and consequently showed no signs of any neurological disorder.

### Preparation of synaptosomes

The technique is based on the method of Gray and Whittaker (1962), refined as described by Bradford et al (1973), and modified to suit preparation from sheep brain. The brains of one normal (control) animal and one ryegrass staggers animal were processed in parallel.

Cerebral cortexes (approximately 2·5 × 2 × 0·4 cm) from one sheep were sliced from the brain immediately after rapid removal from the cranium and homogenised in

EXHIBIT 28

60 ml 0·32 M sucrose (ice cold) using 10 strokes in a teflon/glass homogeniser (clearance 50 μm) rotating at 700 rpm. The homogenate was divided between two 38 ml tubes and centrifuged (4000 rpm [1000 *g*] for 10 minutes at 4°C) in a Beckman rotor 50/2. The supernatant was centrifuged for 20 minutes at 25,000 rpm (60,000 *g*) and the pellet resuspended in 27 ml 0·32 M sucrose by six strokes of the homogeniser. The suspension was layered in 9 ml amounts over ice cold sucrose gradients (12·5 ml 0·8 M sucrose layered over 12·5 ml 1·2 M sucrose) in 38 ml tubes. The gradients were centrifuged (Beckman rotor SW28) at 25,000 rpm (80,000 *g*) for 60 minutes at 4°C.

The synaptosome layer was located at the 0·8 M/1·2 M junction. The layers above were stripped off with a Pasteur pipette attached to a vacuum line, followed by transfer of the synaptosome region (approximately 9 ml) to a beaker on ice. The combined synaptosome suspension (approximately 27 ml) was diluted by dropwise addition of an equal volume of ice cold deionised water, divided between two tubes and centrifuged at 25,000 rpm (Rotor 50/2, 60,000 *g*) for 20 minutes at 4°C. The supernatant was discarded and the pellets resuspended together in 6 ml of gassed Krebs phosphate buffer (pH 7·4) using 10 strokes of a small teflon/glass homogeniser (clearance 50 μm) rotating at 700 rpm.

### *Incubation of synaptosomes*

The synaptosome suspension from each animal was dispensed (1 ml) into each of six 5 ml conical flasks and shaken in a reciprocating water bath at 37°C. After 10 minutes, Tetrodotoxin (Sigma), a release inhibitor, was added (10 μl of a 100 μM solution) to each of one pair of flasks (1 μM), and at 30 minutes, Veratrine (Sigma), a depolarising agent, was added (75 μl of a 1 mM solution) to another pair (75 μM).

At 40 minutes the incubation was stopped and the flask contents were centrifuged in 1·8 ml Eppendorf tubes (4000 rpm for four minutes in an Eppendorf centrifuge 5412). Supernatants were decanted into glass scintillation vials, norleucine internal standard (50 nmoles) was added and the solution lyophilised. One millilitre of 0·1 M sodium hydroxide solution was added to the pellets and stored at 0°C before protein assay.

### *Protein assay*

The amount of synaptosomes in the pellet from each incubation was determined as the protein content by the method of Lowry et al (1951) using bovine serum albumin as standard.

### *Amino acid analysis*

Lyophilised supernatants from synaptosome incubations were extracted by treatment with methanol (1 ml), the extract evaporated to dryness and the residue taken up in 0·025 M hydrochloric acid (1 ml) for analysis using a Chromospeck J180 (Rank-Hilger) amino acid autoanalyser as previously described (Norris et al 1980).

## Results

The pattern of substantial change in excitatory amino acid neurotransmitter release (Table 1) was similar in all three ryegrass staggers animals and these changes were evident in synaptosome preparations which, judged by their ability to retain the inhibitory neurotransmitter γ-aminobutyric acid, except when depolarised, displayed excellent integrity.

Nevertheless, in animals with staggers, there was a consistent and substantial increase in the amount of aspartic and glutamic acids released in both unstimulated samples and tetrodotoxin treated samples. The mean

**TABLE 1: Changes in neurotransmitter amino acid release from cerebrocortical synaptosomes prepared from sheep with ryegrass staggers**

| | Amino acid release from synaptosomes of staggers sheep | | | | | |
|---|---|---|---|---|---|---|
| | γ-Aminobutyric acid | | Aspartic acid | | Glutamic acid | |
| Additions to incubated synaptosomes | A | B | A | B | A | B |
| Naturally occuring severe ryegrass staggers | | | | | | |
| Expt 1 Tetrodotoxin | TR | 0 | 94 | + 232 | 384 | + 273 |
| Veratrine | 744 | + 4 | 784 | − 11 | 2775 | + 6 |
| Unstimulated | TR | 0 | 268 | + 74 | 1200 | + 58 |
| Expt 2 Tetrodotoxin | TR | 0 | 212 | + 88 | 871 | + 86 |
| Veratrine | 1009 | − 24 | 894 | + 18 | 2931 | + 47 |
| Unstimulated | TR | 0 | 244 | + 104 | 744 | + 203 |
| Severe ryegrass staggers 'induced' on endophyte rich ryegrass | | | | | | |
| Expt 3 Tetrodotoxin | TR | 0 | 42 | + 236 | 111 | + 368 |
| Veratrine | 542 | + 10 | 624 | − 7 | 2037 | + 3 |
| Unstimulated | TR | 0 | 128 | + 112 | 373 | + 143 |

A nmol/100 mg protein
B % deviation from matched control sheep
TR Trace
Results are means of two determinations from each tissue sample

increase in tl
respectively,
somes and 1
synaptosome
acids followi
from severe s
Two othe
(grade 3) on
cantly differ
of the treatm

Discussion

Circumsta
time at the r
ryegrass sta
particular n
transmitters
ferences see
uptake syst
whether the
which the
consequence
were appare
However,
affected she
logistic prol
time and th
the synapto
ment of res
claimed for
The simi
animals and
rich ryegras
lolitrem ne
infected rye
ryegrass sta
agreement
cortical an

increase in the release of aspartic and glutamic acids was, respectively, 97 and 135 per cent for unstimulated synaptosomes and 185 and 242 per cent for tetrodotoxin treated synaptosomes. The total release of aspartic and glutamic acids following depolarisation was similar in synaptosomes from severe staggers and unaffected (control) animals.

Two other animals, displaying less severe staggers (grade 3) on endophyte rich ryegrass, did not show significantly different amino acid neurotransmitter release in any of the treatments.

## Discussion

Circumstances conspired to facilitate a study, for the first time at the neurochemical level, of sheep displaying severe ryegrass staggers and to show synaptosome leakage with particular respect to the excitatory amino acid neurotransmitters aspartic acid and glutamic acid. The differences seen are the product of concurrent release and uptake systems (Snyder et al 1973) and it is not clear whether they represent a part of the direct mechanism by which the incoordination syndrome is produced, or a consequence of tremor. In either case these gross changes were apparently only evident in severely staggering animals.

However, the restricted availability of severely naturally affected sheep close to facilities for neurochemistry, the logistic problems in processing more than one animal at a time and the limited significant replication obtainable with the synaptosome preparation preclude a statistical treatment of results. Thus, confidence can only reasonably be claimed for large differences.

The similarity between the two 'naturally' affected animals and the one 'contrived' to stagger on endophyte rich ryegrass adds weight to the current hypothesis that the lolitrem neurotoxins, somehow elaborated in endophyte infected ryegrass under certain circumstances, produce the ryegrass staggers syndrome. The results are also generally in agreement with those demonstrated for both cerebrocortical and striatal synaptosomes from sheep tremoring severely as a result of the administration of the tremorgenic mycotoxin penitrem A (Peterson et al 1983).

## Acknowledgements

The author would like to thank the Wain Fund and The Royal Society for travel funds, the Spinco Division of Beckman USA for the loan of an ultracentrifuge rotor, the director of Ruakura Animal Research Station for research facilities, and A. G. Campbell and P. H. Mortimer for generous and timely provision of experimental animals.

*Received for publication November 16, 1982*
*Accepted March 1, 1983*

## References

ANON (1982) *Veterinary Record* 111, 407–411
BRADFORD, H. F., BENNETT, G. W. & THOMAS, A. J. (1973) *Journal of Neurochemistry* 21, 495–505
FLETCHER, L. R. & HARVEY, I. C. (1981) *New Zealand Veterinary Journal* 29, 185–186
GALLAGHER, R. T., WHITE, E. P. & MORTIMER, P. H. (1981) *New Zealand Veterinary Journal* 29, 189–190
GRAY, E. G. & WHITTAKER, V. P. (1962) *Journal of Anatomy* 96, 79–88
KEOGH, R. G. (1973) *New Zealand Journal of Experimental Agriculture* 1, 55–57
LOWRY, O. H., ROSEBROUGH, N. H., FARR, A. L. & RANDALL, R. J. (1951) *Journal of Biological Chemistry* 193, 265–275
MANTLE, P. G. & PENNY, R. H. C. (1981) *Veterinary Annual* 21, 51–62
MANTLE, P. G. (1982) *New Zealand Veterinary Journal* 30, 126–127
NORRIS, P. J., SMITH, C. C. T., DE BELLEROCHE, J., BRADFORD, H. F., MANTLE, P. G., THOMAS, A. J. & PENNY, R. H. C. (1980) *Journal of Neurochemistry* 34, 33–42
PETERSON, D. W., PENNY, R. H. C., NORRIS, P. J., BRADFORD, H. F. & MANTLE, P. G. (1983) *Journal of Neurochemistry* (in press)
SNYDER, S. H., YOUNG, A. B., BENNETT, J. P. & MULDER, A. H. (1973) *Federation Proceedings* 32, 2039–2047