11. Roth, L. J., Leifer, E., Hogness, J. R. and Langham, W. H. Studies on the metabolism of radioactive nicotinic acid and nicotinamide in mice. J. Biol. Chem. 176, 249 (1948).

12. Weeks, J. E and Davis, J. D. Chronic intravenous cannulas for rats. J. Appl. Physiol. 19, 540 (1974).

13. Gorzinski, S. J. and LeBeau, J. E. A rat metabolic chamber for volatile and non-volatile chemical disposition studies. Paper presented at the National Meeting of American Association for Laboratory Animal Sciences, (1972).

14. Kitagawa, H., Satoh, T., Yokoshima, T. and Nanbo, T. Absorption, distribution and excretion of hydroxypropylmethylcellulose phthalate in the rat. Pharmacol. 5, 1 (1971).


tabbies' EXHIBIT 31

DRUG AND CHEMICAL TOXICOLOGY, 9(2), 101-116 (1986)

# EFFECTS OF PROLONGED TREMOR DUE TO PENITREM A IN MICE

Bernard S. Jortner, Marion Ehrich, Anne E. Katherman
William R. Huckle, Margery E. Carter
Virginia-Maryland Regional College of Veterinary Medicine
Blacksburg, Virginia 24061


## ABSTRACT

Adult mice were given subcutaneous injections of purified penitrem A (10 mg/kg) dissolved in corn oil. The mycotoxin was prepared by ether extraction and absorption chromatography; identity was established by absorption and mass spectra. Tremors were sustained for 72 hr following a single dose; readministration every 3 days was used to provide continuous trembling for 18 days. No lesions specifically attributed to penitrem A could be detected by histological examination of brains even after 18 days of trembling. Pharmacological agents affecting central nervous system neurotransmitters had some capacity to modify the effects of penitrem A. The results of those studies were such that a definitive conclusion regarding mechanisms of action of the toxin could not be determined.


## INTRODUCTION

Penitrem A is a potent tremorgenic mycotoxin produced by fungi now categorized as Penicillium crustosum and by other species of Penicillium, including P. palitans,[2] P. puberulum,[3] P. canescens, P. clavigerum, and P. janthinellum[4]. Toxin-containing organisms may be ingested by cattle and sheep, either alone or in concert with other factors, resulting in syndromes of tremor and incoordination such as ryegrass staggers.[3-9] When administered to laboratory animals, penitrem A produces transient tremor, and at higher doses, convulsions and death.[4,10-12] Even subneurotoxic doses can elicit behavioral abnormalities in mice.[13] Despite



Copyright © 1986 by Marcel Dekker, Inc. 0148-0545/86/0902-0101$3.50/0

these profound neurological effects on acute exposure, histological evidence of damage to the nervous system is lacking.[3,8,11,14] Biochemical effects of penitrem A intoxication have included increase of lipids but decrease in DNA and glycogen in the liver, and elevation of serum enzymes and products of anaerobic glycolysis.[3,11,14] The serum changes were thought to be related to excess muscular activity induced by the toxin.[3]

We report the production of a long term clinical effect of penitrem A in mice, including a simple method for obtaining prolonged release of the compound, and the results of associated neurological, pharmacological and pathological studies. Included are studies which examine the effect of neurotransmitter manipulation on neurological signs, accomplished by using levodopa and pargyline to manipulate CNS catecholamines, reserpine to manipulate central and peripheral catecholamines and serotonin, phenoxybenzamine and propranolol to manipulate peripheral catecholamines, and d-tubocurarine and atropine to modulate peripheral cholinergic neural transmission.[15] This was done because excesses of peripheral neurotransmitters and deviations from normal concentrations of central neurotransmitters may cause tremors in man and animals. We also examined two anticonvulsant drugs, diazepam and phenobarbital, for their effect on mycotoxin-induced tremor.

## MATERIALS AND METHODS

### Production and Purification of Penitrem A

*Penicillium crustosum* was grown at 27°C, for 5 to 7 days, in Roux flasks. The medium consisted of 20 g dehydrated potatoes, 30 g skim milk powder, and 20 g sucrose per liter of distilled water. The mixture was autoclaved at 15 pounds pressure for 15 min, cooled, and streptomycin added to a final concentration of 10 micrograms/ml. After confluent growth had been achieved on the surface of the medium, the mycelial mats were removed, blended, filtered and air dried[16] [B. Wilson, personal communication]. Penitrem was extracted from the dried mycelia with ethyl ether in a Soxhlet apparatus for three hours. The ether



extract was dried over sodium sulfate and evaporated to near dryness under a stream of nitrogen. The concentrate was resuspended with 20 ml of ether:hexane (1:1) and applied to an 8.0 x 2.5 cm diameter column of Florisil slurry-packed in the same solvent. The column was eluted with ether:hexane and 18 ml fractions were collected. Fractions containing white crystalline material upon evaporation of the solvent were pooled (typically fractions 3-8). The toxin was twice recrystallized from ether:hexane. Approximately 25 mg crystalline penitrem was obtained per 30 g batch of dried mycelia. Toxin purity was assessed by thin layer chromatography (TLC) on 0.25 mm fluorescent-indicator silica gel plates, developed in chloroform:acetone (93:7).[10] Spots were visualized either by spraying plates with 1% ferric chloride in methanol followed by heating at 60°C for 1 hour, or, in preparative experiments, by fluorescence quenching under short-wave uv illumination. Although there was some batch-to-batch variation in the penitrem composition of the crystalline product, the material used in animal studies gave rise to one major spot (Rf 0.44) and one minor spot (Rf 0.37) by TLC. The crystalline product was further characterized by high-performance liquid chromatography (HPLC) on a 30x0.4 cm MCH-10 $C_{18}$ column (Varian Associates, Sunnyvale, CA), eluted with methanol:water (75:25) at 1.5 ml/min, with ultraviolet detection at 234 nm. After preparative-scale TLC, the two components were eluted from plates with methanol, and their ultraviolet absorption and electron-impact mass spectra and HPLC elution profiles were recorded. Crystalline toxin was stored in the dark at -20°C. Under these storage conditions, penitrem retained tremorgenic activity for several weeks; crystals were observed to turn yellow upon prolonged storage. Tremorgenic activity was lost from toxin stored at 4°C for a few days in ether or methanolic solution.

### Clinical and Pharmacological Studies

Adult male mice (ICR, Dominion Laboratories, Dublin, VA) 30-45 g, were used. They were housed 5 per 20 x 30 cm plastic

cage on a bedding of hardwood shavings. The animal holding facilities were kept at 21°C, 50% humidity and a 12 hr (6-6) light-dark cycle. Mice were provided with Agway RMH 3000 pellets (Agway, St. Mary's, Ohio) and water ad libitum. Penitrem A was dissolved in corn oil such that the appropriate dosage was in a volume of 2.5 ml/kg, and administered subcutaneously. Dosages between 0.5 and 10 mg/kg were tested. Only animals given a minimum of 5 mg/kg penitrem A showed evidence of tremors. The most noticeable difference among the groups of mice showing tremors was their duration - from 36 hr at 5 mg/kg to 3 da at 10 mg/kg. We subsequently elected to have the mice receive a dose of 10 mg/kg every third day for a total of 6 doses. The corn oil solvent replaced the propylene glycol used in previous studies[4,10,12,14] because the latter caused severe weight loss and death after 3-4 injections in our mice. Control animals received an equivalent amount of subcutaneous corn oil.

Effects of penitrem A on neurological function in mice were evaluated in a double blind manner. Trembling was rated 0-4 as the examiner felt vibrations when the mouse was placed on a 0.6 cm diameter wooden rod suspended 10 cm above a flat surface. (0=no tremor, 1=mild tremor, no interference with walking; 2=moderate tremor, difficulty walking; 3=marked tremor, difficulty walking and holding in place; 4=marked tremor, interfered with walking and holding to rod.) Effects on nervous system function were also measured by determining the time a mouse could remain on (a) a fixed 0.6 cm diameter wooden rod suspended at 45 cm and tilted at 15 degrees, and (b) a level 0.6 cm diameter rough metal rod suspended at 10 cm and rotating at 12 cycles/minute. Neurological examination included standard techniques for qualitative evaluation of postural reactions (proprioception, extensor postural thrust, hemiwalking, hopping, placing reaction) and cranial nerve function (menace response, tonic eye reflexes, sensory and motor facial responses, the acoustic (hand clap) startle reaction, vestibular function).[17] These examinations were performed on days 5, 12 and 16 (the initial dose of penitrem A was given on



day 0; mycotoxin on day 12 was given after neurological examination). The results of the neurological examination in the various experimental groups were evaluated by comparing them to those in control mice.

Neuropharmacological agents tested for their ability to alter responses of mice during neurological examinations included those affecting the central nervous system (ie., levodopa up to 500 mg/kg, reserpine up to 0.2 mg/kg, pargyline up to 2 mg/kg, diazepam 0.2 mg/kg and phenobarbital 50 mg/kg) and those affecting peripheral neural transmission (ie., phenoxybenzamine 3 mg/kg, propranolol 3 mg/kg, d-tubocurarine 0.2 mg/kg and atropine 5 mg/kg).[15] With the exception of levodopa, drugs were dissolved in saline such that the appropriate dose could be given by intraperitoneal injection in a volume of 2.5 ml/kg. Levodopa was suspended in corn oil and given by oral gavage. With the exceptions of phenoxybenzamine (SmithKline, Philadelphia) and diazepam (Hoffman LaRoche, Nutley, NJ), all drugs were obtained from Sigma Chemical Co., St. Louis (purity > 98%). Each drug was administered to a group of mice once daily for 7 consecutive days, beginning 3 days before the initial dose of penitrem A. Drugs were again administered once daily starting after 11 days of continuous tremors. Groups of control mice received penitrem A alone, vehicle alone, and each drug alone. Each group contained 5 mice.

## Histopathological Examination

At the termination of the above studies the mice were killed with intrathoracic injections of T61 Euthanasia Solution (National Laboratories, Kansas City, MO). The brains were removed and fixed in 10% neutral buffered formalin at 4°C. Following fixation the brains were sectioned coronally at rostral, mid and caudal (including mid-brain) levels of the cerebral hemispheres, and mid-cerebellum and pons, dehydrated in graded alcohols and embedded in paraffin. Sections were cut at a 6 micrometer thickness, stained by the hematoxylin and eosin and Luxol fast

blue-periodic acid Schiff techniques and studied by light microscopy for the presence of histological abnormalities. Specific regions seen in the sections were identified using a standard atlas of the mouse brain.[18]

## RESULTS

### Purification of Penitrem A

Penitrem toxins purified from P. crustosum were identified on the basis of absorption spectra, electron-impact mass spectra and HPLC experiments. The major, faster-migrating component recovered from TLC plates yielded an ultraviolet absorbance spectrum indistinguishable from that previously reported[10] for the compound identified as penitrem A, with absorption maxima at 234 and 301 nm (Fig. 1). Identity of this major component as penitrem A was further indicated by electron-impact mass spectral studies of the TLC-purified material.[19] The ultraviolet spectrum of the minor penitrem component was similar to that for the putative penitrem A, but showed absorption maxima at 230 and 289 nm (Fig. 2). The amount of TLC-purified minor component was insufficient for mass spectral studies; however, the minor component was tentatively identified as penitrem E on the basis of its shorter retention time (4.4 min) in reverse-phase HPLC relative to that for penitrem A (5.7 min).[20] The HPLC elution profile of the material used in animal experiments is shown in Fig. 3.

### Neurological Examination

Animals given penitrem A demonstrated whole body tremor, an effect not seen in any of the groups of mice not given this mycotoxin. A dose of 10 mg/kg subcutaneous penitrem A in corn oil kept mice trembling for 3 days, when the compound was readministered. Six such consecutive doses were given, making the clinical effect last 18 days. Onset of tremor was noted within 1 hr of the initial administration. Weight changes over the 18 days of trembling were +1.0 g ± 0.9 for control mice (mean ± standard error of the mean, N = 5) and -2.2 g ± 1.0 for mice






FIG. 1: Ultraviolet absorption spectrum for penitrem A. Penitrem A was dissolved in methanol and the spectrum taken between 330 and 210 nm against a methanol reference. Maxima were observed at 234 and 301 nm.

given penitrem A. This difference was statistically significant at the $p<0.05$ level (Student's t test). Other than trembling, mice given penitrem A with or without drug therapy also differed from control animals in that they did not groom for 24 hr after administration of the mycotoxin. The only exception to this observation was in the group of mice also given pargyline; this group never neglected to groom.




FIG. 2: Ultraviolet absorption spectrum for penitrem E. Penitrem E was dissolved in methanol and the spectrum taken between 330 and 210 nm against a methanol reference. Maxima were observed at 230 and 289 nm.

Tremors were apparent continuously from day of dosing with penitrem A (Day 0) until time of sacrifice (Day 18). Tremors were, however, more pronounced in the mycotoxin-only mice in the earlier part of the 18-day time frame. (Table 1). Penitrem never had a marked effect on the capability of mice to stay on a rotating rod; capability to stay on a stationary rod was markedly affected, especially on Day 5 (Table 2). Of all the drugs






FIG. 3: HPLC determination of penitrem composition. Florisil-purified penitrem, dissolved in methanol, was injected (10 µl) and eluted as described under Materials and Methods. Penitrem A was identified on the basis of ultraviolet and mass spectra of the individual components after their isolation by preparative TLC. The crystalline product was estimated to contain approximately 90% penitrem A, on the basis of relative peak areas.

and dosages used, only the anticonvulsants diazepam and phenobarbital caused trembling to cease, but both caused the mice to be too depressed for quantitative neurological evaluation using the stationary and rotating rods. We noted that 0.2 mg/kg intraperitoneal dose of diazepam was near a lethal level as 2/5 mice died when the dosage was increased to 0.4 mg/kg.

Table 1: Neurologic Examination of Mice Given Penitrem A. Tremor Score*

| Group+ | Day 5‡ | Day 12 | Day 16 |
|---|---|---|---|
| Penitrem | 2,3,3,4,4 | 1,1,2,2,3 | 1,1,1,1,2 |
| Penitrem + levodopa | 1,1,3,3,3 | 2,2,2,3,3 | 1,1,1,2,2 |
| Penitrem + reserpine | 1,2,3,3,3 | 2,2,2,3,3 | 2,3,3,3,4§ |
| Penitrem + pargyline | 1,2,2,2,2§ | 1,2,2,2,2 | 2,2,2,3,3§ |

* Scores are estimation of rod vibrations, scored from 0 (none) to 4 (most severe). Control mice and mice given levodopa, reserpine and pargyline without penitrem had scores of 0.

\+ Penitrem 10 mg/kg sc every 3 da; other drugs given once daily, - 3 through 3 and 11-16 after penitrem. Levodopa 500 mg/kg po, reserpine 0.2 mg/kg ip, pargyline 2 mg/kg ip.

‡ Day 0 = first penitrem dose.

§ Significantly different from penitrem alone, $p < 0.05$, Dunnett's multiple comparison test.[21]

Quantitative results of portions of the neurological examination are shown in Table 1 and Table 2 for animals given levodopa, reserpine and pargyline along with penitrem A. In the early days of the experiment, mice given pargyline trembled less (Table 1). At Day 16 trembling in mice given penitrem A plus pargyline or reserpine appeared to increase (Table 1) and pargyline and reserpine-treated mice also had reduced capability to stay on the rotating rod (Table 2).

Neurological examination revealed that postural reactions and cranial nerve functions were not lost after administration of the mycotoxin, nor were they lost after administration of any of the drugs alone or in combination with penitrem A. In fact, phenoxybenzamine, propranolol, d-tubocurarine and atropine



Table 2: Neurological Examination of Mice Given Penitrem A. Holding Times*

| Group+ | Stationary Rod Day 5‡ | Stationary Rod Day 12 | Stationary Rod Day 16 | Rotor Rod Day 6 | Rotor Rod Day 12 | Rotor Rod Day 16 |
|---|---|---|---|---|---|---|
| Control | >30§ | >30§ | >30§ | 51±5¶ | >60§ | >60§ |
| Penitrem | 10±3# | 24±5# | 26±2# | 42±9# | 44±10# | 54±4# |
| Penitrem + levodopa | 21±3# | 22±5# | 23±7# | 26±9# | 32±12# | 43±7# |
| Penitrem + reserpine | 10±4# | 26±2# | 19±5# | 32±5# | 32±5# | 32±6#,** |
| Penitrem + pargyline | 10±2# | 16±5# | 24±4# | 29±13# | 26±8#,** | 20±7#,** |
| Levodopa alone | 30§ | >30§ | >30§ | 42±19¶ | >60§ | >60§ |

* Scores given as seconds on rod, mean ± standard error of the mean; maximum 30 sec on stationary rod, 60 sec on rotating rod.

\+ Penitrem 10 mg/kg sc every 3 day; other drugs given once daily -3 through 3 and 11-16 after penitrem. Levodopa 500 mg/kg po, reserpine 0.2 mg/kg ip, pargyline 2 mg/kg ip.

‡ Day 0 = first penitrem dose

§ All mice in group stayed on rod for maximum time.

¶ Average of the 3 of 5 in group that did not stay on rod for maximum time.

\# All mice fell from rod; mean ± standard error of the mean; N=5.

** Significantly different from penitrem alone, $p<0.05$, Dunnett's multiple comparison test.[21] No mice given reserpine or pargyline alone fell from the stationary or rotating rods.

showed no beneficial or detrimental effects on any quantitative or qualitative neurological parameters examined and the only effect of levodopa was to decrease ability to stay on a rotating rod the first time the mice were tested (Day 6) (Table 2).

Histological Examination

Histological study of sections of the brain revealed no significant microscopic lesions in any of the experimental groups.

## DISCUSSION

The dose of penitrem A used in this study was higher than that used in dogs and mice by other investigators.[4,10-12,14] However, we used subcutaneous rather than intraperitoneal injection, and a corn oil solvent which generally provides slower and more prolonged release of solutes than do semipolar solvents such as propylene glycol.[22] The latter feature enabled us to produce a sustained tremorgenic effect with relatively few doses per animal. It is likely, too, that different growth conditions and purification procedures may lead to products of different potency from one laboratory to another, which may further explain differences between our dosage and dosages of other investigators. Although as many as six different penitrem structures have been identified from *P. crustosum*,[23] only two toxin forms, penitrems A and what appeared to be E, were detected in the material used in this study. The ratio of penitrem A to penitrem E present was similar to that observed by other investigators,[24] although lower ratios have been reported.[25] Penitrem A has been reported to be approximately three times more potent by weight as a tremorgen than penitrem E.[25] The relationship between growth conditions and penitrem composition has not been thoroughly investigated.

The tremors induced by penitrem A did not appear to have their primary origin in the peripheral nervous system as neither an alpha-adrenergic blocker (phenoxybenzamine), a beta-adrenergic blocker (propranolol), a nicotinic blocker (d-tubocurarine), or a muscarinic blocker (atropine) were capable of altering neurological



function in mice given penitrem A. A previous investigation also found atropine to be ineffective therapy.[12] Consistent with other studies,[9,11] we noted absence of tremors in mice given relatively high doses of diazepam and pentobarbital. Drugs acting on neurotransmitters of the central nervous system usually take a period of time before being effective,[15] so multiple administrations were used in our study. Levodopa (a precursor of dopamine), pargyline (a monoamine oxidase inhibitor), and reserpine (a catecholamine and serotonin depleter) will affect central neurotransmitters, but results on quantitative neurological examination of mice given these agents could not be considered consistent with a continuous, pronounced effect of catecholamines or serotonin on penitrem A toxicity. It could be noted that, although both levodopa and pargyline increase levels of CNS catecholamines,[15] only the latter altered neurological parameters in mice given penitrem A. A drug which depletes catecholamines and serotonin (reserpine), had an effect resembling that of pargyline. Interpretation of these results in terms of neurotransmitters is, however, difficult when neither the quantities or sites of neurotransmitter concentration were measured in our study or in those of other investigators.[3,12,14]

Therefore, even with the studies described above, the mechanism of action of penitrem A remains undefined. Antagonism of production of inhibitory transmitters[5] remains an option, as we and others[9] have noted that diazepam, a compound capable of potentiating the effects of inhibitory transmitters,[15] had some beneficial effects. Norris *et al.*, however, reported increased release of aspartate, glutamate and GABA from synaptosomes of sheep and rats given penitrem A-containing mycelia.[26] Increased availability of acetylcholine together with increased susceptibility of nerve terminals to this neurotransmitter has also been postulated as a mechanism for the action of penitrem A,[16] although cholinesterase values were unchanged in other studies.[3]

Case 4:03-cv-04019-KES Document 219-34 Filed 12/07/04 Page 8 of 10 PageID #: 4143



It does appear, however, that effects of penitrem A are unrelated to morphological changes in the mouse brain. This mycotoxin did not cause any evidence of damage at the light microscropic level, even when mice remained trembling for 18 days and multiple levels of this organ were examined. This is consistent with other studies using this compound for a shorter period of time in mice, and with prolonged administration of toxin containing mycelia to sheep.[4,23]

ACKNOWLEDGEMENTS

We thank Dr. Margaret E. di Menna, Ruakura Agricultural Research Center, Hamilton, New Zealand, for assisting with cultures of Penicillium crustosum, and Dr. J. Blair Meldrum, Toxicology Laboratory, Virginia-Maryland Regional College of Veterinary Medicine, for his part in purification of Penitrem A. Technical assistance was provided by Ellen Evans. Funding was provided by formula funds from the United States Department of Agriculture as part of Animal Health and Disease project VA-0782466.

REFERENCES

1. Pitt, J.L. Penicillium crustosum and P. simplicissimum, the correct names for two common species producing tremorgenic mycotoxins. Mycologia 71:1166 (1978).

2. Malaiyandi, M., Vesonder, R.F., and Ciegler, A. Large scale production, purification and a study of the properties of Penitrem A. J. Environ. Sci. Hlth. B11:139 (1976).

3. Cysewski, S.J.; Baetz, A.L., and Pier, A.C. Penitrem A intoxication of calves: blood chemical and pathologic changes. Am. J. Vet. Res. 36:53 (1975).

4. Patterson, D.S.P., Roberts, B.A., Shreeve, B.J., MacDonald, S.M., and Hayes, A.W. Tremorgenic toxins produced by soil fungi. Appl. Environ. Microbiol. 37:172 (1979).

5. Cole, R.J. Tremorgenic mycotoxins. In "Mycotoxins in Human and Animal Health" (J.V. Rodricks, C.W. Hesseltine and M.A. Mehlman, eds.). Pathotox Publishing, Park Forest South, Illinois, 1977, pp 583-595.



6. di Menna, M.E., and Mantle, P.G. The role of penicillia in ryegrass staggers. Res. Vet. Sci. 24:347 (1978).

7. Mantle, P.G., and Penny, R.H.C. Tremorgenic mycotoxins and neurological disorders -- a review. Vet. Annual 21:51 (1981).

8. Penny, R.H.C., O'Sullivan, B.M., Mantle, P.G., and Shaw, B.I. Clinical studies on temorgenic mycotoxicoses in sheep. Vet. Rec. 105:392 (1979).

9. Peterson, D.W., Penny, R.H.C., Day, J.B., and Mantle, P.G. A comparative study of sheep and pigs given the tremorgenic mycotoxins verruculogen and penitrem A. Res. Vet. Sci. 33:183 (1982).

10. Ciegler, A. Tremorgenic toxin from Penicillium palitans. Appl. Microbiol. 18:128 (1969).

11. Hayes, A.W., Presley, D.B., and Neville, J.A. Acute toxicity of Penitrem A in dogs. Toxicol. Appl. Pharmacol. 35:311 (1976).

12. Wilson, B.J., Wilson, C.H., and Hayes, A.W. Tremorgenic toxin from Penicillium cyclopium grown on food materials. Nature (London) 220:77 (1969).

13. Sobotka, T.J., Brodie, R.E., and Spaid, S.L. Neurobehavioral studies of tremorgenic mycotoxins verruculogen and penitrem A. Pharmacology 16:287 (1978).

14. Hayes, A.W., Phillips, R.D., and Wallace, L.C. Effect of penitrem A on mouse liver composition. Toxicon 15:293 (1977).

15. Baldessarini, R.J. Drugs and the treatment of psychiatric disorders. In "Goodman and Gilman's The Pharmacological Basis of Therapeutics, 6th ed." (A.G. Gilman, L.S. Goodman and A. Gilman, eds.). Macmillan Publishing, New York, 1980, pp 391-447.

16. Wilson, B.J., Hoekman, T., and Dettbarn, W.D. Effects of a fungus tremorgenic toxin (penitrem A) on transmission in rat phrenic nerve-diaphragm preparations. Brain Res. 40:540 (1972).

17. deLahunta, A. "Veterinary Neuroanatomy and Clinical Neurology." W.B. Saunders Co., Philadelphia, 1977, pp 344-372.

18. Sidman, R.L., Angevine, J.B., Jr., and Pierce, E.T. "Atlas of the Mouse Brain and Spinal Cord." Harvard University Press, Cambridge, Massachusetts, 1971.

19. Fellows, P.A., Kyriakidis, N., Mantle, P.G., and Waight, E.S. Electron impact mass spectra of penitrem A, some derivatives and its analogs. Org. Mass Spectrum 16:403 (1981).

20. Maes, C.M., Steyn, P.S., and Van Heerden, F.R. High-performance liquid chromatography and thin-layer chromatography of penitrems A-F, tremorgenic mycotoxins from Penicillium crustosum. J. Chromatog. 234:489 (1982).

21. Dunnett, C.W. A multiple comparison procedure for comparing several treatments to a control. J. Am. Stat. Assoc. 50:1096 (1955).

22. Sokoloski, T.D. Solutions and phase equilibria. In: "Remington's Pharmaceutical Sciences, 16th ed." (A. Oskol, ed.). Mack Publishing Co., Easton, Pennsylvania, 1980, pp 202-224.

23. De Jesus, A.E., Steyn, P.S., Van Heerden, F.R., Vleggaar, R., and Wessels, P.L. Structure and biosynthesis of the penitrems A-F, six novel tremorgenic mycotoxins from Penicillium crustosum. J. C. S. Chem. Comm. 1981:289 (1981).

24. Kyriakidis, N., Waight, E.S., Day, J.B., and Mantle, P.G. Novel metabolites from Penicillium crustosum including penitrem E, a tremorgenic mycotoxin. Appl. Environ. Microbiol. 42:61 (1981).

25. Mantle, P. G., Perera, K.P.W.C., Maishman, N.J., and Mundy, G.R. Biosynthesis of penitrems and roquefortine by Penicillium crustosum. Appl. Environ. Microbiol. 45:1486 (1983).

26. Norris P.J., Smith, C.C.T., de Belleroche, J., Bradford, H.F., Mantle, P.G., Thomas, A.J., and Penny, R.C.H. Actions of tremorgenic fungal toxins on neurotransmitter release. J. Neurochem. 34:33 (1980).


DRUG AND CHEMICAL TOXICOLOGY, 9(2), 117-131 (1986)

# EFFECTS OF CHRONIC INTAKE OF DIAZINON ON BLOOD AND BRAIN MONOAMINES AND AMINO ACIDS


W. Rajendra, P.C. Oloffs and E.W. Banister
Departments of Biological Sciences and Kinesiology
Simon Fraser University
Burnaby, B.C., Canada, V5A 1S6


## ABSTRACT


Male rats were treated bi-weekly by gavage with the equivalent of 0.5 mg·kg⁻¹·day⁻¹ technical diazinon for up to 28 weeks. The animals were sacrificed at specific time intervals (7, 14 and 28 weeks) and compared with age matched controls. Blood and brain tissues were analysed for cholinesterase activity and for concentrations of catecholamines and amino acids.

Only Plasma cholinesterase was significantly reduced by the low level pesticide treatment. Erythrocyte acetyl cholinesterase and brain acetyl cholinesterase were unchanged while during the same period several putative brain neurotransmitters aspartate, glutamate (excitatory) and taurine as well as GABA (inhibitory) were significantly reduced in experimental vs control animals whereas no significant changes occured between weeks in similarly fed animals. Blood serotonin was significantly elevated but no other blood or brain monoamine was significantly altered. Overt manifestations of brain toxicity observed were not apparent in experimental compared with control animals save for a significant decrease in growth observed in experimental animals.

It was concluded that oral administration of low doses of diazinon exerts significant effects other than as an anticholinesterase on important brain neurotransmitters even at the low dose levels administered in this study.


## INTRODUCTION

The sublethal action of the organophosphate pesticide diazinon in animals and man has been studied for years and numerous ef-



Copyright © 1986 by Marcel Dekker, Inc.

0148-0545/86/0902-0117$3.50/0