*Journal of Applied Bacteriology Symposium Supplement* 1989, 83S–88S

# Current views on the occurrence and significance of *Penicillium* toxins

P.G. MANTLE *Biochemistry Department, Imperial College, London SW7, UK*

1. Introduction, 83S
2. Biosynthetic dynamics in diketopiperazine mycotoxin biosynthesis, 83S
3. Prenylation and other fungus-mediated transformations of indole-diterpenoid mycotoxins, 84S
4. Nephrotoxicity in the penicillia, 87S
5. References, 88S

## 1. Introduction

The wide range of *Penicillium* spp. currently recognized (Pitt 1979) are generally rather efficient competitive saprophytes with a relatively high growth rate, profuse sporulation and widespread geographical distribution. Historically, they have been important both in the spoilage of some foodstuffs and in the desirable creation of cheeses reflecting regionally-dominant species. More recently, products of secondary metabolism such as the penicillin antibiotics or metabolites which are toxic to animals have either enhanced the value of these organisms or indicated a need for caution that their spoilage of food commodities may contribute also a toxic hazard.

The saprophytic and cheese-enhancing roles of penicillia reflect the efficiency of these fungi in producing degradative enzymes—cellulases (including glucanases), pectic enzymes, lipases and proteases; such may provide a resource also for biotechnological exploitation. However, secondary metabolism in the penicillia is extensive and diverse; some 400 different metabolites have so far been shown to be produced by *Penicillium* spp. (Mantle 1987). They span the whole range of acetate-derived and amino acid-derived compounds which characterize eukaryotic microbial secondary metabolism. Mycotoxic polyketide biosynthesis is expressed in the nephrotoxins citrinin and ochratoxin A produced by *P. verrucosum*, patulin and penicillic acid produced by *P. expansum* and *P. aurantiogriseum* respectively, and citreoviridin by *P. citreonigrum*. The fatty acid-derived rubratoxins are metabolites of *P. purpurogenum* and the acetate (via mevalonate)-derived terpenoid tremorgens paxilline and the penitrems are produced by *P. paxilli* and *P. crustosum* respectively. Diketopiperazines, always resulting from the formation of a cyclic anhydride between two $\alpha$-amino acids, are well illustrated by the tremorgen verruculogen, a metabolite of *P. simplicissimum*.

In spite of this biosynthetic diversity including the formation of some notable toxins it is probably fair to conclude that as a group the penicillia seem in practice to be less hazardous than are some aspergilli or fusaria. It is as important not to over-estimate the significance of penicillia as it is to recognize that they do have considerable toxigenic potential. It is also difficult to extrapolate from laboratory findings to the natural environments in which penicillia may exist. However, in order to highlight some recently explored facets of *Penicillium* toxigenic significance three topics will be briefly described.

## 2. Biosynthetic dynamics in diketopiperazine mycotoxin biosynthesis

It is commonly thought that the appearance of a particular secondary metabolite end-product and its subsequent accumulation, set within the dynamics of replicatory and assimilatory biomass production, equates with the concurrent operation of the whole of the secondary biosynthetic pathway involved. Consequently, perceptions concerning other concurrent events, which may be functioning as regulatory mechanisms on the pathway concerned, may seem to implicate such phenomena as the release from carbon or nitrogen catabolite repression, phosphate as a limiting nutrient, the energy charge status, or initiation of precursor-induced secondary enzyme synthesis. Such perceptions may

EXHIBIT 36 tabbies




**Fig. 1.** Structure of verruculogen.

indeed be frequently correct, but it may be unreasonable to conclude that they are always so. Take, for example, the tremorgenic mycotoxin, verruculogen (Fig. 1), which, although it has not been conclusively implicated in any animal disorder, is probably the most acutely potent of these toxic compounds, particularly when administered intravenously (Mantle & Penny 1981). This, incidentally, raises an interesting philosophical question as to what is the purpose, for several *Penicillium* spp., of producing a compound of such potential as a toxin without any apparent reason. Even without any experimental biosynthetic evidence it is easy, however, to recognize in the structure a diketopiperazine moiety, constructed as a cyclic anhydride between tryptophan and proline, with the addition of two isoprene groups, predictably derived from mevalonate. At first sight several permutations in the order of assembly might be possible but from mechanistic considerations an initial cyclic anhydride followed by sequential prenylations and the formation of a peroxide bridge would seem plausible. Assuming such a sequence, the question may be posed as to whether, in the formation of a verruculogen molecule, the series of enzyme-catalyzed biosynthetic steps is performed over a period of a few minutes or is spread over a much longer period spanning a day or more. This question was tackled experimentally (Mantle & Shipston 1987) by giving at daily intervals to a culture of *P. simplicissimum* a cocktail consisting of a standard mixture of two precursor sources, proline and mevalonate, labelled respectively with $^{14}C$ and $^{3}H$. If a verruculogen molecule is synthesized from precursors taken from the relevant cellular metabolic pools over a relatively short time-span, the ratio of the specific activities of the two nuclides in the end-product would be approximately constant irrespective of the stage in the fermentation process at which the labelled precursors are given. This calculation is independent of whether or not the rate of accumulation of verruculogen is constant throughout the idiophase of the batch fermentation. In practice a progressive, nearly 10-fold, shift in the ratios of specific activities was found (Fig. 2). The shift was at the expense of incorporation of the proline precursor, consistent with an interpretation that a simple diketopiperazine is formed first and its complete prenylation is significantly delayed. A similar trend has been observed in the biosynthesis of another prenylated diketopiperazine, roquefortine, produced by *P. crustosum* (Laws 1985). Thus, in considering the potential for the production of toxic metabolites by penicillia, or even by other fungi, it is important to recognize that multi-step biosynthesis may, even under controlled laboratory conditions, be a protracted process catalyzed by enzymes which may be associated with particular cellular compartments and regulated by mechanisms which are mostly obscure. It is not surprising, therefore, that variations in expression of toxin synthesis occur in laboratory cultures. Consequently, in natural substrates such as food commodities or processed foods it is difficult to predict the extent to which biosynthetic pathways for secondary metabolites will proceed.

### 3. Prenylation and other fungus-mediated transformations of indole-diterpenoid mycotoxins

The diversity of indole-diterpenoid tremorgens produced by several penicillia, and also by representatives of the genera *Aspergillus* and *Claviceps*, suggests that the biosynthetic pathways involved may form part of a metabolic grid analogous to that recognized by Bu'Lock (1975) for the tetraketide pathway leading to production of the mycotoxin patulin, derived from 6-methyl salicylic acid by various fungi including *P. griseofulvum*. For example, the penitrems, janthitrems, aflatrem and paspalinine derivatives (Fig. 3) all have an indole-diterpenoid skeleton in common and their biosynthesis may have enzymes also in common such as, for example, tryptophanases and those enzymes involved




**Fig. 2.** Changes in the ratio of $^3H$ and $^{14}C$ specific radioactivities of verruculogen produced by *Penicillium simplicissimum* during 8 days submerged fermentation, when given a standard mixture of [$^3H$]mevalonate and [$^{14}C$]proline on either days 2, 3, 4, 5 or 6 of the fermentation.

in forming the cyclized diterpenoid and its substitution on the pyrrolic ring of the indole. Such perceived interrelationships can be exploited in tackling an unanswered question concerning the important lolitrem neurotoxins (Fig. 4) which are generally recognized to be the cause of the ruminant disorder ryegrass staggers. Lolitrem neurotoxins have only been isolated from ryegrass containing the endophytic fungus *Acremonium loliae*. In the context of the present symposium in which this contribution is sandwiched between contributions concerning aspergilli and fusaria, consideration also of a species of *Acremonium* may not require too much taxonomic licence if the important commonality of β-lactam antibiotic biosynthesis in *Acremonium* (Bycroft & Shute 1987) is recognized and some structural affinity with *Fusarium* is allowed (see Brayford this volume p. 47S). An important biosynthetic question arises with respect to the lolitrems; are they entirely fungal products, or is their biosynthesis wholly or in part a function of the endophyte's host plant? Recent studies on the biosynthetic potential of *A. loliae* in axenic culture have demonstrated the occurrence of the tremorgenic fungal metabolite paxilline (Fig. 5) (Weedon & Mantle 1987). This substance has also been detected in endophyte-infected ryegrass along with lolitrem B. However, lolitrem B has still apparently never been detected as a metabolite of *A. loliae* in pure culture. This does not mean that the fungus is unable to elaborate the whole lolitrem molecule. Now that it is known that *A. loliae* can form the indole-diterpenoid paxilline, it is quite possible that the remaining transformations, addition of three isoprenes and an epoxidation, could also be microbial steps with very close analogies with the indole-diterpenoids described above. As alluded to in the above section on temporal separation of verruculogen biosynthetic steps, the full expression of all the potential biosynthetic steps of a pathway will




**Fig. 3.** Structures of indole-diterpenoid tremorgenic mycotoxins. Penitrems (various permutations of $R_1$, $R_2$ = Cl, H or OH; epoxide replaced by double bond), janthitrems ($R_1$, $R_2$ = H, OH or Acetyl), aflatrem ($R_1$ = H; $R_2$ = reversed isoprene) or paspalinines ($R_1$ = $R_2$ = H; $R_2$ = H, $R_1$ = isoprene).

depend on many factors most of which are ill-defined but many of which may operate through the physiological status of the fungus. In the absence of an extensive programme of physiological studies it is quite possible that the batch fermentation conditions used were not optimal for expression of the whole genome potential for enzyme synthesis and/or for the physiological optimization of enzyme function. However, the extent to which an indole-diterpenoid end-product in one fungus can act as a



**Fig. 4.** Structure of lolitrem B.




Fig. 5. Structure of paxilline. Carbons predictably labelled from [2-$^{14}$C]mevalonate indicated (●).

precursor for a typical end-product of another fungus has never been established experimentally. Thus, the result of a very recent experiment (P.G. Mantle & J. Penn, unpublished), addressing this topic already appears to be sufficiently compelling to report. $^{14}$C-Labelled paxilline, prepared by feeding [2-$^{14}$C]mevalonate to a typical *P. paxilli* submerged fermentation (Ibba *et al.* 1987), with the radiolabel predictably located in four carbons of the diterpenoid moiety (Fig. 5), was given to a submerged culture fermentation of *P. nigricans* during the latter part of the idiophase of penitrem production (Mantle *et al.* 1984). The resulting penitrem A, purified by HPLC, was found to carry radiolabel calculated to represent 17% of the portion of added [$^{14}$C] paxilline which was shown to have become associated with the mycelium in the *P. nigricans* fermentation. Considering the potential problems of low paxilline solubility in the broth, and paxilline uptake from the broth in the possible absence of any specific uptake mechanism for such a molecule, 17% incorporation is a remarkably compelling value. Provided that the $^{14}$C was still located in the predicted diterpenoid positions the experiment shows that paxilline is an acceptable substrate for the prenylation enzymes involved in the biosynthesis of penitrems, but it would be premature yet to claim that paxilline is a usual intermediate in penitrem biosynthesis. However, aromatic prenylation of an indole-diterpenoid, which is a requirement for the transformation of paxilline to, say, lolitrem B is certainly a fungal property and may reasonably be expected to be also within the capacity of *A. lolilae* particularly when the fungus is located in the intercellular matrix of its host plant. The physiological and nutritional dynamics in the normal intimate association between host and endophyte are impossible to define in other than the most general terms and therefore any attempt to mimic these in culture is difficult.

These findings therefore imply that lolitrem neurotoxins may qualify as mycotoxins and thus constitute major biologically-active fungal metabolites, which in the New Zealand situation alone must be consumed annually by ruminants in kilogram amounts. The expressed commonality also of indole-diterpenoid biosynthesis between *Penicillium* and *Acremonium* raises the question as to whether the accumulation of paxilline in laboratory cultures of *P. paxilli* is an artefact of laboratory secondary metabolism and whether the organism takes the biosynthesis further when it is in the natural environment. The expression of biosynthesis in culture may not fully reflect the organism's potential, and as yet undiscovered end-products may occur.

## 4. Nephrotoxicity in the penicillia

Novel nephrotoxicity of some *Penicillium* strains, notably conforming mainly to *P. aurantiogriseum*, was discovered about 15 years ago in the course of some imaginative exploration (Barnes *et al.* 1977) of the idiopathic human disease Balkan Endemic Nephropathy. This has been for many years the principal cause of death in certain rural communities located at flood plain level around the Danube and its tributaries. In spite of epidemiological studies across a wide range of putative causes the aetiology is still obscure, but there is considerable consensus that the cause is principally environmental. Thus it is reasonable that a popular contender is the well recognized porcine nephrotoxin ochratoxin A, a metabolite of *Aspergillus* spp. and at least one species of *Penicillium*, *P. verrucosum*. However, it is not yet clear that the mycotoxicologists' paraphrase of Koch's Postulates has been satisfied with regard to ochratoxin, and any study of the natural incidence of the appropriate toxigenic moulds has been largely neglected. Thus, in retrospect the findings of Barnes *et al.* (1977) concerning potent nephrotoxicity of a common maize-spoilage mould in the rat are perhaps the more

notable since the mould is ubiquitous. Attempts to isolate and characterize the nephrotoxin(s) concerned were resumed, at Imperial College, in 1984 and are still in progress. Results to date imply that the toxin may be a water-soluble peptide or glycopeptide of around 1500 molecular weight, and the acute nephrotoxicity *per os* in the rat appears to be at least as potent as that of ochratoxin A (Yeulet *et al.* 1988). Newly isolated *P. aurantiogriseum*-like strains taken from maize in a Yugoslavian village in which the nephropathy is hyperendemic confirmed the potent toxicity by causing extensive nuclear pyknosis in the *pars recta* region of the rat kidney cortex after only two days' administration of cultured mycelium mixed with food. An apparently unique pathology has also been detected recently in the kidneys of pigs given the mould in feed, and this is the subject of further study. Thus inadequate storage conditions for food or feed commodities may confer a toxic dimension whether ultimately acquired by mouth or by inhalation of spores. Penicillia usually sporulate freely on foodstuffs which have become slightly damp and subsequent metabolic activity of mycelia on carbohydrate-rich substrates will generate enough water further to exacerbate poor storage conditions.

The conclusion from consideration of these three small facets of *Penicillium* toxin production is that the extent of this type of diverse biosynthetic activity has not been defined fully and the currently perceived significance of this group of organisms as saprophytes on foodstuffs for humans and animals may underestimate the real situation.

## 5. References


BARNES, J.M., CARTER, R.L., PERISTIANIS, G.C., AUSTWICK, P.K.C., FLYNN, F.V. & ALDRIDGE, W.N. 1977 Balkan (endemic) nephropathy and a toxin-producing strain of *Penicillium verrucosum* var. *cyclopium*: an experimental model in rats. *The Lancet* I, 671–675.

BU'LOCK, J.D. 1975 Secondary metabolism in fungi and its relationship to growth and development. In *The Filamentous Fungi Vol. I Industrial Mycology* ed. Smith, J.E. & Berry, D.R. pp. 33–58. London: Edward Arnold.

BYCROFT, B.W. & SHUTE, R.E. 1987 Chemistry and biosynthesis of penicillins and cephalosporins. In *Penicillium and Acremonium. Biotechnology Handbooks I.* New York: Plenum.

IBBA, M., TAYLOR, S.J.C., WEEDON, C.M. & MANTLE, P.G. 1987 Submerged fermentation of *Penicillium paxilli* biosynthesising paxilline, a process inhibited by calcium-induced sporulation. *Journal of General Microbiology* 133, 3109–3119.

LAWS, I. 1985 Biosynthesis and metabolism of indolic fungal metabolites. Ph.D. thesis. University of London.

MANTLE, P.G. 1987 Secondary metabolites of *Penicillium* and *Acremonium*. In *Penicillium and Acremonium*, Biotechnology Handbooks 1. New York: Plenum.

MANTLE, P.G. & PENNY, R.H.C. 1981 Tremorgenic mycotoxins and neurological disorders—a review. The *Veterinary Annual* 21, 51–62.

MANTLE, P.G. & SHIPSTON, N.F. 1987 Temporal separation of steps in the biosynthesis of verruculogen. *Biochemistry International* 14, 1115–1120.

MANTLE, P.G., LAWS, I., TAN, M.J.L. & TIZARD, M. 1984 A novel process for the production of penitrem mycotoxins by submerged fermentation of *Penicillium nigricans*. *Journal of General Microbiology* 130, 1293–1298.

PITT, J.I. 1979 The genus *Penicillium* and its teleomorphic states *Eupenicillium* and *Talaromyces*. London: Academic Press.

WEEDON, C.M. & MANTLE, P.G. 1987 Paxilline biosynthesis by *Acremonium loliae*; a step towards defining the origin of lolitrem neurotoxins. *Phytochemistry* 26, 969–971.

YEULET, S.E., MANTLE, P.G., RUDGE, M.S. & GREIG, J.B. 1988 Nephrotoxicity of *Penicillium aurantiogriseum*, a possible factor in the aetiology of Balkan Endemic Nephropathy. *Mycopathologia* 102, 21–30.