*Mycopathologia* 120: 177–182, 1992.
© 1992 *Kluwer Academic Publishers. Printed in the Netherlands.*

# Tremorgenic mycotoxins produced by strains of *Penicillium* spp. isolated from toxic *Poa huecu* parodi

M. Scuteri,[1] M.A. Sala de Miguel,[1] J. Blanco Viera[2] & E. Planes de Banchero[1]
[1]*Mycotoxins Laboratory, Institut of Microbiology, Centro de Investigaciones en Ciencias Agronómicas, Instituto Nacional de Tecnología Agropecuaria, C.C.25, 1712 Castelar, Prov. de Buenos Aires, Argentina,* [2]*Institute of Animal Pethology, Centro de Investigaciones en Ciencias Veterinarias, Instituto Nacional de Tecnología Agropecuaria*

Received 18 June 1991; accepted in revised form 26 February 1992

*Key words:* *Penicillium* spp, growth 'in vitro', tremorgenic mycotoxins, *Poa huecu* Parodi

## Abstract

Seventeen strains of *Penicillium* spp. have been isolated from *Poa huecu* Parodi from the Zapala zone, exhibiting toxicity to sheet. The following strains have been identified: *P. crustosum*, *cyclopium*, *notatum*, *palitans*, *puberulum*, *verrucosum*, *viridicatum* and *Penicillium* spp. The toxigenic capacity of the strains was studied after growing them under suitable conditions. Toxins produced were analysed by thin layer chromatography (TLC). Penitrem A (PA) and Penitrem B (PB) neurotoxins were identified and quantitated in twelve strains; verruculogen (VERR) and fumitremorgen B (FTB) being present in one of them. The effect of these mycotoxins was studied in mice. Neurological symptoms characteristic of the intoxication by tremorgenic toxins and similar to those observed in sheep suffering from 'huecu's disease' were observed. The possible role of these toxins as causative agents of 'huecu's disease' is discussed.

## Introduction

*Poa huecu* Parodi is a 30–50 cm high grass with straight floriferous canes, of complete tussocks somewhat thicker at the base, formed by numerous intravaginal tillers [1]. It is found in valleys, grassy slopes and undulating fields near the mountain ranges and in the Andean mountain ranges of the provinces of Neuquén and Chubut. It has been called 'white broom sedge' or 'huaicu broom sedge'. Ingestion of this grass has been linked to 'huecu's disease'; the active component producing this intoxication is unknown [2–4]. This disease is characterized by the presence of neurological symptoms, muscle tremors, uncoordinated movements and paralysis. Severely affected animals may not be able to stand [4]. It has been found in sheep, horses, cattle and goats [2].

This intoxication was studied in cattle by Acosta in 1913. He showed that *P. huecu* was the agent causing this disease, and that toxicity was still present in grass that had been cut and dried several months before. The presence of several substances such as cyanogenic glycocide alkaloids

EXHIBIT
39
tabbies

was investigated, but the substance responsible for the neurologic alterations remained unknown [2, 5].

In Argentina, several investigators have experimentally reproduced this desease in sheep by feeding the animal *P. huecu* obtained from pastures causing 'huecu's disease'. These authors have been able to describe the clinical symptoms and the biochemical and hematological changes, thus characterising the anatomical pathology and ultramicroscopical alterations occurring in this disease [3, 6, 7].

Tremorgenic compounds of toxicological importance for animals are relatively uncommon; there exist, however, some metabolites produced by several kinds of fungi that are capable of inducing muscular tremors, uncoordinated movements and other neurological disorders. These substance have been generally termed tremorgenic mycotixins [8].

Wilson and Wilson [9] were the first investigators who succeeded in isolating a fungal metabolite from *Aspergillus flavus* which produced tremors in rats and guinea pigs. This toxin was later named aflatrem. Wilson et al. [10] later extracted a substance from *Penicillium cyclopium* cultures, that induced tremors lasting several hours when injected intraperitoneally in mice at a dosage of 250 $\mu g\ kg^{-1}$. Symptoms became more severe when the dosage was increased to 2.5 $mg\ kg^{-1}$, leading to convulsions and death.

In 1972 Cole et al. [11] isolated a toxin from *P. verruculosum* which produced severe tremorgenic responses in rats and chickens; this toxin was named verruculogen [11]. Another tremorgenic metabolite, called paxilline, was isolated from *P. paxilli* cultures [12]. Four tremorgenic toxins were extracted from *Claviceps paspali* sclerotia collected from *Paspalum dilatatum* (responsible for the wellknown Paspalum staggers); these toxins are known as paspaline and paspalitrem A, B and C [13–15]. Gallagher et al. reported the presence of two neurotoxins, i.e. lolitrem A and B, isolated from *Lolium perenne*, that produced ryegrass staggers in cattle [16], and three other toxins having neurological effects: janthitrem A, B and C, produced by *P. janthinellum* [17].

Moreover, several neurological disorders, possibly involving tremorgenic toxins, have also been described in the literature [7, 14, 16, 18–22]. Both oral and intraperitoneal administration of these substances produced neurotoxicity [23–26]; similar results being obtained when the intravenous route was chosen [27].

Reports on the production or identification of tremorgenic toxins from *Penicillium* strains isolated from pastures provoking 'huecu's disease' could not be found in Argentina.

The aim of the present study was to investigate *Penicillium* strains, previously isolated from toxic pastures, for production of tremorgenic toxins, and in this case, to identify the toxins and to determine their toxigenic capacity. This study also includes the 'in vitro' production of these mycotoxins to study the effects on mice.

## Materials and methods

### *a) Isolation of Penicillium spp. strains*

Eighty tussocks of *P. huecu* were collected at random from toxic pastures in Zapala (Province of Neuquén, Argentina).

Segments 4 cm in length from the neck were cut from shoots. These segments were placed on malt-agar plates of high osmotic concentration and were incubated at 28 °C for ten days in the dark [28]. Starting at the fourth day of incubation, colonies that were grossly different were transferred to tubes containing 2% potato glucose agar and incubated under the same conditions as the plates.

Because fungi belonging to the *Penicillium* genus can produce tremorgenic toxins, they were chosen in an attempt to isolate those producing tremorgenic toxins. The taxonomic classification was then carried out by using monosporic cultures, in agreement with the criteria of the corresponding taxonomic keys [23, 29, 30].

*b) Production of PA and PB, VERR and FTB toxins*

Cultures grown in potato glucose agar of the *Penicillium* strains selected as described above, and the *P. cyclopium* NRRL 1899 strains, considered as reference strain for PA and PB production, were stored at 4 °C until toxicity tests were performed. Each strain to be studied was transferred to 500 ml of liquid Czapek Dox medium containing 0.5% yeast extract. Suspensions containing $10^6$ spores $ml^{-1}$ were incubated for 12 days without stirring, at 24–25 °C in the dark. Then mycelial mats were recovered and the liquid medium was discarded.

*c) Extraction, detection and quantitative analysis of toxins*

The mycelial mats was dried for 5 hr at 40 °C in a vacuum, ground and extracted for 30 min. with 100 ml analytical grade chloroform with rotary shaking. The suspension was filtered and the filtrate was concentrated to a 5 ml volume. Two ml were separated for the biological tests; the remaining three ml were evaporated to dryness and redissolved in 2.5 ml analytical grade acetone [31]. This solution was used for TLC. Glass plates 20 × 20 cm, coated with 60 °C silica gel (Merck) of 0.25 mm thickness, activates for an hour at 100 °C were used.

Qualitative determination of samples were conducted on two separate plates as follows: one ml of PA and PB were applied on the same point; then 5 µl of each sample were spotted with internal and external standard. On the other plate, 1 µl VERR and 1 µl FTB were used as standards, keeping the rest of the conditions as mentioned for the first plate. Concentration of each standard was 1 mg $ml^{-1}$ in acetone and the solvent system used was chloroform-acetone, 93 : 7 vol.$vol.^{-1}$. The saturated chamber technique was used [28]. To detect penitrem the developed plates was sprayed with 50% ethanolic acid and heated at 110 °C for 5–10 min [18]. Detection of VERR and FTB was achieved by spraying the plate with 20% $AlCl_3$ in ethanol and heated at 110 °C for 5 min [32].

*d) Toxicity tests in mice*

Two ml of the chloroform solution obtained from the mycelia were evaporated to dryness and redisolved in 1.25 ml propyleneglycol. This extract was injected into mice. Female albino mice weighing 15 g were given intraperitoneal injections of 0.1 ml extract. Three mice per strain were used. A control group, injected with 0.1 ml spelling above was also included. Mice were observed for 2 hr post inoculation (p.i.); further observations at 4, 12 and 24 hr p.i. were also performed. Obvious generalized or localized tremors were considered positive.

**Results**

*a) Fungal flora.* Several fungal species were isolated: *Alternaria, Cladosporium* and *Penicillium* genera being predominant. Seven different species of *Penicillium* were detected of 85 isolates of this genus. Those appearing as the most characteristic of each species (17 strains) were then selected for studying their toxigenic capacity. Species used in this study and the number of strains (numbers in parentheses) are the following: *P. crustosum* (3), *P. cyclopium* (2), *P. notatum* (3), *P. palitans* (1), *P. puberulum* (1), *P. verrucosum* (2), *P. viridicatum* (4) and *Penicillium* sp. (1).

*b) Toxin detection.* The following toxins were identified: PA and PB which appeared as bluish-gray and dark brownish-gray after development; their rf being 0.31 and 0.42, respectively. Both VERR and FTB could be visualized as bright mustard-yellow spots under UV light of 364 nm.

*c) Toxigenic capacity.* Results on toxigenic capacity are shown in Table 1. Twelve of the 17 strains studied (71%) produced PA and PB; 1 (6%) pro-

*Table 1.* Effect of tremorgenic toxins produced by *Penicillium strains* in mice

| *Pennicillium strains* | Inoculated extract (μg) (') | | | | Effect on mice (time of appearance) | | |
|---|---|---|---|---|---|---|---|
| | penitrem A | penitrem B | fumitremorgen B | Verruculogen | Death h | Tremors min | Postration min |
| *P. crustosum* a | 116.0 | 21.0 | – (") | – | – | 10 | 10 |
| *P. crustosum* b | 116.0 | 21.0 | – | – | – | 10 | 10 |
| *P. crustosum* c | 119.7 | 21.0 | – | – | 1* | 10 | 10 |
| *P. cyclopium* a | 134.9 | 29.0 | – | – | – | 10 | – |
| *P. cyclopium* b | 130.6 | 23.0 | – | – | – | 10 | – |
| *P. notatum* a | 216.6 | 26.0 | – | – | 1* | 10 | 10 |
| *P. notatum* b | 326.6 | 26.0 | – | – | 2** | 10 | 10 |
| *P. notatum* c | 326.6 | 13.0 | – | – | 2** | 10 | – |
| *P. palitans* | – | – | 10 | 8 | – | 10 | – |
| *P. puberulum* | 109.7 | 19.0 | – | – | – | 10 | – |
| *P. verrucosum* a | 109.7 | 19.0 | – | – | 2** | 10 | 10 |
| *P. verrucosum* b | 105.0 | 19.0 | – | – | 2** | 10 | 10 |
| *P. viridicatum* a | – | – | – | – | – | – | – |
| *P. viridicatum* b | – | – | – | – | – | – | – |
| *P. viridicatum* c | – | – | – | – | – | – | – |
| *P. viridicatum* d | – | – | – | – | – | – | – |
| *P.* spp. | 130.6 | 23.0 | – | – | – | 10 | 60 |
| *P. cyclopium* patron | 268.6 | 48.0 | – | – | 1* | 10 | – |

('): Total micotoxins for each strain.
("): Not detected.
*: Death occurring within the first 4 hr p.i.
**: Death occurring between the 4–12 p.i.
Note: Three animals of each strain were used.

Case 4:03-cv-04019-KES Document 219-42 Filed 12/07/04 Page 5 of 7 PageID #: 4195



duced FTB and VERR and 4 (23%) gave negative results. All strains producing PA also yielded PB. If the standard strain *P. cyclopium* is taken as reference, strains b and c of *P. notatum* have similar concentrations of PA, while the remaining ten yielded lower quantity. Concerning PB all strains had concentrations lower than that of the standard.

*d) Toxicity in mice.* Results included in Table 1 show that extracts not containing neurotoxins did not elicit neurological signs. Five of the isolated strains, as well as the standard strain only provoked tremors, while the remaining B strains also produced postration. Three deaths were recorded within 4 hr p.i. (18%), and four more within the 4–12 hr period p.i. (23%). Sterility of the samples was confirmed. Biological tests showed that mice developed symptoms that usually became evident within the range of 5–15 min p.i. Signs included tonic-clonic muscular tremors throughout the body, unsteady gait with movements showing laterality to both sides. Walking in circles with extension of the rear limbs, lateral decubitus, opisthotonos and pleurothotonos were also seen in some of the animals. These stages of excitability appeared intermittently, alternating with periods of depression, in which the animals tended to group. These signs disappeared at 6 hr p.i.

## Discussion

Strains selected for this study were isolated from toxic pastures that had produced neurological symptoms in sheep, the most prominent being generalized muscular tremors, ataxia and spastic paralysis. Because of their known capacity for producing tremorgenic toxins [20, 28, 31], strains of the genus *Penicillium* were chosen for the 'in vitro' production of such toxins.

Experimental intoxication by *P. huecu* was performed for the first time by Bonazzi and Ortiz [3], who showed that ingestion of the pasture produced 'huecu's disease'.

Corbellini et al. [7] achieved in 1981 the experimental intoxication with material free of pathogenic fungi, not taking into account the likely presence of saprophytes like *Penicillium* sp. Later, Carrillo et al. [6] pointed out the similarity of symptoms seen in intoxication by toxic *Poa* and those obtained by administration of tremorgenic toxins.

The present study shows the existence of species of *Penicillium* in toxic *Poa* which had produced staggers syndromes in sheep. Those species grown 'in vitro' formed toxins that elicited the same neurological symptoms when injected to mice. Mycotoxin-free extracts did not produce symptoms, ruling out the presence of other tremorgenic metabolites.

The possible causative role of these neurotoxins in 'huecu's disease' is suggested.

## Acknowledgements

We gratefully acknowledge Dr. J.J. Ellis, Northern Regional Research Center, E.U.A., for providing strain *P. cyclopium* NRRL 1899; Dr. Joe W. Dorner, National Peanut Research Laboratory, Dawson, Georgia, E.U.A., for supplying verruculogen standard; Dr. Fanie R. Van Heerden, Council for Scientific and Industrial Research, Pretoria, South Africa, for providing penitrem A, penitrem B and fumitremorgen B standards and Dr. Jorge M. Miquet for his assistance in toxicity proof.

## References

1. Parodi L. The toxic gramineous for the cattle in the República Argentina. Revista Argentina de Agronomía 1950; 17: 163–227.
2. Acosta JL. Report on the 'huaicu'. Boletin Ministerio Agricultura, Buenos Aires 1913; 16(5–6): 649–59.
3. Bonazzi FF, Ortiz RE. Experimental intoxication by *Poa huecu* in sheep. Technical report No 10 INTA, San Carlos de Bariloche 1979.
4. Gallo GG. Toxic plants for the cattle in the south cone of America. Buenos Aires Editorial Universitaria de Buenos Aires, Colección Manuales 1979.
5. Acosta JL. The 'huecú' or 'huaicú': nervous disease pro-

per of herbivors of the Patagonia. Revista Facultad Agronomia y Veterinaria, Buenos Aires, Thesis No 86, 1914.
6. Carrillo BJ, Corbellini CN, Blanco Viera FJ. Tremorgenic effect and study pathological of the experimental intoxication by *Poa huecu* in sheep. Revista de Medicina Veterinaria, Buenos Aires 1983; 64: 152–64.
7. Corbellini CN, Ruksan BE, Miquet J, Blanco Viera FJ, Etchegoyen M, Sala de Miguel M, Carrillo BJ. Experimental reproduction of 'mal de huecu' in sheep. Revista de Investigaciones Agropecuarias INTA 1981; 16: 159–70.
8. Cole RJ. Tremorgenic mycotoxins. In: Rodricks JV, Hesseltine CW, Mehlman CW, eds. Mycotoxin in human and animal health. Illinois: Pathotox Publishers Inc. 1977: 583–95.
9. Wilson BJ, Wilson CH. Toxin from *Aspergillus flavus*: production on food materials of a substance tremors in mice. Science 1964; 144: 177–78.
10. Wilson BJ, Wilson CH, Hayes AW. Tremorgenic toxin from *Penicillium cyclopium* grown on food materials. Nature 1968; 220: 77–78.
11. Cole RJ, Kirksey JW, Moore JM, Blankenship BR, Diene UL, Davis ND. Tremorgenic toxin from *Penicillium verruculosum*. Applied Microbiology 1972; 24: 248–56.
12. Cole RJ, Kirksey JW. A new tremorgenic metabolite from *Penicillium paxilli*. Canadian Journal of Microbiology; 1974; 20: 1159–62.
13. Cole RJ, Dorner JW, Landsen JA, Cox RH, Pape C, Cunfer B, Nicholson SS, Bedell DM. Paspalum staggers: isolation and identification of tremorgenic metabolites from sclerotia of *Claviceps paspali*. Agricultural and Food Chemistry 1977; 25: 1197–1201.
14. Dorner JW, Cole RJ, Cox RH, Cunfer BM. Paspalitrem C, a new metabolite from sclerotia of *Claviceps paspali*. Journal Agricultural and Food Chemistry 1984; 32: 1069–1071.
15. Gallagher RT, Finer J, Clardy J, Leutwiler A, Weibel F, Acklin W, Arigoni D. Paspalinine, a tremorgenic metabolite from *Claviceps paspali*. Tetrahedron Letter 1980; 21: 235–38.
16. Gallagher RT, White EP, Mortimer PH. Ryegrass staggers: isolation of potent neurotoxin lolitrem A and lolitrem B from staggers-producing pastures. New Zealand Veterinary Journal 1981; 29: 189–90.
17. Gallagher RT, Latch GCM, Keogh RG. The janthitrems: fluorescent tremorgenic toxins produced by *Penicillium janthinellum* isolates from ryegrass pastures. Applied Environmental Microbiology 1980; 39: 272–73.
18. Arp LH, Richard JL. Intoxication of dogs with the mycotoxin penitrem A. Journal American Veterinary Medicine Association 1979; 175: 565–66.
19. Cole RJ, Kirksey JW, Dorner JW, Wilson DM, Johson Jr. JC, Johson AN, Bedell DM, Springer JP, Chexal K, Clardy JC, Cox RH. Mycotoxins produced by *Aspergillus fumigatus* species isolated from molded silage. Agricultural and Food Chemistry 1977; 25: 826–30.
20. Dorner JW, Cole RJ, Hill RA. Tremorgenic mycotoxins produced by *Aspergillus fumigatus* and *Penicillium crustosum* isolated from molded corn implicated in a natural intoxication of cattle. Journal Agricultural and Food Chemistry 1984; 32: 411–13.
21. Kellerman TS, Newsholme SJ, Coetzer JAW, Van der Westhuizen GCA. A tremorgenic mycotoxicosis of cattle caused by maize sprouted infested with *Aspergillus clavatus*. Onderstepoort Journal Veterinary Research 1984; 51: 271–74.
22. Shreeve RJ, Patterson DSP, Roberto BA, Mac Donald SW, Wood EN. Isolation of potentially tremorgenic fungi from pasture associated with a condition resembling ryegrass staggers. Revista de Medidina Veterinaria Buenos Aires 1978; 59: 305–06.
23. Barnett HL. Illustrated genera of imperfect fungi. Minneapolis, USA: Burgess Publishing Co, 1955.
24. Cysewski SJ, Bartz AL, Pior AC. Penitrem A intoxication of calves: blood chemical and pathologic changes. American Journal Veterinary Research 1975; 36: 53–58.
25. Di Menna ME, Mantle PG. The role of *Penicillia* in ryegrass staggers. Research Veterinary Science 1978; 24: 347–51.
26. Valdes JJ, Cameron JE, Cole RJ. Aflatrem: a tremorgenic mycotoxin with acute neurotoxic effect. Environmental Health Perspectives 1985; 62: 459–63.
27. Mantle PG, Mortimer PH, White EP. Mycotoxic tremorgens of *Claviceps paspali* and *Penicillium cyclopium*: a comparative study of effects on sheep and cattle in relation to natural staggers syndromes. Research Veterinary Science 1977; 24: 49–56.
28. Ciegler A. Tremorgenic toxin from *Penicillium palitans*. Applied Microbiology 1969; 18: 128–29.
29. Raper KB, Fennel DI, Thom Ch. A manual of the *Penicillia*. Baltimore: The Williams and Wilkins Company. Waverly Press, Inc., 1949.
30. Ramirez C. Manual and atlas of the *Penicillia*. Amsterdam: Elsevier Biomedical Press, 1982.
31. Ciegler A, Pitt JI. Survey of the genus *Penicillium* for tremorgenic toxin production. Mycopathologia Mycology Applied 1970; 42: 11924.
32. Gallagher, RT, Latch GCM. Production of the tremorgenic toxins verruculogen and fumitremorgen B by *Penicillium piscarium* Westling. Applied Environmental Microbiology 1977; 33: 730–31.