Pergamon

Neurotoxicology and Teratology, Vol. 17, No. 4, pp. 413–418, 1995
Copyright © 1995 Elsevier Science Ltd
Printed in the USA. All rights reserved
0892-0362/95 $9.50 + .00

0892-0362(94)00078-6

# Consistent Striatal Damage in Rats Induced by 3-Nitropropionic Acid and Cultures of Arthrinium Fungus

YITONG FU, FENGSHENG HE,[1] SHOULIN ZHANG AND XIAOYUN JIAO

*Institute of Occupational Medicine, Chinese Academy of Preventive Medicine, 29 Nan Wei Road, Beijing 100050, P.R. China*

Received 19 January 1993; Accepted 7 November 1994

FU, Y., F. HE, S. ZHANG AND X. JIAO. *Consistent striatal damage in rats induced by 3-nitropropionic acid and cultures of arthrinium fungus.* NEUROTOXICOL TERATOL 17(4) 413–418, 1995.—Arthrinium fungi were cultivated from the samples of mildewed sugarcane which caused acute encephalopathy and delayed dystonia in children. The Arthrinium cultures (AC) contained 5 mg/ml 3-nitropropionic acid (3-NPA) after being inactivated and concentrated. A neuropathological study was carried out in rats intoxicated with 3-NPA and AC, respectively. Consistent bilateral striatal necrosis was found in rats with both poisonings, and the severity was well correlated with persistent recumbency which was a clinical indicator of the development of morphological brain lesions. A reproducible animal model of striatal damage has been produced in rats by IP injections of 10 mg/kg 3-NPA, 6 times a day, with an interval of 1.5 h for 3–5 days. The clinical and neuropathological manifestations in rats dosed with AC were nearly the same as those dosed with 3-NPA. The striatal lesions induced by 3-NPA and AC in poisoned rats were in accordance with the bilateral lenticular hypodensity found by CT scanning in patients of mildewed sugarcane poisoning with delayed dystonia. This neuropathological evidence supports previous epidemiological and mycological findings which indicate that 3-NPA is the possible pathogen of acute mildewed sugarcane poisoning.

3-Nitropropionic acid Mycotoxin Striatal damage Rat Animal model

SUGARCANE is a favorite food of children in some parts of the world. It is grown in the southern part of China and normally harvested in late October. During the winter of each year, a large amount of sugarcane is transported to the north of China to be stored over winter and consumed often around the Chinese New Year in early spring. Because of improper preservation, the sugarcane may become mildewed and can cause acute intoxication if eaten. The outbreaks of acute mildewed sugarcane poisoning usually occur between January and March, mainly in northern China and always involve children (5,6,9,11,17). The prime clinical features of all outbreaks of acute mildewed sugarcane poisoning are consistent and stereotyped. The initial symptoms are of gastrointestinal irritation and the onset is abrupt. The involvement of the central nervous system at the acute stage is manifested as disturbance of consciousness, frequent convulsions, extensor plantar reflexes or diffuse EEG abnormalities, and indicate a diffuse encephalopathy. Some severe cases may develop delayed dystonia and show consistent bilateral hypodensities in lenticular nuclei by CT scanning (5).

The etiology of acute mildewed sugarcane poisoning has been extensively investigated by mycological studies. The results showed that Arthriniums were the predominant fungi cultivated from the samples of mildewed sugarcane (9,10). The toxic substance isolated from the Arthrinium cultures was shown to be 3-nitropropionic acid by ultraviolet spectrophotometry and mass spectrographic analysis (7). However, neuropathological evidence of Arthrinium mycotoxin-induced poisoning has not been available.

This article describes a consistent striatal damage produced by both 3-NPA and Arthrinium cultures (AC) in rats. This study provides neuropathological evidence supporting previous epidemiological and mycological findings which indicate that 3-NPA, a mycotoxin produced by Arthrinium, is the

[1] To whom requests for reprints should be addressed.



EXHIBIT
40
tabbles'

TABLE 1
DOSING REGIMES OF 3-NPA AND AC

| Groups | Subgroups | n | Dosing Substances | Dose (mg/kg) | Dosing Route | Frequency |
|---|---|---|---|---|---|---|
| A | A1 | 10 | 3-NPA | 80 | p.o | once |
| | A2 | 10 | 3-NPA | 40 | p.o | ** |
| | A3 | 10 | 3-NPA | 20 | p.o | a |
| | A4 | 8 | PBS | | p.o | |
| B | B1 | 12 | 3-NPA | 75 | IP | once |
| | B2 | 22 | 3-NPA | 10 | IP | b |
| | B3 | 10 | PBS | | IP | |
| C | | 8 | AC | 20* | p.o | a |
| D | $D_1$ | 5 | 3-NPA | 60 | p.o | once |
| | $D_2$ | 5 | AC | 60* | p.o | once |
| | D3 | 5 | 3-NPA | 120 | p.o | once |
| | D4 | 5 | AC | 120* | p.o | once |

3-NPA = 3-nitropropionic acid; AC = Arthrinium cultures; PBS = phosphate buffer solution.
a: 3 times a day, with an interval of 4 h, for 5–9 days; b: 6 times a day, with an interval of 1.5 h, for 3–5 days.
*Calculated by the content of 3-NPA; **Once a day for 4–8 days.

pathogen of acute mildewed sugarcane poisoning which selectively damaged the striatum. A reproducible animal model has also been established.

## METHOD

### Dosing Regimes

Male Wistar rats with body weights ranging between 150–200 g were used in this study. The rats were maintained under standard laboratory conditions (22°C, humidity 40%–60%) and divided in four groups.

*3-NPA groups.* 3-NPA (Sigma Co.) was buffered by 0.1M phosphate buffer solution. Rats in groups A and B were used for neuropathological studies. The dosing regimes are shown in Table 1.

*AC groups.* The AC, cultures of Arthrinium fungi, were cultivated from the samples of mildewed sugarcane which caused an outbreak of acute poisoning leading to delayed dystonia at a prevalence of 18% in those presenting with initial symptoms during 1987 (6). It contained 5 mg/kg 3-NPA after being inactivated, concentrated and preserved at 4°C. The content of 3-NPA in AC was determined by gas chromatography-TEA analyzer (12). Rats in group C were used for neuropathological analysis. Rats in group D were used for comparison of acute toxicity between 3-NPA and AC. The dosing regimes are shown in Table 1. Oral exposure was chosen because the mildewed sugarcane poisoning in children occurred after eating. In rats of group D, two doses, 60 mg/kg (a nonintoxication dose) and 120 mg/kg (a lethal dose), were used to better compare the toxicity between 3-NPA and the AC.

### Pathology

The rats of groups A, B, and C were anesthetized by IP injection with 50 mg/kg pentobarbital and then killed by cardiac perfusion via the left ventricle with Bouin's solution for light microscopic examination or by a combination of 4% paraformaldehyde and 5% glutaraldehyde in 0.1M phosphate buffer solution for electron microscopic studies. The fixed brain of each animal was removed and coronally sectioned into three parts at the level of chiasma opticum and the cerebral peduncles. For light microscopy, brain slices were dehydrated in graded ethanol solutions, embedded in paraffin, sectioned at approximately 5 μm, and stained with hematoxylin-eosin, luxol fast blue or Weil's technique. For electron microscopy, cubes of tissues from striatum (also called caudate-putamen in rats), hippocampus, thalamus, cerebral cortices, and cerebellum were taken, postfixed in osmium tetroxide, dehydrated in graded ethanol solutions and embedded in Polybed 812. One-micrometer sections were stained with toluidine blue for light microscopic examination. Thin sections (60 nm) were stained with lead citrate and uranyl acetate and viewed



FIG. 1. Bilateral striatal necrosis (arrow head) and unilateral striatal bleeding (arrow) as well as demyelination of cerebral cortex subjacent to the rhinal sulcus (thin arrow) in a rat of subgroup A3 with recumbency lasting for 10 h (Weil's stain) ×12.




FIG. 2. Gradation of striatal changes in 3-NPA treated rats: (A) Grade 0: normal striatum from a control rat (HE, ×62.5). (B) Grade I: darkening of some neuronal cytoplasm in the striatum of a rat in subgroup A1 with recumbency lasting for 0.5 h (HE, × 62.5). (C) Grade II: neuronal shrinkage in the striatum of a rat in subgroup A2 with recumbency lasting for 3 h (HE, × 62.5). (D) Grade III: marked shrinkage of neurons in the striatum of a rat in subgroup B2 with recumbency lasting for 5 h (HE, ×125). (E) Grade IV: necrosis of the striatum of a rat in subgroup A3 with recumbency lasting for 10 h (HE, ×62.5).

with a Hitachi H-600 electron microscope. Spinal cord, liver, lungs, and kidneys were also examined by light microscopy.

## RESULTS

### *Clinical Manifestations of 3-NPA Intoxication*

All intoxicated rats first showed somnolence and inactivity, then suddenly developed increased movements characterized by wobbly gait, swinging to and fro as well as rolling and jumping. The rats finally went into a ventral or lateral recumbency often with rigid extension of limbs, and eventually died of respiratory failure. There was no apparent difference in clinical manifestations of intoxication among all subgroups either by p.o. or by IP.

The latent period for development of increased movement in rats given a single large dose of 3-NPA was 45–75 min in subgroup A1, and 35–60 min in subgroup B1. The latent period in rats given repeated lower doses was 15–120 min in subgroups A2 and A3, and 10–110 min in subgroup B2. The duration of the recumbency varied among rats in different groups. The recumbency often lasted less than for 3–4 h in subgroups A1, A2, and B1. However, in subgroups A3 and B2, the intoxication developed slowly due to repeated small dosages, and some poisoned rats developed recumbency which lasted for a much longer time without death, providing the potential of creating an animal model of striatal damage.

### *Neuropathological Changes Induced by 3-NPA*

In groups A and B, the morphological lesions were only found in the brain. The damage was bilateral and symmetrical and was most frequently seen in the striatum (especially in the ventral part, Fig. 1). The striatal lesions initially showed neuroplasmic darkening, then developed shrinkage of neurons and vacuolation of white matter. In more severe cases, loss of neurons, collapse of neuropil and disappearance of normal structure occurred. Bleeding in the striatum was found in rats with recumbency lasting for more than 10 h (Fig. 1). Gitter cells were also found in the lesions of rats with recumbency lasting for 5 days.

Based on the severity of the pathologic lesions observed by light microscopy, the striatal damage was graded as follows: Grade 0: normal or basically normal neuronal appearance (Fig. 2A). Grade I: darkening of some neuronal cytoplasm (Fig. 2B). Grade II: shrinkage of neurons (Fig. 2C). Grade III: marked shrinkage of neurons (Fig. 2D). Grade IV: necrosis or bleeding of the striatum (Fig. 2E). The grade II striatal lesions were more frequently seen in dosed rats, either by p.o or IP, with a recumbent period of more than 0.5 h, whereas the striatal damage of grades III and IV mainly occured in intoxicated rats showing recumbency for 5–10 h (Table 2).

Similar neuronal changes were also found bilaterally in hippocampus, thalamus, and cerebral cortices in rats dosed with 3-NPA by p.o or IP routes with recumbent periods of more than 0.5 h. However, these lesions were much milder than those in the striatum.

Ultrastructurally, the early changes of neurons consisted of marked clumping of nuclear chromatin and decreased cytoplasmic lucency. The mitochondria were often swollen with loss of cristae. Shrinkage of neuronal cytoplasm and nucleus subsequently developed with remarkable swelling of perineuronal processes (Fig. 3B). Intramyelinic edema in axons with splitting of myelin and swelling of mitochondria was also noted. Swelling of cytoplasm, chromatin clumping, and swollen mitochondria could also be seen in astrocytes and endothelial cells. The capillaries were often compressed by swollen astrocytic processes (Fig. 4).

There were no apparent differences in pathologic changes between rats dosed by p.o. and IP routes. The results of the pathologic examination are listed in Table 2. No obvious pathologic changes were found in the spinal cord, liver, lungs, or kidneys of rats intoxicated with 3-NPA.

### *Comparison of Toxicity and Neuropathological Changes Between AC and 3-NPA*

The pathologic changes in rats of group C dosed with AC (Fig. 5) were nearly of the same characteristics as those in rats of groups A and B intoxicated with 3-NPA (Fig. 1). Bilateral striatal damage of grades II and III appeared in rats of group C with recumbent periods of 5 h. The rats showing recumbency over 10 hours had striatal damage of grade III or IV. The results are listed in Table 2.

In the study of toxicity comparison, no rat in subgroups D1 and D2 became poisoned. All rats in subgroup D3 died. Four out of five rats died in subgroup D4. The rest also devel-

TABLE 2

MORPHOLOGICAL LESIONS OF STRIATUM IN RATS INTOXICATED WITH 3-NPA (GROUP A AND B) AND AC (GROUP C)

| Groups | Number of Rats | Recumbent Period (h) | Number of Rats Examined | Number of Rats With Each Grade of Striatal Damage | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 0 | I | II | III | IV |
| A | 21 | 0 | 3 | 3 | 0 | 0 | 0 | 0 |
| | | 0.5–4 | 9 | 2 | 3 | 2 | 2 | 0 |
| | | >10 | 9 | 0 | 0 | 3 | 3 | 3 |
| B | 28 | 0 | 13 | 11 | 2 | 0 | 0 | 0 |
| | | 0.5–3 | 8 | 1 | 3 | 2 | 2 | 0 |
| | | 5 | 4 | 0 | 0 | 2 | 1 | 1 |
| | | 10 | 3 | 0 | 0 | 0 | 3 | 0 |
| C | 8 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| | | 1 | 2 | 0 | 2 | 0 | 0 | 0 |
| | | 5 | 2 | 0 | 0 | 1 | 1 | 0 |
| | | 10 | 2 | 0 | 0 | 0 | 1 | 1 |

Case 4:03-cv-04019-KES Document 219-43 Filed 12/07/04 Page 5 of 7 PageID #: 4181





(A)



(B)

FIG. 3. (A) A normal neuron of the striatum from a control rat (×3,000). (B) A seriously shrunken neuron surrounded by swollen cell process (arrow) from a rat of subgroup A3 with recumbency lasting for 10 h (×6,000).

oped clinical signs of intoxication. No apparent difference in clinical signs was found between the subgroups D3 and D4 which were orally dosed with 120 mg/kg 3-NPA and 120 mg/kg AC (calculated by the content of 3-NPA), respectively.

## DISCUSSION

A selective, bilaterally symmetrical necrosis in the striatum was found in 3-NPA poisoned rats when they developed recumbency persisting for several hours (Table 2). Therefore, the recumbent period is a consistent indicator of the development of morphological brain lesions. With these dosage regimes, the severity of striatal damage can be predicted by the length of recumbent period. A reproducible animal model of consistent striatal damage caused by acute 3-NPA poisoning has therefore been established. Rats orally dosed with 20 mg/kg 3-NPA, three times a day, with an interval of 4 h for 5–9 days, all had recumbency longer than 10 h and inevitably developed bilateral striatal damage. However, malnutrition may be present in some of these rats because of the longer period of intoxication. On the other hand, a IP dosage regime of 10 mg/kg 3-NPA, 6 times a day, with an interval of 1.5 h



FIG. 4. Swelling of endothelial cells of a capillary surrounded by swollen astrocytic process in the striatum of a rat in subgroup A3 with recumbency lasting for 10 h (×10,000).



FIG. 5. Bilateral and symmetrical necrosis of ventral striatum in a rat of group C dosed by AC, with recumbency lasting for 10 h (LFB stain) ×12.

for 3–5 days, also produced consistent, selective striatal damage in rats when the recumbency was present for 5 h without death. Therefore, to create selective striatal damage in rats for further studies, the dosage regime of "10 mg/kg 3-NPA by IP, 6 times a day, with an interval of 1.5 h for 3-5 days" would be a better choice for establishing the animal model.

3-NPA was reported to be a toxin which caused severe neurological disease in rats and mice characterized by somnolence, stereotyped paddling movement, and ventral or lateral recumbency (2,3). Similar symptoms were observed in this study. 3-NPA is also found in several higher plants and has been responsible for major livestock losses in the Western United States from British Columbia to Mexico (15). The mechanism of 3-NPA intoxication has been studied for more than 30 years. Hamilton reported that neither hypotension nor hypoxemia was developed during the period of recumbency (4). 3-NPA is an irreversible inhibitor of succinate dehydrogenase (13). Metabolic inhibition by 3-NPA may activate ATP-sensitive potassium channels (16). Intrastriatal injection of 3-NPA can cause marked increase in localized lactate production (1). The results of the present study indicate that the neuronal damage under light and electron microscopy is similar to that found in hypoxia/ischemia as shown by Hamilton et al. (2,3). It has been reported that excitatory amino acid neurotransmitters play an important role in ischemic damage of brain. Also, pretreatment with glutamate antagonists may greatly attenuate neuronal damage by 3-NPA (14). All these suggest that further studies on the relationship between excitotoxic amino acids and 3-NPA-induced selective striatal damage are warranted.

Lesions of striatum from softening to lacunation can be induced by a variety of factors, such as intoxication (e.g., methanol), cerebrovascular diseases, hypoxia-ischemia due to cardiorespiratory failure, hypoglycemia, hypotension, and perinatal brain damage. Possible theories on the mechanism of vulnerability of striatum to these factors include: (a) "pathoclisis" theory, based on the metabolic and physicochemical characteristics or its pattern of oxidative metabolism in a specific region of the brain; (b) hypoperfusion in the striatal area supplied by the lenticulostriate arteries; (c) disturbance of vasomotor regulation; (d) excitotoxic mechanism related to transmitters such as glutamate or its analogues. However, no satisfactory explanation is so far available (8). The present animal model of selective striatal damage may be useful for further investigation on the mechanism of striatal vulnerability.

The present study also compares the clinical and neuropathological changes of acute 3-NPA and AC poisoning in rats. The results show that the clinical features in rats intoxicated with AC at a dosage based on 3-NPA content are nearly the same as those intoxicated by 3-NPA with the same dose. The neuropathological changes in striatum of rats intoxicated by AC (Fig. 5) are not appreciably different from those induced by 3-NPA (Fig. 1). The consistent bilateral necrosis of striatum in rats with both poisonings are correlated to the bilateral lucency of putamen shown by CT scanning in the patients with delayed dystonia following acute mildewed sugarcane poisoning. This evidence suggests that 3-NPA produced by Arthrinium fungus from the mildewed sugarcane is most likely the pathogen inducing acute mildewed sugarcane poisoning in children.

ACKNOWLEDGEMENT

This research was supported by the Chinese National Natural Science Foundation No. 39170659. We thank Liu Xingjai for providing Arthrinium cultures for this study.

## REFERENCES

1. Brouillet, E.; Jenkins, B. G.; Hyman, B. T.; Ferrante, R. J.; Kowall, N. W.; Srivastava, R.; Roy, D. S.; Rosen, B. R.; Beal, M. F. Age-dependent vulnerability of the striatum to the mitochondrial toxin 3-nitropropionic acid. J. Neurochem. 60:356–359; 1993.
2. Gould, D. H.; Gustine, D. L. Basal ganglia degeneration, myelin alteration and enzyme inhibition induced in mice by the plant toxin 3-nitropropionic acid. Neuropathol. Appl. Neurobiol. 8(5): 377–393; 1982.
3. Hamilton, B. F.; Gould, D. H. Nature and distribution of brain lesions in rats intoxicated with 3-nitropropionic acid: A type of hypoxic brain damage. Acta. Neuropathol. 72:286–297; 1987.
4. Hamilton, B. F.; Gould, D. H. Correlation of morphological brain lesions with physiological alterations and blood–brain barrier impairment in 3-nitropropionic acid toxicity in rats. Acta. Neuropathol. 74:67–74; 1987.
5. He, F. S.; Zhang, S. L.; Liu, L. H.; Yuan, L.; Guo, Y. Y. Extrapyramidal lesions induced by mildewed sugarcane poisoning, three case reports. Chinese J. Med. 67:395–397; 1987.
6. He, F. S.; Zhang, S. L.; Zhang, C. L.; Qian, F. Y.; Liu, X. J.; Lo, X. Y. Mycotoxin induced encephalopathy and dystonia in children. In: Volans, G. N., eds. Basic science in toxicology. London: Taylors & Francis; 1990:596–604.
7. Hu, W. J.; Liang, X. T.; Cheng, X. M.; Wang, Y. P.; Liu, X. J.; Luo, X. Y.; Li, Y. W. The isolation and structure identification of a toxic substance, 3-nitropropionic acid, produced by Arthrinium from mildewed sugarcanes. Chin. J. Prevent. Med. 20:321–323; 1986.
8. Jellinger, K. (Exogenous) striatal necrosis. In: Vinken, P. J.; Bruyn, G. W.; Klawans, H. L., eds. Handbook of clinical neurobiology: Chapter 29. New York: Elsevier; 1986:499–518.
9. Liu, X. J. Investigations on the etiology of mildewed sugarcane poisoning, a review. Chin. J. Prevent. Med. 20:306–608; 1986.
10. Liu, X. J.; Luo, X. Y.; Liu, X. M.; Liu, X. F.; Li, Y. W. The etiological studies of mildewed sugarcane poisoning, II. isolation and toxic test of pathogen. J. Hygiene Research 13:28–33; 1984.
11. Liu, X. J.; Hu, W. J.; Wang, Y. H.; Li, Y.; Wang, Z. Studies on the mycology and mycotoxin in an outbreak of deteriorated sugarcane poisoning. Chin. J. Prevent. Med. 23:345; 1989.
12. Liu, Y.; Wu, Y. N.; Liu, Z. Y.; Xiao, Y.; Zhu, J. Q. Determination of 3-nitropropionic acid using gas chromatography-TEA analyzer and studies of it's toxicokinetics in rats. J. Hygiene Res. 22(1):35–38; 1993.
13. Ludolph, A. C.; He, F. S.; Spencer, P. S.; Hammerstad, J.; Sabri, M. 3-nitropropionic acid-exogenous animal neurotoxin and possible human striatal toxin. Can. J. Neurol.Sci. 18:492–498; 1991.
14. Ludolph, A. C.; Seelig, M. O.; Ludolph, A.; Novitt, P.; Allen, C. N.; Spencer, P. S.; Sabri, M. 3-nitropropionic acid decrease cellular energy levels and causes neuronal degeneration in cortical explains. Neurodegeneration 1:21–28; 1992.
15. Majak, W.; Pass, M. A. Aliphatic nitrocompounds. In: Cheeke, P. R. ed. Toxicants of plant origin. Vol II. Glycosides. Boca Raton, FL: CRC Press; 1990:143–160.
16. Riepe, M.; Hori, N.; Ludolph, A. C.; Carptenter, D. O.; Spencer, P. S.; Allen, C.N. Inhibition of energy metabolism by 3-nitropropionic acid activates ATP-sensitive potassium channels. Brain Res. 586:61–66; 1992.
17. Zhang, S. L.; Yu, S. L.; Zhang, Y. J.; Zhou, X. R.; Li, Z. M.; Zhang, C. L.; Jian, F. Y.; He, F. S. Diagnosis of acute mildewed sugarcane poisoning. J. Hygiene Res. 18:47–49; 1989.