Research in Veterinary Science 1997, 62, 111-116

P. (1986) The mecha- glucose, insulin and β- 193-298
C. R. (1989) Oxytoci- eonatal sheep. Endocr.

Received April
Accepted July

# Effect of the mycotoxins penitrem, paxilline and lolitrem B on the electromyographic activity of skeletal and gastrointestinal smooth muscle of sheep

B. L. SMITH, *Toxicology and Food Safety Research Group, New Zealand Pastoral Agriculture Research Institute (Ltd), Ruakura Research Centre, PB 3123, New Zealand*, L. M. McLEAY, *Department of Biological Sciences, The University of Waikato, PB 3105 Hamilton, New Zealand*, P. P. EMBLING, *Toxicology and Food Safety Research Group, New Zealand Pastoral Agriculture Research Institute (Ltd), Ruakura Research Centre, PB 3123, New Zealand*

## SUMMARY

The electromyographic (EMG) activity of skeletal muscle was investigated as a method of recording the tremorgenic activity of the mycotoxins penitrem, paxilline and lolitrem B in sheep. EMG recordings were made concurrently from the abomasal antrum and duodenum to study the effects of these tremorgens on smooth muscle of the gut. Penitrem (2·2 to 7·5 μg kg$^{-1}$) induced mild to moderate tremors within 15 to 20 minutes of injection which lasted for two to four hours. Paxilline (0·66 to 1·5 mg kg$^{-1}$) induced mild to moderate tremors immediately which lasted for one to two hours. Lolitrem B (25 to 110 μg kg$^{-1}$) had no effect at low doses, but at higher doses it produced tremors appearing over 20 to 30 minutes which persisted for more than 24 hours. The best measure of tremor indicated by skeletal muscle EMG was recorded from the shoulder area. The responses of smooth muscle of the antrum and duodenum to the tremorgens were variable. They included inhibitory effects on the antrum but no stimulation. The tremorgens had inhibitory effects on the duodenum on some occasions but on others, phase III migrating myoelectric complex-like activity was stimulated.

MANY mycotoxins have been associated with both natural and experimental tremoring conditions in animals (Gallagher et al 1980, 1981, Cole and Dorner 1985, Mortimer and di Menna 1985, Valds et al 1985). These toxins, known collectively as tremorgenic mycotoxins, have been associated with a number of fungal genera such as *Aspergillus, Penicillium, Claviceps* and *Acremonium*. The last three genera produce respectively, penitrem, paxilline and lolitrem B, all known tremorgens associated with diseases of domestic animals. The modes of action and metabolic fate of some of these tremorgens have been studied (Mason 1968, Mantle 1983, Gallagher and Hawkes 1986, Selala et al 1991, Hawkes et al 1993) although little is known about their characteristics and wider modes of action. Ryegrass staggers (RGS) is caused by the tremorgen lolitrem B (Gallagher et al 1981, 1984, Hawkes et al 1993) but it has not been possible to investigate this toxin extensively, because it has been in short supply owing to difficulties in extracting and purifying it from ryegrass seed. However, the other tremorgenic toxins can be produced in relatively large amounts in culture and have a very similar structure to lolitrem and cause similar (although usually shorter lasting) clinical signs in animals. Attempts are being made to breed for resistance to ryegrass staggers (Hawkes et al 1993) and this requires the development of a method of measuring the responses of animals to the toxin.

The electromyographic (EMG) activity of skeletal muscle is one possible indicator of the severity of response, and hence resistance to the toxin, and also provides a quantitative objective recorded response which can be used to evaluate specific modulators of neurotransmission.

This paper describes experiments to determine the effective doses of penitrem, paxilline and lolitrem B for inducing tremorgenic activity, as indicated by different skeletal muscle EMGs, and to determine the influence of these tremorgens on the activity of the smooth muscle of the gut.

## MATERIALS AND METHODS

*Tremorgens*

The three tremorgens penitrem (88·3 per cent penitrem A, 6·4 per cent penitrem B and 5·3 per cent penitrem E), paxilline and lolitrem B were dissolved in 2 to 3 ml acetone in quantities found in previous studies by Hawkes et al (1993) to produce moderate tremors in sheep. It was a requirement of the Animal Ethics Committee that the doses used should reduce the ill effects on the animals to a minimum. A range of doses of tremorgens was therefore given, the majority of which produced mild to moderate tremors. Pentobarbitone sodium (Nembutal, Sanofi) was available in case severe tremors occurred. Barbiturate anaesthesia has been shown to block the effects of lethal doses of tremorgens (Peterson et al 1982).

Three castrated male and two female Romney sheep one to two years old and weighing 20 to 45 kg were maintained indoors in pens; they were fed a daily diet of 1200 g dried chaffed meadow hay and 100 g concentrate pellets. Each sheep was prepared by suturing a set of three stainless steel electrode wires (Cooner Chatsworth, CA, USA) into the smooth musculature of the pyloric antrum and duodenum (5 cm cranial and caudal to the pylorus respectively) under general anaesthesia as described by McLeay et al (1990). The electrodes were exteriorised via the abdominal wall. These preparations were maintained and tested for at least

© 1997 W. B. Saunders Company Ltd

EXHIBIT
41

two months before each experiment. Between eight hours and one hour before each tremorgen challenge each sheep had three platinum cap electrodes (Devices UK) sutured to the skin above the lateral neck muscles and another set of three electrodes attached above either the shoulder, lumbar or hind limb musculature. Contact of these electrodes with the skin was aided by electrode jelly.

The electrodes were connected to AC preamplifiers (Grass P15) and the EMGs were integrated with a Devices 3520 integrator and recorded on an M19 chart recorder (Devices UK) as described by McLeay et al (1990). A typical recording is shown in Fig 1. In addition the outputs of the integrators were captured on disc and analysed by using a computer program (John Curtis, The University of Waikato 1989) which provided total integrated volts under the trace over any time period.

At least 24 hours before each experiment each sheep had an intravenous catheter inserted into one jugular vein and anchored at its exit position.

The animals were kept standing during the experiments by suspending a sling beneath their brisket, except when the tremors were severe. The animals were then permitted to lie down and as a result the EMG activity of skeletal muscle was greatly reduced or absent.

*Experimental procedure*

Before each administration of tremorgen a normal recording was collected for at least 30 minutes, followed by further 30 minutes recordings immediately after the administration of a volume of acetone and immediately before the administration of the tremorgen in the same volume of acetone. In addition, as separate controlled experiments, two doses of 3 ml acetone were given 30 minutes apart. The 3 ml of acetone was infused slowly over two minutes into the jugular catheter and washed in with 2 ml heparinised saline. Recordings were continued for up to seven hours after the administration of tremorgen.

These experiments were approved by The University of Waikato Animal Ethics Committee and the Ruakura Research Centre Animal Ethics Committee.

*Data analysis*

The effects of the substances on the EMG activity of smooth muscle of the antrum and duodenum, and the skeletal muscles were observed for each sheep from the chart recordings (Fig 1). Quantitative data provided by the computer program were normalised for each animal, by expressing the EMG activity in volts over 15 minute periods, as a percentage of the average of the first two 15 minute periods. The skeletal muscle activity from the different sites has been combined to show the comparative effects of the tremorgens (Fig 2).

## RESULTS

*Effects of tremorgens on electrical activity of skeletal muscle*

Recordings from four different areas, the neck, shoulder, and lumbar and upper hind limb skeletal muscle were made. The shoulder was found to be the most sensitive region as an indicator of mild visually observable tremors. All the regions produced marked EMG activity with moderate or strong tremors (Fig 1).




FIG 1: Recordings of integrated EMGs from a sheep which received 2 ml acetone and 30 minutes later, the tremorgen paxilline. Note the appearance of MMC-like activity in the duodenum

Case 4:03-cv-04019-KES Document 219-44 Filed 12/07/04 Page 3 of 7 PageID #: 4200






FIG 2: Mean (SEM) skeletal muscle EMGs to acetone (●) and the tremorgens penitrem (■), paxilline (O) and lolitrem B (□). The first arrow indicates the administration of acetone and the second arrow the administration of a second dose of acetone or tremorgen. The values are presented as changes every 15 minutes expressed as a ratio of that activity averaged over the first 30 minutes before acetone and taken as 1·00. The different regions of skeletal muscle have been combined for the five sheep

*Acetone.* The doses of acetone had no effect on skeletal EMG activity (Fig 1). The animals responded to its administration by 'licking their lips' within a few seconds of the injection beginning.

*Penitrem.* In all five sheep penitrem at 2·2 to 7·5 μg kg$^{-1}$ produced mild to moderate tremors which began about 10 to 20 minutes after the injection. The tremors reached a maximum after 30 minutes and persisted for up to two-and-a-half hours (Fig 2). The lower doses were marginal in effect.

*Paxilline.* In all five sheep paxilline at 0·66 to 1·5 mg kg$^{-1}$ produced fine to moderate tremors, usually by the end of the two minute injection (Fig 1). They occurred in clones whose strength gradually diminished and disappeared over the next hour (Fig 2).

*Lolitrem B.* Lolitrem B was given at 25, 45, 80 and 110 μg kg$^{-1}$. In two sheep doses of 25 μg kg$^{-1}$ caused little or no visible tremors and they were not detected by EMG recordings. Moderate tremors were produced by 45 and 80 μg kg$^{-1}$ in two other sheep. These were first evident after 15 minutes and slowly increased in severity, lasting several hours with the higher dose. In the fifth sheep the highest dose of 110 μg kg$^{-1}$ resulted in tremors which built up over 30 to 45 minutes and became severe for many hours. The animal continued to exhibit tremor on standing even after 24 hours. In Fig 2 the effects on skeletal muscle of the three highest doses of lolitrem B have been combined.

### *Effects of tremorgen on electrical activity of smooth muscle of the antrum and duodenum*

The antral and duodenal EMG varied during the recordings made before the administration of tremorgens. The most pronounced variation occurred with the onset of phase III of the migrating myoelectric complex (MMC), in which duodenal EMG activity increased and was then followed by the cessation of activity for 20 to 30 minutes. The antral EMG was also reduced during this period. In sheep this periodic activity normally occurs every 60 to 90 minutes (Ruckebusch and Bueno 1977). Its occurrence in these experiments contributed to the considerable variation, particularly in the combined data from the duodenum. The effects of the tremorgens were more clearly observed in each individual recording and the data for individual animals for each tremorgen and acetone are presented in Table 1 for the antrum and Table 2 for the duodenum.

*Acetone.* Two doses of 2 ml acetone were given 30 minutes apart to four sheep and in three of them neither dose had a detectable effect on either the antral or duodenal EMG activity compared with the normal variation described above. In one animal acetone precipitated or coincided with the appearance of phase III MMC-like activity (Fig 1), but this was not repeated with a second dose given 30 minutes later in a control experiment.

*Penitrem.* Penitrem in doses of 2·2 to 7·5 μg kg$^{-1}$ was clearly inhibitory on the antrum of four of the five sheep (see #, for sheep 1, 2, 3 and 4 in Table 1). The inhibition became apparent within 10 minutes (Fig 3) and lasted more than three-and-a-half hours. The duodenum was inhibited over a similar period in three animals (Fig 3; see #, for sheep 1, 2 and 3 in Table 2) and in two animals penitrem stimulated phase III MMC-like activity of the duodenum (see o, for sheep 3 and 4 in Table 2).

*Paxilline.* Paxilline in doses of 0·66 to 1·5 mg kg$^{-1}$ was inhibitory on the antrum in two of the five animals (see *, for sheep 1 and 3 in Table 1); the effect was immediate (Fig 3) and lasted up to one hour. In two animals there was no effect on the antrum. A reduction in duodenal activity was observed in four animals (see *, for sheep 1, 2, 3 and 5 in Table 2), and there was a marked stimulation of phase III MMC-like activity in the other animal (Fig 1, Table 2).

*Lolitrem B.* In two sheep lolitrem B at doses of 110 and 80 μg kg$^{-1}$ inhibited the activity of the antrum (see x, for sheep 1 and 2 in Table 1) and a dose of 110 μg kg$^{-1}$ inhibited the activity of the duodenum in one sheep (see x, for sheep 1 in Table 2). The effect began within 30 minutes (Fig 3) and lasted for up to two hours. In the three sheep given lower doses of 25 to 45 μg kg$^{-1}$, an inhibitory effect on the antrum was observed in one animal (see x, for sheep 3 in Table 1), and on the duodenum in two animals (see x, for sheep 3 and 5 in Table 2). In one animal the duodenum was stimulated (sheep 4 in Table 2). No distinct effect was seen in the grouped data.

## DISCUSSION

The electromyographic responses of the skeletal muscles of the sheep to penitrem, paxilline and lolitrem B showed that the following doses were effective. Penitrem caused mild tremors at 2·2 μg kg$^{-1}$, and moderate tremors at 4·4 μg kg$^{-1}$. Paxilline caused mild to moderate tremors between 0·7 and 1·5 mg kg$^{-1}$. Lolitrem B caused moderate tremors at between 45 and 80 μg kg$^{-1}$ and severe tremors at 110 μg kg$^{-1}$. These results agree with the visually observed responses of sheep to these tremorgens by Hawkes et al (1993) and indicate that sheep are as susceptible as mice and other animals to similar dose rates of these tremorgens (Stern 1971, Sabotka et al 1978, Peterson et al 1982, Gallagher and Hawkes 1985, 1986, Miles et al 1992). Not only did the sheep respond to the tremorgens in a similar way but the different durations of response to the different tremorgens were also similar. No sex differences in responsiveness have been recorded with tremorgens administered

Case 4:03-cv-04019-KES Document 219-44 Filed 12/07/04 Page 4 of 7 PageID #: 4201






FIG 3: Recordings of integrated EMGs of the antrum and duodenum in sheep 1, after the administration (at the arrow) of 2 ml of acetone alone and in the same volume of acetone, penitrem (4·4 μg $kg^{-1}$), paxilline (1·10 mg $kg^{-1}$) and lolitrem B (110 μg $kg^{-1}$)

experimentally. Nor have they been recorded in ryegrass staggers, the field condition believed to be caused by lolitrem B. In this experiment the use of castrated males and females was not considered likely to introduce significant variability. In these animals standing in crates, the EMG activity over the shoulder area was the most sensitive, and provided the best response of the four regions examined; it was used to make the recordings. This method of recording the responses to tremorgens may also provide an objective means of measuring the effects of different blocking agents and neurotransmitter modulators or moderators on the tremors caused by these tremorgens.




TABLE 1: Antral muscle EMG values in individual sheep in response to acetone (Ace), penitrem (Pen), paxilline (Pax) and lolitrem B (Lol)

| 15 min periods | 1 Ace | 1 Pen 4·4 µg | 1 Pax 1·10 mg | 1 Lol 110 µg | 2 Ace | 2 Pen 4·8 µg | 2 Pax 0·85 mg | 2 Lol 80 µg | 3 Ace | 3 Pen 4·4 µg | 3 Pax 0·66 mg | 3 Lol 25 µg | 4 Ace | 4 Pen 4·4 µg | 4 Pax 0·71 mg | 4 Lol 25 µg | 5 Ace | 5 Pen 7·5 µg | 5 Pax 1·5 mg | 5 Lol 45 µg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | – | 1·00 | 1·00 | 1·00 |
| A | | | | | | | | | | | | | | | | | | | | |
| 1 | 1·08 | 0·77 | 1·16 | 1·18 | 1·13 | 0·66 | 0·71 | 1·16 | 0·93 | 1·01 | 2·22 | 1·00 | 0·72 | 0·57 | 0·47 | 1·13 | – | 1·04 | 1·23 | 0·77 |
| 2 | 0·87 | 1·01 | 0·88 | 1·55 | 1·35 | 0·55 | 1·05 | 0·99 | 1·16 | 1·09 | 2·15 | 0·98 | 0·73 | 0·57 | 0·60 | 0·98 | – | 1·13 | 0·98 | 0·75 |
| A or T | | | | | | | | | | | | | | | | | | | | |
| 3 | 0·50 | 0·50 | 0·24* | 0·45x | 1·28 | 0·54 | 0·95 | 0·62x | 1·07 | 0·80 | 0·70* | 0·34x | 0·89 | 0·63 | 0·60 | 0·78 | – | 1·06 | 1·02 | 1·04 |
| 4 | 0·60 | 0·08# | 0·61* | 0·12x | 1·28 | 0·47# | 1·07 | 0·92 | 1·24 | 0·37# | 0·60* | 0·62x | 0·94 | 0·31# | 0·68 | 1·02 | – | 0·80 | 1·30 | 0·81 |
| 5 | 0·45 | 0·08# | 1·06 | 0·37x | 0·84 | 0·48# | 0·95 | 0·45x | 1·02 | 0·20# | 0·61* | 1·35 | 0·89 | 0·32# | 0·52 | 1·26 | – | 0·97 | 1·29 | 0·90 |
| 6 | 0·95 | 0·08# | 1·22 | 0·72x | 0·94 | 0·56 | 1·19 | 0·34x | 0·80 | 0·21# | 0·91 | 1·10 | 0·78 | 0·60 | 0·47 | 1·20 | – | 1·02 | 1·21 | 0·85 |
| 7 | 0·98 | 0·08# | – | 0·93x | 0·92 | 0·49 | 0·90 | 0·50x | 0·84 | 0·29# | 1·09 | 0·80 | 0·50 | 0·93 | 0·44 | 1·01 | – | 0·95 | 1·08 | 0·99 |
| 8 | 0·80 | 0·14 | – | 0·97 | 1·06 | – | 0·82 | 0·50x | 0·80 | 0·44 | 1·99 | 0·80 | 0·66 | 0·58 | 0·59 | 0·63 | – | 0·87 | 0·74 | 0·96 |
| 9 | 0·93 | 0·22 | – | 1·03 | 1·01 | – | 0·78 | 0·61x | 0·58 | 0·49 | 2·58 | 0·71 | 0·75 | 0·61 | 0·67 | 0·47x | – | 0·66 | 0·73 | 1·10 |
| 10 | 1·05 | 0·18 | – | 1·20 | 0·92 | – | 0·58 | 0·91 | 1·16 | 0·80 | 2·12 | 0·61 | 0·89 | 0·46 | 0·68 | 0·75 | – | 0·57 | 0·53 | 0·97 |
| 11 | – | – | – | 1·18 | 1·11 | – | 0·50 | 1·18 | 1·29 | 0·83 | 1·82 | 0·70 | 0·80 | 0·57 | 0·80 | 0·53x | – | 0·54 | 0·45 | 0·89 |
| 12 | – | – | – | 2·04 | 0·70 | – | 0·73 | 1·04 | – | 0·73 | 2·19 | 0·56 | 0·91 | 0·43 | 0·83 | 0·42x | – | 0·38 | 0·36 | 0·69 |
| 13 | – | – | – | 2·47 | – | – | – | 0·70 | – | – | – | – | – | – | – | 0·45 | – | – | – | – |
| 14 | – | – | – | 2·47 | – | – | – | 1·05 | – | – | – | – | – | – | – | 0·44 | – | – | – | – |
| 15 | – | – | – | 1·77 | – | – | – | 0·46 | – | – | – | – | – | – | – | – | – | – | – | – |
| 16 | – | – | – | 1·20 | – | – | – | 0·75 | – | – | – | – | – | – | – | – | – | – | – | – |
| 17 | – | – | – | – | – | – | – | 0·67 | – | – | – | – | – | – | – | – | – | – | – | – |
| 18 | – | – | – | – | – | – | – | 0·65 | – | – | – | – | – | – | – | – | – | – | – | – |

The values are presented as the changes every 15 minutes, expressed as a ratio of that activity averaged over the first 30 minutes before acetone and taken as 1·00 at period 0
For penitrem the values are the average of two experiments (sheep 2 and 3) and three experiments (sheep 5)
Acetone (A) was administered between periods 0 and 1 and acetone or tremorgen (T) between periods 2 and 3
The doses of tremorgens are given in amounts kilogram bodyweight$^{-1}$
Symbols #, * and x highlight data referred to in text

TABLE 2: Duodenal muscle EMG values in individual sheep in response to acetone (Ace), penitrem (Pen), paxilline (Pax) and lolitrem B (Lol)

| 15 min periods | 1 Ace | 1 Pen 4·4 µg | 1 Pax 1·10 mg | 1 Lol 110 µg | 2 Ace | 2 Pen 4·8 µg | 2 Pax 0·85 mg | 2 Lol 80 µg | 3 Ace | 3 Pen 4·4 µg | 3 Pax 0·66 mg | 3 Lol 25 µg | 4 Ace | 4 Pen 4·4 µg | 4 Pax 0·71 mg | 4 Lol 25 µg | 5 Ace | 5 Pen 7·5 µg | 5 Pax 1·5 mg | 5 Lol 45 µg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 | – | 1·00 | 1·00 | 1·00 |
| A | | | | | | | | | | | | | | | | | | | | |
| 1 | 0·97 | 0·24 | 0·90 | 0·72 | 1·64 | 0·92 | 1·23 | 0·21 | 0·77 | 0·92 | 1·00 | 0·79 | 1·36 | 0·92 | 2·41 | 1·09 | – | 1·38 | 0·97 | 0·80 |
| 2 | 0·80 | 0·59 | 0·45 | 1·17 | 2·07 | 0·68 | 1·12 | 0·60 | 0·95 | 1·05 | 0·97 | 1·06 | 0·54 | 0·85 | 0·81 | 0·83 | – | 1·32 | 1·35 | 0·59 |
| A or T | | | | | | | | | | | | | | | | | | | | |
| 3 | 0·97 | 0·24 | 0·00* | 1·61 | 1·14 | 1·03 | 1·00 | 0·43 | 0·77 | 1·17 | 0·32* | 1·62 | 0·61 | 1·44 | 3·42 | 0·91 | – | 0·85 | 0·49* | 0·79 |
| 4 | 0·34 | 0·00# | 0·32* | 0·28x | 1·57 | 0·34# | 1·54 | 0·26 | 0·74 | 3·30° | 0·56* | 0·23x | 0·61 | 2·03° | 2·58 | 1·47 | – | 0·79 | 1·12 | 0·60 |
| 5 | 0·91 | 0·00# | 0·52 | 0·33x | 2·07 | 0·28# | 1·85 | 0·34 | 0·95 | 1·66 | 0·21* | 1·06 | 0·54 | 0·46 | 1·57 | 1·36 | – | 0·75 | 1·02 | 0·76 |
| 6 | 1·03 | 0·06# | 0·32* | 0·44x | 0·43 | 0·36# | 0·65 | 0·47 | 0·84 | 0·57# | 0·35* | 0·79 | 0·44 | 1·18 | 0·90 | 0·88 | – | 0·56 | 0·70 | 0·41 |
| 7 | 1·03 | 0·00# | – | 0·89 | 1·21 | 0·05# | 0·54* | 0·64 | 0·91 | 0·51# | 0·77* | 0·38x | 0·64 | 0·89 | 0·90 | 1·06 | – | 0·40 | 0·63 | 0·56 |
| 8 | 0·74 | 0·00# | – | 1·11 | 1·50 | – | 0·58* | 0·72 | 1·12 | 0·78# | 1·09 | 0·53x | 0·17 | 0·62 | 1·04 | 0·72 | – | 0·53 | 0·39 | 0·59 |
| 9 | 0·63 | 0·00# | – | 1·00 | 1·00 | – | 0·54* | 0·77 | 0·53 | 1·66 | 1·09 | 0·38x | 0·48 | 1·06 | 1·04 | 0·60 | – | 0·40 | 0·88 | 0·37 |
| 10 | 0·57 | 0·24 | – | 0·89 | 1·07 | – | 0·62* | 1·15 | 0·77 | 0·94 | 0·79 | 0·23x | 0·48 | 0·75 | 1·16 | 3·55 | – | 0·56 | 0·72 | 0·45 |
| 11 | – | – | – | 0·56 | 1·14 | – | 0·19* | 0·98 | 0·95 | 0·73 | 0·79 | 0·45x | 0·44 | 0·66 | 1·10 | 0·19 | – | 0·76 | 0·83 | 0·17x |
| 12 | – | – | – | 0·61 | – | – | 0·58* | 1·02 | – | 0·55 | 0·97 | 0·46 | 0·34 | 0·82 | 1·10 | 0·68 | | 0·51 | 0·56 | 0·04x |
| 13 | – | – | – | 0·83 | – | – | – | 0·94 | – | – | – | – | – | – | – | 0·87 | – | – | – | – |
| 14 | – | – | – | 1·11 | – | – | – | 0·89 | – | – | – | – | – | – | – | 2·95 | – | – | – | – |
| 15 | – | – | – | 1·22 | – | – | – | 0·72 | – | – | – | – | – | – | – | – | – | – | – | – |
| 16 | – | – | – | 0·56 | – | – | – | 0·94 | – | – | – | – | – | – | – | – | – | – | – | – |
| 17 | – | – | – | – | – | – | – | 1·02 | – | – | – | – | – | – | – | – | – | – | – | – |
| 18 | – | – | – | – | – | – | – | 1·06 | – | – | – | – | – | – | – | – | – | – | – | – |

The values are presented as the changes every 15 minutes expressed as a ratio of that activity averaged over the first 30 minutes before acetone and taken as 1·00 at period 0
For penitrem the values are the average of two experiments (sheep 2 and 3) and three experiments (sheep 5)
Acetone (A) was administered between periods 0 and 1 and acetone or tremorgen (T) between periods 2 and 3
The doses of tremorgens are given in amounts kilogram bodyweight$^{-1}$
Symbols #, *, x and ° highlight data referred to in the text

alone and in the

ır regions ... This meth... y also provi... f different ... rs or moder...

This paper also describes the first in vivo measurements of the inhibitory influence of these three tremorgens on the smooth muscle electrical activity of the pyloric antrum and duodenum. The in vitro effects of paxilline, penitrem B and verruculogen have been described by Selala et al (1991); all three substances enhanced the electrically-stimulated contractions of guinea pig ileum but did not influence the contractions caused by exogenous acetylcholine. Their results suggested an enhanced release of acetylcholine.

In vivo, the tremorgens generally inhibited the activity of the antrum at the higher doses and sometimes stimulated MMC-like activity of the duodenum. In sheep, phase III MMC activity of the duodenum is associated with reduced activity of the antrum, thought to be a reflex inhibition (Ruckebusch and Bueno 1977). This type of response was observed in the present experiments, in addition to reduced antral activity not associated with MMC-like activity, indicating that there were direct inhibitory effects on the antrum, irrespective of actions on the duodenum. A stimulation of MMC-like activity of the duodenum has been observed after the administration of a number of pharmacologically active substances (Bueno and Fioramonti 1980, McLeay et al 1990) and was a feature of these tremorgens at lower doses, whereas at higher doses they had an inhibitory effect on the duodenum. Whether the effects on the antrum and duodenum were due to increased choliner-

gic activity could not be determined from these experiments. However, this effect of tremorgens on the smooth muscle of sheep may be of some significance because any interference with gastrointestinal motility is likely to affect the animal's efficiency of digestion. Idiopathic scouring and ill thrift of ruminants are common in New Zealand livestock, often when feed is abundant, and mycotoxins have been suggested as possible aetiological agents. These experiments show that the three mycotoxic tremorgens investigated, in addition to their well recognised effects on skeletal muscle, also have effects on the smooth muscle of the gut.


## ACKNOWLEDGEMENTS

The authors are grateful for the care of the animals by Margaret Auger. The tremorgens were prepared or supplied by Julia Penn, Chris Miles and Sarah Finch.


## REFERENCES


BUENO, L. & FIORAMONTI, J. (1980) Rhythms of abomaso-intestinal motility. In Digestive Physiology and Metabolism in Ruminants. Eds Y. Ruckebusch and P. Thivend. England, MTP Press Ltd. pp 53-80

COLE, R. J. & DORNER, J. W. (1985) Role of fungal tremorgens in animal disease. In Mycotoxins and Phycotoxins. Eds P. S. Steyn and R. Vleggaar. Amsterdam. Elsevier. pp 501-511

GALLAGHER, R. T., FINER, J & CLARDY, J. (1980) Paspalinine, a tremorgenic metabolite from *Claviceps paspali* (Stevens and Hall). *Tetrahedron Letters* 21, 235-238

GALLAGHER, R. T. & HAWKES, A. D. (1985) Estimation of neurotoxin levels in perennial ryegrass by mouse bioassay. *New Zealand Journal of Agricultural Research* 28, 427-431

GALLAGHER, R. T. & HAWKES, A. D. (1986) The potent tremorgenic neurotoxins lolitrem B and aflatrem – a comparison of the tremor response in mice. *Experientia* 42, 823-825

GALLAGHER, R. T., HAWKES, A. D., STEYN, B. S. & VLEGGAAR, R. (1984) Tremorgenic neurotoxins from perennial ryegrass causing ryegrass staggers disorder of livestock: Structure elucidation of Lolitrem B. *Journal of the Chemical Society, Chemical Communications* 614-616

GALLAGHER, R. T., WHITE, E. P. & MORTIMER, P. H. (1981) Ryegrass staggers: isolation of potent neurotoxins lolitrem A and lolitrem B from staggers-producing pastures. *New Zealand Veterinary Journal* 29, 189-190

HAWKES, A. D., EMBLING, P. P & TOWERS, N.R. (1993) Breeding for resistance to ryegrass staggers. *New Zealand Veterinary Journal* 41, 217-218

MANTLE, P. G. (1983) Amino acid neurotransmitter release from cerebrocortical synaptosomes of sheep with severe ryegrass staggers in New Zealand. *Research in Veterinary Science* 34, 373-375

MASON, R. W. (1968) Axis cylinder degeneration associated with ryegrass staggers in sheep and cattle. *Australian Veterinary Journal* 44, 428

McLEAY, L. M., COMESKEY, M. A. & WATERS, M. J. (1990) Effects of epidermal growth factor on gastrointestinal electromyographic activity of conscious sheep. *Journal of Endocrinology* 124, 109-115

MILES, C. O., WILKINS, A. L., GALLAGHER, R. T., HAWKES, A. D., MUNDAY, S. C. & TOWERS, N. R. (1992) Synthesis and tremorgenicity of paxillines and lolitrems: Possible biosynthetic precusors of lolitrem B. *Journal of Agricultural and Food Chemistry* 40, 234-238

MORTIMER, P. H. & di MENNA, M. E. (1985) Research on the aetiology of perennial ryegrass staggers in New Zealand. In Plant Toxiology, Proceedings of the Australia-USA Poisonous Plants Symposium, Brisbane, Australia. Eds A. A. Seawright, M. P. Hegarty, L. F. James and R. F. Keeler. Queensland Poisonous Plants Committee. pp 604-611

PETERSON, D. W., PENNY, R. H. C., DAY, J. B. & MANTLE, P. G. (1982) A comparative study of sheep and pigs given the tremorgenic mycotoxins verruculogen and penitrem A. *Research in Veterinary Science* 33, 183-187

RUCKEBUSCH, Y. & BUENO, L. (1977) Origin of migrating myoelectric complex in sheep. *American Journal of Physiology* 233, E483-E487

SABOTKA, T. J., BRODIE, R. E. & SPAID, S. L. (1978) Neurobehavioural studies of tremorgenic mycotoxins verruculogen and penitrem A. *Pharmacology* 16, 287-294

SELALA, M. I., LAEKEMAN, G. M., LOENDERS, B., MUSUKU, A., HERMAN A. G. & SCHEPENS, P. (1991) In vitro effects of tremorgenic mycotoxins. *Journal of Natural Products* 54, 207-212

STERN, P. (1971) Pharmacological analysis of the tremor induced by cyclopium toxin. *Jugoslav. Physiol. Pharmacol. Acta* 7, 187-196

VALDS, J. J., CAMERON, J. E. & COLE, R. J. (1985) Aflatrem; a tremorgenic mycotoxin with acute neurotoxic effects. *Environmental Health Perspectives* 62, 459-463


*Received June 4, 1995*
*Accepted August 6, 1996*