Pergamon

PII: S0041-0101(97)00084-6

Toxicon Vol. 36, No. 4, pp. 645-655, 1998
© 1998 Elsevier Science Ltd. All rights reserved
Printed in Great Britain
0041-0101/98 $19.00 + 0.00

# BRAIN NEUROTOXICITY OF PENITREM A: ELECTROPHYSIOLOGICAL, BEHAVIORAL AND HISTOPATHOLOGICAL STUDY

P. BRETON,* J.-C. BIZOT, J. BUEE and I. DE LA MANCHE
Centre d'Etudes du Bouchet, BP no. 3, 91710 Vert-le-Petit, France

(Received 17 February 1997; accepted 9 June 1997)

P. Breton, J.-C. Bizot, J. Buee and I. De La Manche. Brain neurotoxicity of Penitrem A: electrophysiological, behavioral and histopathological study. *Toxicon* **36**, 645-655, 1998.—The neurotoxicity of Penitrem A (PA) in rats was assessed against neurophysiological, behavioral and histopathological parameters. Animals were acutely given intracerebroventricular (22–45 mg) or intraperitoneal injections (0.5–1.5 mg/kg) of PA. A typical trembling syndrome associated with PA was always noted. Depending on the dose administered, animals may convulse and eventually die (1–1.5 mg/kg). PA-induced transient alterations of the EEG involving an increase in the frequency and voltage of electrical activity recorded from the cerebral cortex. Hippocampal activity was not modified and some pathologic activities may be recorded at the thalamus. Generally these EEG alterations disappeared at d 3 after the injection and the animals progressively recovered. However in the most severe cases, neuromotor disturbances were maintained at d 7 (rotarod test). Coronal sections of the brain at the striatal, thalamic, hippocampal and pons levels mainly revealed that PA was able to induce dose related injuries in the cerebellum with massive degeneration of Purkinje cells and a significant vacuolization within the molecular layer. The neurotoxic mechanism remains unclear. Action of the mycotoxin on the cerebello-thalamo-cortical tract is discussed. © 1998 Elsevier Science Ltd. All rights reserved

## INTRODUCTION

Most mycotoxins are hepatotoxins, nephrotoxins or dermatotoxins, however a unique class of fungus metabolites recognized as tremorgenic mycotoxins have a specific effect on the central nervous system (CNS). Among them, Penitrem A (PA) produces a neurotoxic syndrome characterized by sustained tremors and, at high doses, convulsions and death in laboratory and farm animals (Shreeve *et al.*, 1983; Peterson and Penny, 1982; Arp and Richard, 1981; Wilson, 1971; Hocking *et al.*, 1988). The mechanism of action is still unknown. Several pharmacological studies have described biochemical changes in neurotransmission. It was postulated that tremorgenic mycotoxins interfere with the ex-

* Author to whom all correspondence should be addressed.



EXHIBIT 42 tabbies

citatory amino acid neurotransmitter release mechanism (Norris et al., 1980; Selala et al., 1989; Wilson et al., 1972). A hypothetical mechanism of action of these toxins at the GABA receptors has also been postulated (Hotujac and Stern, 1974; Hotujac et al., 1976; Selala et al., 1989; Stern, 1971). In addition, there is evidence of a partial decrease in glycine levels in the brain, associated with PA pathology (Catovic et al., 1975). PA-induced tremors might be partly explained by a presynaptic action with inhibition of inhibitory interneurons.

Despite accumulating pharmacological (Phillips and Hayes, 1976) and neurochemical data no definitive conclusions can be drawn. Although most of the experimental studies suggest that the toxin acts on the CNS, inducing seizures (Arp and Richard, 1981; Sobotka et al., 1978), no physiopathologic examination was made. Consequently these pathologic changes may be due to cytotoxicity of PA, even if no significant neural microscopic lesions were clearly reported by histologic examinations (Hayes et al., 1976a; Hocking et al., 1988; Jortner et al., 1986). This investigation was initiated to characterize neuropathological alterations occurring in the rat brain after acute administration of PA, and subsequent motor impairment was assessed on rotarod test.

## MATERIALS AND METHODS

*Animals*

The subjects were experimentally naive male Wistar rats (CERJ, Le Genest, France). Two groups of animals were used. Group A (electrophysiological investigations, $n = 47$) and group B (rotarod study, $n = 64$) weighed $290 \pm 10$ and $170 \pm 10$ g, respectively, at the beginning of the experiments. They were housed individually (electrophysiological investigation) or 5 per cage (rotarod study) under standard conditions (12 h:12 h light dark cycle, lights on at 06.00 h; room temperature: $21 \pm 1$°C) with food and water freely available in the home cage.

*Penitrem A*

The toxin was obtained from Sigma (France). For intraperitoneal (i.p.) injections, PA was dissolved in polyethylene glycol 300 (PEG 300) using a dose factor of 0.1 ml/100 g body weight. Control animals received the vehicle alone. For intracerebroventricular (i.c.v.) administrations, PA was dissolved in 75% PEG 300, 25% saline at a concentration of 3 μg/μl.

*Neurological examination*

The animals were inspected visually (two individual observers judged the results independently). A rating scale similar to that described by Peterson and Penny (1982) was used to quantify the responses (0 = no symptoms; 1 = whole body tremor best described as an 'intentional' tremor since it generally occurred when the animal moved; 2 = sustained whole body tremor and incoordination; 3 = severe tremor with short periods of convulsions; 4 = maximum seizure and death).

*Electrophysiological procedure*

Under ketamine anaesthesia (100 mg/kg), 5 epidural electrodes were placed over parietal cortical areas. In addition, subcortical bipolar electrodes were stereotaxically implanted in the medioventral nucleus of the thalamus ($n = 6$) or within CA1 field of the hippocampus. The co-ordinates were respectively: A: 6.0; L: 1.3; V: 7.0 mm and A: 5.2; L: 1.3; V: 2.7 mm from the bregma skull surface according to Paxinos and Watson (1982). In seventeen rats, a 13 mm long stainless steel guide cannula (23 gauge hypodermic needle) was placed at the dorsal part of the lateral ventricle. The coordinates (A: 8.2; L: 1.3; V: 3.3 mm from the bregma skull surface) were determined so that the injection needle, after placement into the guide, would extend 1 mm beyond the guide cannula. A wire served to obstruct the guide cannula during implantation procedure and recovery before i.c.v. injections. In this group, 5 animals also received a bipolar electrode in the hippocampus (same coordinates as above). After one week recovery, animals were individually housed in the recording cage. A light and flexible shielded cable was coupled to the head connector. A control EEG recording was made. At the conclusion of the control recording, PA was administered intraperitoneally or by infusion into the lateral ventricle. For this last procedure, the injection cannula was made from a 30 gauge needle. The cannula was filled with PA (22 or 45 μg) or solvent (as control injection) prior to placement into the guide and was connected to a

glass microsyringe by a thin catheter. For the i.p. route of administration, animals received PA at 0 (vehicle), 0.5, 1.0 or 1.5 mg/kg. Experimental recordings were made for 120 min at d 0, 3 and 7 after drug administration. Data were stored on a tape recorder (Biologic instrument, 84 dB dynamics, band width: DC to 18 kHz) for further off-line spectral analysis. A computer program had been written using a fast Fourier transform algorithm. The filters of the EEG amplifiers were set to 50 Hz cut-off frequency. Selected EEG periods of equal 5 s duration were digitized at a sampling rate of 100 Hz according to the Shannon sampling frequency. For each sequence, the program calculated variance, total power, peak power and power distribution within various selected EEG wave bands expressed as percentages of total power. Results were analysed statistically using the two tailed paired Student's $t$ test.

*Rotarod: apparatus and procedure*

Since PA was reported to be able to induce neuromotor defects, a test using an accelerating rotarod (Ugo Basile 7750) was performed. The apparatus was modified by placing a grid floor underneath the rods, connected via a shock distributor (Coulbourn). A box filled with sawdust was placed just below the grid. When an animal fell on the grid floor, it received an electric shock to the foot (0.4 mA) until it jumped into the sawdust. This procedure is necessary to force the animals to maintain on the rotarod as long as possible. Four subjects at a time were placed on the rotarod. 15 min training sessions were used to train the rats to maintain themselves on the bar which rotated at a constant speed of 8 rpm. During experimental sessions, rats were placed on the bar which linearly accelerated from 4 to 32 rpm in 300 s, and the latency to fall off the rod (up to 500 s) was recorded. Two experiments were conducted. In both experiments, animals were subjected to 3 daily training sessions before one test session. In the first experiment, animals received PA at 0 (PEG300; $n = 14$) or 0.5 mg/kg ($n = 10$) and were then subjected to four subsequent experimental sessions 30 min, 1, 3 and 7 d after the administration of the toxin. In the second experiment, rats were subjected to an experimental session 1 h before they received PA at a dose of 1.5 mg/kg ($n = 27$) or the vehicle ($n = 13$). They were then subjected to 3 further experimental sessions 1, 3 and 7 d after the injection. Comparison between treated groups and the control group were made using the Mann–Whitney U test.

*Histopathology*

At the completion of all the experiments, 7 to 8 d (behavioral group) after intoxication, the rats were euthanased under deep anaesthesia. The brain was removed and stored two days in a fixative solution of 4% paraformaldehyde in phosphate buffer 0.1 M pH 7.2. It was then stored overnight in 0.1 M phosphate buffer containing 20% sucrose. Serial sections (30 μm thick) were cut on a freezing microtome and mounted on gelatin coated glass slides and dried. Sections were stained with toluidine blue, dehydrated and coverslipped before observation.

## RESULTS

*Symptoms of poisoning*

The symptoms included tremors and hyperexcitability. Despite some individual variations in reaction to PA administered intraperitoneally in rats, the severity of tremors was generally related to the dose (Table 1). At low doses (0.5 mg/kg), slight tremors and limb weakness were observed, but whole body tremors were evident when the animal was forced to move and they showed hyper-reactivity to visual and auditory stimuli. At higher doses (1 to 1.5 mg/kg), the animals exhibited sustained tremors, ataxia, and uncoordinated gait with pseudoparalysis of hind legs. This trembling stage may persist for 3 d. Occasionally, intermittent convulsions occurred, terminating in death within 2–3 h (1.5 mg/kg). These observations were partially corroborated by i.c.v. injection. Tremors were observed only in PA-treated animals with doses higher than 22 μg (mainly 45 μg). Depression of spontaneous activity was noted. Mild tremors were first apparent in the facial muscles which then progressed to more severe tremors in the entire body especially in a moving situation. Neither convulsions nor mortality occurred up to 45 μg i.c.v. In contrast, control animals receiving the vehicle alone (PEG 300) were generally very active in the first 50 mn following the injection (i.c.v.). They moved frequently with a marked interest in their surroundings and exhibited many intermittent periods of grooming and scraping. These behavioral reactions were less pronounced after i.p. ad-

Table 1. Dose effect of PA on severity of tremor, convulsions and histopathology of the cerebellum

| Number of animal | Dose | Degree of tremor | Number of animals reaching tremor level within 3 h | Death after 3 h | Histopathology 7 d after Toxin degree of Purkinje cells loss | Vacuoles |
|---|---|---|---|---|---|---|
| 10 | control (PEG 300) | 0 | 0 | 0 | 0 | 0 |
| 15 | 0.5 mg/kg | 1 | 5 | 0 | 0/+ | 0 |
| 6 | 1 mg/kg | 1 | 2 | 0 | +/+ + | 0 |
| | | 2 | 1 | 0 | + | + |
| | | 3 | 2 | 0 | + + / + + + | +/+ + |
| | | 4 | 1 | 1 | NE | NE |
| 37 | 1.5 mg/kg | 1 | 1 | 0 | + + | 0 |
| | | 2 | 9 | 0 | 0/ + + + + | 0/ + + + |
| | | 3 | 6 | 0 | + + + + | + + / + + + |
| | | 4 | 21 | 21 | NE | NE |

For symptomatic scale see text (neurological examination).

Cell injuries and vocalization are classified according to: + mild; + + medium; + + + severe; + + + + very severe or extensive.

NE: not examined (animal died within 2–3 h).

ministration. In all the cases, no neurological signs such as tremors and no histopathological lesions were observed.

*Electrophysiology*

After i.c.v. administration (22–45 μg), hippocampal type II theta, observed during behavioral immobility in association with high states of arousal, was unaffected. Since the animals were rather lethargic, this rhythm was often replaced by irregular slow waves. However, compared with the control desynchronized EEG pattern, this activity was lower in frequency and spikes were superimposed. Since irregular slow activity progressively emerged at cortical level when PEG was injected alone, action of PA on slow activity remains rather speculative. Saline injection had no effect on EEG. When animal was forced to move, hippocampal theta type I was largest in amplitude ($254.4 \pm 19.4$ instead of $182.4 \pm 36.4$ mV; $n = 4$) with some complex spikes within the first 30 min after injection (45 μg). The mean theta peak frequency was unchanged ($7.67 \pm 0.47$ Hz; range 7–8.2 Hz). No detectable change in the electrophysiological characteristics of this rhythm was observed at d 3–7 after injection. Cortical EEG appeared unaffected.

After i.p. injection, up to 0.5 mg/kg ($n = 5$), EEG was not found to differ from that seen in the undrugged conditions. Above 1 mg/kg, convulsions were occasionally seen terminating in death. One out of 6 rats (1 mg/kg) and 4 out of 10 (1.5 mg/kg) died. No overt modification of theta activity was found. In some cases, a rise of the theta band energy (4–8 Hz) was observed but the dominant frequency ($7.24 \pm 0.45$ Hz; range: 6.07–7.84 Hz) and relative power expressed as a percentage of total energy, were not statistically different. In the thalamus ($n = 5$), low voltage ($34.1 \pm 7.2$ mV) desynchronized activity was the predominant pattern during the control recording. Intermittent high voltage spiking ($13.9 \pm 2.07$ Hz) activities were sometime recorded after PA (1.5 mg/kg; $n = 3$) administration during convulsions. These activities appeared in short episodes (4–6 s duration) followed by pseudo periodic waves (4 c/s; 4–8 s duration) also recorded in cortical leads. The amplitude increased up to $155.2 \pm 18.4$ mV. No sustained seizure was observed on EEG. In all the cases (1 and 1.5 mg/kg; $n = 16$), PA-induced alterations of the EEG (Figs 1 and 2) during wakefulness. Compared to the control, total




Fig. 1. (a) Effect of PA on the fronto-parietal cortex EEG after acute administration to rat. A rhythmical high frequency activity was progressively recorded following the injection. This ECoG pattern had generally disappeared 3 d after dosing. (b) Representative EEG power spectra before and after PA treatment during awake. Note the appearance of a dominant frequency peak (24 Hz) induced by the mycotoxin.

power and the energy in the 15 to 40 Hz frequency band were increased. These differences were statistically significant (Fig. 2; $p < 0.01$) 60 min following injection. The mean dominant frequency was $24.7 \pm 0.4$ Hz (range 24.2–25.7 Hz). This activity appeared by train (3–6 s duration) which emerged from the low voltage wave activity

Case 4:03-cv-04019-KES Document 219-45 Filed 12/07/04 Page 6 of 12 PageID #: 4210






Fig. 2. Time course of changes of total power and energy in the 15 39 Hz frequency band. The results are expressed as mean values obtained from 5 rats. Each EEG record analysed (fronto-parietal lead) consisted of 60 episodes, each of 5 s duration, distributed in 10 min epoch. Data were analysed statistically using two-tailed paired Student's $t$ test. $*p < 0.05$, $**p < 0.01$.

over fronto-parietal cortex (Fig. 1) or more continuously on parietal derivations. No statistically significant modifications were observed in the other frequency bands. This particular rhythmic ECoG pattern had generally disappeared at d 3 after the toxin administration (Table 2). EEG was not modified following PEG administration ($n = 5$)

*Rotarod test*

All the rats injected with 0.5 mg/kg PA exhibited slight to moderate tremors. Figure 3 shows that performances on the rotarod were significantly disrupted by PA 30 min after injection ($U(10,14) = 61$; $p < 0.01$), but not on subsequent days (all the $U(10,14) \geq 100$; NS).

Table 2. Spectral analysis data showing a marked increase of total power at J0 when a 24.7 Hz dominant rhythm arises on fronto-parietal leads; this rhythm was not recorded 3 d after the toxin administration

| | Total power ($\mu V^2$) | | Activity 15–39 Hz | | |
|---|---|---|---|---|---|
| | | % increase | $f_{max}$ | Emp ($\mu V^2$) | % Emp/Eb |
| Control | 230.7 ± 42.6 | – | 34.26 ± 5.1 | 4.70 ± 0.4 | 3.98 ± 2.3 |
| J0 | 496.9 ± 120.6 | 115.38 | 24.77 ± 0.4 | 154.9 ± 82.2 | 32.25 ± 9.8 |
| | 335.5 ± 61.6 | 45.42 | 32.78 ± 3.3 | 5.62 ± 4.7 | 3.09 ± 2.2 |
| J2 | 250.4 ± 31.1 | 8.54 | 33.53 ± 3.3 | 16.70 ± 9.9 | 7.15 ± 3.28 |

$f_{max}$ = dominant frequency, Emp = energy in the main peak, Eb = energy in the frequency band considered.

All the rats injected with 1.5 mg/kg PA exhibited severe symptoms of intoxication that were inconsistent with rotarod testing the day of administration. Seventeen out of 27 animals died within hours of the injection. Figure 4 shows a dramatic disruption of performances at the 3 test sessions (all the U(13,3)2 8, $p < 0.05$) for 3 out of 10 surviving rats, that also exhibited lesions at the histopathological examination of the brain (see below). No lesions were observed in the other 7 rats and their performances were not significantly different from performances of controls (all the U(13,7) ≥ 65; NS).

*Histopathology*

Seven to eight days after the PA acute administration, histological study of the coronal sections of the brain at striatal, thalamic, hippocampal and pons levels revealed no major lesions except in the cerebellar cortex in all groups of rats. Two main types of dose-dependent lesions were observed: degeneration of Purkinje cells (PKc) and vacuolization in the molecular layer. Up to 0.5 mg/kg only some degenerating PKc were noted and seemed to be mainly distributed within the vernal region of lobules IX–X. Lesions began with shrinkage of the cells and progressed into a pyknotic type. The granular layer and molecular layer were unaffected. At highest doses (1–1.5 mg/kg) PA induced an extensive loss of PKc and the molecular layer showed extensive vacuolization (Fig. 5). Pyknotic cells together with the detachment of PKc from the environmental tissue were visible and the presence of holes progressively appeared as illustrated in Fig. 5. In some extreme cases, 90% of the PKc disappeared while the molecular layer was




Fig. 3. Effect of 0.5 mg/kg PA on rats' performance (mean ± SEM) in rotarod test performed 30 min and 1, 3 and 7 d after treatment. Statistical significance: PA group ($n$ = 10) vs control group (PEG 300; $n$ = 14): $^{**}p < 0.01$.




Fig. 4. Effect of 1.5 mg/kg PA on rats' performance (mean ± SEM) in rotarod test. Test was performed before treatment and 1, 3 and 7 d after treatment. PA-treated rats were subdivided in three subgroups: rats that died within hours after treatment ($n = 17$), rats that survived and did not exhibited lesions at histological examination ($n = 7$) and rats that survived and exhibited lesions at histological examination ($n = 3$). Statistical significance vs control group (PEG 300; $n = 13$): *$p < 0.05$; **$p < 0.01$.




Fig. 5. Photomicrographs of Wistar rat cerebellar cortex: lobule 9 of the vermis. 1: Control; 2–4: sections of cerebellar tissue 7 d after Penitrem A 1.5 mg/kg. Degenerative changes were of two types: (a) massive loss of Purkinje cells (2–4) marked by the presence of holes (arrows); (b) molecular layer showed extensive vacuolization (3–4) (arrow heads) magnification ×330. G = granular layer. PKc = Purkinje cells layer. M = molecular layer.

dotted with spongiform vacuoles of various size. This pattern was particularly observed in rats showing a dramatic disruption of performances in the rotarod test. There was a large variation in the ratio of cell loss and the presence of vacuoles but no systematic variation in the severity of lobule degeneration in the vermis was apparent. Slight modifications (signs of cellular disorganization) could be observed in the granular layer but only in some cases and for the highest doses. Occasionally, mild lesions could be observed in the thalamus and in the substantia nigra. No microscopic lesions were seen in animals receiving saline (control) or the vehicle (PEG).

## DISCUSSION

Rat has been reported to be less violent in its neurological reactions to high level of PA than other experimental animals (Wilson, 1971) but is more apt to show prolonged impairment of locomotion. In the present study, the rat exhibited intention tremors lasting several hours and at high doses (1–1.5 mg/kg) static tremors exacerbated during the movement and convulsions that usually result in death. These effects are quite similar to that usually described (Arp and Richard, 1981; Sobotka *et al.*, 1978; Wilson, 1971). The origin of tremors and convulsions remains unclear but the tremors induced by PA did not appeared to have their primary origin in the peripheral nervous system. In this way, Stern (1971) reported that the toxin was unable to produce tremor after transection of the spinal cord. Catovic *et al.* (1975) observed tremors even in cases when the glycine level in the spinal cord was unaltered or insignificantly increased, but largely decreased in brain tissue. Glycine is an important neurotransmitter of inhibitory neurons in the vertebrate CNS. Thus, PA toxicity may be partly mediated by a loss of glycine inhibitory function. Substances that increased amounts of glycine in the CNS were able to abolish tremor. It was concluded (Stern, 1971) that the toxin may act in supraspinal regions. Globus pallidus, nucleus caudatus or nucleus niger were not implicated since local injections of mycotoxin (Stern, 1971) did not produce tremors. The present investigation on the central effects of PA have revealed that tremorgenic doses of the toxin did not induce modifications of the theta rhythm (the most characteristic component of the hippocampal activity in rodents) nor did it give overt EEG pathologic changes in the hippocampus. This finding indicates that this seizure sensitive structure is not involved in PA neuropathology, and there is no influence on the cholinergic system as reported by Wilson (1971). Apart from the intermittent pathological activities sometimes recorded in the thalamus when the animal convulses, the most characteristic alterations of the EEG were an increase in frequency and voltage of electrical activity recorded from the cerebral cortex. This appeared as a common feature of tremorgenic drugs since these alterations were also observed during investigations carried out in rats and rabbits on the central effects of harmine and harmaline (Longo and Massoti, 1985). However PA is able to induce significant neuromotor deficits. Depression of the spontaneous motility and a marked depression of exploratory activity have been previously reported (Sobotka *et al.*, 1978). In this investigation, a significant impairment on a rotating rod was found at a dose of 0.5 mg/kg. This result is rather different from that reported by Jortner *et al.* (1986) in mice. These investigators showed that PA never had a marked effect on the ability to stay on a rotating rod. Curiously, only the capability to stay on a stationary rod was affected. This difference may be attributed to a different source of PA but mainly to the mode of administration. In Jortner *et al.*'s investigation, PA was dissolved in corn oil and injected subcutaneously in order to provide slow and

prolonged release of the solution, producing a sustained tremorgenic effect. In other words, it seem that the deficits induced by PA vary depending on whether the dose administered is acute (high doses) or chronic (low doses). This was also stated in histologic examinations. Haemorrhages in liver and vascular congestion in lungs and brain were only reported in acute PA intoxication (Hayes *et al.*, 1976b). No morphological lesions were observed after multiple doses of PA (Arp and Richard, 1981; Jortner *et al.*, 1986; Shreeve *et al.*, 1983). Although recovery from PA intoxication was generally accepted to be complete and without sequelae (Hocking *et al.*, 1988; Peterson and Penny, 1982) we found, on the contrary, that doses from 1 mg/kg could induce prolonged neuromotor deficits after severe neurologic dysfunction. For the first time, this study has identified PA toxicity in the vernal cerebellar cortex. Thus the data suggests that PA can selectively damage the cerebellum via a neurotoxic action on Purkinje cells since no major lesions were observed in the other examined brain sections. Particularly, all the animals that exhibited prolonged neuromotor deficits in the rotarod test presented this type of neuropathology. It was generally admitted that cellular damage is mediated by the interaction of two mechanisms. One is mediated by high intracellular $Ca^{2+}$ levels that result from activation of NMDA receptors and a second resulting in a massive $Na^{+}$ influx though Kainate/Quisqualate type receptors and successive $Cl^{-}$ influx and water. Using rat cerebrocortical synaptosomes, Norris *et al.* (1980) demonstrated that PA increased the spontaneous release of aspartate, glutamate and GABA. Glutamate and aspartate are the neurotransmitters of the parallel fibres and the climbing fibres respectively, the two major excitatory inputs to PKc which are thought to be GABAergic. As PA had no demonstrable effect of on $^{14}C$ glutamate or $^{14}C$ GABA uptake (Norris *et al.*, 1980) it is unlikely that the increases are due to inhibition of amino acid transmitter uptake. The neurochemical data led to suggestions that PA act by interfering with amino acid neurotransmitter release mechanisms (Selala *et al.*, 1989). Since the primary site of PA was assumed to be presynaptic, the increase of excitatory amino acids could cause excitotoxic cell damage, eventually leading to cell death and could explain the loss of PKc. PKc is the only class of cell in the cerebellum which transmits information processed in the cerebellar cortex playing an important role in motor coordination. PKc axons reach the deep cerebellar nuclei where they form inhibitory synapses using GABA as the neurotransmitter. Cerebellar nuclei activate ventral medial thalamic nucleus cells. This nucleus is involved as a relay in the transfer of cerebellar signals towards the motor cortex. These structures appear to be implicated in neurological disorders induced by the mycotoxin as revealed by this electrophysiological investigation and mild cells injuries sometimes observed (for the highest doses tested) in the cortex, the thalamus and substantia nigra which modulate the cerebello–thalamo-cortical transmission. Thus, depending on the dose administered, the biochemical pathology with anomalous release of both excitatory and inhibitory transmitters at central and peripheral synapses (Selala *et al.*, 1991) may be reversible or induce histopathology. Lesions began with shrinkage of PKc and progressed into a pyknotic type. In the most severe cases, the disappearance of PKc was marked by the presence of holes. Since in the CNS, the neuronal cell loss is usually replaced by glial cells, it seems that this process is not implicated in this pathology or the holes may reflect a subsequent increase in tissue fragility. The spongiform vacuoles in the molecular layer are probably the illustration of the degeneration and oedema type lesions of the PKc arborization. Cerebellar hemispheres displayed subsets of this pattern of degeneration but they were not systematically explored. Taken together, these results suggest that the PKc in the cerebellum

are the main targets of PA action. The precise mechanisms by which the mycotoxin interferes with amino acid release and induce histopathology, remain to be clarified.

*Acknowledgements*—The authors thank P. Desforges and S. Morio for their excellent technical assistance.

## REFERENCES


Arp, L. H. and Richard, J. L. (1981) Experimental intoxication of guinea pigs with multiple doses of the mycotoxin, Penitrem A. *Mycopathologia* 73, 109–113.

Catovic, S., Filipovic, N. and Stern, P. (1975) The effect of Penitrem A upon the level of glycine in the CNS. *Bull. Scientifique Sect. A Yougoslavia* 20, 284–285.

Hayes, A. W., Presley, D. B., Neuville, J. A. and Grider, J. R. (1976a). Acute toxicity of Penitrem A in dogs. *Abstr. 15th Annual Meeting, Soc. Toxicology Atlanta*, p. 140.

Hayes, A. W., Presley, D. B., Neuville, J. A. and Grider, J. R. (1976b) Acute toxicity of Penitrem A in dogs. *Toxicol. Appl. Pharmacol.* 35, 311–320.

Hocking, A. D., Holds, K. and Tobin, N. F. (1988) Intoxication by tremorgenic mycotoxin (Penitrem A) in a dog. *Australian Veterinary Journal* 65, 82–85.

Hotujac, L. J., Muftic, R. H. and Filipovic, N. (1976) Verruculogen: a new substance for decreasing of GABA levels in CNS. *Pharmacology* 14, 297–300.

Hotujac, L. J. and Stern, P. (1974) Pharmacological examination of Verruculogen induced tremor. *Acta Med. Jugosl.* 28, 223–229.

Jortner, B. S., Ehrich, M., Katherman, A. E., Huckle, W. R. and Carter, M. E. (1986) Effects of prolonged tremor due to Penitrem A in mice. *Drug Chem. Toxicol.* 9, 101–116.

Longo, V. G. and Massoti, M. (1985) Effect of tremorigenic agents on the cerebellum: a review of biochemical and electrophysiological data. *International Review of Neurobiology* 26, 315–328.

Norris, P. J., Smith, C. C. T., De Belleroche, J., Bradford, H. F., Mantle, P. G., Thomas, A. J. and Penny, R. H. C. (1980) Actions of tremorgenic fungal toxins on neurotransmitter release. *J. Neurochem.* 34, 33–42.

Paxinos, G. and Watson, C. (1982). *The Rat Brain in Stereotaxic Coordinates*. Academic Press, New York.

Peterson, D. W. and Penny, R. H. C. (1982) A comparative study of sheep and pigs given the tremorgenic mycotoxins Verruculogen and Penitrem A. *Res. Vet. Sci.* 33, 1983–1987.

Phillips, R. D. and Hayes, A. W. (1976). Effect of Penitrem A on mouse brain and liver composition. *Abstr. 15th Annual Meeting, Soc. Toxicology Atlanta*, p. 140.

Selala, M. I., Daelemans, F. and Schepens, P. J. C. (1989) Fungal tremorgens: the mechanism of action of single nitrogen containing toxins. A hypothesis. *Drug Chem. Toxicol.* 12, 237–257.

Selala, M. I., Laekeman, G. M., Loenders, B., Musuku, A., Herma, A. G. and Schepens, P. J. C. (1991) *In vitro* effects of tremorgenic mycotoxins. *J. Nat. Prod.* 54, 207–212.

Shreeve, B. J., Patterson, D. S. P., Roberts, B. A. and Mc Donald, S. M. (1983) Tremorgenic fungal toxins. *Vet. Res. Commun.* 7, 155–160.

Sobotka, T. J., Brodie, R. E. and Spaid, S. L. (1978) Neurobehavioral studies of tremorgenic mycotoxins, Verruculogen and Penitrem A. *Pharmacology* 16, 287–294.

Stern, P. (1971) Pharmacological analysis of the tremor induced by cyclopium toxin. *Jugoslav. Physiol. Pharmacol.* 7, 187–196.

Wilson, B. J. (1971). Miscellaneous penicillium toxins. In *Microbial toxin*, Vol. 6, ed. A. Ciegler, S. Kadis and S. J. Ajl, pp. 459–521. Academic Press, New York.

Wilson, B. J., Hockman, T. and Dettbarn, W. D. (1972) Effects of a fungus tremorgenic toxin (Penitrem A) on transmission in rat phrenic nerve-diaphragm preparations. *Brain Res.* 40, 540–544.