Case 4:03-cv-04019-KES Document 219-46 Filed 12/07/04 Page 1 of 12 PageID #: 4226

THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 17, U.S. CODE). NO FURTHER TRANSMISSION OF THIS DOCUMENT IS PERMITTED.

Vet Pathol 35:53–63 (1998)

## EXPERIMENTAL DISEASE

# The Effects of the Tremorgenic Mycotoxin Penitrem A on the Rat Cerebellum

J. B. CAVANAGH, J. L. HOLTON, C. C. NOLAN, D. E. RAY, J. T. NAIK, AND P. G. MANTLE

Department of Clinical Neurosciences, Institute of Psychiatry, London, UK (JBC); MRC Toxicology Unit, University of Leicester, PO Box 138, Leicester, UK (JLH,[1] CCN, DER); and Biochemistry Department, Imperial College, London, UK (JTN, PGM)

**Abstract.** Within 10 minutes of intraperitoneal injection of penitrem A (3 mg/kg), rats develop severe generalized tremors and ataxia that persist for up to 48 hours. These are accompanied by a three- to fourfold increase in cerebellar cortical blood flow. Mitochondrial swelling occurs in cerebellar stellate and basket cells within 30 minutes of dosing and persists for more than 12 hours without leading to cell death. From 2 hours, Purkinje cell dendrites show early cytoplasmic condensation accompanied by fine vacuolation of smooth endoplasmic reticulum and enlargement of perikaryal mitochondria. From 6 hours, many Purkinje cells develop intense cytoplasmic condensation with eosinophilia that resembles "ischemic cell change," and from 12 hours, many other Purkinje cells show marked watery swelling. Astrocytes begin to swell from 0.5 hours after injection and show hypertrophy of organelles from 6 hours. Also from 6 hours onward, discrete foci of necrosis appear in the granule cell layer, while permeability of overlying meningeal vessels to horseradish peroxidase becomes evident at 8 hours. All changes are more severe in vermis and paravermis. Despite widespread loss of Purkinje cells, the animals' behavior becomes almost normal within a week. While tremor occurs with doses of 1.5 and 0.5 mg/kg, cellular damage is minimal. The tremor mechanism differs from that of harmaline since destruction of inferior olivary nuclei abolishes neither the tremor response to penitrem A nor the cellular damage. No morphological changes are found in other brain regions. The affinities of penitrem A for high-conductance calcium-dependent potassium channels and for γ-aminobutyric acid receptors with the probability of resultant excitotoxity are considered to be important underlying factors for these changes.

*Key words:* Cerebellum; excitotoxicity; penitrem A; Purkinje cells; rats; ryegrass staggers; tremorgenic mycotoxin.

Penitrem A, elaborated by *Penicillium crustosum*, is one of a group of tremorgenic agents found in several species of fungi. Mycotoxins elaborated by the food contaminants *Aspergillus flavus* and *Penicillium cyclopium*, when given to mice in small intraperitoneal doses, were found by Wilson and colleagues[63,64] to produce marked, long-lasting tremor accompanied by "barrel or log rolling" and episodic convulsions. The tremorgenic mechanism is still not fully understood,[26] and there have been few detailed neuropathological studies. Other fungi contaminating food and soil and infesting certain grasses used as agricultural fodder produce analogous tremorgenic toxins.[5,7,32,34,48] These fungi have been held responsible for neurological disorders in farm animals, particularly perennial ryegrass staggers of sheep and cattle, in New Zealand and Australia.[8] This condition is considered to be mainly due to lolitrem B derived from the endophytic fungus *Acremonium lolii* infesting the ryegrass *Lolium perenne*.[13,16] The disorder is also recognized in horses[25] and cattle[9,15,51] in California and Argentina[42] and occasionally in sheep in England[6] as well as in deer (*Dama dama*) in Australia.[38] Analogous syndromes have been observed in dogs that had eaten moldy walnuts and in humans, possibly a result of drinking mold-contaminated beer[7] or inhaling moldy hay dust.[18]

Despite the striking and often severe neurological signs, relevant brain lesions are usually reported to be absent.[9,15,20,25,26] However, extensive patchy Purkinje cell degeneration with associated axonal swellings ("torpedoes") in the granule cell layer has been noted to occur in sheep with clinical signs lasting for at least 3 weeks,[35,39] in the cerebellum of an adult cow with neurological signs after 16 weeks grazing on pasture containing *Lolium perenne*,[45] and also in affected

[1] Present address: Department of Neuropathology, Institute of Neurology, Queen Square, London, UK.



EXHIBIT 43 tabbles

deer.[38] Indeed, the presence of Purkinje cell axonal swellings is now generally recognized as diagnostic of field cases of perennial ryegrass staggers.[60]

With the growing awareness that such agents may avidly bind to receptors important in neuronal function, including γ-aminobutyric acid (GABA) receptors[17,65] and high-conductance calcium-activated potassium (maxi-$K_{Ca}$) channels,[27] the pathological changes need to be clarified to aid pharmacological analysis of the tremorgenic process. The present study was initiated, therefore, to more precisely define the effects of penitrem A on the rat brain. Also, to elucidate further the mechanism of the penitrem A–induced tremor, a comparison was made with harmaline, a tremorgenic drug known to damage Purkinje cells that acts through the cerebello-olivary circuitry.[43]

## Materials and Methods

### Drugs

Penitrem A, purified from *Penicillium crustosum*[40] or in some experiments obtained from Sigma, Dorset, UK, was dissolved in polyethylene glycol (PEG) 200 or 400 and injected intraperitoneally (IP) The GABA agonist midazolam maleate (2 mg/kg; Roche) was given IP when required to alleviate spasms.

3-Acetylpyridine (3-AP), harmaline, nicotinamide for the harmaline study, and horseradish peroxidase (HRP) (type VI), a probe for vascular permeability changes, were all obtained from Sigma, Dorset, UK, and, for injection, were dissolved in sterile distilled water.

### Animals

Male Sprague-Dawley (SD) or Fischer F344 (F344) specific-pathogen-free rats (Harlan Olac, UK) were acclimatized for 2 weeks before first use at 6 to 12 weeks old (80–250 g). All animals were housed singly or in pairs in plastic boxes with white softwood sawdust bedding (Betabed "Research Grade"; Dateand Ltd., Manchester, UK) and maintained on a 12-hour light/dark cycle at an ambient temperature of 21 ± 2 C and a relative humidity of 55 ± 10%. They were allowed free access to R&M No. 1 maintenance diet (SDS Ltd., Witham, Essex, UK) and filtered tap water. All IP dosing was under light isoflurane sedation, and all procedures conformed with the ethical guidelines of the UK Home Office Regulations for Experimentation on Laboratory Animals.

### Time course

For the sequential time study, SD rats (numbers in brackets) were dosed with 3 mg/kg penitrem A and killed at 3 hours (1), 6 hours (4), 8 hours (2), 12 hours (3), 24 hours (4), 2 days (4), 3 days (4), 6 days (1), 8 days (4), 14 days (1), 42 days (2), and 72 days (1) after injection, and tissue samples were processed for light microscopy (LM) as described below. For electron microscopy (EM) after similar dosing, animals were euthanatized (one animal at each time) at 0.5 hours, 1 hour, 2 hours, 6 hours, 12 hours, and 24 hours and processed as described below.

### Dose response

For the dose response study, SD rats were euthanatized 3 days after penitrem A in the following doses (number of animals in parentheses): 0.25 (4), 0.5 (4), 1.0 (4), 1.5 (3), 2.5 (1), and 4 mg/kg (2). These rats were then processed for LM. Since F344 rats were used for the functional studies, 6–8-week-old animals were similarly dosed and one animal each was killed at 1, 2, and 3 days and brain tissues were processed for LM. Additional F344 animals were killed at longer times after recovery, namely, 1 mg/kg surviving (numbers in parentheses) for 42 days (1), 2 mg/kg for 42 days (1), and 2 mg/kg for 70 days (1), and processed as described below.

### Tissue-processing procedures

For LM, animals were deeply anesthetized with halothane/nitrous oxide and killed by transcardiac perfusion, following a brief flush of saline, with formalin–acetic acid solution (10%:2%) in distilled water at a pressure of 100–120 mm Hg for 12 minutes. The heads were stored in fixative at 4 C before dissection 2–24 hours later. The whole brain including the brain stem and cerebellum, after minimum fixation for 24 hours was cut into five coronal slices and, after passing through ascending methanol concentrations, cleared in xylol and embedded in a single paraffin block. In some instances, the cerebellum was cut sagittally. Sections (10 μm), in many instances step-serials (1 in 15) (particularly after destruction of inferior olivary nuclei), were stained with haematoxylin and eosin (HE).

Dewaxed sections were stained for glial fibrillary acidic protein (GFAP) (polyclonal rabbit anti-cow antibodies, 1:500 dilution, 90 minutes [Sigma, Dorset, UK]), for phosphorylated neurofilaments (NFs) (monoclonal mouse anti-human antibodies to NF protein, 70 and 200 kd subunits, 1:200 dilution, 90 minutes [DAKO, Denmark]) and nonphosphorylated NFs (monoclonal mouse anti-human NF H, 1:200, 90 minutes [Affiniti Research Products, Exeter UK]), and for activated macrophages/microglia (clone ED1, 1:200, 90 minutes [Serotec, Oxford UK]). For labeling the secondary antibodies, the avidin–biotin complex method was used with blocking sera according to the manufacturer's instructions (DAKO, Denmark).

For EM, the animals were perfused with 6.5% glutaraldehyde in 0.14 M cacodylate buffer (pH 7.2), and the brains were later dissected as described above. Parasagittal slices 1 mm thick were cut through the cerebellar vermis, postfixed in 1% $OsO_4$ and embedded in Epon-araldite. Semithin (1 μm) sections were stained with toluidine blue. Thin sections were stained with lead citrate and uranyl acetate.

### Electrophysiology and measurement of brain blood flow

For electromyography (EMG), two F344 rats dosed with harmaline (50 mg/kg) and three dosed with penitrem A (3 mg/kg) were lightly anesthetised with isoflurane, the skin over the thoraco-dorsal muscle mass was swabbed with 70% methanol, and sterile 27-gauge hypodermic needle recording electrodes were inserted into the muscle. Recordings were made for a maximum of 5 minutes after the animals had recovered consciousness, and the animals were euthanatized

within 3 hours of the recording session. Following amplification at a bandwidth of 0.3 to 5,000 Hz, fast Fourier analysis of selected records was carried out using a Hewlett Packard 54658A FFT unit.

Regional blood flow was measured in restrained conscious F344 rats by hydrogen polarography as previously described.[30] Polarographic Pt/Ir (90/10) glass-coated electrodes were implanted into the dorsal cerebellar vermis and the inferior olives under isoflurane anesthesia 7–10 days before dosing using aseptic techniques. They were exteriorized by means of a four-pin socket (RS Components, Corby, UK) attached to the skull by dental acrylic (Austenal Dental Products, Harrow, UK) anchored with 12BA 3/16-in. stainless steel screw bolts tapped into the skull. All animals recovered well, and no antibiotic was required. Results were recorded at various times during 48 hours after dosing with either penitrem A (3 mg/kg) or harmaline (75 or 60 mg/kg) and expressed as percentage of average measurements made on two occasions before dosing.

#### Harmaline

To provide a comparison with penitrem A, single F344 rats were given IP injections of harmaline (50 mg/kg) and allowed to survive for 2 hours, 3 hours, 1 day, or 3 days. Further animals (numbers in parentheses) were given 60 mg/kg (1) and 75 mg/kg (2) and euthanatized at 3 days, and one was given 100 mg/kg and euthanatized at 6 hours.

#### Destruction of inferior olivary nuclei

Twenty male F344 rats, 8 weeks old at delivery, were acclimatized, housed, and maintained as described above except that they were fed R&M No. 3 breeder diet, since a preliminary study found a poor survival rate in animals fed No. 1 maintenance diet. Twelve animals were given inferior olivary lesions[31] using a sequence of 3-AP (75 mg/kg IP in sterile distilled water) followed after 3 hours by harmaline (15 mg/kg IP in sterile distilled water) to intensify inferior olivary damage and after 4.5 hours by niacinamide (300 mg/kg IP in sterile saline) to limit neuronal damage. One animal from this group died, while the remainder developed persistent characteristic ataxia.[2,31]

Four to five weeks later, the now ataxic animals (numbers in parentheses) were given 2 mg/kg penitrem A for survival for 1 day (1) or 3 days (1), and 3 mg/kg for survival for 3 days (2) and euthanatized for LM histology. A second group of F344 rats were given harmaline and killed 3 days after 60 mg/kg (2) or 75 mg/kg (1) for LM as before. Three control animals were given inferior olivary lesions but no tremorgen. Matched animals with no olivary damage were treated similarly. With each group, step-serial (10 μm) sections (1 in 15) (see tissue-processing section) were cut through the brain stem and cerebellum and stained with HE and GFAP antibody to confirm destruction of inferior olivary neurons and assess cortical damage.

#### Assessment of vascular permeability

F344 rats (numbers in parentheses) were given horseradish peroxidase (HRP) (300 mg/kg) via a tail vein cannula 0.5 hours before euthanasia 3 hours (1), 6 hours (1), or 8 hours (2), after injection of penitrem A (3 mg/kg) by perfusion with 4.0% glutaraldehyde in 0.1 M cacodylate buffer (pH 7.2) with the animal under deep halothane anesthesia. Vibratome 100-μm-thick longitudinal and coronal sections of cerebellum and brain stem were prepared to visualize the HRP with diaminobenzidine and $H_2O_2$ as previously described.[33]

## Results

#### Functional changes

Within 7 to 10 minutes of injection of 3 mg/kg of penitrem A, the animals developed a fine tremor affecting the head, trunk, and all four limbs. The tremor was present at rest but was greatly enhanced by effort. Animals held in the hand so as to fully support the body showed much less tremor. Effort-induced tremor developed into episodes of coarse 3–4-Hz tremor/body sway while walking. Fourier analysis of selected EMG recordings during this phase showed a primary frequency over the range of 6–8 Hz, with prominent harmonic peaks centred at 3.5, 14, and 22 Hz. The presence of the 7-Hz peak was clearly associated with the 3–4-Hz body sway. After 1–2 hours, approximately half the animals developed episodes of extensor spasms that involved the neck and all four limbs with upward curling of the tail. The eyes were closed and respiration was suspended. Spasms lasted 3–5 seconds and were repeated every 1–5 minutes with occasional vocalization, and, when spasms were severe, "barrel-rolling" occurred, with the animal turning over and over for a short while. Intermittent facial myoclonus and nystagmus were also seen. These episodes could be annulled by injection of the GABA agonist midazolam maleate (2 mg/kg IP), which also reduced the tremor in proportion to the muscle tone. However, unlike the extensor spasms, which did not recur, tremor returned within 1 to 2 hours. The midazolam maleate did not influence the tissue changes seen later and was therefore used in the majority of the animals for humane reasons.

The tremor reached a peak of severity at about 6 hours, by which time EMG samples showed no clear periodicity but, instead, a generalized increase in activity across a wide range of frequencies. Tremor was still moderately severe at 24 hours but could only be detected by palpation at 48 hours and was no longer present at 72 hours. When the animals were supported by the hand or by the restrainer used for the blood flow measurements, no tremor remained at 24 hours. At 1 and 2 days, chromodacryorrhoea ("red tears") was seen in more severely affected animals. The hopping paddling gait remained until the third day. When examined at 8 days, the animals appeared to be almost normal at rest but, on moving, showed an uncertain hopping gait reminiscent of sheep with ryegrass stag-

Case 4:03-cv-04019-KES Document 219-46 Filed 12/07/04 Page 4 of 12 PageID #: 4229






**Fig. 1.** Effects of 3 mg/kg of penitrem A (open symbols) and of 75 mg/kg harmaline (closed symbols) on blood flow in the dorsal cerebellar cortex (squares) and the inferior olivary nuclei (circles) in conscious restrained rats. Results are expressed as percentages of individual predose blood flow and show the means and standard errors of the results from four penitrem and four harmaline animals. At 48 and 72 hours, only two harmaline animals and one penitrem animal survived. Ordinate: blood flow (% predose); abcissa: time (hours).




**Fig. 2.** Cerebellar cortex 1 hour after penitrem A (3 mg/kg). Note vacuolation of the basket and stellate neurons (arrows), normal Purkinje cells, and two swollen astrocytes (curved arrows). Toluidine blue, plastic section. 1-cm bar = 40 μm.

gers. No strain differences were noted in any of these responses.

**Blood flow changes**

Coincident with the onset of the penitrem A–induced tremor, cerebellar cortical blood flow rose three- to fourfold in all animals (Fig. 1) and persisted despite midazolam maleate. There was some decline from peak values by 6 hours, but blood flow was still elevated two- to threefold at 24 hours. In the one animal studied for a longer period, the flow rate had decreased still further by 48 hours and was normal by 72 hours. In contrast, in inferior olivary nuclei in all animals' blood flow after penitrem A showed only a slight increase above normal that disappeared after 24 hours. After harmaline, only a small increase in blood flow occurred in cerebellar cortex and virtually none in inferior olives.

**Pathological changes**

Although the brains were examined in detail, pathological changes were found only in the cerebellum, where they were consistently more severe in the vermis and paravermis.

Even 30 minutes after penitrem A injection cytoplasmic vacuoles were visible in semithin sections in many stellate and basket neurons of the cerebellar cortex (Fig. 2). From 1 to 12 hours, the vacuoles in these neurons, seen ultrastructurally to be swollen mitochondria (Fig. 3), became very large and almost universal, although this did not lead to cell death. From 1 hour onward, astrocytes in granule cell and in Purkinje cell layers were conspicuously swollen (Fig. 2).

Two hours after injection, condensation of a few Purkinje cell dendrites became visible in semithin sections, and ultrastructurally this was accompanied by mild mitochondrial enlargement and many small vacuoles in the dendritic smooth endoplasmic reticulum (SER) (Fig. 4). However, most Purkinje cell dendrites and perikarya were normal or had mildly condensed cytoplasm at this time. From 6 hours on-




**Fig. 3.** Stellate neuron with six grossly swollen mitochondria (arrows) 1 hour after penitrem A (3 mg/kg). Electron micrograph, lead citrate–uranyl acetate stain. 1-cm bar = 1.5 μm.

Case 4:03-cv-04019-KES Document 219-46 Filed 12/07/04 Page 5 of 12 PageID #: 4230






**Fig. 4.** Three Purkinje cell dendrites 2 hours after penitrem A (3 mg/kg). N—normal, C—with condensed electron dense cytoplasm, and V—with condensed cytoplasm, vacuolated smooth endoplasmic reticulum (arrow), and abnormal mitochondria. Electron micrograph, lead citrate–uranyl acetate stain. 1-cm bar = 1 μm.

ward, increasing numbers of Purkinje cells showed typical ischemic cell changes, namely cell and nuclear shrinkage with cytoplasmic and dendritic hyperchromasia (Fig. 5). Ultrastructurally, the cytoplasm of these cells appeared increasingly electron dense, cisternae of rough endoplasmic reticulum (RER) widened, mitochondria became enlarged and often abnormal, and Golgi cisterns were vacuolated. By 12 hours after injection, many more Purkinje cells were affected, with an increasing number now showing intense watery swelling. From 12 hours, astrocytes especially Bergmann glia, were swollen and hypertrophic, causing the molecular layer to appear finely vacuolated (Fig. 6).

While at 24 and 48 hours both shrunken and eosinophilic as well as swollen Purkinje neurons occurred in large numbers (Figs. 6, 7), after 6 days, few abnormal cells remained. At 8 days, occasional eosinophilic cells were seen, however, in three of five animals, and in two animals given 2 mg/kg, these cells were even present in moderate numbers within basket fibers at 42 and 70 days. In all later animals, including those given only 1 mg/kg and euthanatized at 42 and 70 days, Purkinje cell scarcity was striking, as shown by numerous "empty" basket fibers.

Small groups of granule cells appeared vacuolated in plastic sections 2 hours after dosing, but from 6 hours onward, sharply defined focal necroses resembling small infarcts, with moderate numbers of inflammatory cells in overlying pia-arachnoid, appeared in the granule cell layer (Fig. 7). These lesions became more marked in vermal and paravermal regions from 12 to 24 hours after injection and, when extensive, contained small haemorrhages. They became infiltrated with macrophages by 3 days and showed swelling of capillary endothelium. By 8 days they had formed



**Fig. 5.** Dendrites and perikarya of Purkinje cells are shrunken and densely staining at 12 hours from the onset of tremors. Dilated cisternae of rough endoplasmic reticulum can be discerned in one cell body (arrow). Vacuolated basket and stellate neurons are visible in the molecular layer. Toluidine blue, plastic section. 1-cm bar = 107 μm.



**Fig. 6.** One day after dosing with penitrem A (3 mg/kg). Cerebellar cortex with many greatly swollen Purkinje cells and others showing ischemic cell change (curved arrows). Normal Purkinje cells present but inconspicuous (arrowheads). Fine vacuolation of molecular layer from swollen Bergmann glial processes. HE. 1-cm bar = 103 μm.

gliotic and cystic scars, still visible in animals euthanatized at 42 and 70 days.

The only other change seen in step-serial sections of the brain from 6 hours onward was vacuolation of the neuropil in the cerebellar roof nuclei, probably from degeneration of Purkinje cell axon terminals. The neurons of these nuclei and those in the inferior olivary nuclei appeared normal.

### Immunocytochemistry

Antibodies against GFAP revealed mild astrocytosis in the cerebellar white matter by 24 hours and, by 3 days, a considerable gliotic response in the cortex, especially around focal necroses. The later small gliotic scars stained heavily. From 24 hours onward, macrophages were generally increased in the cerebellum. Phosphorylated NF antibodies normally stain axons and basket fibers, but from 6 hours to 3 days, the latter stained only weakly. A few small Purkinje cell axon swellings ("torpedoes") were seen in two of three animals at 48 hours and in those dosed with 2 mg/kg and surviving 42 and 70 days. Nonphosphorylated NF antibodies normally stain perikarya of Purkinje and Golgi neurons, but from 6 hours, they stained axons in cerebellar folia with an intensity that reached a maximum at 48 hours, declining later to leave only a few stained axons at 8 days.

### Vascular permeability to horseradish peroxidase

No leakage of HRP occurred in cerebellum, brain stem or cerebrum 3 and 6 hours after the onset of tremor. At 8 hours, however, while vessels in and around focal necroses and elsewhere appeared impermeable to HRP, diffuse leakage occurred over vermal and paravermal regions, apparently from meningeal vessels, that seeped through the molecular layer toward the granule cell layer (Fig. 8). Moreover, within the molecular layer, occasional, apparently normal, Purkinje cell dendrites had taken up HRP that clearly delineated them (Fig. 8). No shrunken or vacuolated dendrites were thus demonstrated. The focal necroses contained less HRP product than their surroundings, probably due to tissue swelling.

### Dose effects

Some variation in tissue damage severity occurred among animals. All but one animal injected with 3 mg/kg of our preparation of penitrem A,[40] which may have retained some methanol solvent, showed severe changes after 24 hours. Double this dose would have killed most rats.[40] With the commercial penitrem A



Fig. 7. One day after dosing with penitrem A (3 mg/kg). Small focus of necrosis in granule cell layer showing many pycnotic nuclei. Ischemic cell change in nearby Purkinje cells (arrowheads). Finely vacuolated molecular layer. HE. 1-cm bar = 72 μm.



Fig. 8. At 8 hours after dosing with penitrem A (3 mg/kg). The dark zone in the upper half of the picture is HRP reaction product diffusing from leaky surface vessels through the molecular layer. A few normal Purkinje cell dendrites can be seen to have taken up HRP, but not the seriously prejudiced majority. Diaminobenzidine. 1-cm bar = 53 μm.

preparation, tremor severity was greater, causing some animals to die. This was attributed to their receiving a slightly greater dose of that sample. However, the commercial sample was not employed in the primary time sequence study and even when it was used its somewhat greater functional effects were countered by further doses of midazolam maleate. Nonetheless, there were no discernible qualitative differences noted either in functional effects or in cellular responses.

Following a dose of 1.5 mg/kg, tissue damage was mild and with a dose of 1.0 mg/kg only a rare damaged Purkinje cell was seen 3 days later. With 0.25 and 0.5 mg/kg, the cerebellar cortex appeared normal in all four animals. In animals given 0.5, 1.0, and 1.5 mg/kg penitrem A, the tremor increased in severity corresponding to the dose but was usually resolved by 24 hours. The effects of repeated small doses were not tried.

**Comparison with harmaline effects**

The scattered individual loss of Purkinje cells we found with harmaline closely resembled that described earlier.[43] Cell loss was considerably less than with penitrem A, stellate and basket cells were unaffected, and focal granule cell layer lesions were not seen.

Destruction of inferior olivary nuclei completely prevented both tremor and Purkinje cell loss in the three harmaline-injected animals. By contrast, this maneuver had no effect either on signs of penitrem poisoning or on tissue damage. Its effects, however, on the ataxia produced by harmaline were more difficult to judge because of the mild background ataxia resulting from the olivary lesions.[2]

## Discussion

This study has clearly shown for the first time that, in rats, penitrem A can cause widespread degeneration of Purkinje cells and foci of necrosis in the cerebellar granule cell layers. These striking lesions are confined to the cerebellum, no further changes being found elsewhere in the brain.

However, the marked discrepancy between the degree of tissue damage in the rat cerebellum in this study and the lack of effect reported by others in various species needs explanation for, if these species differences are real and not technical in origin, they must be important when considering toxic mechanisms. The tremor produced by penitrem A is very similar in many species. It begins within a few minutes of IP injection and even sooner with intravenous injection. It is long sustained and leads to both ataxia and episodic spasms. Some of the functional disturbances such as "barrel rolling," body sway, and ataxia, could be interpreted as resulting from acute cerebellar damage, since similar responses occur with acute cerebellar damage from the cycad toxin L-β-methylaminoalanine[57] and after somatostatin administration.[3] Moreover, if treated animals survive the acute phase, within a week or so they appear clinically to be fairly normal.[63] The unsteadiness of gait, especially during exercise, seen in animals recovered from ryegrass staggers[6,8] may thus be an expression of undetected cerebellar damage. Sectioned material was recently reexamined from an experimental study conducted by one of us[46] in which sheep were fed dried mycelium of *P. crustosum* containing penitrem A for 7–14 weeks to reproduce clinical signs resembling those of ryegrass staggers. It is now recognized that extensive cerebellar ischemic cell change occurred in these animals with loss of Purkinje cells, gliosis, and moderate numbers of typical axonal swellings (torpedoes). Interpretation of neuropathological material from such animals can be problematic, partly because of artifacts from immersion fixation of the brain. Also, the animals may be exposed to several weeks of mycotoxin dosing, during which time damaged cells could be removed, leaving little trace. Nonetheless, species differences in susceptibility to the tissue-damaging component of the intoxication are possible, especially if crude sources of tremorgen are given per os as in the field. Species susceptibility may play a role in the mouse, for which cerebellar damage has not been described.[26] However, cellular damage may only reflect intensity of the tremor, and until the toxic mechanism is adequately explained, this must be regarded as only one feature of the full syndrome. Significant tremor may be seen without tissue damage, so the occurrence of cryptic biochemical changes may be visualized only by inducing a marked clinical response.

While the earliest visible neuronal effect of the toxin was intense but nonlethal swelling of mitochondria in stellate and basket cells, the most significant pathological change was widespread destruction of Purkinje cells. The cell death was typical of "ischemic neuronal necrosis" such as that seen in hippocampal and cortical pyramidal neurons in ischemic and anoxic conditions. The generally accepted view[37] is that this change is excitotoxic in type and is associated with entry of calcium ions largely through ion-gated *N*-methyl-D-aspartate (NMDA) or non-NMDA channels. Similar alterations in hippocampal and other pyramidal cells follow exposure to the glutamate analog, kainic acid[12,29,44,56] whether given parenterally or locally.[21,22]

While the penitrem A–induced Purkinje cell changes resemble kainate excitotoxic effects, the focal necrotic lesions in the granule cell layer are less obviously of this type. They have many features of infarcts, but vascular obstruction was not seen, and cerebellar blood flow was greatly increased. However, a recent study[29] suggests that this type of change also may result from excitotoxicity, for these authors found similar infarctlike changes around the site of a relatively large intracerebral injection of kainate in rats. They produced necrosis in the cerebral cortex with small hemorrhages and leukocytic infiltration, features also seen in our animals. Thus, depending on dose and route of injection, cerebellar granule cells in kainate experiments may be unaffected, show considerable but reversible swelling,[19] or show substantial focal damage.[29,54] It is thus possible that both types of penitrem A–induced tissue damage were the result of excessive release of excitotoxic amino acids.

The dramatic increase in cerebellar cortical blood flow (Fig. 1) was biphasic with time, the first rise paralleling the severity of the tremor and the second paralleling the severity of the ataxia. Both are likely to have been physiological responses to increased local energy demand. An equally severe tremor produced by type I pyrethroid insecticides is also accompanied by a similarly increased cerebellar blood flow and by marked neuronal excitation[50] but not by any tissue damage.[51]

Little is known of the capacity of penitrem A and analogous tremorgenic mycotoxins to react with receptors influencing neuronal excitability. It has been

Case 4:03-cv-04019-KES Document 219-46 Filed 12/07/04 Page 9 of 12 PageID #: 4234



suggested that they may act as partial GABA antagonists,[58] and increased glutamate and decreased GABA have been found in the brains of injected animals.[23,24] Also, enhanced release of amino acid transmitters from synaptosomes of sheep with severe ryegrass staggers has been noted,[33] and aspartate and glutamate levels in ventricular perfusates in rats given verruculogen have been found to be abnormally high.[47] However, conflicting, possibly dose-dependent, results have also been reported. First, aflatrem has been found to lead to decreased glutamate and GABA uptake in rat hippocampal slices.[61] Second, four tremorgens, including aflatrem, were able to inhibit GABA-induced $Cl^-$ influx into rat brain "microsacs" in parallel to their $GABA_A$ receptor-binding affinity.[17] Third, aflatrem at low concentrations has been found to enhance GABA-induced currents in *Xenopus* oocytes.[65] Given these apparently divergent results, it is difficult to evaluate the effect of penitrem A on the four types of cerebellar neurons known to be GABA-ergic, namely, stellate basket, Golgi II, and Purkinje cells.[14] The net effect is likely to be excitotoxic, however, and loss of GABA-mediated inhibition could contribute to this.[36,52] Since removal of olivary projections does not abolish the tremors, it is highly likely that the penitrem A–induced excitation is mediated by a purely cerebellar network.

Excessive release of glutamate and aspartate transmitters would be expected to have a profound influence on Purkinje cells, in which calcium ions play an important part in physiologic responses.[30] Exposure of Purkinje cells to kainate in culture leads to early multifocal dendritic microvacuolation, with local increases in $Ca^{2+}$ and $Na^+$ ions.[1] The images produced in the latter study were strikingly similar to those seen ultrastructurally in Purkinje dendrites of our animals 2 hours after tremors had commenced, further supporting our conclusion that the early changes might have been excitotoxic.

Penitrem A, among several mycotoxins, has the capacity at 10 nM to block maxi-$K_{Ca}$ channels.[10,27] While distributed widely in the central nervous system mainly presynaptically, these channels are unusually abundant postsynaptically in Purkinje cells.[28] This concentration of toxin could well be reached in the brain at neuropathic doses of penitrem and would be expected to lead to severe and widespread impairment of the ability of Purkinje cells to repolarize after excitation. The combination of this effect with the excitatory drive associated with the tremor, however generated, may explain the initial mitochondrial response of stellate and basket cells in the penitrem A–induced changes that were not seen after harmaline.

The excitation and tremor generated by penitrem differed from that generated by harmaline in three important respects: It was not abolished by prior destruction of inferior olives; it was associated with a marked increase in cerebellar cortical, but not olivary, blood flow; and it had a lower fundamental tremor frequency. The combination of the first two characteristics strongly suggests an excitatory generator within the cerebellum, in contrast to the harmaline tremor, which involves oscillation within the olivocerebellar system.[31] It is of interest that clinical measures of the condition essential tremor in humans[62] show a 31–42% increase in cerebellar but not olivary blood flow. The subjects at that study were clinically evaluated in a resting, nontremoring state analogous to that of our animals at 24 and 28 hours, when resting tremor had ceased but blood flow was still elevated. In humans, essential tremor has a characteristic frequency of 4–12 Hz,[11] and our animals showed 6–8 Hz, both tremors sharing the characteristic of increasing in amplitude with effort. Severe tremor may be generated simply by lack of feed-forward inhibition contributed by the cerebellum and is shown by the effect of cerebellar motor nuclear lesions.[11] However, it would be insufficient to explain the severe extensor spasms caused by both penitrem and harmaline, which suggest a more active process.

Finally, it should be pointed out that although Purkinje cell axonal swellings are considered diagnostic of ryegrass staggers, they are not specific. Similar torpedo-like swellings may be found in a wide variety of neuropathological conditions affecting the cerebellum. They can also be readily produced experimentally by simple axotomy[48] and by trimethyltin,[41] local infusion of leupeptin,[4] or injection of kainate.[54] The swelling occurs in the region of the first heminode of myelin, where a gating mechanism may exist. Few such axonal swellings were seen in our rats, but only a small number were kept longer than required for the acute study. In the sheep in an experiment that lasted many weeks,[46] large axonal swellings were numerous, probably due to the study's duration. Furthermore, it should be noted that in the field, ryegrass staggers is most likely related to the intake of the mycotoxin lolitrem B, the effects of which may be more insidious and long-lasting than those of penitrem A.

## Acknowledgements

Our grateful thanks are due to Lisa Brown for the antibody reactions, to Mrs. Jennifer Edwards for the histological preparations, and to T. E. Lister for the physiological animal preparations and recordings. We are grateful to Dr A. C. Palmer of the Veterinary School, Cambridge, for allowing us access to the surviving block and sections from two animals of the experiment quoted in the Discussion,[46] and to Professor C. D. Marsden of the Institute of Neurology Queen Square, London, UK, and Professor W. F. Blakemore of the Veterinary School, Cambridge, UK for helpful comments. J. T. Naik acknowledges tenure of a BBSRC CASE Award.

## References


1 Bindokas V, Miller RJ: Excitotoxic degeneration is initiated at nonrandom sites in cultured cerebellar neurons. J Neurosci 15:6999–7012, 1995
2 Brodie ME: Correlations between cerebellar cyclic GMP and motor effects induced by deltamethrin: independance of the olivo-cerebellar tract. Neurotoxicology 4:1–12, 1983
3 Burke RE, Fahn S: Electroencephalographic studies of chlorpromazine methiodide and somatostatin induced barrel rotation. Exp Neurol 79:704–713, 1983
4 Cavanagh JB, Nolan CC, Seville MP, Anderson VER, Leigh PN: Routes of excretion of neuronal lysosomal dense bodies after ventricular infusion of leupeptin in the rat: a study using ubiquitin and PGP 9.5 immunocytochemistry. J Neurocytol 22:779–791, 1993
5 Cheeke PR: Endogenous toxins and mycotoxins in forage grasses and their effects on livestock. J Anim Sci 73:909–918, 1995
6 Clegg FG, Watson WA: Ryegrass staggers in sheep. Vet Rec 72:731–733, 1960
7 Cole RJ, Dorner JW: Role of fungal tremorgens in animal disease. *In:* Mycotoxins and Phycotoxins, ed. Steyn PS and Vleggaar R, pp. 501–511. Elsevier, Amsterdam, 1985
8 Cunningham IJ, Hartley WJ: Ryegrass staggers. N Z Vet J 7:1–7, 1959
9 Cysewski SJ, Baetz AL, Pier AC: Penitrem A intoxication of calves: blood chemical and pathologic changes. Am J Vet Res 36:53–58, 1975
10 Edwards G, Weston AH: The role of potassium channels in excitable cells. Diabetes Res Clin Pract 28:557–566, 1995
11 Elble RJ: Central mechanisms in tremor. J Clin Neurophysiol 13:133–144, 1996
12 Evans MC, Griffiths T, Meldrum BS: Kainic acid seizures and the reversibility of calcium loading in vulnerable neurons in the hippocampus. Neuropathol Appl Neurobiol 10:285–302, 1984
13 Fletcher LR, Harvey IC. An association of *Lolium* endophyte with ryegrass staggers. N Z Vet J 29:185–186, 1981
14 Gabbott PLA, Samogyi J, Stewart MG, Hamori J: GABA-immunoreactive neurons in the rat cerebellum: a light and electron microscope study. J Comp Neurol 251: 474–490, 1986
15 Galey FD, Tracey ML, Craigmill AL, Barr BC, Markergard G, Peterson R, O'Connor M: Staggers induced by consumption of perennial ryegrass in cattle and sheep from northern California. J Am Vet Med Assoc 199:466–470, 1991
16 Gallagher RT, White EP, Mortimer PH: Ryegrass staggers: isolation of potent neurotoxins lolitrem A and lolitrem B from staggers-producing pastures. N Z Vet J 29: 189–190, 1981
17 Gant DB, Cole RJ, Valdes JJ, Eldefrawi ME, Eldefrawi AT: Action of tremorgenic mycotoxins on $GABA_A$ receptors. Life Sci 41:2207–2214, 1987
18 Gordon KE, Masotti RE, Waddell WR: Tremorgenic encephalopathy: a role of mycotoxins in the production of CNS disease in humans? Can J Neurol Sci 20:237–239, 1993
19 Hajós F, Garthwaite G, Garthwaite J: Reversible and irreversible neuronal damage caused by excitatory amino acid analogues in rat cerebellum. Neuroscience 18: 417–436, 1989
20 Hayes AW, Presley DB, Neville JA: Acute toxicity of penitrem A in dogs. Toxicol Appl Pharmacol 35:311, 1976
21 Herndon RM, Coyle JT: Selective destruction of neurons by a transmitter agent. Science 198:71–72, 1977
22 Herndon RM, Coyle JT, Addicks E: Ultrastructural analysis of kainic acid lesion to cerebellar cortex. Neuroscience 5:1015–1026, 1980
23 Hotujac L, Muftic RH, Filipovic N: Verruculogen, a new substance for decreasing GABA levels in the CNS. Pharmacology 14:297–300, 1976
24 Hotujac L, Stern P: Pharmacological examination of verruculogen induced tremor. Acta Med Jugo 28:223–229, 1974
25 Hunt LD, Blythe L, Holtan DW: Rye grass staggers in ponies fed processed rye grass straw. J Am Vet Med Assoc 182:285–286, 1983
26 Jortner BS, Ehrich M, Katherman AE, Huckle WR, Carter ME: Effects of prolonged tremor due to penitrem A in mice. Drug Chem Toxicol 9:101–116, 1986
27 Knaus H-G, McManus OB, Lee SH, Schmalhofer WA, Garcia-Calvo M, Helms LM, Sanchez M, Giangiacomo K, Reuben JP, Smith AB, Kaczorowski GJ, Garcia ML: Tremorgenic indole alkaloids potently inhibit smooth muscle high-conductance calcium-activated potassium channels. Biochemistry 33:5819–5828, 1994
28 Knaus H-G, Schwarzer C, Koch ROA, Eberhart A, Kaczorowski GJ, Glossman H, Wunder F, Pongs O, Garcia ML, Sperk G: Distribution of high-conductance $Ca^{2+}$-activated $K^+$ channels in rat brain: targeting to axons and nerve terminals. J Neurosci 16:955–963, 1996
29 Liu HM, Lei DL, Yang DL: Kainate induced brain lesion: similar local and remote histopathological and molecular changes as in a brain infarct. J Neuropathol Exp Neurol 55:787–794, 1996
30 Llinás R, Walton K, Hill DE, Sotelo C: Inferior olive: its role in motor learning. Science 190:1230–1231, 1975
31 Llinás RR, Walton KD: Cerebellum. *In:* The Synaptic Organisation of the Brain, ed. Shepherd GM, pp. 238–245. Oxford University Press, New York, NY, 1990
32 Ludolph AC, Spencer PS: Mycotoxins and tremorgens. *In:* Handbook of Neurotoxicology, ed. Chang LW and Dyer RS, pp. 601–603. Marcel Dekker, New York, NY, 1995
33 Mantle PG: Amino acid neurotransmitter release from cerebrocortical synaptosomes of sheep with severe ryegrass staggers in NZ. Res Vet Sci 34:373–375, 1983
34 Mantle PG, Penny RHC: Tremorgenic mycotoxins and neurological disorders—a review. Vet Annu 21:51–62, 1981
35 Mason RW: Axis cylinder degeneration associated with ryegrass staggers in sheep and cattle. Aust Vet J 44:428, 1968

36 Meinecke DL, Tallman J, Rakic P: GABA$_A$/benzodiazepine receptor-like immunoreactivity in rat and monkey cerebellum. Brain Res. 493:303–319, 1989

37 Meldrum B, Garthwaite J: Excitory amino acid neurotoxicity and neurodegenerative disease. Trends Neurosci 11:379–387, 1990

38 Mitchell PJ, McCaughan CJ: Perennial rye grass staggers in fallow deer (*Dama dama*). Aust Vet J 69:258–259, 1992

39 Munday BL, Mason RW: Lesions in ryegrass staggers in sheep. Aust Vet J 43:598–599, 1967

40 Naik JT: Mycotoxins in neurological and renal disease. PhD Thesis, University of London, 1996

41 Nolan CC, Brown AW, Cavanagh JB: Regional variations in nerve cell responses to trimethyltin intoxication in Mongolian gerbils and rats: further evidence for involvement of the Golgi apparatus. Acta Neuropathol 81: 204–212, 1990

42 Odriozola E, Lopez T, Campero C, Gimenez P: Rye grass staggers in heifers: a new mycotoxicosis in Argentina. Vet Hum Toxicol 35:144, 1993

43 O'Hearn E, Molliver ME: Degeneration of Purkinje cells in parasagittal zones of the cerebellar vermis after treatment with ibogaine or harmaline. Neuroscience 55:303–310, 1993

44 Olney JW, Rhee V, Ho OL: Kainic acid: a powerful neurotoxic analogue of glutamate. Brain Res 77:507–512, 1979

45 Oz HH, Nicholson SS, Al-Baghadi FK, Zeman DH: Cerebellar disease in an adult cow. Can Vet J 27:13–16, 1986

46 Penny RHC, O'Sullivan BM, Mantle PG, Shaw BI: Clinical studies on tremorgenic mycotoxicoses in sheep. Vet Rec 105:392–393, 1979

47 Peterson DW, Bradford HF, Mantle PG: Actions of a tremorgenic mycotoxin on amino acid transmitter release *in vivo*. Biochem Pharmacol 31:2807–2810, 1982

48 Porter JK: Analysis of endophyte toxins: fescue and other grasses toxic to livestock. J Anim Sci 73:871–880, 1995

49 Ramón y Cajal S: Degeneration and Regeneration of the Nervous System Trans. RM May Oxford University Press, London, 1928

50 Ray DE: Changes in brain blood flow associated with deltamethrine-induced choreoathetosis in the rat. Exp Brain Res 45:269–279, 1982

51 Ray DE, Holton JL, Lister T, Nolan CC: The gliovascular toxicity of *m*-dinitrobenzene and related agents: modulation of toxicity by neuronal activation. Arch Toxicol 18(Suppl):140–148, 1996

52 Richards JG, Schoch P, Haring P, Tackacs B, Mohler H: Resolving GABA$_A$/benzodiazapine receptors: cellular and subcellular localization in the CNS with monoclonal antibodies. J Neurosci 7:1866–1886, 1987

53 Romero I, Brown AW, Cavanagh JB, Nolan CC, Ray DE, Seville MP: Vascular factors in the neurotoxic damage caused by 1,3-dinitrobenzene in the rat. Neuropathol Appl Neurobiol. 17:495–508, 1991

54 Rossi F, Borsello T, Strata P: Exposure to kainic acid mimics the effects of axotomy in cerebellar Purkinje cells of the adult rat. Eur J Neurosci 6:392–402, 1994

55 Rossi F, Borsello T, Vaudano E, Strata P: Regressive modifications of climbing fibres following Purkinje cell degeneration in the cerebellar cortex of the rat. Neuroscience 53:759–778, 1993

56 Schwob JE, Fuller T, Price J, Olney JW: Widespread patterns of neuronal damage following systemic or intracerebral injections of kainic acid: a histological study. Neuroscience 5:991–1014, 1980

57 Seawright AA, Brown AW, Nolan CC, Cavanagh JB: Selective degeneration of cerebellar cortical neurons caused by cycad neurotoxin, L-β-methylaminoalanine (L-BMAA), in rats. Neuropathol Appl Neurobiol 16:153–169, 1990

58 Selala MI, Daelemans F, Schepens PJC: Fungal tremorgens: the mechanism of action of single nitrogen containing toxins—a hypothesis. Drug Chem Toxicol 12: 237–257, 1989

59 Shaw JN, Muth OH: Some types of forage poisoning in cattle and sheep. J Am Vet Med Assoc 114:315–317, 1949

60 Summers BA, Cummings JF, de Lahunta A: Veterinary Neuropathology, pp. 261–262. Mosby, St Louis, MO, and New York, NY, 1994

61 Valdes JJ, Cameron JE, Cole RJ: Aflatrem: a tremorgenic mycotoxin with acute neurotoxic effects. Environ Health Perspect 62:459–463, 1985

62 Wills AJ, Jemkins IH, Thompson PD, Findley LJ, Brooks DJ: Red nuclear and cerebellar but not olivary activation associated with essential tremor: a positron emission tomographic study. Ann Neurol 36:636–642, 1994

63 Wilson BJ, Wilson CH: Toxin from *Aspergillus flavus:* production on food materials of a substance causing tremors in mice. Science 144:177–178, 1964

64 Wilson BJ, Wilson CH, Hayes AW: Tremorgenic toxin from *Penicillium cyclopium* grown on food materials. Nature 220:77–78, 1968

65 Yao Y, Peter AB, Baur R, Sogel E: The tremorgen aflatrem is a positive allosteric modulator of the gamma-aminobutyric acid A receptor. Mol Pharmacol 35:319–323, 1989


Request reprints from Dr. J. B. Cavanagh, Department of Clinical Neurosciences, Institute of Psychiatry, London SE5 8AF (UK). E-mail: jbc@chestnut.u-net.com.uk.