*Research in Veterinary Science* 1999, 66, 119–127
Article No. rvsc.1998.0253, available online at http://idealibrary.com on IDEAL

RVS

# Tremorgenic mycotoxins paxilline, penitrem and lolitrem B, the non-tremorgenic 31-epilolitrem B and electromyographic activity of the reticulum and rumen of sheep

L.M. McLEAY*, *Department of Biological Sciences, The University of Waikato, PB 3105* B. L. SMITH, S. C. MUNDAY-FINCH, *Toxinology and Food Safety Research Group, New Zealand Pastoral Agriculture Research Institute (Ltd), Ruakura Research Centre, PB 3123, Hamilton, New Zealand*

## SUMMARY

The mycotoxic tremorgens penitrem, paxilline and lolitrem B had profound effects on electromyographic (EMG) activity of smooth muscle of the reticulorumen in conscious sheep, with a similar time course of action to their respective characteristic effects on the induction (1 to 2, 15 to 20 and 20 to 30 minutes) and the duration (1 to 2, 1 to 2 and 8 to 12 hours) of tremoring. Responses to penitrem revealed a greater sensitivity of smooth muscle than skeletal muscle. Effects included an inhibition of the vagally-dependent cyclical A and B sequences of contraction of the reticulorumen, an increase in their amplitude and an excitation of local intrinsic activity contributing to elevated baselines and the occurrence of chaotic activity of the reticulum. The excitatory local effects were partially blocked by atropine, indicating that stimulation of muscarinic cholinoceptors was involved. Increased local activity may mediate a reflex inhibition of cyclical contractions. A non-tremorgenic isomer of lolitrem B (31-epilolitrem B) had no effect on the reticulorumen. The intensity and duration of the effects of lolitrem B, up to 12 hours, indicate that severe disruption of digestion may occur in animals grazing endophyte-infected pasture.

FUNGI are capable of producing toxins which elicit a sustained or intermittent tremoring in animals and among these are the penitrems, lolitrems and paxilline which have been formally classified in a group based on their structural characteristics of a common indole nucleus linked to a diterpenoid unit (Steyn and Vleggaar 1985). The penitrems, produced by *Penicillium* species of fungi, have been the most widely studied of the above group, in both laboratory animals (Wilson et al 1972, Norris et al 1980, Cavanagh et al 1998) and in livestock (Mantle et al 1977, Peterson et al 1982), and penitrem A has now become recognised and used pharmacologically as a selective blocker of high conductance calcium-activated potassium channels (Watson and Girdlestone 1995). Paxilline produced both by *Penicillium* species of fungi (Steyn and Vleggaar 1985) and *Acremonium lolii* (Weedon and Mantle 1987), also blocks high conductance calcium-activated potassium channels (Knaus et al 1994) and is thought to be a precursor in the biosynthesis of lolitrem B by *Acremonium lolii* (Penn and Mantle 1994, Munday-Finch et al 1995). Lolitrem B is responsible for ryegrass staggers in livestock (Gallagher et al 1981, 1984, Hawkes et al 1993), but its activities have not been studied extensively, because of its short supply due to difficulties in its extraction and purification. On the other hand, both penitrem and paxilline are more readily available, have a similar structure to lolitrem B and cause similar but shorter-lasting clinical signs in animals. They therefore provide valuable comparisons in studies on the lesser known activities of lolitrem B.

Paxilline, penitrem and lolitrem B, have previously been reported by us to have marked excitatory effects on electromyographic activity of skeletal muscle of conscious sheep and both excitatory and inhibitory effects on electromyographic activity of gastrointestinal smooth muscle of the abomasal antrum and duodenum (Smith et al 1997). The effects of such tremorgens are likely to be both central and peripheral. Central effects on the behaviour of rodents include depressed spontaneous motor activity and exploratory reflex behaviours (Sobotka et al 1978). Ruminants exhibiting ryegrass staggers have been found to possess lesions of the Purkinje cells of the cerebellum (Munday and Mason 1967, Mason 1968, Mitchell and McCaughan 1992) and increased release of neurotransmitters from cerebrocortical synaptosomes (Mantle 1983). Penitrem produced lesions of the Purkinje cells of the cerebellum in rats (Cavanagh et al 1998), and increased the spontaneous release of neurotransmitters from cerebrocortical synaptosomes (Norris et al 1980). Peripheral effects include: penitrem modifying contractions of the rat diaphragm at the neuromuscular junction (Wilson et al 1972) and an excitatory action of penitrem and paxilline on smooth muscle of the guinea pig ileum in vitro which appeared to involve enhanced acetylcholine release (Selala et al 1991). It was with this latter effect in mind, that we investigated the effects of these mycotoxins on motility of the reticulum and rumen of sheep. In contrast to motility of the abomasum and duodenum, the cyclical contractions of the reticulorumen of the sheep are wholly dependent on the release of acetylcholine from the endings of its parasympathetic nerve supply, the vagus (Titchen 1968). Thus, if the mycotoxins influence the release or actions of acetylcholine, then one might expect more marked effects on motility of

*Corresponding author

0034-5288/99/020119 + 09 $18.00/0

EXHIBIT 44

© 1999 W. B. Saunders Company Ltd

the reticulorumen than on that of the abomasal antrum and duodenum. This paper describes experiments in which we tested the effects of penitrem, paxilline, lolitrem B and a non-tremorgenic isomer of lolitrem B on electromyographic activity of the reticulum and rumen of conscious sheep and compared this with concurrent effects on skeletal muscle. The influence of the muscarinic cholinoceptor blocker atropine, on the responses to paxilline and lolitrem B, was also investigated.

## MATERIALS AND METHODS

*Tremorgens*

Lolitrem B was prepared by the method of Miles et al (1994), paxilline by the method of Munday-Finch et al (1996a) and penitrem (88·3% penitrem A, 6·4% penitrem B and 5·3% penitrem E) based on the method of de Jesus et al (1983). 31-epilolitrem B was synthesized from lolitrem B as published previously (Munday-Finch et al 1996b). These mycotoxins are not soluble in aqueous solutions and were extracted using organic solvents such as petroleum spirit and dichloromethane. In contrast, endotoxins (lipopolysaccarides) are soluble in aqueous solutions (Westphal and Jann 1965, Apicella et al 1994) and would not be expected to be extracted in the above solvents. The mycotoxins were subsequently purified using flash column chromatography and semi-preparative reverse-phase HPLC methods. In addition, paxilline and lolitrem B were double crystallised ensuring a very high purity. These preparations were used for their structural analysis and lolitrem B for example, did not contain impurities detectable by electron-impact mass spectrometry and nuclear magnetic resonance spectroscopy (Munday-Finch et al 1996b).

All four compounds were dissolved in acetone (2 ml) and dose rates for the tremorgens chosen to produce effective responses recorded as EMG activity and moderate tremors in previous experiments in sheep (Smith et al 1997). It was a requirement of the Animal Ethics Committee that a single dose rate be used and discomfort to the animals minimised. Pentobarbitone sodium (Nembutal, Sanofi) was kept on hand in case of the occurrence of severe tremors. Barbiturate anaesthesia was found to reduce the effects of lethal doses of tremorgens (Peterson et al 1982).

*Animals*

Three castrated male Romney X Dorset sheep 1 to 2 years old (35 to 45 kg) were maintained indoors in pens on a daily diet of 1200 g dried chaffed meadow hay and 100 g concentrate pellets. Each sheep was prepared by suturing a set of three stainless steel electrode wires (Cooner Chatsworth, Calif. USA) into the smooth musculature of the reticulum and cranial dorsal rumen under general anaesthesia as described by McLeay et al (1990). The electrodes were exteriorised via the abdominal wall. Such preparations were maintained and tested for at least one month before experiments. Before each tremorgen challenge each sheep had three platinum cap electrodes (Devices UK) sutured to the skin over the left shoulder muscles which has previously been shown to produce good electromyographic recordings (Smith et al 1997). Contact of these electrodes with the skin was aided by electrode jelly.

All electrodes were connected to AC preamplifiers (Grass P15), the EMGS integrated using a Devices 3520 integrator and recorded using an M19 chart recorder (Devices UK) as previously described (McLeay et al 1990). In addition the outputs of the integrators were captured on disc and analysed using a computer program (John Curtis, The University of Waikato 1989) which provided total integrated volts under the trace over any time period.

Jaw movements were recorded with the aid of a balloon attached beneath the jaw and connected to a pressure transducer (McLeay et al 1990), which allowed the detection of eating and rumination.

At least 24 hours prior to each experiment each sheep had an indwelling intravenous catheter inserted into its jugular vein and filled with heparinised saline.

Animals were made to remain standing during experiments by suspending a sling beneath their brisket except where tremors were prolonged in the case of those induced by lolitrem B. Then animals were permitted to lie and consequently EMG activity of skeletal muscle was greatly reduced or absent.

*Experimental procedure*

Prior to each administration of tremorgen, a normal recording was collected for at least 30 minutes followed by a further 30 minutes recording immediately after the administration of acetone and immediately prior to the administration of the tremorgen in the same volume of acetone. In addition, as separate controlled experiments, two consecutive administrations of 2 ml of acetone, 30 minutes apart were given. The 2 ml of infusate was given slowly over 2 minutes into the jugular catheter and washed in with 2 ml heparinised saline. Recordings were continued for 3.5 hours after administration of the shorter acting penitrem and paxilline and for 24 hours after administration of the longer acting lolitrem B and for its controls. In the case of lolitrem B, animals were permitted to lie 3.5 hours after giving lolitrem B and were stood up periodically for short intervals to record the presence of tremors.

Each sheep received on separate days, control acetone, paxilline, penitrem and lolitrem B in a randomised block design. Additional experiments were also undertaken using atropine (Atropine sulphate, David Bull Laboratories, Australia) injected via the jugular catheter at 100 and 200 μg kg$^{-1}$, alone and following paxilline and lolitrem B.

One experiment was conducted using an isomer of lolitrem B, 31-epilolitrem B, which was available in very small quantities and which was non-tremorgenic in mice.

These experiments were approved by The University of Waikato Animal Ethics Committee and the Ruakura Research Centre Animal Ethics Committee.

*Data analysis*

The effects of the substances on EMG activity of smooth muscle on the reticulum and rumen and skeletal muscles were observed for each sheep from the chart recordings. Effects on the baseline and the amplitude of the integrated EMG of the reticulum and rumen were noted. Cyclical

rodes with the sk
reamplifiers (Gra
es 3520 integrat
er (Devices UK) t
0). In addition th
ared on disc a
(John Curtis, T
ded total integrat
d.
he aid of a ballo
to a pressure tra
ved the detection
nent each sheep h
rted into its jug
ding during exp
their brisket ext
use of those indu
ermitted to lie s
muscle was grea

emorgen, a norr
minutes followed
ately after the adm
ior to the adminis
olume of acetone
ments, two conse
ne, 30 minutes a
s given slowly o
washed in with
ontinued for 3.5 h
acting penitrem
istration of the lo
in the case of lolitr
5 hours after giv
ally for short inter

lays, control acet
a randomised bl
also undertaken a
l Bull Laborator
catheter at 100
lline and lolitrem B
using an isomer
was available in
emorgenic in mic
by The Universit
e and the Rur
nittee.

EMG activity of sm
and skeletal mu
the chart record
litude of the integ
were noted. Cy

contractions of the reticulum and rumen were analysed according to the frequency at 15 minute intervals, of their A and B sequences (Titchen 1968), which may be determined from these integrated EMG recordings (McLeay et al 1990). Quantitative data on skeletal muscle activity provided using the computer program was normalised for each animal, by expressing EMG activity in volts over 15 minute periods, as a percentage of the average of the first two 15 minute periods. The statistical significance of the maximum change in frequency of A and B sequences of contraction of the reticulorumen and in EMG activity of skeletal muscle for each tremorgen, compared with the corresponding period of the acetone control was tested using an unpaired Student's t-test.

Clinical observations of all animals were noted and included behaviour, urination, defaecation, nasal discharge, eye movements, pupil dilatation and the pupillary reflex in response to shining a torch light into the eye.

## RESULTS

### *Effects of acetone and tremorgens on EMG activity of skeletal muscle and smooth muscle of the reticulum and rumen*

A comparison in an individual sheep (Sheep 1) of the effects of acetone, penitrem, paxilline and lolitrem B on EMG activity of skeletal muscle and smooth muscle of the reticulum and rumen is shown in Fig 1.

*Acetone.* The dosing of 2 ml acetone had no effect on skeletal EMG activity (Figs 1 and 2). There was no difference in the means of the frequencies of A and B sequences of contraction at 15 minute intervals over 4 hours, between animals dosed with acetone and their undosed controls. The only detectable effect on the reticulum and rumen, on some occasions, was a slight and transient increase in the frequency of A and B sequences of contraction immediately following the administration of acetone (Fig 3).

*Penitrem.* Penitrem, at a dose of 5·5 mg $kg^{-1}$, in all three sheep, produced only fine to mild tremors which began about 10 to 20 minutes after injection and disappeared between 1 to 2 hours (Fig 1). In the combined quantitative data of all animals, the responses to penitrem could not be distinguished from the acetone control (Fig 2) and were statistically non-significant.

In contrast to its weak effects on skeletal muscle, penitrem was strongly inhibitory on the reticulum and rumen. The inhibition became apparent within 15 to 30 minutes and was of 2 hours duration (Fig 1). The maximum period of inhibition coincided with the period of greatest tremoring (Fig 1). There was no change in baseline of the reticulum or rumen EMG with penitrem. An excitatory effect on the amplitude of the reticulum EMG was evident following the return of A sequences of contraction completely abolished by penitrem (Fig 1). A and B sequences of contraction were abolished for 45 minutes (Fig 1) and their frequency was maximally reduced (A sequences $P < 0·05$, B sequences $P < 0·001$) from 30–60 minutes and for about 2 hours overall (Figs 4 and 5).

*Paxilline.* Paxilline at a dose of 1.0 mg $kg^{-1}$ produced moderate to strong tremors in all three sheep (Fig 2, $P<0·001$). The onset was immediate, usually by the end of the 2 minute injection (Fig 1). Tremors occurred in clones whose strength gradually diminished and disappeared over the next hour (Figs 1 and 2).

Paxilline was both excitatory and inhibitory on the reticulum and rumen. The excitatory effect was apparent within 1 minute of the start of infusion as elevations in the baseline of both the reticulum and rumen EMG and coincided with the induction of marked tremoring (Fig 1). The amplitude of the reticulum EMG associated with A sequences was increased initially on top of the elevated baseline activity and later when contractions returned, after a period of complete inhibition (Fig 1). An inhibitory effect on A and B sequences of contraction became apparent soon after the elevation in baseline activity and these were completely abolished for 50 minutes in Sheep 1 (Fig 1). Across all animals A and B sequences of contraction were maximally reduced in frequency (A sequences $P<0·01$, B sequences $P<0·001$) from 30–60 minutes and were reduced in frequency for a period of about 2.5 hours overall (Figs 4 and 5).

*Lolitrem B.* Lolitrem B was given at 70 mg $kg^{-1}$ and tremors were first evident after 15 minutes and slowly increased in severity (Fig 1 and Fig 2, $P<0·001$), lasting for over 12 hours. When the animals were allowed to lie after 3.5 hours, there was no EMG activity recorded during the period of lying, but there was marked tremoring and EMG activity when they were required to stand for 15 minute periods during the next 20 hours.

Lolitrem B inhibited the frequency of A and B sequences of contraction of the reticulum and rumen (Figs 4 and 5, $P < 0·001$). In all three animals the inhibition became apparent after about 20–30 minutes (Figs 1 and 5) and was associated with the appearance of tremors (Fig 1).

In Sheep 1, there was no increase in the baseline EMG of the reticulum or rumen (Fig 1), but A and B sequences of contraction were virtually completely inhibited for 11 hours.

In Sheep 2, an elevation in baseline EMG activity of the reticulum started during a period of rumination 30 minutes after giving lolitrem B and was associated with a slowing in frequency of A and B sequences of contraction (Fig 3). The elevation in baseline EMG of the reticulum reached a maximum at 90 minutes and then changed to activity which took the form of lower amplitude, faster frequency activity (we have defined this as 'chaotic' activity) than that associated with A seqences, and this was sustained for many hours during which time A and B sequences were abolished (Fig 3). The re-appearance of A and B sequences 8 hours after giving lolitrem B coincided with decreased 'chaotic' activity and gradually normal motility and rumination returned after 12 hours (Fig 3). In contrast to the reticulum, the rumen did not exhibit 'chaotic' activity (Fig 3).

In Sheep 3, A and B sequences slowed in frequency 28 minutes after lolitrem B, becoming completely abolished by 50 minutes at which time 'chaotic' activity developed in the reticulum and continued for an hour before it declined with the re-appearance of A and B sequences of contraction, 2 hours after lolitrem B administration. These continued at a reduced level of 1 to 7 per 15 minutes with some low level 'chaotic' activity, until control frequencies of 12 per




FIG 1: Integrated electromyograms from the shoulder (Sh), rumen (Ru) and reticulum (Re) of Sheep 1 recorded over a period of 4.5 hours during administration of, at 0.5 hours 2 ml acetone (Ace) and at 1 hour either, (a) acetone, (b) 1 mg kg⁻¹ paxilline (Pax), (c) 5·5 µg kg⁻¹ penitrem (Pen) and (d) 70 µg kg⁻¹ lolitrem B (Lol). The recordings are reproductions from computer printouts of the stored data




FIG 2: Mean (SEM ... and the tremorg... ...trem B 70 µg kg⁻¹ ... and the second ... tremorgen. The valu... as ratio of that acti... acetone was given a...

...5 minutes wer... ...5 hours after l...

...lolitrem B is... ...-epilolitrem ... no effect on e... activity of the ... 5 hours.

*Effects of atrop...*

The muscar... ...sted in all s... Sheep 2 follow... with lolitrem ... effects).

*Atropine alone* ...minutes after ... immediately r... reticulum for a... the rumen we... contractions fo... ...0 minutes (Fi... Following a... and the pupill... gradually retur... Behavioural ... animals becan... ...olling their ...

*Atropine and* ... inhibition of ...







FIG 2: Mean (SEM) of three sheep for shoulder muscle EMGs to acetone (□) and the tremorgens paxilline 1 mg $kg^{-1}$ (◇), penitrem 5·5 μg $kg^{-1}$ (O) and lolitrem B 70 μg $kg^{-1}$ (△). The first arrow indicates the administration of acetone and the second arrow the administration of a second dose of acetone or tremorgen. The values are presented as changes every 15 minutes expressed as a ratio of that activity averaged over the first two 15 minutes periods before acetone was given and taken as 1·00.

15 minutes were recorded on the occurrence of rumination, 15 hours after lolitrem B was given.

*Lolitrem B isomer.* Sheep 2 was given 70 mg $kg^{-1}$ of 31-epilolitrem B. There was no visible sign of tremors and no effect on either skeletal muscle EMG activity or EMG activity of the reticulum and rumen over the subsequent 3.5 hours.

### *Effects of atropine*

The muscarinic cholinoceptor blocker atropine, was tested in all sheep alone and following paxilline and in Sheep 2 following lolitrem B (only one animal was tested with lolitrem B due to its scarce supply and long lasting effects).

*Atropine alone.* Atropine at a dose of 100 mg $kg^{-1}$ given 15 minutes after the second control dose of acetone immediately reduced the amplitude of contractions of the reticulum for a period of 6–11 minutes (Fig 6c). Effects on the rumen were more severe, with complete abolition of contractions for 5–6 min and reduced amplitude for a further 20 minutes (Fig 6c).

Following atropine the pupils of the eyes became dilated and the pupillary reflex was absent for 15–20 minutes and gradually returned by 45 minutes.

Behavioural effects of atropine were also observed as the animals became excitable with head bobbing, fidgiting and nibbling their legs and the crate.

*Atropine and paxilline.* Paxilline (1 mg $kg^{-1}$) caused an inhibition of reticulum and rumen contractions, elevations




FIG 3: One hour recordings of integrated EMGs from the rumen (Ru) and reticulum (Ret) of Sheep 2, starting at 1 hour before and at 0, 1, 6, 8, and 12 hours after giving lolitrem B (70 μg $kg^{-1}$). Acetone was given 30 minutes before lolitrem B. The marked increase in the frequency of contractions of the reticulum and rumen at 12 hours was associated with rumination as recorded by jaw movements (not shown). Note the rise in baseline of the reticulum at 1 hour and its 'chaotic' activity at 6 hours and 8 hours.

of their baseline and increased local activity (Fig 6a). During these types of responses, atropine (100 mg $k^{-1}$ given 15 minutes after paxilline, immediately reduced the local activity of the reticulum EMG of Sheep 2 (Fig 6b) and of the rumen of Sheep 1, and there was a return of cyclical A sequences of contraction of the reticulum but not of the rumen in Sheep 2 (Fig 6b). Atropine did not affect the responses to paxilline in Sheep 3.

*Atropine and lolitrem B.* In a repeat second experiment in Sheep 2, lolitrem B (70 mg $kg^{-1}$) again induced 'chaotic' activity of the reticulum. Atropine at a dose of 100 mg $kg^{-1}$ given 90 minutes after lolitrem B, resulted in little change in this activity despite atropinisation indicated by pupil dilatation and absence of the pupillary reflex. When the dose of atropine was doubled to 200 mg $kg^{-1}$, given at 3 hours and again at 5 hours after lolitrem B, the 'chaotic' activity of the reticulum was reduced but not abolished for 30 minutes (Fig 7), after which the high level was again resumed. The frequency of 'chaotic' activity was reduced

Case 4:03-cv-04019-KES Document 219-47 Filed 12/07/04 Page 6 of 10 PageID #: 4251






FIG 4. Mean (SEM) of three sheep for the frequency of A sequences of contraction of the reticulorumen at 15 minute intervals to acetone (□) and the tremorgens paxilline 1 mg kg⁻¹ (O), penitrem 5·5 µg kg⁻¹ (O) and lolitrem B 70 µg kg⁻¹ (△). The first arrow indicates the administration of acetone and the second arrow the administration of a second dose of acetone or tremorgen.




FIG 5. Mean (SEM) of three sheep for the frequency of B sequences of contraction of the reticulorumen at 15 minute intervals to acetone (□) and the tremorgens paxilline 1 mg kg⁻¹ (O), penitrem 5·5 µg kg⁻¹ (O) and lolitrem B 70 µg kg⁻¹ (△). The first arrow indicates the administration of acetone and the second arrow the administration of a second dose of acetone or tremorgen.




but attained a greater amplitude (Fig 7), so that the EMG more closely resembled the naturally occurring A sequences of contraction.

A further observation during 'chaotic' activity of the reticulum induced by lolitrem B, was a transient decrease in 'chaotic' activity and fall in baseline which immediately followed any rarely occurring A sequence of contraction (Fig 7).

### *Other effects of the tremorgens*

*Nasal secretion.* A feature of treatment of Sheep 2 with tremorgens, was the occurrence of a profuse, viscous nasal secretion, 45 to 60 minutes after giving paxilline or lolitrem B. In the case of paxilline, tremors had subsided at this time, but A and B sequences of the reticulum and rumen were markedly inhibited and the baseline of the reticulum was elevated; with lolitrem B administration, tremors had started to develop, A and B sequences of the reticulum and rumen were abolished and 'chaotic' activity of the reticulum was commencing.

*Nystagmus.* In Sheep 2 and 3, eye movements became jerky, 45 to 90 minutes after giving lolitrem B, at a time when tremoring was becoming pronounced. In Sheep 1, exaggerated nystagmus was observed 5 minutes after giving paxilline, when tremoring was at a maximum.

## DISCUSSION

These experiments have revealed profound effects of the tremorgens paxilline, penitrem and lolitrem B on smooth muscle of the reticulum and rumen of sheep. The effects observed were both excitatory and inhibitory; excitatory on baseline EMG activity of the reticulum and rumen, the amplitude of A sequences of contraction of the reticulum and on nasal secretion and inhibitory on the frequency of A and B sequences of contraction of the reticulorumen. Penitrem produced only very mild tremors, whereas paxilline and lolitrem B produced strong tremors and marked increases in EMG activity with a time course similar to previous experiments (Smith et al 1997).

The time course of the effect on the reticulorumen, over 1–2 hours with paxilline and penitrem and up to 12 hours with lolitrem B, was closely associated with the appearance and duration respectively, of the tremors induced with these toxins. Thus it seems there is a temporal relationship between the toxins' effects on both skeletal muscle and smooth muscle of the reticulum and rumen. Further evidence of a relationship between tremorgenic activity and effects on smooth muscle, was provided by the absence of effects on both skeletal muscle and the reticulorumen of the isomer 31-epilolitrem B. This compound is a very close analogue of lolitrem B differing only in the orientation of the hydrogen atom attached to C-31, and had previously been shown to be non-tremorgenic in mice (Munday-Finch et al 1996b).

The visible tremorgenic response and recorded skeletal muscle EMG of these animals to penitrem, was for reasons unknown, weak compared to our previous study using the same dose (Smith et al 1997), but allowed a clear differentiation between effects observed, with only fine tremors produced on the one hand, but strong inhibition of the reticulorumen on the other. This suggests that smooth muscle may be more sensitive than skeletal muscle. This may






FIG 6. Integrated electromyograms from the shoulder muscle (Sh), rumen (Ru) and reticulum (Ret) in Sheep 2 following, (a) paxilline (1 mg kg⁻¹), (b) paxilline (1 mg kg⁻¹) and atropine (100 µg kg⁻¹) and (c) acetone and atropine (100 µg kg⁻¹). In (b) note the induction of local intrinsic activity of the reticulum by paxilline and its reduction by atropine.




FIG 7. Integrated electromyogram of the reticulum (Ret) in Sheep 2, 3 hours and 5 hours after giving lolitrem B (70 µg kg⁻¹). Atropine (200 µg kg⁻¹) temporarily reduced 'chaotic' activity of the reticulum. Note also the transient reduction in 'chaotic' activity which immediately followed the rare occurrence of large A sequences of contraction indicated by*.

also be true for the other tremorgens, paxilline and lolitrem B, but the stronger tremorgenic responses to these two toxins did not allow similar comparisons. Lower doses of these agents producing no or weaker tremorgenic responses may reveal similar differential effects on skeletal and smooth muscle to those of penitrem. In relation to lolitrem B, it also indicates that effects on the gut may be of even greater importance in the field.

The effects of the mycotoxins on the reticulorumen have some similarities to those occurring after the administration of endotoxins (Van Miert 1980), but it is highly unlikely that endotoxins contaminated the preparations of mycotoxins due to their method of extraction and high purity (see Methods). In addition, larger doses of paxilline produced effects of much shorter duration than smaller doses of lolitrem B and structural modification of lolitrem B rendered it ineffective – both factors contrary to the view that the responses were due to contamination with endotoxins.

The mechanisms whereby the mycotoxins affected the reticulorumen are probably varied. The use of atropine indicates that stimulation of muscarinic cholinoceptors were involved in at least some of the excitatory responses. These included the increased local activity of the reticulum and rumen obtained after paxilline and the 'chaotic' activity of the reticulum following lolitrem B, which were reduced by atropine. This suggests the tremorgens resulted in either a direct stimulation of muscarinic receptors, potentiation of acetylcholine's action or an increased local release of acetylcholine at the neuromuscular junction of the reticulum and rumen. Support for the latter is provided by results of Selala et al (1991) who found penitrem and paxilline to enhance electrically stimulated contractions of guinea pig ileum in vitro, but not responses to exogenous acetylcholine. Furthermore, it was observed that the 'chaotic' activity of the reticulum following lolitrem B, was similar in form to motility seen in spontaneously contracting strips of reticulum in vitro, and which was also reduced but not abolished by atropine (Wong and McLeay 1988). Both penitrem and paxilline have been shown to inhibit high-conductance calcium-activated $K^+$ channels (Knaus et al 1994, Sanchez and McManus 1996, Strobaek et al 1996). These channels occur in most muscle cells and neurons (Latorre et al 1989) and regulate neuronal and smooth muscle excitability (Strobaek et al 1996, Toro et al 1998). In neurons they have been shown to regulate the amount of neurotransmitter released from presynaptic terminals (Robitallie and Charlton 1992, Stretton et al 1992). If these channels occur in the reticulorumen and are inhibited by the tremorgens thereby increasing the release of acetylcholine, this would be one possible pathway of action of the tremorgens for the increased local activity that was abolished by atropine.

Stimulation of other muscarinic cholinoceptors following administration of the tremorgens was indicated by the increase in nasal secretion, which is under parasympathetic cholinergic control (Lacroix et al 1998). The atropine-resistant responses to the tremorgens demonstrate non-cholinergic mechanisms of stimulation also occurred. Evidence from studies in a number of different species indicates that high-conductance calcium-activated $K^+$ channels may again be involved. These channels have been shown to regulate tone of smooth muscle in arteries, their activation by local increases in $[Ca^{2+}]_i$ causing hyperpolarisation and relaxation (Braydon and Nelson 1992, Nelson et al 1995). Activation of high-conductance calcium- activated $K^+$ channels may be

an important determinant of the resting membrane potential in some smooth muscle cells and their blockade may explain depolarisation of the membrane potential by charybotoxin (Carl et al 1996) and the stimulation by iberiotoxin of human and rat uterine muscles (Toro et al 1998). Blockade of these channels has been reported to account for the increased spontaneous contractile activity of guinea-pig and rat urinary bladder and rat duodenum elicited by paxilline and related tremorgens in vitro (DeFarias et al 1996). The increased activity of the urinary bladder in response to paxilline was unaffected by atropine and tetrodotoxin (DeFarias et al 1996). Enhanced local activity which was resistant to atropine, was a characteristic of the response of the reticulum to lolitrem B in our experiments. While the action of penitrem and paxilline on high-conductance calcium-activated $K^+$ channels has been well documented (Knaus et al 1994, Sanchez and McManus 1996, Strobaek et al 1996), the modes of actions of lolitrem B are unknown, but due to the common structures of these mycotoxins (Stern and Vleggaar 1985, Munday-Finch et al 1996), it seems probable it may also interact with high- conductance calcium-activated $K^+$ channels.

Effects of tremorgens on other smooth muscles of the sheep have been reported. Penitrem A blocked high-conductance calcium-activated $K^+$ channels in isolated smooth muscle cells of sheep mesenteric lymphatic vessels (Cotton et al 1997). In vitro, penitrem A slowed the frequency and increased the amplitude of spontaneously contracting smooth muscle of sheep mesenteric lymphatic vessels (Sergeant et al 1997). We observed similar effects of penitrem and paxilline on the frequency (inhibitory) and amplitude (excitatory) of electromyographic recordings of A and B sequences of contraction of the reticulorumen. Effects on the amplitude are likely to be peripheral, as demonstrated by the effects of dopamine (Stafford and Leek 1988) and volatile fatty acids (McLeay and Pass 1996) on motility of the reticulorumen.

The inhibitory effects of the tremorgens on the frequency of cyclical contractions of the reticulorumen could be central, peripheral or both. Cyclical contractions originate centrally from gastric centres in the medulla oblongata, but are dependent upon reflex stimulation from the periphery (Ruckebusch 1989). Increased local activity reflexly influences these cyclical contractions and substances producing large and sustained increases in local activity result in their reflex inhibition (Ruckebusch 1989). The inhibitory effects of lolitrem B and paxilline on cyclical contractions of the reticulum and rumen may therefore be related to their stimulation of increased local activity.

Central actions of the tremorgens in sheep exhibiting ryegrass staggers have been indicated by the presence of pathological lesions in the cerebellum (Munday and Mason 1967, Mason 1968) and an increased release of neurotransmitters from synaptosomes of brain tissue (Mantle 1983). Penitrem fed in fungal mycelium to sheep and given intraperitoneally to rats, has been found to selectively damage the Purkinje cells of the cerebellum (Cavanagh et al 1998). An indicator of central effects of the tremorgens in our sheep was the occurrence of nystagmus which has been reported in other species such as the rat (Cavanagh et al 1998).

It is possible therefore that the tremorgens may have central effects on the gastric centres in the medulla oblongata that control movements of the reticulorumen (Harding and Leek 1971). Certainly there appeared to be a differential effect of lolitrem B on the reticulum and rumen, with marked excitatory effects on the reticulum and inhibitory on the rumen. Differential effects of pharmacologically acting agents on the reticulum and rumen is a characteristic observation which may be either peripheral or central in origin depending on the agent (Ruckebusch 1983). Further evidence is required to establish a central effect on motility of the reticulorumen, and this model offers exciting possiblities for the elucidation of the mode of action of these tremorgens.

What is apparent from these experiments, irrespective of mode of action, is the profound effects of lolitrem B on motility of the reticulorumen. The ingestion of this mycotoxin (and related compounds) in endophyte-infected herbage will affect gastrointestinal motility, undoubtedly impair digestion and affect the health, well-being and productivity of animals. It is already recognised that animals grazing endophyte-infected ryegrass pastures suffer from scouring seen as perianal faecal contamination and illthrift (Fletcher 1993) and it is probable from the evidence presented in this paper, that alterations in gastro-intestinal motilty contribute to this. Effects of these tremorgens on more widespread muscarinic cholinoceptors and high-conductance calcium-activated $K^+$ channels, indicates secretory and other physiological functions are highly likely to be affected and contribute to other physiopathologies.

## ACKNOWLEDGEMENTS

The authors thank Margaret Auger for the excellent care of the animals, Julia Penn and Christopher Miles for assistance in the production of tremorgens, and DA Titchen for advice on the dosage of atropine.

## REFERENCES

APICELLA, M. A., GRIFFIS, J. M. & SCHNEIDER, H. (1994) Isolation and characterisation of lipopolysaccharides, lipooligosaccharides, and lipid A. *Methods in Enzymology* 235, 242–252
BRAYDON, J. E. & NELSON, M. T. (1992) Regulation of arterial tone by activation of calcium-dependent potassium channels. *Science* 256, 525–535
CARL, H., LEE, H. K. & SANDERS, K. M. (1996) Regulation of ion channels in smooth muscle by calcium. *American Journal of Physiology* 271, C9–C34
CAVANAGH, J. B., HOLTON, J. L., NOLAN, C. C., RAY, D. E., NAIK, J. T. & MANTLE P. G. (1998) The effects of the tremorgenic mycotoxin penitrem A on the rat cerebellum. *Veterinary Pathology* 35, 53–63
COTTON, K. D., HOLLYWOOD, M. A., McHALE, N. G. & THORNBURY, K. D. (1997) Outward currents in smooth muscle cells isolated from sheep mesenteric lymphatics. *Journal of Physiology* 503, 1–11
DeFARIAS, F. P., CARVALHO, M. F., LEE, S. H., KACZOROWSKI, G. J. & SUAREZ-KURTZ, G. (1996) Effects of the $K^+$ channel blockers paspalitrem-C and paxilline on mammalian smooth muscle. *European Journal of Pharmacology* 314, 123–128
DeJESUS, A. E., GORST-ALLMAN, C. P., STEYN, P. S., VAN HEERDEN, F. R., VLEGGAAR, R. & WESSELS, P. L. (1983) Tremorgenic mycotoxins from *Penicillium crustosum*. Biosynthesis of Penitrem A. *Journal of the Chemical Society, Perkin Transactions I*, 1863–1868
FLETCHER, L. R. (1993) Grazing ryegrass/endophyte associations and their effect on animal health and performance. *Proceedings of the Second International Symposium on Acremonium-Grass Interactions*. Eds D. E. Hume, G. C. M. Latch and H. S. Easton. AgResearch, Grasslands Research Centre, Palmerston North, New Zealand. Plenary Papers, pp 115–120 [ISSN no. 1052–5181]
GALLAGHER, R. T., HAWKES, A. D., STEYN, P. S. & VLEGGAAR, R. (1984) Tremorgenic neurotoxins from perennial ryegrass causing ryegrass staggers disorder of livestock: Structure elucidation of Lolitrem B, *Journal of the Chemical Society, Chemical Communications* London, 614–616

GALLAGHER, R. T., WHITE, E. P. & MORTIMER, P. H. (1981) Ryegrass staggers: isolation of potent neurotoxins lolitrem A and lolitrem B from staggers – producing pastures. *New Zealand Veterinary Journal* 29, 189–190

HARDING, R. & LEEK, B. F. (1971) The locations and activities of medullary neurones associated with ruminant forestomach motility. *Journal of Physiology* 219, 587–610

HAWKES, A. D., EMBLING, P. P & TOWERS, N. R. (1993) Breeding for resistance to ryegrass staggers. *New Zealand Veterinary Journal* 41, 217–218

KNAUS, H-G., McMANUS, O. B., LEE, S. H., SCHMALHOFER, W. A., GARCIO-CALVO, M., HELMS, L. M. H., SANCHEZ, M., GIANGIACOMO, K., REUBEN, J. P., SMITH, A. B. III, KACZOROWSKI, G. J. & GARCIA, M. L. (1994) Tremorgenic indole alkaloids potently inhibit smooth muscle high- conductance calcium-activated potassium channels. *Biochemistry* 33, 5819–5828

LACROIX, J. S., POTTER, E. K. & McLACHLAN, E. (1998) Nitric oxide and parasympathetic vascular and secretory control of the dog nasal mucosa. *Acta Otolaryngology* 118, 257–263

LATORRE, R., OBERHAUSER, A., LABARCA, P. & ALVAREZ, O. (1989) Varieties of calcium-activated potassium channels. *Annual Reviews of Physiology* 51, 385–399

MANTLE, P. G. (1983) Amino acid neurotransmitter release from cerebrocortical synaptosomes of sheep with severe ryegrass staggers in New Zealand. *Research in Veterinary Science* 34, 373–375

MANTLE, P. G., MORTIMER, P. H. & WHITE, E. P. (1978) Mycotoxic tremorgens of *Claviceps paspali* and *Penicillium cyclopium*: a comparative study of effects on sheep and cattle in relation to natural staggers syndromes. *Research In Veterinary Science* 24, 49–56

MASON, R. W. (1968) Axis cylinder degeneration associated with ryegrass staggers in sheep and cattle. *Australian Veterinary Journal* 44, 428

McLEAY, L. M., COMESKEY, M. A. & WATERS, M. J. (1990) Effects of epidermal growth factor on gastrointestinal electromyographic activity of conscious sheep. *Journal of Endocrinology* 124, 109–115

McLEAY, L. M. & PASS, M. A. (1996) Inhibitory effects of short intravascular infusions of propionate on reticulo-rumen motility in the sheep. *Comparative Biochemistry and Physiology* 115A, 63–71

MILES, C. O., MUNDAY, S. C., WILKINS, A. L., EDE, R. M. & TOWERS, N. R. (1994) Large-scale isolation of lolitrem B and structure determination of lolitrem E. *Journal of Agricultural and Food Chemistry* 42, 1488–1492

MITCHELL, P. J. & McCAUGHAN, C. J. (1992) Perennial ryegrass staggers in fallow deer (*Dama dama*). *Australian Veterinary Journal* 69, 258–259

MUNDAY, B. L. & MASON, R. W. (1967) Lesions in ryegrass staggers in sheep. *Australian Veterinary Journal* 43, 598–599

MUNDAY-FINCH, S. C., MILES C. O., WILKINS, A. L. & HAWKES, A. D. (1995) Isolation and structure elucidation of lolitrem A, a tremorgenic mycotoxin from perennial ryegrass infected with *Acremonium lolii*. *Journal of Agricultural and Food Chemistry* 43, 1283–1288

MUNDAY-FINCH, S. C., WILKINS, A. L. & MILES C. O. (1996a) Isolation of Paspaline B, an indole-diterpenoid from *Penicillium paxilli*. *Phytochemistry* 41, 327–332

MUNDAY-FINCH, S. C., WILKINS, A. L., MILES, C. O. EDE, R. M. & THOMSON, R. A. (1996b) Structure elucidation of lolitrem F, a naturally occurring stereoisomer of the tremorgenic mycotoxin lolitrem B, isolated from *Lolium perenne* infected with *Acremonium lolii*. *Journal of Agricultural and Food Chemistry* 44, 2782–2788

NELSON, M. T., CHENG, H., RUBART, M., SANTANA, L. F., BONEV, A. D., KNOT, H. J. & LEDERER, W. J. (1995) Relaxation of arterial smooth muscle by calcium sparks. *Science* 270, 633–637

NORRIS, P. J., SMITH, C. C. T., De BELLEROCHE, J., BRADFORD, H. F., MANTLE, P. G., THOMAS, A. J. & PENNY, R. H. C. (1980) Actions of tremorgenic fungal toxin on neurotransmitter release. *Journal of Neurochemistry* 34, 33–42

PENN, J. & MANTLE, P. G. (1994) Biosynthetic intermediates of indole-diterpenoid mycotoxins from selected transformations at C-10 of paxilline. *Phytochemistry* 35, 921–926

PETERSON, D. W., PENNY, R. H. C., DAY, J. B. & MANTLE, P. G. (1982) A comparative study of sheep and pigs given the tremorgenic mycotoxins verruculogen and penitrem A. *Research In Veterinary Science* 33, 183–187

ROBITALLIE, R. & CHARLTON, M. P. (1992) Presynaptic calcium signals and transmitter release are modulated by calcium-activated channels. *Journal of Neuroscience* 21, 297–305

RUCKEBUSCH, Y. (1983) Pharmacology of reticulo-ruminal motor function. *Journal of Veterinary Pharmacology and Therapeutics* 6, 245–272

RUCKEBUSCH, Y. (1989) Gastrointestinal motor functions in ruminants. In Handbook of Physiology. The Gastrointestinal System. Eds S. G. Schultz, J. D. Wood and B. B. Rauner. New York, Oxford University Press. Section 6, vol 1. pp 1225–1282

SANCHEZ, M. & McMANUS, O. B. (1996) Paxilline inhibition of the alpha-subunit of the high-conductance calcium-activated potassium channel. *Neuropharmacology* 35, 963–968

SELALA, M. I, LAEKEMAN, G. M., LOENDERS, B., MUSUKU, A., HERMAN, A. G. & SCHEPENS, P. (1991) *In vitro* effects of tremorgenic mycotoxins. *Journal of Natural Products* 54, 207–212

SERGEANT, G., COTTON, K. D., THORNBURT, K. D., McHALE, N. G. & HOLLYWOOD, M. A. (1997) The inhibitory effect of 5-HT on isolated sheep lymphatic vessels is blocked by penitrem A. *Journal of Physiology* 501, 116P–117P

SMITH, B. L., McLEAY, L. M. & EMBLING, P. P. (1997) Effects of the mycotoxins penitrem, paxilline and lolitrem B on the electromyographic activity of skeletal and gastrointestinal smooth muscle of sheep. *Research in Veterinary Science* 62, 111–116

SOBOTKA, T. J., BRODIE, R. E. & SPAID, S. L. (1978) Neurobehavioural studies of tremorgenic mycotoxins verruculogen and penitrem A. *Pharmacology* 16, 287–294

STAFFORD, K. J. & LEEK, B. F. (1988) Dopamine-sensitive receptors that evoke rumination and modify reticulo-ruminal activty in sheep. *Journal of Veterinary Pharmacology and Therapeutics* 11, 171–178

STERN, P. S. & VLEGGAAR, R. (1985) Tremorgenic mycotoxins. In *Progress In the Chemistry of Organic Natural Products*, Eds W. Herz, H. Grisebach, G.W. Kirby and Ch. Tamm. New York, Springer-Verlag. Volume 48, pp 1–80

STRETTON, D., MIURA, M., BELVISI, M. G. & BRANES, P. J. (1992) Calcium activated potassium channels mediate prejunctional inhibition of peripheral sensory nerves. *Proceedings of the National Academy of Sciences USA* 89, 1325–1329

STROBAEK, D., CHRISTOPHERSTEN, P., HOLM, N. R., MOLDT, P., AHRING, P. K., JOHANSEN, T. E. & OLSEN, S.-P. (1996) Modulation of the $Ca^{2+}$-dependent $K^+$ channel, *hlso*, by the substituted diphenylurea *NS 1608*, paxilline and internal $Ca^{2+}$. *Neuropharmacology* 35, 903–914

TORO, L., WALLNER, M., MEERA, P. & TANAKA, Y. (1998) Maxi-$K_{Ca}$, a unique member of the voltage-gated K channel superfamily. *News In Physiological Sciences* 13, 112–117

TITCHEN, D. A. (1968) Nervous control of motility of the forestomach of ruminants. In Handbook of Physiology. Alimentary Canal. Bile; Digestion; Ruminal Physiology. Ed C. F. Code. Washington DC. American Physiological Society. Section 6, Volume V. pp 2705–2724

VAN MIERT, A.S.J.P.A.M. (1980) Fever and reticulo-ruminal dysfunction. In Trends in Veterinary Pharmacology and Toxicology. Eds A.S.J.P.A.M. van Miert, J Frens and F.W. van der Kreek. Amsterdam, Elsevier Scientific. *Developments in Animal and Veterinary Sciences* 6, 184–192

WATSON, S. P. & GIRDLESTONE, D. (1995) *Trends in Pharmacological Sciences*, Receptor and Ion Channel Nomenculature Supplement, 6th Ed. p67

WEEDON, C. M. & MANTLE, P. G. (1987) Paxilline biosynthesis by *Acremonium lolii*; a step towards defining the origin of lolitrem neurotoxins. *Phytochemistry* 26, 969–971.

WESTPHAL, O. & JANN, K. (1965) Bacterial lipopolysaccharides. Extraction with phenol-water and further applications of the procedure. *Methods in Carbohydrate Chemistry* 83, 83–91

WILSON, B. J., HOEKMAN, T. & DETTBARN, W.-D. (1972) Effects of a fungus tremorgenic toxin (penitrem A) on transmission in rat phrenic nerve-diaphragm preparations. *Brain Research* 40, 540–544

WONG, M. H. & McLEAY, L. M. (1988) In vitro spontaneous motility of gastric smooth muscles of the sheep. *Quarterly Journal of Experimental Physiology* 73, 521–531


*Accepted October 6, 1998*