NeuroToxicology® 20(1): 41-48, 1999
Copyright © 1999 by Intox Press, Inc.

# The Naturally Occurring Food Mycotoxin Fumonisin B1 Impairs Myelin Formation in Aggregating Brain Cell Culture

FLORIANNE MONNET-TSCHUDI[1], MARIE-GABRIELLE ZURICH[1], OLIVIER SORG[1], JEAN-MARIE MATTHIEU[3], PAUL HONEGGER[1] AND BENOIT SCHILTER[2]

[1]*Institute of Physiology, University of Lausanne, Bugnon 7, CH-1005 Lausanne, Switzerland;* [2]*Nestec Ltd. Research Centre, Vers-chez-les-Blanc, PO Box 444. CH-1000 Lausanne, Switzerland;* [3] *Neurochemistry Laboratory, Clinic of Pediatry, CHUV, CH-1000 Lausanne, Switzerland.*

***Abstract:*** FLORIANNE MONNET-TSCHUDI, MARIE-GABRIELLE ZURICH, OLIVIER SORG, JEAN-MARIE MATTHIEU, PAUL HONEGGER AND BENOIT SCHILTER. The Naturally Occurring Food Mycotoxin Fumonisin B1 Impairs Myelin Formation in Aggregating Brain Cell Culture. *Neurotoxicology* 20(1):41-48. *The effects of subchronical applications of the mycotoxin Fumonisin B1 (FB1) were analyzed in vitro, using aggregating cell cultures of fetal rat telencephalon as a model. As cells in the aggregates developed from an immature state to a highly differentiated state, with synapse and compact myelin formation, it was possible to study the effects of FB1 at different developmental stages. The results showed that FB1 did not cause cell loss and it had no effects on neurons. However it decreased strongly the total content of myelin basic protein, the main constituent of the myelin sheath, during the myelination period (DIV 18-28). The loss of myelin was not accompanied by a loss of oligodendrocytes, the myelinating cells. However FB1 had effects on the maturation of oligodendrocytes, as revealed by a decrease in the expression of galactocerebroside, and on the compaction of myelin, as shown by a reduction of the expression of the myelin/oligodendrocyte glycoprotein MOG. The content of the cytoskeletal component glial fibrillary acidic protein (GFAP) was decreased in differentiated astrocytes, exclusively, while neurons were not affected by 40 μM of FB1 applied continously for 10 days. In summary, FB1 selectively affected glial cells. In particular, FB1 delayed oligodendrocyte development and impaired myelin formation and deposition. ©1999 Intox Press, Inc.*

**Keywords:** **Fumonisin B1, Aggregating Brain Cell Cultures, Myelin, Oligodendrocyte, Astrocyte**

## INTRODUCTION

Fumonisin B1 (FB1) is a mycotoxin produced by different Fusarium species, mainly Fusarium moniliforme (Thiel *et al.*, 1991), the most common fungus associated with maize. As a consequence, FB1 is often present in corn-based food products at ppm levels (Chamberlain *et al.*, 1993). The risk for human health resulting from the exposure to this mycotoxin is not yet completely characterized, although preliminary assessments suggest that the estimated average uptake is unlikely to pose a problem (Kuiper-Goodman *et al.*, 1996). It is well documented that FB1 may produce different types of toxicity depending upon the species considered. In most species examined, the liver (Riley *et al.*, 1994) and the kidneys (Bondy *et al.*, 1996) are the main targets, while the lungs are specific targets in the pigs (Kuiper-Goodman *et al.*, 1996). In equidae, FB1 has been identified as the causative agent of leukoencephalomalacia, a neurological syndrome characterized by focal necrosis of the white matter. Furthermore some reports suggest that FB1 could be a developmental toxicant in mice (Gross *et al.*, 1994) and in hamster (Floss *et al.*, 1994).

Regarding the molecular mechanisms, FB1 inhibits strongly the activity of the sphingosine-N-acetyl-transferase (Merrill *et al.*, 1993a) resulting in a block of the sphingolipid biosynthesis (Merrill *et al.*, 1996). Furthermore, FB1 activates also the protein kinase C

Please send request for reprints to Dr. Florianne Monnet-Tschudi, Institute of Physiology, 7, rue du Bugnon, CH-1005 Lausanne, Switzerland. e-mail: Floriane.Monnet@iphysiol.unil.ch.
*Submitted: March 20, 1998. Accepted: October 7, 1998.*

EXHIBIT 45

(Yeung *et al.*, 1996). Since sphingolipids are major constituents of myelin, and activators of protein kinase C are known to induce demyelination (Pouly *et al.*, 1997), effects on myelin formation and integrity may be expected as a consequence of FB1 exposure. Recent reports support such an hypothesis: prenatal treatments of rats alter the functional development of the nervous system (Ferguson *et al.*, 1997), while myelin synthesis was reduced in pups treated postnatally with this mycotoxin (Kwon *et al.*, 1997).

In the present report, the effects of FB1 on oligodendrocyte development and on myelin formation, as well as on compact myelin have been studied using aggregating rat brain cell cultures. This 3-dimensional *in vitro* system contains all the different types of brain cells, and develops a highly organized and differentiated tissue-like structure. With respect to myelin formation, a period of oligodendrocyte proliferation is followed by differentiation and formation of compact myelin around axons (Guentert-Lauber *et al.*, 1985). This model system has been extensively applied for neurotoxicological studies (Schilter *et al.*, 1995; Honegger, Werffeli, 1988; Honegger and Schilter, 1995; Kucera *et al.*, 1993; Monnet-Tschudi *et al.*, 1995a; Zurich *et al.*, 1998; Zurich *et al.*, 1994) and appeared to be very useful for developmental neurotoxicity testing (Monnet-Tschudi *et al.*, 1993; Monnet-Tschudi *et al.*, 1995b; Monnet-Tschudi *et al.*, 1996; Monnet-Tschudi *et al.*, 1997). Moreover it is a unique in vitro system to assess the potential effects of modulating factors or toxic agents on the processes of myelination, demyelination and remyelination (Honegger, 1988; Almazan *et al.*, 1985a; Almazan *et al.*, 1985b; Loughlin *et al.*, 1994a; Loughlin *et al.*, 1994b; Kerlero de Rosbo *et al.*, 1990; Pouly *et al.*, 1997).

## MATERIALS AND METHODS

### Cell Culture

Rotation-mediated aggregating cell cultures of fetal rat telencephalon were prepared as described previously in detail (Honegger and Monnet-Tschudi, 1996). In brief, the pooled forebrains of 16-day fetal rats (OFA; BRL, Füllinsdorf, Switzerland) were dissociated mechanically using nylon sieves of 200- and 115-µm pores. The dissociated and washed cells, resuspended in serum-free medium, modified DMEM (Honegger, Monnet-Tschudi, 1996) were incubated at a density of 6 x $10^7$ cells per flask, and maintained under constant gyratory agitation at 37°C in an atmosphere of 10% $CO_2$ and 90% humidified air. Media were replenished at intervals of 3 days till day 14, and every other day thereafter, by exchanging 5 ml of medium (of a total of 8 ml) per flask.

### Treatments and Assays

To investigate the development-dependency of Fumonisin B1 *in vitro*, aggregating brain cell cultures were treated, at each medium replenishement, with Fumonisin B1 (FB1, Sigma) at concentrations ranging from 1 µM to 40 µM. Stock solutions (100x concentrated) and dilutions were prepared in sterile water. The 10 day treatment was applied during an early developmental period, between *in vitro* days 5 and 15; during an intense myelination period, between *in vitro* days 18 and 28; or at an advanced developmental stage, between days 25 and 35. At the end of each period of treatment, the cultures were harvested and analyzed for various biochemical and histochemical parameters. Changes in total protein were taken as a first indication for general cytotoxicity. Cell type-specific effects were evaluated through the assessment of enzymatic activities known to be present selectively in particular cell populations. Glutamic acid decarboxylase (GAD) and choline acetyltransferase (ChAT) activities were used as markers for GABAergic and cholinergic neurons, respectively, while glutamine synthetase (GS) and 2',3'-cyclic nucleotide 3'-phosphohydrolase (CNP) served as markers for astrocytes and oligodendrocytes, respectively.

For biochemical analyses, aggregating cell cultures were washed twice with 5 ml of ice-cold phosphate-buffered saline (PBS) and homogenized in 0.5 ml of 2 mM potassium phosphate containing 1 mM EDTA (pH 6.8), using glass-glass homogenizers (Bellco). The homogenates were briefly sonicated, divided into aliquots for the different assays and stored at -80°C.

The activity of choline acetyltransferase (ChAT; EC 2.3.1.6) was determined by a modification (Wilson *et al.*, 1972) of the radioenzymatic method of Shrier and Shuster (1967), and corrected for the portion of non-specific activity, determined by omission of choline in the assay mixture.

Glutamic acid decarboxylase (GAD; EC 4.1.1.15) activity was determined by a modification (Wilson *et al.*, 1972) of the radioenzymatic method of Wingo and Awapara (1950).

Glutamine synthetase (GS; EC 6.3.1.2) activity was assayed by a modification (Patel *et al.*, 1982) of the radioenzymatic method of Pishak and Phillips (1979). L-[1-$^{14}$C] glutamic acid was used as precursor, and phosphoenolpyruvate/pyruvate kinase as the ATP-regenerating system (Patel *et al.*, 1982).

The activity of 2',3'-cyclic nucleotide 3'-phosphohydrolase (CNP; EC 3.1.4.37) was measured

according to the spectophotometric method of Kurihara and Tsukada (1967).

Myelin basic protein (MBP) content was measured by radioimmunoassay (Bürgisser, 1983).

Protein concentrations were determined by the method of Lowry et al. (1951) using bovine serum albumin as a standard.

## Thymidine Incorporation

Aggregating brain cell cultures were incubated for 18 hours with $^{14}$C-thymidine ([$^{14}$C-methyl]thymidine; 0.24 mCi/mmol; New England Nuclear-Du Pont, Boston, MA). Radioactivity was measured in the trichloroacetic acid precipitate and analyzed by a modification (McCarthy and Partlow, 1976) of the technique of Mans and Novelly (1961).

## Immunocytochemistry

Aggregates were washed in PBS, embedded in cryoform, and frozen in liquid nitrogen-cooled isopentane. Cryostat-cut sections (10 µm) were fixed with acetone. Nonspecific sites were blocked with normal rabbit or swine serum at a dilution of 1:25 in PBS. Sections were exposed overnight at 4°C to the specific antibodies, diluted in PBS, as follows: anti-GFAP (Biomako, Israël), diluted 1:800; anti NF-M and anti-NF-H (Boehringer, 1:100 and 1:200, respectively) anti-MBP (Boehringer, diluted 1:500; anti-MOG (Linington *et al.*, 1984, diluted 1:25) and anti-Gal-C (Boehringer, diluted 1:25). Thereafter, the sections were incubated for 20 min at room temperature with fluorescein-conjugated secondary antibodies (Dakopatts), diluted 1:50.

## Visualization of Microglia

Microglia were visualized by the specific binding of horseradish peroxidase-conjugated lectin (GSI-B4) of *Griffonia simplicifolia* according to Streit and Kreutzberg (1987) and Ashwell (1990). Briefly, aggregates were fixed in Carnoy and embedded in paraplast. The 5 µm sections were incubated for 30 min in absolute methanol containing 0.3% $H_2O_2$ to block endogenous peroxidase activity. The sections were then exposed overnight at 4° C to the horseradish peroxidase-conjugated lectin (*Griffonia simplicifolia* GSI-B4 isolectin, conjugated with type VI HRP, Sigma) dissolved at a final concentration of 1.25 mg per 100 ml in 0.1 M of Tris-buffered saline (pH 7.4) containing 1% Triton X-100. As a control, the specific lectin binding sites were saturated by preincubation (2 h at room temperature) with 0.1 M of melibiose (6-O-a-D-galactopyranosyl-D-glucose, Sigma).

**TABLE 1.** CNP specific activity (µmol. mg proteins$^{-1}$ min$^{-1}$) after fumonisin B1 treatment at two developmental periods.

| [Fumonisin B1] (µM) | d 18 - 28 | d 25 - 35 |
|---|---|---|
| 0 | 1.64 ± 0.22 | 2.08 ± 0.05 |
| 3 | 1.74 ± 0.19 | 3.56 ± 1.40 |
| 10 | 1.77 ± 0.14 | 3.29 ± 0.94 |
| 40 | 1.36 ± 0.07 | 2.86 ± 0.45 |

Aggregate cultures at two developmental periods were treated for 10 days with fumonisin B1. At the end of the treatment, aggregates were homogenised and CNP activity was measured . Values represent the mean (µmol./mg protein) of triplicate cultures ± SEM. Statistical evaluation was made by ANOVA followed by Mann-Whitney post-test. No significant difference was found.

## *In Situ* End Labeling

Apoptotic cell death was analyzed on paraffin section of aggregates according to the technique of Gold *et al.* (1994).

## Western Blotting

For immunoblotting, aggregates were homogenized in 2 mM phosphate buffer (pH 6.8) in the presence of protease inhibitors, as described earlier (Monnet-Tschudi *et al.*, 1995b) and processed according to the technique of Laemmli (1970). Anti-GFAP (Boehringer) was diluted 1:20000.

# RESULTS

At all developmental stages investigated, CNP activity, which is a marker for oligodendrocytes, was not affected by FB1 even at concentrations up to 40 µM for 10 days (Table 1). In contrast, a reduction of the immunoreactivity of Gal-C, an oligodendrocyte membrane marker, was observed at 40 µM of FB1 (Fig. 1), when FB1 was applied during the myelinating period (DIV 18-28). MBP was analyzed by two different techniques: by a radioimmunoassay, as an index of synthesis, and by immunocytochemistry for the location of myelin depositions. The total MBP content was significantly decreased with 3, 10 and 40 µM of FB1 (Table 2). This strong effect was observed only in myelinating cultures (DIV 18-28), but not in the most differentiated ones (DIV 25-35). Immunoreactivity for MBP was decreased with 10 µM of FB1 in myelinating cultures (not shown). For 40 µM of FB1, (Fig. 1) a reduction of MBP immunoreactivity was observed in both myelinating and mature cultures, showing that FB1 at high concentrations




FIG. 1. Immunofluorescence staining for MBP, MOG, and Gal-C in myelinating cultures (DIV 18-28) and in highly differentiated cultures (DIV 25-35). The treated cultures received 40 µM of FB1 for 10 days. Magnification: 200x.

may also alter the structure of compact myelin. This hypothesis was supported by the results of MOG immunocytochemistry, showing a decrease in MOG expression exclusively in differentiated cultures (DIV 25-35) (Fig. 1).

A single treatment with 40 µM of FB1 applied at day 26 decreased MBP content , when assayed 4 days later (3.6 ± 0.6 µg/flask compared to control: 6.1 µg/flask). Moreover, similarly to the 10-day treatment, CNP activity remained unchanged (not shown). Furthermore no change in the incorporation of radiolabelled thymidine, used as index of cell proliferation, was detected (not shown).

In order to assess the selectivity of the FB1 effects on oligodendrocytes and on myelin formation, other markers indicating potential toxicity on other cell types were analyzed in parallel.

Two astrocyte markers were used: the specific enzyme glutamine synthetase, indicating changes in the number and in the maturation of astrocytes; and the cytoskeletal marker, glial fibrillary acidic protein, GFAP, as an index of maturation and reactivity of astrocytes. FB1 applied on immature and on differentiated cultures did not affect glutamine synthetase activity (not shown). In contrast, the immunocytochemical analysis of GFAP

**TABLE 2.** Radioimmunoassay (RIA) for myelin basic protein (MBP) after fumonisin B1 treatment at two developmental periods.

| [Fumonisin B1] (µM) | d 18 - 28 | d 25 - 35 |
|---|---|---|
| 0 | 5.4 ± 0.2 | 5.0 ± 0.4 |
| 3 | 3.8 ± 0.1 ** | 6.6 ± 1.5 |
| 10 | 1.8 ± 0.2 ** | 4.4 ± 0.4 |
| 40 | 1.8 ± 0.1 ** | 3.9 ± 0.7 |

Aggregate cultures at two developmental periods were treated for 10 days with fumonisin B1. At the end of the treatment, aggregates were homogenised and MBP content was measured by RIA. Values represent the mean (µg MBP/flask) of 5-6 replicate cultures ± SEM. Statistical evaluation was made by ANOVA followed by Mann-Whitney post-test. ** $p < 0.002$.

showed a decrease of the staining at concentrations as low as 1 µM of FB1 (Fig. 2). Such an effect was observed in mature cultures exclusively. Moreover a semi-quantitative analysis of GFAP content on immunoblots (Fig. 2D) showed a decrease at 10 and 40 µM of FB1, confirming the decrease in GFAP expression observed with the immunocytochemical technique.

Glutamic acid decarboxylase (GAD) and choline acetyltransferase (ChAT), two enzymatic markers specific for GABAergic and cholinergic neurons, respectively, were examined in order to analyze the potential effects of FB1 on different types of neurons. No effect was observed at the concentrations of FB1 tested (not shown). Similarly, both the formation of neuronal processes and the maturation of neurons, as assessed by the analysis of the expression of the neurofilament subunits M and H (NF-M and NF-H) (not shown) were not affected by FB1.

In immature and in highly differentiated cultures, FB1 applied for 10 days at concentrations up to 40 µM, did not affect the total protein content, indicating an absence of general cytotoxicity (not shown). The use of the TUNEL technique did not reveal any significant change in apoptotic cell death either in myelinating or in more differentiated cultures treated with FB1 (Table 3). Modifications in the number and clustering of microglial cells is considered as an early marker of neurotoxicity (Monnet-Tschudi *et al.*, 1995a; Monnet-Tschudi *et al.*, 1996) and is observed before neuronal death. FB1 did not have any effect on the number and on the distribution of microglial cells labelled with the lectin *Griffonia simplicifolia* (not shown). Finally no alteration in thymidine incorporation was detected during or after the myelination period, indicating that FB1 neither diminished nor increased cell proliferation (data not shown).




**FIG. 2.** Immunofluorescence staining and western blot analysis of GFAP. A: control culture; B: FB1 1 µM; C: FB1 40 µM. Magnification: 150x. D: Immunoblotting for GFAP. A decrease in the intensity of the band was seen at 10 and 40 µM of FB1.

## DISCUSSION

The mycotoxin Fumonisin B1 appears to have a low cytotoxicity in fetal rat brain reaggregate cultures. At all developmental stages tested, FB1 caused neither cell death nor apoptosis. It did not induce a microglial reaction, which is considered as an early marker of neurotoxicity (Monnet-Tschudi *et al.*, 1995a; Monnet-Tschudi *et al.*, 1996). However, FB1 affected drastically myelin formation.

The best documented molecular mechanism of FB1 is the disruption of sphingolipid biosynthesis, by

**TABLE 3.** Number of apoptotic nuclei labelled with the TUNEL technique after fumonisin B1 treatment at two developmental periods.

| [Fumonisin B1] (µM) | d 18 - 28 | d 25 - 35 |
|---|---|---|
| 0 | 112 ± 24 | 69 ± 23 |
| 3 | 107 ± 13 | 84 ± 7 |
| 10 | 191 ± 16 | 63 ± 31 |
| 40 | 151 ± 18 | 48 ± 6 |

Aggregate cultures at two developmental periods were treated for 10 days with fumonisin B1. At the end of the treatment, aggregates were fixed in Carnoy and embedded in paraffin. Apoptotic nuclei were labelled with the TUNEL technique. Values represent the mean of the blind counting of the labelled nuclei on 20 aggregate sections of equal diameter of duplicate cultures ± SEM. Statistical evaluation was made by ANOVA followed by Bonferroni post-test. No significant difference was found.

inhibiting the enzyme ceramide synthase (Merrill *et al.*, 1993a; Merrill *et al.*, 1993b), leading to an accumulation of sphinganine (Merrill *et al.*, 1993b). Since sphingolipid derived mediators could be involved in myelination (Vos *et al.*, 1996), a drastic effect of FB1 during myelination was expected. Recent reports *in vivo* confirm this assumption (Kwon *et al.*, 1997).

By using different oligodendrocyte markers, it seems that FB1 delayed oligodendrocyte maturation, as suggested by the slight decrease of Gal-C, a differentiation marker (Espinosa de los Monteros *et al.*, 1988), without affecting the number of myelinating cells, since no change in the enzymatic marker CNP was found. Since the MBP content was not significantly decreased in highly differentiated cultures, mature myelin appeared to be more resistant to FB1 treatment. However, at 40 μM of FB1, the MBP immunoreactivity was decreased in myelinating as well as in highly differentiated cultures. These data indicate that at high concentrations FB1 may affect both the synthesis and the deposition of MBP. Furthermore, FB1 may also interfere with the compaction of the myelin sheath in differentiated cultures, since the glycoprotein MOG was decreased in differentiated cultures (DIV 25-35). This marker, localized essentially at the external surface of the myelin sheath, appears late in the compacting myelin sheaths (Brunner *et al.*, 1989). This could explain why no effect on MOG was detected earlier in development.

Whether all these effects of FB1 are the results of the specific blockade of ceramide synthase is not known. Since FB1 was reported to have the ability to activate protein kinase C (PKC) (Merrill *et al.*, 1997), and since an activation of PKC induced demyelination (Pouly *et al.*, 1997; Pouly, 1997), we tested whether a single treatment with FB1 caused demyelination with the same characteristics as observed after PKC activation by mezerein or phorbol esters. The results show that a single treatment with 40 μM of FB1 induced demyelination, although it was not accompanied by a decrease of CNP, nor by cell proliferation. Thus it appears unlikely that activation of PKC is involved in the demyelination observed after FB1.

The other effect observed after FB1 treatment in differentiated cultures was a loss of the astrocytic marker GFAP, while the enzymatic marker glutamine synthetase was not modified. These data indicate that FB1 did not interfere with the maturation of astrocytes, nor with their viability. It is known that sphingolipids bind to cytoskeletal proteins (for review, see Merrill *et al.*, 1993b), leading to a stabilization of the cytoskeleton. Therefore a deficit of sphingolipids due to the block of ceramide synthase by FB1 could explain this loss of GFAP. Since GFAP, a cytoskeletal marker, is largely distributed in astrocytic processes (Monnet-Tschudi *et al.*, 1988), FB1 could disrupt their structural organization.

In conclusion, FB1 affected selectively glial cells, while neurons were spared. FB1 interfered with oligodendrocyte development and impaired myelin formation and deposition. At high concentration, FB1 affected also mature compact myelin. The relevance of these data to other species, particularly humans, and the relationship between the present observations and the known molecular actions of FB1 deserve further investigation.

## ACKNOWLEDGEMENTS

We thank Mrs. M. Capt, V. Rey and D. Tavel for their excellent technical assistance, Mr. C. Verdan for the photographic work, and Mr. Van Thanh Nguyen for the MBP radioimmunoassay. This work was supported by the Swiss National Science Foundation, Grants 31-49731.96, 31-47010.96, and the NESTEC Foundation.

## REFERENCES

**Almazan G, Honegger P, Matthieu JM.** Triiodothyronine stimulation of oligodendroglial differentiation and myelination. A developmental study. *Dev Neurosci* 1985a; 7:45-54

**Almazan G, Honegger P, Matthieu JM, Guentert-Lauber B.** Epidermal growth factor and bovine hormone stimulate diferantiation and myelination of brain cell aggregates in culture. *Dev Brain Res* 1985b; 21:257-264

**Ashwell K.** Microglia and cell death in the developing mouse cerebellum. *Dev Brain Res* 1990; 55:219-230

**Bondy G, Barker M, Mueller R, Fernie S, Miller JD, Armstrong C, Hierlihy SL, Rowsell P, Suzuki C.** Fumonisin $B_1$ toxicity in male Sprague-Dawley rats. *Adv Exp Med Biol* 1996; 392:251-264

**Brunner C, Lassmann H, Waehneldt TV, Matthieu JM, Linington C.** Differential ultrastructural localization of myelin basic protein, myelin/oligodendroglial glycoprotein, and 2'3' cyclic nucleotide 3'-phosphodiesterase in the CNS of adult rats. *J Neurochem* 1989; 52:296-304

**Bürgisser P.** Mise au point d'un dosage radio-immunologique de la protéine basique de la myéline dans le liquide céphalo-rachidien et dans le tissu nerveux. *Thesis* 1983; Université de Lausanne, Lausanne Switzerland

**Chamberlain WJ, Bacon CW, Norred WP, Voss KA.** Levels of fumonisin B1 in corn naturally contaminated with

Case 4:03-cv-04019-KES Document 219-48 Filed 12/07/04 Page 7 of 9 PageID #: 4223



aflatoxins. *Fd Chem Toxicol* 1993; 31:995-998

**Espinosa de los Monteros A, Chiapelli F, Fisher R, De Vellis J.** Transferrin: an early marker of oligodendrocytes in culture. *Int J Dev Neurosci* 1988; 6:167-175

**Ferguson SA, St Omer VEV, Kwon O-S, Holson RR, Houston RJ, Rottinghaus GE, Slikker W.** Prenatal Fumonisin (FB1) treatment in rats results in minimal maternal or offspring toxicity. *Neurotoxicology* 1997; 18:561-570

**Floss JL, Casteel SW, Johnson GC, Rottinghaus GE, Krause GF.** Developmental toxicity of fumonisin in Syrian hamsters. *Mycopathol* 1994; 128:33-38

**Gold R, Schmied M, Giegerich G, Hartung HP, Toyka KV, Lassmann H.** Differentiation between cellular apoptosis and necrosis by the combined use of *in situ* tailing and nick translation techniques. *Lab Invest* 1994; 71:219-225

**Gross SM, Reddy RV, Rottinghaus GE, Johnson G, Reddy CS.** Developmental effects of fumonisine B1-containing Fusarium monoliforme culture extract in CD1 mice. *Mycopathol* 1994; 128:111-118

**Guentert-Lauber B, Monnet-Tschudi F, Omlin FX, Favrod P, Honegger P.** Serum-free aggregate cultures of rat CNS glial cells: Biochemical, Immunocytochemical and morphological characterization. *Dev Neurosci* 1985; 7:33-44

**Honegger P.** Oligodendrocyte development and myelination in serum-free aggregating brain cell cultures. In: *A Multidisciplinary Approach to Myelin Disease*, Serlupi Crescenzi G, ed., New-York, Plenum Press, 1988, pp 161-116

**Honegger P, Werffeli P.** Use of aggregating cell cultures for toxicological studies. *Experientia* 1988; 44:817-822

**Honegger P, Schilter B.** The use of serum-free aggregating brain cell cultures in neurotoxicology. In: *Neurotoxicology: Approaches & Methods*, Chang LW, ed., New York, Academic Press, 1995, pp 507-516

**Honegger P, Monnet-Tschudi F.** Aggregating neural cell cultures. In: *Protocols for Neural Cell Culture*, Fedoroff S, Richardson A, eds., Totowa, NJ, Humana Press, 1996,

**Kerlero de Rosbo N, Honegger P, Lassmann H, Matthieu JM.** Demyelination induced in aggregating brain cell cultures by a monoclonal antibody against myelin/oligodendrocyte glycoprotein. *J Neurochem* 1990; 55:583-587

**Kucera P, Cano E, Honegger P, Schilter B, Zijlstra JA, Schmid B.** Validation of whole chick embryo cultures, whole rat embryo cultures and aggregating embryonic brain cell cultures using six pairs of coded compounds. *Toxic in Vitro* 1993; 7:785-798

**Kuiper-Goodman T, Scott PM, McEwen NP, Lombaert GA, Ng W.** Approaches to the risk assessment of fumonisins in corn-based foods in Canada. *Adv Exp Med Biol* 1996; 392:369-393

**Kurihara T, Tsukada Y.** The regional and subcellular distribution of 2',3'-cyclic nucleotide 3'-phosphohydrolase in the central nervous system. *J Neurochem* 1967; 14:1167-1174

**Kwon O-S, Schmued LC, Slikker W.** Fumonisin B1 in developing rat alters brain sphinganine levels and myelination. *Neurotoxicology* 1997; 18:571-580

**Laemmli UK.** Cleavage of structural protein during assembly of the head of bacteriophage T4. *Nature* 1970; 227:680-685

**Linington C, Webb M, Woodhams PL.** A novel myelin-associated glycoprotein defined by a mouse monoclonal antibody. *J Neuroimmunol* 1984; 6:387-396

**Loughlin AJ, Honegger P, Woodroofe MN, Comte V, Matthieu JM.** Myelin basic protein content of aggregating rat brain cell cultures treated with cytokines and/or demyelinating antibody: effects of macrophage enrichment. *J Neurosci Res* 1994a; 37:647-653

**Loughlin AJ, Honegger P, Woodroofe MN, Comte V, Matthieu JM, Cuzner ML.** Myelination and cytokine-induced demyelination in aggregating rat brain cell cultures: effects of macrophage-enrichment. *J Neurosci Res* 1994b; 37:647-653

**Lowry OH, Rosenbrough NJ, Farr AL, Randall RJ.** Protein measurement with the Folin phenol reagent. *J Biol Chem* 1951; 193:265-275

**Mans RJ, Novelly GD.** Measurement of the incorporation of radioactive amino acids into proteins by a filter paper disk method. *Arch Biochem* 1961; 94:48-53

**McCarthy KD, Partlow LM.** Preparation of pure neuronal and non neuronal cultures from embryonic chick sympathetic ganglia: a new method based on both differential cell adhesiveness and the formation of homotypic neuronal aggregates. *Brain Res* 1976; 114:391-414

**Merrill AH, van Echten G, Sandhoff K.** Fumonisin B1 inhibits sphingosine (sphinganine) N-acyltransferase and de novo sphingolipid biosynthesis in cultured neurons in situ. *J Biol Chem* 1993a; 268:27299-27306

**Merrill AH, Wang E, Gilchrist DG, Riley RT.** Fumonisins and other inhibitors of de novo sphingolipid biosynthesis. *Adv Lipid Res* 1993b; 26:215-234

**Merrill AH Jr, Liotta DC, Riley RT.** Fumonisins: Fungal toxins that shed light on sphingolipid function. *Trends Cell Biol* 1996; 6:218-223

**Merrill AH Jr, Schmelz EM, Dillehay DL, Spiegel S, Shayman JA, Schroeder JJ, Riley RT, Voss KA, Wang**

E. Sphingolipids - The enigmatic lipid class : Biochemistry, physiology, and pathophysiology. *Toxicol Appl Pharmacol* 1997; 142:208-225

**Monnet-Tschudi F, Eng LF, Matthieu JM, Honegger P.** Developmental expression of glial fibrillary acidic protein and glutamine synthetase in serum-free aggregating cell cultures of fetal rat telencephalon. *Dev Neurosci* 1988; 10:165-172

**Monnet-Tschudi F, Zurich MG, Honegger P.** Evaluation of the toxicity of different metal compounds in the developing brain using aggregating cell cultures as a model. *Toxic in Vitro* 1993; 7:335-339

**Monnet-Tschudi F, Zurich MG, Pithon E, van Melle G, Honegger P.** Microglial responsiveness as a sensitive marker for trimethyltin (TMT) neurotoxicity. *Brain Res* 1995a; 690:8-14

**Monnet-Tschudi F, Zurich MG, Riederer BM, Honegger P.** Effects of trimethyltin (TMT) on glial and neuronal cells in aggregate cultures: dependence on the developmental stage. *Neurotoxicology* 1995b; 16:97-104

**Monnet-Tschudi F, Zurich MG, Honegger P.** Comparison of the developmental effects of two mercury compounds on glial cells and neurons in aggregate cultures of rat telencephalon. *Brain Res* 1996; 741:52-59

**Monnet-Tschudi F, Sorg O, Honegger P, Zurich M-G, Huggett AC, Schilter B.** Effects of naturally occurring food mycotoxin ochratoxin A on brain cells in culture . *Neurotoxicology* 1997; 18:831-840

**Patel AJ, Hunt A, Gordon RD, Balazs R.** The activities in different neural cell types of certain enzymes associated with the metabolic compartmentation glutamate. *Dev Brain Res* 1982; 4:3-11

**Pishak MR, Phillips AT.** A modified radioisotopic assay for measuring glutamine synthetase activity in tissue extracts. *Anal Biochem* 1979; 94:82-88

**Pouly S.** Capacité de remyelinisation du système nerveux central étudiée sur des cultures tridimensionelles. *Thesis* 1997;

**Pouly S, Storch MK, Matthieu JM, Lassmann H, Monnet-Tschudi F, Honegger P.** Demyelination induced by protein kinase C-activating tumor promoters in aggregating brain cell cultures. *J Neurosci Res* 1997; 49:1-12

**Riley RT, Voss KA, Yool H-S, Gelberblom WCA, Merrill AH.** Mechanism of fumonisin toxicity and carcinogenesis. *J Food Protect* 1994; 57:528-535

**Schilter B, Nöldner M, Chatterjee SS, Honegger P.** Anticonvulsant drug toxicity in rat brain cell aggregate cultures. *Toxic in Vitro* 1995; 9:381-386

**Schrier BK, Shuster L.** A simplified radiochemical assay for choline acetyltransferase. *J Neurochem* 1967; 14:977-985

**Streit WJ, Kreutzberg GW.** Lectin binding by resting and reactive microglia. *J Neurocytol* 1987; 16:249-260

**Thiel PG, Marasa WCA, Sydenham EM, Shepard G, Gelderblom WCA, Nieuwenhuis JJ.** Survey of fumonisin production by Fusarium species. *Appl Environ Microbiol* 1991; 57:1089-1093

**Vos JP, Giudici ML, Van der Bijl P, Lopes-Cardozo M.** Synthesis of sphingomyelin by oligodendrocytes - How and where? *J Lipid Mediat Cell Signal* 1996; 14:313-319

**Wilson SH, Schrier BK, Farber JL.** Markers for gene expression in cultured cells from the nervous system. *J Biol Chem* 1972; 247:3159-3169

**Wingo WJ, Awapara J.** Decarboxylation of L-glutamic acid by brain. *J Biol Chem* 1950; 187:267-271

**Yeung JM, Wang HY, Prelusky DB.** Fumonisin $B_1$ induces protein kinase C translocation via direct interaction with diacylglycerol binding site. *Toxicol Appl Pharmacol* 1996; 141:178-184

**Zurich M-G, Monnet-Tschudi F, Bérode M, Honegger P.** Lead acetate toxicity in vitro: dependence on cell composition of the cultures. *Toxic in Vitro* 1998; 1-6

**Zurich MG, Monnet-Tschudi F, Honegger P.** Long-term treatment of aggregating brain cell cultures with low concentrations of lead acetate. *Neurotoxicology* 1994; 15 (3):715-720