ELSEVIER

Neurotoxicology and Teratology 22 (2000) 565–572

NEUROTOXICOLOGY AND TERATOLOGY

# Biochemical and morphological effects of fumonisin $B_1$ on primary cultures of rat cerebrum

Oh-Seung Kwon[a,*,1], William Slikker Jr.[a,b], David L. Davies[c]

[a]Department of Pharmacology and Toxicology, University of Arkansas for Medical Sciences, Little Rock, AR 72205, USA
[b]Division of Neurotoxicology, National Center for Toxicological Research, Food and Drug Administration, Jefferson, AR 72079, USA
[c]Department of Anatomy, University of Arkansas for Medical Sciences, Little Rock, AR 72205, USA

Received 2 August 1999; accepted 5 April 2000

## Abstract

Chronic dietary consumption of the mycotoxin fumonisin $B_1$ ($FB_1$) is associated with leukoencephalomalacia and neuronal degeneration, but identification of the cellular mechanisms underlying this neurotoxicity is difficult due to concurrent adverse systemic changes. For this reason, the present investigation used an in vitro approach to assess the short-term consequences of direct $FB_1$ (0.5–75 μM) exposure on astrocytes and oligodendrocytes in primary cultures of rat cerebrum. Beginning at 5 days in vitro, the cultures were exposed to $FB_1$ at five concentrations (0.5–75 μM), and the cultures were evaluated at 10 and 15 days in vitro. The levels of the sphingolipid-associated constituents sphingosine and sphinganine were determined with a high-performance liquid chromatography. Relative to untreated cultures, exposure to $FB_1$ diminished the levels of sphingosine at 15 days in vitro, whereas $FB_1$-exposed cultures showed significantly increased sphinganine levels and sphinganine/sphingosine ratios. In addition to these changes in sphingolipid constituents, $FB_1$-exposed (0.5–75 μM) cultures exhibited a two-fold increase in the number of process-bearing cells by 15 days in vitro. Also, the activity of 2′,3′-cyclic nucleotide 3′-phosphohydrolase, an enzyme associated with myelin and oligodendrocytes, was increased in $FB_1$-treated cultures. This study suggests that short-term exposure to $FB_1$ may modify the proliferation or differentiation of glial cells. © 2000 Elsevier Science Inc. All rights reserved.

*Keywords:* Fumonisin $B_1$; Glia; Leukoencephalomalacia; Mycotoxin; Oligodendrocyte; Sphinganine; Sphingosine

## 1. Introduction

The mycotoxin fumonisin $B_1$ ($FB_1$), a major metabolite of the fungus *Fusarium moniliforme*, is a worldwide contaminant in dietary corn [17,32]. Experimental administration of pure $FB_1$ to horses causes equine leukoencephalomalacia; the principal brain lesions are edema and necrosis in white matter [14,37]. Pharmacokinetic studies demonstrate that $FB_1$ is rapidly eliminated from plasma [27], and that $FB_1$ is not extensively distributed within the body after intravenous administration of $^{14}C$-$FB_1$ [34]. $FB_1$ is structurally similar to sphinganine (Sa) and sphingosine (So), the long-chain base backbones of sphingomyelin, cerebrosides, sulfatides, and gangliosides that are important constituents of myelin [18]. Consequently, $FB_1$ modulation of sphingolipid biosynthesis is considered to result from inhibition of Sa N-acyltransferase both in vivo [23,24] and in vitro [15,35].

The mechanism whereby $FB_1$ impairs white matter is unknown. In cell culture studies in which the concentration of $FB_1$ is controlled, $FB_1$ (10 μM) inhibits axonal outgrowth from hippocampal neurons, and decreases cellular sphingolipids [8]. Aggregating brain cell cultures exposed to $FB_1$ (3–40 μM) for 10 days show decreases in both the total content of myelin basic protein and immunoreactivity of the oligodendrocyte membrane marker galactocerebroside (GalC) in the absence of general cytotoxicity [16]. However, another oligodendrocyte marker 2′,3′-cyclic nucleotide 3′-phosphohydrolase (CNP) activity was not altered in this system.

Our previous in vivo studies indicate that multiple subcutaneous dosing of developing rats with $FB_1$ significantly reduces body and brain weights, and also causes hypomyelination accompanied by altered sphingolipid metabolism in the central nervous system [11,12]. The present study investigated the influence of $FB_1$ exposure on sphingolipid metabolism in primary glial cultures. Because this model contains a heterogeneous population of glia, it allows for oligodendrocyte–astrocyte interactions known to influence oligodendrocyte development [2,19]. Furthermore, it excludes confounding systemic variables associated with $FB_1$-treated rodents such

[1]Present address: Bioanalysis and Biotransformation Research Center, Korea Institute of Science and Technology, no. 39-1 Hawolgok-dong, Sungbuk-gu, Seoul 136-791, Republic of Korea.

* Corresponding author. Tel.: +82-2-958-5184; fax: +82-2-958-5059.
*E-mail address:* oskwon@kistmail.kist.re.kr (O.S. Kwon).

0892-0362/00/$ – see front matter © 2000 Elsevier Science Inc. All rights reserved.
PII: S0892-0362(00)00082-9

EXHIBIT 46

as alterations in the blood-brain barrier, hepatic metabolism, and somatic growth. Due to these advantages, this model was used to determine the effects of $FB_1$ on myelin and sphingolipid metabolism.

## 2. Methods

### 2.1. Reagents

Fumonisin $B_1$ ($FB_1$, as a free acid) was obtained from the Center for Food Safety and Applied Nutrition, Food and Drug Administration, Washington, DC. Purity of $FB_1$ analyzed by the Division of Chemistry of the National Center for Toxicological Research (NCTR) was 98% $FB_1$. D-Sphingosine, DL-*erythro*-dihydrosphingosine ($C_{18}$-sphinganine, designated as Sa in this paper), o-phthaldialdehyde, and fumonisin $B_2$ were purchased from Sigma. $C_{20}$-sphinganine was obtained from Dr. A. H. Merrill Jr. (Emory University, Atlanta, GA, USA). High-performance liquid chromatography (HPLC)–grade methanol and chloroform were obtained from J. T. Baker. All other agents used for sphingoid bases and $FB_1$ analysis were of analytical grade.

### 2.2. Cell cultures

Because cellular interactions between glial subtypes influence the proliferation and differentiation of glia, primary cultures containing astrocytes, oligodendrocytes, and presumably microglia were used to assess the impact of $FB_1$. Primary cultures used in these experiments were prepared from the cerebra of 2-day-old Sprague–Dawley rats (NCTR colony) using slight modifications of methods described by Davies, Cox, and Ross [4,5]. Briefly, cerebra were dissected, the adherent meninges removed, and the tissue dispersed by repeated pippeting in $Ca^{2+}$- and $Mg^{2+}$-free phosphate-buffered saline (PBS, pH 7.3) solution containing 0.2% trypsin. After incubation at 37°C for 20 min, the suspension was mixed with an equal volume of Dulbecco's Modified Eagle Medium (DMEM, Gibco) fortified to 10% (v/v) with fetal bovine serum (FBS, Hyclone) and triturated. The resultant cell suspension was centrifuged and the pellets were resuspended in DMEM/10% FBS containing penicillin (25 U/ml)/streptomycin (25 μg/ml) and amphotericin B (1.25 μg/ml). This suspension was then passed through a 70-μm cell strainer (Falcon) and the cells were seeded in 25-$cm^2$ flasks (Corning) at a rate equivalent to one cerebrum per 100 $cm^2$. Cultures were incubated at 37°C in a 5% $CO_2$ humidified atmosphere, and the culture medium was changed at 2 days in vitro (DIV). At 5, 10, and 15 DIV, cultures were examined and photographed using a phase contrast microscope (Olympus). For the immunocytochemical studies, cells were plated at the same density on poly-L-lysine–coated four-chamber glass slides (Nunc).

### 2.3. Administration of $FB_1$

Cultures were exposed to a range of $FB_1$ concentrations. Previous in vitro studies of neural cells have used concentrations as high as 40 μM [16]. Our previous animal study showed that a single injection of $FB_1$ (8 mg/kg) resulted in $FB_1$ concentrations in the brain equivalent to 0.42 μM at 30 min and 0.06 μM at 12 h after injection [11]. A stock solution of $FB_1$ (25 mM) was prepared in distilled water and filtered with 0.2-μm membrane filter for sterilization. Using this stock solution, 0.5-, 5-, 10-, 25-, and 75-μM $FB_1$ solutions were prepared in DMEM/10% FBS. At 5 days in vitro, the medium in the culture was replaced with either control medium or $FB_1$-containing medium at each of the five test concentrations. These media were replenished twice a week and cultures at 5 DIV were exposed to $FB_1$ for 5 or 10 days.

### 2.4. Immunocytochemistry

Cells cultured in four-chamber glass slides were fixed in 10% formaldehyde in PBS for 10 min and then rinsed in PBS. For the identification of oligodendrocytes, cultures were incubated in polyclonal rabbit anti-GalC (1:100, Chemicon) in PBS containing 5% normal swine serum. Astrocytes were identified in parallel cultures by incubation in polyclonal rabbit anti-glial fibrillary acidic protein (GFAP, 1:200, Dako) in PBS containing 5% normal swine serum and 0.3% Triton X-100. After incubation with the antibody for 2 h at room temperature, the cells were rinsed twice in PBS and then incubated for 1 h in diluted (1:100) fluorescein-conjugated swine anti-rabbit reagent (Dako) in PBS containing 5% normal swine serum. Subsequently, the slides were repeatedly rinsed in PBS, coverslipped, and examined with a fluorescent microscope (Nikon).

### 2.5. Morphological evaluation

The observations of immunocytochemically labeled cells were qualitative; labelled cells were not counted. Because the cultures consisted of epithelioid and process-bearing cells, the morphological evaluation consisted of a determination of the density of process-bearing cells in cultures at 10 DIV ($n = 4$) and 15 DIV ($n = 5$). Randomly selected fields of control and $FB_1$-treated cultures were photographed with phase-contrast optics. The photographic negatives (50×) were printed at a final magnification of 225×, and the prints were assigned a random number code for unbiased evaluation. The prints were overlaid with a transparent grid and the number of process-bearing cells per photographic field was counted; the results were confirmed by an independent duplicate count. The criteria used to identify process-bearing cells were the position of phase-bright cells above the epithelioid cell carpet and a cell diameter of 10–12 μm.

### 2.6. Collection of cells for biochemical assessments

Primary cultures were harvested from 25-$cm^2$ flasks at 10 and 15 DIV. The medium was removed and cultured cells were rinsed twice with cold PBS solution. The cells were scraped off the flask floor with a rubber policeman into PBS. The cell suspensions were centrifuged (5 min, 1100 × $g$) and the resultant cell pellets stored at −70°C until analysis.

Case 4:03-cv-04019-KES Document 219-49 Filed 12/07/04 Page 3 of 8 PageID #: 4240



### 2.7. Protein and DNA content

Protein content was determined by bicinchoninic acid method using bovine serum albumin as a standard [29]. DNA content was measured using the fluorescent method of Labarca and Paigen [13]. Calf thymus DNA was used as a standard.

### 2.8. HPLC

HPLC analysis was performed with a Waters model M-6000A pump connected to a 16-μl flow cell fluorescence detector (Waters 470). A Waters 746 integrator was used. A $C_{18}$ Nova-Pak column (60 Å, 4 μm, 3.9 × 150 mm) was obtained from Waters (Milford, MA, USA). The mobile phase used for sphingoid base analysis was methanol/5 mM potassium phosphate buffer (9:1, v/v) at the flow rate of 1.1 ml/min, and the detector was set at excitation and emission wavelengths of 340 and 440 nm, respectively. Attenuation and gain of the detector were set at 4 and 1000, respectively. Attenuation of the integrator was fixed at 16.

### 2.9. So and Sa analysis

Cell pellets were homogenized in 0.5 ml of deionized water by ultrasonification (Cell Disruptor W-350 Sonifier, Branson Ultrasonics Corp.). So and Sa are measured as described previously in our laboratory [10].

### 2.10. HPLC analysis of $FB_1$ in the culture medium

$FB_1$ from the unused and used culture media was analyzed by HPLC/o-phthaldialdehyde (OPA)–fluorescence detection using strong anion-exchange cartridges as described in Shephard et al. [26]. However, major modifications of the reported isocratic method were made by developing a gradient system where the mobile phase of pumps A and B was 67% and 76% methanol/sodium monobasic phosphate (0.1 M, pH 3.5), respectively. OPA derivatization was made for $FB_1$ analysis. Fumonisin $B_2$ (1.4 μM, 50 μl) was the internal standard. Retention times for $FB_1$ and fumonisin $B_2$ were 10.5 and 19.1 min.

### 2.11. Assay of CNP

CNP activity was measured by the modified method described in Weissbarth et al. [36]. Briefly, cell homogenate aliquots (20 μl) were diluted in 1.0% Triton X-100 (0.1 to 0.5 mg protein/ml). Twenty microliters of the homogenates was added to total 150 μl of reaction mixture (0.2 M 2-[N-morpholino] ethanesulfonic acid buffer, pH 6.0; 1 mM 2′,3′-cyclic β-nicotinamide adenine dinucleotide; 30 mM $MgCl_2$; 1 mM ethylenediaminetetraacetic acid; 1.5 mM glucose-6-phosphate; 0.03% bovine serum albumin; 23 μg/ml glucose-6-phosphate dehydrogenase [EC 1.1.1.49; 190 Units/mg, Sigma]). The mixture was incubated for 25 min at 25°C and the reaction was stopped by the addition of 1 ml of 50 mM-sodium bicarbonate buffer (pH 10.6). Fluorescence of NADPH was determined by a fluorescent spectrophotometer (LS-50, Perkin Elmer) using excitation and emission wavelengths of 345 nm and 455 nm, respectively.

Table 1
$FB_1$ determination in unused and used culture media

| | Unused (μM)[a] | Used (μM)[b] |
|---|---|---|
| 0.5 μM $FB_1$ | 0.64, 0.57 | 0.22 ± 0.02 |
| 5 μM $FB_1$ | 5.99, 5.25 | 5.64 ± 0.99 |
| 10 μM $FB_1$ | 11.00, 11.04 | 10.15 ± 1.02 |
| 25 μM $FB_1$ | 26.36, 25.64 | 25.12 ± 1.35 |
| 75 μM $FB_1$ | 77.17, 82.14 | 72.47 ± 3.88 |

[a] Unused medium ($n$ = 2/treatment).
[b] Used medium (mean ± SE; $n$ = 3/treatment).

### 2.12. Statistics

All descriptive statistics were represented as mean ± standard error (SE). The general linear model (GLM) procedure of SAS (SAS Institute Inc., Cary, NC, USA) with Duncan's







Fig. 1. Protein and DNA content in cultured primary glial cells treated with $FB_1$. Significantly different from untreated controls (* $p < 0.05$; ** $p < 0.001$). Values are presented as mean ± SE ($n$ = 5 flasks/treatment/age) from one of two independent experiments.

multiple-range test was used for one-way analysis of variance when *F*-values showed significance.

## 3. Results

### 3.1. $FB_1$ content in culture medium

The concentration of $FB_1$ in the tissue culture medium was determined by HPLC. Assays of unused medium confirmed that cells were exposed to the designated concentrations of $FB_1$ (Table 1). To determine whether $FB_1$ is metabolized by cultured glia, $FB_1$-containing medium was incubated with cells for 3 days (i.e., used), and then the $FB_1$ content was determined for comparison with unused medium. The mean content of $FB_1$ in used medium was slight lower than that from unused medium. For $FB_1$ concentrations between 5 and 25 μM, this difference was within the standard errors (SE) of mean of the used samples. However, at the lowest concentration (0.5μM), a decrease of about 60% was obtained. This difference suggests that glia could either degrade $FB_1$ or remove it from the medium by sequestering it within cells.

### 3.2. Protein and DNA content

Protein and DNA content in control and $FB_1$-treated cultures were measured at 5, 10, and 15 DIV (Fig. 1). The protein and DNA content of control cultures increased with time. The protein content of these cultures increased about 4.5-fold between 5 and 10 DIV, and further increased 1.8-fold between 10 and 15 DIV. Likewise, DNA content of these cultures increased approximately 13.6-fold between 5 and 10 DIV, and an additional 1.6-fold between 10 and 15 DIV. At 10 DIV, no $FB_1$ treatment effects were observed in either protein or DNA content. At 15 DIV, no consistent $FB_1$ treatment effect was obtained; the protein and DNA content of cultures treated for 10 days with 0.5-, 10-, and 75-μM $FB_1$ showed significant increases. However, similar increases in protein and DNA were not obtained following exposure to 5-or 25-μM $FB_1$.

### 3.3. CNP activity

Because CNP specific activity is correlated with the presence of oligodendrocytes and myelin, it was used as an index of oligodendrocytes in the cultures. $FB_1$ exposure significantly increased CNP activity in cultures by 40 to 55% in 10 DIV and 30 to 43% in 15 DIV compared to controls (Fig. 2). At both times, the CNP activity increased at 5-μM $FB_1$ and plateaued between 10- and 75-μM $FB_1$. CNP activity was similar in these confluent glial cultures at 10 and 15 DIV, but elevated when compared to levels measured in untreated cultures at 5 DIV (262.67 ± 31.90, $n = 5$).

### 3.4. Morphological evaluation

The primary cultures were heterogenous; they consisted predominantly of epithelioid cells and a subpopulation of process-bearing cells (Fig. 3a and b). Immunocytochemical localization of GFAP verified that the epithelioid cells and many of the process-bearing cells were astrocytes (Fig. 3c). The oligodendrocyte marker GalC was immunolocalized in a subset of the process-bearing cells (Fig. 3d). By 10 DIV, qualitative phase contrast observations of cultures exposed to $FB_1$ for 5 days indicated that the process-bearing cell population was increased relative to untreated controls. At 10 DIV, counts of process-bearing cells from numerically coded phase contrast photomicrographs indicated that the number of these cells was significantly increased in cultures ($n = 4$) exposed for 5 days to 5-, 25-, and 75-μM $FB_1$. By 15 DIV, cultures exposed to $FB_1$ (0.5–75) for 10 days exhibited




Fig. 2. CNP specific activity in primary glial cells treated with $FB_1$. The CNP activity was expressed as 2′-NADP nmole/min/mg protein. The CNP specific activity in untreated 5 DIV cultures was 262.7 ± 31.9 nmole/min/mg protein. Each value is shown as mean ± SE ($n = 5$ flasks/treatment/age) from one of two independent experiments. Asterisks indicate that these groups are significantly different from respective controls ($p < 0.005$).



Fig. 3. Phase-contrast photomicrographs show primary cultures at 15 DIV from (a) an untreated culture and (b) a culture treated for 10 days with 75 μM $FB_1$. The number of phase-bright process-bearing cells (arrows) is greater in $FB_1$-treated cultures; these cells are considered to be process-bearing astrocytes and oligodendrocytes due to their small soma size and position above the epithelioid cells. (c) Immunocytochemical localization of GFAP demonstrates the astrocytic character of the epitheloid cells and a population of process-bearing cells in a control culture; whereas, (d) immunocytochemical localization of GalC confirmed the oligodendrocytic identity of a subpopulation of the process-bearing cells positioned above the astrocytic carpet (scale bar: a and b, 40 μm; c and d, 20 μm).

a two-fold increase in the number of process-bearing cells (data not shown).

### 3.5. So and Sa levels

Results of So and Sa HPLC analysis from the cells treated with $FB_1$ for either 5 (10 DIV) or 10 days (15 DIV) are shown in Fig. 4. There were no significant changes of So levels in cultures at 10 DIV; however, at 15 DIV, So levels were significantly decreased in cells exposed to 5-, 10-, 25-, and 75-μM $FB_1$ (Fig. 4a). In contrast, Sa levels were increased significantly in all groups treated with $FB_1$ at both times. In 10 DIV, cultures treated with 0.5-μM $FB_1$ showed a six-fold increase in Sa, and in cultures treated with higher concentration of $FB_1$ a 16- to 17-fold increase in Sa was obtained (Fig. 4b). At 15 DIV, Sa levels were higher than in cultures at 10 DIV. Sa levels in 15 DIV were increased in 0.5-μM (14-fold), 5-μM (34-fold) $FB_1$, and the other (25- to 30-fold) $FB_1$ groups (Fig. 4b). Sa/So ratios were also increased significantly in cultures at both 10 (except for 0.5 μM $FB_1$) and 15 DIV. These ratios at 10 DIV were 20-fold greater in the 5-, 10-, and 25-μM $FB_1$ groups, and 28-fold greater in the 75 μM $FB_1$ groups (Fig. 4c). Sa/So ratios at 15 DIV were also increased in cultures exposed to $FB_1$ at 0.5 μM (16-fold), 5 μM (43-fold), 10 μM (38-fold), 25 μM (65-fold), and 75 μM (71-fold) as shown in Fig. 4c.

## 4. Discussion

The mycotoxin $FB_1$ when administered experimentally results in reduced brain growth, hypomyelination, and changes in sphingolipid metabolism that are evident from increases in both the Sa level and Sa/So ratio of brain tissue [12]. Because $FB_1$ administration can also lead to reduced body growth and liver toxicity [1,12], this study investigated the short-term effects of direct cellular exposure to graded concentrations of $FB_1$ in primary cultures containing astrocytes and oligodendrocytes. Such cell culture studies require judicious interpretation because the level of exposure to $FB_1$, cellular composition and interactions, and systemic homeostatic mechanisms do not match in vivo conditions.

The range of $FB_1$ concentrations used in this study was 0.5–75 μM. Determinations of $FB_1$ brain levels following its experimental administration to animals appear to be scarce. Previously, we found that a single injection of $FB_1$ (8 mg/kg) resulted in brain concentrations equivalent to 0.42 μM at 30 min and 0.06 μM at 12 h after injection,




Fig. 4. Effects of $FB_1$ on changes of (a) So, (b) Sa levels, and (c) ratios of Sa to So. So and Sa levels from cell homogenates were determined by HPLC and values are expressed as mean ± SE ($n$ = 3 flasks/treatment/age) from one of two independent experiments. Significantly different from untreated controls (# $p < 0.05$; * $p < 0.005$; ** $p < 0.0005$).

whereas plasma concentrations were 58.6 μM and 0.3 μM respectively at the same time points. Thus, $FB_1$ concentrations used in the present study exceeded those obtained from intact brain; nevertheless, they encompass the concentrations applied in recent studies of $FB_1$ toxicity in cultured brain cells [15,16].

As shown in Table 1, the $FB_1$ content of medium incubated with cultured glia for 3 days was slightly decreased relative to unused medium. This discrepancy between unused and used medium was most apparent at the lowest $FB_1$ concentration (0.5 μM) where a decrease of about 60% was obtained. The decreased content of $FB_1$ in the used medium may have resulted from cellular uptake of $FB_1$ and thus its removal from the medium. This interpretation is consistent with the observation that Sa uptake by cultured Chinese hamster ovary cells is accompanied by its decrease in the culture medium [31].

Overt cytotoxicity to $FB_1$ was not observed in this study. Even at the highest $FB_1$ concentration (75 μM), exposure of glial cultures continuously for 5 days (10 DIV) did not result in $FB_1$-associated changes in protein or DNA (Fig. 1). This finding is consistent with reports that $FB_1$ did not change protein content or cell number in cultured hippocampal neurons or aggregating brain cell cultures [8,16]. In the present study, protein and DNA content were inconsistently increased after exposure to $FB_1$ for 10 days (15 DIV). Previous cell culture studies that have assessed the direct influence of $FB_1$ on cell growth have yielded seemly divergent results perhaps due to differences in cell type or metabolic status. For instance, $FB_1$ and Sa are cytotoxic to proliferating cultured Chinese hamster ovary cells [31] and a line of kidney cells [38]. In contrast, $FB_1$ or Sa stimulates DNA in fibroblasts [25] and is a known cancer promoter [7].

As shown in Fig. 2, $FB_1$ (5–75 μM) significantly increased CNP activity in cultures at both 10 and 15 DIV. The enzyme CNP was used as a marker for oligodendrocytes because it has been identified immunocytochemically as a component of myelin [30], and has high specific activity in purified myelin and oligodendrocytes [20,21,28]. Our finding of elevated CNP activity may reflect an increased number of oligodendrocytes, because CNP-positive oligodendrocytes are reported to increase proportionally with CNP activity in primary rat brain cultures [3]. In the present study, immunolocalization of GalC verified the identity of an oligodendrocyte subpopulation of process-bearing cells in the cultures. By 15 DIV, the number of process-bearing cells in $FB_1$-treated cultures was twice that in untreated cultures (data not shown). Although the majority of these process-bearing cells were probably astrocytes [9], the $FB_1$-related elevation in CNP activity suggests that oligodendrocytes contributed to the increased number of process-bearing cells. Recent evidence indicates that the impact of $FB_1$ on oligodendrocytes in culture is determined, in part, by their maturational stage [16]. In aggregating brain cell cultures, $FB_1$ exposure did not alter CNP activity, but decreased the expression of GalC and myelin/oligodendrocyte glycoprotein. The underlying mechanism whereby $FB_1$ increases in CNP activity is not well delineated. The active site of CNP may be exposed to a substrate due to Sa alteration of the membrane, because CNP is localized in oligodendrocyte membrane after ribosomal synthesis [33]. Also, it is possible that $FB_1$ exposure causes astrocyte membrane alteration due to the change in sphingolipid metabolism. Some factors might increase CNP activity in oligodendrocytes because type-I astrocytes are reported to secrete a growth factor [22].

The plots for Sa levels (Fig. 4b) were similar to those for CNP activity (Fig. 2) in showing a plateau between 5 and 75 μM $FB_1$. The saturating effects of $FB_1$ on the Sa levels may be due to either inhibitory action of $FB_1$ on target en-

zymes or saturation of $FB_1$ transport across cell membranes because $FB_1$ is an inhibitor of Sa N-acyltransferase [15,35], and is a hydrophilic compound with a large molecular weight.

The result of So level reduction in cultured brain cells (Fig. 4a) can be compared to results obtained in hepatocytes exposed to $FB_1$ [35]. $FB_1$ exposure for a long period may result in a decrease of So levels due to the reduction of sphingolipids. In the present study, Sa levels were significantly increased at both 10 and 15 DIV in $FB_1$-treated cultures. Gelderblom et al. [6] also showed that Sa levels in $FB_1$-treated hepatocytes reached a plateau at 1-μM $FB_1$, and that no cytotoxicity was observed up to 150 μM.

In conclusion, the present report indicates that direct cellular exposure to $FB_1$ does not inhibit cell growth as assessed by DNA or protein content. Furthermore, the $FB_1$ related increases in both CNP activity and the number of process-bearing cells suggests that $FB_1$ may be mitogenic for cells in the oligodendrocyte/astrocyte lineage as it is for cultured fibroblasts. Thus, the white matter defects in animals exposed to $FB_1$ may not result directly from glial cytotoxicity. However, because the changes observed in the Sa levels and Sa/So ratios of $FB_1$-exposed cultures quantitatively resemble those previously found in vivo [11,12], subtle $FB_1$-related changes in sphingolipid metabolism may impair oligodendrocyte differentiation and the formation of myelin.

## Acknowledgments

The authors thank Dr. J. F. Bowyer, Dr. P. Clausing, Mrs. H. S. Kwon, Mr. R. Rountree, and Dr. X. Ye for their contribution in cell culture, and especially thank Mr. G. Newport for his assistance in maintenance of the HPLC.

## References

[1] S. Abel, W.C.A. Gelderblom, Oxidative damage and fumonisin $B_1$-induced toxicity in primary rat hepatocytes and rat liver in vivo, Toxicology 131 (1998) 121–131.
[2] S. Amur-Umarjee, T. Phan, A.T. Campagnoni, Myelin basic protein mRNA translocation in oligodendrocytes is inhibited by astrocytes in vitro, J Neurosci Res 36 (1993) 99–100.
[3] R. Bansal, S.E. Pfeiffer, Developmental expression of 2',3'-cyclic nucleotide 3'-phosphohydrolase in dissociated fetal rat brain cultures and rat brain, J Neurosci Res 14 (1985) 21–34.
[4] D.L. Davies, W.E. Cox, Delayed growth and maturation of astrocytic cultures following exposure to ethanol: Electron microscopic observations, Brain Res 547 (1991) 53–61.
[5] D.L. Davies, T.M. Ross, Long-term ethanol exposure markedly changes the cellular composition of cerebral glial cultures, Dev Brain Res 62 (1991) 151–158.
[6] W.C.A. Gelderblom, S.D. Snyman, L. van der Westhuizen, W.F.O. Marasas, Mitoinhibitory effect of fumonisin $B_1$ on rat hepatocytes in primary culture, Carcinogenesis 16 (1995) 625–631.
[7] W.C.A. Gelderblom, K. Jaskiewicz, W.F.O. Marasas, P.G. Thiel, R.M. Horak, R. Vleggaar, N.P.J. Kriek, Fumonisins: Novel mycotoxins with cancer-promoting activity produced by *Fusarium moniliforme*, Appl Environ Microbiol 54 (1988) 1806–1811.
[8] R. Harel, A.H. Futerman, Inhibition of sphingolipid synthesis affects axonal outgrowth in cultured hippocampal neurons, J Biol Chem 268 (1993) 14476–14481.
[9] C.A. Ingraham, K.D. McCarthy, Plasticity of process-bearing glial cell cultures from neonatal rat cerebral cortical tissue, J Neurosci 9 (1989) 63–69.
[10] O.S. Kwon, G.D. Newport, W. Slikker Jr., Quantitative analysis of free sphingoid bases in the brain and spinal cord tissues by high-performance liquid chromatography with a fluorescence detection, J Chromatogr B 720 (1998) 9–14.
[11] O.S. Kwon, J.A. Sandberg, W. Slikker Jr., Effects of fumonisin $B_1$ treatment on blood-brain barrier transfer in developing rats, Neurotoxicol Teratol 19 (1997) 151–155.
[12] O.S. Kwon, L.C. Schmued, W. Slikker Jr., Fumonisin $B_1$ in developing rats alters brain sphinganine levels and myelination, Neurotoxicology 18 (1997) 571–580.
[13] L. Labarca, K. Paigen, A simple, rapid, and sensitive DNA assay procedure, Anal Biochem 102 (1980) 344–352.
[14] W.F.O. Marasas, T.S. Kellerman, W.C.A. Gelderblom, J.A.W. Coetzer, P.G. Thiel, J.J. van der Lugt, Leukoencephalomalacia in horse induced by fumonisin $B_1$ isolated from *Fusarium moniliforme*, Onderstepoort J Vet Res 55 (1988) 197–203.
[15] A.H. Merrill Jr., G. van Echten, E. Wang, K. Sandhoff, Fumonisin $B_1$ inhibits sphingosine (sphinganine) N-acyltransferase and *de novo* sphingolipid biosynthesis in cultured neurons *in situ*, J Biol Chem 268 (1993) 27299–27306.
[16] F. Monnet-Tschudi, M.G. Zurich, O. Sorg, J.M. Matthieu, P. Honegger, B. Schilter, The naturally occurring food mycotoxin fumonisin $B_1$ impairs myelin formation in aggregating brain cell culture, Neurotoxicology 20 (1999) 41–48.
[17] P.E. Nelson, R.D. Plattner, D.D. Shackelford, A.E. Desjardins, Production of fumonisins by *Fusarium moniliforme* strains from various substrates and geographic areas, Appl Environ Microbiol 57 (1991) 2410–2412.
[18] T.W. Norton, W. Cammer, Isolation and characterization of myelin, in: P. Morell (Ed.), Myelin, Plenum Press, New York, 1984, pp. 147–195.
[19] L.Y. Oh, V.W. Yong, Astrocytes promote process outgrowth by adult human oligodendrocytes in vitro through interaction between bFGF and astrocyte extracellular matrix, Glia 17 (1996) 237–253.
[20] S.E. Poduslo, The isolation and characterization of a plasma membrane and myelin fraction derived from oligodendroglia of calf brain, J Neurochem 24 (1975) 647–654.
[21] S.E. Poduslo, W.T. Norton, Isolation and some chemical properties of oligodendroglia from calf brain, J Neurochem 19 (1972) 727–736.
[22] M.C. Raff, L.E. Lillien, W.D. Richardson, J.F. Burne, M.D. Noble, Platelet-derived growth factor from astrocytes derives the clock that times oligodendrocyte development in culture, Nature (London) 333 (1988) 562–565.
[23] R.T. Riley, N.-H. An, J.L. Showker, H.-S. Yoo, W.P. Norred, W.J. Chamberlain, E. Wang, A.H. Merrill Jr., G. Motelin, V.R. Beasley, W.M. Haschek, Alteration of tissue and serum sphinganine to sphingosine ratio: An early biomarker of exposure to fumonisin-containing feeds in pigs, Toxicol Appl Pharmacol 118 (1993) 105–112.
[24] R.T. Riley, D.M. Hinton, W.J. Chamberlain, C.W. Bacon, E. Wang, A.H. Merrill Jr., K.A. Boss, Dietary fumonisin $B_1$ induces disruption of sphingolipid metabolism in Sprague–Dawley rats: A new mechanism of nephrotoxicity, J Nutr 124 (1994) 594–603.
[25] J.J. Schroeder, H.M. Crane, J. Xia, D.C. Liotta, A.H. Merrill Jr., Disruption of sphingolipid metabolism and stimulation of DNA synthesis by fumonisin $B_1$, J Biol Chem 269 (1994) 3475–3481.
[26] G.S. Shephard, P.G. Thiel, E.W. Sydenham, Determination of fumonisin $B_1$ in plasma and urine by high-performance liquid chromatography, J Chromatogr 574 (1992) 299–304.
[27] G.S. Shephard, P.G. Thiel, E.W. Sydenham, J.F. Alberts, M.E. Cawood, Distribution and excretion of a single dose of the mycotoxin fumonisin $B_1$ in a non-human primate, Toxicon 32 (1994) 735–741.
[28] N.R. Sims, P.R. Carnegie, 2',3'-Cyclic nucleotide 3'-phosphohydrolase, in: B. Agranoff, M.H. Aprison (Eds), Advances in Neurochemistry, Vol. 3, Plenum Press, New York, 1978, pp. 1–41.
[29] P.K. Smith, R.I. Krohn, G.T. Hermanson, A.K. Mallia, F.H. Gartner,

M.D. Provenzano, E.K. Fugimoto, N.M. Goeke, B.J. Olson, D.C. Klenk, Measurement of protein using bicinchoninic acid, Anal Biochem 150 (1985) 76–85.

[30] T.J. Sprinkle, 2',3'-Cyclic nucleotide 3'-phosphodiesterase, an oligodendrocyte-schwann cell and myelin-associated enzyme of the nervous system, CRC Crit Rev Neurobiol 4 (1989) 235–301.

[31] V.L. Stevens, S. Nimkar, W.C.L. Jamison, D.C. Liotta, A.H. Merrill Jr., Characteristics of the growth inhibition and cytotoxicity of long-chain (sphingoid) bases for Chinese hamster ovary cells: Evidence for an involvement of protein kinase C, Biochim Biophys Acta 1051 (1990) 37–45.

[32] E.W. Sydenham, P.G. Thiel, W.F.O. Marasas, G.S. Shephard, D.J. Van Schalkwyk, K.R. Koch, Natural occurrence of some *Fusarium* mycotoxins in corn from low and high esophageal cancer prevalence areas of the Transkei, South Africa, J Agric Food Chem 38 (1990) 1900–1903.

[33] B.D. Trapp, L. Bernier, S.B. Andrews, D.R. Colman, Cellular and subcellular distribution of 2',3'-cyclic nucleotide 3'-phosphodiesterase and its mRNA in the rat central nervous system, J Neurochem 51 (1988) 859–868.

[34] D.K. Vudathala, D.B. Prelusky, M. Ayroud, H.L. Trenholm, J.D. Miller, Pharmacokinetic fate and pathological effects of $^{14}$C-fumonisin $B_1$ in laying hens, Natural Toxins 2 (1994) 81–88.

[35] E. Wang, W.P. Norred, C.W. Bacon, R.T. Riley, A.H. Merrill Jr., Inhibition of sphingolipid biosynthesis by fumonisins. Implications for diseases associated with *Fusarium moniliforme*, J Biol Chem 266 (1991) 14486–14490.

[36] S. Weissbarth, H.S. Maker, G.M. Lehrer, S. Schneider, M.B. Bornstein, A sensitive fluorometric assay for 2',3'-cyclic nucleotide 3'-phosphohydrolase, J Neurochem 35 (1980) 503–505.

[37] B.J. Wilson, R.R. Maronpot, P.K. Hilderbrant, Equine leukoencephalomalacia, J Am Vet Med Assoc 163 (1973) 1293–1295.

[38] H. Yoo, W.P. Norred, E. Wang, A.H. Merrill Jr., R.T. Riley, Fumonisin inhibition of *de novo* sphingolipid biosynthesis and cytotoxicity are correlated in LLC-PK$_1$ cells, Toxicol Appl Pharmacol 114 (1992) 9–15.