NRC Publ. no. 3430

# Protection Against Trichothecene Mycotoxins

Committee on
Protection Against Mycotoxins
Board on Toxicology and
Environmental Health Hazards
Commission on Life Sciences
National Research Council

NATIONAL ACADEMY PRESS
Washington, D.C. 1983

JAN 18 1985

EXHIBIT
tabbies
48

CAT 310 ...

National Academy Press, 2101 Constitution Avenue, NW, Washington, DC 20418

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

This report has been reviewed by a group other than the authors according to procedures approved by a Report Review Committee consisting of members of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine.

The National Research Council was established by the National Academ of Sciences in 1916 to associate the broad community of science and technology with the Academy's purposes of furthering knowledge and o advising the federal government. The Council operates in accordance with general policies determined by the Academy under the authority of its Congressional charter of 1863, which establishes the Academy as a private, nonprofit, self-governing membership corporation. The Council has become the principal operating agency of both the National Academy of Sciences and the National Academy of Engineering in the conduct of their services to the government, the public, and the scientific and engineering communities. It is administered jointly by both Academies and the Institute of Medicine. The National Academy of Engineering and the Institute of Medicine were established in 1964 and 1970, respectively, under the charter of th National Academy of Sciences.

The study reported in this publication was conducted at the request of, and funded by, the U.S. Army under Contract No. DAAG29-82-C-001

Library of Congress Catalog Card Number 83-62917

International Standard Book Number 0-309-03430-2

Printed in the United States of America

COMMITTEE ON PROTECTION AGAINST MYCOTOXINS

David W. Talmage, Chairman
Department of Microbiology and Immunology
University of Colorado Medical Center
Denver, Colorado

Martin Alexander
Department of Agronomy
Cornell University
Ithaca, New York

Robert L. Carpenter
Inhalation Toxicology Research Institute
Lovelace Biomedical and Environmental Research Institute
Albuquerque, New Mexico

William W. Carlton
Department of Microbiology, Pathology and Public Health
School of Veterinary Medicine
Purdue University
West Lafayette, Indiana

John E. Kasik
Department of Internal Medicine and Veterans Administration Medical Center
University of Iowa
Iowa City, Iowa

Howard I. Maibach
Department of Dermatology
School of Medicine
San Francisco, California

Calvin S. McLaughlin
Department of Biological Chemistry
University of California
Irvine, California

Alfred Nisonoff
Department of Biology
Rosenstiel Research Center
Brandeis University
Waltham, Massachusetts

A. C. Pier
Department of Microbiology and Veterinary Medicine
University of Wyoming
Laramie, Wyoming

John C. Sheehan
Department of Chemistry
Massachusetts Institute of Technology
Cambridge, Massachusetts

Odette L. Shotwell
Northern Regional Research Service Laboratory
Agricultural Research Service
U.S. Department of Agriculture
Peoria, Illinois

Eugene B. Smalley
Department of Plant Pathology
University of Wisconsin
Madison, Wisconsin

COMMITTEE ON PROTECTION AGAINST MYCOTOXINS (Continued)

John A. Steele
Derse and Schroeder Associates
Research and Development Laboratory
Madison, Wisconsin

Consultant

J. David Miller
Ottawa, Ontario

National Research Council Staff

Scott Baker, Project Director
William Stigliani, Staff Officer
Richard Thomas, Staff Officer
Leslye Giese, Research Assistant
Ronnie Good, Bibliographic Assistant
Michele Zinn, Administrative Assistant
Deborah Faison, Project Secretary
Frances Peter, Editor

U.S. Army Project Officer

Col. Robert Orton
Chief, Chemical and Nuclea
Biological Chemical Defense Division
Pentagon
Washington, D.C.

Liaison to NRC Board on Army Science and Technology

Norton D. Zinder
Professor of Genetics
Rockefeller University
New York, New York

BOARD ON TOXICOLOGY AND ENVIRONMENTAL HEALTH HAZARDS

Ronald W. Estabrook, Chairman
Department of Biochemistry
University of Texas Medical School
Dallas, Texas

Philip J. Landrigan, Vice Chairman
National Institute for Occupational Safety and Health
Cincinnati, Ohio

Edward Bresnick
Eppley Institute for Research in Cancer and Allied Disease
Omaha, Nebraska

Michael W. Lieberman
Department of Pathology
Washington University
St. Louis, Missouri

Richard A. Merrill
School of Law
University of Virginia
Charlottesville, Virginia

Vaun A. Newill
Exxon Corporation
New York, New York

BOARD ON TOXICOLOGY AND ENVIRONMENTAL HEALTH HAZARDS (Continued)

David G. Hoel
Biometry Branch
National Institute of Environmental Health Sciences
Research Triangle Park, North Carolina

John M. Peters
Department of Family and Preventive Medicine
University of Southern California
Los Angeles, California

Joseph V. Rodricks
Environ Corporation
Washington, D.C.

Liane B. Russell
Biology Division
Oak Ridge National Laboratory
Oak Ridge, Tennessee

Ex Officio Members

Lester Breslow
School of Public Health
University of California
Los Angeles, California

Roger O. McClellan
Inhalation Toxicology Research Institute
Lovelace Biomedical and Environmental Research Institute
Albuquerque, New Mexico

Gary P. Carlson
Department of Pharmacology and Toxicology
Purdue University
Lafayette, Indiana

Sheldon D. Murphy
Department of Pharmacology
University of Texas
Houston, Texas

James F. Crow
Genetics Department
University of Wisconsin
Madison, Wisconsin

Norton Nelson
Institute of Environmental Medicine
New York University Medical Center
New York, New York

Bernard D. Goldstein
Department of Environmental and Community Medicine
University of Medicine and Dentistry of New Jersey
Rutgers Medical School
Piscataway, New Jersey

James L. Whittenberger
Southern Occupational Health Center
University of California
Irvine, California

# PREFACE

In response to a request from the Department of the Army to the National Academy of Sciences, a committee was formed in the National Research Council's Commission on Life Sciences to study means by which human health can be protected against exposure to trichothecene mycotoxins. The appointments were completed in October 1982, and the committee finished its work in September 1983.

The impetus for this study was concern for the welfare of civilians and U.S. military personnel who may be exposed to high levels of mycotoxins used offensively during military actions. No judgments are made in this report regarding evidence for the extent and occurrence of such actions in the past. Although the report focuses on the trichothecene class of mycotoxins, the committee recognizes that there may be other classes of biologically produced chemical agents whose toxicities differ from those of the trichothecenes and which may deserve further study. Because trichothecenes are part of the natural environment and can cause widespread injury to plants, animals, and humans, the committee considered their biological behavior in the biosphere as a whole. Accordingly, the recommendations in this report may also be applied to protection of human populations exposed to trichothecenes from natural sources.

The Committee on Protection Against Mycotoxins addressed many scientific questions, which fall into six broad topics: natural occurrence, methods of detection and quantitation, decontamination and detoxification, long-term environmental effects, responses of biological systems, and prevention and treatment. To examine these issues, the committee formed from among its members two closely interacting subgroups. One subgroup dealt with the first four topics, focusing on the chemical and environmental aspects of trichothecenes. The other subgroup addressed the latter two topics, studying various aspects of animal and human health. Each subgroup contributed to the work of its counterpart through discussions and shared writing efforts. The committee as a whole reviewed this report, and resulting comments have been incorporated into the text.

A broad literature search was conducted to gather the information needed by the committee during its study. The effort extended beyond a review of the vast scientific literature on trichothecene mycotoxins to include unpublished material from scientists involved in research, officials from federal agencies and the military, and scientific representatives from foreign governments. Only information available to the public was considered.

The committee is indebted to Dr. Benjamin J. Wilson, who contributed substantially to the description of the biological effects in humans contained in Chapter 6, despite an illness that necessitated his resignation from the committee.

David W. Talmage
Chairman
Committee on Protection
Against Mycotoxins

## ACKNOWLEDGMENTS

The work of the committee could not have been accomplished without the assistance of the highly skilled and dedicated staff of the National Research Council Board on Toxicology and Environmental Health Hazards. The committee wishes to express its appreciation to Scott Baker, Deborah Faison, Leslye Giese, Ronnie Good, Frances Peter, William Stigliani, Richard Thomas, and Michele Zinn for their professional and administrative contributions.

Special thanks are offered by the committee to consultant J. D. Miller of the Chemical and Biology Research Institute, Agriculture Canada, who contributed portions of Chapter 2 to this report. For providing resource material, advice, and other information, the committee is grateful to David L. Bunner, Rodney Caldwell, Dan Cullen, Joan Fisk, Christopher Green, Timothy P. Karpetsky, James E. Leonard, R. M. McGregor, Mary K. Matossian, Paul E. Nelson, T. A. Toussoun, Amos Townsend, Sharon A. Watson, and Thomas Wilkerson. Also acknowledged is the referral to bibliographic resources and scientific experts by the Canadian Department of External Affairs, the National Cancer Institute, the Chemical Systems Laboratory of the U.S. Army Armament Research and Development Command, the U.S. Department of Defense, and the U.S. Department of State.

TABLE OF CONTENTS

| | | Page |
|---|---|---|
| | EXECUTIVE SUMMARY | 1 |
| 1 | INTRODUCTION | 12 |
| 2 | THE TRICHOTHECENE MYCOTOXINS: THEIR STRUCTURE, NATURAL PRODUCTION, AND LEVELS OF OCCURRENCE | 17 |
| | Chemical Structures of Trichothecenes | 17 |
| | Trichothecene-Producing Fungi | 22 |
| | Factors Affecting Natural Production of _Fusarium_ Toxin | 26 |
| | Natural Levels of Trichothecenes | 33 |
| | Estimated Levels of Trichothecenes from Possible Military Use | 35 |
| | Conclusions and Recommendations | 36 |
| 3 | DETECTION, IDENTIFICATION, AND QUANTITATION | 44 |
| | Sampling | 44 |
| | Considerations in Analysis | 46 |
| | Rapid Field Screening | 47 |
| | Quantitative Analysis of Trichothecenes | 58 |
| | Confirmatory Tests | 64 |
| | Conclusions and Recommendations | 65 |
| 4 | DECONTAMINATION AND DETOXIFICATION | 70 |
| | Chemical Methods of Detoxification | 70 |
| | Enzymatic Decomposition | 76 |
| | Decontamination of Water Supplies | 76 |
| | Processing Mycotoxin-Contaminated Commodities | 77 |
| | Disposal | 79 |
| | Conclusions and Recommendations | 79 |
| 5 | LONG-TERM ENVIRONMENTAL EFFECTS | 83 |
| | Environmental Chemistry | 83 |
| | Water Contamination, Leaching, and Mobility | 84 |
| | Uptake by Plants | 84 |
| | Degradation in Natural Environments | 84 |
| | Degradation in Microbial Cultures | 85 |
| | Needed Research | 86 |
| | Conclusions and Recommendations | 90 |

6 RESPONSES OF BIOLOGICAL SYSTEMS

Biological Effects in Humans
Biological Effects in Animals
Biological Effects in Plants, Insects, and Microorganisms
Toxicokinetics
Mechanisms of Action
Conclusions and Recommendations

7 PREVENTION AND TREATMENT

Prevention
Prophylaxis
Treatment
Conclusions and Recommendations

8 RECOMMENDATIONS

BIBLIOGRAPHY

## EXECUTIVE SUMMARY

Trichothecenes contained in cereal grains have been recognized as a recurring public health problem for many years. Thus, much of the literature on the human health effects of these natural toxins consists of anecdotal information grounded in a long history of exposures in civilian settings. More recently, trichothecenes and their effects on humans have attracted national and international attention because of their reported use in warfare. This study arose out of a concern about such uses and the potential harm these substances could cause among civilian and military populations that might be exposed to them. Accordingly, this report is intended to assist in the protection not only of U.S. Armed Forces against the adverse effects of trichothecenes but also of civilian populations that may come into contact with these toxins during peace or war.

The committee neither supports nor refutes the evidence for the military use of mycotoxins in embattled areas. This consideration was not contained in its charge. Rather, it concentrated on the following two major objectives:

- examination of the environmental and biological behavior of the trichothecene class of mycotoxins to determine what protective measures can be taken and

- development of the means for optimizing the protection of human beings against the effects of trichothecenes through appropriate prophylaxes and treatments.

The committee approached its task by characterizing the occurrence of trichothecenes, their metabolism, their adverse effects in the environment, and their adverse effects in humans. These characterizations included potential methods for the specific, sensitive, and rapid detection of trichothecenes; the practical means for their destruction, disposal, and environmental decontamination; possible prophylaxes to prevent their toxic action in humans; and treatments for trichothecene-induced health effects.

### THE TRICHOTHECENE MYCOTOXINS: THEIR STRUCTURES, NATURAL PRODUCTION, AND LEVELS OF OCCURRENCE

Trichothecenes are a chemically related group of biologically active secondary metabolites produced by certain species of fungi belonging to the genera *Fusarium*, *Acremonium*, *Trichoderma*, *Trichothecium*, *Myrothecium*, *Stachybotrys*, and *Cylindrocarpon*. Although *Fusarium* species, perhaps the most important source of

trichothecenes, occur worldwide in habitats as diverse as deserts, tidal salt flats, alpine mountain regions, and the tropics, not all of them produce trichothecenes. In many regions of the world, the extent to which trichothecene-producing species are present is not yet known. Furthermore, confusion regarding the correct taxonomic identification of these fungi has resulted in erroneous identification of species responsible for producing trichothecenes. Forthcoming publications on the taxonomic classification of Fusarium species should provide a promising format for rectifying this situation.

The trichothecenes are biosynthesized by fungi during the depletion of one or more nutrients. This phase of metabolism is controlled by four factors: age of the hyphae; the type and degree of nutrient exhaustion; physical conditions, e.g., oxygen tension, light, pH, and temperature; and the effects exerted by physical and chemical factors on the enzymes of secondary metabolism, in terms of which pathways are selected and, hence, which metabolites will be produced. Small changes in physical and chemical factors can result in dramatic changes in the quantity and composition of various dominant secondary metabolites as well as variations in the many minor metabolites.

Few studies have been conducted, either in the field or during post-harvest storage, to determine the exact conditions under which trichothecenes are formed. In some laboratory studies, trichothecenes have been biosynthesized from Fusarium in liquid cultures. Since the conditions of trichothecene production can be carefully controlled in such studies and minor metabolites can be more readily detected, this technique holds promise of providing insight into the pathways of biosynthesis.

Levels of trichothecenes such as T-2 toxin, 4-deoxynivalenol (DON), diacetoxyscirpenol (DAS, or anguidine), and nivalenol have been measured primarily in agricultural commodities. Most measurements indicate that the concentrations range from 0 to 10 μg/g. Reported values may generally be biased toward higher mean levels than actually exist, because most measurements have been made in response to outbreaks of mycotoxicosis rather than on the basis of random sampling. A recent study has shown that 89% of randomly collected samples contained levels less than 4 μg/g in regions of Nebraska and Kansas with a history of trichothecene occurrence. In the event of deliberate release of trichothecenes, the average concentration could be more than two orders of magnitude greater than typical levels produced from natural sources.

## DETECTION, IDENTIFICATION, AND QUANTITATION

Collection of field samples of trichothecenes is one of the first and most important steps in the chemical analysis of these toxins.

Because there may be several different purposes for collecting samples, each requiring a different type of analysis and different levels of purity, no one protocol or set of recommendations can be established. However, for a given type of chemical analysis, careful attention should be given to sampling procedures. After collection, techniques to reduce or eliminate chemical breakdown or biodegradation should be applied to maintain sample integrity.

The procedures for detecting and determining trichothecenes may require sophisticated equipment and may be time-consuming and complicated when high sensitivity is required. The physical and chemical properties of these substances preclude the use of simple analytical methods at the present time.

Criteria used to evaluate methods for determining trichothecenes in cereal grains, foods, and feeds have been published. Recovery of trichothecenes added to uncontaminated samples should be at least 70%, with a coefficient of variation no greater than 30% and a detection limit lower than 0.1 μg/g of sample. For samples in which trichothecenes are deliberate contaminants, the detection limit could be higher than that for naturally contaminated cereals.

Several methods are suitable for rapid field screening. In one, rapid thin-layer chromatography (TLC) could be used to detect deliberately released samples. Such a method has already been developed and modified for analysis of DON on a variety of agricultural commodities. Assays of trichothecenes by the enzyme-linked immunosorbent assay (ELISA) technique can be performed with relatively simple portable laboratory equipment and completed within several hours. The feasibility of immunological assays has been demonstrated in published experiments with T-2 toxin as an antigenic determinant. It seems probable that similar assays can be developed for other members of the trichothecene family.

Remote sensing, either active or passive, is another possible method of rapid detection, although the feasibility of this technique has yet to be demonstrated. The LANDSAT program of the National Aeronautics and Space Administration is an example of orbital, passive remote sensing in which narrow bands of visible and infrared radiation provide imagery of the earth's surface. Similar techniques might be used to detect the clouds of mycotoxin called "yellow rain." Laser remote sensing is an active system that has been used to measure aerosol and gaseous constituents of the atmosphere. Although this technique offers a number of potential advantages over chemical methods for rapid detection, some general difficulties are associated with their application in studies of trichothecene aerosols. Other methods of detection involve the use of susceptible biological systems such as seeds of higher plants; the skins of rabbits, guinea pigs, or rats; brine shrimp; and certain lower organisms. Such tests are

sensitive, but often lack specificity and are time-consuming. Because of their simplicity, however, some of these tests may be well suited for corroborative testing.

A number of good methods exist for the quantitation and confirmation of trichothecenes in the laboratory. Gas-liquid chromatography is the most highly developed and widely used method for quantitation. Gas chromatography-mass spectrometry has been used for a number of years to confirm the identity of Fusarium toxins as well as to quantify them. Tandem mass spectrometry is another method for confirmation and can be used for screening.

## DECONTAMINATION AND DETOXIFICATION

In the event of deliberate release, levels of exposure to trichothecenes are likely to be several orders of magnitude higher than levels from natural sources. Military personnel and civilians would be contaminated as would exposed equipment, foods, and water supplies. Thus, methods of removal or chemical detoxification of trichothecenes are needed to protect not only those directly exposed but also those exposed through contaminated food and water, which could pose a hazard for weeks or months. In the agricultural research community, there has been considerable experience with the decontamination and detoxification of aflatoxins--a group of mycotoxins that do not fall into the trichothecene class. Since there has been little research to develop such procedures for trichothecenes, the methods used for aflatoxins should be studied to determine their applicability to trichothecenes.

The most effective agent for decontaminating T-2 toxin is sodium hypochlorite. However, the products of the reaction with this chemical have not been studied to determine whether they are toxic. This concern about potential toxicity stems from findings that the reaction of aflatoxin with sodium hypochlorite results in the formation of products that are carcinogenic and mutagenic.

One promising approach for the detoxification of trichothecenes is to devise chemical procedures for selectively attacking the epoxide ring, a functional group whose presence is necessary for the toxicity of these compounds. Epoxides are normally very reactive toward nucleophiles, acids, and bases. In trichothecenes, however, they are shielded sterically to the extent that the usual reagents do not react with the epoxide ring under mild conditions. Suitable reagents may be developed to enable the epoxide ring to break under mild conditions. Potential candidates include certain catalysts, "super nucleophiles," "super acids," and triphenylphosphine.

Another strategy is to use enzymes to destroy trichothecenes. The best sources of such enzymes are probably microorganisms; however, little effort has been directed toward the extraction of large quantities of enzymes from this source. An advantage of using enzymes is that many of them are not harmful to humans, but they lack the broad scope of action that characterizes many chemical reagents.

Little work has been done on the removal of mycotoxins from water supplies. Several promising methods should be investigated to determine their effectiveness. Methods also need to be developed for decontaminating foods or transforming them into other useful products. Ammoniation is the most effective and convenient means of detoxifying aflatoxins in agricultural commodities. The use of this process to decontaminate trichothecene-infected wheat samples is now being examined.

Studies have been conducted to determine the distribution of trichothecene mycotoxins among product fractions during the processing of agricultural commodities. Investigators studying the wet milling of corn contaminated with T-2 toxin found that two-thirds of the toxin was removed in the steepwater, 4% was present in the starch, and the remainder was distributed between gluten, fiber, and germ. Grains infected with mycotoxins have very little economic value; however, they can be used as substrates for alcohol production by fermentation without transferring the toxin to the distilled alcohol.

Disposal methods have not been applied to trichothecenes. Aflatoxin-contaminated agricultural commodities or laboratory wastes have been incinerated and buried. The applicability of these or similar procedures for disposing of trichothecenes should be tested to ensure their effectiveness.

## LONG-TERM ENVIRONMENTAL EFFECTS

To minimize long-term effects on human health and on crops and animals, the persistence and degradation of trichothecenes in the biosphere should be characterized. There have been no studies showing whether such substances will leach through soil to contaminate groundwater or whether there is appreciable lateral translocation through waters or in eroding soil particles to contaminate adjacent surface waters. Furthermore, there have been no studies to determine whether plants used for human food and by domestic animals may assimilate trichothecenes from contaminated soils.

Except for one study of aflatoxin, there have been no efforts to evaluate the possibility that any mycotoxin is degraded in soils by biotic or abiotic mechanisms. The concentrations of T-2 toxin, aflatoxin, and some other mycotoxins are known to decrease over time

in microbial cultures, indicating that degradation by enzymes has occurred, but the enzymes involved in these microbial transformations have not been characterized or purified. In a few instances, the products of the microbial process have been identified, but each of those products represented only a modest change in the parent mycotoxin. Extensive microbial degradation has yet to be shown.

To characterize long-term effects caused by trichothecene residues, studies should be conducted to assess their stability in sterile systems at defined pH; their photochemical degradation in water and aerosols; their mobility in soils; their metabolism and persistence in soils, water (including irrigation facilities), and activated sludge and other waste-treatment systems; their breakdown by edible plants; their persistence on buildings and equipment; and their uptake, accumulation, and deposition by crop plants, forage plants, aquatic plants, invertebrates, fish, domestic animals, and game animals. In parallel with these studies, other investigations should be conducted to determine the effects on processes that are important in the maintenance of soil fertility, effects on the ability of soils to degrade plant materials, and effects of persistent residues on crop plants and critical species supporting agricultural production, including pollinating insects. Several analytical alternatives can be used to achieve the levels of accuracy, precision, and sensitivity required for environmental studies.

## RESPONSES OF BIOLOGICAL SYSTEMS

### Biological Effects in Humans

There is little definitive information on the toxic effects produced in humans by specific trichothecene mycotoxins, with the exception of DAS. Extensive descriptions of human toxicoses, presumably caused by unidentified trichothecenes, emanated from studies of persons who had ingested Fusarium-contaminated grain products in the USSR and in Japan. The investigators in the Soviet Union provided excellent descriptions of alimentary toxic aleukia (ATA), first identified in that country. They described this disease as "septic angina," because it included necrotizing tonsillitis, fever, hemorrhagic diathesis, and severe intoxication.

The clinical course of ATA is divided into four stages. The first stage involves local irritation of the oral mucous membranes, developing into hyperemia of the oral mucosa accompanied by weakness, fever, nausea, emesis, and sleep disturbances. In the second stage (the leukopenic stage), alterations include leukopenia, granulopenia, and progressive lymphocytosis. Electrocardiographic changes occur in some individuals. In the third stage (the hemorrhagic stage), petechial rash develops on the skin and spreads over the body. In

addition, the affected persons experience severe pharyngitis and ulcerative changes of the larynx, which in the most severe cases result in death by strangulation. During this stage, severe hemorrhagic diathesis of the nasal, oral, gastric, and intestinal mucosa may also occur.

In the fourth stage (the recovery stage), the subjects are susceptible to various secondary infections. Convalescence for some is prolonged, lasting several weeks. Although the cases of ATA reported in the Soviet Union are believed by many to have been associated with exposure to T-2 toxin and possibly other trichothecene mycotoxins, the etiology of this disease cannot be established.

DAS (anguidine) has been administered by intravenous infusion in both phase I and phase II clinical evaluations for the treatment of human malignancies. In these studies, the antitumor activity was minimal or absent, but a variety of toxic effects were recorded in patients given intravenous daily doses ranging from 0.2 $mg/m^2$ (0.005 mg/kg body weight [bw]) to 6.0 $mg/m^2$ (0.154 mg/kg bw). Nausea and vomiting accompanied by myelosuppression, hypotension, diarrhea, central nervous system dysfunction, fever, chills, stomatitis, erythema, and hair loss were frequently reported. In some patients, the hypotension was severe and required removal from chemotherapeutic treatment. A few patients died as a result of the treatment. Many of the signs and symptoms of DAS toxicity observed in human cancer patients have also been observed in persons reportedly exposed to "yellow rain" attacks; however, some of the alterations described for these persons have not been observed in patients treated with DAS. These differences may be related to the differences in dose, duration, and route of exposure between the two groups.

Because of the unknown exposure doses in the "yellow rain" reports and evidence that other agents may have coexisted in mixtures with the trichothecenes, the data are considered unreliable for the determination of the biological effects of toxic trichothecenes in humans. For this reason, data derived from controlled experiments in animals must be used to predict the biological effects of these toxins in humans.

## Biological Effects in Animals

There is a substantial amount of toxicological data from animal studies that can be used to evaluate the biological effects of trichothecene mycotoxins in humans. Because certain trichothecenes such as T-2 toxin, DAS, and DON are natural contaminants of agricultural feedstuffs, considerable research effort has been expended in defining their toxic effects in both laboratory and domestic animals. The routes of exposure used in these studies

include parenteral administration or oral dosing, either with the toxin alone or mixed with diets. Unfortunately, there are virtually no reports of studies in which animals have been subjected to topical or aerosol exposures.

The most toxic trichothecenes, i.e., those with lower $LD_{50}$s, include T-2 toxin, 4-acetylnivalenol (fusarenon-x), nivalenol, and DAS; one of the least toxic trichothecenes is DON. Toxicities vary among the various species and routes of exposure; however, the differences are not great, indicating similar modes of action and rates of uptake among species for all exposure routes.

Metabolic studies indicate that trichothecene mycotoxins are rapidly absorbed from the gastrointestinal tract and rapidly distributed throughout the body. Peak concentrations appear in the blood within the first few hours after administration. Later, relatively high concentrations of trichothecenes are present in the bile, gallbladder, liver, kidneys, and intestines. Some studies indicate that T-2 toxin is excreted into the intestine via the bile. In others, however, significant amounts were found to be eliminated in the urine. T-2 toxin seems to be rapidly metabolized to HT-2 toxin. Several other metabolic degradation products have been identified in urine and feces, but the degradation pathways leading to their formation are unknown.

Trichothecene mycotoxins are some of the most potent inhibitors of protein synthesis. Moreover, they have an unusually broad spectrum of inhibition, being effective inhibitors of protein synthesis in fungi, plants, and animals. It appears likely that their toxicity is directly related to their role as inhibitors of protein synthesis, which would explain the necrotic changes observed in rapidly dividing cells.

These toxins damage a variety of organs and tissues. The threshold dose for certain of these effects varies with species exposed and the trichothecene administered. Nonetheless, the alterations in clinical signs, tissue morphology, or function are similar among the various species studied and reflect damage to target tissues that have a component of rapidly dividing cells--gonads, gut, bone marrow, and lymphoid tissues. The most susceptible organs and tissues are the mucous membranes of the digestive system, the skin, and the hematopoietic tissues, including bone marrow, erythrocytes, leukocytes, and thrombocytes. In several animal species, the lymphoid and immunologic tissues have been found to be altered, leading to significant immunosuppressive changes. In addition to these effects, lesions and hemorrhages have been produced in the digestive system, liver, kidney, and heart of various species. Testicular lesions have also been noted, and DON has been shown to be embryotoxic; however, no significant teratologic abnormalities have been observed in mice

treated with the same compound. In another study, however, mice treated with T-2 toxin produced offspring with significantly more malformations than did controls. Few long-term feeding studies have been completed, but the evidence accumulated thus far indicates that these toxins are not tumorigenic, and essentially all the trichothecene mycotoxins evaluated in tests for mutagenicity have been negative.

## Biological Effects in Plants, Insects, and Microorganisms

Most of the trichothecene mycotoxins are cytotoxic to plants grown in tissue culture. They are potent inhibitors of cell growth, and germinating seeds are highly sensitive to their action. Many Fusarium species that produce trichothecenes are plant pathogens; however, their pathogenic potency has generally not been related to the production of phytotoxic trichothecenes, whose role in plant pathogenesis has not yet been determined.

Verrucarin A and roridin A exert insecticidal action against Mexican bean beetles (Epilachna varivestis), and several trichothecene mycotoxins have larvicidal activity against greenbottle flies (Lucilia). However, T-2 toxin and DAS are inactive as contact insecticides against fruit flies (Drosophila).

A few trichothecenes have been studied for their antimicrobial activity. No appreciable antibacterial activity has been detected, but antifungal activity has been observed. Trichothecin has systemic fungicidal activity that has been used in controlling plant diseases.

## PREVENTION AND TREATMENT

No specific therapy for trichothecene toxicity is known. The guiding principle followed when dealing with any toxic substance is to avoid or limit exposure. One effective way to limit exposure is to provide protective clothing and masks to people at risk. Such simple materials as a waterproof cloth or plastic sheeting, or any type of basic shelter, could significantly reduce cutaneous exposure. Skin absorption could also be minimized by such measures as a change of clothing and possibly bathing in uncontaminated water with soap or detergent. Specific decontamination procedures might entail the use of readily accessible materials such as chlorine bleaches, soap, and large amounts of uncontaminated water to wash the contaminated area.

Since trichothecenes may persist in the environment, they may gain access to the body by translocation through rain or dew, by the ingestion of contaminated water or foodstuffs, or by inhalation of dusts. Exposure by these routes could be minimized by appropriate

decontamination procedures or by removing individuals from contaminated areas.

The uptake of ingested toxic substances can sometimes be reduced by ingesting either nonspecific binding agents such as charcoal or specific binding agents; however, no specific binding agents are known for trichothecenes. Lotions or creams may also be applied to the skin to reduce absorption. Two types of prophylaxis--immunologic and enzymatic--have been suggested for protection against trichothecene mycotoxins, but there are likely to be strict limits on the effectiveness of both. The beneficial effects of immunization are limited by the amount of antibody that can be produced and the relatively large amount required to neutralize a toxin. The beneficial effects of enzymatic inducers are limited by the necessary delays between administration and induction and the general absence of significant reductions in toxicity, even after liver enzymes are induced.

## RECOMMENDATIONS

Of the many potentially productive areas of research described in this report, the committee has listed below the eight that are most promising. As stipulated in its charge, the committee restricted its study to the trichothecene mycotoxins. However, it was well aware that there are other potent biologically produced toxins that may present similar risks to human health as a result of their natural occurrence or deliberate release. Therefore, when developing its research program, the Army should view the following recommendations in this broader perspective.

1. Taxonomic groups of fungi known to produce trichothecenes are globally distributed; however, naturally occurring trichothecenes have been reported in relatively few countries. Thus, a program should be undertaken to obtain a better characterization of the global distribution of these toxins.

2. Protocols for field sampling should be developed. Further research is needed on the application of thin-layer chromatography (TLC) and the enzyme-linked immunosorbent assay (ELISA) for the identification and quantitation of various trichothecenes present in a variety of sample materials. Other methods that are less promising but nonetheless warrant attention include remote sensing techniques and assays based on the susceptibility of living organisms to trichothecenes. Gas-liquid chromatography (GLC) and mass spectrometry (MS) should be used to validate new methodologies.

3. Chemical and enzymatic reactions that degrade trichothecenes to form nontoxic products should be investigated. The chemistry of the sterically protected epoxide ring should also be studied.

4. Methods of reclaiming trichothecene-contaminated commodities by transforming them into useful foods, feeds, and products should be developed.

5. The persistence and leaching of trichothecenes and the products of their nonbiological and microbial degradation in different types of soils and waters need to be evaluated. Information is also required on the uptake by plants growing in contaminated soils and on the behavior of trichothecenes in terrestrial and aquatic food chains. These studies involve different levels of complexity and expense, but many of them should produce results within a relatively short period.

6. In the broad field of research on the biological effects of T-2 toxin and certain other trichothecene mycotoxins, studies in the following three areas have potential for providing the most useful information in developing protective and therapeutic measures for exposed populations: (1) toxicokinetics following topical and inhalation exposures under a variety of environmental conditions; (2) the effects of continuous or intermittent long-term exposures by single or multiple routes; and (3) the effects produced by combined exposure to trichothecenes and other mycotoxins. These studies should include clinical, clinicopathological, immunological, morphological, and functional evaluations, with particular attention to cardio-vascular, central nervous, and immune systems, as well as organs and tissues that are established targets. Detailed research recommendations are described at the end of Chapter 6.

7. There is a need to identify the best methods for preventing exposure through the use of protective barriers and decontamination procedures.

8. Methods for reducing the toxic effects of trichothecenes should be developed. Such efforts should be focussed not only on protective measures (as stipulated in Recommendation 7) but also on ways to reduce absorption of the toxin and its binding to ribosomes, and to increase its rate of degradation and elimination. The methods adopted should be based on sound quantitative studies of the cutaneous pharmacokinetics of these coumpounds.

---

The military is encouraged to continue seeking the advice of nonmilitary scientists in its research programs. As a result of this review of new techniques and new data, the committee recommends that the military draw from the diverse expertise in the scientific community in order to take full advantage of discoveries as soon as possible.

Chapter 1

# INTRODUCTION

Mycotoxin-induced diseases have affected human populations since ancient times. The first recorded reference has been attributed to Galen, who observed in the first century, A.D.:

> Thus, of the many people who are forced to eat such food [stored barley and wheat] in time of famine, some die from a putrid or pestilential fever, others are seized by a scabby (itching) and leprosy-like skin condition (Lieber, 1970).

Over the last four centuries, numerous documented illnesses and epidemics in England, France, and the American colonies, attributed at the time of their occurrences to other causes, may in fact have been caused by mycotoxicoses. It was not until this century that episodes of mycotoxicoses in humans and animals were scientifically documented. Some of the earliest work was done by scientists in the USSR, who recorded the incidence of alimentary toxic aleukia in that country between 1932 and 1947 (Gajdusek, 1953). In 1944, the peak year, more than 10% of the population was affected in some districts and many fatalities occurred. The cause of the disease was found to be associated with the ingestion of grain that had overwintered in the field. Food had been very scarce that year in many parts of the Soviet Union, and grain left in the field throughout the winter was eaten by many people.

Investigators tracing the loss of 100,000 turkeys and ducklings in the United Kingdom during 1960 discovered that a mold toxin had been produced on feeds contaminated with Aspergillus flavus (Kraybill and Shimkin, 1964; Spensley, 1963). The fungus was subsequently found to produce compounds capable of causing cancer of the liver in laboratory animals (International Agency for Research on Cancer, 1971, 1972). Since then, many studies have been focussed on the effects of mycotoxins in foodstuffs and farm animals.

More recently, mycotoxins and their effects on humans have attracted national and international attention because of their reported use as warfare agents. Inhabitants of embattled areas in

Afghanistan, Laos, and Kampuchea described the aerial release of a yellow substance as granules or as mists that "fell like rain." This later became known as "yellow rain" (Haig, 1982). As the issue of the possible use of these toxins as chemical warfare agents gained prominence and public awareness, "yellow rain" became popularized as a generic name for mycotoxin mixtures purportedly used in this manner.

Although the composition of yellow rain per se has not yet been determined and may vary, field samples have been reported to contain T-2 toxin (a trichothecene mycotoxin) and other mycotoxins (Haig, 1982; National Defence Headquarters, 1982; Schiefer, 1982; Schultz, 1982).

The study reported herein was undertaken at the request of the U.S. Department of the Army to analyze the biological behavior of T-2 toxin and related trichothecenes so that protective measures against their actions can be appropriately and efficiently designed. The request arose from concern about the potential harm these substances could pose to the civilian and military populations that might be exposed to them.

The trichothecene-producing fungi simultaneously biosynthesize many similar, but chemically distinct, toxins in this class. Some of these substances have yet to be isolated and characterized. Despite the possible differences in their structure, the specific modes of toxin action in both humans and animals appear to be identical and the inherent toxicities of the trichothecenes are relatively similar. The Committee on Protection Against Mycotoxins concluded that a thorough analysis of trichothecene-induced health effects could not be complete unless the entire class of trichothecenes were considered.

Various fungal species produce a host of other classes of mycotoxins such as aflatoxins, rubratoxins, and ochratoxins. Although this report focusses specifically on the trichothecene class of mycotoxins, some studies of aflatoxins and certain other mycotoxin classes are discussed when the results may be applicable to the trichothecenes.

During the course of the study, the committee reviewed the literature on T-2 toxin and related trichothecene mycotoxins. It found that most reported information and ongoing research efforts pertained to T-2 toxin, HT-2 toxin, diacetoxyscirpenol (DAS), nivalenol, and deoxynivalenol (DON).

The committee had two major objectives:

- an examination of the chemical, environmental, and biological behavior of the trichothecene class of mycotoxins so that appropriate protective measures can be taken and

- development of the means for optimizing the protection of human beings against the effects of trichothecenes through appropriate prophylaxes and treatments.

The committee approached its task by characterizing the occurrence and natural degradation of trichothecenes; their metabolism; their adverse effects in the environment; and their toxicity in both humans and animals. These characterizations included potential methods for the specific, sensitive, and rapid detection of trichothecene toxins under battlefield conditions; the practical means for their destruction, disposal, and environmental decontamination; possible prophylaxes to prevent their toxic action in humans; and treatments for trichothecene-induced adverse health effects.

When appropriate, the committee considered the published reports of adverse human health effects in embattled areas where these agents have purportedly been used. However, its members neither support nor refute the evidence for their military use in such areas. This consideration was not contained in the committee's charge.

Much of the literature on the human health effects of trichothecenes consists of anecdotal information that is grounded in a long history of incidence in civilian settings. For example, the natural occurrence of trichothecenes in cereal grains has been recognized as a recurring health problem for many years. Accordingly, this report is intended to assist in the protection against the adverse effects of trichothecenes not only for U.S. Armed Forces but also for civilian populations that may also come into contact with these toxins during peace or war.

In addition to studying the published literature, the committee examined research programs currently under way. As an extension of this effort, it has suggested avenues for future research that is likely to lead to the development of measures to protect large populations within civilian and military contexts.

The committee's findings are presented in seven chapters. In Chapter 2, it discusses the occurrence of mycotoxins, including their natural production, natural levels of occurrence, and levels that might be expected under conditions of deliberate release. The detection, identification, and quantitation of mycotoxins, including methods of sampling, methods for rapid field screening, and methods for laboratory analysis, are described in Chapter 3. Chapter 4 examines the decontamination of mycotoxins, including the treatment of affected foodstuffs and methods of disposal. In Chapter 5, the committee describes environmental effects, including the degradation and fate of mycotoxins. The responses of biological systems to mycotoxins, including systemic effects in humans and animals, toxicokinetics, and mechanisms of action are described in Chapter 6.

These five chapters form a basis for possible approaches to prophylaxes for and treatments of humans affected by mycotoxicosis, as discussed in Chapter 7. The committee's major recommendations are contained in Chapter 8.

This report does not contain references to the entire known body of literature or to all the information that was made available to the committee. Rather, the committee cited only those references that it found to be the most pertinent to its charge. It was also aware of the possibility that there may be additional, but inaccessible information in the classified files of the Department of State and the Department of Defense. The reader is referred to the Bibliography at the end of this document for a listing of the literature reviewed by the committee.

## REFERENCES


Gajdusek, D. C. 1953. Alimentary toxic aleukia. Pp. 82-105 in Acute Infectious Hemorrhagic Fevers and Mycotoxicoses in the Union of Soviet Socialist Republics. Medical Science Publication No. 2. Army Medical Service Graduate School and Walter Reed Medical Center, Washington, D.C.

Haig, A. M., Jr. 1982. Chemical Warfare in Southeast Asia and Afghanistan. Special Report No. 98. U.S. Department of State, Washington, D.C. 32 pp.

International Agency for Research on Cancer. 1971. Liver Cancer. Proceedings of a Conference. IARC Scientific Publications, No. 1. World Health Organization, International Agency for Research on Cancer, Lyon, France.

International Agency for Research on Cancer, the Working Group. 1972. IARC Monographs on the Evaluation of Carcinogenic Risk of Chemicals to Man. Vol. 1. World Health Organization, International Agency for Research on Cancer, Lyon, France.

Kraybill, H. F., and M. B. Shimkin. 1964. Carcinogenesis related to foods contaminated by processing and fungal metabolites. Adv. Cancer Res. 8:191-249.

Leiber, E. 1970. Galen on contaminated cereal as a cause of epidemic. Bull. Hist. Med. 44:332-345.

National Defence Headquarters. 1982. An Epidemiological Investigation of Alleged CW/BW Incidents in SE Asia. Surgeon General Branch, Directorate of Preventive Medicine, National Defence Headquarters, Ottawa, Canada.

Schiefer, H. B. 1982. Study of the Possible Use of Chemical Warfare Agents in Southeast Asia. A Report to the Department of External Affairs, Canada. Toxicology Group, University of Saskatchewan, Saskatchewan, Canada. 43 pp.

Shultz, G. P. 1982. Chemical Warfare in Southeast Asia and Afghanistan: An Update. Report from Secretary of State George P. Shultz to the Congress of the United States and Member States of the United Nations. Special Report No. 104. U.S. Department of State, Washington, D.C. 12 pp.

Spensley, P. C. 1963. Aflatoxin, the active principle in turkey "x" disease. Endeavor 22:75-79.

Chapter 6

# RESPONSES OF BIOLOGICAL SYSTEMS

## BIOLOGICAL EFFECTS IN HUMANS

### Historical Studies

Alimentary Toxic Aleukia. There is little definitive information on the toxic effects in humans produced by specific trichothecene mycotoxins, with the exception of diacetoxyscirpenol (DAS). Extensive descriptions of toxicoses in humans, presumably caused by unidentified trichothecenes, were provided in reports of illness caused by ingestion of *Fusarium*-contaminated grain products in the Soviet Union and Japan. These foodborne illnesses were first reported at the beginning of the 19th century, but it was not until the 1950's and 1960's that the trichothecene mycotoxins were first isolated and identified (Yagen *et al*., 1977). Evidence linking *Fusarium* metabolites to the outbreaks was based on experiments in fungi isolated from naturally contaminated food and preserved as laboratory cultures before analyses for trichothecene production (Ueno *et al*., 1972; Yagen *et al*., 1977).

Uraguchi *et al*. (1961) described an outbreak of foodborne disease that occurred in the suburbs of Tokyo in 1954. He reported that 25 persons who had consumed *Fusarium*-infected rice subsequently suffered from nausea, vomiting, and drowsiness. Human mycotoxicoses resembling alimentary toxic aleukia (ATA) have been recognized in the Soviet Union for many decades. Ueno (1977b) cited the review by Woronin (1891) of the so-called "Taumelgetreide" (staggering grains) found in the Ussuri district of eastern Siberia. People consuming the grain had developed headache, vertigo, chills, nausea, vomiting, and visual disturbance.

Gajdusek (1953) has provided an excellent description of ATA. This disease was first identified in the Soviet Union as "septic angina" because it included necrotizing tonsillitis, fever, hemorrhagic diathesis, and severe intoxication. Sarkisov (1944) reported that *Fusarium sporotrichioides* or toxins produced by this fungus were responsible for the disease.

The clinical course of ATA was divided into four stages (Gajdusek, 1953; Joffe, 1971; Mayer 1953). Within the first few hours after ingestion of contaminated food, local irritation of the oral mucous membranes occurred. As intoxication developed, there was hypermia of the oral mucosa accompanied by weakness, fever, nausea, emesis, and sleep disturbances. In mild cases, these signs and symptoms disappeared within a few days after the contaminated food was removed. However, in the more severe cases, the high fever continued and was accompanied by acute esophagitis, gastritis, and gastroenteritis. Cyanosis and tachycardia were observed in a few individuals and, in rare cases, circulatory failure and convulsions occurred.

When contamination was great or the exposure duration was extended, the disease progressed to the second stage--the leukopenic stage. The alterations observed included leukopenia, granulopenia, and progresseive lymphocytosis. Electrocardiographic changes were recorded in some individuals. This stage lasted between 2 and 4 weeks, but Gajdusek (1953) noted that it may extend to 8 weeks. When the contamination was discontinued and concentrations consumed were low, complete recovery followed.

When the consumption of contaminated food was greater and larger amounts of toxins were ingested, the disease progressed to the third stage--the hemorrhagic stage, which was characterized by the presence of petechial rash on the skin of the chest and other areas of the body. Initially, the petechiae were localized in small areas, but they became more numerous and widespread as time progressed. The exposed persons also developed severe pharyngitis. This was described by Gajdusek (1953) as "catarrhal, diphtheritic, necrotic, or gangrenous." The tissue in the throat was necrotic with the production of a brown exudate that contained microflora usually found in agranulocytic angina. The most severe cases had intensive ulcerative and gangrenous changes of the larynx, which resulted in aphonia and death by strangulation.

In this third stage, exposed individuals also had severe hemorrhagic diathesis of the nasal, oral, gastric, and intestinal mucosa and the peripheral blood had reduced numbers of formed elements. Leukopenia was marked and leukocytes were as low as 100 to 200/$mm^3$. Erythrocyte counts usually ranged from 2 to 2.5 million/$mm^3$; however, some persons had counts less than 1 million/$mm^3$. The hemoglobin values were usually below 40% and in some individuals, below 10%. Blood loss from hemorrhages and impaired erythropoiesis resulted in severe anoxia. Gajdusek (1953) reported that the platelet counts ranged from 20,000 to 80,000/$mm^3$, compared to normal counts of 200,000 to 300,000/$mm^3$, and that hemorrhages normally occurred when platelet counts were less than 50,000/$mm^3$. Sedimentation rates were increased to more than 50 mm/hr,

and the clotting and clot retraction times were prolonged. Rumple-Leeds phenomenon (capillary fragility) was observed in approximately one-half of the patients examined.

At this stage of illness, patients remained conscious; however, they had elevated temperature (38.9 to 40°C), hypotension, and a weak pulse. Deaths occurred during this stage, which lasted for 2 weeks. In the more severe outbreaks of poisoning, fatality rates were as high as 50%.

The fourth stage of ATA was the recovery stage. During this period, exposed individuals were susceptible to various secondary infections, including pneumonia. Convalescence was prolonged, lasting several weeks for some patients. Most of the patients were 10 to 40 years of age. No illness was detected in nursing infants whose mothers had ATA.

Stachybotryotoxicosis. Gajdusek (1953) also reviewed the Soviet literature on stachybotryotoxicosis in horses and humans. He noted that signs and lesions of the disease were suggestive of mycotoxicosis, and that many of the toxic effects reported in these studies were the same as those now known to be induced by trichothecenes produced by other fungal genera (i.e., Fusarium, Trichothecium, Trichoderma, Acremonium, Cylindrocarpon, and Myrothecium).

In equine animals, the disease has been subdivided into the following three stages: (1) a cutaneous stage, in which the skin and mucous membranes are affected; (2) a generalized toxicosis involving the blood-forming organs; and (3) a neurologic stage, involving a loss of appetite, digestive disturbances, and the initiation of secondary infections (Hintikka, 1977). Drobotko (1945) implicated Stachybotrys atra (= alternans) as the biological agent responsible for human cases of "septic angina" resulting from the ingestion of overwintered grain. The symptoms were similar to those seen in the equine disease and were indistinguishable from the symptoms of fusaria-produced ATA.

In early experimental work, humans were found to be sensitive to the mold and to the extracts, both of which produced dermatitis when applied to the skin. Signs and symptoms in individuals exposed to contaminated hay or hay dust included dermatitis, conjunctivitis, cough, rhinitis, laryngitis, pharyngitis, irritation and bleeding from nasal passages, fever, and, rarely, leukopenia (Drobotko, 1945).

Eppley (1977) reported that cultures of S. atra contained at least five trichothecenes, three of which belonged to the roridin-verrucarin group. All these trichothecenes caused skin lesions in rabbits and were lethal for chick embryos.

Dendrodochiotoxicosis. Bilai (1960) and other Soviet investigators have mentioned Dendrodochium toxicum as a fungus capable of producing a highly potent, but unidentified toxin. However, Tulloch (1972) has classified this organism as Myrothecium roridum, a recognized producer of the macrocyclic trichothecenes--roridins and verrucarins. Ueno (1983) alluded to Dendrodochium-produced toxicoses in humans, but did not elaborate upon this subject.

Clinical Effects of Known Trichothecene Toxins

Although ATA is believed by many to be a disease involving T-2 toxin and possibly other trichothecenes, its etiology cannot be established. The toxic effects produced in humans by trichothecene mycotoxins have been established only for DAS (anguidine), which has been used as a chemotherapeutic agent in both phase I and II evaluations for treatment of human malignancies (Table 6-1). DAS was selected for clinical trials based on its activity in mice with P388 and L1210 leukemia (Murphy et al., 1978). In addition, activity was observed against Line 38 colon adenocarcinomas in mice (Helman et al., 1976).

Phase I clinical trials are conducted to establish the maximum tolerated dose (MTD) in humans and to determine the toxic effects. In the Phase II trials, the drug is screened against a range of tumors for potential activity. In these clinical trials, the antitumor activity of DAS was minimal or absent, but a variety of toxic effects were recorded.

In a phase I clinical evaluation of DAS, the compound was given to 39 patients with malignant neoplasms (Murphy et al., 1978). It was administered by rapid intravenous infusion daily for 5 days at 2-week intervals. At doses greater than 3.0 mg/m$^2$ body surface area or 0.077 mg/kg body weight (bw),[1] signs of toxicity including nausea and vomiting were observed. Myelosuppression, which occurred in 11 of 25 (79%) of patients, was mild to moderate at doses of 3 mg/m$^2$ (0.077 mg/kg bw) or above, reaching a peak 12 days after initiation of the treatment. Less commonly observed signs and symptoms of toxicity included hypotension, diarrhea, central nervous system (CNS) disturbances, fever and chills, a generalized burning sensation, erythema, and stomatitis. No antitumor activity was observed.

Goodwin et al. (1978) recorded the responses of cancer patients treated with DAS. They observed toxicity in patients given doses ranging from 0.2 mg/m$^2$ (0.005 mg/kg bw) to 6.0 mg/m$^2$ (0.154 mg/kg bw) for 5 days by intravenous injection (IV push). Total leukocytes

---

[1]The mg/m$^2$ values were converted to mg/kg body weight by assuming a 70-kg patient with a body surface area of 1.8 m$^2$.

TABLE 6-1. Toxic Effects in Human Cancer Patients Given Diacetoxyscirpenol (Anguidine)

| Clinical Observation | Patients Experiencing Toxic Effect (%), by Study | | | | |
|---|---|---|---|---|---|
| | Murphy *et al.*, 1978 | Diggs *et al.*, 1978 | Yap *et al.*, 1979 | Bukowski *et al.*, 1982 | Thigpen *et al.*, 1981 |
| Nausea and vomiting | 100 | 74 | 87 | 49 | 64 |
| Myelosuppression | 79 | [a] | [a] | 64 | 19 |
| Hypotension | 20 | 37 | 31 | 50 | 24 |
| Diarrhea | 20 | 10 | NR[b] | NR | NR |
| Central nervous system dysfunction | 20 | 16 | 38 | 12 | 4 |
| Fever and chills | 12 | 84 | 33 | NR | NR |
| Stomatitis | 8 | NR | 4 | 4 | NR |
| Erythema | 12 | 26 | 22 | NR | 4 |
| Hair loss | NR | NR | 4 | NR | 4 |

[a]Myelodepression given as moderate; number of patients not specified.
[b]Not reported.

and platelet numbers were reduced in some of the subjects. After three doses of 3.0 mg/m$^2$ (0.077 mg/kg bw), nausea was accompanied by signs of CNS dysfunction, including drowsiness, nervousness, confusion, anxiety, depression, convulsions, hallucinations, and coma. Gastrointestinal tract disturbances and diarrhea were present in patients given the higher doses. When the method of administration was changed to 48-hour infusion, the CNS symptoms were absent, but thrombocytopenia was evident by day 4 of treatment. Fever, chills, and vomiting were minimal during the 8-hour infusion period, but signs were more severe in patients given 4-hour infusions. No significant long-term alterations were observed in renal, heptic, or pancreatic functions or in serum protein concentrations, total protein, albumin, ceruloplasmin, immunoglobulins, or lipoproteins.

DAS was used in a phase II treatment of adenocarcinoma of the colon and rectum (Diggs et al., 1978). It was administered intravenously in doses of 5.0 $mg/m^2$ (0.129 mg/kg bw) daily for 5 days and repeated every 3 weeks. Patients with hepatic disease were given 3.5 $mg/m^2$ doses. The compound was added to 150 ml of dextrose and given to the patient by intravenous infusion for 2 to 3 hours. No patient had a measureable regression of neoplastic disease. Signs and symptoms of toxicity included fever (16/19 patients), nausea and vomiting (14/19 patients), chills (8/19 patients), hypotension (7/19 patients), CNS disturbances (3/19 patients), and diarrhea and headache (2/19 patients). Acute hypotension was severe enough in some patients to require large amounts of intravenously administered fluids, but most episodes of hypotension were transient. Myelosuppression was moderate.

A similar set of clinical signs and symptoms of toxicity was observed in patients with advanced breast cancer, who were treated with DAS at a dose of 5.0 $mg/m^2$ (0.129 mg/kg bw) daily for 5 days repeated every 3 weeks (Yap et al., 1979). Patients with hepatic disease were given 3.0 $mg/m^2$ doses. Nausea and vomiting were most frequently observed (87% of cases). Other evidences of toxicity were fever and chills (33%), hypotension (31%), skin erythema (22%), CNS disturbances (38%), burning sensation (4%), and hair loss (4%). In most patients, mild myelosuppression occurred between the second and third weeks of treatment.

DAS was used in a phase II treatment of gastrointestinal malignancies (Bukowski et al., 1982). The compound was administered as a 4-hour intravenous infusion at doses of 3.0 or 4.5 $mg/m^2$ (0.077 or 0.116 mg/kg bw) daily for 5 days. Partial remission was observed in eight of 81 patients with colon cancer and in a single patient with carcinoma of the common bile duct. The toxicity of DAS was varied. Myelosuppression was mild to moderate; thrombocytopenia and leukopenia occurred in 19% of the patients. Nausea and vomiting was common (49% of the patients). Mild hypotension was documented in 37 patients, and severe hypotension was observed in 10 patients. CNS toxicity manifested by hallucinations and/or confusion was observed in 12% of the patients.

DAS was used in a phase II trial in patients with sarcomas and metastatic disease (Thigpen et al., 1981). The compound was given in daily doses of 4.5 $mg/m^2$ (0.116 mg/kg bw) as a 4-hour intravenous infusion for 5 consecutive days and repeated every 21 days. None of 25 treated patients showed any measureable antineoplastic response to the drug treatment. The most significant adverse effect, myelosuppression, was found in 16 of the 25 patients as leukopenia and/or thrombocytopenia. Nausea and/or vomiting occurred in 16 of the 25 patients, hypotension in 6, and hallucination, erythema, stomatitis, and alopecia in one patient each.

In the United States, three accidental cases of trichothecene poisoning are known. A laboratory research assistant working with T-2 toxin developed a severe facial skin irritation that required prolonged nonspecific dermatologic treatment before recovery.[2] In the other two cases (Bamburg, 1969), a crude extract of Fusarium tricinctum accidentally got inside the plastic gloves of two laboratory investigators, who washed their hands with mild detergent within 2 minutes. Nevertheless, an increasing burning sensation developed in the fingers of both hands 4 to 8 hours afterward, followed 1 day later by numbness in the fingers, which within 3 days lost all sensitivity. Skin on the tips of the fingers that had the most contact with the toxic extract became white and hard and began to peel in large, thick pieces. New skin regained normal sensitivity by the 18th day after contact.

Recent reports (Department of External Affairs, 1982; Haig, 1982; National Defence Headquarters, 1982; Schiefer, 1982; Shultz, 1982) implicate the presence of trichothecene mycotoxins, notably T-2 toxin, in "yellow rain," which allegedly was used for military purposes in Southeast Asia and in Afghanistan. In these reports, four major effects of "yellow rain" on human health were emphasized, namely, epithelionecrosis on exposed areas of skin, acute gastroenteritis, convulsion seizures, and death in approximately 25% of the persons reported to have been exposed. Many of the signs and symptoms of toxicity observed in DAS-treated human cancer patients are the same as those reported to have been observed in persons exposed to "yellow rain" attacks. Observations common to both sets of human patients include nausea and vomiting, cutaneous irritation, CNS dysfunction, hypotension, chills, fever, and myelosuppression.

However, other alterations observed in persons reportedly exposed to "yellow rain" have not been found in patients treated with DAS. These differences may be related to the differences in dose and in the duration and route of exposure between the two groups. All five DAS-treated patients who died from treatment had received the compound by intravenous infusion under hospital conditions.

Because of unknown exposure doses in the yellow rain reports and evidence that other agents may have coexisted in mixtures with the trichothecenes, the data were considered unreliable in determining biological effects of toxic trichothecenes in humans. For this reason, data derived from controlled experiments in animals must be used to predict the biological effects of these toxins.

---

[2] Wilson, B. J. 1983. Personal communication. Vanderbilt University, Nashville, Tenn.

## BIOLOGICAL EFFECTS IN ANIMALS

Because certain trichothecene mycotoxins, such as T-2 toxin, DAS, and deoxynivalenol (DON), are found as natural contaminants of grains and processed feedstuffs, considerable research effort has been expended in defining their toxic effects in various species of domestic and laboratory animals. In these studies, various routes of exposure have been used, including parenteral injection, oral dosing, and dietary administration. In many of the studies with rodents, however, injection (e.g., intravenous, intraperitoneal, and subcutaneous) has been the major route of administration. Test substances have included grains contaminated with defined fungal species as well as purified mycotoxins.

In contrast to the few data on responses of humans to the trichothecenes, especially to T-2 toxin, substantial toxicological data on animals are available for evaluations of the biological effects of several specific trichothecene mycotoxins. However, virtually none of these data have been derived from topical or aerosol exposure of experimental animals.

### Comparative Toxicity

The $LD_{50}$ values of the trichothecenes vary somewhat with the particular toxin and animal species studied (Tables 6-2 and 6-3). The more toxic members of the group, i.e., those with lower $LD_{50}$s, include T-2 toxin, 4-acetylnivalenol (fusarenon-x), nivalenol, and DAS. One of the least toxic compounds in this group is DON. There are differences among the various species in their susceptibility to the trichothecenes, but the differences are not great, considering the $LD_{50}$ values obtained by oral and other routes of administration. For most of the animals examined in the $LD_{50}$ studies, the dose-response curves for lethality were relatively steep, indicating limited individual animal variation. Similar $LD_{50}$ values for T-2 toxin have been obtained in studies in the chicken, rat, and guinea pig. In mice, slightly greater $LD_{50}$ values were obtained for T-2 toxin and DAS, but very similar values were obtained for 4-acetylnivalenol.

These toxins produce damage in a variety of organs and tissue. The threshold dose for certain of the tissue effects varies both in respect to the species exposed and the trichothecene mycotoxin used (Table 6-4). The alterations, either in clinical signs or tissue morphology or function, are similar among the various species studied and reflect damage to the target tissues that have a component of rapidly dividing cells such as the gonads, gut, bone marrow, and lymphoid tissues.

Table 6-2. LD of Several Trichothecene Mycotoxins in Various Animals

| Trichothecene | Animal | Route of Administration | $LD_{50}$(mg/kg) | Reference |
|---|---|---|---|---|
| T-2 Toxin | Chicken | Oral | 4.0 | Hoerr et al., 1981 |
| | Chicken | Oral | 3.6 | Sato and Ueno, 1977 |
| | Rat (Holtzman) | Oral | 4.0 | Marasas et al., 1969 |
| | Rat | Oral | 5.2 | Sato and Ueno, 1977 |
| | Trout fingerlings | Oral | 6.1 | Marasas et al., 1969 |
| | Swine | Intravenous | 1.21 | Weaver et al., 1978a |
| | Guinea pig | Oral | 3.1 | DeNicola et al., 1978 |
| | Mouse (ddYS strain) | Intraperitoneal | 5.2 | Sato and Ueno, 1977 |
| | Mouse | Oral | 10.5 | Sato and Ueno, 1977 |
| DAS | Chicken | Oral | 5.0 | Hoerr et al., 1981 |
| | Swine | Intravenous | 0.376 | Weaver et al., 1978b |
| | Mouse | Intraperitoneal | 23.0 | Sato and Ueno, 1977 |
| | Mouse | Intravenous | 12.0 | Sato and Ueno, 1977 |
| | Rat | Intravenous | 1.3 | Sato and Ueno, 1977 |
| | Rat | Intraperitoneal | 0.75 | Sato and Ueno, 1977 |
| | Rat | Oral | 7.3 | Sato and Ueno, 1977 |
| | Rabbit | Intravenous | 1.0 | Sato and Ueno, 1977 |
| Nivalenol | Mouse (DDD or DDN strains) | Oral | 4.1 | Sato and Ueno, 1977 |
| 4-Acetylnivalenol | | | | |
| | Mouse (DDS strain) | Intraperitoneal | 3.3 | Ueno et al., 1969 |
| | Mouse | Subcutaneous | 4.2 | Sato and Ueno, 1977 |
| | Mouse (DDD strain) | Intravenous | 3.4 | Ueno et al., 1971b |
| | Mouse (DDD strain) | Per os | 4.5 | Sato and Ueno, 1977 |
| | Mouse (DDD strain) | Subcutaneous | 4.2 - 4.6 | Sato and Ueno, 1977 |
| | Rat (Wistar stock) | Oral | 4.0 | Sato and Ueno, 1977 |
| | Rat | Not reported | 4.4 | Sato and Ueno, 1977 |
| Solaniol | Mouse (ddYS) | Intraperitoneal | 14.5 | Ishii et al., 1971 |
| DON | Chick | Oral | 140.0 | Huff et al., 1981 |
| Neosolaniol | Mouse (ddYS) | Intraperitoneal | 14.5 | Ueno et al., 1972 |
| HT-2 toxin | Mouse | Intraperitoneal | 9.0 | Sato and Ueno, 1977 |
| Diacetylnivalenol | Mouse | Intraperitoneal | 9.6 | Sato and Ueno, 1977 |

Table 6-3. $LD_{50}$s of Trichothecene Mycotoxins in the Mouse and Broiler Chicken

| Animal | Trichothecene | $LD_{50}$ (mg/kg) |
|---|---|---|
| Mouse (ddYS strain)[a] | T-2 toxin | 5.2 |
| | DAS | 23.0 |
| | Neosolaniol | 14.5 |
| | HT-2 toxin | 9.0 |
| | Nivalenol | 4.1 |
| | 4-Acetylnivalenol | 3.3 |
| | Diacetylnivalenol | 9.6 |
| Chicken[b] | 8-Acetylneosolaniol | 3.2 |
| | DAS | 3.8 |
| | T-2 toxin | 4.9 |
| | HT-2 toxin | 7.2 |
| | Neosolaniol | 24.9 |
| | T-2 tetraol | 33.8 |

[a]Data from Ueno et al., 1973.
[b]Data from Chi et al., 1978.

## Comparative Effects by Route of Exposure

For many toxic materials, the route of exposure alters the pathologic effects and clinical signs. However, a number of the toxic responses to the trichothecene mycotoxins are similar, regardless of the exposure route. The acute $LD_{50}$s of several trichothecene mycotoxins are similar for both oral and parenteral exposures (Tables 6-2 and 6-3). Once they enter the systemic circulation, trichothecenes affect rapidly proliferating tissues independently of exposure route. Therefore, oral, parenteral, and cutaneous exposures produce gastric and intestinal lesions; hematopoietic and immunosuppressive effects described as radiomimetic in nature; CNS toxicity resulting in anorexia, lassitude, and nausea; suppression of reproductive organ function; and acute vascular effects leading to hypotension and shock.

Although a number of toxic effects are common to multiple routes of exposure, route-specific effects have also been observed. For example, topical exposure leads to local cutaneous necrosis and inflammation (Hayes and Schiefer, 1979; Marasas et al., 1969; Ueno et al., 1970). Oral exposure results in upper gastrointestinal tract lesions as well as systemic effects (Chi et al., 1977b,c; Chi and Mirocha, 1978; Hoerr et al., 1982a; Wyatt et al., 1972).

Table 6-4. Toxic Effects of Trichothecenes in Several Animals at Different Dose Levels

| Trichothecene | Animal | Toxin Intake[a] | Effect | Reference |
|---|---|---|---|---|
| T-2 toxin | Cattle | 0.16 mg/kg[b] | Enteritis; abomasal ulcers | Pier et al., 1976 |
| | | 0.64 mg/kg | Death (calf); bloody feces, enteritis; abomasal and rumenal ulcers; coagulopathy | Pier et al., 1976 |
| | | 0.6 mg/kg | Suppressed lymphoblastogenesis | Buening et al., 1982 |
| | Swine | 12 ppm | Reduced pig and litter size | Weaver et al., 1977 |
| | | 8 ppm | No effects detected | Weaver et al., 1977 |
| | Chickens | | | |
| | Broiler | 4 ppm | Oral necrosis | Wyatt et al., 1972 |
| | Broiler | 4 ppm | Neural effects: seizures, loss of righting reflex | Wyatt et al., 1973 |
| | Broiler | 4 ppm | Hepatic hematoma | Wyatt et al., 1973 |
| | Broiler | 8 ppm | Coagulopathy | Doerr et al., 1974 |
| | Broiler | 4 ppm | Reduced gain | Wyatt et al., 1973 |
| | Broiler | 1.5-3 mg/kg | Decreased rate of gain | Hoerr, 1982b |
| | Broiler | 2.5 mg/kg (single) | Thymic and bursal necrosis | Hoerr, 1981 |
| | Broiler | 3 mg/kg | Malformed feathers | Hoerr, 1982b |
| | Laying hen | 20 ppm | Decreased egg production and shell quality | Wyatt et al., 1975 |
| | Cats | 0.6-1.0 mg/kg | Hematopoietic depression, hemorrhage, gastroenteritis | Palti, 1978 |
| | Trout | 6.1 mg/kg | $LD_{50}$ (fingerlings) | Marasas et al., 1969 |
| | | 8.0 mg/kg | Sloughing of intestinal mucosa | Marasas et al., 1969 |
| | Rats | 3.8-4.0 mg/kg | $LD_{50}$ (21-day female) | Marasas et al., 1969 |
| DAS | Swine | 0.38 ppm | Hemorrhagic enteritis | Pathre and Mirocha, 1977 |
| | Chickens | | | |
| | Broiler | 2.5-3.5 mg/kg | Decreased rate of gain | Hoerr, 1982b |
| | Broiler | 2.5-3.5 mg/kg | Decreased hematocrit | Hoerr, 1982b |
| | Broiler | 2.7 mg/kg[c] | Thymic and bursal necrosis | Hoerr, 1981 |
| | Rats | 7.3 mg/kg[c] | $LD_{50}$ | Ueno, 1980 |

[a]Toxin intake in mg/kg/day or feed content in ppm (μg/g) taken ad libitum.
[b]Daily dose.
[c]Single dose.

Studies of inhalation exposure to trichothecene toxins have not been reported. This route of exposure could result in lesions in both the respiratory and gastrointestinal tracts as well as local tissue necrosis, immunosuppression, and the previously discussed route-independent effects. Several factors could alter the response produced by a given dose.

The entire respiratory tract would be exposed to the inhaled material. After absorption from the nasal mucosa, from the upper respiratory tract mucosa, and from the lungs, the toxin will appear in the bloodstream and will be distributed to other organs and tissues. For approximately 24 hours after an inhalation exposure, the toxin deposited in the upper respiratory tract will be cleared by ciliary activity and will be swallowed, resulting in gastrointestinal exposure to the toxin. Therefore, inhalation exposures will be followed by exposure of other tissues and organs at varying dose rates.

The major subdivisions of the respiratory tract differ in their structure, size, function, and response to inhaled particles. They also have different methods and rates of particle elimination. Therefore, the effective tissue dose of inhaled of trichothecene particles is a function of regional deposition within the respiratory tract, retention times at the deposition sites and along the clearance pathway, the biological effects of the toxin, and the physicochemical properties of the inhaled particles.

Airborne particle concentration and size distribution are major factors in determining the relative amount of toxin deposited in the major subdivisions of the respiratory tract. Total and regional deposition of 0.1- to 10- μm particles has been determined (Davies et al., 1972; Hatch and Gross, 1964; Heyder et al., 1973; Lippmann and Altshuler, 1975; Stuart, 1973; Task Group on Lung Dynamics, 1966).

The aerosal size measurement most commonly used in health-related literature is the aerodynamic diameter, which includes both the particle density and its airborne behavior due to various forces. The numerical value of the aerodynamic diameter is equal to the diameter of a unit density sphere having the same terminal settling velocity as the particle under consideration.

To consider the deposition, retention, and removal of inhaled particles, the respiratory system can be divided into three major subdivisions based on clearance mechanisms. (1) The extrathoracic airways include the nasal passages, oropharynx and larynx, and the upper trachea. Particles in these regions are removed through the nostrils or by the movement of mucus into the gastrointestinal tract within minutes to hours after deposition. (2) The tracheobronchial tree, or conducting airways, are lined with ciliated and secreting

cells that distribute inspired air to the gas-exchange spaces within the lung. Inert, insoluble particles deposited in this region are carried within 1 day toward the larynx, and the material is swallowed (Albert et al., 1969). Soluble particles clear more rapidly, presumably into the bronchial blood flow (Yeates et al., 1973). (3) Beyond the terminal bronchioles is the region of gas exchange in the lungs. Aveolar clearance of insoluble particles may be due to penetration of the aveolar wall and transport via the lymphatic system, slow dissolution in physiologic fluids, or phagocytosis by lung aveolar macrophages and transport to the lymphatic circulation. Soluble particles are cleared much more rapidly from the aveolar region via the pulmonary blood flow; their half-lives are as short as minutes.

The extent to which soluble forms of the trichothecenes will produce toxic effects in the respiratory system cannot be deduced from available data. Nonetheless, many of the trichothecenes are sufficiently soluble to be cleared rapidly from the respiratory tract (Table 2-2) and transported into the general circulation where they add to the overall body burden of the toxin.

Because trichothecene toxins are persistent in the environment, contact with a dried residue may occur after an area has been sprayed and may result in toxic effects. If the residue material coats dust particles or can be aerosolized by mechanical action, both skin and inhalation exposure would result from contact with such a residue. Under most situations, resuspended soil particles are larger than the 3 to 4 μm maximum size required for significant deep lung deposition. Thus, respiratory tract exposure would involve toxin deposition in the upper respiratory and tracheobronchial region, followed by gastrointestinal tract exposure after clearance.

## Skin Exposures

Skin contact with either contaminated feed, extracts of fungal cultures, or purified trichothecenes results in cutaneous reactions consisting of severe local irritation, inflammation, desquamation, and necrosis (Busby and Wogan, 1979; Marasas et al., 1969; Pier, 1981; Sato and Ueno, 1977; Smalley and Strong, 1974; Ueno, 1970). These reactions have been produced by exposing several animal species to various trichothecenes. Typical are the minimum effective dose data reported by Ueno et al. (1970) for guinea pigs (0.2 μg/2 x 2-cm spot) and mice (1 μg/2 x 2-cm spot).

In addition to the local effects, the trichothecene toxins penetrate the skin and enter the systemic circulation. Extensive cutaneous exposure to T-2 toxin would presumably induce acute toxic reactions; however, this route of exposure has not been extensively

studied. There is also no information on trichothecene application to other than the intact skin, or on the application of trichothecene mixtures or mixtures of trichothecenes and compounds that enhance cutaneous penetration. Once cutaneous necrosis occurs, however, the kinetics of absorption through the exposed skin may be expected to change.

Massive cutaneous contact is difficult to prevent when the sources of exposure are sprays, coarse mists, and, to a lesser extent, fine mists that have been deliberately used to contaminate the environment. Given the stability of T-2 and similar toxins, residues from the intentional dispersal of these toxins may be expected to be present on plants and other surfaces as well as attached to dust particles and dissolved in the waxy coating of fruits, vegetables, and edible foliage.

Multiple routes. Most exposures to deliberately released trichothecenes will probably involve several routes. Although no multiple-route exposures have been studied, the data allow some extrapolation. For example, since $LD_{50}$s do not vary greatly between the oral and injection exposure routes and toxicokinetic data suggest that distribution within the body is rapid, a combined oral and cutaneous exposure in mice would probably have an $LD_{50}$ of 3 to 10 mg/kg bw. The oral dose component would be rapidly absorbed from the gastrointestinal tract, and the blood concentration from this source would be augmented by the toxin entering the boodstream after penetrating the skin. Toxic manifestations would be those associated with oral ingestion combined with the local inflammatory and necrotic effects of dermal exposure. The addition of inhalation exposure to the other two routes of exposure would increase both the extent and duration of gastrointestinal tract exposure because of the mucociliary clearance of the toxin from the upper airways, unless the toxin were soluble and rapidly cleared from these airways via the lymphatic and vascular circulation. In any case, the inhaled dose would add to the overall body exposure to the toxin. The material deposited by inhalation in the upper respiratory tract would probably result in necrosis of the mucosa of the nasal passages, larynx, and pharynx.

## Clinical Signs

Clinical signs of toxicity in animals given various trichothecenes vary somewhat with species, specific trichothecene used, and dose. In avian species given T-2 toxin or DAS, signs of toxicity have included feed refusal, weight loss or reduced weight gain, and reduced spontaneous activity (Hoerr *et al.*, 1981; Palyusik and Koplik-Kovaks, 1975; Richard *et al.*, 1978; Wyatt *et al.*, 1972, 1973). Other abnormalities described in chickens given T-2 toxin in doses up to 16 μg/g diet for 13 to 21 days included abnormal positioning of

wings, hysteroid seizures, and impaired righting reflexes (Wyatt et al., 1973). In chicks given either T-2 toxin or DAS in multiple oral doses up to 3.5 mg/kg bw, there was a delayed maturation of feathers. The barbs of the remiges were dishevelled and oriented to the rachis at acute angles (Hoerr et al., 1982c).

Emesis, posterior paresis, staggering gait, lethargy, and feed refusal were observed in swine given T-2 toxin (Weaver et al., 1978a) or DAS (Weaver et al., 1978b). Cutaneous necrosis was found on the legs and snouts of pigs that had been in contact with feed contaminated with T-2 toxin (Pier, 1981). Emesis has also been observed in dogs (Matsuoka et al., 1979) and in cats (Lutsky et al., 1978; Sato et al., 1975) given T-2 toxin. Additional signs of toxicity in the cats included anorexia, posterior paresis, lassitude, and weakness. Reduced weight gain was observed in rats given T-2 toxin (Marasas et al., 1969) and in mice given T-2 toxin or 4-acetylnivalenol (Hayes et al., 1980; Ueno et al., 1971b). These animals also experienced reduced feed consumption, reduced weight gain, lethargy, ruffled fur, diarrhea, and perioral dermatitis. Decreased activity, lethargy, and hypothermia occurred in mice given nivalenol (Saito et al., 1969). Calves given feed containing T-2 toxin or capsules containing the toxin became dehydrated, lost their appetites, developed necrotic lesions of the lips, had loose feces containing small amounts of blood, and had reduced rates of body weight gain (Pier, 1981; Pier et al., 1976).

## Mucous Membrane and Cutaneous Effects

T-2 toxin and other trichothecene mycotoxins alter various tissues as a result of their irritant and/or cytotoxic activities. The mucosa of the digestive system and the epidermis of the skin are susceptible to the irritant activity when either are topically contaminated.

Organs and tissues such as lymphoid and myeloid tissues, intestinal epithelium, and gonads, which have a component of rapidly dividing cells, are most susceptible to the effects of orally or parenterally administered trichothecenes.

Alterations observed at the necropsy of test animals given oral doses of T-2 toxin and other trichothecenes have been prominent in the mucosa of the digestive system. These changes have included raised yellow caseous plaques of the oral mucosa and tongue (i.e., necrotizing stomatitis and glossitis) in chickens (Chi and Mirocha, 1978; Chi et al., 1977b,c; Moran et al., 1982) and turkey poults (Richard et al., 1978). There have also been reports of mucosal ulcerations of chicken crops (Hoerr et al., 1982), white caseous plaques of turkey poult crops (Richard et al., 1978), and multiple, raised proliferative or ulcerated lesions of the tongue and buccal

mucosa of pigs given DAS (Weaver et al., 1977). Such oral lesions have been produced in chicks and hens by dietary T-2 toxin (Chi et al., 1977b,c; Hoerr et al., 1982a,b; Wyatt et al., 1972) and by DAS (Chi and Mirocha, 1978; Hoerr et al., 1982b).

Oral lesions also occurred in a high percentage of chicks fed T-2 toxin at 4 μg/g feed during a 3-week period. The lesions were circumscribed, proliferative yellow caseous plaques located at the margin of the beak and on the mucosa of the hard palate and tongue (Chi et al., 1977b,c). The lesions also occurred in some chicks fed T-2 toxin at 2 μg/g feed. Lesions have appeared as early as 7 days after feeding DAS or T-2 toxin at a concentration of 5 mg/kg bw (Hoerr et al., 1982c). The focal fibrinopurulent glossitis in turkey poults fed a diet containing T-2 toxin concentrations of 10 μg/g consisted of a crust composed of necrotic epithelium and inflammatory cells (Richard et al., 1978). Erosion and ulceration of the squamous epithelium occurred beneath the crust. The surviving epithelium and adjacent submucosa were markedly infiltrated by heterophils.

Mucosal ulceration was observed in the gizzards of chickens fed T-2 toxin at 4 μg/g (Chi et al., 1977c) and in White Leghorn hens fed T-2 toxin at 4 and 8 μg/g (Chi et al., 1977b). Hayes et al. (1980) observed hypertrophy and hyperkeratosis in the squamous epithelium of the esophageal portion of the stomach of mice fed T-2 toxin at 20 μg/g.

## Integument Effects

T-2 toxin and other trichothecenes produce cutaneous damage when applied topically in sufficiently high concentrations (Hayes and Schiefer, 1979; Marasas et al., 1969; Ueno et al., 1970). Observations of laboratory animals and humans indicated that skin contact with either contaminated feed or extracts of trichothecene toxins results in cutaneous reactions consisting of severe focal irritation, inflammation, and necrosis.

The alterations produced in the skin by the trichothecenes are semiquantitative within a range of toxin concentrations. A skin test has been proposed as a means of detecting the presence and estimating the potency of the skin-irritating toxins in contaminated feedstuffs (Chung et al., 1974; Hayes and Schiefer, 1979). There are, however, differences in the potency between individual trichothecenes in producing skin irritation. In one study, DAS was more irritating than 4-acetylinivalenol (fusarenon-X), which in turn was more irritating than nivalenol (Ueno et al., 1970).

There are also differences among animal species in their response to the cutaneous irritancy of the trichothecenes. For example, studies of the cutaneous responses of the rabbit, guinea pig, and

mouse to several trichothecens indicated that the guinea pig was the most sensitive and the mouse the least sensitive (Ueno et al., 1970). Chung et al. (1974) reported that the rabbit was more sensitive to trichothecenes than were weanling rats or young guinea pigs and that the rabbit skin test was reliable to at least 0.01 µg T-2 toxin per spot.

Several trichothecenes have been tested for their cutaneous irritation in several animal species. A few days after 1 µg of 4-acetylnivalenol was applied to the skin of the guinea pig, hyperemia and hemorrhages developed followed by crust formation (Ueno et al., 1971a,b). When applied to the dehaired skin of the back, DAS (0.2 µg) and 4-acetylnivalenol caused reddening of the test area within 12 hours after administration; doses of 10 or 100 µg of these toxins caused petechial hemorrhages and crust formation after a few days. Nivalenol was less irritating: a dose of 100 µg did not produce edema at the site of application (Ueno et al., 1970, 1973). However, severe cutaneous lesions were produced by the topical application of larger doses of nivalenol. These included atrophy of hair follicles, cellular infiltrates into the dermis, and necrosis of the epidermis (Saito et al., 1969). The minimum dose of solaniol for skin irritation in the rabbit was about 1.0 µg (Ishii et al., 1971). Both crotocin (Glaz et al., 1960) and trichothecin (Freeman, 1955) have produced cutaneous irritation in guinea pigs.

Cutaneous responses to T-2 toxin and DAS were studied in rats and rabbits (Hayes and Schiefer, 1979). Clinically, reactions to T-2 toxin applied topically (2 or 3 µl of an 80 µg/ml ethyl acetate solution) were visible by 12 hours after administration as flat hyperemic plaques, which increased in redness to a maximum at 48 hours and were covered by a moist exudate by 24 to 30 hours. The redness subsided after 48 hours and treatment sites were covered by a dry friable exudate. The application sites appeared as small, smooth, pink hairless spots by the 6th day after administration. Microscopically, vascular sequestration of neutrophils was evident 3 hours after dosing. Necrosis of dermal fibroblasts was detected between the 6th and 12th hours, and neutrophilic cell infiltration of the dermis was present by the 12th hour. Neutrophils had penetrated the epidermis 24 hours after dosing. Within the first 24 hours, epidermal changes included necrosis and spongiosis of basal and squamous cells, subepidermal edema, and coagulative necrosis with desquamation of the epidermis in the more severe reactions. Hyperplasia of the epidermis was evident after 24 hours; it was prominent at 48 hours and persisted over the 14-day observation period. Subepidermal fibroplasia appeared by day 6.

In dose-response studies, Hayes and Schiefer (1979) found that rabbits were more sensitive than rats to the skin irritancy of T-2 toxin and DAS, that there was marked variation in sensitivity among

individual rats, and that most rats responded to concentrations above 15 µg/ml. Reaction intensities were modified by the solvents used in these studies. Both reaction frequencies and intensities were similar for ethyl acetate and methanol solvents, but were much lower for corn oil and dimethylsulfoxide.

Lesions in feathers were observed in chickens 12 through 24 hours after they were given T-2 toxin by crop gavage (Hoerr et al., 1981). The changes consisted of necrosis of several layers of cells: the regenerative layer of cells at the base of the feathers, the basilar layer of the ramus and barb ridges, and the intermediate layer of the axial and barbula plates. Necrosis of the stratum germination cells at the neck of the feather follicle was observed in chickens given DAS.

## Systemic Effects

T-2 toxin and other trichothecenes have produced alterations in various organs and tissues. These systemic effects may be observed when the toxins are administered by several routes of exposure including oral (by feed, capsule, or intubation), intravenous, or intraperitoneal administration. As mentioned above, the tissues with the most severe alterations are those with a component of rapidly dividing cells. Thus, the gut, lymphoid (including immunologic) tissues, hematopoietic tissues, and the gonads are most affected when these toxins are given to various animal species. However, other tissues may be altered as well.

Hematopoietic Tissues. Trichothecenes produce alterations in hematopoietic tissues and hemograms in animals such as the mouse, rat, guinea pig, cat, and chicken. Among the trichothecenes that have been studied for these effects are T-2 toxin, DAS, nivalenol, 4-acetylnivalenol, and DON. Gross examination reveals that the bone marrow is pale, edematous, and may contain focal hemorrhages.

DeNicola et al. (1978) reported necrosis of the myeloid tissue of the bone marrow of guinea pigs given T-2 toxin by gavage at doses of 2.5 or 5.0 mg/kg bw. Necrosis of bone marrow cells was observed in mice given nivalenol intraperitoneally (Saito et al., 1969) and in rats and guinea pigs given 4-acetylnivalenol by the same route (Ueno et al., 1971b).

In mice fed a diet containing T-2 toxin at 20 µg/kg, the bone marrow became hypocellular during the first 3 weeks of feeding (Hayes et al., 1980); however, regeneration with development of a cellular marrow was evident by day 41. Developing erythrocytes had disappeared from the the splenic red pulp and bone marrow by day 14, but regeneration was observed in some mice by day 28.

In chickens given a single oral dose of T-2 toxin or DAS, necrosis of the erythroid and granulocytic regions of the bone marrow was observed at 6 hours and was most severe at 24 hours. Necrosis was accompanied by marked cellular depletion (Hoerr et al., 1981).

In guinea pigs, the subchronic administration of 0.5-0.75 mg/kg bw doses of T-2 toxin produced hematologic abnormalities (DeNicola et al., 1978). The number of erythrocytes was reduced, and erythrocytic morphology was altered. The effects included basophilic stippling, fragmentation, increased polychromasia and anisocytosis, and an increase in nucleated cells. Both total leukocytic and total lymphocytic cell counts were greatly decreased in the bone marrow, and the myeloid:erythroid ratio (M:E ratio) was markedly reduced in comparison to the controls.

Hematologic alterations were also observed in domestic cats given T-2 toxin. These included leukopenia, anemia with reduced packed cell volume (PCV) and hemoglobin values, thrombocytopenia, and morphologic alterations of neutrophils and erythrocytes (Lutsky et al., 1978).

Patterns of abnormal erythropoiesis were evident in anemic mice fed 20 µg/g doses of T-2 toxin (Hayes et al., 1980). Abnormalities in erythroid cells included cytoplasmic stippling in rubricytes and metarubricytes, nuclear fragmentation in metarubricytes, and an increased ratio of cytoplasm to nucleus in rubricytes.

T-2 toxin was reported by Doerr et al. (1976) to produce aberrations in the coagulation of blood from young broiler chickens. Both factors VII and X were reduced, the greatest reduction occurring in factor VII. T-2 toxin was fed to the animals in dietary concentrations of 1.0, 2.0, 4.0, 8.0, and 16 µg/g for 3 weeks in order to study coagulation of blood (Doerr et al., 1974). At 8 and 16 µg/g, there were significant increases in prothrombin times, but not in decalcification times in plasma.

## Lymphoid and Immunologic Tissues

Degenerative and necrotic alterations have been produced in the lymphoid tissues of several animal species by several trichothecene mycotoxins. The species affected include the mouse, rat, guinea pig, cat, chicken, turkey, pig, and cattle. The trichothecenes studied include T-2 toxin, DAS, nivalenol, and 4-acetylnivalenol. Gross examination revealed that lymhoid organs such as the thymus, spleen, and lymph nodes were decreased in size after exposure.

- Lymphoid Tissues. Necrosis of lymphoid cells was observed in the lymph nodes, Peyer's patches, and peribronchiolar and palpebral

lymphoid follicles in guinea pigs given by gavage 2.5 or 5.0 mg/kg bw doses of T-2 toxin (DeNicola et al., 1978). Cats given multiple oral doses of T-2 toxin developed leukopenia, enlarged hemorrhagic mesenteric lymph nodes (Lutsky et al., 1978), and necrosis of lymphoid cells in the spleen and lymph nodes (Sato et al., 1975).

In pigs given T-2 toxin intravenously in doses as high as 3.2 mg/kg bw, Weaver et al. (1978a) observed necrosis of lymphoid cells in the spleen, mesenteric lymph nodes, and Peyer's patches of the ileum and lymphoid nodules of the cecum. It was also found in the germinal centers of the spleen and mesenteric lymph nodes of pigs given intravenous DAS doses up to 5.0 mg/kg bw (Weaver et al., 1978b). Cortical atrophy of the thymus occurred in calves given T-2 toxin at a dose of 0.3 or 0.6 mg/kg bw (Osweiler et al., 1981).

In the chicken, some lymphoid tissue lesions appeared in the thymus, bursa of Fabricius, cecal tonsil, and spleen less than 1 hour after a single gavage dose of T-2 toxin (2.0-2.5 mg/kg bw) or DAS (2.7 mg/kg bw) (Hoerr et al., 1981). Necrosis and depletion of lymphocytes were observed during the first 24 hours; partial or complete restoration of normal histologic features occurred by the 72nd or 168th hour after dosing. T-2 toxin caused more severe lesions than did DAS. In the thymus, necrotic lymphocytes were first present at 6 hours. Initially, necrosis was more severe in the thymic medulla of T-2 toxin-treated chickens, but lymphoid depletion became severe in both the cortex and medulla. Necrosis occurred early in the bursa of Fabricius after 1 hour, involving both the cortex and medulla, and was followed by severe atrophy at 18 hours with a return to normal histologic features in most chicks by 168 hours. Lesions in the cecal tonsil and spleen were similar to those in the thymus and bursa; they consisted of lymphoid cell necrosis and depletion. Atrophy of the thymic cortex was observed in turkey poults given 10 μg/g oral doses of T-2 toxin (Richard et al., 1978).

Hayes et al. (1980) described depletion of lymphocytes in lymphoid tissues of mice fed a diet containing 20 μg/g T-2 toxin. They reported that lymphocytes had disappeared from the thymic cortex by the 7th day of feeding. The spleen and lymph nodes had little follicular activity. Thymic-dependent lymphoid populations of the periarteriolar sheaths in the spleen, the paracortical regions of lymph nodes, and intraepithelial lymphocytes of the small intestines were decreased. There was also a decrease in the B-cell-dependent lymphoid populations in the intestinal lamina propria, the medullary cords of lymph nodes, and in the splenic cords.

Mice given 8-hydroxydiacetoxyscirpenol (neosolaniol) intraperitoneally in doses of 11 mg/kg bw developed necrosis of lymphoid cells in the lymph nodes at 3 to 6 hours, in the follicles of the spleen at 6 to 12 hours, and in the thymic cortex at 6 to 24 hours

after dosing (Sato et al., 1978). In mice given nivalenol by oral, subcutaneous, or intraperitoneal routes, necrosis of lymphoid cells was observed in the lymph nodes, thymus, spleen, and lymph follicles in other tissues (Saito et al., 1969). Such lesions were also found in rats given 4-acetylnivalenol (Ueno et al., 1971b).

• Immunologic Tissues. T-2 toxin and other trichothecenes produce widespread degenerative and necrotic changes in the lymphoid cells of the spleen, thymus, lymph nodes, and bone marrow. Because of this damage, functional abnormalities of the immune system would be expected and, in fact, have been described.

The immunosuppressive effects of *Fusarium* extracts, T-2 toxin, and DAS have been investigated by *in vivo* and *in vitro* methods (LaFarge-Frayssinet et al., 1979). In these studies, mice were given *Fusarium* extracts by intraperitoneal injection of doses that were one-half the $LD_{50}$, followed in 24 hours by a dose that was one-quarter the $LD_{50}$; other mice received a 15-day treatment of one-twelfth the $LD_{50}$ daily. In the high dose mice, the spleen and thymus weights were decreased; the weight loss was greater for the thymus. The proliferative response of their splenic cells to phytohemagglutinin (PHA) was depressed as early as day 3 and reached its maximum on day 10, but the response had returned to normal by day 19 after dosing. The proliferative response of the splenic cells to lipopolysaccharides (LPS) was elevated on day 3 but was depressed on day 10 after dosing. Antibody response to sheep erythrocytes was lowered on days 3, 7, and 10. In mice given the 15-day treatment, antibody response to sheep erythrocytes was low, but the proliferative response of splenic cells to PHA and LPS were elevated. When *Fusarium* extracts and purified T-2 toxin or DAS were added to splenic cells *in vitro*, the proliferative responses to PHA and LPS were inhibited and the degree of inhibition was greater for T-2 toxin (LaFarge-Frayssinet et al., 1979). For thymic cells *in vitro*, inhibition of PHA response was produced by *Fusarium* extract at 2 to 10 ng/ml, by T-2 toxin at 2 to 10 ng/ml, and by DAS at 0.05 to 20 ng/ml.

The inhibitory effect of crude *Fusarium poae* extracts, T-2 toxin, and DAS on the synthesis of antibody to sheep erythrocytes and the effect of T-2 toxin on skin graft rejection were studied in mice by Rosenstein et al. (1979). Both the extracts and toxin were injected intraperitoneally. After the extract was administered daily for 7 days at one-fifth the $LD_{50}$, there was a decrease in thymus and spleen weights accompanied by a fall in antibody titer. Both T-2 toxin and DAS inhibited antibody formation against sheep erythrocytes at doses that did not significantly reduce the thymus weight. Administration of T-2 toxin significantly increased the period required for skin graft rejection.

The effects of T-2 toxin on the immune system were studied in male rhesus monkeys (Jagadeesan et al., 1982). The T-2 toxin was given orally in doses of 100 µg/kg bw daily for 4 to 5 weeks. At the end of the treatment, total leukocyte counts were reduced, but hemoglobin and PCV values and erythrocyte counts were not changed. There were also reductions in the bactericidal activity of neutrophils, in the number of T- and B-cells, in lymphocyte transformation by phytohemagglutinin, and in immunoglobin concentrations. All the affected values had returned to nearly normal 5 months after the toxin administration was discontinued.

Disturbances in bovine immune system response were produced by T-2 toxin given orally to calves at doses of 0.6 mg/kg bw daily for 43 days (Buening et al., 1982). A significant decrease in lymphocytic response of the T-2 toxin group to phytohemagglutinin was observed 1, 8, and 29 days after toxin administration. There were also significant decreases in the responsiveness of lymphocytes to concanavalin A and pokeweed mitogen on the 29th day after toxin administration. Neutrophil chemotaxis under agarose was significantly decreased by toxin administration, but no significant differences in neutrophil random migration under agarose, NBT reduction, or glucose uptake were observed.

Humoral components of the bovine immune system were altered by the oral administration of T-2 toxin at doses of 0.6 mg/kg bw daily for 43 days (Mann et al., 1982). A large, sharp decrease in total serum protein was recorded at the 7th day after toxin administration. Protein fractions, including gamma, alpha, $beta_1$, and $beta_2$, were significantly lower in the treated calves. The albumin/globulin ratio of the toxin-treated group was elevated throughout the period of treatment, but there were no significant changes in albumin concentrations in the serum. The serum concentrations of IgM and IgA were much lower in treated calves, but the serum concentrations of IgG were not changed. The quantities of complement C3 were reduced by toxin treatment.

The effects of T-2 toxin on the immune responses of growing swine have also been studied (Rafai and Tuboly, 1982). Cross-bred, 4-week-old pigs were fed T-2 toxin at dietary concentrations of 5 µg/g for 25 days, resulting in an average daily T-2 toxin intake of 1.25 mg. This treatment resulted in feed refusal (49% to 77%) and decreased weight gain. PVC values were not altered by the dietary T-2 toxin, but leukocyte counts were decreased. Adrenocortical activity was increased, as indicated by elevated plasma cortisol concentrations. Blast transformation was decreased, as measured by 3H-thymidine incorporation after an antigenic stimulus by Clostridium perfringens (u.c. antigen). IgG-positive cell counts were also depressed by toxin treatment as was immune-rosette formation. Levels of toxin-neutralizing antibodies to necrotic enteritis B vaccine were

ignificantly lower in the sera of treated pigs. These data indicate chat there were disturbances in the function of both T- and B-lymphocytes in T-2 toxin-treated swine.

• Digestive System. Trichothecene mycotoxins, including T-2 toxin, DAS, nivalenol, 4-acetylnivalenol, and DON, produce alterations in various segments of the digestive system of several animal species such as the rat, cat, mouse, guinea pig, chicken, turkey, trout, and pig. In studies of effects on the digestive system, the oral route of exposure is the route most frequently used. Oral doses of T-2 toxin and other trichothecenes are rapidly absorbed and produce lesions not only in the digestive system organs but in other tissues as well.

Clinically, damage to the gut is manifested by diarrhea and, sometimes, blood-tinged feces. Gross changes in the digestive system have included fluid gut contents, red or white hepatic foci, gastrointestinal tract hyperemia, and hyperemia of the gallbladder in chickens given T-2 toxin or DAS (Hoerr et al., 1981).

• Alimentary Canal. Gastrointestinal hyperemia and hemorrhages have been observed in cats given T-2 toxin (Lutsky et al., 1978), in calves given verrucarin A or roridin A (Mortimer et al., 1971), in pigs given DAS (Weaver et al., 1978b), in mice given 4-acetylnivalenol (Ueno et al., 1971b), and in guinea pigs given T-2 toxin (DeNicola et al., 1978). Denudation of rumenal papillae, erosion of the rumenal wall, and abomasal ulceration were observed in calves given T-2 toxin in contaminated feed or in capsules (Pier, 1981; Pier et al., 1976).

Single oral doses of T-2 toxin (2.0-2.5 mg/kg) and DAS (2.7 mg/kg) produced alterations in portions of the intestinal tract of chickens (Hoerr et al., 1981). The alterations included necrosis of the superficial mucosa of the proventriculus, the mucosal glands of the ventriculus (by DAS), the epithelium of the tips of the duodenal villi after 6 hours, and crypt epithelium in both the small and large intestine 12 hours after dosing. Minimal digestive tract lesions were observed in broiler chickens fed diets containing DON in concentrations up to 210 μg/g (Moran et al., 1982).

Sloughing of the intestinal mucosa was observed in rainbow trout fed diets containing T-2 toxin (Marasas et al., 1967). The loss of intestinal mucosa was great. In the fish given doses of 13.3 or 33.3 mg/kg bw, the shed mucosa literally covered the bottoms of the tanks.

Signs of enteritis (i.e., loose feces) were observed in 1-month-old Jersey calves given T-2 toxin daily in capsules in doses of 0.08, 0.16, 0.30, and 0.60 mg/kg bw. Bloody feces were present at the two higher doses (Pier et al., 1976). At necropsy, the investigators observed that the calves given the two higher doses had ulcers in the abomasum and rumen and abomasitis with edema.

Gastrointestinal lesions were observed in guinea pigs given T-2 toxin by gavage at doses of 2.5 or 5 mg/kg bw. Mucosal alterations were present in several segments, but were most severe in the cecum and stomach. In the stomach, there were hemorrhages of the fundic mucosa, necrosis, and multifocal ulcerations. Focal villi necrosis with pseudomembrane formation and casts within crypts were present in the small intestine. The cecal alterations were mucosal hemorrhages and necrosis (DeNicola et al., 1978).

In domestic cats given T-2 toxin orally, Lutsky et al. (1978) observed mucosal necrosis in the stomach and intestines and necrotic debris in the intestinal crypts. In another study of T-2 toxin in domestic cats, Sato et al. (1975) found extensive necrosis of the mucosa of the small and large intestine.

In a time course study of the changes produced in mice by 2.5 mg/kg bw doses of 4-acetylnivalenol administered intraperitoneally, Sato et al. (1978) found intestinal crypt cell necrosis by the third hour after dosing. The necrosis reached a maximum after the sixth hour. Crypt debris was cleared by 24 hours, and the villi were short and edematous.

Necrosis of intestinal mucosal crypts and villi, especially in the duodenum and jejunum, was observed in mice and rats given nivalenol orally (Saito et al., 1969). Necrosis of the small intestinal villi and crypt epithelia accompanied by mucosal erosion and ulceration was found in mice given 4-acetylnivalenol (Ueno et al., 1971b).

Weaver et al. (1978b) reported the production of gastrointestinal lesions in pigs given DAS by intravenous injection at doses ranging from 0.30 to 0.50 mg/kg bw. The lesions found in the small intestine, colon, and cecum were characterized by mucosal congestion and hemorrhage, edema of the submucosa, and necrosis of the villi and crypt epithelia. Hemorrhagic lesions were not produced in swine by intravenously administered T-2 toxin (Weaver et al., 1978a), but necrosis of villi and crypt epithelia of the small and large intestines was observed. Pier et al. (1976) did not find extensive hemorrhages in calves fed T-2 toxin nor did Patterson et al. (1979) find hemorrhagic syndrome in calves and pigs given T-2 toxin or cultures of *Fusarium tricinctum*.

• Liver. Hepatic lesions were produced in chickens given a single oral dose of T-2 toxin or DAS (Hoerr et al., 1981). Disseminated hemorrhagic foci of coagulative necrosis found 1 to 24 hours after dosing was accompanied by biliary duct hyperplasia, which was most prominent in the portal triads adjacent to the foci of necrosis. Necrosis with mucosal ulceration of the gallbladder at 24 hours was followed at 72 hours by cholecystitis with congestion, edema, and inflammatory cell infiltration. In later studies, necrosis of biliary

'uct epithelium, cholestasis, and cytoplasmic vacuolation of hepatocytes were observed in chickens given multiple doses of T-2 toxin or DAS (Hoerr et al., 1982b). Weaver et al. (1978b) found congestion and hemorrhages in the gallbladder of pigs given DAS by intravenous injection.

Other Organs and Tissues. Histopathologic alterations have been observed in other organs and tissues, but these findings have been uncommon and poorly documented, except for the alterations in the reproductive system. The studies are described below.

- Kidney. Mild necrotic lesions in the tubular epithelium of the kidney were observed in chickens given either single or multiple oral doses of T-2 toxin or DAS (Hoerr et al., 1981, 1982b).

- Cardiovascular System. Foci of hemorrhages were observed in the heart of a pig given an intravenous DAS dose of 0.43 mg/kg bw (Weaver et al., 1978b), and myocardial hemorrhages were noted in mice given lethal doses (subcutaneous $LD_{50}$, 4.6 and 4.2 mg/kg bw male and female mice) of 4-acetylnivalenol (Ueno et al., 1971b). No lesions were found in the hearts of chickens given oral doses of T-2 toxin (up to 3.0 mg/kg bw) or DAS (up to 3.5 mg/kg bw) (Hoerr et al., 1982b) or fed diets containing T-2 toxin provided as a corn culture of *Fusarium sporotrichioides* (Hoerr et al., 1982a).

Lesions were found in the heart and arteries of aged (12- to 27-month-old) Wister-Porton rats given three to eight oral doses of T-2 toxin (Schoental et al., 1979). Since these cardiovascular alterations have been found in several rat strains and have been associated with aging (Anver and Cohen, 1979), it is unlikely that the cardiovascular lesions in the treated rats were produced by the T-2 toxin.

- Central Nervous System. Few reports contain descriptions of morphologic alterations in the brain and spinal cord of animals given trichothecenes, although there have been some reports of CNS dysfunction (Wyatt et al., 1973). Meningeal hemorrhage was observed in the brain of domestic cats given T-2 toxin both orally and subcutaneously (Sato et al., 1975). Subarachnoidal hemorrhages were described in rabbits given 5 mg/kg bw doses of 4-acetylnivalenol twice weekly for 4 weeks (Ueno et al., 1969). Ueno et al. (1974) described petechial hemorrhages in the brain of a cat given corn contaminated with DON produced by *F. graminearum* (*Gibberella zeae*).

- Endocrine Organs. Alterations were found in the thyroid glands of chickens given multiple oral doses of T-2 toxin or DAS (Hoerr et al., 1982b). The follicles were small, contained pale-staining colloid, and had tall follicular epithelia.

• Reproductive Organs. Mice given nivalenol developed testicular lesions: the spermatogenic cells were reduced in number, some of the blastic cells were necrotic, and multinucleated spermatic giant cells were present in the seminiferous tubules (Saito et al., 1969). In guinea pigs given T-2 toxin by gavage at doses of 2.5 and 5 mg/kg bw, there was degeneration and necrosis of the spermatogenic cells of the seminiferous tubules of the testis. Only primitive spermatogenic and Sertoli cells remained in the seminiferous tubules, and many of these were necrotic as evidenced by nuclear pyknosis and karyorrhexis (DeNicola et al., 1978). Suppression of spermatogenesis was observed in ganders and male turkeys fed F. graminearum cultures containing trichothecene mycotoxins (Palyusik et al., 1971). Necrosis of cellular components of the ovaries was observed in rabbits given 5 mg/kg bw doses of 4-acetylnivalenol twice weekly for 4 weeks (Ueno et al., 1969).

In comparison to control hens, White Leghorn hens fed a diet containing 8 μg/g T-2 toxin consumed less feed and produced fewer eggs with thinner shells and lower hatchability (Chi et al., 1977b). In another study, 50-week-old White Leghorn hens were fed 0.5 μg/g DAS for 4 weeks (Allen et al., 1982). A gradual decrease in hatchability was observed, and most of the embryo mortality occurred during the first week of incubation. Hatchability rapidly returned to normal upon withdrawal of the DAS-contaminated feed.

• Respiratory System. The effects of trichothecenes on the respiratory system have not been defined for any route of toxin administration. As discussed in the beginning of this chapter, stachybotryotoxicosis in humans involves the upper respiratory tract; however, no inhalation toxicity data for trichothecenes have been reported. Nonetheless, there is good reason to believe that both local and systemic toxic effects will result from inhalation exposure. Since data from animal experiments indicate that the mycotoxins are rapidly absorbed and distributed after oral administration, rapid absorption from the lung could be anticipated.

Recent in vitro studies suggest that both DAS and T-2 toxin affect the function of pulmonary macrophages (Gerberick et al., in press a,b). The investigators found that alveolar macrophages obtained from rats by tracheal lavage were less viable, smaller, and less numerous than in untreated cultures. The observed macrophage cytotoxicity and reduced phagocytic activity indicate that inhalation of T-2 toxin and similar trichothecenes could result in increased secondary infections as well as suppression of pulmonary immune function.

• Eye. Ocular lesions were produced in rabbits by cultured filtrates of Myrothecium verrucaria containing roridin A and verrucarin A. The filtrates were instilled into the conjunctival sac (Mortimer et al., 1971). The investigators observed reddening and

'ema of the conjunctival membranes within 1 to 2 days after ..stillation. Later, the cornea became opaque and vascularized. In some eyes, the corneas developed scars that persisted (as did the opacity) for as long as 5 months (Mortimer et al., 1971). In another study, four drops of a 1% solution of trichothecin instilled into the conjunctival sac of a rabbit caused slight inflammation of the conjunctiva of the nictitating membrane and eyelids (Freeman, 1955).

Mutagenicity

Essentially all the trichothecenes evaluated in mutagenicity tests have been negative. For example, Ueno and Kubota (1976) found that T-2 toxin and 4-acetylnivalenol were negative in a bacterial system using a recombination-deficient mutant strain of *Bacillus subtilis*. When tested for mutagentic activity with *Salmonella typhimurium* TA98 and TA100, both mycotoxins were negative with and without preincubation with S9 microsomal fraction. They were also found to be inhibitory at concentrations of 100 to 1,000 µg/plate (Ueno et al., 1978). 4-Acetylnivalenol did not induce 8-azaguanine-resistant mutants in cultures of FM3A cells from the C3H mouse mammary carcinoma cell line (Umeda et al., 1977).

Wehner et al. (1978) reported the results of mutagenicity tests with *S. typhimurium* strains TA98, TA100, TA1535, and TA1537 for six ichothecenes: monoacetoxyscirpenol, DAS, triacetoxyscirpenol, T-2 toxin, DON, and 3-acetyldeoxynivalenol. All the trichothecenes were negative for mutagenicity both with and without metabolic activation.

Kuczuk et al. (1978) reported that T-2 toxin and DAS were negative for mutagenicity when tested with and without metabolic activation using *S. typhimurium* strains TA1535, TA1537, and TA1538 and *Saccharomyces cerevisiae* strain D3.

Carcinogenicity

Present evidence indicates that trichothecene toxins are not tumorigenic. However, few long-term feeding studies with these compounds have been completed. Schoental et al. (1979) reported the occurrence of neoplasms in Wistar-Porton rats given three to eight doses of T-2 toxin ranging from 0.2 to 0.4 mg/kg bw. Too few animals were used in this study to determine the tumorigenicity of T-2 toxin, since the observed tumors could well have been the "background" rate for the strain of rat used.

No tumorigenic activity was found when 4-acetylnivalenol was fed to male Donryu rats for 1 or 2 years at concentrations of 3.5 ppm (which equalled 50 µg/rat/day) or 7 ppm (which equalled 105 µg/rat/day) in

ground pelleted feed (Saito et al., 1980). At the end of the test, there were 35 rats in the 3.5 ppm, 2-year group, 19 rats in the 7 ppm, 1-year group, and 14 rats in the 7 ppm, 2-year group.

Teratogenicity

Trichothecenes studied for their effects on embryonic and fetal development in mice include T-2 toxin (Hood et al., 1978; Stanford et al., 1975), acetylnivalenol (Ito et al., 1980), and 4-deoxynivalenol (Khera et al., 1982).

T-2 toxin dissolved in propylene glycol was administered by intraperitoneal injection into mated, sexually mature female mice on one of days 7 through 11 of gestation at doses of 1.0 or 1.5 mg/kg bw. A number of deaths resulted among the treated females, primarily among those given 1.5 mg/kg, and there was reduced survival of the offspring of dams at both dose levels (Stanford et al., 1975). In this study, approximately 37% of the fetuses from females given 1.0 or 1.5 mg/kg T-2 toxin on day 10 were grossly malformed. The most frequent anomalies were bent, shortened, or missing tails and limb malformations, including oligodactyly and syndactyly. Exencephaly, open eye, and retarded jaws were also found.

Hood et al. (1978) administered T-2 toxin dissolved in propylene glycol to mated female CD-1 mice in intraperitoneal doses of 0.5 mg/kg bw on day 10 of gestation. The toxin produced grossly malformed fetuses, principally with tail and limb anomalies. A higher incidence of malformations was observed when T-2 toxin doses of 0.5 mg/kg were combined with ochratoxin A doses of 4 mg/kg.

Acetylnivalenol was found to be embryotoxic, but not teratogenic, in DDD-strain mice (Ito et al., 1980). The mycotoxin was dissolved in saline and given by subcutaneous injection at doses of 0.63 or 2.6 mg/kg bw or mixed in the diet at 5, 10, or 20 μg/g. Embryo lethality was 100% when the 20 μg/g diet was fed for 7 days during the middle period of pregnancy, and it was 40% in dams fed the 10 μg/g diet for the same period.

4-Deoxynivalenol was embryotoxic when dissolved in distilled water and given for four consecutive days (days 8 through 11 of pregnancy) by esophageal intubation to mated female Swiss-Webster mice (Khera et al., 1982). The incidence of resorptions was 100% at doses of 10 or 15 mg/kg bw, and 80% at 5 mg/kg bw. In the latter group, the number of live fetuses and average fetal weight were lower than those of the controls. Skeletal malformations were present in the fetuses of the 1.0, 2.5, and 5 mg/kg groups, and the incidence was related to dose. The skeletal anomalies included lumbar vertebrae with fused arches or

partly absent centra, absent or fused ribs, and missing, fused, or scrambled sternebrae.

## Subchronic and Chronic Effects

Lesions were found in the nonglandular portion of the stomach of DDD mice fed T-2 toxin at 10 or 15 μg/g for 12 months (Ohtsubo and Saito, 1977). The alterations included hyperplasia, hyperkeratosis, and acanthosis of the squamous epithelium. Such changes were found within 13 weeks after feeding was started. They were diffuse in mice fed the high dose and focal in those fed the low dose. The lesions were consistently observed during the 12-month feeding period, but most of them subsided 3 months after cessation of feeding. Mice fed 4-acetylnivalenol had mild lesions in the nonglandular stomach (Ohtsubo and Saito, 1977).

Wistar rats fed T-2 toxin at concentrations of 5, 10, or 15 μg/g for 4 weeks also had lesions in the nonglandular stomach, including hyperplasia, hyperkeratosis, and acanthosis of the squamous epithelium. The lesions were diffuse and severe in the rats fed 15 μg/g, focal but definite in those fed 10 μg/g, and minimal in rats fed 5 μg/g (Ohtsabo and Saito, 1977).

## BIOLOGICAL EFFECTS IN PLANTS, INSECTS, AND MICROORGANISMS

In the few studies conducted on various plants in tissue culture, most of the trichothecenes tested have been found to be cytotoxic. When added to agar cultures of tobacco callus, T-2 toxin produced a 50% growth inhibition at concentrations of 6 x $10^{-3}$ μM (Helgeson et al., 1973; Stahl et al., 1973). In the same test, the standard growth inhibitors actinomycin D or cycloheximides induced a 50% inhibition at approximately $10^{-1}$ μM. Helgeson et al. (1973) concluded that T-2 toxin was the most active agent yet tested for inhibition of cell growth in tissue cultures of tobacco callus.

There appears to be a good correlation between dermal toxicity, cytotoxicity, and phytotoxicity to higher plants among the various trichothecenes. In fact, the original purification of DAS was accomplished as a part of a phytotoxicity assay (Brian et al., 1961). Phytotoxicity has also been reported for T-2 toxin by Marasas et al. (1971), Burmeister and Hesseltine (1970), Burmeister et al. (1971), and others (Ueno et al., 1971b), who have suggested the use of these plant systems to detect low-order trichothecene contamination in feeds and foods. As might be expected from the cytotoxicity information, the germinating seeds of higher plants are also extremely sensitive to the action of trichothecenes (Burmeister and Hesseltine, 1970; Marasas, 1969; Marasas et al., 1971; Ueno et al., 1971b).

Trichothecin inhibited the development of lesions from tobacco necrosis virus on beans inoculated with doses ranging from 20 to 100 mg/liter, but the investigators suggested that the effects were exerted mainly on host plant susceptibility to the virus rather than directly on the viral particles (Bawden and Freeman, 1952).

Many Fusarium species that produce trichothecenes are known to be pathogenic in plants. In general, however, their pathogenic abilities have not been related directly to the production of phytotoxic trichothecenes (Smalley et al., 1970). Bilai (1970a,b) and Seemüller (1968) have discussed the phytopathological and taxonomic significance of the Fusaria in the section Sporotrichiella, which contains the major trichothecene-producing fungi. Bilai (1970b) observed that F. sporotrichioides is widely distributed throughout the world and that its varieties are found on a number of cultivated plants such as wheat, oats, forage grasses, sugar beets, stone fruits, citrus fruits, maize, soybean, peas, lupine, tomato, and carnation. The phytotoxic trichothecenes may play a role in the pathogenesis of various plant diseases but no definitive studies have been reported.

Plant pathogenicity by authentic strains of F. sporotrichioides has been not been observed in most studies; however, the parasitic capabilities of F. poae have been documented (Cullen, 1981; Fisher et al., 1983; Seemüller, 1968). A T-2 toxin-producing isolate of F. sporotrichioides (Andrews et al. 1981; Cullen, 1981) was observed to be pathogenic for the Eurasian water milfoil (Myriophyllum specatum). Myrothecium roridum produces toxic roridins and verrucarins and is parasitic on a variety of host plants. It infects gardenias (Fergus, 1957), tomatoes (Stevenson and McCollock, 1947), cotton (Cognee and Bird, 1964), pansies (Preston, 1943), gloxinias (Littrell, 1965), snapdragons (Preston, 1943), soybeans (Schiller et al., 1978), cantaloupes (McLean and Sleeth 1961), cocoa (Deighton, 1955), coffee (Nag Raj and George, 1958; Scheiber and Zentmyer, 1968), and red clover (Cunfer and Lukezic, 1970). In New Zealand, Myrothecium spp. is normally part of the mycoflora of pasture plant leaves (Mortimer et al., 1971). The parasitic activities of M. roridum on coffee berries are of interest as a possible means by which trichothecenes contaminate food intended for consumption by humans (Nag Raj and George, 1958; Scheiber and Zentmyer, 1968). The potential for the intoxication of animals by trichothecenes produced by Myrothecium spp. seems great because of the many host plants involved.

Several species of Acremonium are known to produce plant diseases, but many have not been tested for trichothecene production. For example, A. apii causes brown spot of celery (Smith and Ramsey, 1951); A. album, balsam fir canker (Hepting, 1971); A. diospyri, persimmon wilt (Smith and Ramsey, 1951); A. gregatum, brown stem rot of soybean (Dickson, 1956); A. sacchari, sugar cane wilt (Edgerton, 1959); and A. deformans, leaf wilt of barbasco plants (Crandall, 1950). A few

ecies are pathogenic to humans, e.g., Acremonium (=Cephalosporium) ..festans, A. kileense, A. modurae, A. recifei, and A. spinosum (American Type Culture Collection, 1982). Apparently, none of the parasitic Acremonium species have been examined for the production of trichothecenes.

Trichoderma viride and Trichothecium roseum have limited capabilities as plant pathogens. T. viride is the agent that causes rot in stored garlic and lemons, but apparently does not commonly infect other stored fruits and vegetables (U.S. Department of Agriculture, 1960). T. roseum is occasionally parasitic on apple fruits, and it also causes pink rot in stored celery (U.S. Department of Agriculture, 1960). Although this list of fungi that are both plant pathogens and producers of trichothecenes is impressive, the role of trichothecene production in true pathogenic processes is unclear.

T-2 toxin and DAS are inactive as contact insecticides against Drosophila (Cole and Rolinson, 1972; Smalley, unpublished data, 1973). However, Kishaba et al. (1962) found that culture filtrates of Myrothecium roridum inhibit the feeding and cause the death of Mexican bean beetles (Epilachna varivestis). Using this as a bioassay, investigators obtained the pure form of two compounds that were chemically identical with verrucarin A and roridin A (Bamburg and Strong, 1971; Cole and Rolinson, 1972). Cole and Rolinson (1972) scribed the larvicidal activities of DAS, purified from Fusarium lateritium, against 48-hour, first-instar larvae of the blowfly Lucilia sericata. They reported an $LC_{50}$ of 7.5 mg/ml. In work with culture filtrates, these investigators found larvicidal activities in culture extracts obtained from trichothecene-producing strains of M. verrucaria, M. roridum, A. crotocinigenum, and Trichothecium roseum. They attributed this observation to the larvicidal activity of the respective mycotoxins, i.e., verrucarins, roridins, crotocin, and trichothecin. In these studies, pure trichothecin and trichothecolone were found to have an $LC_{50}$ of approximately 100 mg/liter against L. sericata larvae.

A few trichothecenes have been studied for antibiotic or cytotoxic properties. None of them have been found to have appreciable antibacterial properties (Bamburg and Strong, 1971), but some of them have antifungal activity (Glaz et al., 1960). Burmeister and Hesseltine (1970) reported that T-2 toxin in a 50 μg/assay disc was not bacteriostatic to a number of bacterial species, but that it was slightly toxic to 6 of 11 fungi tested. Cytotoxic activity was greatest against yeasts, although Penicillium digitatum was also inhibited. Filter paper discs containing 4 μg or more of T-2 toxin had detectable fungistatic activity against Rhodotorula rubra, the most sensitive organism studied. The other trichothecenes with antifungal activity (verrucarin A and crotocin) also were active

against a number of fungi, especially yeasts (Glaz *et al.*, 1959; Härri *et al.*, 1962).

Trichothecin has been studied intensively in the Soviet Union and elsewhere for its practical usefulness in controlling plant diseases (Akhmedov, 1967; Askarova and Joffe, 1962; Babaeo, 1964; Kiryukhina, 1970; Kuz'mina, 1966; Kublanovskaya and Sukhacheva, 1961; Nechaeva, 1969; Sil'yanova, 1970). To a lesser extent, trichodermin has also been tested for activity against plant diseases (Tillaev, 1964). The fungicidal activity of trichothecin in plants is apparently systemic. Thus, it has been used experimentally to control fusarial and verticillium wilts of cotton (Babaeo, 1964; Kublanovskaya and Sukhacheva, 1961), fusarial wilt of pea and chick-pea (Kuz'mina, 1966), fusarial wilt of flax (Gurinovich and Kobyyrea, 1964), fusariosis of maize (Nechaeva, 1969), wilt smut of wheat (Sil'yanova, 1970), and downy mildew of tobacco (Kiryukhina, 1970). Data obtained from these studies suggest that the toxic trichothecenes prevent cell growth of the pathogen.

## TOXICOKINETICS

Of the few papers published on the toxicokinetics of the trichothecenes, most are concerned only with orally administered toxins. Nevertheless, a review of the current literature can provide a useful introduction to the toxicokinetics of the trichothecenes and indicate those areas in which additional studies may be required.

*Absorption*. In cell-free systems, the inhibition of *in vitro* protein synthesis by trichothecenes is very rapid. At high doses, the inhibition is generally complete within a few minutes after administration of the toxin (Cundliffe *et al.*, 1974; Wei *et al.*, 1974a). Inhibition of protein synthesis is also very rapid in single cells in culture, typically being completed within 10 to 15 minutes (Wei *et al.*, 1974a).

The cellular transport mechanism has not been studied in detail. Results from absorption studies in animals indicate, however, that the mechanism must be capable of quickly transporting quantities of trichothecenes through the cell membrane to the cytoplasmic and membrane-bound ribosomes of the cell. Such studies in animals have been conducted with three routes of exposure: dermal, injection, and ingestion. All of them have shown that the biological responses to the trichothecenes are rapid. Within a few minutes, a dermal response to high levels of a trichothecene can be observed, and in many animals, the ingestion of food containing trichothecenes results in severe emesis (Forsyth *et al.*, 1977).

Feeding studies with trichothecene concentrations too low to produce an emetic response have been conducted in several domestic animals to determine if a health hazard exists when trichothecenes are contaminants of feedstuffs. In one such study, 6-week-old chicks were given a single dose of 3H-labeled T-2 toxin (Chi et al., 1978b). These animals excreted 60% of the labeled compound within 24 hours and 81% after 48 hours. Concentrations of T-2 toxin or its metabolites reached a maximum in most tissues 4 hours after administration. However, maximum concentrations were not observed in the muscle, skin, and bile until 12 hours after dosing. At this time, 42% of the radioactivity had been excreted and 38% had been recovered in the gastrointestinal tract and feces. In another study, maximum concentrations were reached in the plasma of a lactating cow within 8 hours and in milk within 16 hours after dosing (Yoshizawa et al., 1981). Seventy-two hours after administration, almost all the radioactivity had been eliminated in the urine and feces in a ratio of 3:7. Only 0.2% of the dose was recovered from the milk. The kinetics of absorption appear to be similar in swine (Robison et al., 1979a,b).

In mice, the absorption of a single oral dose of 3H-labeled T-2 toxin was rapid (Matsumoto et al., 1978). After the concentration in the blood peaked within 1 hour, there was a slower phase in which the trichothecenes and their metabolites were distributed via the blood to different tissues.

## Metabolism

Our knowledge of the metabolism of administered trichothecenes in mammals is largely restricted to T-2 toxin and its metabolites. The first step in the metabolic inactivation of the trichothecenes is deacetylation. Studies have shown that the C-4 acetyl residue of T-2 toxin is removed by a nonspecific carboxyesterase localized in the microsomal fraction (Ellison and Kotsonis, 1974; Ohta and Ueno, 1976; Ohta et al., 1977). The same enzyme or others in the same fraction can also remove C-3 acetyl groups. Considerable variations among organs and test animals have been observed in the activities of these microsomal enzymes (Ohta and Ueno, 1976; Ohta et al., 1977, 1978).

Several metabolic degradation products have been identified in the feces and urine of mammals treated with various trichothecenes. 4-Acetylnivalenol is partially converted to nivalenol by the removal of the acetyl group from the C-4 position. HT-2 toxin results when the acetyl group on the number 4 carbon of T-2 toxin is removed. T-2 tetraol is produced by the hydrolysis of all the ester groups present in T-2 toxin (Matsumoto et al., 1978; Ueno et al., 1971b).

In chicks, T-2 toxin was converted to HT-2 toxin, T-2 tetraol, and neosolaniol. The neosolaniol was produced when the isovaleric acid

residue was removed from the ester group at the C-8 position of the T-2 toxin (Chi et al., 1978a). A number of other metabolic intermediates were detected in these studies but were not identified.

Similar metabolic transformations involving deacetylations have been observed in fungi. For example, Penicillium chrysogenum can enzymatically hydrolyze the isocrotonic esters at the C-4 position of crotocin and trichothecin (Horvath and Varga, 1961). In addition, Yoshizawa and Marooka (1975a,b) have demonstrated that the mycelia of Fusarium spp. converted 3-acetyldeoxynivalenol to DON. F. solani and F. nivale converted 4-acetylnivalenol to nivalenol and tetracetylnivalenol to 4,7,15-triacetylnivalenol. Acetyl T-2 toxin is converted to T-2 toxin and then to HT-2 toxin by the same fungi.

The metabolic fate of 3-H labeled T-2 toxin was examined in a lactating cow (Yoshizawa et al., 1981). The major metabolites of this trichothecene were unidentified compounds designated TC-1, TC-3, and TC-6. Unmetabolized T-2 toxin represented less than 20% of the total radioactivity 4 hours after administration of the toxin. This indicated that the metabolism of the toxin proceeds relatively rapidly. TC-1 and TC-3 were also found in the urine and feces. These investigators found the same metabolites in chickens given T-2 toxin (Yoshizawa et al., 1981). They reported that the unknown metabolites were not HT-2 toxin or T-2 tetraol, which were detected along with neosolaniol at much lower concentrations (Yoshizawa et al., 1981). Subsequently, Yoshizawa et al. (1982) identified TC-1 as the 3'-hydroxy derivative of T-2 toxin and TC-3 as the 3'-hydroxy derivative of HT-2 toxin. Thus, an important step in the metabolism of T-2 toxin was the introduction of the 3'-hydroxy group into the isovaleric acid residue that forms the ester at the C-8 position in T-2 toxin (Yoshizawa et al., 1982). In vitro, the major pathway to T-2 tetraol formation was the conversion of HT-2 toxin and 4-deacetylneosolaniol (Yoshizawa et al., 1980). The position of these new intermediates in the degradation pathway and their relative toxicities are unknown.

The metabolism of T-2 toxin was followed in rats and mice given a single oral dose. T-2 toxin, HT-2 toxin, and two unidentified compounds were isolated from rat feces. HT-2 toxin, neosolaniol, and three unidentified compounds were the major metabolites found in the urine. In both rats and mice, the unidentified metabolites represented the bulk of the administered T-2 toxin (Matsumoto et al., 1978). Those metabolites were probably the same as the 3'-hydroxy derivatives of T-2 toxin and HT-2 toxin identified by Yoshizawa et al. (1982). They have also been produced by F. heterosporium as natural products (Cole et al., 1981).

Generally, there is a gradual reduction in toxicity as a result of the deacetylations of T-2 toxin to HT-2 toxin and to the ultimate

deacetylated product, T-2 tetraol. T-2 toxin is 1.5 times as toxic as HT-2 toxin. HT-2 toxin is 3.4 times as toxic as neosolaniol, which in turn is 1.4 times as toxic as T-2 tetraol (Chi et al., 1978a). Because many of the metabolic derivatives have been found in feces and urine, these metabolic transformations may be important components of the elimination process, which apparently is the most important detoxification mechanism.

In enterohepatic circulation, material circulates between the liver and the intestines in a loop from the bile to the intestines into the blood, and then to the liver, where it is redistributed to the bile. Since high concentrations of T-2 toxin have been found in the bile, it is likely that blocking the enterohepatic circulation should result in a more rapid elimination of the toxin through the feces. If elimination is the main mechanism of metabolic detoxification, steps can be taken to enhance this process.

## Distribution

There have been a few studies to determine the distribution of trichothecenes in different tissues over time. Ueno et al. (1971b) reported that 4-acetylnivalenol was distributed throughout the bodies of mice within 30 minutes after subcutaneous administration. The liver contained the largest amount of the trichothecene, and the kidneys contained the second largest amount. Matsumoto et al. (1978) studied the tissue distribution of a single oral dose of radio-labeled T-2 toxin in mice. In these laboratory animals, the peak concentration of the radioactivity in blood occurred 1 hour after administration of the toxin. Three and one-half hours after administration, most of the toxin and metabolites were found in the liver, kidney, and stomach. In the bile, there was a high specific activity of the toxin and its metabolites.

The tissue distribution of orally administered T-2 toxin has been examined in chicks (Chi et al., 1978b). The organs and the tissues, excluding the gastrointestinal tract, rapidly acquired T-2 toxin or its metabolites. In most tissues, the maximum concentrations were reached after 4 hours. In the muscle, skin, and bile, however, maximum concentrations were found 12 hours after dosing. Of all the tissues sampled, the highest specific activity was observed in the bile.

The distribution of tritium-labeled T-2 toxin was followed in swine for 18 hours after administration of a single oral dose (Robison et al., 1979a). The largest amounts of the toxin or its metabolites were found in the muscles and the liver, and the bile had the highest specific activity. The kidney also contained relatively high concentrations, as indicated by the radioactivity.

In a study by Yoshizawa et al. (1981), a lactating cow was given a single oral dose of T-2 toxin. In the plasma, the peak concentration was reached within 10 hours after dosing; in the milk, it occurred within 16 hours. At 72 hours, the liver contained twice the concentration of the other tissues, excluding the gastrointestinal tract.

These results indicate that the toxin is distributed throughout the body within 12 hours. The high concentrations found in the bile, gallbladder, liver, kidneys, and intestines probably reflect the role of these tissues in excretion of the toxin.

## Retention

Animal experiments designed to determine tissue retention of the trichothecenes have not been conducted. Typically, experiments have been terminated after 24 to 72 hours when significant amounts of radioactivity from the toxin or its metabolites remained in the animals. The chemical structure of these retained metabolites has not been determined. Thus, there are no data on the possible retention of these toxins in various organs and tissues.

## Excretion

The excretion of trichothecenes has been examined in several species of animals. Studies on the elimination of 4-acetylnivalenol in mice have provided data suggesting that the kidney is the main route of elimination for subcutaneous doses, since most of the administered dose was eliminated in the urine within 12 hours (Ueno et al., 1971b). When chicks were given a single oral dose of T-2 toxin, 50% of the toxin was eliminated within 12 hours (Chi et al., 1978b). Most of the trichothecene was eliminated through the gastrointestinal tract, possibly without equilibrating with the rest of the organs and tissues. Nevertheless, the presence of more than one-half the maximum radioactivity in these organs 48 hours after administration indicates a slow release of absorbed T-2 toxin and metabolites (Chi et al., 1978b). The highest specific activities were reached in the bile. The data suggest that T-2 toxin was excreted into the intestine via the bile and that the liver was a major organ for excretion (Chi et al., 1978b).

Robison et al. (1979a) have studied the excretion of T-2 toxin in swine during the 18 hours following administration of a single oral dose. At a dose of 0.1 mg/kg bw, 22% of the compound was excreted in the urine and 25% in the feces. At a dose of 0.4 mg/kg, which

approaches the emetic dose, 17% was excreted in the urine but only .8% in the feces. These data suggest that the higher dose may have interfered with elimination via the gastrointestinal tract.

The rate of elimination of a single oral 0.4 mg/kg bw dose of T-2 toxin in a lactating cow was followed for 72 hours after dosing (Yoshizawa et al., 1981). Thirty percent of the dose was eliminated within the first 24 hours, mostly through the kidneys. After 24 hours, the feces were the principal route of elimination, and by 72 hours almost all the toxin or its metabolites were eliminated. In a study of mice by Matsumoto (1978), 57% of a single oral dose of T-2 toxin was eliminated in the feces and 12% in the urine. Observations of these animals for 96 hours after dosing indicated that most of the dose was eliminated during the first 24 hours. These data indicate that most of the toxin administered in doses substantially less than the $LD_{50}$ is eliminated relatively quickly through the feces and urine. Most of the eliminated toxin is metabolically modified, but the importance of this modification in the excretion process is not known.

## MECHANISMS OF ACTION

The trichothecenes are not only the most potent small molecule inhibitors of protein synthesis in eucaryotic cells but they also have unusually broad spectrum of inhibition, being effective inhibitors of protein synthesis in fungi, plants, and animals. It is likely that the toxic effects observed in whole animals, including necrosis of rapidly dividing cells, are directly related to their role as inhibitors of protein synthesis on 80S eucaryotic ribosomes. This inhibitory characteristic explains most, if not all, of the observed cellular metabolic effects of these toxins.

Ueno et al. (1968) first demonstrated that two of the trichothecenes, nivalenol and 4-acetylnivalenol, inhibited protein synthesis in rabbit reticulocytes and ascites cells. Ohtsubo et al. (1972) reported that 4-acetylnivalenol inhibited protein synthesis. McLaughlin and colleagues found that trichodermin inhibited protein synthesis by interfering with the activity of peptidyl transferase, which is required for elongation and termination (Hansen and Vaughan, 1973; Stafford, 1972; Stafford and McLaughlin, 1973; Wei and McLaughlin, 1974; Wei et al., 1974b). They reported that trichodermin preferentially inhibited the termination step of protein synthesis. The discovery of trichodermin's unique site of action served as a stimulus for the examination of a number of other trichothecenes in several laboratories primarily concerned with the mechanism of protein synthesis (Barbacid and Vazquez, 1974; Carrasco et al., 1973; Carter et al., 1976; Cundliffe et al., 1974; Mizuno, 1975; Schindler, 1974; Tate and Caskey, 1973; Wei and McLaughlin, 1974; Wei et al., 1974a).

Although a number of interesting questions remain to be answered, the mechanism by which protein synthesis is inhibited by trichothecenes is well understood.

## Cytotoxicity

The inhibition of protein synthesis by trichothecenes occurs in a variety of eucaryotic cells (Barbacid and Vazquez, 1974; Carter et al., 1976; Inderlied et al., 1980; Notario et al., 1982; Ohtsubo et al., 1972; Smith and David, 1981; Stafford and McLaughlin, 1973; Ueno et al., 1968; Wei et al., 1974a). In yeast and mammalian cells, it has been proven to be the primary mechanism of toxicity (McLaughlin et al., 1977; Stafford and McLaughlin, 1973; Wei et al., 1974b).

Human (HeLa) cells in tissue culture were highly sensitive to trichothecenes; growth was inhibited at trichodermin concentrations of less than 1 μg/ml (McLaughlin et al., 1977; Wei et al., 1974a). In yeast, trichodermin at 34 μM (40 μg/ml) inhibited protein synthesis by 97%, polysaccharide synthesis by 60%, and RNA synthesis by 86% (McLaughlin et al., 1977). This pattern of macromolecular synthesis is typical of inhibitors that act on protein synthesis.

The substantial inhibition of RNA synthesis is a secondary effect of the inhibition of protein synthesis, and it may be important in the cumulative toxicity. The systems that control the rate of stable RNA synthesis in eucaryotic cells respond to the lack of protein synthesis by inhibiting the synthesis of rRNA. Since rRNA accounts for 80% of the total cellular RNA, all inhibitions of protein synthesis in eucaryotic cells act strongly to inhibit RNA synthesis through the control mechanisms that balance and regulate macromolecular metabolism (McLaughlin et al., 1977).

The generation time for the yeast strain used in the above experiment is 180 minutes (i.e., it takes each yeast cell approximately 180 minutes to pass through the eucaryotic cell cycle, which consists of the following four phases: $G_1$, S, $G_2$, M). Cells require newly synthesized protein to exit the $G_1$ phase and enter the S phase (Mitchison, 1971), during which DNA is synthesized. Inhibitors of protein synthesis prevent cells from entering the S phase, thereby blocking most DNA synthesis (Mitchison, 1971). A small amount of DNA synthesis continues to occur, however, because some cells in the S phase when the inhibitor is added finish their DNA synthesis. Also, unscheduled or repair-related DNA synthesis is not strongly blocked by inhibitors of protein synthesis (Mitchison, 1971). The pattern with which DNA synthesis is inhibited by trichothecenes is consistent with a primary effect on protein synthesis.

The effect of different concentrations of trichodermin and verrucarin A on protein synthesis in yeast is shown in Figure 6-1. No biphasic inhibition curve has been observed with any of the trichothecenes in either yeast or mammalian cells (McLaughlin et al., 1977). This suggests that there is only one site of action for the trichothecenes. The trichothecene-resistant mutants that have been isolated in Saccharomyces cerevisiae, Schizosaccharomyces pombe, and mammalian cells support this point of view (Berry et al., 1978; Carter et al., 1980; Gupta and Siminovitch, 1978; Rivera et al., 1980; Schindler et al., 1974; Wei, 1974a). In each case, resistance to the trichothecenes was associated with a genetic alteration of ribosome structures that made the ribosomes resistant to the mechanism of action of the trichothecenes. Thus, evidence from cytotoxicity studies and genetic studies indicates that the primary toxic effect of the trichothecenes is caused by their properties as potent inhibitors of protein synthesis.




Figure 6-1: Inhibition of protein synthesis with increasing concentrations of (a) trichodermin or (b) verrucarin A in an S62 x S185 diploid strain of Saccharomyces cerevisiae. The rate of protein synthesis was determined over 1 hour. From McLaughlin et al., 1977, with permission.

## Inhibition of Protein Synthesis

In eucaryotic cells, protein synthesis takes place on polysomes. The ribosomes of these polysomes translate an mRNA molecule that codes for one polypeptide chain. The general pattern of eucaryotic protein synthesis and the role of polysomes in the ribosome cycle is presented schematically in Figure 6-2. During initiation (I), ribosomal subunits from the ribosomal subunit pool join the mRNA at the initiation region (region 1). Initiation is a complex process involving several initiation factors and peptidyl transferase, which is an integral part of the 60S ribosomal subunit, to form the first peptide bond. After initiation, the ribosomes then undergo approximately 100 to 200 elongation (E) events as the amino acids are added one at a time to the growing polypeptide chain to complete the protein (region 2). Each elongation event requires elongation factors I and II peptidyl transferase. Finally, in response to a termination (T) codon on the mRNA, the complete polypeptide chain is released from the ribosome, which is then released from the mRNA (region 3). This termination event requires a release factor and peptidyl transferase. When protein synthesis is blocked by an initiation inhibitor (region 1), the entry of new ribosomal subunits in polysomes is prevented and the ribosomes on polysomes complete their elongation and termination events and enter the subunit pool. Thus, initiation inhibitors rapidly convert polysomes into monosomes and ribosomal subunits. Inhibitors of either elongation or termination prevent protein synthesis without causing the conversion of polysomes to monosomes.




Figure 6-2: Model of protein synthesis and the ribosome cycle in eucaryotic cells. I = inhibition, E = elongation, and T = termination. Numbers 1, 2, and 3 indicate the regions of action. From McLaughlin et al., 1977, with permission.

Most inhibitors of protein synthesis act on one specific part of the process. For example, cycloheximide and anisomycin, and their families of derivatives, inhibit the elongation process. The trichothecenes are atypical in that they may be divided into two broad functional groups, depending on whether or not they affect initiation or elongation-termination (Table 6-5) (Cundliffe et al., 1974; McLaughlin et al., 1977; Ueno et al., 1968).

Table 6-5. Inhibition of Protein Synthesis by Trichothecenes

| Trichothecenes Affecting Initiation | Trichothecenes Affecting Elongation or Termination |
|---|---|
| Scirpentriol | Trichodermin |
| 15-Acetoxyscirpendiol | Trichodermol |
| Diacetoxyscirpenol | Crotocol |
| Verrucarin A | Trichothecolone |
| T-2 toxin | Crotocin |
| Nivalenol | Trichothecin |
| 4-Acetylnivalenol | Verrucarol |

The group of trichothecenes that inhibit elongation-termination can be further divided into those that primarily affect elongation and those that primarily affect termination. This division can be based on an in vivo test determining whether polysomes reform on preexisting mRNA after an initiation inhibitor is removed. Under these conditions, an elongation inhibitor will block polysome reformation because it acts immediately after the completion of the initiation process, whereas a termination inhibitor will allow rapid polysome reformation. Results obtained with this test indicate that trichodermin acts as a termination inhibitor both in yeast and in mammalian cells. In yeast, it inhibited termination 5 to 10 times as effectively as it inhibited elongation, despite the fact that on the average more than 100 elongation events occur for every termination event in protein synthesis (Stafford and McLaughlin, 1973; Wei and McLaughlin, 1974; Wei et al., 1974b).

One component that all three processes have in common is peptidyl transferase, which is an integral part of the large ribosomal subunit, and all the toxic trichothecenes are potent inhibitors of its activity (Barbacid and Vazquez, 1974; Carrasco et al., 1973; Carter et al., 1976; Cundliffe et al., 1974; Mizuno, 1975; Schindler, 1974; Tate and Caskey, 1973; Wei and McLaughlin, 1974; Wei et al., 1974a,b). This suggests that the site of action of the trichothecenes is the peptidyl

transferase itself or a nearby region of the ribosome. The data indicate that inhibitors of protein synthesis are also inhibitors of peptidyl transferase (McLaughlin et al., 1977). Some trichothecenes and their inhibitory effects on both protein synthesis and peptidyl transferase are shown in Table 6-6.

The effects of peptidyl transferase activity on initiation deserve comment. Experimental data have established that the ribosomes inhibited during initiation actually formed several peptide bonds. Both peptidyl transferase and ribosome movement were blocked before the ribosome moved beyond the initiation site on the mRNA (Mizuno, 1975; Smith et al., 1975). Thus, some of the trichothecenes inhibit initiation by a special type of steric process because of the sheer bulk of the ribosome.

All the trichothecenes appear to produce toxicity through a basic mechanism involving the inhibition of peptidyl transferase as the key step. However, the diverse effects of the different trichothecenes either on initiation or on elongation-termination require additional consideration. Two models have the potential for explaining the effects of trichothecenes on protein synthesis (McLaughlin et al., 1977). In both of them the trichothecenes inhibit peptidyl transferase, but only under certain conditions that normally exclude a first effect on elongation. In one model, the trichothecene would only bind to the ribosome at certain stages in the ribosome cycle. For example, an initiation inhibitor would bind to the ribosomes only in the first stage of the cycle. Once bound, it would be effective in inhibiting peptidyl transferase and blocking initiation. The different conformations of the ribosome during the cycle would alter the ribosomal binding constants of the individual trichothecenes.

In the other model, the toxin would bind to the ribosome with equal affinity through the ribosome cycle, but it would only interfere with peptidyl transferase when the ribosome assumes certain unique configurations during the cycle. All the trichothecenes inhibit peptidyl transferase in the in vitro assay. In vivo, however, they would be much more inhibitory against peptidyl transferase activity in certain ribosomal configurations (Wei and McLaughlin, 1974).

Data are not yet sufficient to indicate which of the two proposed models is preferable. In principle, studies with radioactive toxin should enable one to distinguish between the two models, but the results to date have not been conclusive (Cannon et al., 1976; Wei et al., 1974a).

Data obtained in studies using radio-labeled trichodermin indicate that each ribosome has only one binding site for trichodermin. The binding site is located on the 60S ribosome, consistent with the action of peptidyl transferase (Barbacid and Vazquez, 1974; Wei et

TABLE 6-6 Comparative in Vitro and In Vivo Protein Synthesis of the Trichothecenes[a]

| | Synthetic Activity Remaining for Different Tricothecene Concentrations (%) | | | | |
|---|---|---|---|---|---|
| | In Vitro Peptidyl Transferase Assay | | In Vivo Protein Synthesis Assay | | In Vivo Site of Action |
| | 5 μg/ml | 20 μg/ml | 1 μg/ml | 10 μg/ml | |
| Control | 100 | 100 | 100 | 100 | – |
| Trichodermol ($R_1$ = H, $R_2$ = OH, $R_3$ = H) | 73 | 40 | 40 | 13 | E[b] |
| Verrucarol ($R_1$ = H, $R_2$ = OH, $R_3$ = OH) | 91 | 67 | 68 | 63 | E |
| Scirpentriol ($R_1$ = OH, $R_2$ = OH, $R_3$ = OH) | 9 | 5 | 11 | 2 | I[c] |
| 15-Acetoxyscirpendiol ($R_1$ = OH, $R_2$ = OH, $R_3$ = OAc) | 19 | 11 | 9 | 1 | I |
| Diacetoxyscirpenol ($R_1$ = OH, $R_2$ = OAc, $R_3$ = OAc) | 26 | 15 | 4 | 0 | I |
| Verrucarin A ($R_1$ = H, $R_2$, $R_3$ = Dicarboxylic acid ester: $-\overset{O}{\overset{\Vert}{C}}CHOHCHCH_3CH_2CH_2-O\overset{O}{\overset{\Vert}{C}}CH=CHCH=CH\overset{O}{\overset{\Vert}{C}}-$) | 42 | 30 | 23 | 0 | I |
| Crotocol (C-7, C-8 = β-epoxy) | 98 | 94 | 79 | 49 | E |
| Trichothecolone (C-8 = O, C-7 = H) | 88 | 68 | 74 | 23 | E |
| Crotocin ($R_2$ = OOCCH = $CHCH_3$) | 34 | 22 | 11 | 2 | E |
| Trichothecin (C-8 = O, $R_2$ = OOCCH = $CHCH_3$) | 8 | 3 | 6 | 2 | E |

[a]From McLaughlin et al., 1977, with permission.
[b]E = point of elongation.
[c]I = point of initiation.

al., 1974a). Wei et al. (1974a) reported that the binding constant for ribosomes from rabbit reticulocytes was 9.2 x $10^5$. A report by Barbacid and Vasquez (1974) indicated that yeast ribosomes have a binding constant of 5.5 x $10^{-5}$ and human ribosomes, a binding constant of 1.5 x $10^{-6}$.

Several studies have provided data suggesting that all the trichothecenes that are effective inhibitors of protein synthesis compete for the same binding site on the ribosome. Table 6-7 demonstrates a general correlation between the ability of a compound to compete for the trichodermin binding site and its effectiveness as an inhibitor of peptidyl transferase activity (McLaughlin et al., 1977). Also, anisomycin and narciclasine, two structurally unrelated antibiotics that inhibit peptidyl transferase activity, compete for the same binding site as trichodermin and probably occupy binding sites that overlap those that bind trichodermin (Jimenez et al., 1975a,b; Schindler et al., 1974).

Table 6-7. Effectiveness of Competition for the Trichodermin Binding Site[a]

| Compounds Tested | $[^3H]$-Trichodermin Binding (%) | Peptidyl Transferase Inhibition (%) |
|---|---|---|
| Trichodermin | 100 | 93 |
| Trichothecin | 100 | 97 |
| Scirpentriol | 104 | 95 |
| 15-Acetoxyscirpendiol | 97 | 89 |
| Crotocin | 79 | 78 |
| Diacetoxyscirpendiol | 78 | 85 |
| Verrucarin A | 66 | 70 |
| Trichodermol | 49 | 60 |
| Trichothecolone | 28 | 32 |
| 9,10-Dihydrotrichodermin | 14 | 10 |
| Verrucarol | 11 | 33 |
| 9,10-Dihydrotrichodermol | 6 | 13 |
| 4-Epitrichodermol | 3 | 7 |
| Trichodermone | 2 | 1 |
| Crotocol | 7 | 6 |

[a]From McLaughlin et al., 1977, with permission.

Natural Mechanisms of Resistance to Trichothecenes

It has been possible to isolate yeast and mammalian cell mutants that are resistant to the toxic effects of the trichothecenes. One group of resistant mutants possesses altered 60S ribosomal subunits, which have a lowered affinity for the trichothecenes (Berry et al., 1978; Carter et al., 1980; Gupta and Siminovitch, 1978; Rivera et al., 1980; Schindler et al., 1974; Wei, 1974a).

Although the mutants were identified as being resistant to trichodermin, they were found to be resistant to all the trichothecenes and to the structurally unrelated compounds anisomycin and narciclasine. This pattern of cross resistance is consistent with the data indicating that there is one overlapping binding site for all these compounds.

Resistance is due to a single recessive gene in yeast and mammalian cells. In Saccharomyces cerevisiae, the mutation has been mapped to a locus on chromosome XV (Schindler et al., 1974). It has been possible to isolate the gene for resistance using recombinant DNA technology and to establish that it encodes for protein L-3, the largest protein of the 60S ribosomal subunit (Fried and Warner, 1981). Protein L-3 is presumed to be the major structural component of peptidyl transferase. The mutation conferring resistance renders the mutants 20 to 100 times less sensitive to the toxic effect of the trichothecenes (McLaughlin et al., 1977), indicating that the trichothecenes exert their toxic effect by inhibition of protein synthesis. This primary effect must be at least 20 to 100 times more important for toxicity than any secondary effect. Myrothecium verrucaria produces trichothecenes and possesses a natural resistance to their toxic effects. The 60S ribosomal subunits from this organism have a very low affinity for T-2 toxin and are resistant to its toxic effects (Hobden and Cundliffe, 1980).

In addition to resistant mutants with altered ribosomes, it has been possible in S. cerevisiae and S. pombe to isolate mutants defective in other genes with resistance to the toxic effects of trichothecenes. In S. cerevisiae, Stafford and McLaughlin (1973) have shown that this second type of resistant mutant does not alter the ribosomes and involves an altered cellular permeability or affinity for the toxin. This mutation also confers substantial resistance.

Structure-Function-Toxicity Relationships Among the Trichothecenes

Because all active trichothecenes bind to the same ribosomal binding site but produce widely different effects on protein synthesis, their structure-function relationships require close scrutiny. Ueno (1977) has observed that the epoxide function is

essential for toxic action. (See Figure 2-1 and Table 2-1.) Wei and McLaughlin (1974) have reported that reduction of the 9,10 double bond leads to a reduction of this action.

The following structural correlations can be made from the information contained in Tables 6-5 and 6-6. Substitution at the $R_2$ position (Figure 2-1) enhances the ability of the compound to act as an inhibitor of peptidyl transferase. All the compounds that have substitutions only at $R_2$ (with H at $R_1$ and $R_3$) are inhibitors of elongation or termination. Although verrucarol (with H at $R_1$ and OH at $R_2$) is an inhibitor of elongation, all of its esterified derivatives are inhibitors of initiation. Scirpentriol (with OH at $R_1$, $R_2$, and $R_3$) and its derivatives are inhibitors of initiation. Substitution at $R_1$ and $R_3$, which are located on the same side of the molecule, produces an inhibitor of initiation. Substitution at $R_2$, which projects away from the other side of the molecule, produces an inhibitor of elongation or termination. These structure-function relationships may be of considerable value to toxicologists since most of the very toxic compounds are inhibitors of initiation.

## Synergistic Effects

The possibility of synergistic relationships among the various trichothecene toxins has not been investigated. It is perhaps more likely that such relationships might exist between trichothecene toxins and other mycotoxins with different mechanisms of action. In acute toxicity trials conducted by Lindenfelser et al. (1974), combinations of aflatoxin $B_1$ and T-2 toxin appeared to produce a synergistic lethal response in mice. In view of the small number of animals involved in that study, however, their findings must be regarded as tentative. Nonetheless, their results suggest that trichothecenes might form synergistic lethal combinations with other chemical toxins that cause general cellular damage. This possibility deserves exploration.

## CONCLUSIONS AND RECOMMENDATIONS

Exposure of various test animals to sufficiently large doses of T-2 toxin, DAS, and other trichothecene mycotoxins can result in an immediate systemic illness with the development of lesions in various organs and tissues. Secondary or long-term effects of such exposure-related toxicoses resulting in incapacitating diseases and death are equally important; however, the effects produced by chronic exposure to these toxins have not been adequately studied.

The systemic effects reviewed above were produced by doses of toxin administered orally and parenterally. There are no data on systemic effects produced by topical or respiratory tract exposures.

The effects described below have been observed in nearly all animal models given effective doses of toxic trichothecenes and can be ascribed to the irritant and cytotoxic effects on rapidly dividing cells.

- Epithelionecrosis involving cutaneous surfaces, mucocutaneous junctions, and the mucosa of the upper alimentary canal results from direct contact between the trichothecene toxins (e.g., T-2 and DAS) and the epithelial surface. It is not found following parenteral or oral administration, except at points of direct contact with contaminated feedstuffs (e.g., lips, tongue, esophagus, and stomach). The irritant action results in immediate discomfort, changes in ability to mediate physiologic homeostasis through cutaneous heat loss or conservation, and disruption of an effective defensive barrier to secondary infection by opportunistic microbial pathogens. Cutaneous necrosis is observed within 24 hours after application of minimal quantities of T-2 toxin.

- Gastroenteritis with epithelial cell (crypt) necrosis follows both oral and parenteral administration of T-2 toxin, DAS, or other trichothecenes. Such lesions result when the toxin is brought to the intestinal tissues via the bloodstream and causes localized irritation of the intestinal mucosa. The immediate reactions include diarrhea and, in certain monogastric mammals such as the pig and cat, vomiting. Mucosal necrosis with disruption of the gut epithelium by erosions and ulcerations produces foci at which opportunistic microbial pathogens can invade the intestine and enter the bloodstream.

- Necrosis of hematopoietic tissues and hematologic changes are produced by T-2 toxin, DAS, and other trichothecenes affecting both the formed elements and humoral portions of the blood. Coagulopathy involving multiple factors (e.g., factors VII and X) has been observed as have changes in differential serum protein contents, including lowered levels of gamma, alpha, $beta_1$, and $beta_2$ protein fractions. Evidence of depressed hematopoiesis includes lowered PCV levels, leukopenia, hypoactive marrow, and thrombocytopenia in some animal species, but not in all. The development of a hemorrhagic disease syndrome is an uncommon manifestation of toxicosis resulting from T-2 toxin.

- Necrosis of lymphoid tissues (i.e., spleen, thymus, and lymph nodes) and suppression of immunologic mechanisms have been observed in several test animals. The effects include evidence of both quantitative and qualitative suppression of the cell-mediated immune

system and reduced concentrations of some immunoglobulins, including $I_gA$ and $I_gM$, and some components of complement C3. These reactions, coupled with depressed phagocytic function of both macrophages and neutrophils and the disruption of natural barriers to microbial invasion because of epithelial necrosis, are extremely important secondary effects of trichothecene toxicosis.

- CNS effects are uncommonly observed in experimental studies in animals, but have been found in chickens given T-2 toxin and in human patients given DAS. Morphologic changes to account for the clinical observation of CNS dysfunction have not been described.

- Skin penetration is a very likely route of exposure to trichothecenes deliberately released in the air. Toxin penetrating intact or broken skin will contribute to the systemic concentrations of toxin resulting from uptake from other exposure routes.

- Inhalation appears to be an important route of exposure that has not been investigated. This route is unique in that the effective dose delivered into the body and the distribution of this dose are a function of the toxin's physical state and physicochemical form at the time of the exposure. The toxin's solubility in biological fluids is especially important in determining the degree to which inhaled toxin represents a local dose to the respiratory system or provides an additional contribution to the overall body concentrations of the toxin.

- There have been no direct inhalation toxicity studies to elucidate the toxicology of inhaled T-2 toxin.

- Current biological data have been derived from oral administration and parenteral injection to the virtual exclusion of all other routes of exposure. Thus, there is a need to study both local and systemic effects resulting from topical and inhalation exposure. Topical exposure studies should include effects of environmental temperature and relative humidity. Whole animal studies, including extensive clinicopathological and pathological examinations, are needed to investigate effects from these routes of exposure.

- There are no definitive data relating to long-term effects of trichothecene-induced toxicosis. Some studies have demonstrated that persons recovering from ATA have experienced reduced resistance to secondary infections. Part of this reduced resistance has been attributed to hematopoietic suppression, leukopenia, and disruption of epithelial barriers. Recent experiments in animals imply that immunosuppressive activity follows sublethal exposure to T-2 toxin. Thus, effects on the immune response appear to be important sequelae that need additional emphasis in future research.

- Interaction of trichothecene toxins with other substances, particularly other mycotoxins such as aflatoxin, may well promote augmented responses to the point of synergism because of their different mechanisms for inhibiting protein synthesis. This is an important area for which there are virtually no experimental data.

- Cardiovascular lesions have been observed following experimental dosing of rats with T-2 toxin. These results are problematic because of the natural occurrence of similar lesions in the strain of rats studied. This response, if verified, may be relatable to the myocardial lesions observed in persons reportedly exposed to yellow rain. Long-term toxicity studies are recommended to resolve this issue.

- Studies in which clinical signs of CNS disturbances have resulted indicate that trichothecenes cross the blood-brain barrier. Therefore, morphological, histochemical, and biochemical studies should be undertaken to determine the effects of trichothecenes on the CNS.

- Data indicate that T-2 toxin is metabolized relatively rapidly and that this process results in the formation of toxic metabolites. It is important to examine this degradative pathway for several toxins in several species exposed by topical, oral, and inhalation routes of exposure. It may be possible to enhance the degradative metabolism by inducing the enzymes involved or by administering degradative enzymes that may be developed through genetic engineering.

- Excretion appears to be a very important component of the natural process by which subjects recover from toxicosis. The role of toxin metabolism in that process needs to be defined. Since toxins are excreted largely through the urine and feces, it may be possible to enhance the process through simple means. Data also indicate that the trichothecenes or their metabolites are reabsorbed from the intestinal tract. It may be possible to identify a compound that, when administered orally, will inhibit this process and break the enterohepatic circulation loop. If metabolism is important to the excretion process, then enhancing metabolism may enhance excretion.

- It is important to determine the mechanism by which the toxin is transported into the cell. There are no data on this subject. It may be possible to design inhibitors of cellular transport that will serve as antidotes against the toxin.

- Because all the trichothecenes bind to the same site on the ribosome, it may be possible to prepare an effective antidote by developing chemicals that will bind to this site with a high affinity without seriously inhibiting protein synthesis. It is likely that

direct information on the mechanism of binding would also be produced from this effort.

- Studies should be undertaken to define the effect that trichothecene inhibition of protein synthesis exerts on macromolecular metabolism. At the cellular level, investigations should be conducted to determine if part of the observed toxicity is due to unbalanced macromolecular synthesis and growth and if in vitro studies can be devised to further understanding of the stages of recovery from trichothecene toxicosis. The biochemical elements of recovery need to be carefully defined. These studies should focus on several types of trichothecenes since their metabolism may well be different.

- The mechanism of genetic resistance to the trichothecene toxins should be studied in several organisms to determine the range of natural resistance mechanisms. It is possible that several of these mechanisms can be adopted for treatment of exposed victims. For example, a common mechanism of antibiotic resistance is the production of enzymes that inactivate the antibiotic. If such enzymes exist for the trichothecenes, they can be produced in large quantities by recombinant DNA or conventional technology and used to treat exposed persons.

## REFERENCES


Akhmedov, D. S. 1967. Antibiotics in the control of powdery mildew of vine. Zashch. Rast. (Moscow) 12:29. (English abstract in Rev. Appl. Mycol. 47:116, 1968)

Albert, R. E., M. Lippmann, and W. Briscoe. 1969. The characteristics of bronchial clearance in humans and the effect of cigarette smoking. Arch. Environ. Health 18:738-755.

Allen, N. K., R. L. Jevne, C. J. Mirocha, and Y. W. Lee. 1982. The effect of a *Fusarium roseum* culture and diacetoxyscirpenol on reproduction of White Leghorn females. Poult. Sci. 61:2172-2175.

American Type Culture Collection. 1982. Catalogue of Strains, I., 15th ed. American Type Culture Collection, Rockville, Md. 755 pp.

Andrews, J. H., D. Cullen, and E. Hecht. 1981. Evidence for the pathogenicity of *F. sporotrichioides* Sherb. to Eurasian water milfoil, *Myriophyllum specatum*. Can. J. Bot. 59:1069-1077.

Anver, M. R., and B. J. Cohen. 1979. Lesions associated with aging. Chapter 14, pp. 377-399 in H. J. Baker, J. R. Lindsey, and S. H. Weisbroth, eds. The Laboratory Rat. Vol. I. Academic Press, New York.

Askarova, S., and R. Y. Joffe. 1962. Trichothecin in the control of cotton wilt. Khlopkovodstvo 12(6):59-61. (English abstract in Rev. Appl. Mycol. 41:713, 1962)

,abaeo, F. A. 1964. Study of trichothecin in control of cotton wilt. Pp. 165-167 in Transactions of the All-Union Symposium on Cotton Wilt Control, Tashkent Iydet, Uzbekistan, 1964. (English abstract in Rev. Appl. Mycol. 47:807W, 1966)

Bamburg, J. R. 1969. Pp. 137-138 in Mycotoxins of the Trichothecane Family Produced by Cereal Molds. Ph.D. Thesis. University of Wisconsin, Madison, Wis.

Bamburg, J. R., and F. M. Strong. 1971. 12,13-Epoxytrichothecenes. Pp. 207-292 in S. Kadis, A. Ciegler, and S. J. Ajl, eds. Microbial Toxins. Vol. VII. Algal and Fungal Toxins. Academic Press, New York.

Barbacid, M., and D. Vazquez. 1974. Binding of [acetyl-$^{14}$C]-trichodermin to the peptidyl transferase centre of eukaryotic ribosomes. Eur. J. Biochem. 44:437-444.

Bawden, F. C., and G. G. Freeman. 1952. The nature and behaviour of inhibitors of plant viruses produced by Trichothecium roseum Link. J. Gen. Microbiol. 7:154-168.

Beaudet, A., and C. Caskey. 1971. Mammalian peptidyl chain termination. II. Codon specificity and GTPase activity of release factor. Proc. Nat. Acad. Sci. USA 68:619-624.

Berry, C. H., M. A., Ibrahim, and A. Coddington. 1978. Characterization of ribosomes from drug resistant strains of Schizosaccharomyces pombe in a poly U directed cell free protein synthesizing system. Mol. Gen. Genet. 167:217-225.

Bilai, V. I., ed. 1960. Mycotoxicoses of Man and Agricultural Animals. Office of Technical Services, U.S. Department of Commerce, Washington, D.C. (English translation)

Bilai, V. I. 1970a. Experimental morphogenesis in the fungi of the genus Fusarium and their taxonomy. Ann. Acad. Sci. Fenn. A, IV Biologica 168:7-18.

Bilai, V. I. 1970b. Phytopathological and hygienic significance of representatives of the section Sporotrichiella in the genus Fusarium Lk. Ann. Acad. Sci. Fenn. A., IV Biologica 168:19-24.

Brian, P. W., A. W. Dawkins, J. F. Grove, H. G. Hemming, D. Lowe, and G. L. F. Norris. 1961. Phytotoxic compounds produced by Fusarium equiseti. J. Exp. Bot. 12:1-12.

Buening, G. M., D. D. Mann, B. Hook, and G. D. Osweiler. 1982. The effect of T-2 toxin on the bovine immune system: Cellular factors. Vet. Immunol. Immunopathol. 3:411-417.

Bukowski, R., C. Vaughn, R. Bottomley, and T. Chen. 1982. Phase II study of anguidine in gastrointestinal malignancies: A Southwest Oncology Group study. Cancer Treat. Rep. 66:381-383.

Burmeister, H. R., and C. W. Hesseltine. 1970. Biological assays for two mycotoxins produced by Fusarium tricinctum. Appl. Microbiol. 20:437-440.

Burmeister, H. R., J. J. Ellis, and S. G. Yates. 1971. Correlation of biological to chromatographic data for two mycotoxins elaborated by Fusarium. Appl. Microbiol. 21:673-675.

Busby, W. F., Jr., and G. N. Wogan. 1979. Food-borne mycotoxins and alimentary mycotoxicoses. Pp. 519-610 in H. Riemann and F. L. Bryan, eds. Food-borne Infections and Intoxications, 2nd ed. Academic Press, New York.

Cannon, M., A. Jimenez, and D. Vazquez. 1976. Competition between trichodermin and several other sesquiterpene antibiotics for binding to their receptor site(s) on eukaryotic ribosomes. Biochem. J. 160:137-145.

Carrasco, L., M. Barbacid, and D. Vazquez. 1973. The trichodermin group of antibiotics, inhibitors of peptide bond formation by eukaryotic ribosomes. Biochim. Biophys. Acta 312:368-376.

Carter, C.J., M. Cannon, and K. E. Smith. 1976. Inhibition of protein synthesis in reticulocyte lysates by trichodermin. Biochem. J. 154:171-178.

Carter, C. J., M. Cannon, and A. Jimenez. 1980. A trichodermin resistant mutant of Saccharomyces cerevisiae with an abnormal distribution of native ribosomal subunit. Eur. J. Biochem. 107: 173-183.

Caskey, C. T., A. L. Beaudet, E. M. Scolnick, and M. Rosman. 1971. Hydrolysis of fMet-tRNA by peptidyl transferase. Proc. Nat. Acad. Sci. USA 68:3163-3167.

Chi, M. S., and C. J. Mirocha. 1978. Necrotic oral lesions in chickens fed diacetoxyscirpenol, T-2 toxin and crotocin. Poult. Sci. 57:807-808.

Chi, M. S., C. J. Mirocha, H. J. Kurtz, G. Weaver, F. Bates, W. Shimoda, and H. R. Burmeister. 1977a. Acute toxicity of T-2 toxin in broiler chicks and laying hens. Poult. Sci. 56:103-116.

Chi, M. S., C. J. Mirocha, H. J. Kurtz, G. Weaver, F. Bates, and W. Shimoda. 1977b. Effects of T-2 toxin on reproductive performance and health of laying hens. Poult. Sci. 56:628-637.

Chi, M. S., C. J. Mirocha, H. J. Kurtz, G. Weaver, F. Bates, and W. Shimoda. 1977c. Subacute toxicity of T-2 toxin in broiler chicks. Poult. Sci. 56:306-313.

Chi, M. S., T. S. Robison, C. J. Mirocha, and K. R Reddy. 1978a. Acute toxicity of 12,13-epoxytrichothecenes in one-day-old broiler chicks. Appl. Environ. Microbiol. 35:636-640.

Chi, M. S., T. S. Robison, C. J. Mirocha, S. P. Swanson, and W. Shimoda. 1978b. Excretion and tissue distribution of radioactivity from tritium-labeled T-2 toxin in chicks. Toxicol. Appl. Pharmacol. 45:391-402.

Chung, C. W., M. W. Trucksess, A. L. Giles, Jr., and L. Friedman. 1974. Rabbit skin test for estimation of T-2 toxin and other skin-irritating toxins in contaminated corn. J. Assoc. Off. Anal. Chem. 57:1121-1127.

Cognee, M., and L. S. Bird. 1964. Myrothecium roridum Tode as a cotton pathogen. Rev. Appl. Mycol. 43:613-614. (abstract)

Cole, M., and G. N. Rolinson. 1972. Microbial metabolites with insecticidal properties. Appl. Microbiol. 24:660-662.

Crandall, B. S. 1950. Leaf diseases of Peruvian barbasco, Lonchocarpus utilis. Phytopathology 40:34-43.

Cullen, D. 1981. Mycotoxic Fusaria: Toxigenicity, Cultural Characteristics, Taxonomy, and Genetics. Ph.D. thesis. University of Wisconsin, Madison, Wis. 114 pp.

Cundliffe, E., M. Cannon, and J. Davies. 1974. Mechanism of inhibition of eukaryotic protein synthesis by trichothecene fungal toxins. Proc. Nat. Acad. Sci. USA 71:30-34.

Cunfer, B. M., and F. L. Lukezic. 1970. A toxin from Myrothecium roridum and its possible role in Myrothecium leaf spot of red clover. Phytopathology 60:341-344.

Davies, C. N., J. Heyder, and M. C. Subba Ramu. 1972. Breathing of half-micron aerosols. I. Experimental. J. Appl. Physiol. 32:591-600.

Deighton, F. C. 1955. Plant pathology. P. 33 in Report of the Department of Agriculture, 1955. Department of Agriculture, Sierra Leone.

DeNicola, D. B., A. H. Rebar, and W. W. Carlton. 1978. T-2 toxin mycotoxicosis in the guinea pig. Food Cosmet. Toxicol. 16:601-609.

Department of External Affairs. 1982. Report on Possible Use of Chemical Warfare Agents in Southeast Asia. Refugee Interviews at Ban Vinai, 5 May 1982. Department of External Affairs, Ottawa, Canada. 14 pp.

Dickson, J. G. 1956. Diseases of Field Crops. McGraw-Hill, New York. 392 pp.

Diggs, C. H., M. J. Scoltock, and P. H. Wiernik. 1978. Phase II evaluation of anguidine (NSC-1141537) for adenocarcinoma of the colon or rectum. Cancer Clin. Trials 1:297-299.

Doerr, J. A., W. E. Huff, H. T. Tung, R. D. Wyatt, and P. B. Hamilton. 1974. A survey of T-2 toxin, ochratoxin and aflatoxin for their effects on the coagulation of blood in young broiler chickens. Poult. Sci. 53:1728-1734.

Doerr, J. A., W. E. Huff, and P. B. Hamilton. 1976. Comparison of coagulopathies caused by aflatoxin, ochratoxin and T-2 toxin. Poult. Sci. 55:2029. (abstract)

Drobotko, V. G. 1945. Stachybotryotoxicosis. A new disease of horses and humans. Am. Rev. Sov. Med. 2:238-242.

Edgerton, C. W. 1959. Sugar Cane and Its Diseases. Louisiana State University Press, Baton Rouge, La. 113 pp.

Ellison, R. A., and F. N. Kotsonis. 1974. In vitro metabolism of T-2 toxin. Appl. Microbiol. 27:423-424.

Eppley, R. M. 1977. Chemistry of stachybotryotoxicosis. Pp. 285-293 in J. V. Rodricks, C. M. Hesseltine, and M. A. Mehlman, eds. Mycotoxins in Human and Animal Health. Proceedings of a Conference on Mycotoxins in Human and Animal Health, University of Maryland, College Park, Md., October 4-8, 1976. Pathotox Publishers, Park Forest South, Ill.

Fergus, C. L. 1957. Myrothecium roridum on gardenia. Mycologia 49:124-127.

Fisher, N. L., L. V. Gregory, and J. E. Ayers. 1983. Ear rot of sweet corn caused by Fusarium species. Phytopathology 73:366. (abstract)

Freeman, G. G. 1955. Further biological properties of trichothecin, an antifungal substance from Trichothecium roseum Link, and its derivatives. J. Gen. Microbiol. 12:213-221.

Fried, H. M., and J. R. Warner. 1981. Cloning of yeast gene for trichodermin resistance and ribosomal protein L3. Proc. Nat. Acad. Sci. USA 78:238-242.

Gajdusek, D. C. 1953. Stachybotryotoxicosis. Pp. 107-111 in Acute Infectious Hemorrhagic Fevers and Mycotoxicoses in the Union of Soviet Socialist Republics. Medical Science Publication No. 2. Army Medical Service Graduate School and Walter Reed Medical Center, Washington, D.C.

Gerberick, G. F., D. M. Lewis, and W. G. Sorenson. In press a. Toxicity of T-2 toxin, a Fusarium mycotoxin, to alveolar macrophages in vitro. Environ. Res.

Gerberick, G. F., W. G. Sorenson, and D. M. Lewis. In press b. The effects of T-2 toxin on alveolar macrophage function in vitro. Environ. Res.

Glaz, E. T., E. Scheiber, J. Gyimesi, I. Horvath, K. Steczek, A. Szentirmai, and G. Bohus. 1959. A new trichothecin-like antifungal antibiotic. Nature 184:908.

Glaz, E. T., E. Scheiber, and K. Jarfas. 1960. Studies on a new, antifungal antibiotic. Acta Physiol. Hung. 18:225-232.

Goodwin, W., C. D. Haas, C. Fabian, I. Heller-Bettinger, and B. Hoopstraten. 1978. Phase I evaluation of anguidine (diacetoxyscirpenol, NSC-141537). Cancer 42:23-26.

Gupta, R. S., and L. Siminovitch. 1978. Genetic and biochemical characterization of mutants of CHO cells resistant to the protein synthesis inhibitor trichodermin. Somatic Cell Genet. 4:355-374.

Gurinovich, E. S., and M. E. Kobyyrea. 1964. Action of various antibiotics on F. lini. Pp. 124-131 in Fiziol. Asoben. Kultini Rast., Minsk, USSR.

Haig, A. M., Jr. 1982. Chemical Warfare in Southeast Asia and Afghanistan. Special Report No. 98. U.S. Department of State, Washington, D.C. 32 pp.

Hansen, B. S., and M. H. Vaughan. 1973. Mechanism of action of trichodermin. Fed. Proc. 32:494.

Härri, E., W. Loeffler, H. P. Sigg, H. Stähelin, Ch. Stoll, Ch. Tamm, and D. Weisinger. 1962. Über die Verrucarine und Roridine, eine Gruppe von cytostatisch hochwirksamen Antibiotica aus Myrothecium-Arten. Helv. Chim. Acta 48:839-853. (in German; English summary)

Hatch, T. F., and P. Gross. 1964. Pulmonary Deposition and Retention of Inhaled Aerosols. Academic Press, New York.

...yes, M. A., and H. B. Schiefer. 1979. Quantitative and morphological aspects of cutaneous irritation by trichothecene mycotoxins. Food Cosmet. Toxicol. 17:611-621.

Hayes, M. A., J. E. C. Bellamy, and H. B. Schiefer. 1980. Subacute toxicity of dietary T-2 toxin in mice: Morphological and hematological effects. Can. J. Comp. Med. 44:203-218.

Helgeson, J. P., G. T. Haberlach, and L. N. Vanderhoef. 1973. T-2 toxin decreases logarithmic growth rates of tobacco callus tissues. Plant Physiol. 52:660-662.

Helman, L., J. Henney, and M. Slavik. 1976. Pp. 1,14, 36 in Anguidine--Clinical Brochure. Investigational Drug Branch, Division of Cancer Treatment, National Cancer Institute, Bethesda, Md.

Hepting, G. H. 1971. Diseases of forest and shade trees of the United States. Pp. 8, 156 in Forest Service Agricultural Handbook No. 386. U.S. Department of Agriculture, Washington, D.C.

Heyder, J., J. Gebhart, G. Heigwer, C. Roth, and W. Stahlhofen. 1973. Experimental studies of the total deposition of aerosol particles in the human respiratory tract. Aerosol Sci. 4:191-208.

Hintikka, E.-L. 1977. Stachybotryotoxicosis as a veterinary problem. Pp. 277-284 in J. V. Rodricks, C. M. Hesseltine, and M. A. Mehlman, eds. Mycotoxins in Human and Animal Health. Proceedings of a Conference on Mycotoxins in Human and Animal Health, University of Maryland, College Park, Md., October 4-8, 1976. Pathotox Publishers, Park Forest South, Ill.

...rayama, S., and M. Yamamoto. 1950. Biological studies on poisonous wheat flour. II. Eisei Shikenjo Hokoku 67:117-121, 288. (in Japanese; English summary)

Hobden, A. N., and E. Cundliffe. 1980. Ribosomal resistance to the 12,13-epoxytrichothecene antibiotics in the producing organism Myrothecium verrucaria. Biochem. J. 190:765-770.

Hoerr, F. J., W. W. Carlton, and B. Yagen. 1981. Mycotoxicosis caused by a single dose of T-2 toxin or diacetoxyscirpenol in broiler chickens. Vet. Pathol. 18:652-664.

Hoerr, F. J., W. W. Carlton, J. Tuit, R. F. Vesonder, W. K. Rohwedder, and G. Szigeti. 1982a. Experimental trichothecene mycotoxicosis produced in broiler chickens by Fusarium sporotrichella var. sporotrichioides. Avian Pathol. 11:385-405.

Hoerr, F. J., W. W. Carlton, B. Yagen, and A. Z. Joffe. 1982b. Mycotoxicosis caused by either T-2 toxin or diacetoxyscirpenol in the diet of broiler chickens. Fund. Appl. Toxicol. 2:121-124.

Hoerr, F. J., W. W. Carlton, B. Yagen, and A. Z. Joffe. 1982c. Mycotoxicosis produced in broiler chickens by multiple doses of either T-2 toxin or diacetoxyscirpenol. Avian Pathol. 11:369-383.

Hood, R. D., M. H. Kuczuk, and G. M. Szczech. 1978. Effects in mice of simultaneous prenatal exposure to ochratoxin A and T-2 toxin. Teratology 17:25-29.

Horvath, I., and J. M. Varga. 1961. Enzymatic inactivation of trichothecin and crotocin. Nature 192(4797):88.

Huff, W. E., J. A. Doerr, P. B. Hamilton, and R. F. Vesonder. 1981. Acute toxicity of vomitoxin (deoxynivalenol) in broiler chickens. Poult. Sci. 60:1412-1414.

Inderlied, C. P., R. L. Cihlar, and P. S. Sypherd. 1980. Regulation of ornithine decarboxylase during morphogenesis of Mucor racemosus. J. Bacteriol. 141:699-706.

Ishii, K., K. Sakai, Y. Ueno, H. Tsusoda, and M. Enomoto. 1971. Solaniol, a toxic metabolite of fusarium solani. Appl. Microbiol. 22:718-720.

Ito, Y., K. Ohtsubo, and M. Saito. 1980. Effects of fusarenon-X, a trichothecene produced by Fusarium nivale, on pregnant mice and their fetuses. Jpn. J. Exp. Med. 50:167-172.

Jagadeesan, V., Crukmini, M. Vijayaraghovau, and P. G. Tulpule. 1982. Immune studies with T-2 toxin. Effect of feeding and withdrawal in monkeys. Food Chem. Toxicol. 20:83-87.

Jimenez, A., L. Sanchez, and D. Vazquez. 1975a. Simultaneous ribosomal resistance to trichodermin and anisomycin in Saccharomyces cerevisiae mutants. Biochim. Biophys. Acta 383:427-434.

Jimenez, A., L. Sanchez, and D. Vazquez. 1975b. Yeast ribosomal sensitivity and resistance to the Amaryllidaceae alkaloids. FEBS Lett. 60:66-70.

Joffe, A. Z. 1971. Alimentary toxic aleukia. Pp. 139-189 in S. Kadis, A. Ciegler, and S. J. Ajl, eds. Microbial Toxins. Vol. VII. Algal and Fungal Toxins. Academic Press, New York.

Khera, K. S., C. Whalen, G. Augers, R. F. Vesonder, and I. Kuiper-Goodman. 1982. Embryotoxicity of 4-deoxynivalenol (vomitoxin) in mice. Bull. Environ. Contam. Toxicol. 29:487-491.

Kiryukhina, R. I. 1970. Antibiotics against Peronospora tabacina. Zashch. Rast. (Moscow) 15(3):51-52. (English abstract in Rev. Plant Pathol. 49:377, 1970)

Kishaba, A. N., D. L. Shankland, R. W. Curtis, and M. C. Wilson. 1962. Substances inhibitory to insect feeding with insecticidal properties from fungi. J. Econ. Ent. 55:211-214.

Kublanovskaya, G. M., and N. V. Sukhacheva. 1961. Trichothecin in the control of cotton wilt. Zashch. Rast. (Moscow) 6(12):25-26. (English abstract in Rev. Appl. Mycol. 41:458, 1962)

Kuczuk, M. H., P. M. Benson, H. Heath, and A. W. Hayes. 1978. Evaluation of the mutagenic potential of mycotoxins using Salmonella typhimurium and Saccharomyces cerevisiae. Mutat. Res. 53:11-20.

Kuz'mina, G. 1966. Antibiotics against wilt. Zashch. Rast. (Moscow) 11(4):31. (Abstract No. 3438. Rev. Appl. Mycol. 45:597, 1966)

LaFarge-Frayssinet, C., G. Lespinats, P. Lafont, F. Loisellier, S. Mousset, Y. Rosenstein, and C. Frayssinet. 1979. Immunosuppressive effects of Fusarium extracts and trichothecenes. Blastogenic response of murine splenic and thymic cells to mitogens. Proc. Soc. Exp. Biol. Med. 160:302-311.

:ndenfelser, L. A., E. B. Lillehoj, and H. R. Burmeister. 1974. Aflatoxin and trichothecene toxins: Skin tumor induction and synergistic acute toxicity in white mice. J. Nat. Cancer Inst. 52:113-116.

Lippmann, M., and B. Altshuler. 1975. Regional deposition of aerosols. Pp. 25-48 in E. F. Aharonson, A. Ben-David, M. A. Klingberg, and M. Kay, eds. Air Pollution and the Lung. Proceedings of the Twentieth Annual "Oholo" Biological Conference, Ma'alot, Israel, March 16-19, 1975. Keter Publishing House, Jerusalem, Israel.

Littrell, R. H. 1965. A Myrothecium rot of gloxinias. Plant Dis. Rep. 49:78-80.

Lutsky, I. N. Mor, B. Yagen, and A. Z. Joffe. 1978. The role of T-2 toxin in experimental alimentary toxic aleukia: A toxicity study in cats. Toxicol. Appl. Pharmacol. 43:111-124.

Mann, D. D., G. M. Buening, B. S. Hook, and G. D. Osweiler. 1982. Effect of T-2 toxin on the bovine immune system. Humoral factors. Infect. Immunol. 36:1249-1252.

Marasas, W. F. O. 1969. Mycoflora, Toxicity, and Nutrient Value of Moldy Corn. Ph.D. Thesis. University of Wisconsin, Madison, Wis. 228 pp.

Marasas, W. F. O. 1983. Mycotoxicology: Introduction to the mycology, plant pathology, chemistry, toxicology, and pathology of naturally occurring mycotoxicoses in animals and man. Phytopathology 73:767. (abstract)

.arasas, W. F. O., E. B. Smalley, P. E. Degurse, R. B. Ganburg, and R. E. Nichols. 1967. Acute toxicity to rainbow trout (Salmo gairdnerii) of a metabolite produced by the fungus Fusarium tricinctum. Nature 214:817-818.

Marasas, W. F. O., J. R. Bamburg, E. B. Smalley, F. M. Strong, W. L. Ragland, and P. E. Degurse. 1969. Toxic effects on trout, rats, and mice of T-2 toxin produced by the fungus Fusarium tricinctum (Cd.) Snyd. et Hans. Toxicol. Appl. Pharmacol. 15:471-482.

Marasas, W. F. O., E. B. Smalley, J. R. Bamburg, and F. M. Strong. 1971. Phytotoxicity of T-2 toxin produced by Fusarium tricinctum. Phytopathology 61:1488-1491.

Matsumoto, H., T. Ito, and Y. Ueno. 1978. Toxicological approaches to the metabolites of Fusaria. XII. Fate and distribution of T-2 toxin in mice. Jpn. J. Exp. Med. 48:393-399.

Matsuoka, Y., K. Kubota, and Y. Ueno. 1979. General pharmacological studies of fusarenon-X, a trichothecene mycotoxin from Fusarium species. Toxicol. Appl. Pharmacol. 50:87-94.

Mayer, C. F. 1953. Endemic panmyelotoxicosis in the Russian grain belt. I. The clinical aspects of alimentary toxic aleukia (ATA), a comprehensive review. Mil. Surg. 113:173-189.

Case 4:03-cv-04019-KES Document 219-51 Filed 12/07/04 Page 84 of 91 PageID #: 4401



McLaughlin, C. S., M. H. Vaughan, I. M. Campbell, C. M. Wei, M. E. Stafford, and B. S. Hansen. 1977. Inhibition of protein synthesis by trichothecenes. Pp. 263-273 in J. V. Rodricks, C. M. Hesseltine, and M. A. Mehlman, eds. Mycotoxins in Human and Animal Health. Proceedings of a Conference on Mycotoxins in Human and Animal Health, University of Maryland, College Park, Md., October 4-8, 1976. Pathotox Publishers, Park Forest South, Ill.

McLean, D. M., and B. Sleeth. 1961. Myrothecium rind rot of cantaloup. Plant Dis. Rep. 45:728-729.

Mitchison, J. M. 1971. The Biology of the Cell Cycle. Cambridge University Press, New York. 313 pp.

Miyake, K. 1970. Perspectives on the mycotoxin problem in Japan. Pp. 3-7 in M. Herzberg, ed. Proceedings of the First U.S.-Japan Conference on Toxic Micro-Organisms: Mycotoxins; Botulism. Under the U.S.-Japan Cooperative Program in Natural Resources (UJNR). UJNR Panels on Toxic Micro-Organisms and U.S. Department of Interior, Washington, D.C.

Mizuno, S. 1975. Mechanism of inhibition of protein synthesis initiation by diacetoxyscirpenol and fusarenon-X in the reticulocyte lysate system. Biochim. Biophys. Acta 383:207-214.

Moran, E. T. Jr., B. Hunter, P. Ferket, L. G. Young, and L. G. McGirr. 1982. High tolerance of broilers to vomitoxin from corn infected with Fusarium graminearum. Poult. Sci. 61:1828-1831.

Mortimer, P. H., J. Campbell, M. E. di Menna, and E. P. White. 1971. Experimental myrotheciotoxicosis and poisoning in ruminants by verrucarin A and roridin A. Res. Vet. Sci. 12:508-515.

Murphy, W. K., M. A. Burgess, M. Valdivieso, R. B. Livingston, G. P. Bodey, and E. J. Freireich. 1978. Phase I clinical evaluation of anguidine. Cancer Treat. Rep. 62:1497-1502.

Nechaeva, A. V. 1969. Protection of seeds and shoots of maize against fusariosis by the antibiotic trichothecin. Zashch. Rast. (Moscow) 8:922. (English abstract in Rev. Plant Pathol. 49:134, 1970)

Nag Raj, T. R., and K. V. George. 1958. "Target leaf spot" disease of coffee. I--Occurrence, symptoms and etiology. Ind. Phytopathol. 11(2):153-158.

Nakayama, K., A. Kato, Y. Ueno, Y. Minoda, T. Omori, and K. Komagata. 1980. Studies on the metabolism of trichothecene mycotoxins. II. Metabolism of T-2 toxin with the soil bacteria. Maikotokishin (Tokyo) 12:30-32. (abstract)

National Defence Headquarters. 1982. An Epidemiological Investigation of Alleged CW/BW Incidents in SE Asia. Surgeon General Branch, Directorate of Preventive Medicine, National Defence Headquarters, Ottawa, Canada. 100 pp.

Nechaeva, A. V. 1969. Protection of seeds and shoots of maize against fusariosis by the antibiotic trichothecin. Zasch. Rast. (Moscow) 8:922. (English abstract in Rev. Plant Pathol. 49:134, 1970.

Notario, V., E. F. Gale, D. Kerridge, and F. Wayman. 1982. Phenotypic resistance to amphotericin B in Candida albicans: Relationship to glucan metabolism. J. Gen. Microbiol. 128:761-777.

Ohta, M., and Y. Ueno. 1976. Studies on the metabolism of trichothecene mycotoxins. I. Enzymatic deacetylation of T-2 toxin. Proc. Jpn. Assoc. Mycotoxicol. 2:34.

Ohta, M., K. Ishii, and Y. Ueno. 1977. Metabolism of trichothecene mycotoxins. I. Microsomal deacetylation of T-2 toxin in animal tissues. J. Biochem. 82:1591-1598.

Ohta, M., H. Matsumoto, K. Ishii, and Y. Ueno. 1978. Metabolism of trichothecene mycotoxins. II. Substrate specificity of microsomal deacetylation of trichothecenes. J. Biochem. 84:697-706.

Ohtsubo, K., and M. Saito. 1977. Chronic effects of trichothecene toxins. Pp. 255-262 in J. V. Rodricks, C. W. Hesseltine, and M. A. Mehlman, eds. Mycotoxins in Human and Animal Health. Proceedings of a Conference on Mycotoxins in Human and Animal Health, University of Maryland, College Park, Md., October 4-8, 1976. Pathotox Publishers, Park Forest South, Ill.

Ohtsubo, K., P. Kaden, and C. Mittermayer. 1972. Polyribosomal breakdown in mouse fibroblasts (L-cells) by fusarenon-X, a toxic principle isolated from Fusarium nivale. Biochim. Biophys. Acta 287:520-525.

Osweiler, G. D., B. S. Hook, D. D. Mann, G. M. Buening, and G. E. Rottinghaus. 1981. Effects of T-2 toxin in cattle. Pp. 214-231 in Proceedings of the 85th Annual Meeting of the U. S. Animal Health Association. U.S. Animal Health Association, Richmond, Va.

Osweiler, G. D., B. S. Hook, D. D. Mann, G. M. Buening, and G. E. Rattinghaus. 1982. Effects of T-2 toxin in cattle. Pp. 214-231 in Proceedings of the 85th Annual Meeting of the U.S. Animal Health Association, October 11-16, 1981, St. Louis, Mo. U.S. Animal Health Association, Richmond, Va.

Palti, J. 1978. Pp. 81-82 in Toxigenic Fusaria, Their Distribution, and Significance as Causes of Disease in Animals and Man. Acta Phytomedica (Supplement to J. Phytopathol.) 6. Verlag Paul Parey, Berlin, Federal Republic of Germany.

Palyusik, M., and E. Koplik-Kovacs. 1975. Effect on laying geese of feeds containing the fusariotoxins T-2 and F-2. Acta Vet. Hung. 25:363-368.

Palyusik, M., E. Koplik-Kovacs, and E. Guszal. 1971. Effect of Fusarium graminearum on semen production in ganders and turkey cocks. Magyar Allatorv. Lapja 26:300-303. (in Hungarian)

Pathre, S. V., and C. J. Mirocha. 1977. Assay methods for trichothecenes and review of their natural occurrence. Pp. 229-253 in J. V. Rodricks, C. M. Hesseltine, and M. A. Mehlman, eds. Mycotoxins in Human and Animal Health. Proceedings of a Conference on Mycotoxins in Human and Animal Health, University of Maryland, College Park, Md., October 4-8, 1976. Pathotox Publishers, Park Forest South, Ill.

Patterson, D. S. P., J. G. Matthews, B. J. Shreeve, B. A. Roberts, S. M. McDonald, and A. W. Hayes. 1979. The failure of trichothecene mycotoxins and whole cultures of Fusarium tricinctum to cause experimental hemorrhagic syndromes in calves and pigs. Vet. Rec. 105:252-255.

Pier, A. C. 1981. Mycotoxins and animal health. Adv. Vet. Sci. Comp. Med. 25:185-243.

Pier, A. C., S. J. Cysewski, J. L. Richard, A. L. Baetz, and L. Mitchell. 1976. Experimental mycotoxicoses in calves with aflatoxin, ochratoxin, rubratoxin, and T-2 toxin. Pp. 130-148 in Proceedings of the 80th Annual Meeting of the United States Animal Health Association, November 7-12, 1976, Miami Beach, Fla. U.S. Animal Health Association, Richmond, Va.

Preston, N. C. 1943. Observations on the Genus Myrothecium. Trans. Br. Mycol. Soc. 26:158-168.

Rafai, P., and S. Tuboly. 1982. Effect of T-2 toxin on adrenocortical function and immune response in growing pigs. Zbl. Vet. Med. B 29:558-565.

Richard, J. L., S. A. Cysewski, A. C. Pier, and G. D. Booth. 1978. Comparison of effects of dietary T-2 toxin on growth, immunogenic organs, antibody formation, and pathological changes in turkeys and chickens. Am. J. Vet. Res. 39:1674-1679.

Rivera, G. L., M. P. Gasalbez, and J. P. G. Ballesta. 1980. Conformational changes at the peptidyl transferase center of antibiotic resistant mutants of Saccharomyces cerevisiae. Biochem. Biophys. Res. Commun. 94:800-806.

Robison, T. S., C. J. Mirocha, H. J. Kurtz, J. C. Behrens, G. A. Weaver, and M. S. Chi. 1979a. Distribution of tritium-labeled T-2 toxin in swine. J. Agric. Food Chem. 27:1411-1413.

Robison, T. S., C. J. Mirocha, H. J. Kurtz, J. C. Behrens, M. S. Chi, G. A. Weaver, and S. D. Nystrom. 1979b. Transmission of T-2 toxin into bovine and porcine milk. J. Dairy Sci. 62:637-641.

Rosenstein, Y., C. LaFarge-Frayssinet, G. Lespinats, F. Loisellier, P. Lafont, and C. Frayssinet. 1979. Immunosuppressive activity of Fusarium toxins. Effects on antibody synthesis and skin grafts of crude extracts, T-2 toxin and diacetoxyscirpenol. Immunology 36:111-117.

Saito, M., M. Enomoto, and T. Tatsuno. 1969. Radiomimetic biological properties of the new scirpene metabolites of Fusarium nivale. Gann 60:599-603.

Saito, M., T. Horiuchi, K. Ohtsubo, Y. Hatanaka, and Y. Ueno. 1980. Low tumor incidence in rats with long-term feeding of fusarenon-X, a cytotoxic trichothecene produced by Fusarium nivale. Jpn. J. Exp. Med. 50(4):293-302.

Sarkisov, A. Ch., E. S. Kvaschina, N. E. Korneev, V. P. Koroleva, P. N. Gerasimova, and N. S. Akilova. 1944. Harmfulness of cereals overwintered in the field. Veterinariya 1944(11-12):39-41.

Sato, N., and Y. Ueno. 1977. Comparative toxicities of trichothecenes. Pp. 295-307 in J. V. Rodricks, C. W. Hesseltine, and M. A. Mehlman, eds. Mycotoxins in Human and Animal Health. Proceedings of a Conference on Mycotoxins in Human and Animal Health, University of Maryland, College Park, Md., October 4-8, 1976. Pathotox Publishers, Park Forest South, Ill.

Sato, N., Y. Ueno, and M. Enomoto. 1975. Toxicological approaches to the metabolites of Fusaria. VIII. Acute and subacute toxicities of T-2 toxin in cats. Jpn. J. Pharmacol. 25:263-270.

Sato, N., T. Ito, H. Kumada, Y. Ueno, K. Asano, M. Saito, K. Ohtsubo, I. Ueno, and Y. Hatanaka. 1978. Toxicological approaches to the metabolites of Fusaria. XIII. Hematological changes in mice by a single and repeated administration of trichothecenes. J. Toxicol. Sci. 3:335-356.

Scheiber, E., and G. A. Zentmyer. 1968. Myrothecium stem necrosis and leaf spot: Important coffee disease in Guatemala. Plant Dis. Rep. 52:115.

Schiefer, H. B. 1982. Study of the Possible Use of Chemical Warfare Agents in Southeast Asia. A Report to the Department of External Affairs, Canada. Toxicology Group, University of Saskatchewan, Saskatchewan, Canada. 43 pp.

Schiller, C. T., P. R. Hepperly, and J. B. Sinclair. 1978. Pathogenicity of Myrothecium roridum from Illinois soybeans. Plant Dis. Rep. 62:882-885.

Schindler, D. 1974. Two classes of inhibitors of peptidyl transferase activity in eukaryotes. Nature 249:38-41.

Schindler, D., P. Grant, and J. Davies. 1974. Trichodermin resistance--Mutation affecting eukaryotic ribosomes. Nature 248:535-536.

Schoental, R., A. Z. Joffe, and B. Yagen. 1979. Cardiovascular lesions and various tumors found in rats given T-2 toxin, a trichothecene metabolite of Fusarium. Cancer Res. 39:2179-2189.

Seemüller, E. 1968. Untersuchungen über die morphologische und biologische Differenzierun in der Fusarium-Sektion Sporotrichiella. Mitt. Biol. Bundesanst. Land Forstwirtsch. 127: 1-92.

Shultz, G. P. 1982. Chemical Warfare in Southeast Asia and Afghanistan: An Update. Report from Secretary of State George P. Shultz to the Congress of the United States and Member States of the United Nations. Special Report No. 104. U.S. Department of State, Washington, D.C. 12 pp.

Sil'yanova, A. N. 1970. The action of antibiotics on loose smut of wheat. Nauch. Dokl. Vyssh. Shk., Biol. Nauki 13(8):102-104. (English abstract in Rev. Plant Pathol. 50:22, 1971)

Smalley, E. B., and F. Strong. 1974. Toxic trichothecenes. Pp. 199-228 in I. F. H. Purchase, ed. Mycotoxins. Elsevier Scientific Publishing Company, New York.

Smalley, E. B., W. F. O. Marasas, F. M. Strong, J. R. Bamburg, R. E. Nichols, and N. R. Kosuri. 1970. Mycotoxicoses associated with moldy corn. Pp. 163-173 in M. Herzberg, ed. Proceedings of the First U.S.-Japan Conference on Toxic Micro-Organisms: Mycotoxins; Botulism. Under the U.S.-Japan Cooperative Program in Natural Resources (UJNR). UJNR Panels on Toxic Micro-Organisms and U.S. Department of Interior, Washington, D.C.

Smith, K. E., and E. T. David. 1981. Initiation of protein synthesis in cell-free extracts of Tetrahymena pyriformis. Biochem. J. 196: 641-644.

Smith, K. E., M. Cannon, and E. Cundliffe. 1975. Inhibition at the initiation level of eukaryotic protein synthesis by T-2 toxin. FEBS Lett. 50:8-12.

Smith, M. A., and G. B. Ramsey. 1951. Brown-spot disease of celery. Bot. Gaz. 112:393-400.

Stafford, M. E. 1972. Antibiotics That Inhibit Protein and RNA Synthesis in Yeast. Ph.D. thesis. University of California, Irvine, Calif. 184 pp.

Stafford, M. E., and C. S. McLaughlin. 1973. Trichodermin, a possible inhibitor of the termination process of protein synthesis. J. Cell. Physiol. 82:121-128.

Stahl, C., L. N. Vanderhoef, N. Siegel, and J. P. Helgeson. 1973. Fusarium tricinctum T-2 toxin inhibits auxin-promoted elongation in soybean hypocotyl. Plant Physiol. 52:663-666.

Stanford, G. K., R. D. Hood, and A. W. Hayes. 1975. Effect of prenatal administration of T-2 toxin to mice. Res. Commun. Chem. Pathol. Pharmacol. 10:743-746.

Stevenson, J. A., and L. P. McCollock. 1947. Myrothecium as a tomato fruit rot organism. Plant Dis. Rep. 31:147-149.

Stuart, B. O. 1973. Deposition of inhaled aerosols. Arch. Intern. Med. 131:60-73.

Task Group on Lung Dynamics. 1966. Deposition and retention models for internal dosimetry of the human respiratory tract. Health Phys. 12:173-207.

Tate, W. P., and C. T. Caskey. 1973. Peptidyl transferase inhibition by trichodermin. J. Biol. Chem. 248:7970-7972.

Thigpen, J. T., C. Vaughn, and W. J. Stuckey. 1981. Phase II trial of anguidine in patients with sarcomas unresponsive to prior chemotherapy: A Southwest Oncology Group study. Cancer Treatment Rep. 65:881-882.

Tillaev, Kh. 1964. The fungus Trichoderma in the control of wilt. Khlopkovodstvo 14(2):48-49. (English abstract in Rev. Appl. Mycol. 43:309, 1964)

Tulloch, M. 1972. The Genus Myrothecium Tode ex Fr. Commonwealth Mycological Institute Mycological Papers No. 130. Kew, Surrey, England. 42 pp.

Ueno, Y. 1977a. Mode of action of trichothecenes. Ann. Nutr. Aliment. 31:885-900.

Ueno, Y. 1977b. Trichothecenes: Overview address. Pp. 189-207 in J. V. Rodricks, C. W. Hesseltine, and M. A. Mehlman, eds. Mycotoxins in Human and Animal Health. Proceedings of a Conference on Mycotoxins in Human and Animal Health, University of Maryland, College Park, Md., October 4-8, 1976. Pathotox Publishers, Park Forest South, Ill.

Ueno, Y. 1980. Trichothecene mycotoxins. Mycology, chemistry, and toxicology. Adv. Nutr. Sci. 3:301-353.

Ueno, Y. 1983. Trichothecenes: Chemical, Biological and Toxicological Aspects. Development in Food Science Series, No. 4. Elsevier Scientific Publishers, New York.

Ueno, Y., and K. Kubota. 1976. DNA-attacking ability of carcinogenic mycotoxins in recombination-deficient mutant cells of Bacillus subtilis. Cancer Res. 36:445-451.

Ueno, Y., M. Hosoya, Y. Morita, I. Ueno, and T. Tatsuno. 1968. Inhibition of the protein synthesis in rabbit reticulocyte by nivalenol, a toxic principle isolated from Fusarium nivale-growing mice. J. Biochem. 64:479-485.

Ueno, Y., I. Ueno, T. Tatsuno, K. Ohokuba, and H. Tsunoda. 1969. Fusarenon-X, a toxic principle of Fusarium nivale culture filtrate. Experientia 25:1062.

Ueno, Y., Y. Ishikawa, K. Amakai, M. Nakajima, M. Saito, M. Enomoto, and K. Ohtsubo. 1970. Comparative study on skin-necrotizing effect of scirpene metabolites of Fusaria. Jpn. J. Exp. Med. 40:33-38.

Ueno, Y., I. Ueno, K. Amakai, Y. Ishikawa, H. Tsunoda, K. Okubo, M. Saito, and M. Enomoto. 1971a. Toxicological approaches to the metabolites of fusaria. II. Isolation of fusarenon-X from the culture filtrate of Fusarium nivale Fn 2B. Jpn. J. Exp. Med. 41:507-519.

Ueno, Y., I. Ueno, Y. Iitoi, H. Tsunoda, M. Enomoto, and K. Ohtsubo. 1971b. Toxicological approaches to the metabolites of Fusaria. III. Acute toxicity of fusarenon-X. Jpn. J. Exp. Med. 41: 521-539.

Ueno, Y., K. Ishii, K. Sakai, S. Kanaeda, H. Tsunoda, T. Tanaka, and M. Enomoto. 1972. Toxicological approaches to the metabolites of fusaria. IV. Microbial survey on "bean-hulls poisoning" of horses with the isolation of toxic trichothecenes, neosolaniol and T-2 toxin of Fusarium solani M-1-1. Jpn. J. Exp. Med. 42:187-203.

Ueno, Y., N. Sato, K. Ishii, K. Sakai, H. Tsunoda, and M. Enomoto. 1973. Biological and chemical detection of trichothecene mycotoxins of Fusarium species. Appl. Microbiol. 25:699-704.

Ueno, Y., K. Ishii, N. Sato, and K. Ohtsubo. 1974. Toxicological approaches to the metabolites of fusaria. VI. Vomiting factor for moldy corn infected with Fusarium spp. Jpn. J. Exp. Med. 44:123-127.

Ueno, Y., K. Kubota, T. Ito, and Y. Nakamura. 1978. Mutagenicity of carcinogenic mycotoxins in Salmonella typhimurium. Cancer Res. 38:536-542.

Umeda, M., T. Tsutsui, and M. Saito. 1977. Mutagenicity and inducibility of DNA single-strand breaks and chromosome aberrations by various mycotoxins. Gann 68:619-625.

Uraguchi, K., T. Tatsuno, M. Tsukioka, Y. Sakai, F. Sakai, Y. Kobayashi, M. Saito, M. Enomoto, and M. Miyake. 1961. Toxicological approach to the metabolites of Penicillium islandicum Sopp growing on the yellowed rice. Jpn. J. Exp. Med. 31:1-18.

U.S. Agricultural Research Service. 1960. Index of Plant Diseases in the United States. Plant Pests of Importance to North American Agriculture. Agricultural Handbook No. 165. Crops Research Division, Agricultural Research Service, U.S. Department of Agriculture, Washington, D.C. 531 pp.

Weaver, G. A., H. J. Kurtz, and C. J. Mirocha. 1977. The effect of Fusarium toxins on food-producing animals. Pp. 215-218 in Proceedings of the 81st Annual Meeting of the United States Animal Health Association. U.S. Animal Health Association, Richmond, Va.

Weaver, G. A., H. J. Kurtz, F. Y. Bates, M. S. Chi, C. J. Mirocha, J. C. Behrens, and T. S. Robison. 1978a. Acute and chronic toxicity of T-2 mycotoxin in swine. Vet. Rec. 103:531-535.

Weaver, G. A., H. J. Kurtz, C. J. Mirocha, F. Y. Bates, and J. C. Behrens. 1978b. Acute toxicity of the mycotoxin diacetoxyscirpenol in swine. Can. Vet. J. 19:267-271.

Wehner, F. C., W. F. O. Marasas, and P. G. Thiel. 1978. Lack of mutagenicity to Salmonella typhimurium of some Fusarium mycotoxins. Appl. Environ. Microbiol. 35:659-662.

Wei, C. M., and C. S. McLaughlin. 1974. Structure-function relationship in the 12,13-epoxytrichothecenes. (Novel inhibitors of protein synthesis.) Biochem. Biophys. Res. Commun. 57: 838-844.

Wei, C.-M., I. M. Campbell, C. S. McLaughlin, and M. H. Vaughan. 1974a. Binding of trichodermin to mammalian ribosomes and its inhibition by other 12,13-epoxytrichothecenes. Mol. Cell. Biochem. 3:215-219.

Wei, C.-M., B. S. Hansen, M. H. Vaughan, and C. S. McLaughlin. 1974b. Mechanism of action of the mycotoxin trichodermin, a 12,13-epoxytrichothecene. Proc. Nat. Acad. Sci. USA 71:713-717.

Woronin, M. 1891. Über das "Taumel-Getreide" in Süd-Ussurien. Botanisch. Z. 49:81.

Wyatt, R. D., B. A. Weeks, P. B. Hamilton, and H. R. Burmeister. 1972. Severe oral lesions in chickens caused by ingestion of dietary fusariotoxin T-2. Appl. Microbiol. 24:251-257.

Wyatt, R. D., W. M. Colwell, P. B. Hamilton, and H. R. Burmeister. 1973a. Neural disturbances in chickens caused by dietary T-2 toxin. Appl. Microbiol. 26:757-761.

Wyatt, R. D., P. B. Hamilton, and H. R. Burmeister. 1973b. The effects of T-2 toxin in broiler chickens. Poult. Sci. 52: 1853-1859.

Wyatt, R. D., J. A. Doerr, P. B. Hamilton, and H. R. Burmeister. 1975. Egg production, shell thickness, and other physiological parameters of laying hens affected by T-2 toxin. Appl. Microbiol. 29:641-645.

Yagen, B., A. Z. Joffe, P. Horn, N. Mor, and I. I. Lutsky. 1977. Toxins from a strain involved in ATA. Pp. 329-336 in J. V. Rodricks, C. M. Hesseltine, and M. A. Mehlman, eds. Mycotoxins in Human and Animal Health. Proceedings of a Conference on Mycotoxins in Human and Animal Health, University of Maryland, College Park, Md., October 4-8, 1976. Pathotox Publishers, Park Forest South, Ill.

Yap, H. Y., W. K. Murphy, A. DiStefano, G. R. Blumenschein, and G. P. Bodey. 1979. Phase II study of anguidine in advanced breast cancer. Cancer Treat. Rep. 63:789-791.

Yeates, D. B., N. Aspin, A. C. Bryan, and H. Leviston. 1973. Regional clearance from the airways of lung. Am. Rev. Resp. Dis. 107:602-608.

Yoshizawa, T., and N. Morooka. 1975a. Biological modification of trichothecene mycotoxins: Acetylation and deacetylation of deoxynivalenols by Fusarium spp. Appl. Microbiol. 29:54-58.

Yoshizawa, T., and N. Morooka. 1975b. Comparative studies on microbial and chemical modifications of trichothecene mycotoxins. Appl. Microbiol. 30:38-43.

Yoshizawa, T., and N. Morooka. 1977. Trichothecenes from mold-infested cereals in Japan. Pp. 309-321 in J. V. Rodricks, C. M. Hesseltine, and M. A. Mehlman, eds. Mycotoxins in Human and Animal Health. Proceedings of a Conference on Mycotoxins in Human and Animal Health, University of Maryland, College Park, Md., October 4-8, 1976. Pathotox Publishers, Park Forest South, Ill.

Yoshizawa, T., S. P. Swanson, and C. J. Mirocha. 1980. T-2 metabolites in the excreta of broiler chickens administered 3H-labeled T-2 toxin. Appl. Environ. Microbiol. 39:1172-1177.

Yoshizawa, T., C. J. Mirocha, J. C. Behrens, and S. P. Swanson. 1981. Metabolic fate of T-2 toxin in a lactating cow. Food Cosmet. Toxicol. 19:31-39.

Yoshizawa, T., T. Sakamoto, Y. Ayano, and C. J. Mirocha. 1982. 3'-Hydroxy T-2 and 3'-hydroxy HT-2 toxins: New metabolites of T-2 toxin, and trichothecene mycotoxin, in animals. Agric. Biol. Chem. 46:2613-2615.