6

Atmospheric Environment Vol. 20, No. 3, pp. 549–552, 1986
Printed in Great Britain.

0004–6981/86 $3.00 + 0.00
© 1986 Pergamon Press Ltd.

# AIRBORNE OUTBREAK OF TRICHOTHECENE TOXICOSIS

WILLIAM A. CROFT
Department of Environmental Toxicology, Midwest Slat Path, 521 Hilltop Drive, Madison, Wisconsin 53711, U.S.A.

BRUCE B. JARVIS* and C. S. YATAWARA
Department of Chemistry, University of Maryland, College Park, Maryland 20742, U.S.A.

(*First received* 23 *July* 1985 *and in final form* 3 *September* 1985)

**Abstract**—A heavy infestation of *Stachybotrys atra* in a house in suburban Chicago has caused chronic health problems for the members of the household. Extracts of the *S. atra* contaminated household material proved toxic to animals; from these extracts were isolated several highly toxic macrocyclic trichothecenes. After the contaminated duct work, insulation and building material had been replaced, the members of the household no longer complained of illnesses suggestive of trichothecene toxicosis.

*Key word index*: Stachybotryotoxicosis, macrocyclic trichothecenes, indoor fungal toxicosis, airborne spores.

## INTRODUCTION

The trichothecene mycotoxins have been implicated in numerous cases of toxicoses in farm animals and in humans who ingest or come into contact with cereals, grains or other feeds which have been contaminated by trichothecene-producing fungi (Ueno, 1977, 1980, 1983). These instances nearly always arise in a rural environment. When man is involved, as in the notorious case of an outbreak of alimentary toxic aleukia (ATA) near Orenburg, U.S.S.R., in the mid-1940s (Joffe, 1971), people have been forced to ingest moldy grain because of local exigencies. Other apparent instances involving humans have been reported for a worker in a cotton factory in the southern part of Russia (Ueno, 1980) and for farm workers handling moldy hay (Andrássy *et al.*, 1980). These latter cases involve fungi (e.g. *Stachybotrys atra*) known to produce the macrocyclic trichothecenes (Jarvis and Mazzola, 1982). We report herein an outbreak of trichothecene toxicosis in a family resulting from long term exposure to *Stachybotrys atra* that was in their home.

## METHODS

The subject house is a large brick structure located in a northern suburb of Chicago, Illinois. During the course of a 5-y period, the occupants, two boys in their early teens, a mother in her forties, a father in his fifties and a maid in her fifties were subject to a variety of recurring maladies including cold and flu symptoms, sore throats, diarrhea, headaches, fatigue, dermatitis, intermittent focal alopecia and generalized malaise. The father experienced severe leg pains. Repeated examinations at local hospitals and clinics failed to reveal the cause(s) of the observed pathology. An examination of blood, urine and hair of the family members for high levels of heavy metals was negative. A thorough search of the house failed to detect any toxic chemicals including pesticides.

Six thousand liters of air was collected by use of an electrostatic precipitator (Sci-Med, Eden Prairie, MN, flow rate at 200 ℓ min$^{-1}$) from the primary rooms (living room, dining room and upstairs bedrooms) of the house. This device collects and suspends particulate matter in an aqueous solution. Examination of this aqueous solution under a microscope revealed the presence of numerous fungal spores, identified as those of *S. atra* by Dr Michael Larson, Forest Products Laboratory, Madison, WI. Because of this finding, as well as the fact that the signs and symptoms displayed by the occupants suggested trichothecene exposure (Ueno, 1977, 1980), crude tests for trichothecenes were performed on the air sample; they proved positive (Pathre and Mirocha, 1977). General inspection of the home construction and heating system revealed one of the sources of *S. atra*: an uninsulated 25 cm × 10 cm rectangular cold air return duct. This duct contained a great deal of moisture, lint, carpet fibers and numerous spores of *S. atra*.

The dark brown colored debris in this duct had collected to a thickness of about 2 cm on the duct walls and for a distance of about 6 m from the room opening. A second major source of *S. atra* growth was located on a ceiling on the second floor where moisture from a leaking roof had seeped through and promoted fungal growth giving the wood fiber board ('Celotex', Chicago, IL) a black sooty appearance. Examination of this material revealed numerous spores of *S. atra*. Further examination of the house revealed numerous plumbing and roof leaks which produced chronic moisture accumulation on which the black sooty fungus grew in abundance.

Separate samples of ceiling material (150 g) and air duct dust (70 g) were extracted and solvent partitioned as previously described (Jarvis *et al.*, 1983). The resulting dark brown gums were each dissolved in ethanol (5 ml) and 0.1 ml samples, per animal, were injected *per os* into five weanling Sprague-Dawley rats and five adult mice. Within 24h of exposure all the animals had died. Animals (controls) receiving only ethanol appeared unaffected.

Histology of the extract-treated animal tissues demonstrated degeneration, necrosis and hemorrhage within the brain, thymus, spleen, intestine, lung, heart, lymph node, liver and kidney. The histology observed parallels that described

*Author to whom correspondence should be addressed.



AE 20:3-1

EXHIBIT
tabbies
49

for cases of trichothecene toxicosis (Forgacs, 1972; Terao, 1983).

A sample of ceiling fiber board which was darkened with *S. atra* spores was scraped, and debris was extracted with 50% aqueous methanol. This extract was divided into two portions. One portion was hydrolyzed (NaOH in methanol) (Jarvis *et al.*, 1984), and the crude hydrolyzate was passed through a small column of silica gel which was eluted first with dichloromethane and then 10% methanol in dichloromethane. This latter fraction was submitted for GC-MS analysis which confirmed the presence of verrucarol (Fig. 1) (Krishnamurthy, 1985).

The other portion of the aqueous methanol extract was defatted with hexane, concentrated to remove the methanol and extracted with ethyl acetate. Removal of the ethyl acetate gave a dark brown gum which after several column chromatographies (silica gel, methanol in dichloromethane eluate) yielded several fractions which upon TLC analysis (Takitani and Asabe, 1983) suggested the presence of macrocyclic trichothecenes. Three fractions were further purified by preparative TLC (methanol in dichloromethane) on a chromatotron (Model No. 7924, Harrison Research Laboratories) to give verrucarins B and J (Fig. 2), from the least polar fraction, and, from the intermediate polar fraction, the major toxin isolated, satratoxin H (Fig. 3). The most polar fraction after partial purification by TLC (chromatotron) was further purified by preparative HPLC (amino column) to give trichoverrins A and B (Fig. 4). NMR spectra (IBM SY-200 MHz) of the purified compounds were identical to those of authentic samples of verrucarins B and J (Tamm, 1974), satratoxin H (Eppley *et al.*, 1977), and trichoverrins A and B (Jarvis *et al.*, 1982).

## RESULTS AND DISCUSSION

Stachybotryotoxicosis (Forgacs, 1972) in livestock is a longstanding problem in Eastern Europe, although isolated instances have been reported elsewhere (Harrach *et al.*, 1982; Schneider *et al.*, 1979). To our knowledge, stachybotryotoxicosis has not been reported in North America (Forgacs, 1972). In only one case (Harrach *et al.*, 1983) has the field sample associated with this toxicosis been shown to contain the putative toxic agents, satratoxins G and H. In all the other reports, the presence of macrocyclic trichothecenes was only inferred from the pathology observed and from the organism isolated, *S. atra*. In some cases, the isolates of *S. atra* were shown to produce the macrocyclic trichothecenes when cultured under laboratory conditions. In the case reported here, we have found not only toxicological and microbiological data consistent with stachybotryotoxicosis in humans, but have isolated and characterized the chemical toxins from material within this house.

*S. atra* has been reported previously to produce verrucarin J, roridin E and satratoxins F, G and H (Eppley *et al.*, 1977; Jarvis *et al.*, 1983). This is the first report of isolating verrucarin B and trichoverrins A and B from this fungus. The latter stereoisomers are particularly interesting since they appear to be the penultimate biosynthetic precursors to the macrocyclic trichothecene in *Myrothecium* sp. (Jarvis *et al.*, 1982). In connection with this, an isolate of *Myrothecium roridum* has been reported recently to produce isosatratoxin H (Smitka *et al.*, 1984); thus, from a chemical view, *Stachybotrys atra* and *Myrothecium roridum* are more closely related than one might have expected otherwise.

Building materials of high cellulose and low nitrogen content (e.g. straw, fiberboard, dust, lint) (Forgacs, 1972; Harrach *et al.*, 1983; Ueno, 1977, 1980), that become moist (at least 55%) and are subjected to temperature fluctuations (0–40°C), can provide ideal growth conditions for *S. atra* toxin production (Ueno, 1977, 1980). Reduction of moisture is necessary to control the growth of this organism in this setting. Air conditioners' ventilation ducts that have accumulation of lint and debris may encourage growth of *S. atra* under favorable moisture and temperature conditions. Also, buildings that have chronic water accumulation due to faulty plumbing, leaking roofs or moisture barriers can provide a suitable environment for the growth of *S. atra*. We suspect that *S. atra* is found far




Verrucarol

Fig. 1. Structure of verrucarol.



Verrucarin B



Verrucarin J

Fig. 2. Structures of verrucarins B and J.



Satratoxin H

Fig. 3. Structure of satratoxin H.



Trichoverrins A and B

Fig. 4. Structures of trichoverrins A and B.

more commonly in contact with humans than has been appreciated. A brief examination of the basement of the house of one of the authors (BBJ) turned up an old picture covered with, among a variety of other organisms, large areas of the black spores of *S. atra*.

The symptoms exhibited by this family are similar to those reported by Forgacs (1972) with CNS symptoms that included neuropsychiatric manifestations. Even in very low concentrations, the macrocyclic trichothecene toxins produce strong antibiotic, phytotoxic, cytotoxic action perhaps due to inhibition of protein synthesis (Jarvis and Mazzola, 1982; Ueno, 1977, 1980). The macrocyclic trichothecenes exhibit potent toxicity especially in man and laboratory animals (Jarvis and Mazzola, 1982; Sata and Ueno, 1977; Tamm, 1974). The numerous target organ systems include the brain, immune system, heart, lung, intestine, liver, kidney and skin (Terao, 1983; Ueno, 1980). After the house had been thoroughly cleaned of the *S. atra* contaminated material by replacing all the contaminated duct work, insulation and ceiling material, the house was reoccupied by its residents who no longer suffered from the complaints noted earlier (*vide supra*). The removal of the air ducts was no pleasant task since the dust and debris proved to be highly irritating to the skin and respiratory system of those doing the work. Handling of such contaminated material should be done only by personnel wearing respirators and protective clothing.

## CONCLUSIONS

Recently, there have been a number of reports of medical problems associated with microorganism-contaminated humidifier and air conditioning units (Hendrick, 1985). The evaluation of the organism or organisms responsible for these problems is an extremely difficult task because environmental samples invariably are contaminated with a variety of microorganisms. Laboratory isolation of the microorganisms from these samples often selects out the faster growing organisms, and populations of organisms so isolated may not reflect the true environmental populations. In addition, there is always the question of synergistic effects of several different microorganisms present in the environment.

To date, the few reports of the dangers associated with contact with airborne microorganisms have ascribed the problems as being due to allergic responses (Fergusson *et al.*, 1984; Bernstein *et al.*, 1983). Although in the case reported here, we can not exclude that allergic alveolitis does not play a role, the fact that we have isolated the potent trichothecene mycotoxins from the environmental samples, suggests that these toxins played an important role in the observed pathology of the people living in this house. From our experience of working with *S. atra*, we can attest to the propensity of this organism to concentrate these toxins in their spores. So, there is little doubt that the occupants in this household were exposed via inhalation to the trichothecene mycotoxins over a long period of time. This, of course, is not proof that their medical problems were due to these toxins but given the history of stachybotryotoxicosis (Forgacs, 1972), such a conclusion is certainly reasonable. One further caution should be noted: various isolates of *S. atra* differ greatly in their toxigenic properties. In the laboratory, we, as well as others (Andrássy *et al.*, 1980; Harrach *et al.*, 1982), have shown that some isolates of *S. atra* are quite toxigenic and produce appreciable levels of macrocyclic trichothecenes; whereas, other isolates of *S. atra* [e.g. the one from BBJ's basement (*vide supra*) and ATCC 46994 and 46996] appear unable to produce these toxins, at least under laboratory conditions (B. B. Jarvis and Y.-W. Lee, unpublished results).

The trichothecenes are immunosuppressive agents (Otokawa, 1983) that can make animals susceptible to secondary and opportunistic bacterial infections. This role is often unappreciated and overlooked (Schneider *et al.*, 1979). In recent years, because of the need to conserve energy, large air conditioned buildings have been effectively sealed to prevent loss of cool air to the outside. Unfortunately, this also seals in the moisture which promotes the growth of a number of undesirable

microorganisms in the air conditioning units and circulating air ducts, resulting in numerous medical complaints by those occupying the buildings (Edwards, 1980; Kreiss and Hodgson, 1984; Morey et al., 1984). We are currently investigating the role these organisms play in the general health of those occupying these buildings.

*Acknowledgements*—Supported by U.S. Army Contract DMAD 17-82-C-2240. We wish to thank Dr Bruno Schiefer, Director of the Toxicology Center, University of Saskatchewan and Dr James Feeley, Center for Disease Control, Atlanta, GA, for helpful discussions, and Dr Michael Larson, Forest Products Laboratory, Madison, WI, for assistance in the identification of *S. atra*.

## REFERENCES


Andrássy K., Horváth I., Lakos T. and Tőke Zs. (1980) Mass incidence of mycotoxicoses in Hajdu-Bihar county. *Mykosen* 23, 130–133.

Bernstein R. S., Sorenson W. G., Garabrant D., Reaux C. and Treitman R. D. (1983) Exposure to respirable, airborne *Penicillium* from a contaminated ventilation system: clinical, environmental and epidemiological aspects. *Am. Ind. Hyg. Assoc. J.* 44, 161–169.

Edwards J. H. (1980) Microbial and immunological investigations and remedial action after an outbreak of humidifer fever. *Br. J. Ind. Med.* 37, 55–62.

Eppley R. M., Mazzola E. P., Highet R. J. and Bailey W. J. (1977) Structure of satratoxin H, a metabolite of *Stachybotrys atra*. Application of proton and carbon-13 nuclear magnetic resonance. *J. org. Chem.* 42, 240–243.

Fergusson R. J., Milne L. J. R. and Cromton G. K. (1984) *Penicillium* allergic alveolitis: faulty installation of central heating. *Thorax* 39, 294–298.

Forgacs J. (1972) Stachybotryotoxicosis. In *Microbial Toxins*, Vol. VIII, edited by Kadis S., Ciegler A. and Ajl S. J., pp. 95–128. Academic Press, New York.

Harrach B., Bata A., Bajmócy E. and Benko M. (1983) Isolation of satratoxins from the bedding straw of a sheep flock with fatal stachybotryotoxicosis. *Appl. envir. Microbiol.* 45, 1419–1422.

Harrach B., Nummi M., Niku-Paavola M.-L., Mirocha C. J. and Palyusik M. (1982) Indentification of 'water soluble' toxins produced by a *Stachybotrys atra* strain from Finland. *Appl. envir. Microbiol.* 44, 494–495.

Hendrick D. J. (1985) Contaminated humidifiers and the lung. *Thorax* 40, 244–247.

Jarvis B. B. and Mazzola E. P. (1982) Macrocyclic and other novel trichothecenes: their structure, synthesis, and biological significance. *Acc. Chem. Res.* 15, 388–395.

Jarvis B. B., Eppley R. M. and Mazzola E. P. (1983) Chemistry and bioproduction of macrocyclic trichothecenes. In *Trichothecenes—Chemical, Biological, and Toxicological Aspects. Devel. Food Sci.* Vol. 4, edited by Ueno Y., pp. 20–38. Elsevier, New York.

Jarvis B. B., Stahly G. P., Pavanasasivam G., Midiwo J. O., DeSilva T., Holmlund C. E., Mazzola E. P. and Geoghegan, Jr. R. F. (1982) Isolation and characterization of the trichoverroids and new roridins and verrucarins. *J. org. Chem.* 47, 117–1124.

Jarvis B. B., Yatawara C. S., Greene S. L. and Vrudhula V. M. (1984) Production of verrucarol. *Appl. envir. Microbiol.* 48, 673–674.

Joffe A. Z. (1971) Alimentary toxic aleukia. In *Microbial Toxins*, Vol. VII, edited by Kadis S., Ciegler A. and Ajl S. J., pp. 139–189. Academic Press, Inc., New York.

Kreiss K. and Hodgson M. (1984) Building associated epidemics. In *Indoor Air Pollution*, edited by Walsh J., Dudney C. and Copenhaver E., pp. 87–106. CRC Press, Boca Raton, FL.

Krishnamurthy T. (1985) CRDC, U.S. Army Armament, Munitions, and Chemical Command, Aberdeen Proving Grounds, MD 21010. We thank Dr Krishnamurthy for providing us with these data.

Morey P. R., Hodgson M. J., Sorenson W. G., Kullman G. K., Rhodes W. W. and Visvesvara G. S. (1984) Environmental studies in moldy office buildings: biological agents, sources and preventive measures. *Ann. Am. Conf. Ind. Hyg.* 10, 21–35.

Otokawa M. (1983) Immunological disorders. In *Trichothecenes—Chemical, Biological, and Toxicological Aspects. Devel. Food Sci.* Vol. 4, edited by Ueno Y., pp. 163–170. Elsevier, New York.

Pathre S. V. and Mirocha C. J. (1977) Assay methods for trichothecenes and review of their natural occurrence. In *Mycotoxins in Human and Animal Health*, edited by Rodericks J., Hesseltine C. W. and Mehlman M. A., pp. 229–253. Pathotox, Inc., Park Forrest South, IL.

Sato N. and Ueno Y. (1977) Comparitive toxicities of trichothecenes, pp. 295–307. In Rodericks J., Hesseltine C. W., and Mehlman M. A. (ed.). *Mycotoxins in Human and Animal Health*, Pathotox, Inc., Park Forrest South, IL.

Schneider D. J., Marasas W. F. O., Kuys J. C. D., Kriek N. P. J. and van Schalkwyk G. C. (1979) A field outbreak of suspected stachybotryotoxicosis in sheep. *J. S. Afr. Vet. Assoc.* 50, 73–81.

Smitka T. A., Bunge R. H. and French J. C. (1984) Two new trichothecenes, PD 113,325 and PD 113,326. *J. Antibiotics* 37, 823–828.

Takitani S. and Asabe Y. (1983) Thin-layer chromatographic analysis of trichothecene mycotoxins. In *Trichothecenes—Chemical, Biological, and Toxicological Aspects. Devel. Food Sci.* Vol. 4, edited by Ueno Y., pp. 113–120. Elsevier, New York.

Tamm C. (1974) The antibiotic complex of the verrucarins and roridins. *Fortschr. Chem. org. Naturst.* 31, 61–117.

Terao K. (1983) The target organella of trichothecenes in rodents and poultry. In *Trichothecenes—Chemical, Biological, and Toxicological Aspects. Devel. Food Sci.* Vol. 4, edited by Ueno Y. Elsevier, New York.

Ueno Y. (1977) Trichothecenes: overview address. In *Mycotoxins in Human and Animal Health*, edited by Rodericks J., Hesseltine C. W. and Mehlman M. A., pp. 189–207. Pathotox, Inc., Park Forrest South, IL.

Ueno Y. (1980) Trichothecene mycotoxins—mycology, chemistry, and toxicology. *Adv. Nutr. Sci.* 3, 301–353.

Ueno Y. (ed.) (1983) *Trichothecenes—Chemical, Biological, and Toxicological Aspects. Devel. Food Sci.* Vol. 4. Elsevier, New York.