EXHIBIT
52

# osols, Fungi and Mycotoxins: alth Effects, Assessment, Prevention and Control

## Updated and Revised Reprint

Edited by:
Eckardt Johanning M.D., M.Sc.



us heads



mold in home



posting facility




home biogarbage container

ai School of Medicine, New York, New York
Department of Community Medicine
Fungal Research Group, Inc. (FRG)

© 2001 Fungal Research Group (FRG), Inc., Albany, New York, U.S.A. All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form by any means, electronic, mechanical, photocopying, recording or otherwise without the prior written permission of the publisher, Fungal Research Group (FRG), Inc., Albany, New York, U.S.A..

Special regulation for readers in the U.S.A. This publication has been registered with the Copyright Clearance Center Inc. (CCC), Danvers, MA, 01923, USA, 978-750-8400. Information can be obtained from the CCC about conditions and which photocopies of parts of this publication may be made in the U.S.A. All copyright questions, including photocopying outside the U.S.A. should be referred to the copyright owner, Fungal Research Group (FRG), Inc., 108 Euclid Avenue, Albany, New York, U.S.A, unless otherwise specified.

No responsibility is assumed by the editor and publisher for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions or ideas in the material herein.

Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control - Update and Revised Edition

Edited by Dr. med. Eckardt Johanning M.D., M.Sc.

International Standard Book Number: 0-9709915-0-9

Supported by Fungal Research Group (FRG), Inc.

Composed by KJ Editing Service International, Essen

Printed by Boyd Printing Company, Inc., Albany, New York

Library of Congress Card Number: 2001117390

Printed in the U.S.A. on acid-free paper (5/2001)

These are the proceedings of the

THIRD INTERNATIONAL CONFERENCE
ON FUNGI, MYCOTOXINS AND BIOAEROSOLS
Health Effects, Assessment, Prevention and Control.
September 23-25, 1998 · Saratoga Springs, New York, U.S.A.

## CONFERENCE ORGANIZER

This conference was organized by the Eastern New York Occupational and Environmental Health Center (ENYOEHC), one of eight New York State clinical centers of excellence, providing diagnostic, treatment and prevention services for occupational and environmental diseases. This clinic network was created by the New York State Legislature in 1987. ENYOEHC is administered by Kaiser Permanente, Northeast Division, and serves 22 counties along the eastern corridor of New York State.

No outside funding was used to support this conference and the publication of these proceedings. Conference funding came from registration fees paid by participants and in kind support from ENYOEHC.

### ACKNOWLEDGMENT:

I wish to thank Prof. Ragnar Rylander, University of Gothenburg, Sweden and Prof. Philip J. Landrigan, Mount Sinai School of Medicine, New York, United States for their special and continuing support, encouragement and advice. The staff of the Eastern New York Occupational and Environmental Health Clinic, Albany, N.Y., Chris Grosse, Anne Tencza, Wanda Parsons, Niki Burton, Donna Harrington, Sue Roerig, Mary Brennan, Helen Lavender, Dee Vannie, Dr. Jean Xiao, and John VanRaalte, who has shown great enthusiasm and helped in making the conference an organizational success, deserves a special thank you.
The editor.

### 2ND EDITION - INTRODUCTION

This is the 2nd edition with some minor corrections and updates requested by a few authors. It contains a summary of the "current state of knowledge" formulated at the recent Bioaerosols, Fungi and Mycotoxins satellite meeting in Espoo, Finland, which was held in connection with the Healthy Buildings 2000 conference, August 6-10, 2000. Further, the revised "New York City Department of Health Mold Remediation Guidelines" have now been released and are included for public distribution. It incorporates the scientific and special interest positions and tries to present a practical approach and solutions to indoor mold contamination, assessment, remediation and control. Indoor mold contamination and its public health impact have continued to gain further importance and scientific research interest. Advanced sampling technology and non-allergic health implications, i.e., toxic and inflammatory effects on the nervous, endocrine

and reproductive systems are receiving more attention. New research results will help to understand the complexity of fungal exposures, individual susceptibility and indoor fungal diseases. We included WEB Sites that will keep the reader better informed about this work and the results of the various international workgroups.

For information about the next meeting scheduled for the fall of 2002, please check: www.fungalresearchgroup.com

Dr. med. Eckardt Johanning M.D., M.Sc. (Editor)

## CONFERENCE ORGANIZING COMMITTEE

Eckardt Johanning, MD, MSc., Conference chair
Eastern New York Occupational & Environmental Health Center
Mount Sinai School of Medicine

Kari Reijula, MD, PhD, Director
Indoor Air and Environment Program
Finnish Institute of Occupational Health
Helsinki, Finland

Pierre Auger, MD,
Director, CLSC Haute-Ville
Charlesbourg, Quebec

Chin Yang, PhD.
President, P&K Microbiology Services
Cherry Hill, New Jersey

Paul Landsbergis, PhD
Associate Professor
Cornell University
New York, NY

Ed Olmsted, MS, CIH, CSI
President, Olmsted Environmental Services
Garrison, New York

Christine Grosse, MSc.
Director of Outreach & Education
ENYOEHC

Helen Koonz, CME Coordinator
Kaiser Permanente Northeast Division
Latham, New York

Cindy Spiezo, CME Coordinator
Albany Medical College
Albany, New York

# Contents

**oduction**

onference organizer . . . . . 10
ıd Edition - Introduction . . . . . 10
ıtroduction by Eckardt Johanning . . . . . 12
ïreetings by Joseph Forgacs . . . . . 22
;reetings by H. Bruno Schiefer . . . . . 24

**apter 1**

**:alth Effects; Pathology; Epidemiology**

:ffects after mold exposure - which are the causative agents? . . . . . 28
lagnar Rylander

Ecology, detection and identification problems of moulds in indoor environments . . . . . 33
Robert A. Samson

Occupational exposure to molds; diseases and diagnosis . . . . . 38
Kari Reijula

Indoor moulds: a public health problem in Belgium: overview of 15 years' experience . . . . . 48
Nicole Nolard

Pilot analysis of the immune response to fungal antigens in subjects working in humidity damaged houses . . . . . 54
Anja S. Tiilikainen, Irmeli Heikkinen, Kirsi Vedenpää, Riitta Karttunen,

Can microbial volatile metabolites cause irritation at indoor air concentrations? . . . . . 60
Anna-Liisa Pasanen, Anne Korpi, Jukka Pekka Kasanen, Pertti Pasanen

Growth conditions of streptomyces anulatus regulate induced inflammatory responses and cyto toxicity in macrophages. . . . . . 66
Maija-Riitta Hirvonen, Merja Suutari, Ulla Lignell, Marjo Ruotsalainen, Aino Nevalainen

Clinical findings related to indoor fungal exposure - review of clinic data of a specialty clinic . . . . . 70
Eckardt Johanning, Paul Landsbergis

Pulmonary hemorrhage among infants with exposure to toxigenic molds: an update . . . . . 79
Ruth A. Etzel, Dorr G. Dearborn

IAQ and human toxicosis: empirical evidence and theory . . . . . 84
Harriet M. Ammann

Cognitive impairment associated with exposure to toxigenic fungi . . . . . 94

Wayne A. Gordon, Eckardt Johanning, Lisa Haddad

Symptoms associated to work in a water damaged school building .................. 99
T. Sigsgaard, H.L.C. Jensen, E. Nichum, S. Gravesen, L. Larsen, M.Ø. Hansen

Sensory irritation of microbially produced volatile organic compounds in mice during repeated exposures .......................................... 106
Anne Korpi, Jukka-Pekka Kasanen, Anna-Liisa Pasanen

Immunological biomonitoring in the assessment of exposure to airborne fungi from waste handling .......................................... 112
J. Bünger, M. Müller, K. Stalder, E. Hallier.

Waste handling is strongly associated with dyspnoea .......................... 119
Niels Ebbehøj, Niels O. Breum, Gerard J. Coenen, Ulla I. Ivens, Birgitte Kjær, Thomas Lund, Poul Suadicani, Uffe Midtgaard, Helle Würtz, Torben Sigsgaard

An assessment of exposure and respiratory health among sewage treatment pressroom workers .......................................... 125
Michael B. Lax, Greg Siwinski, Federica A. Manetti

Chronic toxic encephalopathies apparently related to exposure to toxigenic fungi ..... 131
Pierre L. Auger, Pierrot Pépin, J. David Miller, Manfred Gareis, Julien Doyon, Rémi Bouchard, Marie-France Pinard, Claude Mainville

Inhalation of (1→3)-β-D-glucan in humans .................................. 139
L. Beijer, J. Thorn, R. Rylander

Building-related illness in occupants of mold-contaminated houses: A case series
James Craner .......................................... 146

Diagnosing the cause of a "sick building:" a case study for an epidemiological and microbiological investigation .......................................... 158
James Craner, Linda D. Stetzenbach

Fungal exposure and IgG-levels of occupants in houses with and without mold problems .......................................... 166
A. Hyvärinen, M. Reiman, T. Meklin, T. Husman, M. Vahteristo, A. Nevalainen

The immunopathology of hypersensitivity reactions .......................... 169
Vincent A. Marinkovich

Exposure to *Stachybotrys chartarum* induces immunoglobulin A antibody response in man .......................................... 174
Päivi Raunio, Anna-Liisa Pasanen, Tuula Husman, Tuomas Virtanen

Impacts of airborne viruses on indoor environments .......................... 179
Douglas T. Reindl

Sensitization to molds and respiratory symptoms in school children ................ 186
T. Taskinen, A. Hyvärinen, T. Meklin, T. Husman, A. Nevalainen, M. Korppi

Glucan exposure and airways inflammation among household waste collectors in two municipalities in Sweden .......................................... 190
Jörgen Thorn, Lena Beijer, Ragnar Rylander

Moisture observations and health . . . . . 195
Mikko Vahteristo, Jouni Räsänen, Tuula Husman, Aino Nevalainen

## Chapter 2
## Exposure Assessment; Analytical Methods

Mycotoxin cytotoxicity screening of field samples . . . . . 202
Manfred Gareis, Eckardt Johanning, Ritchie Dietrich

The effect of inhaled spores of mycotoxin producing fungi on animals . . . . . 214
Eeva-Liisa Hintikka

Trichothecenes as a potent inducer of apoptosis . . . . . 221
Hiroki Okumurai, Naoto Yoshino, Yoshitsugu Sugiura, Masao Sugamata, Eeva-Liisa Hintikka, Bruce Jarvis, Yoshio Ueno

Analysis for *Stachybotrys* toxins . . . . . 232
Bruce B. Jarvis, Simon F. Hinkley

Assessing bioaerosols in elementary school classrooms . . . . . 240
K.H. Bartlett, S.M. Kennedy, M. Brauer, B. Dill, C. vanNetten

Anatomy of a fungal problem . . . . . 245
Neil Carlson, Arif Quraishi

Characterization of bioaerosol emissions from a suburban yard waste composting facility . . . . . 254
Luke Curtis, Mary Ross, Joe Chung, Peter Scheff, Victoria Persky, Richard Wadden, Viswanathan Ramakrishnan, Daniel Hryhorczuk

Airborne contamination of Eastern Canada sawmills . . . . . 258
Caroline Duchaine, Anne Mériaux, Yvon Cormier

Prevalence of fungi in carpet dust samples . . . . . 268
Mark Hodgson, Richard Scott

Detection and decontamination of a facility contaminated with fungi including *Stachybotrys chartarum*: a case study . . . . . 275
Ling-Ling Hung

Case study: Airborne concentrations of *Trichoderma* and *Stachybotrys* linked to mycotoxicosis . . . . . 282
Larry D. Robertson

Fungal genera identified from flooded wall cavities . . . . . 287
Constance L. Jenkins, Peter H. Sierck

## Chapter 3
## Microbiology

Exposure measures for studies of mold and dampness and respiratory health . . . . . 298
J. David Miller, Robert Dales, Jim White

Fungal growth in buildings: the aerobiological perspective . . . . . . . . . . . . . . . . . . . . . . . 3(
Harriet A. Burge

Why are there still problems with fungal allergen extracts? . . . . . . . . . . . . . . . . . . . . . . . . 31
W. Elliott Horner, Samuel B. Lehrer

From fungal exposure to disease: a biological monitoring conundrum . . . . . . . . . . . . . . 32
Raymond E. Biagini

Comparative studies of fungal media for the recovery of *Stachybotrys chartarum* from environmental samples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Stella M. Tsai, C. S. Yang, P. Heinsohn

Heteroduplex DNA fingerprinting of *Penicillium brevicompactum* from house dust . . . . . . 33
James A. Scott, Neil A. Straus, Bess Wong

The Trichodiene Synthase Gene from *Stachybotrys chartarum*: A potential diagnostic indicator of indoor contamination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Neil A. Straus, James Scott, Bess Wong

Microscopic fungi and their metabolites in dwellings - a bioassay study . . . . . . . . . . . . . 35
Elena Piecková, Zdenka Jesenská, Ken Wilikins

Moisture, mold and health in apartment homes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
A. Nevalainen, M. Vahteristo, J. Koivisto, T. Meklin, A. Hyvärinen, J. Keski-Karhu, T. Husman

Toxigenic microbes in indoor environment: identification, structure and biological effects of the aerosolizing toxins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
M.S. Salkinoja-Salonen, M.A. Andersson, R. Mikkola, A. Paananen, J. Peltola, H. Mussalo-Rauhamaa, R. Vuorio, N-E. Saris, P. Grigorjev, J. Helin, U. Koljalg, T. Timonen

An assessment of the occurrence of mould bioaerosols in the in- and outdoor environment of shacks in Durban, South Africa . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
N. Gqaleni, S. Danaviah, S. Bux, AA.Chuturgoon, M.F. Dutton

Evaluation of exposure to environmental bacteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . 381
Laitinen Sirpa, Kangas Juhani

Analysis of microbial contamination of a ventilation system detected by measurement of microbial volatile organic compounds. . . . . . . . . . . . . . . . . . . . . . . . . . 38(
Marion J. Fedoruk, Steven Uhlman, Dean B. Baker, Haiou Yang

Mycobacteria and related genera are major colonizers of a wall in a children's day care center . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 396
Maria Andersson, Irina Tsitko, Riitta Vuorio, Mirja S. Salkinoja-Salonen

Cellular and humoral responses in an animal model inhaling *penicillium* chrysogenum spores. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 403
J. Danny Cooley, Wing C. Wong, Cynthia A. Jumper, David C. Straus

Sporulation of the hyphomycete *Stachybotrys chartarum* under three light conditions . . . . 411
Patricia Heinsohn, Sharon Harney, K. Alexandros Exuzides

Mycotoxin spectra as a biochemical parameter for occupational and environmental

fungus exposure ........ 418
M. Müller, J. Bünger, E. Hallier

Production of mycotoxins on water damaged building materials........ 423
Kristian Fog Nielsen, Suzanne Gravesen

Membrane toxic substances in water-damaged construction materials and fungal pure cultures........ 432
Joanna Peltola, Maria M. Andersson, Raimo Mikkola, Helena Mussalo-Rauhamaa, Mirja S. Salkinoja-Salonen

Effects of *Stachybotrys chartarum* spores and toxin on alveolar surfactant phospholipid composition and concentration in mice........ 444
M.W. Sumarah, T.G. Rand, M. Oulton, C.D. Mason, J. MacDonald, M. Anthes

Different methods to characterize moldy buildings........ 453
Mika Toivola, Marjut Reiman, Anne Hyvärinen, Teija Meklin, Aino Nevalainen

Comparative studies of collection efficiency of airborne fungal matter using Andersen single-stage sampler and Air-O-Cell cassettes........ 457
Stella M. Tsai, Chin S. Yang, Patrick Moffett, Andrew Puccetti

Trichothecene mycotoxins in some water-damaged buildings........ 465
Tapani Tuomi, Lauri Saarinen, Sanna Lappalainen, Outi Lindroos, Marjo Nikulin, Kari Reijula

**Chapter 4**

**Applied Research**

Sarcoidosis and exposure to occupational and environmental agents........ 476
Carol Ortiz, Michael Hodgson, Daniel McNally, Eileen Storey

Immunochemical detection of mycotoxins associated with Stachybotryotoxicosis........ 482
R. Dietrich, E. Johanning, M. Gareis, E. Schneider, E. Usleber, E. Märtlbauer

**Chapter 5**

**Prevention, Mitigation and Control**

Mitigation of visible fungal contamination in buildings: Experience from 1993 - 1998........ 494
Philip R. Morey, Daryl Sawyer

Microfungal contamination of damp buildings: biological aspects........ 505
Suzanne Gravesen

During removal of bioaerosol contaminated roof substrate material in an occupied facility........ 512
William A. Turner, Steve M. Caulfield, Francis A. Patnode, Gerard Blanchette, Terry Brennan

Characterization, prevention, and control of mildew in residential environments: an applied research study . . . . . 516
Eugene C. Cole, Carl E. Cook, Pamela D. Dulaney, Keith E. Leese, Michael S. Newell, Mehboob U. Ahmed, Laurie Selman, Holly A. Bowers, April L. Corbett, Cari J. Cole

ACGIH TLV Statement on bioaerosols; American Council of Government Industrial Hygienists . . . . . 520
Harriet M. Ammann

Industrial hygiene & clearance considerations for a microbial remediation project . . . . . 523
John A. Tiffany, Howard A. Bader, Adam J. Pratt

Microbes and moisture content of materials from damaged building . . . . . 529
T. Meklin, S. Haatainen, E. Kauriinvaha, A.-V. Kettunen, U. Haverinen, M. Vahteristo, M. Viljanen, A.Nevalainen

Use of MVOC measurements and odor perception as indicator of mould in indoor areas . . . . . 532
R. Keller, K. Senkpiel, H. Ohgke

A model for assessing health risks associated with exposures to legionella bacteria. . . . . 538
Brenda E. Barry, Jerry F. Ludwig, John F. McCarthy

Concentrations of viable spores of fungi and actinomycetes in ventilation channels . . . 541
Outi Lindroos, Sanna Lappalainen, Kari Reijula

Fungi and endotoxin exposure in paper and glass recycling plants . . . . . 544
H. Würtz, N.O. Breum, N. Ebbehøj, O. Jorgensen, U. Midtgaard, N. Nielsen

Air quality restoration in a fungal contaminated building; a case study . . . . . 549
Herman Sabath

Sampling, results & remediation in 300 "sick houses" . . . . . 554
Jeffrey C. May

Identifying and preventing fungal contamination problems in new home construction . . . . . 561
Päivi Salo

A toxic mold cleanup guide . . . . . 568
Jim H. White

**Chapter 6**

**Public and Occupational Health Issues**

Development of a Public Health Intervention Program in Finland. . . . . 574
T. Husman, A. Nevalainen

An assessment of mold contamination problems in Atlantic Canada schools:mold burdens, amplifying sites and benefits of proactive school inspection policies. . . . . 581

Thomas G. Rand

**Special Section**

Molds as an environmental factor in infant leukemia? . . . . . . . . . . . . . . . . . . . . . . . . . . 594
L. Casteleyn, K. Van Damme, H. Van den Berghe

Microbial contamination litigation: expert witnesses and scientific evidence . . . . . . . . . . 595
Edward H. Cross

Field report: Initial microbiological assessment in four new condominiums . . . . . . . . . . 603
Michael McGuinness, Patrick D. McGuinness

Learning from *Stachybotrys Chartarum*: How to find hidden mold in buildings . . . . . . . . . 611
Claude Mainville, Marie-France Pinard, Louis Gagnon, Robert Kelley, Alain Beaudet

Concentrations of airborne viable spores of fungi and actinomycetes in mold-damaged offices and schools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 616
Sanna Lappalainen, Outi Lindross, Kari Reijula

Allergens, diagnosis, and pathogenesis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 620
Viswanath P. Kurup

**Up-date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 627

Exposure assessment and health effects - a follow-up meeting to the 3rd International Conference on Fungi, Mycotoxins and Bioaerosols (Saratoga Springs, N.Y.) . . . . . . . . . . 628
Aino Nevalainen, Eckardt Johanning, Tjina Reponen, Kari Reijula, Tuula Husman

Guidelines on assessment and remediation of fungi in indoor environments . . . . . . . . . 635
New York City Department of Health Bureau of Environmental & Occupational Disease Epidemiology

Web-sites recommended by various authors for general information and as resources . . 652

**Photos** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 655

**Authors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 657

**Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 661

**Color Plates** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 671

Sewage
Organic
M STP
Dusts.
Raton,
dustrial
iology

# CHRONIC TOXIC ENCEPHALOPATHIES APPARENTLY RELATED TO EXPOSURE TO TOXIGENIC FUNGI.

PIERRE L. AUGER[1] M.D., PIERROT PÉPIN[2] H.I., J. DAVID MILLER[3] Ph.D., MANFRED GAREIS[4] D.V.M., Ph.D., JULIEN DOYON[5] Ph.D., RÉMI BOUCHARD[5] M.D., MARIE-FRANCE PINARD[6] Ph.D., CLAUDE MAINVILLE[6] Ing.

[1] CLSC Haute-Ville, Santé au travail, 530 Boul. de l'Atrium, #101, Charlesbourg, (Québec), Canada, G1H 7H1. [2] CLSC Rivières et Marées, 22, rue St-Laurent, Rivière-du-Loup, (Québec), Canada, G5R 4W5. [3] Research Branch, Agriculture Canada, Ottawa, (Ontario), Canada, K1A 0C6. [4] Institute for Microbiology and Toxicology, Federal Center of Meat Research. E.-C.-Baumann-Str 20, D-95326, KUMLBACH, Germany; [5] Département de Psychologie et Centre de Recherche en Neurobiologie, Université Laval, Québec, Canada,G1K 7P4; [6] Laboratoire VITAL/AIR, Microbiologie et biochimie, Salubrité des bâtiments(M.F.P.) and NATUR'AIR-KIWATIN (C.M.) 1264 Sherbrooke

## ABSTRACT

This report concerns four cases of neurotoxic encephalopathies possibly caused by a prolonged exposure to toxin producing filamentous fungi (molds) in the workplace. We will also demonstrate that complete fungal evaluation with species identification and complementary cytotoxicity testing can be useful to identify possible causes of health effects of mold exposures.

## KEY WORDS :

toxic encephalopathy, toxigenic fungi, molds, mycotoxins, *Aspergillus fumigatus,Penicillium crustosum, Penicillium brevicompactum, Fusarium incarnatum, Penicillium aurantiogriseum,* biological contamination.

## INTRODUCTION

In 1987, a report by Tobin et al. (1987) published in Canada, drew for the first time, the attention of public health officers to the danger of exposure to spore-borne toxins in indoor air. Fungal toxins have irritant, immunosuppressive, neuro-toxicological and carcinogenic effects (Hendry et al. 1993; IARC, 1993). These include damage to the central nervous system (CNS), immune functions, gastro-intestinal tract, the heart, liver and kidney (Beardall and Miller 1994; Prelusky et al. 1994). The American Industrial Hygiene Association (AIHA) also affirmed the risks of mycotoxins in their proposed guidelines for bioaerosols assessment (Dillon et al. 1996).

Recent reports have suggested neurotoxic symptoms in human subsequent to exposure to airborne spores of toxigenic fungi (Auger et al.1994; Croft et al. 1986; Johanning 1996; Recco et al. 1986).We report four cases who were diagnosed with type 2b solvent type syndrome (Lundbert et al. 1995) with similar neuropsychological findings concurrent with sensitive neu-

ropathy and asthma in some of them. No other cause was discovered except the exposure to airborne toxigenic fungi in the workplace.

## MATERIALS AND METHODS

### BUILDING HISTORY

1-First building: It is a fifty year old harbour station. In 1985, a waiting room was built over a crawl space. At the same period, the basement was excavated and repaired. In 1992, there was a sewer back up in the building, and appropriate cleaning measures were taken. There were also episodes of water leaking from the roof which was repaired. The building has one floor over a basement and for one third of the surface a crawl space. On the first floor, there are two offices and a meeting room, both carpeted. There is also two washrooms, and waiting room and a photocopier. Crawl space odor was discernable in the offices. The basement is constructed from concrete with gypsum wall. Visual inspection revealed numerous water leaks and mold growth. There was a strong musty odor. Smoke tube testing demonstrated that the building was under negative pressure to the crawl space allowing the crawl space air to be spread to other areas of the building.The relative humidity was often over 80% in the crawl space and varied between 25-65% in the rest of the building depending on the season the measurements were made. Formaldehyde and mineral spirit were undetectable in the workplace air. CO2 readings were in appropriate range (350 ppm outdoors, 400-500 ppm indoors). This harbour is located very far from any environmental source contamination. The potable water was from commercial bottling suppliers and was brought with the occupants when they move to a second office where their symptoms began to resign.

2-Second building: This medical office was located in a basement of a twenty years=old building. It suffered severe flooding in March 1992. On june 14 1993, the clinic was inspected by a public health officer. He was able to detect a strong musty odor, traces of water damage and rotting wood frames. There was also a sumppump located into a slimy well. The premises were poorly ventilated. This building is located in a plushy suburban city and there was no obvious environmental source contamination around. The occupants consumed water from the municipal water supply aqueduct which was devoid of problem at the time.

### MICROBIAL SAMPLES

1-First building: Tests for airborne bacteria and fungi were made on two occasions; once in the winter and in the spring, after a thorough cleaning of the building. Samples were obtained using the two stage Anderson N6 sampler (Andersen Instrument Inc, Atlanta, GA, USA). The sampling rate and time were 28.3 L/min. for two minutes. In the crawl space, sampling time was shortened to one minute because of the higher concentration of propagules. The airflow was calibrated with a Kurz heating wire flow rate calibrator model 543 (Kurtz Instruments Inc, Carmel Valley, CA, USA). The media used were Sabouraud Dextrose Agar (SDA) for fungi and Trypticase Soya Agar (TSA) for bacteria. Dust samples were collected with a vacuum cleaner and a surface air system (SAS) model 5203 (Pool Bioanalysis Italiana, Milan, Italy) at a flow rate of 180 l/min. for one minute. These methods allow the detection of fungal problems not easily found by air sampling methods (Dillon et al. 1996). The attachments were cleaned with 70%

ethanol. To minimize cross contamination, dust sampling was performed first in the homes of the cases and then in the problem building. Samples of dust were also collected with toilet paper. For fungal analysis, a portion of the sample was weighed and was diluted to extinction in sterile water and cultured by the spread-plate method in 2% with rose bengal and a 2% MEA with 10% NaCl malt extract agar (Miller et al. 1988).

Second building: scraping and dust samples were collected and cultured as previously by spread plate method with Rose-Bengal, cellulose and Czapek (Miller et al. 1988, Dillon et al. 1996)).

### Cytotoxicity testing

The remaining portions of the dust samples were weighed and extracted with acetonitrile water and the extract defatted with hexane. The extracts were dried and redissolved in cell culture medium and diluted and a 100x dilution series prepared. Samples were incubated with swine kidney (SK) cells to which the yellow tetrazolium salt MTT (3-[4,5-dimethylthiazole-2-yl]-2-5 diphenyltetrazolium bromide) had been added. Optical density was measured spectrophotometrically at 510 nm. Viability of the cells was determined by the extent of conversion by mitochondrial enzymes to purple formazan crystals. Measurements were made of the minimum concentration of extracts that caused unambiguous cytotoxicity (80% decrease of cleavage activity in MTT as compared to control cells; (Gareis, 1994).

### Medical evaluation

A preliminary physical examination was done by one physician (PLA), followed by a thorough neurological assessment by a certified neurologist (RB). They were finally seen by a certified neuropsychologist (JD) for detailed neuropsychological evaluation. This latter examination included a series of tests designed to measure intellectual abilities (Wechsler Adult Intelligence Scale, revised WAIS-R), memory functions (Wechsler memory scale, revised Rey complex figures, Rey Auditory Verbal learning test, Recognition test of non familiar faces), language functions (Token test, Wingfield Naming test, Chapman-Cook Reading test), attentional and concentration capacities (Wisconsin card sorting test and word fluency test), visuospatial and visuoconstructive abilities (Mooney faces test and Hooper) as well as coordination capacities (Purdue Pegboard Test and Substitution subtests of the WAIS-R) and sensorimotor functions (two-points discrimination test, passive movements and double stimulation on the hand, body and face). It is important to note that norms of each test were used to determine whether the performance on a particular task was significantly impaired or not (Lesak, 1983).

## RESULTS

### Exposure data

The results of sampling for airborne bacteria and molds are presented in Table I. Data from the sampling taken before and after cleaning showed the presence of high numbers of gram positive bacteria. The sample taken before the cleaning shows a distribution of species in the crawl space and basement very different than that from outdoor air. Species identified in base-

ment and crawl space air samples included *Aspergillus versicolor*, *A. fumigatus* and *Penicillium aurantiogriseum*.

In the medical clinic, species identified included *Penicillium crustosum*, *Penicillium brevicompactum*, *Fusarium incarnatum*.

**TABLE I:** Concentration (CFU/m$^3$) of bacteria and molds in the workplace in the first building.

| Location | Crawl space | Basement | Office | Outdoors |
|---|---|---|---|---|
| 94-01-10 | | | | |
| bacteria | 710 | 590 | 210 | ND |
| gm- | 40 | 40 | ND | ND |
| gm+ | 680 | 550 | 210 | ND |
| 95-05-11 | | | | |
| bacteria | TNTC | TNTC | 650 | 110 |
| gm- | TNTC | TNTC | 650 | 70 |
| gm+ | TNTC | TNTC | ND | 40 |
| 94-01-10 | | | | |
| *Acremonium* | 790 | 1375 | 160 | ND |
| *Aspergillus* sp. | 210 | 250 | | |
| *Penicillium* sp. | 110 | 460 | | |
| *Cladosporium* | 40 | 60 | 40 | 210 |
| 95-05-11 | | | | |
| non sporulating | 1206 | 0 | 200 | 0 |
| *Chaetomium* | 0 | 610 | ND | ND |
| *Aspergillus* sp. | 140 | 450 | 40 | ND |
| *Cladosporium* | 20 | ND | 40 | 3280 |
| *Vertilcillium* | 20 | ND | ND | ND |
| unknown | ND | 70 | ND | 20 |
| *Penicillium* | ND | 20 | ND | ND |
| *Monilia* | ND | 20 | ND | ND |

ND: Not detected

TNTC: Too numerous to count

Data on the cytoxicity are presented in table II. Dust retrieved from the crawl space and basement floors as well produced cytotoxic extracts. Dust wiped from the floor of the office space after cleaning produced extracts 10-100 times less cytotoxic (data not shown).

**TABLE II:** Cytoxicity of extracts of dust samples to swine kidney cells.

| sample location | cytoxicity (mg/ml) |
|---|---|
| crawl space | 13 |
| basement | 3 |
| office | 0.8 |
| control 1 | 0.4 |
| control 2 | 0.2 |

Results are expressed as the reciprocal x 100 of the minimum concentration that caused unambiguous cytotoxicity (mg extract/ml culture media; higher values the higher the toxicity)

## MEDICAL FINDINGS

1. The first patient was a forty two year old man who gradually noticed two months after arriving in the building (1985) symptoms including: lassitude, difficulty in mental concentration, extreme fatigue, memory problems, insomnia, palpitations, muscle soreness, dizziness, irritability, nervousness, diminution of libido, dysgeusia, alopecia, tingling in hands and feet, clammy hands. He stopped smoking in 1985, is a social drinker and his medical history is clean except for mild allergic reactions to weeds, feathers, and cat dander. Physical examination was unremarkable except for a socklike pattern of sensory diminution of skin pain and temperature sensation. This was later confirmed by electromyographic study in the lower limbs. Biological testing comprising hematological, renal, liver, thyroid function tests and blood lead, mercury and arsenic were all within the normal ranges. This man had also been directed to a specialized laboratory for investigation of sleep apnea. Nocturnal oxymetry failed to confirm this diagnosis.Serum precipitins for *Aspergillus fumigatus* were absent. At first this man did not make any relationship of his disease with his occupational environment but later reported an improvement when he left the building for more than a week.
2. The second patient was a thirty four year old woman who noticed 7-8 months after her arrival in the building (1985) symptoms of fatigue, irritability, headaches, muscle soreness and weakness, insomnia, dysgeusia, mild alopecia, repetitive sinusitis, problems of memory and mental concentration and finger tingling. She had noted an unusual lower level of productivity at work. Six years later (1991) she started to complain of wheezing, cough, and shortness of breath; the diagnosis of asthma was made and she was then treated with bronchodilators and corticosteroids. Her medical past was also clear with no evidence of atopy in her family. She was a smoker.Physical examination was unremarkable except for suspected clinical bilateral carpal tunnel and thoracic outlet syndromes that could explain the finger tingling sensations. Biological testing comprising hematological, renal, liver, thyroid function tests were all normal. Immunology testing yielded slightly elevated total IgM with normal IgE and normal complement levels.
3. The third patient was a 54 year old pediatrician who had been working in that clinic located in the second building for a short period. He commenced to complain of fatigue, memory and mental concentration difficulties at the beginning of september 1992. His condition worsened while still working in this environment. In may 1993, a diagnosis of chronic interstitial nephritis was made. The disease was consecutive to light chains deposits. Even though his renal disease progressed, he felt a lot better when he stopped working in his office. He finally died five years later from renal failure.
4. The fourth patient was the 46 year old pediatrician's medical secretory who also began noticing fatigue, memory and mental concentration difficulties early in may 1992. Her condition worsened to the point that she had to resign from her job. On cessation of exposure she began to feel better. But she never felt as good as she was before working in that environment.Today, she feels easily tired with attention problems. On physical examination, the neurologist could elicit signs of a sensitive neuropathy which was not confirmed by nerve conduction studies. The biological work-up was essentially normal.

## NEUROPSYCHOLOGICAL TESTING

The first case performed within normal limits for the majority of the tests, but showed significant deficits in tests measuring visual-spatial abilities and memory functions with difficulties in general memory and attention (Three months after withdrawal from the building). An identical series of tests were run one year later (fifteen months after withdrawal from the building) and his capacities had improved. At this point in time, he showed improvement in almost all of the tests except for an attention deficit which we think is permanent. His symptomatology has improved markedly but, while not feeling constantly fatigued as before, he now gets easily tired on efforts demanding mental or physical stamina.

Similar findings were retrieved in the second case after the first batch of tests i.e., anomalies with visual memory, attention difficulties and mild decrease in cognitive functions (Three months after withdrawal). Similar tests were performed one year later (Fifteen months after withdrawal) and were normal. No cognitive deficit was detected during the second assessment. Her neuropsychological symptoms had improved substantially but she was still experiencing asthmatic bouts even though she had stopped her medication on a daily basis.

The third and the fourth cases showed similar findings but on more intense scale. The medical secretary remained the most severely affected. Abnormal results were found in tests measuring her verbal comprehension, her capacities for problem resolution and her adaptation to changes in instruction. Two years later, the physician had improved as regard his visual abilities even though his renal condition was worsening, whereas for the female the neuropsychologic findings remained identical.

## DISCUSSION

These four workers presented with the necessary criteria of neurotoxic encephalopathies (Lundbert et al. 1994). They definitely improved after fifteen months of leaving the workplace except for one. There was no intrinsic organic cause for the appearance of these syndromes. Likewise no other neurotoxic environmental agents (heavy metals, solvents) were detected or suspected in significant probability to be accountable for the clinical findings. The only abnormal circumstance was the high exposure to a number of toxigenic molds in the workplace. Data on the cytotoxicity are presented in table II. Dust wiped from the crawl space and basement floors of the first building produced cytotoxic extracts. Dust wiped from the floor of the office space after cleaning produced extracts were 10-100 times less cytotoxic

At this point in time, it could be argued that the clinical improvement in the the neuropsychological testing was from training effect of repeating the same tests instead of cessation of exposure to these toxic molds. We think that this is not the case for two reasons: firstly, the delay between the two testing sessions were fairly apart so that it would be difficult for the patients to remember many of the very specific and complex details of the test items, and secondly equivalent but different version of the tests were administered in the second evaluation.

Species identified included highly toxigenic species *Aspergillus versicolor* the toxigenic and pathogenic mold *A. fumigatus* and the toxigenic molds *Penicillium aurantiogriseum, Penicillium crustosum, Penicillium brevicompactum, Fusarium incarnatum.* All these can produce in some ways or another



neurotoxic m
an acute CN
ic dust releas
A recent arti
working in a
ersicolor. The
discrepancy b
a wider rang
three trichot
damage.

## CONCLUSI

We have desc
molds. The p
occupants of
sis should be
straints, to se
some biologi
proof. In the
exist and that
ological studi

## REFEREN


- Auger PL, like syndro Med 25:41-
- Beardall J a tor. Mycot
- Croft WA, Environ. 2
- Dillon HK Contamina Association
- Gordon KI the produc
- Gareis M. E, Yang C Occupation
- Hendry KM Environme

neurotoxic metabolites (Tobin et al. 1987, Samson et al. 1995).Also in an occupational setting, an acute CNS disease with tremor was related to an exposure coming from a cloud of organic dust released from a silo highly contaminated by *Aspergillus* spores (Gordon et al. 1993).

A recent article (Hodgson et al. 1998) has described neuropsychiatric symptoms in occupants working in a building contaminated by two toxigenic fungi: *Stachybotrys chartarum* and *Aspergillus versicolor*. The neuropsychological tests were identical to a control population. To explain the discrepancy between our results with theirs, we think that the battery of tests we used did cover a wider range of cognitive functions. The other possibility could be that the quantity of the three trichothecenes detected in their building was insufficient to produced irreversible CNS damage.

## CONCLUSION

We have described four cases of encephalopathies apparently related to exposure to toxigenic molds. The presence of toxicogenic molds in an environment suggests that when two or more occupants of a dwelling suffer from neuropsychological symptoms, a detailed exposure analysis should be done. Unfortunately we were not able, because of financial and logistical constraints, to search for mycotoxins in the environment and relate them with their presence in some biological fluids from the patients. This would have certainly brought an higher level of proof. In the meantime, we would suggest that these CNS complications to mold exposure exist and that these findings should be confirmed by other case reports and rigorous epidemiological studies.

## REFERENCES


- Auger PL, Goudeau P, Miller JD. 1994. Clinical experience with patients suffering from a chronic-like syndrome and repeated upper respiratory infections in relation to airborne molds. Amer J Ind Med 25:41-42.
- Beardall J and Miller JD. 1994. Human diseases associated with mycotoxins. In: Trenholm HL. editor. Mycotoxins in grain. St. Paul. MN: Eagan Press. p.48 Miller JD. 487-540.
- Croft WA, Jarvis BJ, Yatawara CS. 1986. Airborne outbreak of trichothecene toxicosis. Atmosph Environ. 20:549-558.
- Dillon HK, Heinsohn PA, Miller JD. editors. 1996. Field Guide for the Determination of Biological Contaminants in Environmental Samples. AIHA Biosafety Committee. American Industrial Hygiene Association, Fairfax, Virginia. Stock No 227-RC-96.
- Gordon KE, Masotti RE, Waddell WR. 1993. Tremorgenic encephalopathy: a role of mycotoxins in the production of CNS disease in humans? Can J Neurol Science 20:237-39.
- Gareis M. 1994. Cytotoxicity testing of samples originating from problem buildings. In: Johanning E, Yang CH. editors. Fungi and Bacteria in Indoor Air Environments. Eastern New York Occupational Health Program, Mount Sinai School of Medicine, New York.
- Hendry KM, Cole EC. 1993. A review of mycotoxicosis in indoor air. Journal of Toxicology and Environmental Health 38:183-93.

- Hodgson MS, Morey P, Leung WY et al. 1998. Building-associated pulmonary disease from exposure to *Stachybotrys chartarum* and *Aspergillus versicolor*. JOEM 40:241-49.
- IARC. 1993. IARC monographs of carcinogenic risks to humans: some naturally occurring substances, food, items and constituents, heterocyclic aromatic amines and mycotoxins. Lyon, France International Agency for Research in Cancer. World Health Organization.
- Johanning E, Biagini R, Hull D, Morey P, Jarvis B, Landsbergis P. 1996. Health and immunology study following exposure to toxicogenic fungi (*Stachybotrys chartarum*) in a water-damaged office. Arch Occup Environ Health. 68:207-218.
- Lezak MD. 1983. Neuropsychological Assessment. Second Edition. New-York: Oxford University Press.
- Lundberg I, Hogstedt C, Liden C, Nise CJ. 1995. Organic Solvents and Related Compounds. In: Rosenstock L, Cullen MR. editors. Textbook of Clinical Occupational and Environmental Medicine. Philadelphia: Saundres WB. 31:766-84.
- Prelusky DB, Rotter BA, Rotter RG. 1994. Toxicology of mycotoxins. In: Miller JD, Trenholm HL, editors. Mycotoxins in grain. St. Paul. MN: Eagan Press. pp. 359-404.
- Recco P, Serevantie J, De Graeve P, De Graeve J, Lebers J, Rough Y. 1986. A propos d'une stachybotryotoxicose d'allure endémique dans un club hippique de la région toulousaine: approche épidémiologique, clinique et diagnostic. Bulletin de la Société francaise de mycologie médicale XI: 233-36.
- Samson RA, Hoestra ES, Frisvad JC. 1995. Introduction to food-borne fungi. Centraalbureau Vour Schimmelcultures. Baarn. Holland.
- Tobin RS, Baranouski E, Giman AP, Kuiper-Goudman T, Miller JD, Giddings M. 1987. Significance of the presence fungi in indoor air: report of a working group. Can J Publ Health 78: p.1-14 (English), p.15-32 (French).