7

# Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control

## Updated and Revised Reprint

Edited by:
Eckardt Johanning M.D., M.Sc.



us heads



mold in home



posting facility




home biogarbage container

Mount Sinai School of Medicine, New York, New York
Department of Community Medicine
Fungal Research Group, Inc. (FRG)

EXHIBIT
tabbles
54

© 2001 Fungal Research Group (FRG), Inc., Albany, New York, U.S.A. All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form by any means, electronic, mechanical, photocopying, recording or otherwise without the prior written permission of the publisher, Fungal Research Group (FRG), Inc., Albany, New York, U.S.A..

Special regulation for readers in the U.S.A. This publication has been registered with the Copyright Clearance Center Inc. (CCC), Danvers, MA, 01923, USA, 978-750-8400. Information can be obtained from the CCC about conditions and which photocopies of parts of this publication may be made in the U.S.A. All copyright questions, including photocopying outside the U.S.A. should be referred to the copyright owner, Fungal Research Group (FRG), Inc., 108 Euclid Avenue, Albany, New York, U.S.A, unless otherwise specified.

No responsibility is assumed by the editor and publisher for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions or ideas in the material herein.

Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control - Update and Revised Edition

Edited by Dr. med. Eckardt Johanning M.D., M.Sc.

International Standard Book Number: 0-9709915-0-9

Supported by Fungal Research Group (FRG), Inc.

Composed by KJ Editing Service International, Essen

Printed by Boyd Printing Company, Inc., Albany, New York

Library of Congress Card Number: 2001117390

Printed in the U.S.A. on acid-free paper (5/2001)

These are the proceedings of the

# THIRD INTERNATIONAL CONFERENCE ON FUNGI, MYCOTOXINS AND BIOAEROSOLS

**Health Effects, Assessment, Prevention and Control.**

**September 23-25, 1998 · Saratoga Springs, New York, U.S.A.**

## CONFERENCE ORGANIZER

This conference was organized by the Eastern New York Occupational and Environmental Health Center (ENYOEHC), one of eight New York State clinical centers of excellence, providing diagnostic, treatment and prevention services for occupational and environmental diseases. This clinic network was created by the New York State Legislature in 1987. ENYOEHC is administered by Kaiser Permanente, Northeast Division, and serves 22 counties along the eastern corridor of New York State.

No outside funding was used to support this conference and the publication of these proceedings. Conference funding came from registration fees paid by participants and in kind support from ENYOEHC.

### ACKNOWLEDGMENT:

I wish to thank Prof. Ragnar Rylander, University of Gothenburg, Sweden and Prof. Philip J. Landrigan, Mount Sinai School of Medicine, New York, United States for their special and continuing support, encouragement and advice. The staff of the Eastern New York Occupational and Environmental Health Clinic, Albany, N.Y., Chris Grosse, Anne Tencza, Wanda Parsons, Niki Burton, Donna Harrington, Sue Roerig, Mary Brennan, Helen Lavender, Dee Vannie, Dr. Jean Xiao, and John VanRaalte, who has shown great enthusiasm and helped in making the conference an organizational success, deserves a special thank you.
The editor.

### 2ND EDITION - INTRODUCTION

This is the 2nd edition with some minor corrections and updates requested by a few authors. It contains a summary of the "current state of knowledge" formulated at the recent Bioaerosols, Fungi and Mycotoxins satellite meeting in Espoo, Finland, which was held in connection with the Healthy Buildings 2000 conference, August 6-10, 2000. Further, the revised "New York City Department of Health Mold Remediation Guidelines" have now been released and are included for public distribution. It incorporates the scientific and special interest positions and tries to present a practical approach and solutions to indoor mold contamination, assessment, remediation and control. Indoor mold contamination and its public health impact have continued to gain further importance and scientific research interest. Advanced sampling technology and non-allergic health implications, i.e., toxic and inflammatory effects on the nervous, endocrine

and reproductive systems are receiving more attention. New research results will help to understand the complexity of fungal exposures, individual susceptibility and indoor fungal diseases. We included WEB Sites that will keep the reader better informed about this work and the results of the various international workgroups.

For information about the next meeting scheduled for the fall of 2002, please check: www.fungalresearchgroup.com

Dr. med. Eckardt Johanning M.D., M.Sc. (Editor)

## CONFERENCE ORGANIZING COMMITTEE

Eckardt Johanning, MD, MSc., Conference chair
Eastern New York Occupational & Environmental Health Center
Mount Sinai School of Medicine

Kari Reijula, MD, PhD, Director
Indoor Air and Environment Program
Finnish Institute of Occupational Health
Helsinki, Finland

Pierre Auger, MD,
Director, CLSC Haute-Ville
Charlesbourg, Quebec

Chin Yang, PhD.
President, P&K Microbiology Services
Cherry Hill, New Jersey

Paul Landsbergis, PhD
Associate Professor
Cornell University
New York, NY

Ed Olmsted, MS, CIH, CSI
President, Olmsted Environmental Services
Garrison, New York

Christine Grosse, MSc.
Director of Outreach & Education
ENYOEHC

Helen Koonz, CME Coordinator
Kaiser Permanente Northeast Division
Latham, New York

Cindy Spiezo, CME Coordinator
Albany Medical College
Albany, New York

# COGNITIVE IMPAIRMENT ASSOCIATED WITH EXPOSURE TO TOXIGENIC FUNGI

WAYNE A. GORDON[1], Ph.D., ECKARDT JOHANNING[2], M.D.,M.Sc. LISA HADDAD[3], B.A.

[1]Professor, Department of Rehabilitation Medicine, Mount Sinai School of Medicine; [2]Eckardt Johanning, M.D., Adjunct Instructor, Department of Community Medicine, Mount Sinai School of Medicine; [3]Lisa Haddad, B.A., Research Assistant, Department of Rehabilitation Medicine, Mount Sinai School of Medicine; Research performed at Mount Sinai School of Medicine, Correspondence: Wayne A Gordon Ph.D., Department of Rehabilitation Medicine, Mount Sinai School of Medicine, 1 Gustave L. Levy Place, Box #1240, New York, NY 10029-6574, telephone: (212) 241-7917, fax: (212) 348-5901

## ABSTRACT

The objective of the study was to examine whether cognitive impairment was associated with exposure to *Stachybotrys atra.* 20 individuals were examined using a standard neuropsychological battery and a symptom checklist. Results indicate that all individuals seen meet at least 1 of the criteria for a cognitive impairment, with 13 of the 20 (65%) meeting at least 3 of the criteria for cognitive impairment. Preliminary findings suggest that exposure to toxigenic molds are associated with cognitive impairment, specifically deficits in verbal memory, verbal learning, attention/concentration and set shifting. In addition to these cognitive deficits, the sample reported a high number of cognitive, physical and behavioral symptoms. Validation on a larger sample of individuals is indicated.

**KEY WORDS:**

Cognitive impairment, neurotoxic molds, memory, learning, intelligence, *Stachybotrys atra*

## INTRODUCTION

There is an increasing body of literature on cognitive impairment associated with exposure to various forms of neurotoxin (Hartman, 1995; Ziem and McTamney, 1997). None of this research has yet to examine the relationship between exposure of neurotoxic molds and cognitive functioning, which was the focus of the current study.

## MATERIALS AND METHODS:

20 individuals who were evaluated (EJ) at the Eastern New York Occupational and Environmental Health Center between January 1993 and July 1998 and who reported cognitive changes following their exposure to toxigenic fungi *Stachybotrys atra* were evaluated for this study. While other neurotoxins may have been present, the details were not provided.

All participants were administered a comprehensive standardized neuropsychological battery (WG). The battery administered included among other tests the Wechsler Adult Intelligence



Scale (WAI
(CVLT), an
given a sym
behavioral s
Data were e
would sugg
ment were:

1. Verbal I.
   R.
2. Visual M
   Memory
3. General
   Attentior
4. The total
   and gend
5. Performa
   the age a
6. Impaired
   complete

## RESULTS

The sample
half the sam

TABLE I: D

| | |
|---|---|
| **Sex:** | |
| Male | 5 |
| Female | 15 |

In order to p
individuals t
compatible w
out disabiliti
symptoms th

Scale (WAIS-R), the Wechsler Memory Scale (WMS-R), the California Verbal Learning Test (CVLT), and the Booklet Category Test (BCT). In addition to this battery, each participant was given a symptom checklist. The symptom checklist contained 122 somatic, cognitive and behavioral symptoms.

Data were examined to determine whether or not there were a common set of criteria which would suggest the presence of cognitive impairment. Criteria used to define cognitive impairment were:

1. Verbal I.Q. significantly greater (10 points or higher) than Performance I.Q. on the WAIS-R.
2. Visual Memory Index Score significantly greater (10 points or higher) than the Verbal Memory Index Score on the WMS-R.
3. General Memory Index Score significantly greater (10 points or higher) than the Attention/Concentration Index score on the WMS-R.
4. The total number of responses on the CVLT was at least 1 standard score below the age and gender appropriate mean.
5. Performance on both trial 1 and trial 5 on the CVLT was at least 1 standard score below the age and gender appropriate mean.
6. Impaired performance on the Booklet Category test demonstrated by either inability to complete test or performance in below the 1st percentile.

## RESULTS

The sample was primarily female, the average age was 48 (± 9) and were highly educated, with half the sample having received the equivalent of a Masters Degree or higher (see Table I).

**TABLE I:** Demographic Characteristics.

| **Sex:** | | **Age:** | | **Education:** | |
|---|---|---|---|---|---|
| Male | 5 | Mean | 48 | Mean | 17 years |
| Female | 15 | SD | 9 | SD | 1 years |
| | | Range | 34-66 | Range | 15-20 years |

In order to provide a context for examining the number of symptoms relative to a sample of individuals that were not exposed (n=278), a subset of 44 symptoms were selected that were compatible with a symptom checklist administered to a large group of people with and without disabilities. It was found that the people in the exposed sample reported significantly more symptoms than a group of individuals without a disability (see Table IIa-IId).

**TABLES IIA-IID:** Frequency Distribution of Responses to Symptom Checklist.

**TABLE IIA:** Total # of Symptoms out of 44.

| | 0 | 1 to 12 | >13 |
|---|---|---|---|
| Control (mean=2.3; SD=4.5) | 52% | 44% | 4% |
| Exposed to mold (mean=30.4; SD=6.6) | 0% | 7% | 93% |

**TABLE IIB:** Total # of Physical Symptoms out of 10.

| | 0 | 1 to 2 | >3 |
|---|---|---|---|
| Control (mean=0.4; SD=1.0) | 76% | 20% | 4% |
| Exposed to mold (mean=7.9; SD=2.0) | 0% | 18% | 82% |

**TABLE IIC:** Total # of Cognitive Symptoms out of 23.

| | 0 | 1 | 2 to 3 | >4 |
|---|---|---|---|---|
| Control (mean=1.5; SD=3.0) | 61% | 14% | 12% | 13% |
| Exposed to mold (mean=16.9; SD=4.1) | 0% | 6% | 13% | 81% |

**TABLE IID:** Total # of Physical Symptoms out of 11.

| | 0 | 1 | 2 | >3 |
|---|---|---|---|---|
| Control (mean=0.6; SD=1.4) | 73% | 10% | 8% | 9% |
| Exposed to mold (mean=5.3; SD=2.7) | 11% | 6% | 6% | 77% |

The mean scores for both the WAIS-R and the WMS-R (see Table III and Table IV) are in the expected range given the age and education levels of the sample. Based on review of this material, one would be led to believe the group was unimpaired, however with closer examination using the above criteria an impairment becomes evident. Each criteria described above identified between 30%-60% of the sample as having an impairment (see Table V). All the participants met the criteria for an impairment on at least one measure, with 65% of the sample meeting 3 or more of the criteria. (See Table VI)

**TABLE III:** Mean Scores on WAIS-R.

| **WAIS-R** Test Index Score | Mean Score | Standard Deviation |
|---|---|---|
| IQ Verbal | 114 | 13 |
| IQ Performance | 109 | 14 |
| IQ Full | 113 | 14 |



DISCUS

Immm
difficulty
difficulty
gest the
exposure
findings
there are
impairme
quantity
tern of c
who have

Gordon e

TABLE IV: Mean Scores on WMS-R.

| Test Index Score | WMS-R Mean Score | Standard Deviation |
|---|---|---|
| Verbal Memory | 104 | 16 |
| Visual Memory | 117 | 15 |
| General Memory | 109 | 16 |
| Attention/Concentration | 101 | 16 |
| Delayed Recall | 110 | 18 |

TABLE V: Number of Individuals Meeting Each Criteria.

| Criteria n | % | impaired |
|---|---|---|
| 1) Verbal IQ> Performance IQ | 10 | 50% |
| 2)Visual Memory>Verbal Memory | 12 | 60% |
| 3) General Memory>Attention Concentration | 9 | 45% |
| 4) Total responses on CVLT<1 SS below mean | 9 | 45% |
| 5) Trial 1 and Trial 5< 1 SS below mean | 6 | 30% |
| 6) Impaired on Booklet Category | 8 | 40% |

TABLE VI: Frequency Distribution of the Criteria Hit.

| # criteria filled | #individuals | percent of sample |
|---|---|---|
| 1 | 4 | 20% |
| 2 | 3 | 15% |
| 3 | 9 | 45% |
| 4 | 3 | 15% |
| 5 | 1 | 5% |

## DISCUSSION AND CONCLUSION

In summary, the data presented indicate that individuals with exposure to *Stachybotrys atra* have difficulty integrating visual spatial information, difficulty learning new verbal information, have difficulty paying attention and have difficulty shifting set. When taken together this would suggest the presence of cognitive impairment. These findings strongly suggest that long-term exposure to toxigenic molds results in cognitive impairment in some people. Naturally, these findings require further validation on larger samples. It would be worthwhile to examine if there are mediating factors which differentiate between those with and without cognitive impairment. The extent of impairment should be related to the extent of exposure both in the quantity of toxic substance and duration of exposure. It is also interesting to note that the pattern of cognitive impairment observed herein is quite similar to that reported in individuals who have sustained a minor traumatic brain injury.( Dikman et al. 1986)

## REFERENCES


- Hartman D E. 1995. Neuropsychological Toxicology: Identification and Assessment of Human Neurotoxic Syndromes. Second edition. New York: Plenum Press.
- Ziem G, McTamney J. 1997. Profile of Patients with Chemical Injury and Sensitivity. Environmental Health Perspectives. 105 Suppl. 2:417-436.
- Dikman S, McLean A, Temkin N. 1986. Neuropsychological and psychosocial consequences of minor head injury. J Neurol Neurosug Psychiatry 49:1227-1233.