Environmental Microbiology Laboratory, Inc.
1150 Bayhill Drive, Suite 100, San Bruno, CA 94066
(650) 829-5800 Fax (650) 829-5852 www.emlab.com

Client: Geotek Engineering & Testing Services, Inc.
C/O: Mr. Tim Wilkinson
Re: Garry Residence

Date of Sampling: 07-18-2002
Date of Receipt: 07-19-2002
Date of Report: 07-19-2002

## DIRECT MICROSCOPIC EXAMINATION REPORT
(Wet Mount)

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 85176-1: Bulk sample 1: SW bedroom, S wall, top | | | | |
| Wallboard | Very few | 4+ *Stachybotrys chartarum (atra)*<br>2+ *Aspergillus* species | Very few mites present. | Mold growth |
| Lab ID-Version: 85178-1: Bulk sample 2: SW bedroom, W wall, bottom | | | | |
| Wallboard | Very few | 4+ *Chaetomium* species<br>< 1+ colorless spores typical of *Penicillium / Aspergillus*<br>< 1+ *Alternaria* species | None | Mold growth |

* Indicative of normal conditions, i.e. seen on surfaces everywhere. Includes basidiospores (mushroom spores), myxomycetes, plant pathogens such as ascospores, rusts and smuts, and a mix of saprophytic genera with no particular spore type predominating. Distribution of spore types seen mirrors that usually seen outdoors.

† Quantities of molds seen growing are listed in the MOLD GROWTH column and are graded 1+ to 4+, with 4+ denoting the highest numbers.

†† Some comments may refer to the following: Most surfaces collect a mix of spores which are normally present in the outdoor environment. At times it is possible to note a skewing of the distribution of spore types, and also to note "marker" genera which may indicate indoor mold growth. Marker genera are those spore types which are present normally in very small numbers, but which multiply indoors when conditions are favorable for growth.

‡ A "Version" greater than 1 indicates amended data.

EXHIBIT 5 Carlson

EXHIBIT 11