# 2510 FOUNTAIN DRIVE
# SIOUX FALLS, S.D.

# MICROBIAL ASSESSMENT

## OCTOBER 2, 2002

## Project No. 02-09-0229

EXHIBIT
8
Carlson

Prepared By:
*LEGEND TECHNICAL SERVICES, INC.*
Appleton, WI ■ Fargo, ND ■ Mosinee, WI ■ Phoenix, AZ
St Paul, MN ■ Tucson, AZ

EXHIBIT
12

LEGEND
TECHNICAL SERVICES, INC.

September 2, 2002

Mr. Bill Bloemendal
Senior Project Manager
GME Consultants Inc.
14000 21st Ave N
Minneapolis, MN 55447

RE: Final Report
2510 Fountain Drive
Sioux Falls, S.D.
Microbial Assessment
Legend No. 02-09-0229

Dear Mr. Bloemendal:

Enclosed is our final report for our microbial assessment of the residence at 2510 Fountain Drive south of Sioux Falls, South Dakota.

If there are any questions, contact me at either 651-642-1150 ext. 17 or 612-619-6547.

Cordially,

LEGEND TECHNICAL SERVICES, INC.

Cheryl Sykora,CIH,CSP
Senior Industrial Hygienist

# TABLE OF CONTENTS
## 2510 FOUNTAIN DRIVE
## SIOUX FALLS, SOUTH DAKOTA

INTRODUCTORY LETTER

EXECUTIVE SUMMARY

NARRATIVE REPORT
- 1.0 INTRODUCTION
- 2.0 BACKGROUND INFORMATION
- 3.0 METHODOLOGY
- 4.0 FINDINGS
- 5.0 CRITERIA/REFERENCES
- 6.0 STANDARD OF CARE

TEST DATA
- TABLE #1 – CULTURABLE FUNGAL AIR SAMPLES
- TABLE #2 – TOTAL SPORE SAMPLES
- TABLE #3 – BACTERIA DATA
- FIRST AND SECOND FLOOR PLANS SHOWING SAMPLE LOCATIONS

APPENDIX
- PHOTOGRAPHS

APPENDIX
- MICROBIAL INFORMATION

# 2510 FOUNTAIN DRIVE
# SIOUX FALLS, S.D.
# MICROBIAL ASSESSMENT
## LEGEND NO. 02-09-0229

## EXECUTIVE SUMMARY

The data indicates some elevated levels of *Aspergillus sp.*, *Penicilliium sp.*, and Actinomycetes on the lower level and low levels of *Stachybotrys* spores in surface dust. Types of organisms present and visual observation indicate that the fungal contamination likely originated from inadequate engineering controls during removals of fungal impacted materials from the lower level and probable high relative humidity during the cooling season based on the presence of xerophilic organisms such as *Aspergillus glaucus* and the active *Cladosporium* growth on the lower level garage door. Poly enclosure and HEPA filtered negative pressure was not used for the removal of gypsum wallboard from the lower level bedroom below the toilet leak. The appearance of gypsum wallboard dust tracked through the garage visible in photo 17 indicates that the removal of the GWB ceiling impacted by the freezer leak was also not done with engineering controls.

Our recommendations include the following:

- Thoroughly clean the whole residence. Work should begin in the garage as this area is acting as a re-contamination point for the residence. The method of storing upholstered furniture in the garage was inadequate and exposed the furniture to outdoor fungal spores and outdoor high relative humidity. Furniture not directly exposed to septic water back-up can be cleaned. Upholstered furniture should be cleaned using HEPA vacuum followed by a chemical cleaning process for the upholstery. The work should be done by a company experienced in cleaning upholstered furniture. Hard surfaced furniture should be washed with a mild detergent solution followed by treatment with a dilute biocide. Once cleaned furniture should be stored away from dust to avoid re-contamination.

- The inside of the residence should be cleaned starting at the top and working towards the bottom. All porous surfaces should be HEPA vacuumed and then chemically cleaned. Re-sampling should be performed particularly on the lower level where Actinomycetes is present to verify adequacy of the cleaning work.

- The data and observations did not indicate any other areas requiring removal of finishing materials. Comparison of data collected by other testing firms in July with data collected in September indicates that fungal levels are decreasing and organisms requiring free water for growth such as *Chaetomium sp.* are either not present or not significant. *Stachybotrys*

spores are present in some of the aggressive dust samples collected from furniture and in the general air in the lower level bedroom where the GWB removal was done, however, the quantity is very low and is typical of an uncontained remediation of fungal impacted materials. The data and observations did not indicate active *Stachybotrys* growth in the residence.

- In the future, the relative humidity needs to be monitored on the basement level by the occupant. If relative humidity exceeds 55 percent it is suggested that a dehumidifier be operated.

# NARRATIVE REPORT

## 1.0 INTRODUCTION

LEGEND TECHNICAL SERVICES, INC. (LEGEND) performed a microbial assessment of the residence at 2510 Fountain Drive south of Sioux Falls, South Dakota.

The site work was performed on September 12, 2002 by Cheryl Sykora, CIH,CSP.

## 2.0 BACKGROUND INFORMATION

The residence at 2510 is a single story above ground with a full basement level. The owner is currently not living in the home.

The residence has a history of water intrusion/leaks since construction in the mid 1990s. The master bedroom toilet had a leaking wax ring that was replaced in the fall of 1999. At the time of wax ring replacement, the gypsum wallboard below was not investigated for the presence of mold and no finishes were replaced.

In 2002 the residence had a septic system back-up in the basement. After this incident carpeting impacted by the leak was removed. Gypsum wallboard was removed from below the master bedroom toilet leak at that time. It is our understanding that the work was performed without the use of an enclosure and without the use of a HEPA filtered negative air machine. An air cleaner was used that was designed to remove odor from the air. Photos 6 and 8 show areas of carpet removal. Sheet vinyl in the laundry area had not been removed.

A few days prior to our September 12th site visit, the freezer had leaked in the garage area resulting in water intrusion to the basement level area. The GWB ceiling had been removed from the basement level water intrusion area prior to our site visit. Photo 7 in the Appendix shows the area of ceiling removal.

Furniture from the basement level had been removed and was being stored under poly sheeting in the garage. Photos 16 and 18 show stored furniture.

## 3.0 METHODOLOGY

### 3.1 Bulk Materials –

Visible mold or dust was lifted from bulk materials samples using clear tape, transferred to a glass slide, and analyzed directly microscopically for fungal organism identification.

### 3.2 Culturable Fungal Air Samples –

Air samples were collected on mycological lopH agar (MYCO) and malt extract agar (MEA) using a Microbio2B air sampler at 100 liters/minute.

The air samples were incubated at 25 C. Fungal organisms were identified by the scotch tape technique whereby scotch tape is placed on the edge of a fungal colony and then placed on a slide with lactophenol aniline blue mounting fluid. The gross morphology of the fruiting body is examined under a microscope.

### 3.3 Total Spore Samples –

Air samples were collected on AIROCELL cassettes at 15 liters a minute. Samples are analyzed for spores at 1000x magnification using oil immersion microscopic techniques. Spores are identified by physical shape.

### 3.4 Iron Bacteria –

Sump water was analyzed for iron bacteria according to Standard Methods 9240D.

## 4.0 FINDINGS

### 4.1 Air Quality Data

The **outdoor air** had total culturable fungal levels (Samples 29A, 30A) ranging from 747 to overgrown. MYCO plate had 89.3 percent *Cladosporium sp.* and 10.7 percent *Penicillium sp.* The MEA plate had 95 percent *Aspergillus niger* and 5 percent *Cladosporium sp.* The total spore level (Sample 31NV) was 4,638 spores per cubic meter of air with 68 percent *Cladosporium* spores, 9 percent *Penicillium/Aspergillus*-type spores, 7 percent *Alternaria* spores, 7 percent Ascospores, and 5 percent Basidiospores.

The **lower level bedroom** where water leaked down from the toilet and mold impacted gypsum wallboard had been removed had total culturable fungal levels (Samples 1A, 2A) ranging from 167 to 373 colony forming units per cubic meter of air with *Aspergillus niger* and *Aspergillus glaucus* detected on the MEA plate. Total spore sample 3NV had a level of 2,733 spores per cubic meter of air with 52 percent *Cladosporium* spores, 9 percent *Stachybotrys* spores, and 12 percent *Penicillium/Aspergillus*-type spores.

The **lower level bedroom ceiling cavity** had total culturable fungal levels (Samples 4A, 5A) of 120 to 280 CFU/M3 with *Cladosporium sp.* predominant on both plates. *Aspergillus glaucus* and an unknown *Aspergillus* species were detected on MEA. The total spore level (Sample 6NV) was 1,242 spores per cubic meter of air with 17 percent *Alternaria* spores, 17 percent Basidiospores, 33 percent *Torula*, and 33 percent unidentified spores. No *Stachybotrys* spores were detected in the ceiling cavity.

The **lower level bathroom cavity wall** had total culturable fungal levels (Samples 7A, 8A) ranging from 253 to 360 CFU/M3 with *Cladosporium sp.* predominant on both plates. *Aspergillus glaucus* was detected on MEA. The total spore level (Sample 9NV) was 1,863 spores per cubic meter of air with 33 percent *Cladosporium* spores, 11 percent *Penicillium/Aspergillus*-type spores, 11 percent Basidiospores, 33 percent unidentified spores, and 11 percent Alternaria spores. No *Stachybotrys* spores were detected in the wall cavity.

**Lower Level open area by stairwell** had total culturable fungal levels (Samples 10A, 11A) ranging from 227 to overgrown with *Penicillium sp.* and *Actinomycetes* predominant on the MYCO and *Aspergillus niger* predominant on MEA. Total spore level (Sample 12NV) was 1,408 spores per cubic meter of air with 65 percent *Penicillium/Aspergillus*-type spores, 24 percent *Cladosporium* spores, 6 percent Basidiospores, and 6 percent unidentified spores.

An air sample collected from an open bag with a quilt stored in the lower level by the stairwell (Sample 13NV) had a total spore level of 11,594 spores per cubic meter of air with 50 percent *Cladosporium* spores, 27 percent *Penicillium/Aspergillus*-type spores, 5 percent *Alternaria* spores, and 7 percent Ascospores. No *Stachybotrys* spores were detected.

An aggressive air sample taken from the northwest corner of the lower level open area (Sample 34NV) had a total spore level of 20,290 spores per cubic meter of air with 61 percent Cladosporium spores, 14 percent Alternaria spores, 9 percent Penicillium/Aspergillus-type spores, 7 percent Ascospores, 1 percent Basidiospores, and 7 percent unidentified spores.

A tease tape of **dust from the top of the gray framed print of flying geese** sitting on the floor shown in photo 11 detected no spores in the dust.

A tease tape taken from the visible mold spots on the **lower level side of the metal garage door** shown in photo 13 detected *Cladosporium sp.*

An air sample collected from the **lower level laundry wall cavity** (Sample 14NV) detected less than 207 spores per cubic meter of air.

**Ground Level Living Room** had total culturable fungal levels (Samples 17A, 18A) ranging from 147 to 160 CFU/M3 with *Alternaria sp.* predominant on MYCO and *Cladosporium sp.* predominant on MEA. Total spore level (Sample 19NV) was 745 spores per cubic meter of air with 67 percent *Cladosporium* spores, 22 percent unidentified spores, and 11 percent Ascospores.

Aggressive air samples collected from the ground level living room carpet had total culturable fungal levels (Samples 27A, 28A) overgrown with *Alternaria sp.* predominant on MYCO and *Aspergillus glaucus* predominant on MEA. The total spore level (Sample 26NV) was 51,346 spores per cubic meter of air with 59 percent *Cladosporium* spores, 21 percent *Alternaria* spores, 10 percent

*Penicillium/Aspergillus*-type spores, 2 percent Smuts/Myxomycetes, 2 percent Ascospores, 1 percent Basidiospores, 1 percent Bipolaris/Drechslera-type, 1 percent *Botryis*, and 4 percent unidentified spores.

Aggressive total spore sample taken on the living room sofa (Sample 25NV) had a level of 25,673 spores per cubic meter of air with 39 percent *Cladosporium* spores, 11 percent *Alternaria* spores, 6 percent Aureobasidium spores, 8 percent *Penicillium/Aspergillus*-type spores, 6 percent *Stemphyllium* spores, 5 percent *Torula* spores, 2 percent Smuts/Myxomycetes, and 16 percent unidentified spores.

**Ground Level Master Bathroom** had total culturable fungal levels (Samples 21A, 22A) ranging from 200 to 213 CFU/M3 with *Cladosporium sp.* predominant on both plates. *Penicillium sp.* was detected on both plates. No *Aspergillus* species were detected. The total spore level (Sample 23NV) was 331 spores per cubic meter of air with 25 percent *Alternaria* spores, 25 percent *Cladosporium* spores, 25 percent *Penicillium/Aspergillus*-type spores, and 25 percent unidentified spores.

An air sample collected from the ground level master bathroom supply air vent (24NV) had a total spore level less than 83 spores per cubic meter of air.

An aggressive air sample collected from the red/green plaid couch stored under plastic in the garage had a total spore level (Sample 32NV) of 49,533 spores per cubic meter of air with 48 percent *Cladosporium* spores, 15 percent *Alternaria* spores, 10 percent Smuts/Myxomycetes, 6 percent Basidiospores, 6 percent *Penicillium/Aspergillus*-type spores, 4 percent Ascospores, 3 percent *Stachybotrys* spores, 1 percent Aureobasidium, 1 percent *Chaetomium* spores, 1 percent *Bipolaris/Drechslera*-type spores, 1 percent *Pithomyces*, 1 percent *Stemphyllium* spores, and 1 percent *Torula* spores, and 4 percent unidentified spores.

The **sump water** had a slight odor and was analyzed for iron bacteria. It was negative for iron bacteria. The primary fungal component was Yeasts.

## 4.2 Regulatory Update

There currently are no regulatory limits for airborne fungal levels. Data interpretation is based on a review of the building for conditions promoting fungal growth, the presence of visible fungal growth, and a comparison of air quality data inside the building with that detected outside the building.

The American Conference of Governmental Industrial Hygienists (ACGIH) has rescinded previously published numerical guidelines in their recently published Bioaerosols Assessment and Control. Rather than focus on specific types of fungi or quantitative measures of fungal prevalence, the ACGIH approach has been to emphasize that active fungal growth in indoor environments is inappropriate and may lead to exposure and adverse health effects.

The American Industrial Hygiene Association (AIHA) has published guidelines for interpreting results. These guidelines state that genera such as *Cladosporium, Alternaria,* and *Epicoccum* as well as Basidiomycetes are present in the outdoor air on a seasonal basis. However, in mechanically ventilated buildings with air infiltration, the concentrations of these typically outdoor fungi should be lower than concentrations measured in the outdoor air. Dominance in the indoor air of fungal species not predominant in the outdoor air indicates that these fungi are growing in a building and that the air quality is degraded. The confirmed presence of *Stachybotrys chartarum*; *Aspergillus versicolor, flavus,* or *fumigatus*; or *Fusarium moniliforme* requires urgent risk management decisions be made. Confirmed presence is defined as colonies in several samples, many colonies in any sample, or where a single colony was found in a single sample, evidence of the growth of these fungi on building materials by visual inspection.

The International Society of Indoor Air Quality and Climate has proposed guidelines for interpreting environmental samples for fungi. These guidelines state that in naturally ventilated, non-problem buildings, the relative abundance of different fungi in indoor air tends to follow the pattern found in outdoor air, although the numbers are usually smaller. When air-conditioning or mechanical ventilation with filtration is used, indoor fungal concentrations in non-problem buildings may be even lower than in naturally ventilated buildings. When windows are closed or when snow cover reduces outdoor sources of fungi, indoor sources of *Pencillium sp.* and other soil fungi may be more obvious. While a diversity of fungi is usually found in non-problem buildings, one or two fungal species may dominate the indoor air in buildings with persistent moisture problems. The presence or dominance of toxigenic or allergenic species indicates a problem that may cause deterioration of the quality of the indoor air.

## 4.3 Discussion on Findings

The area to the south of the residence was farmland which may account for the unusually high level of *Aspergillus niger* detected on the MEA outdoor plate. *Penicillium sp.* was also a significant component of the MYCO plate. The total spore data indicated *Penicillium/Aspergillus*-type spores as the next most predominant spore type after *Cladosporium* spores. Generally, Aspergillus and Penicillium species are detected as only minor components of the outdoor plate count. The high level of *Aspergillus niger* is unusual.

The ground level air sampling indicates elevated levels of *Aspergillus glaucus* and Actinomycetes, Both the bedroom ceiling cavity and the bathroom wall cavity detected some *Aspergillus glaucus* indicating this could be a potential reservoir for the organism, however, the organism was not predominant on the plate. The total spore counts were higher on the basement level than on the ground floor and detected higher levels of *Aspergillus* and *Penicillium* than did the ground level.

***Aspergillus glaucus*** is the group of species commonly referred to as the xerophilic molds or osmotolerant molds. These organisms can grow in the absence of free water by absorbing molecules of water vapor from the air under conditions of high humidity. Species of this group are very common in stored cereals. They also grow on clothes and leather goods and in humid basements during the summer. Because species of this group are commonly detected in humid basements, they are often associated with allergies in susceptible individuals. Ear and other infections have also been reported; however, species in this group are not normally considered important in human infections.

***Aspergillus niger*** is a very common species with global distribution. It is commonly recovered from soils of all types, decaying plants, roots, seeds, fruits, nuts, and wood pulp. Although not regarded as a primary mold in human health, *A. niger* is frequently isolated from ear infections.

***Actinomycetes*** are gram positive mycelial bacteria. Actinomycetes are anaerobic, microaerophilic or capnophilic. They grow fine, straight, or wavy filaments that vary in length and degree of branching. They are facultative anerobes, but increased carbon dioxide is required for optimal growth. Some species, and possibly all, are low-grade pathogens for human beings and lower animals. Actinomycetes resemble mold and produce an offensive "musty" taste and odor in water. Actinomycete numbers are low in wet soils and in soils with a pH less than 5.0. Liming to raise the pH and improving the drainage will increase the numbers of Actinomycetes in soils.

The laundry room wall cavity was adjacent to the area where the septic water backed up in the lower level and was suspected of having fungal contamination. No spores were detected indicating that this area does not have significant contamination.

Aggressive total spore sampling performed on the northwest corner carpeting detected some *Penicillium/Aspergillus*-type spores but they were not the predominant spore types. Data indicates spore laden dust contamination to the carpet rather than the carpeting having active fungal growth.

*Stachybotrys* spores were detected in the lower level bedroom general air sample. *Stachybotrys* spores were not detected in either the bathroom wall cavity or the bedroom ceiling cavity air samples. Nor were *Stachybotrys* spores detected in the bag with the stored quilt or in the aggressive air sample collected from the carpeting in the northwest corner of the lower level. The number of *Stachybotrys* spores detected were low and no active *Stachybotrys* growth was observed nor were wet materials observed. *Stachybotrys* spores are dispersed through demolition of fungal contaminated finishing materials (particularly GWB) and it is likely the removal of the fungal contaminated GWB from the lower level bedroom is the cause of these airborne spores rather than active *Stachybotrys* growth.

The metal garage door on the lower level side had active *Cladosporium* growth. There are 50 or more described species of ***Cladosporium***, but only a few cause problems with human health. These include *C. cladosporioides* and *C. herbarum.* They are generally the most common fungi encountered in both the outdoor and inside buildings. In nature, *Cladosporium species* break down cellulose and are particularly common on dead and dying plant debris. They require free water for growth. In homes and buildings, *Cladosporium species* are only found where free water is periodically available. They commonly occur on tile grout or sealants in bathrooms and showers and on painted surfaces or plaster where water condenses (such as bathroom ceilings). *Cladosporium species* are particularly common on window frames where condensate from poorly insulated windows has caused the wood to become soaked. The presence of *Cladosporium sp.* indicates the door is acting as a point of condensation for water. The garage is not air conditioned. The warm moist garage air is contacting the metal door cooled by the lower level air conditioning and moisture is condensing on the surface providing sufficient water for *Cladosporium* growth.

Ground level total spore levels were lower than those detected on the lower level and the predominant organisms were the commonly encountered outdoor organisms of *Alternaria sp.* and *Cladosporium sp.* An aggressive air sample collected on the living room carpeting detected *Aspergillus glaucus* but was predominantly *Cladosporium* and *Alternaria* spores. An aggressive air sample collected from the living room sofa also was predominantly *Cladosporium* spores and *Alternaria* spores. No *Stachybotrys* spores were detected in either the aggressive carpet sampling or sofa sampling.

An air sample collected from the supply air system had spore levels under the detection limit of 83 spores per cubic meter of air indicating the supply air system is not a reservoir for fungal growth.

An aggressive air sample collected from the red/green plaid couch stored under plastic in the garage detected predominantly *Cladosporium* and *Alternaria* spores, however, *Stachybotrys* spores were detected at 3 percent of the total.

## 5.0 RECOMMENDATIONS

The data indicates some elevated levels of *Aspergillus sp.*, *Penicilliium sp.*, and Actinomycetes on the lower level and low levels of *Stachybotrys* spores in surface dust. Types of organisms present and visual observation indicate that the fungal contamination likely originated from inadequate engineering controls during removals of fungal impacted materials from the lower level and probable high relative humidity during the cooling season based on the presence of xerophilic organisms such as *Aspergillus glaucus* and the active *Cladosporium* growth on the lower level garage door. Poly enclosure and HEPA filtered negative pressure was not used for the removal of gypsum wallboard from the lower level bedroom below the toilet leak. The appearance of gypsum wallboard dust tracked through the garage visible in photo 17 indicates that the removal of

the GWB ceiling impacted by the freezer leak was also not done with engineering controls.

Our recommendations include the following:

- Thoroughly clean the whole residence. Work should begin in the garage as this area is acting as a re-contamination point for the residence. The method of storing upholstered furniture in the garage was inadequate and exposed the furniture to outdoor fungal spores and outdoor high relative humidity. Furniture not directly exposed to septic water back-up can be cleaned. Upholstered furniture should be cleaned using HEPA vacuum followed by a chemical cleaning process for the upholstery. The work should be done by a company experienced in cleaning upholstered furniture. Hard surfaced furniture should be washed with a mild detergent solution followed by treatment with a dilute biocide. Once cleaned furniture should be stored away from dust to avoid re-contamination.

- The inside of the residence should be cleaned starting at the top and working towards the bottom. All porous surfaces should be HEPA vacuumed and then chemically cleaned.

- The data and observations did not indicate any other areas requiring removal of finishing materials. Comparison of data collected by other testing firms in July with data collected in September indicates that fungal levels are decreasing and organisms requiring free water for growth such as Chaetomium sp. are either not present or not significant. Stachybotrys spores are present in some of the aggressive dust samples collected from furniture and in the general air in the lower level bedroom where the GWB removal was done, however, the quantity is very low and is typical of an uncontained remediation of fungal impacted materials. The data and observations did not indicate active Stachybotrys growth in the residence.

- In the future, the relative humidity needs to be monitored on the basement level by the occupant. If relative humidity exceeds 55 percent it is suggested that a dehumidifier be operated.

## 6.0 STANDARDS AND REFERENCES

Test and sampling protocols recommended by the American Conference of Governmental Industrial Hygienists (ACGIH), the American Industrial Hygiene Association (AIHA), and the Occupational Safety and Health Association (OSHA) were used in the evaluation.

Larone, Medically Important Fungi, A Guide to Identification, American Society of Microbiology, 1993.

Morey, Feely, Otten, Biological Contaminants in Indoor Environments, ASTM STP 1071, 1990.

Lighthart, Mohr, Atmospheric Microbial Aerosols, Chapman & Hall, 1994

Cox, Wathes, Bioaerosols, Lewis Publishers, 1995.

Field Guide for the Determination of Biological Contaminants in Environmental Samples, AIHA, 1996.

Hans Schlegel, General Microbiology, Cambridge Univ. Press, 7th edition, 1993

Boyd, Robert, Basic Medical Microbiology, Little Brown & Co, 5th edition, 1995

Levinson, Jawetz, Examination and Board Review Medical Microbiology & Immunology, Appleton & Lange, 5th edition, 1996

ACGIH Bioaerosols Assessment and Control, 1999

## 7.0 STANDARD OF CARE

This report presents our findings and recommendations. Recommendations are based on current published information and regulatory requirements. Other than this no warranty or guarantee is made or implied.

Cordially,

LEGEND TECHNICAL SERVICES, INC.

Cheryl Sykora,CIH,CSP
Senior Industrial Hygienist

# TEST DATA

# CULTURABLE FUNGAL DATA
## TABLE #1

**2510 FOUNTAIN DRIVE, SIOUX FALLS, S.D.**

| Field ID | Sample Description | Col.Date | Col.Time | Media | Duration | Temp/RH | CFU/M3 | Primary Organism | Plate Count% |
|---|---|---|---|---|---|---|---|---|---|
| 1A | Lower Level Bedroom General Air | 9/12/2002 | 11:36am | MYCO | 75 L | 70 F 60% | 167 | Cladosporium sp. | 64.3 |
| | | | | | | | | Penicillium sp. | 14.3 |
| | | | | | | | | Verticillium sp. | 21.4 |
| 2A | Lower Level Bedroom General Air | 9/12/2002 | 11:38am | MEA | 75 L | | 373 | Aspergillus glaucus | 17.9 |
| | | | | | | | | Aspergillus niger | 3.6 |
| | | | | | | | | Cladosporium sp. | 71.4 |
| | | | | | | | | Penicillium sp. | 7.1 |
| 4A | Lower Level Bedroom Ceiling Cavity | 9/12/2002 | 11:45am | MYCO | 75 L | | 280 | Alternaria sp. | 9.5 |
| | | | | | | | | Cladosporium sp. | 52.4 |
| | | | | | | | | Hyaline mycelia | 9.5 |
| | | | | | | | | Penicillium sp. | 28.6 |
| 5A | Lower Level Bedroom Ceiling Cavity | 9/12/2002 | 11:46am | MEA | 75 L | | 120 | Alternaria sp. | 22.2 |
| | | | | | | | | Aspergillus glaucus | 11.1 |
| | | | | | | | | Aspergillus sp. | 11.1 |
| | | | | | | | | Cladosporium sp. | 44.4 |
| | | | | | | | | Penicillium sp. | 11.1 |
| 7A | Lower Level Bathroom Vanity Wall Cavity | 9/12/2002 | 12:00pm | MYCO | 75 L | | 253 | Alternaria sp. | 26.3 |
| | | | | | | | | Cladosporium sp. | 63.2 |
| | | | | | | | | Penicillium sp. | 10.5 |
| 8A | Lower Level Bathroom Vanity Wall Cavity | 9/12/2002 | 12:02pm | MEA | 75 L | | 360 | Alternaria sp. | 11.1 |
| | | | | | | | | Aspergillus glaucus | 11.1 |
| | | | | | | | | Cladosporium sp. | 66.7 |
| | | | | | | | | Penicillium sp. | 11.1 |
| 10A | Lower Level Open Area By Stair General Air | 9/12/2002 | 12:05pm | MYCO | 75 L | | TNTC | Actinomycetes | 40 |
| | | | | | | | | Cladosporium sp. | 10 |
| | | | | | | | | Penicillium sp. | 50 |
| 11A | Lower Level Open Area By Stair General Air | 9/12/2002 | 12:07pm | MEA | 75 L | | 227 | Alternaria sp. | 5.9 |
| | | | | | | | | Aspergillus niger | 35.3 |
| | | | | | | | | Cladosporium sp. | 29.4 |
| | | | | | | | | Penicillium sp. | 29.4 |
| 15T | Lower Level - Garage Door Mold Spots | 9/12/2002 | 12:30pm | Tease Tape | N/A | | 85 percent spores in matrix | Cladosporium sp. | 100 |
| 16T | Lower Level - Dust From Top Of Gray Frame Flying Geese | 9/12/2002 | 12:32pm | Tease Tape | N/A | | No spores detected | | |

# CULTURABLE FUNGAL DATA
## TABLE #1

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 17A | Ground Level - Living Room General Air Quality | 9/12/2002 | 12:35pm | MYCO | 75 L | | 160 | Alternaria sp. | 50 |
| | | | | | | | | Cladosporium sp. | 33.3 |
| | | | | | | | | Penicillium sp. | 16.7 |
| 18A | Ground Level - Living Room General Air Quality | 9/12/2002 | 12:37pm | MEA | 75 L | | 147 | Alternaria sp. | 18.2 |
| | | | | | | | | Cladosporium sp. | 54.5 |
| | | | | | | | | Penicillium sp. | 27.3 |
| 21A | Ground Level - Master Bathroom General Air | 9/12/2002 | 12:45pm | MYCO | 75 L | | 213 | Cladosporium sp. | 62.5 |
| | | | | | | | | Penicillium sp. | 37.5 |
| 22A | Ground Level - Master Bathroom General Air | 9/12/2002 | 12:47pm | MEA | 75 L | | 200 | Alternaria sp. | 13.3 |
| | | | | | | | | Cladosporium sp. | 53.3 |
| | | | | | | | | Penicillium sp. | 33.3 |
| 25T | Ground Level - Master Bedroom Dust From Top of Mirror | 9/12/2002 | 12:55pm | Tease Tape | 75 L | | <1 percent spores in matrix | Cladosporium sp. | 100 |
| 27A | Ground Level - Living Room Carpet (Aggressive) | 9/12/2002 | 1:10pm | MYCO | 50 L | 73 F 47% | TNTC | Alternaria sp. | 70 |
| | | | | | | | | Cladosporium sp. | 25 |
| | | | | | | | | Penicillium sp. | 5 |
| 28A | Ground Level - Living Room Carpet (Aggressive) | 9/12/2002 | 12:00pm | MEA | 50 L | | TNTC | Aspergillus glaucus | 65 |
| | | | | | | | | Cladosporium sp. | 25 |
| | | | | | | | | Penicillium sp. | 10 |
| 29A | Outside Air | 9/12/2002 | 12:02pm | MYCO | 75 L | 75 F 48% | 747 | Cladosporium sp. | 89.3 |
| | | | | | | | | Penicillium sp. | 10.7 |
| 30A | Outside Air | 9/12/2002 | 12:05pm | MEA | 75 L | | TNTC | Aspergillus niger | 95 |
| | | | | | | | | Cladosporium sp. | 5 |
| 33S | Sump Water | 9/12/2002 | 12:07pm | IMA | N/A | | TNTC | Cladosporium sp. | <1 |
| | | | | | | | | Hyaline mycelia | 20 |
| | | | | | | | | Yeasts | 80 |

MEA - malt extract agar
MYCO - mycological lopH agar
TNTC - to numerous to count

# FUNGAL SPORE COUNT AND IDENTIFICATION

**GME CONSULTANTS**
**RESIDENCE AT 2510 FOUNTAIN DRIVE, SIOUX FALLS, S.D.**
**TOTAL SPORE SAMPLING**

**LEGEND Work Order Number:** 02-09-0229
**Project Name:**
**Project Identification:**
**Date Received:**
**Date Reported:**
**Date Analyzed:**

| Sample Number | 3NV | | | 6NV | | | 9NV | | |
|---|---|---|---|---|---|---|---|---|---|
| Sample Identification | General Air - Lower Level Bedroom | | | Lower Level Bedroom - Ceiling Cavity | | | Lower Level Bath - Wall Cavity | | |
| Sample Date/Time | 9/12/2002 - 11:36am | | | 9/12/2002 - 11:40am | | | 9/12/2002 - 11:55am | | |
| Sample Volume ($M^3$) | 0.075 | | | 0.030 | | | 0.030 | | |
| % of Trace Analyzed | 16.1 | | | 16.1 | | | 16.1 | | |
| % Fungal Spores In Matrix[3] | <1 | | | <1 | | | <1 | | |
| Spore/Particulate Type | Raw Count[1] | Count/M3 | Percent | Raw Count[1] | Count/M3 | Percent | Raw Count[1] | Count/M3 | Percent |
| Mycelial Fragments | 3 | 248 | N/A | 0 | <207 | N/A | 1 | 207 | N/A |
| Total Fungal Spores | 33 | 2,733 | 100 | 6 | 1,242 | 100 | 9 | 1,863 | 100 |
| | | | | | | | | | |
| *Alternaria* | 3 | 248 | 9 | 1 | 207 | 17 | 1 | 207 | 11 |
| *...rinium* | | | | | | | | | |
| ...spores | | | | | | | | | |
| *Aureobasidium* | | | | | | | | | |
| Basidiospores | 2 | 166. | 6 | 1 | 207 | 17 | 1 | 207 | 11 |
| *Bipolaris/Drechslera*-type | | | | | | | | | |
| *Botrytis* | | | | | | | | | |
| *Chaetomium* | | | | | | | | | |
| *Cladosporium* | 17 | 1,408 | 52 | | | | 3 | 621 | 33 |
| *Curvularia* | | | | | | | | | |
| *Epicoccum* | | | | | | | | | |
| *Fusarium* | | | | | | | | | |
| *Memnoniella* | | | | | | | | | |
| *Nigrospora* | | | | | | | | | |
| *Oidium/Peronospora*-type | | | | | | | | | |
| *Penicillium/Aspergillus*-type[2] | 4 | 331 | 12 | | | | 1 | 207 | 11 |
| *Pithomyces* | | | | | | | | | |
| Rusts | | | | | | | | | |
| Smuts/Myxomycetes | | | | | | | | | |
| *Stachybotrys* | 3 | 248 | 9 | | | | | | |
| *Stemphylium* | | | | | | | | | |
| *Torula* | | | | 2 | 414 | 33 | | | |
| *Ulocladium* | | | | | | | | | |
| Unidentified Fungal Spores | 4 | 331 | 12 | 2 | 414 | 33 | 3 | 621 | 33 |

**Interpretive Information:** [1] Raw count represents only portion of trace analyzed at 1000X magnification, oil immersion.
[2] Category includes all small, round spores such as *Aspergillus, Penicillium, Paecilomyces, Trichoderma*, etc.
[3] Estimated by analyst; may be useful in interpreting data with spore levels that are Too Numerous To Count (TNTC).

**Authorized Signatory:** ______________________

# Fungal Spore Count and Identification

**Legend Technical Services**
**GME CONSULTANTS**
**RESIDENCE AT 2510 FOUNTAIN DRIVE, SIOUX FALLS, S.D.**
**TOTAL SPORE SAMPLING**

**LEGEND Work Order Number:** 02-0017
**Project Name:**
**Project Identification:**
**Date Received:**
**Date Reported:**
**Date Analyzed:**

| Sample Number | 12NV | | | 13NV | | | 14NV | | |
|---|---|---|---|---|---|---|---|---|---|
| Sample Identification | Lower Level Open Area by Stairwell | | | Lower Level - Bag with Quilt | | | Lower Level - Laundry Rm Wall Cavity | | |
| Sample Date/Time | 9/12/2002 - 12:05pm | | | 9/12/2002 - 12:12pm | | | 9/12/2002 - 12:20pm | | |
| Sample Volume ($M^3$) | 0.075 | | | 0.030 | | | 0.030 | | |
| % of Trace Analyzed | 16.1 | | | 16.1 | | | 16.1 | | |
| % Fungal Spores in Matrix[3] | <1 | | | <1 | | | <1 | | |
| Spore/Particulate Type | Raw Count[1] | Count/M3 | Percent | Raw Count[1] | Count/M3 | Percent | Raw Count[1] | Count/M3 | Percent |
| Mycelial Fragments | 0 | <83 | N/A | | 0 | N/A | 0 | 0 | N/A |
| Total Fungal Spores | 17 | 1,408 | 100 | 56 | 11,594 | 100 | 0 | <207 | 0 |
| | | | | | | | | | |
| *Alternaria* | | | | 3 | 621 | 5 | | | |
| *Arthrinium* | | | | | | | | | |
| Ascospores | | | | 4 | 828 | 7 | | | |
| *Aureobasidium* | | | | | | | | | |
| Basidiospores | 1 | 83 | 6 | | | | | | |
| *Bipolaris/Drechslera*-type | | | | | | | | | |
| *Botrytis* | | | | | | | | | |
| *Chaetomium* | | | | | | | | | |
| *Cladosporium* | 4 | 331 | 24 | 28 | 5,797 | 50 | | | |
| *Curvularia* | | | | | | | | | |
| *Epicoccum* | | | | | | | | | |
| *Fusarium* | | | | | | | | | |
| *Memnoniella* | | | | | | | | | |
| *Nigrospora* | | | | | | | | | |
| *Oidium/Peronospora*-type | | | | | | | | | |
| *Penicillium/Aspergillus*-type[2] | 11 | 911 | 65 | 15 | 3,106 | 27 | | | |
| *Pithomyces* | | | | | | | | | |
| Rusts | | | | | | | | | |
| Smuts/Myxomycetes | | | | | | | | | |
| *Stachybotrys* | | | | | | | | | |
| *Stemphylium* | | | | | | | | | |
| *Torula* | | | | | | | | | |
| *Ulocladium* | | | | | | | | | |
| Unidentified Fungal Spores | 1 | 83 | 6 | 6 | 1,242 | 11 | | | |

**Interpretive Information:** [1] Raw count represents only portion of trace analyzed at 1000X magnification, oil immersion.
[2] Category includes all small, round spores such as *Aspergillus*, *Penicillium*, *Paecilomyces*, *Trichoderma*, etc.
[3] Estimated by analyst; may be useful in interpreting data with spore levels that are Too Numerous To Count (TNTC).

**Authorized Signatory:** ____________________

# Fungal Spore Count and Identification

**GME CONSULTANTS**
**RESIDENCE AT 2510 FOUNTAIN DRIVE, SIOUX FALLS, S.D.**
**TOTAL SPORE SAMPLING**

**LEGEND Work Order Number:** 02-09-0229
**Project Name:**
**Project Identification:**
**Date Received:**
**Date Reported:**
**Date Analyzed:**

| **Sample Number** | 19NV | | | 23NV | | | 24NV | | |
|---|---|---|---|---|---|---|---|---|---|
| **Sample Identification** | Ground Level Living Room | | | Ground Level Master Bathroom | | | Ground Level M. Bath Supply Vent | | |
| **Sample Date/Time** | 9/12/2002 - 12:40pm | | | 9/12/2002 - 12:45pm | | | 9/12/2002 - 12:50pm | | |
| **Sample Volume ($M^3$)** | 0.075 | | | 0.075 | | | 0.075 | | |
| **% of Trace Analyzed** | 16.1 | | | 16.1 | | | 16.1 | | |
| **% Fungal Spores In Matrix[3]** | <1 | | | <1 | | | <1 | | |
| **Spore/Particulate Type** | Raw Count[1] | Count/M3 | Percent | Raw Count[1] | Count/M3 | Percent | Raw Count[1] | Count/M3 | Percent |
| Mycelial Fragments | | 0 | N/A | 0 | <83 | N/A | 0 | <83 | N/A |
| Total Fungal Spores | 9 | 745 | 100 | 4 | 331 | 100 | 0 | <83 | 0 |
| | | | | | | | | | |
| *Alternaria* | | | | 1 | 83 | 25 | | | |
| *Arthrinium* | | | | | | | | | |
| [illegible]spores | 1 | 83 | 11 | | | | | | |
| *[illegible]obasidium* | | | | | | | | | |
| Basidiospores | | | | | | | | | |
| *Bipolaris/Drechslera*-type | | | | | | | | | |
| *Botrytis* | | | | | | | | | |
| *Chaetomium* | | | | | | | | | |
| *Cladosporium* | 6 | 497 | 67 | 1 | 83 | 25 | | | |
| *Curvularia* | | | | | | | | | |
| *Epicoccum* | | | | | | | | | |
| *Fusarium* | | | | | | | | | |
| *Memnoniella* | | | | | | | | | |
| *Nigrospora* | | | | | | | | | |
| *Oidium/Peronospora*-type | | | | | | | | | |
| *Penicillium/Aspergillus*-type[2] | | | | 1 | 83 | 25 | | | |
| *Pithomyces* | | | | | | | | | |
| Rusts | | | | | | | | | |
| Smuts/Myxomycetes | | | | | | | | | |
| *Stachybotrys* | | | | | | | | | |
| *Stemphylium* | | | | | | | | | |
| *Torula* | | | | | | | | | |
| *Ulocladium* | | | | | | | | | |
| Unidentified Fungal Spores | 2 | 166 | 22 | 1 | 83 | 25 | | | |

**Interpretive Information:** [1] Raw count represents only portion of trace analyzed at 1000X magnification, oil immersion.
[2] Category includes all small, round spores such as *Aspergillus*, *Penicillium*, *Paecilomyces*, *Trichoderma*, etc.
[3] Estimated by analyst; may be useful in interpreting data with spore levels that are Too Numerous To Count (TNTC).

**Authorized Signatory:** ____________________

# Fungal Spore Count and Identification

**GME CONSULTANTS**
**RESIDENCE AT 2510 FOUNTAIN DRIVE, SIOUX FALLS, S.D.**
**TOTAL SPORE SAMPLING**

**LEGEND Work Order Number:** 02-09-0229
**Project Name:**
**Project Identification:**
**Date Received:**
**Date Reported:**
**Date Analyzed:**

| **Sample Number** | 25NV | | | 26NV | | | 31NV | | |
|---|---|---|---|---|---|---|---|---|---|
| **Sample Identification** | Ground Level - Living Rm Sofa (Agg) | | | Ground Level - Living Rm Carpet (Agg) | | | Outside Air | | |
| **Sample Date/Time** | 9/12/2002 - 12:55pm | | | 9/12/2002 - 1:05pm | | | 9/12/2002 - 1:23pm | | |
| **Sample Volume ($M^3$)** | 0.015 | | | 0.015 | | | 0.075 | | |
| **% of Trace Analyzed** | 16.1 | | | 16.1 | | | 16.1 | | |
| **% Fungal Spores in Matrix[3]** | <1 | | | <1 | | | <1 | | |
| **Spore/Particulate Type** | Raw Count[1] | Count/M3 | Percent | Raw Count[1] | Count/M3 | Percent | Raw Count[1] | Count/M3 | Percent |
| Mycelial Fragments | 5 | 2,070 | N/A | 3 | 1,242 | N/A | 1 | 83 | N/A |
| Total Fungal Spores | 62 | 25,673 | 100 | 124 | 51,346 | 100 | 56 | 4,638 | 100 |
| | | | | | | | | | |
| *Alternaria* | 7 | 2,899 | 11 | 26 | 10,766 | 21 | 4 | 331 | 7 |
| *[illegible]ium* | | | | | | | | | |
| [illegible]res | 2 | 828 | 3 | 3 | 1,242 | 2 | 4 | 331 | 7 |
| *Aureobasidium* | 4 | 1,656 | 6 | | | | | | |
| Basidiospores | 2 | 828 | 3 | 1 | 414 | 1 | 3 | 248 | 5 |
| *Bipolaris/Drechslera*-type | | | | 1 | 414 | 1 | | | |
| *Botrytis* | | | | | | | | | |
| *Chaetomium* | | | | | | | | | |
| *Cladosporium* | 24 | 9,938 | 39 | 73 | 30,228 | 59 | 38 | 3,147 | 68 |
| *Curvularia* | | | | | | | | | |
| *Epicoccum* | | | | | | | | | |
| *Fusarium* | | | | | | | | | |
| *Memnoniella* | | | | | | | | | |
| *Nigrospora* | | | | | | | | | |
| *Oidium/Peronospora*-type | | | | | | | | | |
| *Penicillium/Aspergillus*-type[2] | 5 | 2,070 | 8 | 12 | 4,969 | 10 | 5 | 414 | 9 |
| *Pithomyces* | | | | | | | | | |
| Rusts | | | | | | | | | |
| Smuts/Myxomycetes | 1 | 414 | 2 | 3 | 1,242 | 2 | | | |
| *Stachybotrys* | | | | | | | | | |
| *Stemphylium* | 4 | 1,656 | 6 | | | | | | |
| *Torula* | 3 | 1,242 | 5 | | | | | | |
| *Ulocladium* | | | | | | | | | |
| Unidentified Fungal Spores | 10 | 4,141 | 16 | 5 | 2,070 | 4 | 2 | 166 | 4 |

**Interpretive Information:** [1] Raw count represents only portion of trace analyzed at 1000X magnification, oil immersion.
[2] Category includes all small, round spores such as *Aspergillus, Penicillium, Paecilomyces, Trichoderma*, etc.
[3] Estimated by analyst; may be useful in interpreting data with spore levels that are Too Numerous To Count (TNTC).

**Authorized Signatory:** ______________________

# Fungal Spore Count and Identification

**GME CONSULTANTS**
**RESIDENCE AT 2510 FOUNTAIN DRIVE, SIOUX FALLS, S.D.**
**TOTAL SPORE SAMPLING**

**LEGEND Work Order Number:** 02-09-229
**Project Name:**
**Project Identification:**
**Date Received:**
**Date Reported:**
**Date Analyzed:**

| **Sample Number** | 32NV | | | 34NV | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Sample Identification** | Garage - Red/Green Plaid Couch | | | Lower Level - Beige Carpet (Agg) | | | | | |
| **Sample Date/Time** | 9/12/2002 - 1:26pm | | | 9/12/2002 - 1:30pm | | | | | |
| **Sample Volume ($M^3$)** | 0.030 | | | 0.030 | | | | | |
| **% of Trace Analyzed** | 10.7 | | | 16.1 | | | | | |
| **% Fungal Spores In Matrix**[3] | <1 | | | <1 | | | | | |
| **Spore/Particulate Type** | Raw Count[1] | Count/M3 | Percent | Raw Count[1] | Count/M3 | Percent | Raw Count | Count/M3 | Percent |
| Mycelial Fragments | 4 | 1,246 | N/A | 3 | 621 | N/A | | | |
| Total Fungal Spores | 159 | 49,533 | 100 | 98 | 20,290 | 100 | | | |
| | | | | | | | | | |
| *Alternaria* | 24 | 7,477 | 15 | 14 | 2,899 | 14 | | | |
| *...hrinium* | | | | | | | | | |
| ...pores | 7 | 2,181 | 4 | 7 | 1,449 | 7 | | | |
| *...ureobasidium* | 1 | 312 | 1 | | | | | | |
| Basidiospores | 9 | 2,804 | 6 | 1 | 207 | 1 | | | |
| *Bipolaris/Drechslera*-type | 1 | 312 | 1 | | | | | | |
| *Botrytis* | | | | | | | | | |
| *Chaetomium* | 2 | 623 | 1 | | | | | | |
| *Cladosporium* | 76 | 23,676 | 48 | 60 | 12,422 | 61 | | | |
| *Curvularia* | | | | | | | | | |
| *Epicoccum* | | | | | | | | | |
| *Fusarium* | | | | | | | | | |
| *Memnoniella* | | | | | | | | | |
| *Nigrospora* | | | | | | | | | |
| *Oidium/Peronospora*-type | | | | | | | | | |
| *Penicillium/Aspergillus*-type[2] | 9 | 2,804 | 6 | 9 | 1,863 | 9 | | | |
| *Pithomyces* | 1 | 312 | 1 | | | | | | |
| Rusts | | | | | | | | | |
| Smuts/Myxomycetes | 16 | 4,984 | 10 | | | | | | |
| *Stachybotrys* | 5 | 1,558 | 3 | | | | | | |
| *Stemphylium* | 1 | 312 | 1 | | | | | | |
| *Torula* | 1 | 312 | 1 | | | | | | |
| *Ulocladium* | | | | | | | | | |
| Unidentified Fungal Spores | 6 | 1,869 | 4 | 7 | 1,449 | 7 | | | |

**Interpretive Information:** [1] Raw count represents only portion of trace analyzed at 1000X magnification, oil immersion.
[2] Category includes all small, round spores such as *Aspergillus, Penicillium, Paecilomyces, Trichoderma*, etc.
[3] Estimated by analyst; may be useful in interpreting data with spore levels that are Too Numerous To Count (TNTC).

**Authorized Signatory:** ____________________

## BACTERIAL DATA
## TABLE #3

| Field ID | Sample Description | Col.Date | Col.Time | Media | Duration | | CFU/ml | Primary Organism | Plate Count% |
|---|---|---|---|---|---|---|---|---|---|
| 33S | Sump Water | 9/12/2002 | 12:07pm | Water | N/A | | None Detected | Iron Bacteria | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |


LOWER LEVEL
MICROBIAL
SAMPLE
LOCATIONS
LEGEND TECHNICAL
SERVICES, INC.
775 VANDALIA ST.
ST PAUL, MN 55114
RESIDENCE
2510 FOUNTAIN
DRIVE
SIOUX FALLS, S.D.
Area Impacted
by Ground
Level Toilet
Leak
7A,8A,9NV
Wall Cavity
4A,5A,6NV
Ceiling Cavity
Bedroom
Bedroom
33S
Bathroom
1A,2A,3NV
Storage Room
Sewage Back-up Area
15T
Laundry
10A,11A,12NV
13NV
(4N)
Area Impacted by Freezer
Leak In Garage Above
16T
Recreation Room
below garage (unexcavated)
34NV


24NV
Supply Grille
17A,18A,19NV
21A,22A,23NV
Location of
Toilet Leak
Master
Bathroom
Great Room
25NV
27A,28A,26NV
Kitchen
Master Bedroom
25T
Stored Furniture Under
Plastic
Entry
29A,30A,31NV
32NV
GROUND LEVEL
MICROBIAL
SAMPLE
LOCATIONS
LEGEND TECHNICAL
SERVICES, INC.
775 VANDALIA ST.
ST PAUL, MN 55114
RESIDENCE
2510 FOUNTAIN
DRIVE
SIOUX FALLS, S.D.

# APPENDIX



Photo 1 - Front of Residence



Photo 2 - Rear of Residence



Photo 3 - Lo[illegible]evel Bedroom
[illegible] Bath



Photo 4 - Lower Level Bath
Wall Cavity Sample Location



Photo 5 - Bedroom Side of Wall Shown in Photo 4



Photo 6 - Bedroom Shown in Photo 5 Area Where Carpet Removed Because of Sewage Leak

Photo 7 - Area in Lower Level Where Freezer Leaked






Photo 8 - Floor Level of Area Shown in Photo 7



Photo 9 - Master Bedroom Top of Mirror Location of Dust Sample



Photo 10 - Master Bathroom Location of Supply Air Sample



Photo 11 – Picture Frames Where Dust Sample Was Collected



Photo 12 – Master Bathroom Where Toilet Seal Leaked



Photo 13 - Lower Level Metal Door With Mold Spots



Photo 14 - Ground Level Living Room



Photo 15 - Ground Level Living Room Sofa Where Sample Was Collected.



Photo 16 - Stored Furniture in the Garage.



Photo 17 - Garage Interior. Note Gypsum Dust on the Floor



Photo 18 - Another View of the Garage and Stored Furniture

# APPENDIX

*LEGEND TECHNICAL SERVICES, INC.*

## APPENDIX
## MICROORGANISM INFORMATION

Bioaerosol/microbe sampling identified a number of microorganisms. A brief discussion of these are presented in the following paragraphs.

*Absidia* - A zygomycete fungus. Reported to be allergenic. May cause mucorosis in immune compromised individuals. The sites of infection are the lung, nasal sinus, brain, eye, and skin. Infection may have multiple sites.

*Acremonium sp. (Cephalosporium sp.)*- Acremonium is composed of over 100 species and is commonly found in soils, plant debris or litter, dead wood, etc. These organisms have also been identified on moist walls and are occasionally isolated from indoor air. Acremonium has been determined to be allergenic to some individuals in proper concentrations.

Can produce a trichothecene toxin which is toxic if ingested. It was the primary fungus identified in at least two houses where the occupant complaints were nausea, vomiting, and diarrhea.

*Actinomadura* – A genus of microorganisms of the family Nocardiaceae. These organisms are aerobic actinomycetes with a wide distribution and are common inhabitants of soil. They may cause mycetoma in humans. Mycetoma is most common in tropical areas but is occasionally seen in the United States, especially in the South. The organism gains access to the skin as a result of trauma. The foot is the favored site for mycetoma, but the hand or the arm is sometimes involved. Untreated mycetoma is slowly progressive, leading eventually to loss of function and deformities of the diseased part.

*Actinomycetes* – Gram positive mycelial bacteria. Actinomycetes are anaerobic, microaerophilic or capnophilic. They grow fine, straight, or wavy filaments that vary in length and degree of branching. They are facultative anerobes, but increased carbon dioxide is required for optimal growth. Some species, and possibly all, are low-grade pathogens for human beings and lower animals. There are five major accepted species.

A. bovis – a facultatively anerobic bacterium that causes "lumpy jaw", an actinomycosis of the jaw, tongue, and maxiliary bone in cattle. Unlike most Actinomycetes species, A. bovis is not a soil saprophyte but rather a normal inhabitant of animal mucous membranes.

A. israelii – a microaerophilic to anerobic bacterium that causes actinomycosis in humans and occasionally causes infections in cattle.

A. naeslundii – an inhabitant of the human oral cavity that may be responsible for some cases of human infections.

A. odontolyticus – a natural inhabitant of the human oral cavity, which has been found in caries. It closely resembles A. naeslundii.

A. viscosus – a bacterium found in the human oral cavity, it has not been proven pathogenic for humans, but produces periodontal disease in laboratory animals.

*Alternaria* - Alternaria is very common in air samples as well as from samples from plants, seeds, soils, and textiles. Alternaria has been associated with hypersensitivity pneumonitis and has been determined to be allergenic to some individuals in proper concentrations. It is often found in carpets, textiles, and on horizontal surfaces in building interiors. It is commonly found in outdoor samples. The species Alternaria alternata is capable of producing tenuazonic acid and other toxic metabolites which may be associated with disease in humans or animals. Common cause of extrinsic asthma. Acute symptoms include edema and bronchiospasms, chronic cases may develop pulmonary edema.

*Arthrinium Species* – are commonly isolated from soil, debris, and fungus-infested materials. There are eighteen known species of Arthrinium, but Arthrinium phaeospermum is the only one that has any significance in aerobiology. This species is common and widespread and grows as a saprophyte on dead plant material. It is particularly prevalent in low lying areas where it grows on dead grasses. Arthrinium is not commonly regarded as a problem mold. It has been implicated in a single case of skin infection and a single post-surgical ear infection. These rare occurrences as a pathogen could well be related to immunocompromised individuals.

*Ascospores* – Ascospores are formed within a sac called an ascus. The ascus is usually enclosed in a fruiting body called an ascopcarp. Ascomycetes include cup fungi, mildews. Common Ascospores include Leptosphaeria, Pleospora. Mildews include downy mildews (Peronosporales), powdery mildews (Erysiphales). Xylariales contain at least 1,200 species including Xylaria. This group of fungi lives on dead wood and other cellulosic materials. Other ascospores include Didymella, Ascobolus, Mealnospora, and Sporormiella.

*Aspergillus Species* - Aspergillus species are common in both outdoor and indoor air. Aspergillus has frequently been isolated in flooded areas of buildings as well as from soils, plants, and other substrates. Aspergillus has been associated with hypersensitivity pneumonitis in some individuals.

Reported to be allergenic. Members of this genus are reported to cause ear infections. Many species produce mycotoxins which may be harmful if ingested. Toxin production is dependent on the species or a strain within a species and on the food source for the fungus. Some of these toxins have been found to be carcinogenic in animal species.

*Aspergillus caesiellus* – This species is only occasionally pathogenic.

*Aspergillus Candidiasis* - Associated with respiratory complaints in a recent house investigation (Mack Pierce).

*Aspergillus carneus* – This species is only occasionally pathogenic.

*Aspergillus clavatus* – Found in soils and animal manure. Can produce the toxin petulin which may be associated with disease in humans and other animals. This species is only occasionally pathogenic.

*Aspergillus deflectus* – This species is only occasionally pathogenic.

*Aspergillus flavus* - This species is commonly isolated from air samples taken in flooded areas of structures. Members of this group are notorious for the production of aflatoxin in groundnuts and other foods such as millet when badly stored. They are also of value commercially, as a source of dastiatic enzymes such as takadiastase.

In high concentrations this species is well known to cause a non-invasive pulmonary disorder as a result of an allergic reaction to this species. This is typically an asthma-like reaction consisting of a cough, wheezing, and runny nose. This fungus can also be an "opportunist" fungus which can cause infection in people treated with antibacterial or antifungal therapy (to which it is usually resistant) in bronchi damaged by bronchitis or tuberculosis. Aspergillus Flavus should be treated as a potential human pathogen.

*Aspergillus fumigatus* - This species is commonly isolated from air samples. This species grows on compost, stored grains, stored sweet potatoes, and many other substrates. So-called from its smoky green color. It is a common mold in compost, and can grow at temperatures above 40 C. It spores more readily at 37 C than at 26 C. It is now notorious as a human pathogen, underlying pulmonary eosinophilia. It also invades old tuberculous cavities and gives rise to aspergilloma of the lung.

In high concentrations this species is well known to cause a non-invasive pulmonary disorder as a result of an allergic reaction to this species. This is typically an asthma-like reaction consisting of a cough, wheezing, and runny nose.

This fungus can also be an "opportunist" fungus which can cause infection in people treated with antibacterial or antifungal therapy (to which it is usually resistant) in bronchi damaged by bronchitis or tuberculosis.

*Aspergillus glaucus* - This species is not commonly isolated from indoor and outdoor air samples. This species has a wide niche and can grow on many substrates. Besides air, it has been reported from soils, plant parts, paper pulps, photographic optics, and others. This species has not been studied extensively and its pathogenicity has not been proven. This species is a close relative of Aspergillus Niger and in high enough concentration should be considered an allergenic fungus and potential opportunistic human pathogen.

Members of this group flourish in conditions of physiological dryness, eg. On the surface of jam, on textiles and on tobacco. They are very distinctive in appearance, with bluish green or gray-green conidia and large yellow perithicia.

*Aspergillus nidulans* – Found in mild to warm soils and on slowly decaying plants. Can produce the mycotoxin

sterigmatocystin. This toxin has been shown to produce liver and kidney damage in lab animals. This fungus is associated with aspergillosis of the lungs and or disseminated aspergillosis. This species is only occasionally pathogenic.

*Aspergillus niger* - This species is commonly isolated from air samples taken in flooded areas in houses and buildings. In high concentrations this species is well known to cause a non-invasive pulmonary disorder as a result of an allergic reaction to this species. This is typically an asthma-like reaction consisting of a cough, wheezing, and runny nose. Has a "musty" odor.

This fungus can also be an "opportunist" fungus which can cause infection in people treated with antibacterial or antifungal therapy (to which it is usually resistant) in bronchi damaged by bronchitis or tuberculosis.

*Aspergillus ochraceus* - Can produce a kidney toxin ochratoxin A which may produce ochratoxicosis in humans. The toxin is produced at optimum growth conditions at 25°C and high moisture conditions. The ochratoxin may also be produced by other Aspergillus sp. and Penicillium sp. (Marasas and Nelson).

*Aspergillus oryzae* – This species is only occasionally pathogenic.

*Aspergillus parasiticus* – Some strains are capable of producing a group of mycotoxins in the aflatoxin group. The production of the fungal toxin is dependent on the growth conditions and on the substrate used as a food source. Aflatoxins are known animal carcinogen. There is limited evidence to suggest that thistoxin is a human carcinogen. The toxin is poisonous to humans by ingestion.

*Aspergillus penicilloides* – Can grow in areas with low water activity. Often found in house dust and food.

*Aspergillus restrictus* – This species is only occasionally pathogenic.

*Aspergillus terreus* – Found in warmer soil and in grains, straw, cotton, and decomposing vegetation. Can produce the toxin patulin and citrinin which may be associated with disease in humans and other animals. The fungus is associated with aspergillosis of the lungs and or disseminated aspergillosis. Found as an isolate from otomycosis – ear infection and onychomycosis – infection of finger or toe nails.

*Aspergillus sydowi* – This species is only occasionally pathogenic.
*Aspergillus versicolor* - This species is commonly isolated from indoor and outdoor air samples. This species has a wide niche and can grow on many substrates. Besides air, it has been reported from soils, plant parts, paper pulps, photographic optics, and other areas. This species has been isolated from animal and human tissues although its pathogenicity has not been proven. Aspergillus Versicolor should be considered a potential human pathogen.

*Aspergillus ustus* – This species is only occasionally pathogenic.

*Aureobasidium* - Aureobasidium are common in both outdoor and indoor air. Aureobasidium is extremely common on bathroom walls, shower curtains, etc. and causes mildews. It has also been isolated in flooded areas of buildings as well as from soils, plants, and other substrates. Aureobasidium has been associated with hypersensitivity pneumonitis in some individuals.

*Bacteria* - Bacteria are known to cause diseases either as pathogens or as opportunistic pathogens. The pathogenicity (ability to cause disease) is determined by both the bacteria and the host defense responses. The types of bacteria present are rarely identified in samples because of the cost of the analysis. The presence of bacteria in the air should not cause alarm since they are common in air and usually pose no problems to individuals with functioning immune systems.

*Basidiomycetes sp/Basidiospores.* –Basidiospores are formed from the end of a club-shaped structure called a basidium. The fungi associated with such structures are mushrooms, puffbalss, and other large fungi found in nature. Many mushroom spores are reported to be allergenic.

*Beauvaria sp.* - Common soil fungi, these organisms are often pathogenic for insects, especially beetles.

*Bipolaris sp.* – A fungus with large spores which would be expected to be deposited in the upper respiratory tract. This fungus can produce the mycotoxin – sterigmatocystin which has been shown to produce liver and kidney damage when ingested by laboratory animals.

*Blastomyces sp.* - Human pathogen. The fungus is commonly found in soil. It is a dimorphic fungus which has filamentous fungus when grown at 25°C and a yeast form at 37°C.

*Botrytis* - Botrytis is commonly isolated from outdoor air samples and occasionally indoor air samples. Botrytis is a plant parasite and causes blight or rot of leaves, flowers, and fruits and is commonly referred to as the "gray mold." In indoor conditions, the source of this mold is most likely house plants or from vegetables and fruits. The spores are typically airborne and liberated in large numbers by rain splash. Spores of Botrytis are allergenic.

*Candida sp.* – Part of the normal flora of the mouth and other mucous membranes in the body. Thrush and other diseases caused by Candida albicans usually occur after prolonged treatment with antibiotics or steroids. The environment is not a likely source of exposure for this fungus. Cells from the organism are usually not airborne. Reported to allergenic.

*Cephalosporium sp.* - Acremonium is composed of over 100 species and is commonly found in soils, plant debris or litter, dead wood, etc. These organisms have also been identified on moist walls and are occasionally isolated from indoor air. Acremonium has been determined to be allergenic to some individuals in proper concentrations.

*Chaetomium sp.* - Large pycnidial fungus found on paper in sheetrock. It is reported to be allergenic.

*Chrysosporium sp.* - Soil dwellers, many of which specialize in utilizing keratinaceous substrates.

*Cladosporium sp.* - Cladosporium are composed of over 500 species and are very commonly found in outdoor and indoor air. Cladosporium have been isolated from fuels, wood, plant tissues, face cream, air, soil, foods, textiles, etc. These organisms are found everywhere and pose little problems except in very high concentrations.

Indoor Cladosporium sp. may be different than the species identified outdoors. It is commonly found on the surface of fiberglass duct liner in the interior of supply ducts.

*Cladosporium herbarum* – It is found on dead plants, woody plants, food, staw, soil, paint and textiles.

*Cladosporium macrocarpum* – It is found on dead plants, woody plants, food, straw, soil, paint and textiles.

*Cladosporium hormodendrum* – Most commonly identified outdoor fungus. The outdoor numbers are reduced in the winter. The numbers are often very high in the summer. Typically found as 80 percent or more of the fungal plate count. A wide variety of plants are food sources for this fungus. It is found on dead plants, woody plants, food, straw, soil, paint, and textiles. It can cause mycosis.

*Cryptostroma corticale* – Found on the bark of maple and sycamore trees and on stored logs.

*Conidobolus sp.* – Can cause a chronic inflammatory disease of the nasal mucosa. Disease is called entomophthoromycosis.

*Cunninghamella sp.* – Can cause disseminated and pulmonary infections in immune compromised hosts.

*Curvularia* - Curvularia is a fungi not commonly found in indoor or outdoor air but can be isolated from some plants. This species is a known plant pathogen. Curvularia is a very large organism and is suspected of being highly allergenic in humans.

*Drechslera sp.* – A genus of dematiacious fungi that can cause phaecohyphomycosis. Found on grasses, grains and decaying food.

*Epicoccum* - Epicoccum is a common airborne fungus which has a wide range of habitats from dead parts of plants to seeds, soils, rotting wood, moldy papers, textiles, insects, and human skin. In high enough concentration Epicoccum is an allergenic fungus.

*Epidermophyton sp.* – Can cause infections of skin and nails.

***Fonseca*** - Dematiaceous fungi. Soil fungi with world-wide distribution. Some species known to cause chromoblastomycosis which is a chronic infection of skin and subcutaneous tissue caused by traumatic implementation of fungi. Disease is typically limited to the tropical or subtropical areas. The colonies are slow-growing, velvety or woolly, and olive-to-black in color.

***Fungal pathogens*** – About 180 of the 250,000 known fungal species are recognized as capable of causing disease (mycosis). Most of these are molds but there are a number of pathogenic yeasts. Dimorphic fungi usually assume a mold form when growing as saprophytes in nature adopt a yeast form that can cause infection.

There is considerable variation in the pathogenicity of these fungi: some are highly pathogenic and capable of establishing an infection in all exposed individuals (Histoplasma capsulatum and Coccidioides immitis); others, such as Candida and Aspergillus species, are opportunist pathogens, which ordinarily cause disease only in a compromised host. The infections caused by fungi are known as mycoses. These can be divided into three groups:

Superficial
Subcutaneous and
Systemic mycoses

Systemic mycoses are disseminated fungal infections that generally result from the inhalation of airborne spores of pathogenic molds that may be present as saprophytes in soil and on plant material. They are mostly caused by dimorphic fungi (those that can live as either a mold or a yeast) and occur mainly in the Americas.
These infections typically start with a primary pulmonary infection that is often asymptomatic. In some cases they progress to cause a secondary disseminated disease that is life-threatening.

Systemic mycoses due to opportunistic pathogens such as Aspergillus, Candida, and Crytococcus species have a more widespread geographical distribution. As modern medicine advances, serious opportunistic mycocses are being seen with increasing frequency in patients compromised by disease or drug treatment. In transplant patients, opportunistic systemic mycoses are among the most frequent causes of mortality due to infection.

Mycotic disease is often a consequence of predisposing factors including age, stress, or other pathologic conditions (ie cancer, diabetes, AIDS).

| Type and Sites of Infection | Representative Diseases | Representative Genera |
|---|---|---|
| **Superficial:** Limited to outer layers of skin and hair. | Pityriasis versicolor (skin)<br>Tinea nigra (skin)<br>Black/white piedra (hair) | *Malassezia*<br>*Exophiala*<br>*Piedra/Trichosporium* |
| **Cutaneous:** Involves deep epidermis and keratinized body areas (skin, hair, nails). Diseases are generally not life threatening but of a cosmetic nature | Diseases of the skin are termed Tinea; Diseases of the hair and nails are termed Dermatophycoses. | *Trichophyton*<br>*Microsporium*<br>*Epidermophyton* |
| **Subcontaneous:** Involves dermis, subcutaneous tissues and muscle. Fungi are generally implanted in skin; fungal growth produces a lesion. | Lymphocutaneous<br>Sporotricosis, Chromoblastomycosis<br>Eumycotic mycetoma | *Sporothrix*<br>*Foncecaea*<br>*Pseudallescheria*<br>Others |
| **Systemic:** Originate in lungs, phagocytoses by macrophages, spread to many organs. Progression may produce pulmonary symptoms or ulcerative lesions. Host responses produce formation of syncytia, fibrous tissue, granulomas and calcified lesions. Representative organisms are dimorphic, except for Cryptococcus, which is a yeast. | Histoplasmosis: Endemic in Ohio and Mississippi River Valleys, most infections are asymptomatic<br>Blastomycosis: Endemic in Ohio and Mississippi River valleys, important veterinary problem<br>Paracoccidioidomycosis: Endemic in Central and South American, primarily Brazil<br>Coccidioidomycosis: Endemic in Southwestern United States | *Histoplasma capsulatus*<br>*Blastomyces dematititidis*<br>*Paracoccidioides braziliensis*<br>*Coccidiodes immitis* |

| | | |
|---|---|---|
| | Cryptococcosis: Worldwide distribution. Most common clinical presentation is meningitis | *Cryptococcus neoformans* |
| **Opportunistic:** These organisms generally have a low potential for virulence but can produce severe disease involving a variety of body tissues. | Candidiasis<br>Aspergillosis<br>Zygomycosis | *Candida albicans*<br>*Aspergillus*<br>*Rhizopus* |

***Fusarium*** - Fusarium are occasionally isolated from air. Most Fusarium species produce spores in slimy masses mixed with bacteria in cooling water towers, drainage outlets of paper mills, or water baths in photographic processing. The dissemination of spores is by water splashes or by air when dry spore masses are disturbed by air currents. Fusarium is a large organism and potentially could be a highly allergenic fungus. Several species in this genus can produce potent trichothecene toxins. The trichothecene (scirpene) toxin targets the following systems: circulatory, alimentary, skin and nervous. Produces vomitoxin on grains during unusually damp growing conditions.

***Geotrichium sp.*** – A common contaminant of grains, fruits, dairy products, paper, textiles, soil and water and often present as normal human flora. The species Geotrichum candidum can cause a secondary infection (geotrichosis) in association with tuberculosis. This rare disease can cause lesions of the skin, bronchi, mouth, lung, and intestine.

***Gliocladium sp.*** - A fungus which is structurally similar to Penicillium sp. It is reported to be allergenic.

***Helminthosporium sp.*** – Reported to allergenic.

***Histoplasma sp.*** - A fungus which has filamentous growth at 25°C and yeast growth at 37°C. It is reported to be a human pathogen. It may be associated with birds.

***Humicula sp.*** – Grow on products with high cellulose content. These fungi are also found in soil and on plant debris.

***Hyaline Mycelia*** - Sterile mycelia is white or transparent. No fruiting structures are produced by the mycelia. Visual identification of these organisms is not possible.

***Legionella*** - A bacterial genus, first recognized after its isolation and identification as the cause of a 1976 outbreak of pneumonia that became known as "Legionaires' disease" Legionellae are aerobic, motile, pleopmorphic, gram-negative bacilli with a uniquely high content of branched fatty acids. The original species was named L. pneumonphila. At present six additional species are generally accepted. The evidence is strong that the normal habitat of Legionella is the environment, probably soil. All but L. bozemanii have been found in cooling-tower water, river banks, or a similar environmental location. L. micdadei has been isolated from nebulizers of respiratory therapy equipment.

***Madurella sp.*** - a genus of the imperfect fungi of the family Dematiaceae that can be the etiologic agent of eumycotic mycetoma. Mycetomas are chronic localized abscesses or granulomas. Infection generally occurs in tropical climates.

***Microsporium sp.*** – Causes ringworm in humans.

***Monilia sp.*** – Has been known to cause adverse health reactions to agricultural workers. Is allergenic to some individuals. The organism is generally orange-pink in color. This fungus produces soft rot of tree fruits. Other members produce a red bread mold.

***Mucor sp.*** - A zygomycete fungus which may be allergenic. This organism and other zygomycetes will grow rapidly on most fungal media. Often found in soil, dead plant material, horse dung, fruits and fruit juice. It is also found in leather, meat, dairy products, animal hair and jute.

***Myxomycetes*** – Slime molds. Live in cool, shady, moist places on decaying wood, leaves or other organic matter retaining abundant moisture. Over 700 species are reported as existing. Slime molds feed on decaying organic matter, bacteria, protozoa, and other minute organism which it engulfs and digests. The vegetative body of the slime mold is a plasmodium, an amoeboid mass of protoplasm which has many nuclei and no definite cell wall. The creeping phase the common bark-inhabiting slime molds dries into hardened structures producing dark masses of spore-like bodies and

clouds of dust-like particles when the fungus body is broken apart. The spores, capable of surviving unfavorable weather, are spread by wind, water, mowers, or other equipment.

*Nigrospora* – A Deutermycete fungi which can violently discharge spores by bursting. Reported to be allergenic.

*Oidium/Peronospora-type* – cause downy and powdery mildew in economic crops such as grapes, grains, etc.

*Paecilomyces* - Paecilomyces are occasionally isolated from air. This fungus is closely related to Penicillium and can be found on a wide variety of substrates such as soil, water, plant leaves, grain dust at harvest, wood pulp, and roots of various plants. In high enough concentrations, Paecilomyces has caused hypersensitivity pneumonitis in exposed populations.

*Papulospora* – This fungi is found in soil, textiles, decaying plants, manure, and paper.

*Penicillium* - Penicillium is a very large group of fungi and are valued as producers of antibiotics. Penicillium is commonly found in soil, air, and on living vegetation, seeds, grains, and animals as well as on wet insulation. Penicillium has been associated with hypersensitivity pneumonitis in some individuals when present in high concentrations. It is commonly found in carpet, wall paper, and in interior fiberglass duct insulation. Some species can produce myctotoxins. Common cause of extrinsic asthma (immediate-type hypersensitivity – type 1). Acute symptoms include edema and bronchiospasms, chronic cases may develop pulmonary edema.

*Penicillium brevicompactum* – Grows on paints, soil, decaying plants, foods, textiles and cereal.

*Penicillium citrinum* – Common fungus found in soil and food. Can produce the toxin citrinin which may be associated with disease in humans and other animals.

*Penicillium decumbens* – Found in soil.

*Penicillium expansum* – Found on decaying pomiferous fruit. Can produce the toxins penicillic acid and patulin which may be associated with disease in humans and other animals. Patulin is in the butenolide class of mycotoxins which can target the nervous system in humans.

*Penicillium frequentans* – Found in soil, paint, compost, animal feces, cereals, foodstuffs, and paper products.

*Penicillium herquei* – Found in soil.

*Penicillium implicatum* – Found in soil.

*Penicillium islandicum* – Can produce a xanthone anthaquinone mycotoxin affecting the liver.

*Penicillium marneffei* – A dimorphic fungus pathogenic to HIV positive patients. Pathology is similar to histoplasmosis. Fatal if untreated.

*Penicillium oxalicum* – Found in decaying vegetation.

*Penicillium roquefortii (P. casei)* – Grows at cold temperatures on stored fruit such as cheese and rye bread. Can produce the toxins PR toxin and roquefortine which may be associated with disease in humans and other animals.

*Penicillium simplicissimum* – Found widely distributed in soils, decaying vegetation and foodstuffs.

*Peronspora* – Peronspora trifoliorum causes downy mildew.

*Phoma* - Species of Phoma are rarely isolated from air. The taxonomy of this group is complex and difficult and very few studies have been performed on this species. Most Phoma species are isolated from soil and/or associated plants. Spores of Phoma species are known to be allergenic.

*Pithomyces* - Pithomyces are commonly associated with living plants and litter of plants, and are commonly found on

fodder grasses. Pithomyces have been isolated from both soil and air. Pithomyces is a large organism and may be highly allergenic to susceptible individuals when present in sufficient concentrations.

*Rhizomucor* – The zygomycetous fungus is reported to be allergenic. It may cause mucorosis in immune compromised individuals. It is often linked to occupational allergy. May cause mucorosis in immune compromised individuals. The sites of infection are the lung, nasal sinus, brain, eye and skin. Infection may have multiple sites.

*Rhizopus* - An opportunistic fungus that, while rarely producing progressive disease, may cause serious pulmonary infections in debilitated individuals, diabetics, immuno suppressed individuals and individuals heavily exposed to large numbers of spores.

*R. arrhizus (oryzae)* – accounts for 60% of the human cases of zygomycosis and 90% of the rhinocerebral form of the disease.

*R. rhizopodiformis* – accounts for 15% of all cases of human zygomycosis. It has a predilection for the skin and the gastrointestinal tract and is seldom isolated from the rhinocerebral form of the disease.

*R. stolonifers* – not associated with human disease. Associated with over-ripe fruit. It is a primary saprotrophic sugar fungi and as such acts as a pioneer colonizer of sugary resources; this way of life is characterized by rapid growth, sporulation and spore germination which enable the fungus to avoid competition by arriving on such resources before potential competitors.

*Rhodotorula* - Rhodotorula is a commonly isolated yeast. Rhodotorula is frequently isolated from humidifiers and soil. Rhodotorula may be allergenic to susceptible individuals when present in sufficient concentrations. A reddish yeast typically found in moist environments such as carpeting, cooling coils, and drain pans. This yeast has been associated with respiratory allergen (Striefel Reynolds and McJilton).

*Rusts* – make up to the order Uredinales. Rust is the common name applied to any of a group of parasitic fungi that form orange-red spores on the stems and leaves of the seed plants they parasitize. Plant diseases that are caused by rusts are known as rusts.

*Saccharomyces* – Reported to be allergenic. Baker's yeast.

*Scopulariopsis* - Known as a common contaminant. Occasionally associated with nail infection. It may produce arsine gas if growing on arsenic substrate (Smith's industrial mycology). It has been associated with occupational asthma in turkey barns (NC).

*Sepedonium* – Most easily recognized by the spores, which are colorless to yellow, spiny, round, 1-celled, and produced singly at the ends of short filaments. A few species of *Mortierella* as well as the human pathogen *Histoplama capsulatum* produce spores resembling those of *Sepedonium*. Isolated from soil, but most commonly parasitized mushrooms. *Sepedonium chrysosporium* is a mushroom pathogen. No information concerning human medical importance.

*Serpula lacrymans* – Common cause of extrinsic asthma (type I – hypersensitivity). Acute symptoms include edema and bronchiospasms, chronic cases may develop pulmonary emplysema.

*Smuts/Myxomycetes* – The myxomycetes (true slime molds) occur in damp places in wood, on fallen leaves, bark, timber, and fence posts. Smut are any of 700 parasitic fungi that attack flowering plants and cereals. When the fungus is ready to reproduce, an often blisterlike sorus appears and then breaks open, and the black, powdery fungus spores are borne away by winds.

*Spore Levels* – The following data comes from the National Allergy Bureau.

| Spores/M3 | Result | Symptoms |
|---|---|---|
| >0 – 6,500 | Low | Sensitive individuals experience |
| 6,500 – 13,000 | Moderate | Individuals sensitive to pollens and molds |
| 13,000 – 50,000 | High | Most individuals with any sensitivity to molds and pollens |
| >50,000 | Very High | Almost all individuals with any sensitivity to molds and pollens |

***Sporobolomyces sp.*** – Reported to be allergenic.

*sp.* - Member of the genus listed subsequent to this abbreviation.

***Sporothrix*** – Can cause sporotrichosis. Usually only in populations which are immune compromised.

***Sporotrichium*** – Reported to allergenic.

***Stachybotrys sp.*** - Several strains of this fungi may produce a trichothecene mycotoxin - Satratoxin H - which is a poison by inhalation. The toxins are present on the fungal spores. This is a slow growing fungus on media. It does not compete well with other rapidly growing fungi. The dark colored fungi grows on building material with a high cellulose content and a low nitrogen content. Areas with relative humidities above 55% and are subject to temperature fluctuations are ideal for toxin production. (Mycotoxins) (Croft and Jarvis). Individuals with chronic exposure to the toxin produced by this fungus reported cold and flu symptoms, sore throats, diarrhea, headaches, fatigue, dermatitis, intermittant local hair loss and generalized malaise. The toxins produced by this fungus will suppress the immune system affecting the lymphoid tissue and the bone marrow (Marasas and Nelson).

This organism is rarely found in outdoor samples. It is usually difficult to find in indoor air samples unless it is physically disturbed or if there is (speculation - a drop in the relative humidity).

***Stemphylium*** – Reported to be allergenic. Isolated from dead plants and cellulose materials.

***Sterile Fungi*** - Sterile Fungi are common to both the outdoor and indoor air. These fungi produce vegetative growth but yield no spores for identification. Their presence will increase colony forming units per liter (CFU/L) and since they are derived from ascospores or baidiospores, the spores of which are likely to be allergenic, these fungi should be considered allergenic.

***Streptomyces*** - Generally isolated from soil. More than 450 recognized species. Some of them produce a chronic, actinomycotic-type infection that usually occurs in the upper respiratory track. Streptomyces is the source of more than 500 antimicrobial compounds, including at least 90 percent of the therapeutically useful antibiotics. This genus consists of scavengers capable of breaking down a myriad of large organic molecules into simple compounds that restore fertility to the soil.

***Syncephalastrum*** – Considered a hyaline laboratory contaminant but this organism has been known to cause skin infections. Can cause a respiratory infectin characterized by a solid intracaitary fungal ball.

***Torula*** - A genus of dematiacious fungi. Reported to be allergenic.

***Trichoderma*** - Trichoderma is a fast growing common soil fungi. It's habitat includes common house plants, soils, roots, straw, rotting wood, paper, and textiles. In high enough concentrations, Trichoderma is an allergenic fungi.

***Trichosporon sp.*** - a genus of fungi that belongs to the family Cryptococcaceae. It is characterized by hyphae, psudohyphae, blastoconidia, and arthoroconidia, and rapid growth at 37 C. T. *beigelli* is the one most frequently isolated in clinical work. It is a skin contaminant but occasionally causes deep infections in immuno compromised patients. T. *capsitatum* causes "white piedra" in which masses of yeasts grow on the outer surfaces of auxillary and other hair which is kept permanently moist.

***Trichothecium sp.*** – a conidial fungi. Trichothecium roseum is reported to be a human allergy causative agent. The species Trichothecium roseum can produce a trichothecene toxin which may be associated with disease in humans and other animals.

***Tritirachium sp.*** - Reported to be allergenic.

***Trichophyton sp.*** - Can cause ringworm. Reported to be allergenic (Burge).

*Ulocladium sp.* - Common mold species which grows on cellulose. Reported to be allergenic.

*Verticillium sp.* – Soil dwellers which are detached from their host by fine sprays of water. Verticillium is related to Penicillium sp. and has been known to be allergenic in some people.

*Wallemia sp.* – Conidia dimensions 2.3 –10 x 1 – 2.6 microns. Found in decaying vegetation, on straw, soil and arthropods. A rare cause of corneal infections.

*Yeasts* - Various yeasts are commonly identified on air samples. These yeasts are not known to be allergenic, but they may cause problems if a person has had previous exposure and developed hypersensitivities. Yeasts may be allergenic to susceptible individuals when present in sufficient concentrations.

*Zygomycetes* sp. - A class of fungus. Common genera that belong to this fungal class include absedia, basidobolus, conidiobolus, cunninghamella, mucor, rhizomucor, rhizopus, and saksenaea. Some can cause an infection called zygomycosis.