UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE and ALLISON GARRY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMELAND CENTRAL INSURANCE COMPANY, formerly known as HAWKEYE SECURITY INSURANCE COMPANY,<br><br>Defendant. | CIV. 03-4019<br><br>**SUPPLEMENTAL AFFIDAVIT OF CHERYLE WIEDMEIER GERING IN SUPPORT OF DEFENDANT'S MOTIONS TO EXCLUDE TESTIMONY, MOTION FOR SUMMARY JUDGMENT, AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR PUNITIVE DAMAGES** |

STATE OF SOUTH DAKOTA  )
                                              : ss.
COUNTY OF MINNEHAHA  )

Cheryle Wiedmeier Gering, being first duly sworn upon oath, states and alleges as follows:

1. I am one of the attorneys for Defendant in the above captioned case.

2. Attached as Exhibit CC is a true and correct copy of the December 13, 2004 letter from Attorney Johnson along with an article from USA Weekend regarding mold.

3. Attached as Exhibit DD is a true and correct copy of the Complaint and Jury Trial Demand filed in Steve Garry et al. v. Beatch Construction LLC, et al., Civil Action No. 04-2451, Circuit Court for Second Judicial Circuit, Minnehaha County, South Dakota.

4. Attached as Exhibit EE is a true and correct copy of the Executive Summary from the Institute of Medicine Committee of the National Academies of Science, *Damp Indoor Spaces and Health* (2004).

1

5. Attached as Exhibit FF is a true and correct copy of pages 106 – 109 of the deposition transcript of Michael Gray, M.D. dated November 3, 2004. These pages were inadvertently omitted from the Exhibit S to the Affidavit of Mitchell Petersen at Docket #205.

Further affiant sayeth not.

Dated at Sioux Falls, South Dakota, this 23rd day of December, 2004.

_____
Cheryle Wiedmeier Gering

Subscribed and sworn to before me this 23rd day of December, 2004.

_____
Notary Public, South Dakota
My commission expires: 05-22-2006

JANICE DICKEY
NOTARY PUBLIC
SOUTH DAKOTA

2